IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, the plaintiff and the defendant have conferred, and have agreed that, subject to the approval of the Court, the defendant will waive formal service of the Complaint, and in exchange the defendant will have 60 days to move, answer, or otherwise plead in response to the Complaint, as would have been allowed under Fed. R. Civ. P. 4(d) had formal waiver of service been effected;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Eastman Kodak Company to move, answer, or otherwise plead in response to the Complaint is extended until October 16, 2006.

| | |
|---|---|
| /s/ Steven J. Balick | /s/ Francis DiGiovanni |
| Steven J. Balick (#2114) | Francis DiGiovanni (#3189) |
| John G. Day (#2403) | Stephanie O'Byrne (#4446) |
| Tiffany Geyer Lydon (#3950) | CONNOLLY BOVE LODGE & HUTZ LLP |
| ASHBY & GEDDES | The Nemours Building |
| 222 Delaware Avenue, 17th Floor | 1007 Orange Street |
| Post Office Box 1150 | Post Office Box 2207 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 654-1888 | (302) 658-9141 |
| sbalick@ashby-geddes.com | fdigiovanni@cblh.com |
| jday@ashby-geddes.com | sobyrne@cblh.com |
| tlydon@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of August, 2006.

_____
United States District Judge Gregory M. Sleet

482682v1

Case 1:06-cv-00251-GMS    Document 5    Filed 08/17/2006    Page 2 of 2