IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 06-251-GMS |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, the defendant has requested one (1) extra day to move, answer, or otherwise plead in response to the Complaint due to the overseas travel of a main client contact, and plaintiff has agreed to this extension;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Eastman Kodak Company to move, answer, or otherwise plead in response to the Complaint is extended until October 17, 2006.

/s/ Steven J. Balick
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Post Office Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Attorneys for Plaintiff*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 Orange Street
Post Office Box 2207
Wilmington, Delaware 19899
(302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Defendant*

SO ORDERED this _____ day of October, 2006.

_____
United States District Judge Gregory M. Sleet

482244v1

1