IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br><br>        Defendant. | Civ. No. 06-251-GMS |

## DEFENDANT'S RULE 7.1 STATEMENT

Defendant Eastman Kodak Company ("Kodak"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a) *The identity of any parent corporation*:

- Kodak has no parent corporation.

(b) *The identity of any publicly held corporation that owns 10% or more of its stock*:

- Legg Mason Capital Management, Inc.


Dated: October 19, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
e-mail: fdigiovanni@cblh.com

*Attorneys for Eastman Kodak Company*

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on October 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick John
>G. Day Tiffany Geyer
>Lydon
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150 Wilmington, DE
>19899

I further certify that on October 19, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

>Thomas W. Winland
>Steven M. Anzalone
>Frank A. DeCosta, III

Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue,

NW Washington, DC 20001

/s/ Francis DiGiovanni

Francis DiGiovanni (#3189)

Connolly Bove Lodge & Hutz LLP

The Nemours Building 1007 N.

Orange Street Wilmington, DE

19899 Phone (302) 658-9141