IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

> ASHBY & GEDDES
>
> */s/ Steven J. Balick*
> _____
> Steven J. Balick (I.D. #2114)
> John G. Day (I.D. #2403)
> Tiffany Geyer Lydon (I.D. #3950)
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> (302) 654-1888
>
> *Attorneys for Plaintiff*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Houtan K. Esfahani
Joyce Craig-Rient
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Dated:  December 14, 2006
175978.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building, 8th Floor<br>1007 North Orange Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| John Allcock, Esquire<br>DLA Piper Rudnick Gray Cary<br>401 B Street<br>Suite 1700<br>San Diego, CA  92101 | VIA ELECTRONIC MAIL |
| Timothy W. Lohse, Esquire<br>DLA Piper Rudnick Gray Cary<br>2000 University Avenue<br>East Palo Alto, CA  94303 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick