IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-00251-GMS |
| v. | ) |
| | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, defendants hereby notify the Court that <u>Bruce H. Watrous, Jr.</u> is hereby withdrawn from representing defendant, Eastman Kodak Company.

Dated: January 19, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
T. Jesse Hindman
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700
Attorneys for Defendant/Counterclaimant
Eastman Kodak Company

SD\1680990.1
223612-25

1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on January 19, 2007, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

>Thomas W. Winland
>Steven M. Anzalone
>Frank A. DeCosta, III
>Finnegan Henderson Farabow Garrett and Dunner LLP
>901 New York Avenue, NW
>Washington, DC 20001

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899
>Phone (302) 658-9141