# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 2, 2007

The Honorable Gregory M. Sleet         VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *U.S. Philips Corporation v. Eastman Kodak Company*,
           C.A. No. 06-251-GMS

Dear Judge Sleet:

    I enclose the parties' proposed Scheduling Order in the above action, which reflects the direction and dates provided by the Court during the January 24, 2007 Rule 16 conference.

    Respectfully,

    /s/ *John G. Day*

    John G. Day (I.D. #2403)

JGD/nml
Enclosure
177400.1

c:    Francis DiGiovanni, Esquire (by hand; w/enc.)
      Thomas W. Winland, Esquire (via electronic mail; w/enc.)
      John Allcock, Esquire (via electronic mail; w/enc.)
      Timothy W. Lohse, Esquire (via electronic mail; w/enc.)