IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 06-00251-GMS |
| v. ) | |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) DEFENDANT EASTMAN KODAK CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF U.S. PHILIPS CORPORATION; 2) DEFENDANT EASTMAN KODAK CORPORATION'S FIRST SET OF INTERROGATORIES TO PLAINTIFF U.S. PHILIPS CORPORATION (NOS. 1-12); 3) EASTMAN KODAK COMPANY'S FIRST 30(b)(6) NOTICE OF DEPOSITION TO PLAINTIFF U.S. PHILIPS CORPORATION; 4) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF GERALD WETH; 5) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF NORMAN RICHARDS; 6) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF DR. JOHN MORRIS; 7) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF SIMON TURNER; 8) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF U. ROTHGORDT; 9) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF KARL-HEINZ WENZEL; and 10) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF

DOCUMENTS AND THINGS OF DR. C. BRANDIS were served as follows upon the following attorneys of record on February 2, 2007:

**BY HAND DELIVERY AND E-MAIL:**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY U.S. MAIL AND E-MAIL:**

Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Dated: February 2, 2007

Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

Attorneys for Defendant Eastman Kodak Company

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 2, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I, Francis DiGiovanni, hereby certify that on February 2, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Francis DiGiovanni (#3189)

519642_1