IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Lei Mei to represent U.S. Philips Corporation in this matter.   Pursuant to this

Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to

cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

Dated:  March 1, 2007
178396.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

U.S. PHILIPS CORPORATION,

        Plaintiff,

     v.

EASTMAN KODAK COMPANY,

        Defendant.

Civil Action No. 06-251

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Lei Mei
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Dated: February___, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U.S. PHILIPS CORPORATION,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )          C.A. No. 06-251-GMS
                                   )
EASTMAN KODAK COMPANY,             )
                                   )
                Defendant.         )

## ORDER

This _____ day of _____, 2007, the Court having

considered the motion for the admission *pro hac vice* of Lei Mei to represent U.S. Philips

Corporation in the above action; now therefore,

        IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorney is admitted *pro hac vice*.


_____ _____
                        United States District Judge