IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiff, )<br>) Civ. No. 06-00251-GMS<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: **1) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF HENDRICK EISEMA; 2) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF ERIK SCHYLANDER** were served as follows upon the following attorneys of record on March 14, 2007:

| BY HAND DELIVERY AND E-MAIL: | BY U.S. MAIL AND E-MAIL: |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Thomas W. Winland<br>Steven M. Anzalone<br>Frank A. DeCosta, III<br>Finnegan Henderson Farabow Garrett and<br>Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 |

Dated: March 14, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

Attorneys for Defendant Eastman Kodak Company

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 14, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I, Francis DiGiovanni, hereby certify that on March 14, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

                                                  /s/ Francis DiGiovanni
                                                  Francis DiGiovanni (#3189)

522194_1