IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2007, **PLAINTIFF U.S. PHILIPS CORPORATION'S OBJECTIONS AND RESPONSES TO DEFENDANT EASTMAN KODAK COMPANY'S SECOND SET OF INTERROGATORIES TO PLAINTIFF U.S. PHILIPS CORPORATION (NO. 13)** was served upon the following counsel of record at the address and in the manner indicated:

Francis DiGiovanni, Esquire                                                    HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE  19801

John Allcock, Esquire                                                          VIA FEDERAL EXPRESS
DLA Piper Rudnick Gray Cary
401 B Street
Suite 1700
San Diego, CA  92101

Timothy W. Lohse, Esquire                                                      VIA FEDERAL EXPRESS
DLA Piper Rudnick Gray Cary
2000 University Avenue
East Palo Alto, CA  94303

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Houtan K. Esfahani
Joyce Craig-Rient
Lei Mei
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Dated: April 9, 2007
172473.1