## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

U.S. PHILIPS CORPORATION,     )
         )
     Plaintiff,     )
         )     Civ. No. 06-00251-GMS
     v.     )
         )
EASTMAN KODAK COMPANY,     )
         )
     Defendant.     )

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that true and correct copies of: **1) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF JAN VAN DER MEER; 2) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF P. DE WIT; 3) NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS OF LOUIS VAN LOON; 4) DEFENDANT EASTMAN KODAK COMPANY'S RESPONSES TO PLAINTIFF U.S. PHILIPS CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-13); 5) DEFENDANT EASTMAN KODAK COMPANY'S RESPONSES TO PLAINTIFF U.S. PHILIPS CORPORATION'S FIRST SET OF DOCUMENT REQUESTS (NOS. 1-89)** were served as follows upon the following attorneys of record on April 6, 2007:

<u>**BY HAND DELIVERY AND E-MAIL:**</u>
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

<u>**BY U.S. MAIL AND E-MAIL:**</u>
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Dated:  April 10, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

Attorneys for Defendant Eastman Kodak Company

## <u>CERTIFICATE OF SERVICE</u>

I, Francis DiGiovanni, hereby certify that on April 10, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I, Francis DiGiovanni, hereby certify that on April 10, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Francis DiGiovanni
Francis DiGiovanni (#3189)

522194_1