# EXHIBIT 4

# FEDERAL REPUBLIC OF GERMANY

## Certificate

PHILIPS PATENTVERWALTUNG GMBH at 2000 Hamburg filed a patent application with the German Patent and Trademark Office under the designation

"bit-rate reduction process"

on November 08, 1986 as a supplement to Patent Application P 36 31 252.5.

The attached papers are a true and exact reproduction of the original documents of this patent application.

The attached summary, which is to be attached to the application, but does not form part of the application, corresponds to the original filed on November 08, 1986.

The application has temporarily received the symbols H 03 M 7/40, H 04 N 1/415 and H 04 N 7/133 of the International Patent Classification at the German Patent and Trademark Office.

Filing No.: P 36 38 127.6

Munich, August 26, 1987
**The President of the German Patent and Trademark Office**
pp
(signed)
Grüner

PHD 86 336

## SUMMARY

Bit-rate reduction process

The bit-rate reduction process described can be applied when coding a signal which consists of a sequence of digitally represented signal values and contains a signal value A, which occurs most often in uninterrupted runs. These runs, together with the following signal value, which likewise may be the value A, are viewed as events which are to be allocated Huffman codewords.

So that, for example, in the case of video signals, the maximum length of the Huffman codewords remains restricted to 16 bits, the entirety of all events is divided into two areas, of which the first area solely consists of so-called codable events. Should an event fall, for example, into the second area, it is broken up into partial events, which all lie within the first area.

PHD 86 336

PHILIPS PATENTVERWALTUNG GMBH

DESCRIPTION

Bit-rate reduction process

The invention concerns a bit-rate reduction process when coding a signal, which consists of a run of a finite number of digitally represented signal values, and which contains a signal value A, which occurs most frequently in uninterrupted runs, whereby uninterrupted runs of signal values A with the length 0, 1, 2, etc., together with the signal value following the run or together with the signal value preceding the run, are allocated Huffman codewords.

In an article by Wen-Hsiung Chen and William K. Pratt (Chen, Wen-Hsiung and Pratt, William K.: Scene Adaptive Coder. IEEE Transactions on Communications, Vol. Com-32, No. 3, March 1984, S. 225-232) a coding of video signals is described which has the aim of transmitting video pictures of sufficient quality with as low a bit rate as possible. The coding is carried out in several steps. Firstly, sections of equal size from a video picture, represented by blocks of sample values of the pixels, are subjected to a discrete cosine transform. This transformation process concerns a

- 3 -

PHD 86 336

special two-dimensional Fourier transform.  Following the
transformation, a new block of numerical values
(coefficients) emerges from the original block.  This
coefficient block has the characteristic that a large
proportion of its elements - thus a large proportion of the
coefficients - is virtually zero or exactly zero.  A
subsequent quantization of the coefficients then, as a rule,
renders the majority of the elements zero, so that a
subsequent Huffmann coding would already for that reason
represent a considerable bit-rate reduction.  The authors of
the above-mentioned article achieve a further bit-rate
reduction through the fact that they exploit the frequent
occurrence of uninterrupted runs of zeros in the
intermediate signal, in which the coefficients are serially
arranged by means of a Huffman coding.

It is known that, in the case of a Huffman coding, in the
case of which the codewords have different lengths,
statistical properties of the signal to be coded are
utilized.  In the present case that means in particular that
the frequency with which runs of zeros with the length 1, 2,
3, etc. occur in the above-mentioned intermediate signal is
being investigated.  The shortest Huffman codeword is then
allocated to the sequence with the greatest frequency.  The
next greatest codeword is allocated to the sequence with the

- 4 -

PHD 86 336

next lowest frequency, and so on.

For the coding of the intermediate signal, in the above-
mentioned article two Huffman code tables are required.
From a first table it can be seen how the coefficients which
are different from zero (quantized) are to be coded.  Only
the amounts are coded, because coefficients of an equal
amount also occur with the same frequency.  The signs are
transmitted in a separate bit.  From a second table it can
be seen how the run length is to be coded.  So that the
codewords of one table can be differentiated from those of
the other table when being decoded, a separate codeword, the
so-called run length prefix, is used to indicate the coded
run length.

An improved coding process is given in the German Patent
Application with the filing number P 36 31 252.5.  According
to this application, the signal to be coded is broken up
into events, which are typified by a two-dimensional table.
In a horizontal direction, the amounts B of the coefficients
are applied, beginning with Amount 1, and, in a vertical
direction, the length L of uninterrupted runs of zeros (run
length), beginning with the length 0.  Each composite event,
designated by being comprised of special values of L and B,
is characterized by its relative frequency; a particular

- 5 -

PHD 86 336

event then inevitably results from the relative frequencies
of the events, which is to be coded, for example, by three
consecutive zeros followed by a coefficient with the amount
2.

The coding process causes a stronger bit-rate reduction than
the process of Chen et al, because, for example, the
probability of the event, in the case of which three
consecutive zeros with subsequent coefficients of the amount
2 occur, is different from the product of the probability
with which the three consecutive zeros occur and the
probability with which a coefficient of the amount 2 occurs
at all.

The process described in the German patent application
mentioned envisages a limitation of the two-dimensional
event table or coding table in the following way: all runs
of zeros with a subsequent amount of a coefficient of equal
value are then viewed as one event if the length of the run
of zeros is greater than eight; likewise all zero runs of
the same length are then viewed as one event if the
subsequent amount of a coefficient is greater than eight.

In the case of the events just enumerated - as is shown by a
table in the patent application mentioned - relatively rare

- 6 -

PHD 86 336

events are concerned; they are thus coded with relatively
long Huffman codewords.  As the receiver must know the exact
length of a zero run or the exact amount of a coefficient in
order to decode without any loss of information, an
additional codeword is appended to the Huffman codeword,
from which the exact length or the exact amount or both can
be taken.

Through the Huffman codeword and the additional information,
a sharply-defined circumstance is coded.  As the number of
the bits of such a combination is also dependent upon the
statistical properties of the signal, those combinations
which must be available to the receiver or decoder as a
whole should also be designated Huffman codewords here, so
that the circumstance which forms the basis of them can be
clearly recognized on the receiver side.

