# EXHIBIT 8

CCITT SG XV
Specialists Group on Coding
for Visual Telephony

Doc. No 383
Sept. 88, Paris

Title:  Patent Applications by PKI on low bitrate video encoding

Source: PKI Nürnberg, FRG

1.  Digital filter for video applications
    filing date:
    10/6/86

2.  Hybrid coder with digital low-pass-filter controlled by the
    motion vector and/or the quantizer index
    filing date:
    19/4/86, 18/6/86, 8/11/86

3.  Bitrate reduction by a two-dimensional coding table for
    encoding the quantizer indices in a hybrid coder
    filing date:
    13/9/86, 8/11/86, 23/5/87

4.  A method for motion estimation in a motion compensated
    hybrid coder
    filing date:
    6/6/87

5.  Reduction of side information in a hybrid coder by macro
    blocks
    filing date:
    6/7/87, 10/8/87, 28/12/87

6.  Control of the quantizer in a hybrid coder by the coder
    status
    filing date:
    27/3/87

# EXHIBIT 9



PHILIPS

# PHILIPS

**Philips Kommunikations
Industrie AG**

*Philips Kommunikations Industrie AG · Postfach 35 38 · 8500 Nürnberg 1*

*Hauptverwaltung
Thurn-und-Taxis-Straße 10
8500 Nürnberg 10*

Mr. S. Okubo
Project Team-3 (Room 922A)
NTT Human Interface Laboratories
I-2356 Take, Yokosuka-shi
Kanagawa-ken 238-03
Japan

Öffentliche
Kommunikationssysteme
Teilnehmernahe Systeme

| *Ihre Zeichen und Nachricht* | *Unser Zeichen* | *Durchwahl (0911) 526-* | *Teletex* | *Datum* |
|---|---|---|---|---|
| | OBA-Sp/Kp | 2581 | | 10.10.1989 |

**CCITT Patent Statement for p x 64 kbit/s video coding**

In case the p x 64 kbit/s video coding is made the subject of a CCITT Recommendation, Philips is willing to grant a non-exclusive, non-transferable license on reasonable and non-discriminatory terms and conditions under patents that Philips hold, but

- only to the extent they cover features contained in this CCITT Recommendation,

- only for use in equipment fully complying with this CCITT Recommendations, and

- on the condition that any requesting party express willingness to grant to Philips licenses on no less favourable terms and conditions under its patents, if any, for use in complying with this CCITT Recommendation.

With kind regards

(Dr. J. Speidel)        (Dr. C. Brandis)

7
#579

*Vorsitzender des Aufsichtsrats: Lolke J. Smit
Vorstand: Manfred Conrad (Vorsitzender),
Hans-Peter Friedrichsen, Michael Günther, Horst Herrmann,
Dieter Kaden, Dr. Heinz Thielmann
Sitz der Gesellschaft: Nürnberg
Registergericht:
Amtsgericht Nürnberg, Reg.-Nr. HR B 5400*

*Bankkonten:
Bayerische Vereinsbank AG Nürnberg
Nr. 2145 600 (BLZ 760 200 70)
Commerzbank AG Nürnberg
Nr. 5 330 560 (BLZ 760 400 61)
Deutsche Bank AG Nürnberg
Nr. 320 770 (BLZ 760 700 12)
Dresdner Bank AG Nürnberg
Nr. 1 090 070 (BLZ 760 800 40)*

*Thurn-und-Taxis-Straße 10
8500 Nürnberg 10
Telefon (0911) 526-0
Telex 6 22 634-0 pkd
Telefax (0911) 526-28 50
Btx + 30400 #
Videokonferenz-Raum
(0911) 526-41 88*

8191-89H

BBO

CCITT SGXV

Working Party XV/1

Specialists Group on Coding for Visual Telephony


Source: N.V. Philips´ Gloeilampenfabrieken (PHILIPS)

Title : Statement on patents on the p x 64 kbit/s video coding
        for audiovisual services


In case a preferred algorithm for the p x 64 kbit/s video coding for
audiovisual services is made the subject of a CCITT Recommendation,
PHILIPS is willing to grant a non-exclusive, non-transferable license
on reasonable and non-discrimatory terms and conditions under patents
that PHILIPS holds, but
- only to the extent they cover features contained in this CCITT
  Recommendation,
- only for use in equipment fully complying with this CCITT
  Recommendation, and
- on the condition that any requesting party express willingness to
  grant PHILIPS licenses on no less favourable terms and conditions
  under its patents, if any, for use in complying with this CCITT
  Recommendation.


Date: October 5, 1989


5

#599

# EXHIBIT 10

Improved Hybrid Coders with 2D-Signal Processing for Moving Pictures

Joachim Speidel and Peter Vogel

Philips Kommunikations Industrie AG, Nürnberg
Federal Republic of Germany

### Abstract

2D-signal processing techniques for interframe hybrid coders with motion compensating prediction are investigated. "Equivalent" 2D-filters and "equivalent" coder structures are proposed to improve the subjective quality of moving pictures encoded at about 64 to m x 384 kbit/s (m = 1, 2, ..., 5). An optimum predictor is derived and it is concluded that this solution is quite close to the concept of equivalent filters. The complete coding scheme is described.

### 1. Introduction

Encoding of video signals in the 64 to m x 384 kbit/s range (m = 1, 2, ..., 5) is a great challenge, as these bit-rates can be transmitted in the near future using the emerging ISDN. To reach this goal spatial and temporal subsampling techniques, interframe coding, motion compensating prediction and frame interpolation as well as transform coding have been applied [1-8]. This paper deals with an improved hybrid coding scheme with motion compensating prediction. The principle block diagram of a hybrid coder is depicted in Fig. 1a. The difference d between a block x of input pels and the displaced predicting block $\hat{x}(V)$ is transformed (transform T), quantized (quantizer Q) and encoded (variable length coder VLC). $\hat{x}(V)$ is taken from the previous frame which is stored in the frame memory FM. In the considered scheme, the displacement vector V is the result of a block matching technique performed in the motion estimator (ME). To every coded block a displacement vector V is associated and transmitted as side information. The buffer memory (BM) provides a constant output bit-rate for the transmission channel.