According to the German patent application cited, in the
process the Huffman codewords defined in this sense can be
up to 30 bits long.  As the processing of codewords that are
a maximum of 16 bits long does not make any special
arrangements necessary, but is possible, for example, with a
16-bit microprocessor, the task of specifying a bit-rate
reduction process of the kind mentioned at the beginning, in
the case of which Huffman codewords of a maximum of 16 bits

- 7 -

PHD 86 336

are possible without any loss of information and without an
appreciable increase in the transmission bit rate required,
forms the basis of the invention.

Assuming a process of the type specified at the beginning,
this task is resolved, if a sequence of signal values A,
together with the preceding or following signal value,
exceeds a predefined length, by this entire value sequence
being broken up into sections in such a way that the length
of each section lies below a predefined value and each
section being allocated a Huffman codeword.

The sub-claim contains an advantageous embodiment of the
invention.

The invention is supposed to be described in further detail
by means of the tables and by means of an embodiment.  Table
I is an event table and Table II is a coding table.

The example concerns the coding of the intermediate signal
occurring when video signals are processed, which consists
of a sequence of digitally represented coefficients of a
special two-dimensional Fourier transform of picture
sections (blocks).  In the serial signal, the coefficient
with the value 0 occurs most frequently in uninterrupted

- 8 -

PHD 86 336

(finite) sequences of the entire signal.  The signal values
of this block are concluded by a separate signal value,
which marks the end of the block.

Should an uninterrupted sequence of m zeros in the signal
with subsequent coefficients of amounts n - abbreviated (m,
n) - be defined as an event to be coded, a finite, but very
large, two-dimensional diversity of events to be coded
results, as, in practice, infinitely large amounts B of
coefficients also do not occur.  Consequently, also the
Huffman codewords to be used are theoretically very large,
in quantity and length.  In order to reduce the total number
of the events to be coded, in the process according to the
invention it is assumed, for example, that a run of 19 zeros
with subsequent coefficients of amounts 7 can be broken down
into sections, of which the first represents an
uninterrupted run of 16 zeros, the second an uninterrupted
run of 3 zeros and the third a run with no zeros and
subsequent coefficients of amounts 7.  Each of these
sections is now viewed as an event, which is coded by a
Huffman codeword.  The length of any of these sections lies
below a predefinable value, which is discussed below.

Table I serves to symbolize this breaking up.  In a
horizontal direction, all amounts B occurring - including

- 9 -

PHD 86 336

the amount 0 - are shown by coefficients.  In a vertical

direction, the length of uninterrupted runs of coefficients

with the amounts 0 - also starting from 0 - is shown.


The "event fields" entered symbolize the events (m, n), i.e.

m zeros followed by a coefficient of the amount n.  The

event (0, 3) means, for example, that a coefficient of the

amount 3 has preceded a run of length 0, which is the

equivalent of saying that no coefficient of the amount 0

precedes it.  Zeros standing in isolation in the signal are

symbolized by the event (0, 0).  The specification (3, n)

inter alia signifies the event that a coefficient of the

amount n follows three consecutive zeros.  As the value zero

is also permitted for n, the event (3, 0) signifies four

consecutive zeros.


Table I contains a bold frequency polygon, which divides the

event fields into two areas.  The left area contains the

events codable according to the invention, the right area

the non-codable events.  The maximum length which a section

of signal values may have - it thus corresponds to a codable

event - is 16; the events (0, 15), (1, 15) and (2, 15) are

concerned.  All other codable events correspond to signal

sections which are shorter.  The division into codable and

non-codable events is not entirely random; the events

- 10 -

PHD 86 336

occurring most frequently must belong to those that are
codable.  The non-codable events are then broken up into
codable ones.  The non-codable event marked with a cross in
Table I (8, 7) is, for example, broken up into the events (0,
7) and (7, 0).  There are several possibilities for the
breaking up; the simplest is the "projection onto the event
axes" given here.

The numbers in the event fields, which belong to the codable
events, signify the length - thus the number of the bits -
the Huffman codewords with which the events are coded.  The
codewords also contain the sign of the coefficients and, if
required, details regarding the size of the amount B; none
of them is longer than 16 bits.  When listing the Huffman
codewords, it was assumed that coefficients with amounts
greater than 136 do not occur.

Table II shows the exact structure of the Huffman codewords
used.  The first codeword constitutes the coded signal value
to signify a block end, already mentioned above.  The first
column of Table II contains a serial number, the second
column the amount B of the coefficient and the third the
length of the zero sequences.  The two latter details
together produce the "co-ordinates" of a codable event in
accordance with Table I.  In the fourth column of Table II,

- 11 -

PHD 86 336

the codewords are given, bit by bit.  The bit s signifies
the sign bit, the places marked with "-" are meaningless,
and, in the places marked with "+" the coded amounts of the
coefficients are entered, as long as they are greater than
eight.  The last column once again gives the length of the
Huffman codewords.

PHD 86 336

PATENT CLAIMS

1.  Bit-rate reduction process when coding a signal, which
consists of a run of a finite number of digitally
represented signal values, and which contains a signal value
A, which occurs most frequently in uninterrupted runs,
whereby uninterrupted runs of signal values A with the
length 0, 1, 2, etc., together with the signal value
following the run or together with the signal value
preceding the run, are allocated a Huffman codeword,
characterized by the fact that if a sequence of signal
values A together with the preceding or following signal
value exceeds a predefined length, this entire value
sequence is broken up into sections in such a way that the
length of each section lies below a predefined value and
that each section is allocated a Huffman codeword.


2.  Process in accordance with Claim 1, characterized by the
fact that the signal concerns a sequence of coefficients
which results in accordance with the block by block cosine
transform of pixels of a video signal with subsequent
quantization and that the signal value A of the value is
zero.