Bit rate reduction is done by degrading the coefficients of the transformed block difference D. The various schemes known at present differ mainly in this degradation process, e.g. [4], [7], [8]. Mostly, insignificant coefficients, in particular coefficients representing high spatial frequencies, are coarsly quantized and even dropped due to zonal sampling. Our computer simulations at bit rates of approx. 40 to 300 kbit/s have shown, that these methods cause distortions which are of artificial nature, e.g. new patterns in the moving picture or "overshoot-effects".

We introduce and investigate new techniques which allow for a controlled filtering and quantizing in the hybrid coding scheme.

### 2. A hybrid coder with equivalent filters

In Fig. 1b a hybrid coder is shown where the quantizer is modelled by additive noise $N_Q$ and where a filter operator H is introduced. In the following list, the symbols are explained.

$x, \hat{x}, \tilde{x}$    blocks of n x n pels, n = 8 except otherwise noted

H        scalar operator in the transform domain, i.e. every coefficient of the input block is multiplied by a real number (frequency weighting)

$N_Q$      quantizing noise in the transform domain

T        transformation operator

$n_Q$      quantizing noise in the space domain, i.e. $n_Q$ is the inverse transform of $N_Q$

h        giving the effect of H in the space domain, i.e.

$$h = T^{-1}HT \tag{1}$$



Fig. 1  Hybrid coder with motion compensating prediction
         a) principle block diagram
         b) with frequency weighting filter H and quantizer modelling

E.g. in the special case of zonal sampling H multiplies every coefficient of D to be transmitted by 1 and every coefficient of D to be suppressed by zero.

In Fig. 1b the reconstructed block $\tilde{x}$ is computed. Obviously, $\tilde{x}$ is composed of $h[x]$, which is the input block degraded by filtering with h and $n_Q$ which is quantizing noise. Due to the interframe technique the term $\hat{x}-h[\hat{x}]$ occurs, which consists of the block $\hat{x}$ in the previous frame and its filtered version $h[\hat{x}]$.
As a result, zonal sampling or frequency weighting in interframe coding yields additional distortions compared to intraframe techniques.

To eliminate the distortion $\hat{x}-h[\hat{x}]$, a 2D-filter is introduced and described by the operator h as shown in Fig. 2. The two filters H and h are denoted as "equivalent", because they provide the same effect. H operates in the transform domain an h in the space domain. We obtain for the reconstructed block [9]

$$\tilde{x} = h[x] + n_Q \qquad (2)$$



Fig. 2  Hybrid coder with motion compensating prediction and
        with equivalent filters H and h

Obviously, $\tilde{x}$ is composed of the filtered input block $h[x]$ and the quantizer noise $n_Q$. For H = 1 (no frequency weighting) we get from eq. (2)

$$\tilde{x} = x + n_Q \qquad (3)$$

and the reconstructed signal is now corrupted by quantizing noise only. On the other hand, if the quantizer is switched off, the reconstructed block becomes

$$\tilde{x} = h[x] \qquad (4)$$

and is degraded by filtering effects. By controlling the filters H and h as well as the quantizer, the degradations within moving blocks x can be shared between filtering effects (blur of moving objects) and quantizing distortions. Our computer simulations at 48 to 300 kbit/s show, that pure quantization of blocks results in unacceptable artefacts. Moderate filtering and quantization have proven to be a good compromise to provide a better subjective quality. Before describing the details of controlling the filters and the quantizer we will consider the filter operators H and h more closely.

For example, assume a separable scalar operator H, i.e.

$$H = H_1 [\quad] H_2 \qquad (5a)$$

where

$H_1$ and $H_2$ are diagonal matrices with

$$H_1 = H_2 = \begin{bmatrix} 1 & & & & & & \\ & 0.96 & & & & & \\ & & 0.85 & & & 0 & \\ & & & 0.69 & & & \\ & & & & 0.5 & & \\ & 0 & & & & 0.31 & \\ & & & & & & 0.15 \\ & & & & & & & 0.04 \end{bmatrix} \qquad (5b) \quad .$$

With eq. (5a) the multiplier for the (i,j)-th coefficient of the input block is given by $H_1(i,i) H_2(j,j)$. The separable operator H in eq. (5a) maintains the DC-part of the input block D, and the energy concentration effect of the used transform is increased. Assuming a constant output bit-rate of the source encoder in Fig. 2, the higher energy concentration allows for a finer quantizing of coefficients, which results in less quantizing noise. According to eq. (2) the reduced quantizing noise must be payed for by filtering effects.

As a consequence of the separability of the operator H the filter operator h is separable too, i.e.

$$h = h_1 [\quad] h_2 \qquad (6a)$$

holds. According to eq. (6a) $h_1$ operates as a vertical filter and $h_2$ operates as a horizontal filter.

For the two dimensional discrete cosine transform (DCT) [7], we obtain from eq.(1) with eq. (5b)

$$h_1 = h_2 = 1/4 \begin{bmatrix} 3 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 1 & 2 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 1 & 2 & 1 & 0 & 0 & 0 & 0 \\ \cdot & & & & & & & \cdot \\ \cdot & & & & & & & \cdot \\ \cdot & & & & & & & \cdot \\ 0 & 0 & 0 & 0 & 0 & 1 & 2 & 1 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 3 \end{bmatrix} \qquad (6b)$$

As can be seen the one-dimensional filter given in eq. (6b) is space variant but is very similar to the space invariant filter with the impulse response

$$h_{121}(p) = 1/4 \begin{cases} 1 \text{ for } p = \pm 1 \\ 2 \text{ for } p = \bar{0} \\ 0 \text{ elsewhere} \end{cases} \qquad (7)$$

Whereas $h_{121}$-filtering requires values outside the block boundaries, the filter given by eq. (6b) operates within a block, i.e. exclusively the pels within a block are taken for computation. Only at the block boundary positions $h_1$ in eq. (6b) differs from $h_{121}$-filtering. At these positions the missing signal values outside the block are

substituted by boundary position values. More general, for the DCT every (one dimensional) scalar operator effects a filtering in the space domain with a single impulse response, where the missing signal values are obtained by reflection at the block boundaries and subsequent continuation with the period 2n. This signal continuation which is called even-periodical, is one of those continuations which are suitable to define convolution operators on a finite area, i.e. the operators can be convoluted to one another [9].