- 13 -

PHD 86 336

Table I


TABLE II

No.  B  L  Codeword  Length


TABLE II

(Continuation 1)

No.  B  L  Codeword  Length


TABLE II

(Continuation 2)

No.  B  L  Codeword  Length



PHILIPS PATENTVERWALTUNG GMBH          PHD 86 336

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei Codierung eines Signales, das aus einer Folge
von digital dargestellten, endlich vielen Signalwerten
besteht und das einen Signalwert A enthält, der am
5    häufigsten in ununterbrochenen Teilfolgen vorkommt, wobei
ununterbrochenen Teilfolgen von Signalwerten A mit der
Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen
sich anschließenden Signalwert oder zusammen mit dem den
Teilfolgen vorangehenden Signalwert Huffman-Codeworte
10   zugeordnet werden.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
15   No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
20   Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
25   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
30   aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten



- 2 -                    PHD 86 336

würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten
5   seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
die Codeworte unterschiedliche Länge haben, statistische
10  Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
(run-length) 1, 2, 3 usw. vorkommen. Der Teilfolge mit
15  der größten Häufigkeit wird dann das kürzeste Huffman-
Codewort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

20  Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
sind. Codiert werden nur die Beträge, weil betragsmäßig
25  gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die run-length zu codieren ist. Damit bei der
Decodierung die Codeworte der einen Tabelle von denen der
30  anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten run-lenght ein gesondertes Codewort, das
sogenannte run-length prefix verwendet.

Ein verbessertes Codierungsverfahren wird in der deut-
35  schen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5
angegeben. Nach dieser Anmeldung wird das zu codierende
Signal in Ereignisse zerlegt, die durch eine zweidimen-



- 3 -                    PHD 86 336

sionale Tabelle versinnbildlicht sind. In einer waage-
rechten Richtung sind die Beträge B der Koeffizienten,
angefangen beim Betrag 1, aufgetragen und in einer senk-
rechten Richtung die Länge L (run-length) ununter-
5   brochener Teilfolgen von Nullen, angefangen bei der Länge
0. Jedes zusammengesetzte durch spezielle Werte von L und
B gekennzeichnete Ereignisse ist durch seine relative
Häufigkeit charakterisiert; aus den relativen Häufig-
keiten der Ereignisse ergibt sich dann zwangsläufig,
10  durch welche Huffman-Codeworte ein bestimmtes Ereignis,
z.B. drei aufeinanderfolgende Nullen gefolgt von einem
Koeffizienten mit dem Betrage 2, zu codieren ist.

Das Codierungsverfahren bewirkt eine stärkere Bitraten-
15  reduktion als das Verfahren von Chen et al., weil z.B.
die Wahrscheinlichkeit des Ereignisses, bei dem drei auf-
einanderfolgende Nullen mit anschließendem Koeffizienten
vom Betrage 2 auftreten, verschieden ist vom Produkt der
Wahrscheinlichkeit, mit der drei aufeinanderfolgende
20  Nullen auftreten, und der Wahrscheinlichkeit, mit der ein
Koeffizient vom Betrage 2 überhaupt auftritt.

Das in der erwähnten deutschen Patentanmeldung beschrie-
bene Verfahren sieht eine Begrenzung der zweidimensiona-
25  len Ereignistabelle bzw. Codierungstabelle auf folgende
Weise vor: alle Teilfolgen von Nullen mit gleich großem
anschließenden Betrag eines Koeffizienten werden dann als
ein Ereignis angesehen, wenn die Länge der Teilfolge von
Nullen größer als acht ist; ebenso werden alle Nullfolgen
30  gleicher Länge dann als ein Ereignis angesehen, wenn der
sich anschließende Betrag eines Koeffizienten größer als
acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich -
35  wie eine Tabelle in der erwähnten Patentanmeldung zeigt -
um relativ seltene Ereignisse; sie werden daher mit
relativ langen Huffman-Codeworten codiert. Da der



- 4 -                    PHD 86 336

Empfänger zur Decodierung ohne Informationsverlust die
genaue Länge einer Nullfolge oder den genauen Betrag
eines Koeffizienten wissen muß, wird an das Huffman-Code-
wort ein Zusatzcodewort gehängt, dem die genaue Länge
5   oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird
ein scharf umrissener Sachverhalt codiert. Da die Anzahl
der Bits derartiger Kombinationen ebenfalls von den
10  statistischen Eigenschaften des Signals abhängig ist,
sollen hier solche Kombinationen ebenfalls als Huffman-
Codeworte bezeichnet werden, die als ganzes dem Empfänger
bzw. Decodierer vorliegen müssen, damit der Sachverhalt,
der ihnen zugrundeliegt eindeutig auf der Empfängerseite
15  erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können
bei dem Verfahren nach der zitierten deutschen Patentan-
meldung bis zu 30 Bit lang werden. Da die Verarbeitung
20  von maximal 16 Bit langen Codeworten keine besonderen
Einrichtungen erforderlich macht, sondern z.B. mit einem
16-Bit-Mikroprozessor möglich ist, liegt der Erfindung
die Aufgabe zugrunde, ein Verfahren zur Bitratenreduktion
der eingangs genannten Art anzugeben, bei dem ohne
25  Informationsverlust und ohne nennenswerte Vergrößerung
der erforderlichen Übertragungsbitrate Huffman-Codeworte
von maximal 16-Bit möglich sind.

Ausgehend von einem Verfahren der eingangs genannten Art
30  wird diese Aufgabe dadurch gelöst, daß dann, wenn eine
Teilfolge von Signalwerten A zusammen mit dem vorangehen-
den oder sich anschließenden Signalwert eine vorgegebene
Länge überschreitet, diese gesamte Wertefolge so in
Abschnitte zerlegt wird, daß die Länge eines jeden
35  Abschnittes unter einem vorgegebenen Wert liegt, und daß
jedem Abschnitt ein Huffman-Codewort zugeordnet ist.



- 5 -                    PHD 86 336

Eine vorteilhafte Ausgestaltung der Erfindung enthält der
Unteranspruch.

Anhand der Tabellen und anhand eines Ausführungsbeispie-
5    les soll die Erfindung näher erläutert werden. Die Tabel-
le I ist eine Ereignistabelle und die Tabelle II eine
Codierungstabelle.