For example consider the diagonal matrices

$$\tilde{H}_k(Z,m) = (ZH_k + (1-Z)I)^m, \quad k = 1, 2; \; 0 \leq Z \leq 1, \; m \geq 0 \qquad (8)$$

where Z defines the convex combination of the matrix $H_k$ given by eq. (5b) with the unit matrix I. The operator $\tilde{H}_k(Z, m)$ effects a filtering in the space domain with the single impulse response

$$\tilde{h}_k(Z, m) = (Zh_{121} + (1-Z)\,\delta\,)*^m; \; k = 1, 2 \qquad (9)$$

where the missing signal values are replaced using the even periodical continuation. $*^m$ denotes convolution applied m times, $\delta$ is the Dirac impulse in the discrete signal space. Because the even-periodical continuation provides acceptable estimation only for signal values outside the block next to it, m should not exceed 2 to avoid blocking effects. Varying the parameters Z and m the distortions within the reconstructed block can be shared between filtering effects and quantizing noise. If the length of the displacement vector is used to control the quantizer and the filter, fast moving parts within the image are blurred whereas the quantizing noise is reduced for the whole picture. This yields better subjective picture quality than simple quantization at 48 to 300 kbit/s bit-rate.

In Tab. 1 a flow-diagram for the adjustment of the filters H and h as well as the quantizer is shown as an example. The filter (parameters Z and m) and the quantizer step size can be modified with an iterative procedure (steps 4 to 7) until a given maximum number B of bits per coded block is not exceeded. For a given channel bit-rate, B depends on the actual buffer fullness. Besides this iterative procedure for adjusting the filters and the quantizer, also a simple one-shot method can perform well (Tab. 1,b) using a-priori knowledge taken from experiments with typical moving scenes.

### 3. Equivalent coder structures

In Fig. 2 the filters H and h operate in different domains. We will now derive "equivalent" coder structures. Equivalent means, that the coders provide the same reconstructed signal $\tilde{x}$. Fig. 3c shows a coder, which contains space domain filters h. In Figs. 3a, b intermediate steps towards this solution are depicted: Starting from Fig. 2 and using eq. (1) H can be replaced by the space domain filter h in front of the transform T, which leads to Fig. 3a. As the filter h is linear, subtraction and filtering can be interchanged. The result is given in Fig. 3b. In the final step, the two filters h encircled by dashed lines can be replaced by one filter after the frame memory, as shown in Fig. 3c.



Fig. 3a, b  Hybrid coders with motion compensating prediction equivalent to
Fig. 2; intermediate steps towards the final solution in Fig. 3c

al)





Fig. 3c Hybrid coders with motion compen-
         sating prediction equivalent
         to Fig. 2

Fig. 4 Hybrid coder with motion compensating
        and optimum prediction

An example for the control of the two filters h in Fig. 3c is explained in the flow-diagram
in Tab. 2. The procedure is quite similar to Tab. 1 except that the adjustment of h has now
to be done before computation of the prediction error $h[x] - h[\hat{x}]$. The iterative procedure
(a) is more time consuming than with Fig. 2, as in every iteration step the transformation
has to be performed.

step
1. new input block x
2. compute displacement vector V
3. compute $x - \hat{x}(V)$
4. adjust filter H
5. adjust quantizer
   for method a) Goto 6
   for method b) Goto 8
6. count number of bits per coded block (A)
7. compare A with available bits/block (B)
   If A > B Goto 4.
   If A $\leq$ B Goto 8.
8. adjust filter h
9. compute reconstruction block $\tilde{x}$
   Goto 1.

step
1. new input block x
2. compute displacement vector V
3. adjust filter h
4. compute $h[x] - h[\hat{x}]$
5. adjust quantizer
   for method a) Goto 6
   for method b) Goto 8
6. count number of bits per coded block (A)
7. compare A with available bits/block (B)
   If A > B Goto 3.
   If A $\leq$ B Goto 8.
8. compute reconstruction block $\tilde{x}$
   Goto 1.

Tab. 1: Flow-diagram for controlling the
        filters H, h and the quantizer in
        Fig. 2
        method a) iterative procedure
        method b) one-shot method

Tab. 2: Flow-diagram for controlling the
        filters h and the quantizer Q in
        Fig. 3c
        method a) iterative procedure
        method b) one-shot method

If the transform is performed at the input of the coders in Figs. 2 and 3c, equivalent
structures result where all signals are in the transform domain. As a consequence $T^{-1}$ is
not required in Figs. 2 and 3c, and filters h have to be replaced by H. With these
structures, motion estimation is more difficult to implement.

### 4. 2D-filters as interframe predictors

#### 4.1 Improvement by low pass filtering

A single filter after the frame memory can improve the performance of the hybrid coder
(Fig. 4). In the following we derive an optimum filter and show its performance. The filter
will be designed in the transform domain.