Bei dem Beispiel handelt es sich um die Codierung des bei
10   der Verarbeitung von Videosignalen auftretenden Zwischen-
signales, das aus einer Folge von digital dargestellten
Koeffizienten einer speziellen flächenhaften Fourier-
Transformation von Bildausschnitten (Blöcken) besteht. In
dem seriellen Signal kommt der Koeffizient mit dem Wert 0
15   am häufigsten in ununterbrochenen (endlichen) Teilfolgen
des gesamten Signals vor. Die Signalwerte dieses Blockes
werden durch einen gesonderten Signalwert abgeschlossen,
der das Ende des Blockes (end of block) kennzeichnet.

20   Definiert man als zu codierendes Ereignis eine ununter-
brochene Folge von m Nullen im Signal mit anschließendem
Koeffizienten vom Betrage n - abgekürzt (m, n) - so
ergibt sich eine endliche, aber eine sehr große zwei-
dimensionale Manigfaltigkeit von zu codierenden Ereig-
25   nissen, da in der Praxis auch nicht beliebig große
Beträge B von Koeffizienten vorkommen. Folglich sind auch
die zu verwendenden Huffman-Codeworte theoretisch nach
Anzahl und Länge sehr groß. Zur Reduzierung der Gesamt-
zahl der zu codierenden Ereignisse wird beim erfindungs-
30   gemäßen Verfahren davon ausgegangen, daß z.B. eine Teil-
folge von 19 Nullen mit anschließenden Koeffizienten vom
Betrage 7 sich in Abschnitte zerlegen läßt, von denen der
erste eine ununterbrochene Teilfolge von 16 Nullen, der
zweite eine ununterbrochene Teilfolge von 3 Nullen ist
35   und der dritte eine Teilfolge mit keiner Null und an-
schließendem Koeffizienten vom Betrage 7 darstellt. Jeder



- 6 -                    PHD 86 336

dieser Abschnitte wird nun als Ereignis angesehen, das
durch ein Huffman-Codewort codiert wird. Die Länge eines
jeden dieser Abschnitte liegt unter einem vorgebbaren
Wert, auf den weiter unten eingegangen wird.

5

Der Versinnbildlichung dieser Zerlegung dient die Tabel-
le I. In waagerechter Richtung sind alle vorkommenden
Beträge B - einschließlich der Betrag 0 - von Koeffizien-
ten aufgetragen. In senkrechter Richtung ist die Länge -
10     ebenfalls angefangen bei 0 - von ununterbrochenen Teil-
folgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die
Ereignisse (m, n), d.h. m Nullen gefolgt von einem
15     Koeffizenten vom Betrage n. Das Ereignis (0, 3) z.B.
bedeutet, daß einem Koeffizienten vom Betrage 3 eine
Teilfolge der Länge 0 vorangegangen ist, was gleichbedeu-
tend damit ist, daß vor ihm kein Koeffizient vom Betrage
0 steht. Isoliert stehende Nullen im Signal werden durch
20     das Ereignis (0, 0) symbolisiert. Die Angabe (3, n) u.a.
bedeutet das Ereignis, daß auf drei aufeinanderfolgende
Nullen ein Koeffizient vom Betrage n folgt. Da für n auch
der Wert Null zugelassen ist, bedeutet das Ereignis (3,
0) vier aufeinanderfolgenden Nullen.

25

Die Tabelle I enthält einen fettgedruckten Polygonzug,
der die Ereignisfelder in zwei Bereiche teilt. Der linke
Bereich enthält die nach der Erfindung codierbaren Ereig-
nisse, der rechte Bereich die nichtcodierbaren Ereig-
30     nisse. Die maximale Länge, die ein Abschnitt von Signal-
werten haben darf - er entspricht also einem codierbaren
Ereignis - ist 16; es handelt sich um die Ereignisse (0,
15), (1, 15) und (2, 15). Alle anderen codierbaren
Ereignisse entsprechen Signalabschnitten, die kürzer
35     sind. Die Einteilung in codierbare und nichtcodierbare
Ereignisse ist nicht völlig willkürlich; die am
häufigsten auftretenden Ereignisse müssen zu den



- 7 -                    PHD 86 336

codierbaren gehören. Die nichtcodierbaren Ereignisse
werden dann in codierbare zerlegt. Das angekreuzte nicht-
codierbare Ereignis (8, 7) in Tabelle I wird z.B. in die
Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung

5   gibt es mehrere Möglichkeiten; die einfachste ist die
hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren
Ereignissen gehören, bedeuten die Länge - also die Anzahl

10  der Bits - der Huffman-Codeworte, mit denen die Ereig-
nisse codiert werden. Die Codeworte enthalten auch das
Vorzeichen der Koeffizienten und gegebenenfalls Angaben
über die Größe des Betrages B; keines von ihnen ist
länger als 16 Bit. Bei der Aufstellung der

15  Huffman-Codeworte wurde unterstellt, daß Koeffizienten
mit Beträgen größer als 136 nicht vorkommen.

Tabelle II zeigt die genaue Struktur der verwendeten
Huffman-Codeworte. Das erste Codewort stellt den codier-

20  ten und oben schon erwähnten Signalwert zu Kennzeichnung
eines Blockendes dar. Die erste Spalte der Tabelle II
enthält eine laufende Nummer, die zweite Spalte den
Betrag B der Koeffizienten und die dritte die Länge der
Nullfolgen. Die beiden letzten Angaben zusammen ergeben

25  die "Koordinaten" eines codierbaren Ereignisses nach
Tabelle I. In der vierten Spalte der Tabelle II sind die
Codeworte bitweise angegeben. Das Bit s bedeutet das
Vorzeichenbit, die mit "-" versehenen Stellen sind bedeu-
tungslos und in die mit "+" versehenen Stellen werden die

30  codierten Beträge der Koeffizienten eingetragen, sofern
sie größer als acht sind. Die letzte Spalte gibt noch
einmal die Länge der Huffman-Codeworte wieder.