Optimum weighting coefficients $H_{ij}$ for the filter h are obtained by minimizing the mean energy $E(D_{ij}^2)$ of every transform coefficient of the prediction error D:

$$E(D_{ij}^2) = E\left[(X_{ij} - H_{ij}\hat{X}_{ij})^2\right] = \min \qquad (10a)$$

where $X_{ij}$ and $\hat{X}_{ij}$ denote the $(i,j)$-th transform coefficient of the input block x and the block $\hat{x}$, respectively. Setting the partial derivative of $E(D_{ij}^2)$ with respect to $H_{ij}$ equal to zero yields the weighting coefficients

$$H_{ij} = \frac{E(X_{ij}\,\hat{X}_{ij})}{E(\hat{X}_{ij}^2)} \; ; \; 1 \le i, \; j \le n \qquad (10b)$$

Tab. 3 shows the optimum $H_{ij}$ for n=8. As can be seen the filter does not effect the DC-part of its input block, but the high frequency coefficients are attenuated. Simply said, intraframe mode is preferable for high frequency coefficients. Because coefficients except the DC-coefficient are expectation free, high frequency coefficients of the input block x and the block $\hat{x}$ are highly decorrelated. This result holds for various bit-rates and thus for different magnitudes of the quantizing noise. Therefore we conclude that the temporal decorrelation of high frequency coefficients is a property of the image source.

The filter h in the space domain resulting from Tab. 3 is given by eq. (1). Because H is not separable, the same holds for h.

We define the performance measure

$$G_{ij} = \left[ E(D_{ij}^2)\bigg|_{\substack{without \\ filter}} - E(D_{ij}^2)\bigg|_{\substack{with \\ filter}} \right] \bigg/ E(D_{ij}^2)\bigg|_{\substack{without \\ filter}} \qquad (11)$$

$G_{ij}$ is listed in Tab. 4. As can be seen, the improvements due to the filter are significant high for high frequency coefficients which leads to a reduction of high frequency quantizing noise in the hybrid coder.

| i \ j | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 99 | 94 | 89 | 83 | 69 | 56 | 26 |
| 2 | 98 | 91 | 87 | 76 | 68 | 48 | 28 | 14 |
| 3 | 94 | 85 | 79 | 70 | 61 | 42 | 19 | 2 |
| 4 | 90 | 78 | 68 | 61 | 47 | 34 | 9 | 4 |
| 5 | 89 | 69 | 60 | 45 | 44 | 12 | 6 | 1 |
| 6 | 82 | 57 | 43 | 27 | 13 | 11 | 3 | 1 |
| 7 | 72 | 31 | 26 | 12 | 2 | 4 | 2 | 1 |
| 8 | 49 | 11 | 12 | 2 | 3 | -1 | 1 | 0 |

| i \ j | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 3 | 4 | 6 | 16 | 23 | 48 |
| 2 | 0 | 4 | 6 | 12 | 15 | 27 | 39 | 58 |
| 3 | 3 | 7 | 11 | 15 | 19 | 32 | 48 | 67 |
| 4 | 6 | 10 | 15 | 19 | 29 | 41 | 54 | 71 |
| 5 | 7 | 17 | 20 | 27 | 32 | 53 | 61 | 72 |
| 6 | 11 | 25 | 32 | 42 | 51 | 58 | 68 | 73 |
| 7 | 20 | 42 | 46 | 57 | 66 | 69 | 77 | 80 |
| 8 | 38 | 62 | 64 | 74 | 79 | 83 | 84 | 86 |

Tab. 3  Weighting coefficients $H_{ij}$ for the optimum predictor h in Fig. 4 $(100 \hat{=} 1)$

Tab. 4  Performance measure $G_{ij}$ in per cent defined in eq. (11) for the optimum predictor given in Tab. 3

The high gain together with the high decorrelation between $X_{ij}$ and $\hat{X}_{ij}$ for high frequency coefficients yield

$$E(\hat{X}_{ij}^2) > E(X_{ij}^2) \; ; \; i,j \gg 1 \qquad (12)$$

which is a consequence of noisy blocks $\hat{x}$.

The filter operator in Tab. 3 which is well determined in the space domain by eq. (1), requires an expensive realization in the space domain, but it can be approximated by a filter defined in eqs. (6a, b). The weighting coefficients $H_{ij}$ are given in Tab. 5a. In Tab. 5b the performance is shown in terms of the measure $G_{ij}$. The negative signs show that this filter makes the prediction worse than without filtering for some frequencies, but the filter yields similar high gains for high frequency coefficients as the optimum filter in Tab. 3.

| j<br>i | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 96 | 85 | 69 | 50 | 31 | 15 | 4 |
| 2 | 96 | 93 | 82 | 67 | 48 | 30 | 14 | 4 |
| 3 | 85 | 82 | 73 | 59 | 43 | 26 | 13 | 3 |
| 4 | 69 | 67 | 59 | 48 | 35 | 21 | 10 | 3 |
| 5 | 50 | 48 | 43 | 35 | 25 | 15 | 7 | 2 |
| 6 | 31 | 30 | 26 | 21 | 15 | 10 | 5 | 1 |
| 7 | 15 | 14 | 13 | 10 | 7 | 5 | 2 | 1 |
| 8 | 4 | 4 | 3 | 3 | 2 | 1 | 1 | 0 |

Tab. 5a  Weighting coefficients $H_{ij}$ for the filter defined in eqs. (6a, b)

| j<br>i | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | -2 | -1 | -3 | -9 | 4 | 11 | 47 |
| 2 | 0 | 4 | 6 | 12 | 13 | 26 | 38 | 58 |
| 3 | 2 | 7 | 11 | 14 | 17 | 31 | 47 | 67 |
| 4 | -2 | 10 | 15 | 19 | 29 | 40 | 54 | 71 |
| 5 | -23 | 15 | 19 | 27 | 31 | 52 | 61 | 72 |
| 6 | -30 | 21 | 31 | 42 | 51 | 58 | 68 | 73 |
| 7 | -18 | 41 | 46 | 57 | 66 | 69 | 77 | 80 |
| 8 | 26 | 62 | 64 | 74 | 79 | 83 | 84 | 86 |

Tab. 5b  Performance measure $G_{ij}$ in per cent defined in eq. (11) for the filter in Tab. 5a as predictor

At first, the filter h is assumed to be switched on for a motion block and switched off for a fixed (background) block. The improvement of the prediction can be slightly increased by introducing different filters depending on the displacement vector. Tab. 6 shows the improvement for the following displacement vector classes

- displacement vector is zero
- pure horizontal motion
- pure vertical motion
- both horizontal and vertical motion

where an optimum filter is used for every class.