35



- 8 -                    PHD 86 336

**PATENTANSPRÜCHE**

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei ununterbrochenen
Teilfolgen von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich den Teilfolgen anschließenden
Signalwert oder zusammen mit dem den Teilfolgen voran-
gehenden Signalwert Huffman-Codeworte zugeordnet werden,
10   **dadurch gekennzeichnet,**
daß dann, wenn eine Teilfolge von Signalwerten A zusammen
mit dem vorangehenden oder sich anschließenden Signalwert
eine vorgegebene Länge überschreitet, diese gesamte
Wertefolge so in Abschnitte zerlegt wird, daß die Länge
15   eines jeden Abschnittes unter einem vorgegebenen Wert
liegt, und daß jedem Abschnitt ein Huffman-Codewort
zugeordnet ist.

2. Verfahren nach Anspruch 1, **dadurch gekennzeichnet,** daß
20   es sich bei dem Signal um eine Folge von Koeffizienten
handelt, die sich nach der blockweisen Cosinus-Transfor-
mation von Bildpunkten eines Videosignales mit
anschließender Quantisierung ergibt, und daß der Signal-
wert A der Wert 0 ist.

25

30



10·09·87

**Tabelle I**    PHD 86 336

| L \ B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |



**TABELLE II**    PHD 86 336

| Nr. | B | L | Codewort | | Länge |
|---|---|---|---|---|---|
| 1 | - | - | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |



**TABELLE II**    PHD 86 336
(Fortsetzung 1)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | ≥ 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |



**TABELLE II**     PHD 86 336
(Fortsetzung 2)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

# EXHIBIT 5

# FEDERAL REPUBLIC OF GERMANY

## Certificate

PHILIPS PATENTVERWALTUNG GMBH at 2000 Hamburg filed a patent
application with the German Patent and Trademark Office
under the designation

"bit-rate reduction process"

on May 23, 1987.

The attached papers are a true and exact reproduction of the
original documents of this patent application.

The attached summary, which is to be attached to the
application, but does not form part of the application,
corresponds to the original filed on May 23, 1987.

The application has temporarily received the symbols H 03 M
7/40, H 04 N 7/13 and H 04 N 1/415 of the International
Patent Classification at the German Patent and Trademark
Office.

Filing No.:   P 37 17 399.5

Munich, October 16, 1987
The President of the German
Patent and Trademark Office
pp
(signed)
R. Kanvalin

PHD 87-109

SUMMARY

Bit-rate reduction process

The bit-rate reduction process described is used when coding
a signal which consists of a sequence of digitally
represented signal values and contains a signal value A,
which occurs most often in uninterrupted runs.  A first step
in coding consists of each uninterrupted run of signal
values A with the length 0, 1, 2, etc., together with the
following signal value, being allocated a Huffman codeword.

Should the signal be structured into blocks of equal length,
which advantages or disadvantages the non-transmission of
the last Huffman codeword of a block has is tested.  Should
the advantages prevail, the last Huffman codeword is not
transmitted and the testing is repeated with the preceding
Huffman codeword as the last codeword.

A special case of application for the process described
results when coding video signals, in particular when coding
the elements of so-called coefficient blocks falling
serially.  A coefficient block consists of 64 elements.  The
signal value 0 occurs here most frequently in uninterrupted
runs.  Should Huffman codewords not be transmitted when

- 2 -

PHD 87-109

applying the procedure described, as many elements with the
value zero are added into elements of the coefficient block
on the receiver side when decoding the Huffman codewords
received until a total of 64 results.

PHD 87-109

May 22, 1987

PHILIPS PATENTVERWALTUNG GMBH

DESCRIPTION

Bit-rate reduction process

The invention concerns a bit-rate reduction process when
coding a signal, which consists of a sequence of digitally
represented signal values, and which contains a signal value
A, which occurs most frequently in uninterrupted run,
whereby each uninterrupted run of signal values with the
length 0, 1, 2, etc., together with the signal value
following the run or together with the signal value
preceding the run, is allocated a Huffman codeword.

Such a process is described in the German Patent Application
with the filing number P 36 31 252.5.  It is applied when
coding video signals and serves the purpose of transmitting
video pictures of sufficient quality with as low a bit rate
as possible.  Preferred areas of application for this are
visual telephone or video conference systems.

The coding of video signals takes place in several steps
(see, in this regard, for example, DE-A-36 13 343).  Firstly,

- 4 -

PHD 87-109

sections of equal size from a video picture - represented by square blocks of sample values of the pixels - are subjected to a discrete cosine transform.  This transformation concerns a special two-dimensional Fourier transform. Following the transformation, a new block of numerical values (coefficients) emerges from the original block.  The number of coefficients - also known as elements of the coefficient block - is just as large as the number of sample values of pixels which are consolidated into the original block.  Usually the sections from the video pictures consist of 8 x 8 blocks, i.e. they contain the sample values of 64 pixels.  Correspondingly, the coefficient block also contains 64 coefficients or elements.

The coefficient block now has the property that a large proportion of its elements is virtually zero or exactly zero. A subsequent quantization of the coefficients then, as a rule, renders the majority of the elements zero, so that a Huffman coding carried out subsequently, element by element, would already for that reason represent a considerable bit-rate reduction.

Due to the frequent occurrence of the signal value zero in uninterrupted runs, a further bit-rate reduction is carried out.  According to the German Patent Application 36 31 252.5,

- 5 -

PHD 87-109

the 64 coefficients of a block, for example, which occur as
a serial intermediate signal when coding video signals, are
broken down into events.  Each event is marked by the length
L of an uninterrupted run of zeros (run length) and the
amount B differing from zero of the following coefficient.

Decisive in the cited patent application is that the length
L of the runs of zeros can even accept the value zero.
Should a coefficient of the amount 1 occur, for example,
which is preceded by three zeros, this corresponds to the
event (L=3, B=1) or abbreviated (3, 1).  Should a
coefficient of the amount 2 follow the coefficient with the
amount 1, the occurrence of the second coefficient is
characterized by the event (L=0, B=2) or (0, 2).  Each event
is now allocated a Huffman codeword according to its
relative frequency.  The sequence of coefficients of a block
is thus broken up into a sequence of m events of the type

(L1, B1)

(L2, B2)                                    (1)

...

(Lm, Bm).