### 4.2 Motion compensating prediction with fractional displacement vectors

Displacement vectors allowing for a minimum shift of less than the unit pel-distance 1, e.g. 1/2, are called fractional displacement vectors. In principle, such vectors may shift a block into a fictitious position in between the orthogonal pel-grid of the input signal x. An interpolation filter has to be used to compute the missing pels at positions of the input pel-grid. This can be done by the filter h in Fig. 4. The filter characteristic varies with the fractional part of the displacement vector. The interpolation filter for a fractional displacement 1/2 to the right and downwards is given by the separable filter operator in eq. (6a) with

$$
h_1 = h_2 = 1/2
\begin{bmatrix}
1 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\
0 & 1 & 1 & 0 & 0 & 0 & 0 & 0 \\
\cdot & & & & & & & \cdot \\
\cdot & & & & & & & \cdot \\
0 & 0 & 0 & 0 & 0 & 0 & 0 & 2
\end{bmatrix}
\tag{13a}
$$

Although no filtering is performed in case of integer displacement vectors, there is also an improvement for high frequency coefficients (Tab. 7). Because the input block x and the block $\hat{x}$ are highly decorrelated for high frequency coefficients, a attenuation of high frequency coefficients by the interpolation filter results. In fact, eq. (1) applied to eq. (13a) yields

$$
H_1 = H_2 = 1/100
\begin{bmatrix}
100 & -17 & 0 & -15 & 0 & -10 & 0 & -3 \\
0 & 96 & -31 & 0 & -19 & 0 & -10 & 0 \\
0 & 8 & 85 & -37 & 0 & -16 & 0 & -5 \\
0 & 0 & 17 & 69 & -38 & 0 & -12 & 0 \\
0 & 1 & 0 & 24 & 50 & -35 & 0 & -7 \\
0 & 0 & 3 & 0 & 26 & 31 & -28 & 0 \\
0 & 0 & 0 & 5 & 0 & 23 & 15 & -17 \\
0 & 0 & 1 & 0 & 4 & 0 & 15 & 4
\end{bmatrix}
\tag{13b}
$$

Thus an improvement of the prediction for high frequency coefficients is mainly based on the low-pass effect of the interpolation process. Compared to the filters discussed earlier, the interpolation filter given by eq. (13a) provides also a gain for low frequency coefficients (Tab. 7). Simulations show that an improvement of the prediction for high frequency coefficients is more important for a good picture quality than for low frequency coefficients. Thus we conclude that motion compensating prediction with fractional displacement vectors yields improvements which are mainly due to the low-pass characteristic of the interpolation process.

| i \ j | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 3 | 5 | 8 | 18 | 26 | 50 |
| 2 | 1 | 6 | 8 | 16 | 18 | 30 | 41 | 60 |
| 3 | 7 | 9 | 14 | 18 | 24 | 35 | 48 | 67 |
| 4 | 11 | 15 | 19 | 22 | 34 | 46 | 54 | 71 |
| 5 | 17 | 24 | 23 | 28 | 38 | 53 | 61 | 72 |
| 6 | 24 | 33 | 35 | 43 | 51 | 59 | 68 | 73 |
| 7 | 34 | 44 | 50 | 57 | 66 | 69 | 77 | 80 |
| 8 | 49 | 63 | 65 | 74 | 79 | 83 | 84 | 86 |

Tab. 6 Performance measure $G_{ij}$ in per cent defined in eq. (11) for adaptive prediction using four filters controlled by the displacement vector

| i \ j | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1 | 16 | 16 | 12 | 14 | 16 | 24 | 31 | 44 |
| 2 | 17 | 12 | 14 | 16 | 18 | 26 | 35 | 41 |
| 3 | 14 | 17 | 14 | 18 | 20 | 30 | 39 | 51 |
| 4 | 12 | 13 | 20 | 23 | 23 | 36 | 41 | 56 |
| 5 | 12 | 17 | 21 | 24 | 29 | 36 | 45 | 56 |
| 6 | 22 | 23 | 26 | 32 | 37 | 44 | 53 | 63 |
| 7 | 31 | 35 | 42 | 46 | 51 | 57 | 64 | 71 |
| 8 | 46 | 48 | 51 | 60 | 60 | 68 | 73 | 77 |

Tab. 7 Performance measure $G_{ij}$ in per cent defined in eq. (11) for the interpolation filter in eq. (13a) for fractional displacements 1/2

## 5.   Description of the complete coder

We describe the main parts of the source encoder in Fig. 1a for moving pictures at about 48 kbit/s to 2 Mbit/s. The format of the input picture is chosen according to [10]

Luminance signal            : 352 x 288 pels/picture
colour difference signals   : 176 x 144 pels/picture
picture rates               : 10, 15, 30 Hz, noninterlaced pictures

For the very low bit-rate end of approx. 64 kbit/s, the picture rates are less than or equal to 10 Hz. The block sizes for the DCT and motion estimation are 8 x 8 or 16 x 16. The quantizer characteristic is uniform with step size s. Eigth different step sizes are applied adaptively under the control of the buffer fullness. The displacement vector V is computed using a three-step method. The minimum absolute error norm is employed as a criterion. The horizontal and vertical components of the displacement vectors vary between -7, ..., 7 with integer steps. 2D-filters h are employed as shown in Figs. 2-4. The filter characteristic is controlled by the displacement vector and the buffer fullness.