How large the number m of the events is depends upon the
special values of the coefficients.  Should the entire

- 6 -

PHD 87-109

coefficient block, for example, consist of 63 zeros with
following coefficients of the amount 1, it is broken down
into only one event, namely (63, 1). As it can thus not be
established right from the beginning, into how many events a
coefficient block is broken up, already for this reason the
individual blocks must be separated from one another by an
"end-of-block" signal. On the receiving side, the Huffman
codewords transmitted are transformed back into events, and
these events, in turn, into a series of coefficients. It is
known to the receiver that, for example, 64 coefficients
belong to a coefficient block.

The task of specifying measures for further bit-rate
reduction, without the picture quality being affected, forms
the basis of the invention.

This task is resolved in a process of the type mentioned at
the beginning, in that, in the case of a signal structured
into blocks of equal length, what advantages and
disadvantages the non-transmission of the last Huffman
codeword of a block has is tested and that, if the
advantages prevail, the Huffman codeword is not transmitted
and the same test is repeated with the preceding Huffman
codeword as the last Huffman codeword.

PHD 87-109

Advantageous embodiments of the invention can be taken from the sub-claims.

The invention is supposed to be described in further detail by means of an embodiment. In the embodiment, the signal to be coded concerns the serial run of digitally represented coefficients of a coefficient block accruing serially as an intermediate signal, as occurs with hybrid coders (see DE-A-26 13 343). For the sake of simplicity, it is assumed that 4 x 4 blocks are concerned, thus a block contains a total of 16 elements. All data belonging to a block is separated from the data of the following block by an "end-of-block" sign. This sign or the corresponding codeword is excepted from the breaking down of the signal to be coded into events.

Should the sequence of coefficients of a block in decimal construction, for example, have the form

XX 4005000050000001 XX                              (2),

then, according to Scheme (1), the block is broken down into the following events:

(0, 4)
(2, 5)                                              (3)

- 8 -

PHD 87-109

(4, 5)

(6, 1)


So that the coefficient sequence of a block can be broken
down into events according to Scheme (1) or (3) at all, the
coefficients are temporarily stored prior to their further
processing.  The time sequence of the coefficients in the
Schemes (1), (2), and (3) corresponds to the sequence of
their written records (the European direction of writing
being a prerequisite).  The signs XX in the example
according to Scheme (2) symbolize the "end-of-block" sign of
the preceding block and the block represented.

The coefficients in Scheme (2) which differ from zero are
all positive and represented as an integral multiple of the
smallest unit, namely 1.  As can be seen from Scheme (3),
the last event is the event (6, 1).  The Huffman codewords
allocated to the events are not entered.

Now what weight the reception of the last event, namely (6,
1) of the blocks has for the receiver according to (2) is
first of all tested.  As a general rule from experience, in
the picture coding it has transpired when coding the picture
that the transmission of events with a series of more than
five zeros becomes increasingly less worthwhile, the smaller

- 9 -

PHD 87-109

the amount of the following coefficient.  Should the rule
supported by experience be applied, not to transmit tested
events for which L>5 and B=1, the transmission of the last
event is then omitted.  Thereafter, the preceding event (4,
5) is tested in accordance with the same criterion.  In the
example according to (2), the test is then ended for this
block, as the event (4, 5) or the Huffman codeword allocated,
must be transmitted.

Following the decoding of the Huffman codewords on the part
of the receiver, all coefficients of the block can be
retrieved in accordance with Scheme (2), up until those
which belong to events not transmitted.  As these, however,
belong to the last coefficients of the block, as many
coefficients of the amount zero are added to the decoded
coefficients on the receiver side until the total number of
coefficients amounts to 16.

PHD 87-109

PATENT CLAIMS

1.  A bit-rate reduction process when coding a signal, which
consists of a run of digitally represented signal values,
and contains a signal value A, which occurs most frequently
in uninterrupted runs, whereby each uninterrupted run of
signal values A with the length 0, 1, 2, etc., together with
the signal value following the run or together with the
signal value preceding the run, is allocated a Huffman
codeword,

characterized by the fact that,
in the case of a signal structured into blocks of equal
length, what advantages and disadvantages the non-
transmission of the last Huffman codeword of a block has is
tested, and then, if the advantages prevail, the Huffman
codeword is not transmitted and finally the same testing is
repeated, with the preceding Huffman codeword as the last
Huffman codeword.

2.  Process in accordance with Claim 1,

characterized by the fact that
a tested Huffman codeword is not transmitted if the length
of the associated run of signal values A exceeds a barrier
dependent upon the amount of the following signal value.

- 11 -

PHD 87-109

3.  Process in accordance with Claims 1 or 2,

<u>characterized by the fact that</u>

the signal concerns a series of coefficients which results

in accordance with the block by block cosine transform of

pixels of a video signal with subsequent quantization and

that the signal value A of the value is zero.


4.  Process in accordance with Claim 3,

<u>characterized by the fact that</u>

a tested Huffman codeword is not transmitted if the length

of the associated run of zeros is greater than five and the

amount of the following signal value of the smallest

possible value differs from zero.

- 12 -

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg hat eine
Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 23. Mai 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue
Wiedergabe der ursprünglichen Unterlage dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 23. Mai 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 7/13 und H 04 N 1/415 der
Internationalen Patentklassifikation erhalten.

München, den  16. Oktober 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

R. Konvalin

Aktenzeichen: P 37 17 399.5

29·10·87

PHD 87-109

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion wird bei
der Codierung eines Signales eingesetzt, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
unterbrochenen Teilfolgen vorkommt. Ein erster Schritt
der Codierung besteht darin, daß jeder ununterbrochenen
Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw.,
zusammen mit dem sich der Teilfolge anschließendem Sig-
nalwert ein Huffman-Codewort zugeordnet wird.

Ist das Signal in gleichlange Blöcke strukturiert, so
wird geprüft, welche Vorteile oder Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat. Überwiegen die Vorteile, dann wird das letzte Huff-
man-Codewort nicht übertragen und die Prüfung mit dem
vorangegangenen Huffman-Codewort als letztem Codewort
wiederholt.