An effective procedure for coding of the quantized and scanned transform coefficients is given in [8]. With this procedure the magnitudes of the coefficients and their addresses given by a number of consecutive zeros (runlength L) are coded separately by two codeword tables. The procedure makes use of the statistical property of many runs of consecutive zeros. We have found interesting statistical properties between a runlength of zeros and the magnitude M of the following nonzero coefficient. In Tab. 8 the frequency of occurrence of the composite event (L, M) is listed. As can be seen the probability $P(M|L)$ for small magnitudes M increases with an increasing runlength L of zeros.
Coding L and M in Tab. 8 as a composite event with a (two-dimensional) Huffman code table yields a gain of more than 10 per cent compared to the procedure in [8]. The comparison has been done under the assumptions

- both procedures use codes optimized for Tab. 8
- one bit is spent for the sign of a coefficient unequal to zero
- six bits are spent for a coefficient magnitude greater than or equal to nine. The codewords for the last column in Tab. 8 signal that the magnitude is greater than or equal to nine.

The two-dimensional Huffman code table matched to Tab. 8 can be well approximated by the code table given in the appendix. This table has the advantages

- simple decoding due to the simple structure of its code words
- the codeword length is relatively short and doesn't exceed the value 16
- the number of table entries is small by using separate coding as well as common coding of the runlength and magnitude
- a good coding efficiency holds for various source materials different from that in Tab. 8.

| M L | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | → 9 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 31977 | 13440 | 6553 | 3508 | 2119 | 1274 | 770 | 541 | 1488 |
| 1 | 14682 | 4638 | 1853 | 797 | 407 | 229 | 144 | 88 | 176 |
| 2 | 8840 | 2088 | 674 | 263 | 121 | 58 | 29 | 15 | 20 |
| 3 | 5880 | 1310 | 382 | 132 | 68 | 28 | 8 | 6 | 12 |
| 4 | 5103 | 920 | 209 | 79 | 36 | 9 | 2 | 3 | 10 |
| 5 | 4029 | 702 | 175 | 75 | 25 | 13 | 10 | 4 | 3 |
| 6 | 3128 | 405 | 93 | 23 | 13 | 4 | 1 | 4 | 1 |
| 7 | 2579 | 348 | 76 | 17 | 7 | 6 | 1 | 1 | 2 |
| 8 | 2093 | 256 | 57 | 14 | 2 | 2 | 1 | 0 | 1 |
| 9 | 1716 | 244 | 50 | 17 | 8 | 3 | 2 | 0 | 1 |
| 10 | 1313 | 124 | 20 | 5 | 2 | 0 | 0 | 0 | 0 |
| 11 | 1233 | 88 | 13 | 6 | 0 | 0 | 0 | 0 | 0 |
| 12 | 1106 | 100 | 13 | 6 | 2 | 0 | 0 | 0 | 0 |
| 13 | 1082 | 95 | 9 | 0 | 2 | 0 | 0 | 0 | 0 |
| 14 | 936 | 42 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| 15 | 687 | 22 | 3 | 1 | 0 | 0 | 0 | 0 | 0 |
| 16 | 377 | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 377 | 15 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| ⋮ | ⋮ | | | | | | | | ⋮ |
| 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Tab. 8  Frequency of occurrence of the composite event (L, M) measured with 38004 blocks of size 8 x 8 (L runlength of zeros, M magnitude of coefficient following a runlength of zeros)

## 6. Discussion and conclusions

We have investigated 2D-filtering techniques applied to interframe hybrid coders with DCT. The performance of the different methods were evaluated.
The basic coding scheme in Fig. 1b was analyzed. H performs a frequency weighting. It was found, that the reconstructed signal $\hat{x}$ is not only affected by quantizing noise $n_q$, but also distorted by $\hat{x}-h[\hat{x}]$, which is typical for the interframe technique. h was denoted as "equivalent" to H, because it performs the same effect as H, but it operates in the spatial domain. As h represents a low-pass filter, $\hat{x}-h[\hat{x}]$ is a high frequency distortion. In Fig. 2, this distortion is compensated for by a filter h. By controlling the filters H and h as well as the quantizer, e.g. by using the length of the displacement vector and the buffer fullness, the distortions can be shared between filtering effects (blur) and quantizing noise. The coder in Fig. 3c provides the same reconstruction block $\hat{x}$ as Fig. 2, but it exhibits only space domain filters h. The structures in Fig. 2 and 3c have been denoted as "equivalent". Motivated by Fig. 3c, a coder with only a filter h after the frame memory FM was derived (Fig. 4). The filter h was designed such, that the mean energy of every transform coefficient $D_{ij}$ of D is minimum. It turned out that the resulting optimum "predictor" h is a low-pass filter. Obviously, high frequencies in $\hat{x}$ cannot be used to compensate for the high frequency components in the input block x to get a small difference block d. In other words, high frequency components in x and $\hat{x}$ are nearly uncorrelated.

Using these results, we can close the circle to the coder structure in Fig. 3c. The effect of the filter h after the frame memory FM in Fig. 3c is the same as in Fig. 4. But with the additional input filter h a controlled blur of moving blocks can be performed to balance the total distortions between blur and quantizing noise. The same holds for the coder in Fig. 2 as it was found "equivalent" to Fig. 3c. In section 5 the complete source encoder was described and an effective encoding method for the transformed and quantized prediction error was proposed.