Ein besonderer Anwendungsfall für das beschriebene Ver-
fahren ergibt sich bei der Codierung von Videosignalen,
insbesondere bei der Codierung der seriell anfallenden
Elemente sogenannter Koeffizientenblöcke. Ein Koeffi-
zientenblock besteht aus 64 Elementen. Am häufigsten
kommt hier der Signalwert 0 in ununterbrochenen Teilfol-
gen vor. Werden bei Anwendung des beschriebenen Verfah-
rens Huffman-Codeworte nicht übertragen, so werden auf
der Empfängerseite bei der Decodierung der empfangenen
Huffman-Codeworte in Elemente des Koeffizientenblocks,
soviele Elemente mit dem Wert Null angeführt, bis sich
insgesamt 64 ergeben.



PHILIPS PATENTVERWALTUNG GMBH          PHD 87-109
                                       22.05.1987

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer Fol-
ge von digital dargestellten Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5   brochenen Teilfolgen vorkommt, wobei jeder ununterbroche-
nen Teilfolge von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert ein Huffman-Codewort zugeordnet wird.

10  Ein derartiges Verfahren ist in der deutschen Patentan-
meldung mit dem Aktenzeichen P 36 31 252.5 beschrieben.
Es wird bei der Codierung von Videosignalen angewendet
und dient dem Ziel, mit möglichst geringer Bitrate Video-
15  bilder ausreichender Qualität zu übertragen. Bevorzugte
Anwendungsgebiete hierfür sind Bildtelefon- oder Video-
konferenzsysteme.

Die Codierung von Videosignalen erfolgt (vergleiche hier-
20  zu z.B. die DE-A-36 13 343) in mehreren Schritten. Zu-
nächst werden gleichgroße Ausschnitte eines Videobildes -
repräsentiert durch quadratische Blöcke von Abtastwerten
der Bildpunkte - einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
25  eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
ein neuer Block von Zahlenwerten (Koeffizienten). Die An-
zahl der Koeffizienten - auch Elemente des Koeffizienten-
blocks genannt - ist ebenso groß wie die Zahl der Abtast-
30  werte von Bildpunkten, die zum ursprünglichen Block zu-



-2-                PHD 87-109

sammengefaßt sind. Gewöhnlich bestehen die Ausschnitte
aus den Videobildern aus 8 x 8-Blöcken, d.h., sie enthal-
ten die Abtastwerte von 64 Bildpunkten. Entsprechend ent-
hält auch der Koeffizientblock 64 Koeffizienten bzw. Ele-
5    mente.

Der Koeffizientenblock hat nun die Eigenschaft, daß ein
großer Teil seiner Elemente nahezu Null oder exakt Null
ist. Eine anschließende Quantisierung der Koeffizienten
10   macht dann in aller Regel den überwiegenden Teil der Ele-
mente zu Null, so daß eine darauffolgende, elementeweise
vorgenommene Huffman-Codierung schon deswegen eine erheb-
liche Bitratenreduktion bedeuten würde.

15   Wegen des häufigen Auftretens des Signalwertes Null in
ununterbrochenen Teilfolgen läßt sich noch eine weitere
Bitratenreduktion durchführen. Nach der deutschen Patent-
anmeldung 36 31 252.5 werden z.B. die 64 Koeffizienten
eines Blocks, die bei der Codierung von Videosignalen als
20   serielles Zwischensignal auftreten, in Ereignisse zer-
legt. Jedes Ereignis ist gekennzeichnet durch die Länge L
(runlength) einer ununterbrochenen Teilfolge von Nullen
und dem von Null verschiedenen Betrag B des sich an-
schließenden Koeffizienten.

25

Entscheidend in der zitierten Patentanmeldung ist, daß
die Länge L der Teilfolgen von Nullen selbst den Wert
Null annehmen kann. Tritt z.B. ein Koeffizient vom Betra-
ge 1 auf, dem drei Nullen vorangehen, so entspricht dies
30   dem Ereignis (L=3, B=1) oder kürzer (3,1). Folgt auf den
Koeffizienten mit dem Betrag 1 ein Koeffizient vom Be-
trag 2, so wird das Auftreten des zweiten Koeffizienten
durch das Ereignis (L=0, B=2) bzw. (0,2) charakteri-
siert. Jedem Ereignis wird nun entsprechend seiner rela-
35   tiven Häufigkeit ein Huffman-Codewort zugeordnet. Die
Folge von Koeffizienten eines Blockes wird also in eine



Folge von m Ereignissen der Art

(L1, B1)
(L2, B2)                                    (1)
5    ...
(Lm, Bm)


aufgelöst. Wie groß die Anzahl m der Ereignisse ist,
hängt von den speziellen Werten der Koeffizienten ab. Be-
10   steht der gesamte Koeffizientenblock z.B. aus 63 Nullen
mit anschließendem Koeffizienten vom Betrag 1, so zer-
fällt er nur in ein Ereignis, nämlich (63,1). Da also von
vornherein nicht feststeht, in wieviele Ereignisse ein
Koeffizientenblock zerlegt wird, müssen schon aus diesem
15   Grunde die einzelnen Blöcke durch ein "end-of-block"-Sig-
nal voneinander getrennt werden. Auf der Empfangsseite
werden die übertragenen Huffman-Codeworte wieder in Er-
eignisse zurücktransformiert und diese Ereignisse wiede-
rum in eine Folge von Koeffizienten. Dem Empfänger ist
20   bekannt, daß zu einem Koeffizientenblock z.B. 64 Koeffi-
zienten gehören.


Der Erfindung liegt die Aufgabe zugrunde, Maßnahmen zur
weiteren Bitratenreduktion anzugeben, ohne daß dadurch
25   die Bildqualität in Mitleidenschaft gezogen wird.


Diese Aufgabe wird bei einem Verfahren der eingangs ge-
nannten Art dadurch gelöst, daß bei einem in gleichlange
Blöcke strukturierten Signal geprüft wird, welche Nach-
30   teile und Vorteile die Nichtübertragung des letzten Huff-
man-Codewortes eines Blockes hat und daß dann, wenn die
Vorteile überwiegen, das  Huffman-Codewort nicht übertra-
gen wird und die gleiche Prüfung mit dem vorangegangen
Huffman-Codewort als letztem Huffman-Codewort wiederholt
35   wird.