## Appendix

Two-dimensional coding table

Explanations:

s : 1 bit for sign
- : don't care
+ : fixed length code
L : table entry 1 (run-length of zeros)
M : table entry 2 (magnitude of coefficient following a runlength of zeros)

| No | M | L | code word | length | No | M | L | code word | length |
|----|----|----|-----------|--------|----|----|----|-----------|--------|
| 1 | – | – | 11 | 2 | 43 | 2 | 10 | 0000011110s | 11 |
| 2 | 1 | 0 | 010s | 4 | 44 | 3 | 4 | 0000001000s | 11 |
| 3 | 1 | 1 | 1000s | 5 | 45 | 3 | 5 | 0000001001s | 11 |
| 4 | 1 | 2 | 1001s | 5 | 46 | 4 | 3 | 0000001010s | 11 |
| 5 | 2 | 0 | 1010s | 5 | 47 | 5 | 2 | 0000001011s | 11 |
| 6 | 0 | 15 | 10110s | 5 | 48 | 7 | 1 | 0000001100s | 11 |
| 7 | 1 | 3 | 10111s | 6 | 49 | 2 | 11 | 0000001101s | 11 |
| 8 | 1 | 4 | 01100s | 6 | 50 | 2 | 12 | 0000001110s | 11 |
| 9 | 1 | 5 | 01101s | 6 | 51 | 2 | 13 | 0000001111s | 11 |
| 10 | 2 | 1 | 01110s | 6 | 52 | 3 | 6 | 00000001000s | 12 |
| 11 | 3 | 0 | 01111s | 6 | 53 | 3 | 7 | 00000001001s | 12 |
| 12 | 1 | 6 | 001000s | 7 | 54 | 3 | 8 | 00000001010s | 12 |
| 13 | 1 | 7 | 001001s | 7 | 55 | 4 | 4 | 00000001011s | 12 |
| 14 | 1 | 8 | 001010s | 7 | 56 | 4 | 5 | 00000001100s | 12 |
| 15 | 1 | 9 | 001011s | 7 | 57 | 5 | 3 | 00000001101s | 12 |
| 16 | 2 | 2 | 001100s | 7 | 58 | 6 | 2 | 00000001110s | 12 |
| 17 | 3 | 1 | 001101s | 7 | 59 | 8 | 1 | 00000001111s | 12 |
| 18 | 4 | 0 | 001110s | 7 | 60 | ≥9 | 0 | 00001111s+++++++ | 16 |
| 19 | 5 | 0 | 001111s | 7 | 61 | 0 | 1 | 0000000100000-- | 16 |
| 20 | 1 | 10 | 0001000s | 8 | 62 | 0 | 2 | 0000000100001-- | 16 |
| 21 | 1 | 11 | 0001001s | 8 | 63 | 0 | 3 | 0000000100010-- | 16 |
| 22 | 1 | 12 | 0001010s | 8 | 64 | 0 | 4 | 0000000100011-- | 16 |
| 23 | 1 | 13 | 0001011s | 8 | 65 | 0 | 5 | 0000000100100-- | 16 |
| 24 | 1 | 14 | 0001100s | 8 | 66 | 0 | 6 | 0000000100101-- | 16 |
| 25 | 2 | 3 | 0001101s | 8 | 67 | 0 | 7 | 0000000100110-- | 16 |
| 26 | 2 | 4 | 0001110s | 8 | 68 | 0 | 8 | 0000000100111-- | 16 |
| 27 | 6 | 0 | 0001111s | 8 | 69 | 0 | 9 | 0000000101000-- | 16 |
| 28 | 1 | 15 | 00001000s | 9 | 70 | 0 | 10 | 0000000101001-- | 16 |
| 29 | 2 | 5 | 00001001s | 9 | 71 | 0 | 11 | 0000000101010-- | 16 |
| 30 | 3 | 2 | 00001010s | 9 | 72 | 0 | 12 | 0000000101011-- | 16 |
| 31 | 4 | 1 | 00001011s | 9 | 73 | 0 | 13 | 0000000101100-- | 16 |
| 32 | 7 | 0 | 00001100s | 9 | 74 | 0 | 14 | 0000000101101-- | 16 |
| 33 | 8 | 0 | 00001101s | 9 | 75 | 2 | 14 | 0000000101110s- | 16 |
| 34 | 2 | 6 | 00001110s | 9 | 76 | 2 | 15 | 0000000101111s- | 16 |
| 35 | 2 | 7 | 000001000s | 10 | 77 | 3 | 9 | 0000000110000s- | 16 |
| 36 | 2 | 8 | 000001001s | 10 | 78 | 3 | 10 | 0000000110001s- | 16 |
| 37 | 2 | 9 | 000001010s | 10 | 79 | 4 | 6 | 0000000110010s- | 16 |
| 38 | 3 | 3 | 000001011s | 10 | 80 | 4 | 7 | 0000000110011s- | 16 |
| 39 | 4 | 2 | 000001100s | 10 | 81 | 4 | 8 | 0000000110100s- | 16 |
| 40 | 5 | 1 | 000001101s | 10 | 82 | 4 | 9 | 0000000110101s- | 16 |
| 41 | 6 | 1 | 000001110s | 10 | 83 | 5 | 4 | 0000000110110s- | 16 |
| 42 | 0 | 0 | 0000011111 | 10 | 84 | 5 | 5 | 0000000110111s- | 16 |
|  |  |  |  |  | 85 | 6 | 3 | 0000000111000s- | 16 |
|  |  |  |  |  | 86 | 7 | 2 | 0000000111001s- | 16 |
|  |  |  |  |  | 87 | 8 | 2 | 0000000111010s- | 16 |

### References

1.  H. G. Musmann, J. Klie, TV-transmission using a 64 kbit/s transmission rate, Proc. ICC, June 1979

2.  S. Sabri, K. Cuffling, B. Prasada, Coding of video signals at 50 kbit/s using motion compensation techniques, Proc. IEEE Military Comm. Conf., Nov. 1983

3.  S. Ericsson, Motion-compensated hybrid coding at 50 kbit/s, Proc. ICASSP, March 1985

4.  H.G. Musmann, P. Pirsch, H.J. Grallert, Advances in picture coding, Proc. IEEE vol. 73, No. 4, April 1985

5.  H. Yamaguchi, M. Wada, Encoding visual telephone video signals in 48 kbit/s, Proc. PCS 1986

6.  J. Speidel, G. Weick, Low bit-rate codecs and an optimized network concept for visual communication services, Proc. ISSLS 1986