-4-                    PHD 87-109

Vorteilhafte Ausgestaltungen der Erfindung sind den Un-
teransprüchen zu entnehmen.

Anhand eines Ausführungsbeispiels soll die Erfindung nä-
5   her erläutert werden. Im Ausführungsbeispiel handelt es
sich bei dem zu codierenden Signal um die als Zwischen-
signal anfallende serielle Folge von digital dargestell-
ten Koeffizienten eines Koeffizientenblocks, wie er bei
Hybrid-Codierern (vergleiche DE-A-26 13 343) auftritt.
10  Der Einfachheit halber ist angenommen, daß es sich um 4 x
4-Blöcke handelt, ein Block also insgesamt 16 Elemente
enthält. Alle Daten, die zu einem Block gehören, sind von
den Daten des nächstfolgenden Blocks durch ein "end-of-
block"-Zeichen getrennt. Dieses Zeichen bzw. das entspre-
15  chende Codewort wird von der Zerlegung des zu codierenden
Signals nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines Blocks in de-
zimaler Darstellung die Gesalt
20

XX    4005000050000001    XX                    (2)


so zerfällt nach dem Schema (1) der Block in folgende Er-
eignisse:

25  (0,4)
(2,5)                                          (3)
(4,5)
(6,1).

30
Damit die Koeffizientenfolge eines Blocks überhaupt in
Ereignisse nach dem Schema (1) oder (3) zerlegt werden
kann, werden die Koeffizienten vor ihrer weiteren Verar-
beitung zwischengespeichert. Die zeitliche Reihenfolge
35  der Koeffizienten in den Schemata (1), (2), und (3) ent-

29·10·87

-5-                PHD 87-109

spricht der Reihenfolge ihrer schriftlichen Aufzeichnun-
gen (europäische Schreibrichtung vorausgesetzt). Die Zei-
chen XX im Beispiel nach dem Schema (2) sybolisieren die
"end-of-block"-Zeichen des vorangegangenen Blockes und

5    des dargestellten Blocks.

Die von Null verschiedenen Koeffizienten im Schema (2)
sind alle positiv und als ganze Vielfache der kleinsten
Einheit, nämlich 1, dargestellt. Wie aus dem Schema (3)

10   ersichtlich, ist das letzte Ereignis das Ereignis (6,1).
Die den Ereignissen zugeordnete Huffman-Codeworte sind
nicht eingetragen.

Nun wird zunächst geprüft, welches Gewicht für den Em-

15   pfänger der Empfang des letzten Ereignisses, nämlich
(6,1) des Blocks nach (2) hat. Als allgemeine Erfahrungs-
regel hat sich bei der Bildcodierung herausgestellt, daß
die Übertragung von Ereignissen mit einer Folge von mehr
als fünf Nullen immer weniger lohnend wird, je kleiner

20   der Betrag des sich anschließenden Koeffizienten ist.
Stellt man die durch die Erfahrung gestützte Regel auf,
geprüfte Ereignisse, für die L>5 und B=1 ist, nicht zu
übertragen, so unterbleibt die Übertragung des letzten
Ereignisses. Sodann wird das vorangegangene Ereignis

25   (4,5) nach dem gleichen Kriterium überprüft. Im Beispiel
nach (2) ist dann für diesen Block die Prüfung beendet,
da das Ereignis(4,5) bzw. das zugeordnete Huffman-Code-
wort übertragen werden muß.

Nach der Decodierung der Huffman-Codeworte auf der Em-

30   pfängerseite lassen sich alle Koeffizienten des Blocks
nach dem Schema (2) wiedergewinnen, bis auf diejenigen,
die zu nicht übertragenen Ereignissen gehören. Da diese
jedoch zu den letzten Koeffizienten des Blocks gehören,

35   werden auf der Empfängerseite den decodierten Koeffizien-
ten so viele Koeffizienten vom Betrag Null angefügt, bis
die Gesamtzahl der Koeffizienten 16 beträgt.



-6-                           PHD 87-109

<u>PATENTANSPRÜCHE</u>

1. Verfahren zur Bitratenreduktion bei der Codierung ei-
nes Signales, das aus einer Folge von digital dargestell-
ten Signalwerten besteht und das einen Signalwert A ent-
hält, der am häufigsten in ununterbrochenen Teilfolgen
5    vorkommt, wobei jeder ununterbrochenen Teilfolge von Sig-
nalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem
sich der Teilfolge anschließenden Signalwert oder zusam-
men mit dem der Teilfolge vorangehenden Signalwert ein
Huffman-Codewort zugeordnet wird,
10   <u>dadurch gekennzeichnet,</u>
daß bei einem in gleichlange Blöcke strukturierten Signal
geprüft wird, welche Vorteile und Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat und daß dann, wenn die Vorteile überwiegen, das Huff-
15   man-Codewort nicht übertragen wird und anschließend die
gleiche Prüfung mit dem vorangegangenen Huffman-Codewort
als letztem Huffman-Codewort wiederholt wird.

2. Verfahren nach Anspruch 1,
20   <u>dadurch gekennzeichnet,</u>
daß ein überprüftes Huffman-Codewort nicht übertragen
wird, wenn die Länge der zugehörigen Teilfolge von Sig-
nalwerten A eine vom Betrag des sich anschließenden Sig-
nalwertes abhängige Schranke übertrifft.

25

3. Verfahren nach Anspruch 1 oder 2,
<u>dadurch gekennzeichnet,</u>
daß es sich bei dem Signal um eine Folge von Koeffizien-
ten handelt, die sich nach der blockweisen Cosinus-Trans-

30



-7-                    PHD 87-109

formation von Bildpunkten eines Videosignales mit an-
schließender Quantisierung ergibt und daß der Signal-
wert A der Wert Null ist.

5     4. Verfahren nach Anspruch 3, <u>dadurch gekennzeichnet</u>, daß
ein überprüftes Huffman-Codewort nicht übertragen wird,
wenn die Länge der zugehörigen Teilfolge von Nullen
größer als Fünf ist und der Betrag des sich anschließen-
den Signalwertes der kleinstmögliche Wert verschieden von
10    Null ist.

15

20

25

30

35