7.  W.K. Pratt, Digital image processing, J. Wiley, 1978

8.  W.H. Chen, W.K. Pratt, Scene adaptive coder, IEEE Trans. COM, Vol. 32, No. 3, March 1984

9.  P. Vogel, An algebraic model for finite area convolution, AEÜ, Vol. 41, pp. 123-127, March 1987

10. Reports of the CCITT "Specialists Group on Coding for Visual Telephony", Study Group XV, 1986

# EXHIBIT 11

C C I T T                                                          Document No. 2-E

Meeting of Chairmen of Study Group

Geneva, 8-9 December 1983                              Original : English

Question: 1.1.1

TITLE   : CCITT PATENT POLICY

----

          The question of how to deal with patented subjects in CCITT first came up
in the early 1970's.  In view of the experience of other standardization organisations
(e.g. IEC, ISO) and the desirability to apply the same rules for all organisations, it
was decided to adopt in principle the IEC/ISO rules for CCITT work.

          These rules stipulate that Study Group members should inform the meeting if
they know of any patent concerning a subject under study.  If such a patent exists,
the patent holder is required to make the patent available to members.  The minimum
requirements are, to grant licenses on a non-discriminatory basis and for reasonable
fees.  Such a statement by the patent holder is usually published as a meeting
document.  Members of the Study Group are then free to negociate a license agreement
with the patent holder until the next  Plenary Assembly when the draft Recommendation
concerned is submitted by the Study Group for approval by the Plenary.

          If any such license negociations fail, the Administration concerned may
request the Study Group Chairman to withdraw this draft Recommendation from the
Plenary Assembly.

          These rules, although not printed in the CCITT Book, have worked satisfac-
torily over the years and the CCITT secretariat is not aware of a single case where
the rules did not resolve the problem.  *Paul Hilge UK/Codex*

          The advice of the CCITT Study Group Chairmen is sought as to whether the present
procedure can be continued or whether they have encountered difficulties in their
Study Groups.

*UK reservation*

# EXHIBIT 12

CCITT SG XV

Doc no # 170
November, 1986

Specialists Group on Coding
for Visual Telephony

Title:   Coding of coefficients with a two-dimensional table

Source:  FRG

1. Coding technique
In the reference model no 2 quantized and scanned transform
coefficients are coded with a single VLC. This VLC is assigned to
every coefficient (including zeros) separately, i.e. every
coefficient produces a code word.

It is possible to save 3-4 bits per coded block compared with the
reference model no 2 by using a two-dimensional coding table
(Fig. 1) together with a diagonal scan. The "end of block" word
is not shown in Fig. 1. The table uses the statistical property
between the number of consecutive zeros (run-length) and the
magnitude of the following nonzero coefficient. These parameters
are coded in common, defining the two entries of the table.

Only the marked area in Fig. 1 is used, which reduces the number
of code words.

Examples
18 zeros and a "3" are coded as
$(i, j) = (15, 0)$      16 zeros
$(i, j) = (2, 3)$       2 zeros and a "3"

7 zeros and a "6" are coded as
$(i, j) = (6, 0)$       7 zeros
$(i, j) = (0,6)$        no zero and a "6"

Assuming 256 different levels for the quantized coefficients
(excluding the DC-coefficient in intra-frame mode), a
two-dimensional coding table needs 12 bits as an input (Fig. 2)
A table with a variable length code is given in the appendix.

2. Conclusions
The obtained gains in coding efficiency using a two-dimensional
coding table for non-fixed blocks are:
- 18 % for "checked jacket"
- 14 % for "split screen/Trevor White"
compared with the reference model no 2.

Only one scanning class with zig-zag scan is used.

2

Run length (i)          magnitude (j)
of zeros          ⟶



Fig. 1  2-dimensional VLC table



Fig. 2  Implementation of VLC table

3

Appendix

Two-dimensional coding table

Explanations:

s : 1 bit for sign
- : don't care
+ : fixed length code
i : table entry 1 (run-length of zeros)
j : table entry 2 (magnitude)

| No | j | i | code word | | length |
|---|---|---|---|---|---|
| 1 | - | - | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |
| 34 | 2 | 6 | 00001110s | | 9 |
| 35 | 2 | 7 | 000001000s | | 10 |
| 36 | 2 | 8 | 000001001s | | 10 |
| 37 | 2 | 9 | 000001010s | | 10 |
| 38 | 3 | 3 | 000001011s | | 10 |
| 39 | 4 | 2 | 000001100s | | 10 |
| 40 | 5 | 1 | 000001101s | | 10 |
| 41 | 6 | 1 | 000001110s | | 10 |
| 42 | 0 | 0 | 0000011111 | | 10 |

4

| | | | | |
|---|---|---|---|---|
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000011101s | 11 |
| 50 | 2 | 12 | 0000011110s | 11 |
| 51 | 2 | 13 | 0000011111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | ≥ 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s | 16 |
| 76 | 2 | 15 | 00000000101111s | 16 |
| 77 | 3 | 9 | 00000000110000s | 16 |
| 78 | 3 | 10 | 00000000110001s | 16 |
| 79 | 4 | 6 | 00000000110010s | 16 |
| 80 | 4 | 7 | 00000000110011s | 16 |
| 81 | 4 | 8 | 00000000110100s | 16 |
| 82 | 4 | 9 | 00000000110101s | 16 |
| 83 | 5 | 4 | 00000000110110s | 16 |
| 84 | 5 | 5 | 00000000110111s | 16 |
| 85 | 6 | 3 | 00000000111000s | 16 |
| 86 | 7 | 2 | 00000000111001s | 16 |
| 87 | 8 | 2 | 00000000111010s | 16 |