# EXHIBIT 1

# United States Patent [19]

## Vogel

[11] **Patent Number:** 4,901,075

[45] **Date of Patent:** Feb. 13, 1990

[54] **METHOD AND APPARATUS FOR BIT RATE REDUCTION**

[75] Inventor: Peter Vogel, Diepersdorf, Fed. Rep. of Germany

[73] Assignee: U. S. Philips Corporation, New York, N.Y.

[21] Appl. No.: 96,177

[22] Filed: Sep. 11, 1987

[30] **Foreign Application Priority Data**

Sep. 13, 1986 [DE] Fed. Rep. of Germany ....... 3631252
Nov. 8, 1986 [DE] Fed. Rep. of Germany ....... 3638127
May 23, 1987 [DE] Fed. Rep. of Germany ....... 3717399

[51] Int. Cl.$^4$ ............................................. H03M 7/46
[52] U.S. Cl. ................................... 341/63; 341/59; 358/261.1
[58] Field of Search ................... 340/347 DD; 358/13, 358/136, 138, 261.2, 261.3, 261.4, 263, 261.1; 341/63, 106; 375/25

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,101,934 | 7/1978 | Fukuoka | 341/63 |
| 4,316,222 | 2/1982 | Subramanian | 358/261.4 |
| 4,394,774 | 7/1983 | Widergren et al. | 340/347 DD |
| 4,698,672 | 10/1987 | Chen et al. | 358/136 |

*Primary Examiner*—William M. Shoop, Jr.
*Assistant Examiner*—Brian K. Young
*Attorney, Agent, or Firm*—Michael E. Marion

[57] **ABSTRACT**

A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded.

**13 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1  | –  | –  | 11       | (end of block) | 2 |
| 2  | 1  | 0  | 010s     |  | 4 |
| 3  | 1  | 1  | 1000s    |  | 5 |
| 4  | 1  | 2  | 1001s    |  | 5 |
| 5  | 2  | 0  | 1010s    |  | 5 |
| 6  | 0  | 15 | 10110    |  | 5 |
| 7  | 1  | 3  | 10111s   |  | 6 |
| 8  | 1  | 4  | 01100s   |  | 6 |
| 9  | 1  | 5  | 01101s   |  | 6 |
| 10 | 2  | 1  | 01110s   |  | 6 |
| 11 | 3  | 0  | 01111s   |  | 6 |
| 12 | 1  | 6  | 001000s  |  | 7 |
| 13 | 1  | 7  | 001001s  |  | 7 |
| 14 | 1  | 8  | 001010s  |  | 7 |
| 15 | 1  | 9  | 001011s  |  | 7 |
| 16 | 2  | 2  | 001100s  |  | 7 |
| 17 | 3  | 1  | 001101s  |  | 7 |
| 18 | 4  | 0  | 001110s  |  | 7 |
| 19 | 5  | 0  | 001111s  |  | 7 |
| 20 | 1  | 10 | 0001000s |  | 8 |
| 21 | 1  | 11 | 0001001s |  | 8 |
| 22 | 1  | 12 | 0001010s |  | 8 |
| 23 | 1  | 13 | 0001011s |  | 8 |
| 24 | 1  | 14 | 0001100s |  | 8 |
| 25 | 2  | 3  | 0001101s |  | 8 |
| 26 | 2  | 4  | 0001110s |  | 8 |
| 27 | 6  | 0  | 0001111s |  | 8 |
| 28 | 1  | 15 | 00001000s |  | 9 |
| 29 | 2  | 5  | 00001001s |  | 9 |
| 30 | 3  | 2  | 00001010s |  | 9 |
| 31 | 4  | 1  | 00001011s |  | 9 |
| 32 | 7  | 0  | 00001100s |  | 9 |
| 33 | 8  | 0  | 00001101s |  | 9 |

FIG. 3

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

**U.S. Patent**    Feb. 13, 1990    Sheet 5 of 5    **4,901,075**

| Nr. | B | L | code word | length |
|-----|---|----|-----------|--------|
| 66 | 0 | 6 | 0000000100101-- | 16 |
| 67 | 0 | 7 | 0000000100110-- | 16 |
| 68 | 0 | 8 | 0000000100111-- | 16 |
| 69 | 0 | 9 | 0000000101000-- | 16 |
| 70 | 0 | 10 | 0000000101001-- | 16 |
| 71 | 0 | 11 | 0000000101010-- | 16 |
| 72 | 0 | 12 | 0000000101011-- | 16 |
| 73 | 0 | 13 | 0000000101100-- | 16 |
| 74 | 0 | 14 | 0000000101101-- | 16 |
| 75 | 2 | 14 | 0000000101110s- | 16 |
| 76 | 2 | 15 | 0000000101111s- | 16 |
| 77 | 3 | 9 | 0000000110000s- | 16 |
| 78 | 3 | 10 | 0000000110001s- | 16 |
| 79 | 4 | 6 | 0000000110010s- | 16 |
| 80 | 4 | 7 | 0000000110011s- | 16 |
| 81 | 4 | 8 | 0000000110100s- | 16 |
| 82 | 4 | 9 | 0000000110101s- | 16 |
| 83 | 5 | 4 | 0000000110110s- | 16 |
| 84 | 5 | 5 | 0000000110111s- | 16 |
| 85 | 6 | 3 | 0000000111000s- | 16 |
| 86 | 7 | 2 | 0000000111001s- | 16 |
| 87 | 8 | 2 | 0000000111010s- | 16 |

FIG. 5



FIG.6

4,901,075

# METHOD AND APPARATUS FOR BIT RATE REDUCTION

## BACKGROUND OF THE INVENTION

The invention relates to a method of and a circuit arrangement for bit rate reduction. Bit rate reduction is carried out when coding a signal, which comprises a series of digital signal values and has a signal value A, occurring most frequently in runs.

An Article by Wen-Hsiung Chen and William K. Pratt (Chen, When-Hsiung and Pratt, William K.; Scene Adaptive Coder IEEE Transactions on Communications, vol. Com-32, No. 3, March 1984, pages 225–232) describes a coding process of video signals for the purpose of transmitting video pictures of satisfactory quality at a minimum possible bit rate. Coding is effected in several steps. First, equally large video picture sections which are represented by blocks of pixels are subjected to a Discrete Cosine Transform. In this transform process, a special two-dimensional Fourier transform is used. By the transform, a new block of values (coefficients) is obtained from the original block. This coefficient block has the property that a large number of its elements—thus a large number of the coefficients—are approximately 0 or exactly 0. A subsequent quantization of the coefficients always renders the greater part of the elements 0 so that a subsequent Huffman coding would therefore already involve a considerable bit rate reduction. The authors of the above-mentioned Article achieve a further bit rate reduction in that the frequent occurrence of zero runs in the intermediate signal in which the coefficients are serially arranged is utilized by means of a Huffman coding.

It is known that in a Huffman coding in which the codewords have different lengths, statistic properties of the signal to be coded are utilized. In the present case this particularly implies that the frequency with which zero runs having lengths 1, 2, 3, etc. occur in the above-mentioned intermediate signal is investigated. The shortest Huffman codeword is then assigned to the run that occurs most frequently. The next larger codeword is assigned to the run that occurs less frequently, and so forth.

For coding the intermediate signal two Huffman code tables are required according to the above-mentioned Article. A first table shows how the (quantized) coefficients different from 0 are to be coded. Only the coefficient values are coded because equally large coefficients also occur at the same frequency. The signs are transmitted in a separate bit. A second table shows how the run length is to be coded. In order that the codewords of one table can be distinguished from those of the other table during decoding, a separate codeword, the so-called run length prefix, is used for the identification of the coded run length.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide a coding method for a signal of the kind mentioned in the opening paragraph and comprising in a special case, an intermediate signal resulting from a picture coding operation, leading to a bit rate reduction which is larger than that hitherto known.

This object is achieved by assigning a Huffman codeword to each run of signals having the value A, where A having length 0, 1, 2 etc., together with the signal

value subsequent to the run or together with the signal value preceding the run.

Advantageous embodiments of the invention, particularly for exceptional cases of the signal characterized in the opening paragraph as well as a circuit arrangement for carrying out the method according to the invention, can be derived from the sub-claims.

## BRIEF DESCRIPTION OF THE DRAWING

The invention will now be described in greater detail by way of examples with reference to the accompanying drawings in which

FIG. 1 is a table stating the occurrence of events,

FIG. 2 is a further table elucidating the split-up of the events,

FIG. 3 to FIG. 5 show a coding table, and

FIG. 6 shows the circuit diagram of arrangements for coding video signals according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

In the following embodiments, the intermediate signal referred to results from the transform coding of blocks of picture elements (pixels). The signal values of the intermediate signal thus represent the transform coefficients. As stated above, the coefficient which occurs most frequently in runs within the intermediate signal is represented herein as having the signal value A. In the following embodiments, signal value A equals zero or approximately zero zero (referred to hereinafter as the "zero-coefficient") because it appears most frequently in runs after transform coding. All coefficients not having a value of zero will be referred to hereinafter as "non-zero coefficients".

As used in the following description, a run of zero coefficients and the non-zero coefficient which immediately precedes or follows this run, is referred to as an event. Each non-zero coefficient which is not preceded or followed by one or more zero coefficients is also referred to as an event. According to the invention these events are to be coded.

It is to be noted that some events are more likely to occur than others. For example coefficients having small values will occur more frequently than coefficients having large values, and it is more likely that a coefficient having a small value will be preceded by a run of zero coefficients.

FIG. 1 shows the frequency distribution of the above-mentioned events in the case of a cosine-transformed and subsequently quantized video signal. Each field of the table represents an event characterized by the zero run length L and by the value B of the subsequent (quantized) coefficient. The values B proceed through the natural numbers without the zero and the length L proceeds through the natural numbers with the zero. In order that the table does not become arbitrarily large, all events with B larger than or equal to 9 are combined to an overall event. The same applies to L when larger than or equal to 9.

The numbers in the different fields indicate how often the associated event occurs in a quantized video signal with approximately 15000 signal values. The assignment of Huffman codewords is shown in the table; the series L=0, B=1 acquires the shortest codeword; this is followed by the series L=1, B=1 with the next longer codeword, and so forth.

4,901,075

3

If the assigned codewords instead of the frequencies are introduced in the event fields of the table, a two-dimensional coding table is obtained. It is not shown for the events according to FIG. 1 because such coding tables can generally be set up by those skilled in the art. For the sake of completeness it is to be noted that a maximum number of 11 bits follows for the events in which L is larger than or equal to 9 or in which B is larger than or equal to 9 after the assigned Huffman codeword, which bits give the receiver accurate information about the value of L and the value of B, respectively.

An additional bit rate reduction of 12% is obtained when coding video signals in accordance with the above-mentioned two dimensional coding table as compared with the coding method described in the opening paragraph.

This additional bit rate reduction is possible because, for example if the probability of a coefficient having the value 2 occurring equals P1, and the probability of run of three zero-coefficients occurring equals P2, and the probability of the run of three zero-coefficients occurring followed by a coefficient having the value 2, equals P3; probability P3 will not be equal to the product of probabilities P1 and P2.

The limitation of FIG. 1 will now be considered in greater detail. As is evident from the above-mentioned embodiments the number of the events to be coded in accordance with FIG. 1 is kept within efficient limits because all zero runs with an equally large subsequent value of a coefficient are considered as an event if the run length L is larger than eight.

Similarly, all zero runs of equal length are considered as an event if the subsequent value B of a coefficient is larger than eight.

As is shown in FIG. 1, relatively rarely occurring events are concerned, and therefore they are coded with relatively long Huffman codewords. Since the receiver for decoding should know the exact zero run length or the exact value of a coefficient without any loss of information, an additional codeword is added to the Huffman codeword—as already indicated above—from which the exact length or the exact value or both can be derived.

A clearly defined state is encoded by the Huffman codeword and the additional information. Since the number of bits of such combinations is also dependent on the statistic properties of the signal, such combinations should also be present at the receiver and the decoder in order that the state which is based on these combinations can unambiguously be recognized at the receiver end.

The Huffman codewords defined in this sense may be up to 30 bits long. Since the processing of codewords which are at most 16 bits long does not require any special arrangements, but is possible, for example with a 16-bit microprocessor, given events are split into sub-events—to improve the method described so far—such that codewords whose length is at most 16 bits are sufficient for coding all events and sub-events. This split-up will now be described in greater detail.

Firstly, an event to be coded consisting of an L=Lm zero run with subsequent coefficient of the value B=Bm is designated by (Lm, Bm). In contrast to the foregoing, Bm=0 is now also explicitly admitted. It is true that the two-dimensional diversity of events (Lm, Bm) occurring in practice is finite, because arbitrarily large values of coefficients do not occur, but it is very

4

large. Consequently, the Huffman codewords to be used are correspondingly large as regards number and length. To reduce the overall number of the events to be coded the starting point is that, for example a run of 19 zeros with subsequent coefficient of the value 7 can be split up into sections, the first of which represents a run of 16 zeros, the second of which represents a run of 3 zeros and the third of which is a run without a zero and subsequent coefficient of the value 7. Each of these sections is now considered as a sub-event which is coded by a Huffman codeword. The length of each section is below a given value which can be predetermined and which will be further dealt with below.

This split-up is illustrated in FIG. 2. In the horizontal direction all occurring values B—including the value 0—of the coefficients are shown. In the vertical direction the length—also starting at 0—of coefficient runs of the value 0 is shown. The "events Fields" shown symbolize the event (Lm, Bm) i.e. Lm zeros followed by a coefficient of the value Bm. The event (0, 3) for example, means that a coefficient of the value 3 is preceded by a run length 0 which means that there is no coefficient of the value 0 preceding. Isolated zeros in the signal are symbolized by the event (0, 0). The reference (3, Bm) refers inter alia to the event in which a coefficient of the value Bm is succeeded by three successive zeros. Since the value of zero is also admitted for Bm, the event (3, 0) means that there are four successive zeros.

FIG. 2 shows a polygonal curve in a solid line dividing the series fields into two ranges. The left-hand range comprises the events which are referred to as being codable and the right-hand range shows the events which are referred to as non-codable. The maximum length for a section of signal values—corresponding to a codable event—is 16; the events (0, 15), (1, 15) and (2, 15) are involved. All other codable events correspond to signal sections which are shorter. The division into codable and non-codable events is not completely arbitrary; the most frequently occurring event should be associated with the codable ones. The crossed non-codable event (8, 7) is split, for example, into the events (0, 7) and (7, 0). There are various possibilities for the split-up; the simplest is the indicated "projection on the event axes".

The numbers in the event fields which are associated with the codable events signify the length—hence the number of bits—of the Huffman codewords with which the events are coded. The codewords also comprise the signs of the coefficients and possibly data about the magnitude of the value B; none of them is longer than 16 bits. In setting up the Huffman codewords it was assumed that codewords having values of more than 136 do not occur.

FIGS. 3 to 5 show the exact structure of the Huffman codewords used. The first codeword 11 represents the coded signal value for characterizing a block; at the transmission it succeeds the last codeword which is associated with a coefficient block. The first column of these figures states consecutive numbers, the second column states the values B of the coefficients and the third states the lengths L of the zero runs. The two latter data combined result in the "coordinates" of a codable event according to FIG. 2. In the fourth column of FIGS. 3–5 the code words are shown bitwise. The bit s denotes the sign bit, the positions indicated by "−" are meaningless, and the positions indicated by "+" comprise the coded values of the coefficients in so

4,901,075

far as they are larger than eight. The last column once more states the length of the Huffman codewords.

A possibility of further reducing the bit rate results from the fact that—as in the present embodiment—the signal to be coded is structured in accordance with blocks. As already indicated, the coefficients of a coefficient block are separated from those of the next block by an "end-of-block" signal. Also this "end-of-block" signal is converted into a codeword (compare FIG. 3) while the sequence of m (codable) events of the type

$$
\begin{array}{ll}
(L1, B1) & \\
(L2, B2) & \qquad (I) \\
\ldots & \\
(Lm, Bm) &
\end{array}
$$

and into a sequence of assigned codewords. The number m of the events is dependent on the special values of the coefficients. If the overall coefficient block comprises, for example 63 zeros with subsequent coefficients of the value 1, it is split up into only one event, namely (63, 1) or into several codable events according to FIG. 2. As it is not known in advance into how many codable events a coefficient block is split, the separate blocks must for this reason already be separated from one another by means of an "end-of-block" signal. At the receiver end the transmitted Huffman codewords are retransformed into events and these events are again converted into a sequence of coefficients. The receiver knows that, for example, 64 coefficients are associated with a coefficient block.

For further explanation and for the sake of simplicity, it is assumed that 4×4 blocks are concerned, so that one block comprises a total of 16 coefficients. All data associated with a block are separated from the data of the subsequent block by an "end of block" sign. This sign and the corresponding codeword is excepted from the split-up of the signal to be coded in accordance with the events. If, for example the sequence of coefficients of a block in a decimal representation has the form of

$$
\text{XX 4005000050000001 XX,} \qquad (2)
$$

The block is split up according to scheme (1) into the following results.

$$
\begin{array}{ll}
(0, 4) & \\
(2, 5)(4, 5) & \qquad (3) \\
(6, 1) &
\end{array}
$$

In order that the coefficient sequence of a block can at any rate be split into events in accordance with scheme (1) or (3) above, the coefficients are temporarily stored before they are further processed. The temporal sequence of the coefficients in scheme (2) and that of the events in schemes (3) corresponds to the sequence of their written registration (European writing direction assumed). The symbols XX in the embodiment according to scheme (2) symbolize the "end-of-block" signs of the previous block and the represented block.

The coefficients in scheme (2) which are different from 0 are all positive and are represented as integral multiples of the smallest unit, namely 1. As can be seen from scheme (3), the last event is the event (6, 1). The Huffman codewords assigned to the events are not indicated.

Firstly, the weight of reception of the last event, namely (6, 1) of the block according to (2) is checked

for the receiver. In the coding of pictures general experience has proved that the transmission of events with a run of more than five zeros become less worthwhile as the value of the subsequent coefficient is smaller. If in accordance with the rule based on experience, checked events for which L=5 and B=1 are not transmitted, the transmission of the last event does not take place. In that case the preceding series (4, 5) is checked in accordance with the same criterion. In the example according to (2) the check for this block is ended because the event (4, 5) and the assigned Huffman codeword must be transmitted.

After decoding the Huffman codewords the receiver end all coefficients of the block according to scheme (2) can be recovered, but for those which are associated with non-transmitted events. However, since these are associated with the last coefficients of the block, the decoded coefficients at the receiver end are augmented with coefficients of the value 0 until the overall number of coefficients is 16.

FIG. 6 shows a circuit arrangement realising a simple split-up of the sequence of coefficients in accordance with codable events. The supply of clock pulses and details of the logic operation of binary values are not shown because they are known to those skilled in the art. In the circuit arrangement according to FIG. 6 events are coded which consist of a run of coefficients of the value zero and a subsequent coefficient. If the run length L in the signal to be coded exceeds a predetermined length Lmax, the associated event cannot be encoded and is split into codable events. Due to the predetermined maximum length Lmax which is independent of the subsequent coefficient, no delays or intermediate storages of the coefficients are required.

The coefficients are serially applied from an input E via a multiple lead e to the address inputs of an addressable memory PROM and to a first input E1 of a comparator circuit K. The multiple lead e comprises as many wires as bits are required for the binary representation of a coefficient. A coding table is filed in the memory PROM.

The position of a counter Z is applied to a second input E2 of the comparator K—via a multiple lead f. The multiple lead f is simultaneously connected to further address inputs of the memory PROM.

It is assumed that a coefficient which is different from zero is present at the input E1. In this case the comparator circuit K supplies a pulse from an output A2, which pulse is applied via a lead a to the reset input R of the counter Z and to the clock input C2 of a flipflop circuit FF. The counter is reset to the zero position with this pulse and the codeword which is present at the output of the memory PROM is bit-parallel taken over in the flipflop circuit FF. The codeword can be derived from the output A of the circuit arrangement according to FIG. 6. The codewords present at output A are not the ultimate Huffman codewords because all of them have the same length. To convert codewords of the same length into codewords of unequal length, and conversely—the latter conversion is required at the receiver end—reference is made to patent applications DE 35 10 902, DE 35 10 901 and DE 36 32 682.

If a zero is present at the input E1, the comparator circuit K supplies a counting pulse from a further output A1 and applies it to the clock input C1 of the counter Z which increases it count by one unit. The comparator circuit K continuously compares the actual

4,901,075

7

counting with the value Lmax which is stored in one of its memories not shown. If the count reaches the value Lmax, the supply of a further counting pulse does not take place. Instead, the reset or transfer pulse is supplied from the output A2.

The complete coefficients—thus also their signs—are processed in the circuit arrangement according to FIG. 6. In a modification the signs of the coefficients are applied via a separate wire to the output A of the circuit arrangement and to accept them from a comparison by the comparator circuit K and from determining the codewords by the programmable memory PROM.

What is claimed is:

1. A circuit arrangement for coding a signal comprising a run of zero coefficients and a subsequent coefficient, wherein said coefficients are applied with predetermined delays to the address inputs of a memory (PROM) and to a first input (E1) of a comparator circuit (K), in that a counter (Z) is provided whose count is applied to further address inputs of the memory (PROM) and to a second input (E2) of the comparator circuit (K), in that the comparator circuit (K) supplies a counting pulse to the counter (Z) from a first output (A1) if a zero coefficient is present at the first input (E1) and if the count has not exceeded a value stored in a memory of the comparator circuit (K) supplies a pulse from a second output (A2) if the conditions for the supply of a counting pulse are not fulfilled, and in that the counter (Z) is reset by means of the pulse at the second output (A2) of the comparator circuit (K), and in that the codeword present at the outputs of the memory (PROM) is transferred to an intermediate memory (FF).

2. A circuit arrangement as claimed in claim 1, characterized in that only the values of the coefficients are applied to the address inputs of the memory (PROM) and the comparator circuit (K) and in that the sign bits of the coefficients are supplied through a separate wire to the output (A) of the circuit arrangement.

3. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of zero coefficients, and a plurality of non-zero coefficients said method comprising the steps of:

(a) deriving from said signal, a plurality of events each comprising a run of said zero-coefficients having a respective run length and preceded or followed by at least one non-zero coefficient, and

(b) for each of said events, determining said respective run length and assigning a code word to represent said non-zero coefficient and said run length.

4. The method of claim 3, wherein said code words are Huffman code words.

5. A method as claimed in claim 4, characterized in that a Huffman codeword is not transmitted if the length of the associated run of zero-coefficients exceeds a barrier which is dependent on the magnitude of the subsequent non-zero-coefficients.

6. A method as claimed in claim 4, characterized in that the signal comprises a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantisation and in that a checked Huffman codeword is not transmitted if the length of the associated zero run is larger than five and

8

if the magnitude of the subsequent non-zero-coefficient has the smallest possible value different from zero.

7. A method as claimed in claim 4, characterized in that the Huffman codeword is independent of the sign of that non-zero coefficient which succeeds or precedes the run of zero-coefficients and in that the sign is coded by a separate bit.

8. A method for coding a signal for transmission at a reduced bandwidth, comprising the steps of:

(a) transforming said signal into a sequence comprising zero coefficients occurring in runs and non-zero coefficients;

(b) deriving from said sequence, a plurality of events each comprised of a run of zero coefficients, which is preceded or followed by at least one non-zero coefficient, and

(c) for each of said events, determining the run length and assigning a code word to represent said run length and said non-zero coefficient.

9. The method of claim 8, comprising the additional steps of:

determining for each event, whether the run length of said run of zero coefficients exceeds a predetermined length and if so assigning the same code word to represent each said run length and respective non-zero coefficient.

10. The method of claim 8, comprising the additional steps of:

determining for each event, whether the non-zero coefficient exceeds a predetermined value and if so assigning the same code to represent said run length and said non-zero coefficient.

11. The method of claim 8, comprising the additional steps of:

determining whether the run length of each event exceeds a predetermined run length and if so, splitting said respective event into a plurality of sections so that each of said sections has a run length below said predetermined run length, and assigning a code word to each section.

12. An apparatus for coding a signal comprising a run of zero coefficients and a subsequent coefficient, said apparatus comprising:

(a) means for determining if the length of said run exceeds a predetermined length;

(b) splitting means coupled to said length determining means, for splitting a run which exceeds said predetermined length into a plurality of codable events; and

(c) coding means coupled to said splitting means for assigning a code word to represent each said codable event.

13. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of first coefficients having a signal value A and occurring in runs most frequently in said signal, and a plurality of second coefficients having values not equal to A, said method comprising the steps of:

(a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

(b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run lengths.

* * * * *

# EXHIBIT 2



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Veröffentlichungsnummer: **0 260 748 B1**

(12) **EUROPÄISCHE PATENTSCHRIFT**

(45) Veröffentlichungstag der Patentschrift: **13.07.94**

(51) Int. Cl.⁵: **H03M 7/42, H04N 7/133**

(21) Anmeldenummer: **87201717.3**

(22) Anmeldetag: **10.09.87**

---

(54) **Verfahren und Schaltungsanordnung zur Bitratenreduktion.**

---

(30) Priorität: **13.09.86 DE 3631252**
**08.11.86 DE 3638127**
**23.05.87 DE 3717399**

(43) Veröffentlichungstag der Anmeldung:
**23.03.88 Patentblatt 88/12**

(45) Bekanntmachung des Hinweises auf die Patenterteilung:
**13.07.94 Patentblatt 94/28**

(84) Benannte Vertragsstaaten:
**AT DE FR GB IT NL SE**

(56) Entgegenhaltungen:
**EP-A- 0 266 049**
**US-A- 4 316 222**
**US-A- 4 698 672**

**IEEE TRANSACTIONS ON COMMUNICATIONS, Band COM-32, Nr. 3, März 1984, Seiten 225-232, IEEE, New York, US; W.-H. CHEN et al.: "Scene adaptive coder"**

(73) Patentinhaber: **Philips Patentverwaltung GmbH**
**Wendenstrasse 35c**
**D-20097 Hamburg(DE)**
(84) Benannte Vertragsstaaten:
**DE**

(73) Patentinhaber: **N.V. Philips' Gloeilampenfabrieken**
**Groenewoudseweg 1**
**NL-5621 BA Eindhoven(NL.)**
(84) Benannte Vertragsstaaten:
**FR GB IT NL SE AT**

(72) Erfinder: **Vogel, Peter, Dipl.Ing.**
**Wöhrletstrasse 7a**
**D-8566 Diepersdorf(DE)**

(74) Vertreter: **Peuckert, Hermann, Dipl.-Ing. et al**
**Philips Patentverwaltung GmbH,**
**Wendenstrasse 35c**
**D-20097 Hamburg (DE)**

---

**EP 0 260 748 B1**

Anmerkung: Innerhalb von neun Monaten nach der Bekanntmachung des Hinweises auf die Erteilung des europäischen Patents kann jedermann beim Europäischen Patentamt gegen das erteilte europäische Patent Einspruch einlegen. Der Einspruch ist schriftlich einzureichen und zu begründen. Er gilt erst als eingelegt, wenn die Einspruchsgebühr entrichtet worden ist (Art. 99(1) Europäisches Patentübereinkommen).

Rank Xerox (UK) Business Services
(3. 10/3.09/3.3.3)

## Beschreibung

Die Erfindung bezieht sich auf ein Verfahren und eine Schaltungsanordnung zur Bitratenreduktion bei der Codierung eines Signals mit einer Folge von Signalwerten, das einen am häufigsten, in ununterbrochenen Teilfolgen vorkommenden, bestimmten Signalwert (A) enthält und aus denen eine Folge von Huffman-Codeworten gebildet wird.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt (Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive Coder. IEEE Transactions on Communications, Vol. Com-32, No. 3, March 1984, S. 225-232) ist eine Codierung von Videosignalen beschrieben, die das Ziel hat, mit möglichst geringer Bitrate Videobilder ausreichender Qualität zu übertragen. Die Codierung erfolgt in mehreren Schritten. Zunächst werden gleichgroße Ausschnitte eines Videobildes, repräsentiert durch Blöcke von Abtastwerten der Bildpunkte, einer diskreten Cosinus-Transformation unterworfen. Bei dieser Transformation handelt es sich um eine spezielle flächenhafte Fourier-Transformation. Aus dem ursprünglichen Block entsteht nach der Transformation ein neuer Block von Zahlenwerten (Koeffizienten). Dieser Koeffizientenblock hat die Eigenschaft, daß ein großer Teil seiner Elemente - also ein großer Teil der Koeffizienten - nahezu 0 oder exakt 0 ist. Eine anschließende Quantisierung der Koeffizienten macht dann in aller Regel den überwiegenden Teil der Elemente zu 0, so daß eine darauf folgende Huffman-Codierung schon deswegen eine erhebliche Bitratenreduktion bedeuten würde. Zu einer weiteren Bitratenreduktion kommen die Verfasser des oben erwähnten Artikels dadurch, daß sie das häufige Auftreten von ununterbrochenen Teilfolgen von Nullen in dem Zwischensignal, in dem die Koeffizienten seriell angeordnet sind, durch eine Huffman-Codierung ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der die Codeworte unterschiedliche Länge haben, statistische Eigenschaften des zu codierenden Signales ausgenutzt. Im vorliegenden Falle heißt das insbesondere, daß untersucht wird, mit welcher Häufigkeit in dem oben erwähnten Zwischensignal Teilfolgen von Nullen mit der Länge (runlength) 1, 2, 3 usw. vorkommen. Der Teilfolge mit der größten Häufigkeit wird dann das kürzeste Huffman-Codewort zugeordnet. Der Folge mit der nächst geringeren Häufigkeit wird das nächst größere Codewort zugeordnet und sofort.

Zur Codierung des Zwischensignals werden in dem oben erwähnten Artikel zwei Huffman-Code-Tabellen benötigt. Aus einer ersten Tabelle geht hervor, wie die von 0 verschiedenen (quantisierten) Koeffizienten zu codieren sind. Codiert werden nur die Beträge, weil betragsmäßig gleich große Koeffizienten auch mit der gleichen Häufigkeit vorkom-

men. Die Vorzeichen werden in einem gesonderten Bit übertragen. Aus einer zweiten Tabelle geht hervor, wie die runlength zu codieren ist. Damit bei der Decodierung die Codeworte der einen Tabelle von denen der anderen zu unterscheiden sind, wird für die Kennzeichnung der codierten runlength ein gesondertes Codewort, das sogenannte runlength prefix verwendet.

Aus der US-A-4 316 222 ist noch ein weiteres Verfahren und eine Vorrichtung zur Kompression und zur Dekompression von digitalen Bilddaten bekannt. Hierbei werden Folgen von Schwarz-Weiß- bzw. Weiß-Schwarz-Bildpunkten (z.B. für Faksimile) codiert. Die schwarzen Bildpunkte werden durch eine "1" und die weißen Bildpunkte durch eine "0" dargestellt. Die Schwarz-Weiß-Folge wird zuerst in ein Zahlenpaar umgebildet. Dabei wird die Anzahl der aufeinanderfolgenden "1"-Werte und der direkt anschließende "0"-Wert als erste Zahl des Zahlenpaares angegeben, die gleich der Anzahl der "1"-Werte ist. Die zweite Zahl des Zahlenpaares ist gleich der um eins reduzierten Anzahl der aufeinanderfolgenden "0"-Werte. Bei der Bildung eines Zahlenpaares für Weiß-Schwarz-Folgen wird als erste Zahl die Anzahl der aufeinanderfolgenden "0"-Werte und als zweite Zahl die um eins reduzierte Anzahl der aufeinanderfolgenden "1"-Werte genommen. Aus dem Zahlenpaar wird dann ein Codewort gebildet. Als ein Codewort kann nur eine bestimmte Länge von "1"- oder "0"-Werten codiert werden. Wenn eine solche Folge von "1"- oder "0"-Werten eine bestimmte Länge überschreitet, findet ein Wechsel zwischen der Codierung von Weiß-Schwarz-Folgen zu Schwarz-Weiß-Folgen oder umgekehrt statt. Bei einer zu langen Folge von "1"- oder "0"-Werten, wird beispielsweise zuerst der erste Teil der Weiß-Schwarz-Folge als Zahlenpaar einer Weiß-Schwarz-Folge und der restliche Teil als Schwarz-Weiß-Folge codiert. Bei diesem Verfahren können ausschließlich Schwarz-Weiß-Folgen codiert werden. Außerdem müssen zwei unterschiedliche Teilfolgen codiert werden, wodurch das Verfahren aufwendig ist.

Der Erfindung liegt die Aufgabe zugrunde, bei einem Signal mit den eingangs genannten Merkmalen, das als Sonderfall ein bei der Bildcodierung auftretendes Zwischensignal enthält, ein Codierverfahren anzugeben, das zu einer größeren als bisher bekannten Bitratenreduktion führt.

Diese Aufgabe wird bei einem Verfahren der eingangs genannten Art dadurch gelöst, daß wenigstens ein Huffman-Codewort
- entweder aus einem anderen Signalwert und aus einer nachfolgenden, ununterbrochenen Teilfolge des bestimmten Signalwertes (A), wenn diese vorhanden ist,

- oder aus einem anderen Signalwert und aus einer vorangehenden, ununterbrochenen Teilfolge des bestimmten Signalwertes (A), wenn diese vorhanden ist,

gebildet wird und

daß bei der Bildung der Folge der Codeworte nur die vorangehenden oder nur die nachfolgenden Teilfolgen des bestimmten Signalwertes (A) mit dem anderen Signalwert verwendet werden.

Vorteilhafte Ausgestaltungen der Erfindung - insbesondere für Sonderfälle des eingangs charakterisierten Signals - sowie eine Schaltungsanordnung zur Bitratenreduktion sind weiteren Ansprüchen zu entnehmen.

Anhand eines Beispiels und anhand der Figuren soll die Erfindung näher erläutert werden.

Es zeigen:

Fig. 1 eine Ereignistabelle mit der Häufigkeitsverteilung der Ereignisse,

Fig. 2 eine weitere Ereignistabelle, durch die die Zerlegung von Ereignissen verdeutlicht wird,

Fig. 3 bis Fig. 5 eine Codierungstabelle mit zwei Fortsetzungen und

Fig. 6 das Prinzipschaltbild einer Anordnung zur erfindungsgemäßen Codierung von Videosignalen.

In dem nun folgenden Beispiel zur Erläuterung der Erfindung handelt es sich bei dem zu codierenden Signal um das in der Einleitung erwähnte Zwischensignal, das bei der blockweisen Codierung von Videobildern auftritt. Die eingangs erwähnten Signalwerte sind also die Koeffizienten bzw. die Elemente des Koeffizientenblockes, der Signalwert A ist der Wert 0, denn dieser kommt in dem Zwischensignal am häufigsten in ununterbrochenen Teilfolgen vor.

Wie der erfindungsgemäßen Lehre zu entnehmen ist, wird das Auftreten einer ununterbrochenen Teilfolge von Nullen und des sich dieser Teilfolge anschließenden Koeffizienten als ein zu codierendes Ereignis angesehen. Wichtig ist, daß auch das Auftreten keiner Null oder einem von 0 verschiedenen Koeffizienten - also das Auftreten einer Teilfolge der Länge 0 - als zu codierendes Ereignis behandelt wird.

Jedes dieser Ereignisse tritt im Videosignal mit einer charakteristischen Häufigkeit auf. Wie z.B. Messungen er geben haben, treten Koeffizienten mit kleinem Betrag zunehmend häufiger als solche mit großem Betrag auf, je länger die vorangegangene Teilfolge von Koeffizienten mit dem Betrage 0 wird.

Figur 1 (Tabelle I) zeigt die Häufigkeitsverteilung der oben angesprochenen Ereignisse bei einem cosinus-transformierten und anschließend quantisierten Videosignal. Jedes Feld der Tabelle stellt ein Ereignis dar, das durch die Länge L der ununterbrochenen Teilfolgen von Nullen und durch

den Betrag B des sich anschließenden (quantisierten) Koeffizienten charakterisiert ist. Die Beträge B durchlaufen die natürlichen Zahlen ohne die Null und die Länge L durchläuft die natürlichen Zahlen mit der Null. Damit die Tabelle nicht beliebig groß wird, sind alle Ereignisse mit B größer oder gleich 9 zu einem Gesamtereignis zusammengefaßt. Entsprechendes gilt für L größer oder gleich 9.

Die Zahlen in den Feldern geben an, wie oft das zugehörige Ereignis in einem quantisierten Videosignal mit etwa 15 000 Signalwerten auftritt. Die Zuordnung von Huffman-Codeworten macht die Tabelle offensichtlich:

das Ereignis L=0, B=1 bekommt das kürzeste Codewort; es folgt das Ereignis L=1, B=1 mit dem nächstlängeren Codewort und so fort.

Trägt man in die Ereignisfelder der Tabelle statt der Häufigkeiten die zugeordneten Codeworte ein, so ergibt sich eine zweidimensionale Codierungstabelle. Sie ist für die Ereignisse nach Tabelle I nicht angegeben, weil das Aufstellen solcher Codierungstabellen in aller Regel zum handwerklichen Können des Fachmannes gehört. Ergänzend sei angemerkt, daß bei den Ereignissen mit L größer oder gleich 9 oder mit B größer oder gleich 9 nach dem zugeordneten Huffman-Codewort noch maximal 11 Bits folgen, durch die der Empfänger eine genaue nformation über die Größe L bzw. über die Größe B erhält.

Eine Codierung von Videosignalen nach der oben angedeuteten zweidimensionalen Codierungstabelle ergibt gegenüber der eingangs beschriebenen Codierung eine zusätzliche Bitratenreduktion von 12%.

Diese zusätzliche Bitratenreduktion ist deshalb möglich, weil z.B. die Wahrscheinlichkeit des Ereignisses, bei dem drei aufeinanderfolgende Nullen mit anschließendem Koeffizienten vom Betrage 2 auftreten, verschieden ist vom Produkt der Wahrscheinlichkeit, mit der drei aufeinanderfolgende Nullen auftreten, und der Wahrscheinlichkeit, mit der ein Koeffizient vom Betrage 2 überhaupt auftritt.

Genauer betrachtet werden soll nun die Begrenzung der Tabelle I (Fig. 1). Wie den obenstehenden Ausführungen zu entnehmen ist, wird die Zahl der zu codierenden Ereignisse nach Tabelle I dadurch in zweckmäßigen Grenzen gehalten, daß alle Teilfolgen von Nullen mit gleichgroßem sich anschließendem Betrag eines Koeffizienten dann als ein Ereignis angesehen werden, wenn die Länge L der Teilfolgen von Nullen größer als acht ist.

Ebenso werden alle Nullfolgen gleicher Länge dann als ein Ereignis angesehen, wenn der sich anschließende Betrag B eines Koeffizienten größer als acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich - wie die Tabelle I zeigt - um relativ seltene

Ereignisse; sie werden daher mit relativ langen Huffman-Codeworten codiert. Da der Empfänger zur Decodierung ohne Informationsverlust die genaue Länge einer Nullfolge oder den genauen Betrag eines Koeffizienten wissen muß, wird - wie oben schon angedeutet - an das Huffman-Codewort ein Zusatzcodewort gehängt, dem die genaue Länge oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird ein scharf umrissener Sachverhalt codiert. Da die Anzahl der Bits derartiger Kombinationen ebenfalls von den statistischen Eigenschaften des Signals abhängig ist, sollen hier solche Kombinationen ebenfalls als Huffman-Codeworte bezeichnet werden, die als ganzes dem Empfänger bzw Decodierer vorliegen müssen, damit der Sachverhalt, der ihnen zugrundeliegt, eindeutig auf der Empfängerseite erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können bis zu 30 Bit lang werden. Da die Verarbeitung von maximal 16 Bit langen Codeworten keine besonderen Einrichtungen erforderlich macht, sondern z.B. mit einem 16-Bit-Mikroprozessor möglich ist, werden - zur Verbesserung des bisher geschilderten Verfahrens - bestimmte Ereignisse derart in Teilereignisse zerlegt, daß zur Codierung aller Ereignisse und Teilereignisse Codeworte ausreichen, deren Länge maximal 16 Bit beträgt. Diese Zerlegung soll nun verdeutlicht werden.

Zunächst wird ein zu codierendes Ereignis, das aus einer ununterbrochenen Teilfolge von L = Lm Nullen mit anschließenden Koeffizienten vom Betrage B = Bm besteht, durch (Lm, Bm) symbolisiert. Im Gegensatz zu dem bisher gesagten wird nun ausdrücklich auch Bm = 0 zugelassen. Die in der Praxis auftretende zweidimensionale Mannigfaltigkeit von Ereignissen (Lm, Bm) ist zwar endlich, da nicht beliebig große Beträge von Koeffizienten vorkommen, jedoch sehr groß. Folglich sind auch die zu verwendenden Huffman-Codeworte nach Anzahl und Länge entsprechend groß. Zur Reduzierung der Gesamtzahl der zu codierenden Ereignisse wird nun davon ausgegangen, daß z.B. eine Teilfolge von 19 Nullen mit anschließenden Koeffizienten vom Betrage 7 sich in Abschnitte zerlegen läßt, von denen der erste eine ununterbrochene Teilfolge von 16 Nullen, der zweite eine ununterbrochene Teilfolge von 3 Nullen ist und der dritte eine Teilfolge mit keiner Null und anschließendem Koeffizienten vom Betrage 7 darstellt. Jeder dieser Abschnitte wird nun als Teilereignis angesehen, das durch ein Huffman-Codewort codiert wird. Die Länge eines jeden dieser Abschnitte liegt unter einem vorgebbaren Wert, auf den weiter unten eingegangen wird.

Der Versinnbildlichung dieser Zerlegung dient die Fig. 2 (Tabelle II). In waagerechter Richtung sind alle vorkommenden Beträge B - einschließlich der Betrag 0 - von Koeffizienten aufgetragen. In senkrechter Richtung ist die Länge - ebenfalls angefangen bei 0 - von ununterbrochenen Teilfolgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die Ereignisse (Lm, Bm), d.h., Lm Nullen gefolgt von einem Koeffizienten vom Betrage Bm. Das Ereignis (0, 3) z.B. bedeutet, daß einem Koeffizienten vom Betrage 3 eine Teilfolge der Länge 0 vorangegangen ist, was gleichbedeutend damit ist, daß vor ihm kein Koeffizient vom Betrage 0 steht. Isoliert stehende Nullen im Signal werden durch das Ereignis (0, 0) symbolisiert. Die Angabe (3, Bm) u.a. bedeutet das Ereignis, daß auf drei aufeinanderfolgende Nullen ein Koeffizient vom Betrage Bm folgt. Da für Bm auch der Wert Null zugelassen ist, bedeutet das Ereignis (3, 0) vier aufeinanderfolgenden Nullen.

Die Tabelle II enthält einen fettgedruckten Polygonzug, der die Ereignisfelder in zwei Bereiche teilt. Der linke Bereich enthält die hier codierbar genannten Ereignisse, der rechte Bereich die hier nichtcodierbar genannten Ereignisse. Die maximale Länge, die ein Abschnitt von Signalwerten haben darf - er entspricht einem codierbaren Ereignis - ist 16; es handelt sich um die Ereignisse (15, 0), (15, 1) und (15, 2). Alle anderen codierbaren Ereignisse entsprechen Signalabschnitten, die kürzer sind. Die Einteilung in codierbare und nichtcodierbare Ereignisse ist nicht völlig willkürlich; die am häufigsten auftretenden Ereignisse müssen zu den codierbaren gehören. Die nichtcodierbaren Ereignisse werden dann in codierbare zerlegt. Das angekreuzte nichtcodierbare Ereignis (8, 7) in Tabelle II wird z.B. in die Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung gibt es mehrere Möglichkeiten; die einfachste ist die hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren Ereignissen gehören, bedeuten die Länge - also die Anzahl der Bits - der Huffman-Codeworte, mit denen die Ereignisse codiert werden. Die Codeworte enthalten auch das Vorzeichen der Koeffizienten und gegebenenfalls Angaben über die Größe des Betrages B; keines von ihnen ist länger als 16 Bit. Bei der Aufstellung der Huffman-Codeworte wurde unterstellt, daß Koeffizienten mit Beträgen größer als 136 nicht vorkommen.

Die Figuren 3 bis 5 (Tabelle III) zeigen die genaue Struktur der verwendeten Huffman-Codeworte. Das erste Codewort stellt den codierten Signalwert zur Kennzeichnung eines Blockendes dar; es folgt bei der Übertragung auf das letzte Codewort, das zu einem Koeffizientenblock gehört. Die erste Spalte der Tabelle III enthält eine laufen-

7                    EP 0 260 748 B1                    8

de Nummer, die zweite Spalte den Betrag B der
Koeffizienten und die dritte die Länge L der Nullfol-
gen. Die beiden letzten Angaben zusammen erge-
ben die "Koordinaten" eines codierbaren Ereignis-
ses nach Tabelle II. In der vierten Spalte der Tabel-
le III sind die Codeworte bitweise angegeben. Das
Bit s bedeutet das Vorzeichenbit, die mit "-" verse-
henen Stellen sind bedeutungslos und in die mit
"+" versehenen Stellen werden die codierten Be-
träge der Koeffizienten eingetragen, sofern sie grö-
ßer als acht sind. Die letzte Spalte gibt noch einmal
die Länge der Huffman-Codeworte wieder.

Eine Möglichkeit zur weiteren Reduktion der
Bitrate ergibt sich aus der Tatsache, daß - wie im
vorliegenden Beispiel - das zu codierende Signal
nach Blöcken strukturiert ist. Wie schon angedeu-
tet, sind die Koeffizienten eines Koeffizientenblok-
kes von denen die nächstfolgenden Blockes durch
ein "end-of-block"-Signal voneinander getrennt.
Auch dieses "end-of-block"-Signal wird in ein Co-
dewort umgesetzt (vergleiche Fig. 3), während die
Folge der Koeffizienten eines Blocks in eine Folge
von m (codierbaren) Ereignissen der Art

(L1, B1)
(L2, B2)
...
(Lm, Bm)    (1)

bzw. in eine Folge von zugeordneten Codeworten
aufgelöst wird. Wie groß die Anzahl m der Ereig-
nisse ist, hängt von den speziellen Werten der
Koeffizienten ab. Besteht der gesamte Koeffizi-
entenblock z.B. aus 63 Nullen mit an schließendem
Koeffizienten vom Betrag 1, so zerfällt er nur in ein
Ereignis, nämlich (63,1), bzw. in mehrere codierba-
re Ereignisse nach Tabelle II. Da also von vornher-
ein nicht feststeht, in wieviele codierbare Ereignis-
se ein Koeffizientenblock zerlegt wird, müssen
schon aus diesem Grunde die einzelnen Blöcke
durch ein "end-of-block"-Signal voneinander ge-
trennt werden. Auf der Empfangsseite werden die
übertragenen Huffman-Codeworte wieder in Ereig-
nisse zurücktransformiert und diese Ereignisse wie-
derum in eine Folge von Koeffizienten. Dem Emp-
fänger ist bekannt, daß zu einem Koeffizientenblock
z.B. 64 Koeffizienten gehören.

Zur weiteren Erläuterung wird der Einfachheit
halber angenommen, daß es sich um 4 x 4-Blöcke
handelt, ein Block also insgesamt 16 Elemente
enthält. Alle Daten, die zu einem Block gehören,
sind von den Daten des nächstfolgen den Blocks
durch ein "end-of-block"-Zeichen getrennt. Dieses
Zeichen bzw. das entsprechende Codewort wird
von der Zerlegung des zu codierenden Signals
nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines
Blocks in dezimaler Darstellung die Gestalt

XX    4005000050000001    XX,    (2)

so zerfällt nach dem Schema (1) der Block in
folgende Ereignisse:

(0,4)
(2,5)
(4,5)
(6,1).    (3)

Damit die Koeffizientenfolge eines Blocks über-
haupt in Ereignisse nach dem Schema (1) oder (3)
zerlegt werden kann, werden die Koeffizienten vor
ihrer weiteren Verarbeitung zwischengespeichert.
Die zeitliche Reihenfolge der Koeffizienten im
Schema (2) und die der Ereignisse in den Sche-
ta (1) und (3) entspricht der Reihenfolge ihrer
schriftlichen Aufzeichnung (europäische Schreib-
richtung vorausgesetzt). Die Zeichen XX im Bei-
spiel nach dem Schema (2) symbolisieren die
"end-of-block"-Zeichen des vorangegangenen
Blockes und des dargestellten Blocks.

Die von 0 verschiedenen Koeffizienten im
Schema (2) sind alle positiv und als ganze Vielfa-
che der kleinsten Einheit, nämlich 1, dargestellt.
Wie aus dem Schema (3) ersichtlich, ist das letzte
Ereignis das Ereignis (6, 1). Die den Ereignissen
zugeordneten Huffman-Codeworte sind nicht einge-
tragen.

Nun wird zunächst geprüft, welches Gewicht
für den Empfänger der Empfang des letzten Ereig-
nisses, nämlich (6, 1) des Blocks nach (2) hat. Als
allgemeine Erfahrungsregel hat sich bei der Bildco-
dierung herausgestellt, daß die Übertragung von
Ereignissen mit einer Folge von mehr als fünf
Nullen immer weniger lohnend wird, je kleiner der
Betrag des sich anschließenden Koeffizienten ist.
Stellt man die durch die Erfahrung gestützte Regel
auf, geprüfte Ereignisse, für die der L≥5 und B = 1 ist,
nicht zu übertragen, so unterbleibt die Übertragung
des letzten Ereignisses. Sodann wird das vorange-
gangene Ereignis (4, 5) nach dem gleichen Kriteri-
um überprüft. Im Beispiel nach (2) ist dann für
diesen Block die Prüfung beendet, da das Ereignis
(4, 5) bzw. das zugeordnete Huffman-Codewort
übertragen werden muß.

Nach der Decodierung der Huffman-Codeworte
auf der Empfängerseite lassen sich alle Koeffizien-
ten des Blocks nach dem Schema (2) wiedergewin-
nen, bis auf diejenigen, die zu nicht übertragenen
Ereignissen gehören. Da diese jedoch zu den letz-
ten Koeffizienten des Blocks gehören, werden auf
der Empfängerseite den decodierten Koeffizienten
so viele Koeffizienten vom Betrag 0 angefügt, bis
die Gesamtzahl der Koeffizienten 16 beträgt.

Figur 6 zeigt eine Schaltungsanordnung (Prin-
zipschaltbild), die eine einfache Zerlegung der Fol-

5

9                     EP 0 260 748 B1                     10

ge von Koeffizienten nach codierbaren Ereignissen vornimmt. Die Taktversorgung und Details der logischen Verknüpfung von binären Größen sind z.B. nicht abgebildet, da derartige Dinge zum handwerklichen Können des Fachmanns gehören. Bei der Schaltung nach Figur 6 werden Ereignisse codiert, die aus einer ununterbrochenen Teilfolge von Koeffizienten mit dem Betrage Null und einem sich anschließenden Koeffizienten bestehen. Überschreitet die Länge L einer ununterbrochenen Teilfolge im zu codierenden Signal eine fest vorgegebene Länge Lmax, so gilt das zugehörige Ereignis als nicht codierbar und wird in codierbare Ereignisse zerlegt. Wegen der fest vorgegebenen, vom Betrag des sich anschließenden Koeffizienten unabhängigen Maximallänge Lmax, sind keine Verzögerungen bzw. Zwischenspeicherungen der Koeffizienten erforderlich.

Die Koeffizienten werden seriell von einem Eingang E über eine Mehrfachleitung e an die Adresseingänge eines adressierbaren Speichers PROM und an einen ersten Eingang E1 einer Komparatorschaltung K gegeben. Die Mehrfachleitung e enthält soviele Adern wie Bits zur binären Darstellung eines Koeffizienten erforderlich sind. Im Speicher PROM ist eine Codiertabelle abgelegt.

Einem zweiten Eingang E2 des Komparators K wird - über eine Mehrfachleitung r - der Stand eines Zählers Z zugeführt. Die Mehrfachleitung r ist gleichzeitig an weitere Adresseingänge des Speichers PROM geführt.

Es sei nun angenommen, daß am Eingang E1 ein von Null verschiedener Koeffizient anliegt. In diesem Fall gibt die Komparatorschaltung K an einem Ausgang A2 einen Impuls ab, der über eine Leitung a an den Rücksetzeingang R des Zählers Z und an den Takteingang C2 einer Flip-Flop-Schaltung FF geführt wird. Mit diesem Impuls wird der Zähler auf den Stand Null zurückgesetzt und das am Ausgang des Speichers PROM anliegende Codewort bitparallel in die Flip-Flop-Schaltung FF übernommen. Das Codewort ist am Ausgang A der Schaltung nach Fig. 6 abnehmbar. Die am Ausgang A anliegenden Codewörter sind nicht die endgültigen Huffman-Codeworte, da sie alle die gleiche Länge haben. Zur Umwandlung von Codeworten gleicher Länge in solche ungleicher Länge und umgekehrt - die letzte Umwandlung ist auf der Empfängerseite notwendig - wird auf die Patentanmeldungen DE 35 10 902, DE 35 10 901 und DE 36 32 682 verwiesen.

Liegt am Eingang E1 eine Null an, dann gibt die Komparatorschaltung K an einem weiteren Ausgang A1 einen Zählimpuls an den Takteingang C1 des Zählers Z ab, der den Zählerstand um eine Einheit erhöht. Die Komparatorschaltung K vergleicht laufend den aktuellen Zählerstand mit der Größe Lmax, die in einem ihrer nicht eingezeichne-

ten Speicher abgelegt ist. Erreicht der Zählerstand den Wert Lmax, so unterbleibt die Abgabe eines weiteren Zählimpulses; stattdessen wird am Ausgang A2 der Rücksetzbzw. Übernahmeimpuls abgegeben.

In der Schaltung nach Figur 6 werden die vollständigen Koeffizienten - also auch ihre Vorzeichen - verarbeitet. In einer Variante ist vorgesehen, das Vorzeichen der Koeffizienten über eine gesonderte Ader an den Ausgang A der Schaltungsanordnung zu leiten und es vom Vergleich durch die Komparatorschaltung K und zur Bestimmung des Codewortes durch den Programmierbaren Speicher PROM auszunehmen.

## Patentansprüche

1. Verfahren zur Bitratenreduktion bei der Codierung eines Signals mit einer Folge von Signalwerten, das einen am häufigsten, in ununterbrochenen Teilfolgen vorkommenden, bestimmten Signalwert (A) enthält und aus denen eine Folge von Huffman-Codeworten gebildet wird,
   dadurch gekennzeichnet,
   daß wenigstens ein Huffman-Codewort
     - entweder aus einem anderen Signalwert und aus einer nachfolgenden, ununterbrochenen Teilfolge des bestimmten Signalwertes (A), wenn diese vorhanden ist,
     - oder aus einem anderen Signalwert und aus einer vorangehenden, ununterbrochenen Teilfolge des bestimmten Signalwertes (A), wenn diese vorhanden ist,
   gebildet wird und
   daß bei der Bildung der Folge der Codeworte nur die vorangehenden oder nur die nachfolgenden Teilfolgen des bestimmten Signalwertes (A) mit dem anderen Signalwert verwendet werden.

2. Verfahren nach Anspruch 1,
   dadurch gekennzeichnet,
   daß an das Huffman-Codewort ein Zusatzcodewort gehängt wird, dem die genaue Länge oder der genaue Betrag oder beides zu entnehmen ist, wenn die Teilfolge des bestimmten Signalwertes (A) eine vorgegebene Länge und/oder der zugeordnete andere Signalwert einen vorgegebenen Betrag überschreitet.

3. Verfahren nach Anspruch 1,
   dadurch gekennzeichnet,
   daß dann, wenn eine Teilfolge des bestimmten Signalwertes (A) zusammen mit dem zugeordneten anderen Signalwert eine vorgegebene Länge überschreitet, diese gesamte Wertefol-

11    EP 0 260 748 B1    12

ge so in Abschnitte zerlegt wird, daß die Länge eines jeden Abschnittes unter einem vorgegebenen Wert liegt, und daß jedem Abschnitt ein Huffman-Codewort zugeordnet wird.

4. Verfahren nach Anspruch 1, 2 oder 3, dadurch gekennzeichnet, daß es sich bei dem Signal um eine Folge von Koeffizienten handelt, die sich nach der blockweisen Cosinus-Transformation von Bildpunkten eines Videosignales mit anschließender Quantisierung ergibt und daß der bestimmte Signalwert (A) der Wert Null ist.

5. Verfahren nach Anspruch 1, 2 oder 3, dadurch gekennzeichnet, daß bei einem in gleichlange Blöcke strukturierten Signal geprüft wird, welche Vorteile und Nachteile die Nichtübertragung des letzten Huffman-Codewortes eines Blockes hat und daß dann, wenn die Vorteile überwiegen, das Huffman-Codewort nicht übertragen wird.

6. Verfahren nach Anspruch 5, dadurch gekennzeichnet, daß bei Nichtübertragung des letzten Huffman-Codewortes die gleiche Prüfung mit dem vorangegangenen Huffman-Codewort als letztem Huffman-Codewort wiederholt wird.

7. Verfahren nach Anspruch 5 oder 6, dadurch gekennzeichnet, daß ein überprüftes Huffman-Codewort nicht übertragen wird, wenn die Länge der zugehörigen Teilfolge des bestimmten Signalwertes (A) eine vom Betrag des sich anschließenden Signalwertes abhängige Schranke übertrifft.

8. Verfahren nach Anspruch 7, dadurch gekennzeichnet, daß es sich bei dem Signal um eine Folge von Koeffizienten handelt, die sich nach der blockweisen Cosinus-Transformation von Bildpunkten eines Videosignales mit anschließender Quantisierung ergibt, und daß der bestimmte Signalwert (A) der Wert Null ist und daß ein überprüftes Huffman-Codewort nicht übertragen wird, wenn die Länge der zugehörigen Teilfolge von Nullen größer als fünf ist und der Betrag des sich anschließenden Signalwertes der kleinstmögliche Wert verschieden von Null ist.

9. Verfahren nach Anspruch 4 oder 8, dadurch gekennzeichnet, daß das Huffman-Codewort unabhängig von dem Vorzeichen desjenigen Koeffizienten ist, der sich auf die Folge von Nullen anschließt

oder ihr vorangeht, und daß das Vorzeichen durch ein gesondertes Bit codiert wird.

10. Schaltungsanordnung zur Bitratenreduktion bei der Codierung eines Signals mit einer Folge von Signalwerten, das einen am häufigst in ununterbrochenen Teilfolgen vorkommenden, bestimmten Signalwert enthält und aus denen eine Folge von Huffman-Codeworten gebildet wird, dadurch gekennzeichnet, daß Mittel (K, Z, PROM, FF) vorgesehen sind, die wenigstens ein Huffman-Codewort,
- entweder aus einem anderen Signalwert und aus einer nachfolgenden, ununterbrochenen Teilfolge des bestimmten Signalwertes, wenn diese vorhanden ist,
- oder aus einem anderen Signalwert und aus einer vorangehenden, ununterbrochenen Teilfolge des bestimmten Signalwertes, wenn diese vorhanden ist, bilden und
daß bei der Bildung der Folge der Codeworte nur die vorangehenden oder nur die nachfolgenden Teilfolgen des bestimmten Signalwertes mit dem anderen Signalwert verwendet werden.

11. Schaltungsanordnung nach Anspruch 10, dadurch gekennzeichnet, daß die Mittel ein Speichermittel (PROM) enthalten, das zur Bildung eines an das Huffman-Codewort anzuhängenden Zusatzcodewortes vorgesehen sind, dem die genaue Länge oder der genaue Betrag oder beides zu entnehmen ist, wenn die Teilfolge des bestimmten Signalwertes (A) eine vorgegebene Länge und/oder der zugeordnete andere Signalwert einen vorgegebenen Betrag überschreitet.

12. Schaltungsanordnung nach Anspruch 10 oder 11, dadurch gekennzeichnet, daß das Mittel (K, Z, PROM, FF) zum Empfang des Signals vorgesehen ist, daß das Signal eine Folge von Koeffizienten enthält, die sich nach der blockweisen Cosinus-Transformation von Bildpunkten eines Videosignales mit anschließender Quantisierung ergibt, und daß der bestimmte Signalwert (A) der Wert Null ist.

13. Schaltungsanordnung nach Anspruch 10, dadurch gekennzeichnet, daß die Mittel ein Vergleichsmittel (K,FF) enthalten, das bei einem in gleichlange Blöcke strukturierten Signal zur Prüfung vorgesehen

7

13                    EP 0 260 748 B1                    14

ist, welche Vorteile und Nachteile die Nicht-Übertragung des letzten Huffman-Codewortes eines Blockes hat, und

daß dann, wenn die Vorteile überwiegen, das Vergleichsmittel (K, FF) zur Verhinderung einer Übertragung des Huffman-Codewortes vorgesehen ist.

14. Schaltungsanordnung nach Anspruch 13, dadurch gekennzeichnet, daß das Vergleichsmittel (K,FF) zur Übertragung eines überprüften Huffman-Codewortes vorgesehen ist, wenn die Länge der zugehörigen Teilfolge von Signalwerten A eine vom Betrag des sich anschließenden Signalwertes abhängige Schranke übertrifft.

15. Schaltungsanordnung nach Anspruch 12, dadurch gekennzeichnet, daß das Speichermittel (PROM) vorgesehen ist, das Huffman-Codewort unabhängig von dem Vorzeichen desjenigen Koeffizienten zu wählen, der sich auf die Folge von Nullen anschließt oder ihr vorangeht, und das Vorzeichen durch ein gesondertes Bit zu codieren.

16. Schaltungsanordnung nach Anspruch 12, dadurch gekennzeichnet, daß die binär codierten Koeffizienten mit vorgebbaren Verzögerungen den Adresseingängen eines Speichers (PROM) und einem ersten Eingang (E1) einer Komparatorschaltung (K) zugeführt werden, daß ein Zähler (Z) vorgesehen ist, dessen binär codierter Zählerstand weiteren Adresseingängen des Speichers (PROM) sowie einem zweiten Eingang (E2) der Komparatorschaltung (K) zugeführt wird, daß die Komparatorschaltung (K) an einem ersten Ausgang (A1) einen Zählimpuls an den Zähler (Z) abgibt, wenn am ersten Eingang (E1) ein Koeffizient mit dem Wert Null anliegt und der Zählerstand einen in einem Speicher der Komparatorschaltung (K) gespeicherten Wert nicht überschritten hat, und daß die Komparatorschaltung (K) an einem zweiten Ausgang (A2) einen Impuls abgibt, wenn die Bedingungen für die Abgabe eines Zählimpulses nicht erfüllt sind, und daß mit dem Impuls am zweiten Ausgang (A2) der Komparatorschaltung (K) der Zähler (Z) zurückgesetzt und das an den Ausgängen des Speichers (PROM) anliegende Codewort in einen Zwischenspeicher (FF) übernommen wird.

17. Schaltungsanordnung nach Anspruch 16, dadurch gekennzeichnet, daß nur die Beträge der Koeffizienten den Adresseingängen des Speichers (PROM) und

der Komparatorschaltung (K) zugeführt werden und daß das Vorzeichenbit der Koeffizienten über eine gesonderte Ader an den Ausgang (A) der Schaltungsanordnung geleitet wird.

**Claims**

1. A method of bitrate reduction when coding a signal which comprises a sequence of signal values and has a signal value (A) occurring most frequently in runs and from which a series of Huffman codewords is formed characterized in that at least a Huffman codeword is formed
   - either from a different signal value and from a subsequent run of the given signal value (A), when available,
   - or from a different signal value and from a preceding run of the given signal value (A), when available,

   and in that in the formation of the series of codewords only the preceding or only the subsequent runs of the given signal value (A) are used with the different signal value.

2. A method as claimed in Claim 1, characterized in that the Huffman codeword has an additional codeword associated with it, from which the exact length or the exact value or both can be derived, if the run of the given signal value (A) exceeds a predetermined length and/or if the assigned other signal value exceeds a predetermined value.

3. A method as claimed in Claim 1, characterized in that if a run of the given signal value A together with the assigned other signal value exceeds a predetermined length, said overall run is split up into sections in such a manner that the length of each section is below a predetermined value, and in that a Huffman codeword is assigned to each section.

4. A method as claimed in Claim 1, 2 or 3, characterized in that the signal comprises a sequence of coefficients which results after blockwise cosine transform of pixels of a video signal with subsequent quantisation, and in that the given signal value (A) is the zero value.

5. A method as claimed in Claim 1, 2 or 3, characterized in that the advantages and drawbacks of non-transmission of the last Huffman codeword of a block are checked in a signal having the structure of equally long blocks, and in that in the case of the advantages prevailing the Huffman codeword is not transmitted.

15                    EP 0 260 748 B1                    16

6. A method as claimed in Claim 5, characterized in that in the case of non-transmission of the last Huffman codeword the same check with the preceding Huffman codeword as last Huffman codeword is repeated.

7. A method as claimed in Claim 5 or 6, characterized in that a checked Huffman codeword is not transmitted if the length of the associated run of the given signal value (A) exceeds a barrier which is dependent on the magnitude of the subsequent signal value.

8. A method as claimed in Claim 7, characterized in that the signal comprises a sequence of coefficients which results after a blockwise cosine transform of pixels of a video signal with subsequent quantisation and in that the given signal value (A) is the zero value, and in that a checked Huffman codeword is not transmitted if the length of the associated zero run is larger than five and if the magnitude the subsequent signal value has the smallest possible value different from zero.

9. A method as claimed in Claim 4 or 8, characterized in that the Huffman codeword is independent of the sign of that coefficient which succeeds or precedes the zero run and in that the sign is coded by means of a separate bit.

10. A circuit arrangement for bitrate reduction when coding a signal which comprises a sequence of signal values and has a signal value occurring most frequently in runs and from which a series of Huffman codewords is formed, characterized in that means (K, Z, PROM, FF) are provided which form at least a Huffman codeword
   - either from a different signal value and from a subsequent run of the given signal value, when available,
   - or from a different signal value and from a preceding run of the given signal value, when available,
   and in that in the formation of the series of codewords only the preceding or only the subsequent runs of the given signal value are used with the different signal value.

11. A circuit arrangement as claimed in Claim 10, characterized in that the means comprise a storage means (PROM) which is provided for forming an additional codeword to be associated with the Huffman codeword, from which additional codeword the exact length or the exact value or both can be derived, if the run of the given signal value (A) exceeds a predetermined length and/or if the assigned other signal value exceeds a predetermined value.

12. A circuit arrangement as claimed in Claim 10 or 11, characterized in that the means (K, Z, PROM, FF) is provided for receiving the signal, in that the signal comprises a sequence of coefficients which results after blockwise cosine transform of pixels of a video signal with subsequent quantisation, and in that the given signal value (A) is the zero value.

13. A circuit arrangement as claimed in Claim 10, characterized in that the means comprise a comparison means (K, FF) which is provided for checking the advantages and drawbacks of non-transmission of the last Huffman codeword of a block in a signal having the structure of equally long blocks, and in that in the case of the advantages prevailing the comparison means (K, FF) is provided for preventing transmission of the Huffman codeword.

14. A circuit arrangement as claimed in Claim 13, characterized in that the comparison means (K, FF) is provided for transmitting a checked Huffman codeword if the length of the associated run of signal values A exceeds a barrier which is dependent on the magnitude of the subsequent signal value.

15. A circuit arrangement as claimed in Claim 12, characterized in that the storage means (PROM) is provided for selecting the Huffman codeword independently of the sign of that coefficient which succeeds or precedes the zero run, and for coding the sign by means of a separate bit.

16. A circuit arrangement as claimed in Claim 12, characterized in that the binary coded coefficients are applied with predeterminable delays to the address inputs of a memory (PROM) and to a first input (E1) of a comparator circuit (K), in that a counter (Z) is provided whose binary coded count is applied to further address inputs of the memory (PROM) and to a second input (E2) of the comparator circuit (K), in that the comparator circuit (K) supplies a counting pulse to the counter (Z) from a first output (A1) if a zero value coefficient is present at the first input (E1) and if the count has not exceeded a value stored in a memory of the comparator circuit (K), and in that the comparator circuit (K) supplies a pulse from a second output (A2) if the conditions for the supply of a counting pulse are not fulfilled, and in that the counter (Z) is reset by means of the

9

17    **EP 0 260 748 B1**    18

pulse at the second output (A2) of the comparator circuit (K) and the codeword present at the outputs of the memory (PROM) is transferred to an intermediate memory (FF).

17. A circuit arrangement as claimed in Claim 16, characterized in that only the values of the coefficients are applied to the address inputs of the memory (PROM) and the comparator circuit (K) and in that the sign bits of the coefficients are supplied through a separate wire to the output (A) of the circuit arrangement.

**Revendications**

1. Procédé de réduction du débit de bits lors du codage d'un signal constitué d'une séquence de valeurs de signal, qui contient une valeur de signal déterminée (A) apparaissant le plus fréquemment dans des séquences partielles ininterrompues et à partir desquelles une séquence de mots de code de Huffman est formée, caractérisé en ce qu'au moins un mot de code de Huffman est formé
   - soit à partir d'une autre valeur de signal et d'une séquence partielle ininterrompue suivante de la valeur de signal déterminée (A) lorsque celle-ci est présente,
   - soit à partir d'une autre valeur de signal et d'une séquence partielle ininterrompue précédente de la valeur de signal déterminée (A), lorsque celle-ci est présente, et
   lors de la formation de la séquence de mots de code, on n'utilise que les séquences partielles précédentes ou suivantes de la valeur de signal déterminée (A) avec l'autre valeur de signal.

2. Procédé selon la revendication 1, caractérisé en ce que l'on rattache au mot de code de Huffman un mot de code supplémentaire d'où l'on tire la longueur exacte ou la valeur exacte ou les deux, lorsque la séquence partielle de la valeur de signal déterminée (A) dépasse une longueur prédéterminée et/ou que l'autre valeur de signal affectée dépasse une valeur prédéterminée.

3. Procédé selon la revendication 1, caractérisé en ce qu'ensuite, lorsqu'une séquence partielle de la valeur de signal déterminée (A), conjointement avec l'autre valeur de signal affectée, dépasse une longueur prédéterminée, cette séquence de valeurs totale est décomposée en sections, de telle sorte que la longueur de chaque section se situe en dessous d'une va-

leur prédéterminée et qu'à chaque section est affecté un mot de code de Huffman.

4. Procédé selon la revendication 1, 2 ou 3, caractérisé en ce qu'il s'agit, dans le cas du signal, d'une séquence de coefficients qui s'obtient après transformation cosinus par blocs de points d'image d'un signal vidéo avec quantification ultérieure et que la valeur de signal déterminée (A) est la valeur zéro.

5. Procédé selon la revendication 1, 2 ou 3, caractérisé en ce que l'on contrôle, dans la cas d'un signal structuré en blocs de même longueur, les avantages et les inconvénients de la non-transmission du dernier mot de code de Huffman d'un bloc et qu'ensuite, lorsque les avantages l'emportent, on ne transmet pas le mot de code de Huffman.

6. Procédé selon la revendication 5, caractérisé en ce que, dans le cas de non-transmission du dernier mot de code de Huffman, on répète le même contrôle avec le mot de code de Huffman précédent à titre de dernier mot de code de Huffman.

7. Procédé selon la revendication 5 ou 6, caractérisé en ce que l'on ne transmet pas un mot de code de Huffman contrôlé lorsque la longueur de la séquence partielle associée de la valeur de signal déterminée (A) dépasse une limite dépendant de la valeur du signal qui s'y rattache.

8. Procédé selon la revendication 7, caractérisé en ce qu'il s'agit dans le cas du signal d'une séquence de coefficients qui s'obtient après transformation cosinus par blocs de points d'image d'un signal vidéo avec quantification ultérieure et que la valeur de signal déterminée (A) est la valeur zéro et qu'un mot de code de Huffman contrôlé n'est pas transmis lorsque la longueur de la séquence partielle associée de zéros est supérieure à cinq et que le niveau de la valeur de signal qui s'y rattache est la valeur la plus petite possible différente de zéro.

9. Procédé selon la revendication 4 ou 8, caractérisé en ce que le mot de code de Huffman est indépendant du signe du coefficient qui suit ou précède la séquence de zéros et que le signe est codé par un bit séparé.

10. Montage de circuit de réduction du débit de bits lors du codage d'un signal constitué d'une séquence de valeurs de signal, qui contient une valeur de signal déterminée apparraissant

10

19                    EP 0 260 748 B1                    20

le plus fréquemment dans des séquences partielles ininterrompues et à partir desquelles on forme une séquence de mots de code de Huffman, caractérisé en ce que des moyens (K, Z, PROM, FF) sont prévus qui forment au moins un mot de code de Huffman :

- soit à partir d'une autre valeur de signal et d'une séquence partielle ininterrompue suivante de la valeur de signal déterminée, lorsque celle-ci est présente,
- soit à partir d'une autre valeur de signal et d'une séquence partielle ininterrompue précédente de la valeur de signal déterminée, lorsque celle-ci est présente, et que, lors de la formation de la séquence de mots de code, on n'utilise que les séquences partielles précédentes ou suivantes de la valeur de signal déterminée avec l'autre valeur de signal.

11. Montage de circuit selon la revendication 10, caractérisé en ce que lesdits moyens contiennent des moyens de mémorisation (PROM) qui sont prévus pour former un mot de code complémentaire à rattacher au mot de code de Huffman sur lequel on prélèvera la longueur ou la valeur exacte de l'un des deux, lorsque la séquence partielle de la valeur de signal déterminée (A) dépasse une longueur prédéterminée et/ou que l'autre valeur de signal affectée dépasse une valeur prédéterminée.

12. Montage de circuit selon la revendication 10 ou 11, caractérisé en ce que les moyens (K, Z, PROM, FF) sont prévus pour recevoir le signal, que le signal contient une séquence de coefficients qui s'obtient après transformation cosinus par blocs de points d'image d'un signal vidéo avec quantification extérieure, et que la valeur de signal déterminée (A) est la valeur zéro.

13. Montage de circuit selon la revendication 10, caractérisé en ce que lesdits moyens contiennent des moyens de comparaison (K, FF) qui sont prévus, dans le cas d'un signal structuré en blocs de longueur égale, pour vérifier les avantages et les inconvénients de la non-transmission du dernier mot de code de Huffman d'un bloc et en ce que, ensuite, lorsque les avantages l'emportent, les moyens de comparaison (K, FF) sont prévus pour empêcher une transmisssion du mot de code de Huffman.

14. Montage de circuit selon la revendication 13, caractérisé en ce que les moyens de comparaison (K, FF) sont prévus pour la transmission d'un mot de code de Huffman contrôlé lorsque la longueur de la séquence partielle associée de valeurs de signal A dépasse une limite dépendant du niveau de la valeur du signal qui s'y rattache.

15. Montage de circuit selon la revendication 12, caractérisé en ce que les moyens de mémorisation (PROM) sont prévus pour choisir le mot de code de Huffman indépendamment du signe du coefficient qui termine ou précède la séquence de zéros et pour coder le signe par un bit séparé.

16. Montage de circuit selon la revendication 12, caractérisé en ce que les coefficients à codage binaire sont acheminés avec des temporisations prédéterminables aux entrées d'adressage d'une mémoire (PROM) et à une première entrée (E1) d'un circuit comparateur (K), qu'un compteur (Z) est prévu dont le comptage à codage binaire est acheminé à d'autres entrées d'adressage de la mémoire (PROM) ainsi qu'à une deuxième entrée (E2) du circuit comparateur (K), que le circuit comparateur (K) délivre à une première sortie (A1) une impulsion de comptage au compteur (Z) lorsque à la première entrée (E1) se trouve un coefficient de valeur zéro et que le comptage n'a pas dépassé une valeur mémorisée dans une mémoire du circuit comparateur (K), que le circuit comparateur (K) délivre, à une deuxième sortie (A2), une impulsion lorsque les conditions de délivrance d'une impulsion de comptage ne sont pas remplies et que, par l'impulsion délivrée à la deuxième sortie (A2) du circuit comparateur (K), le compteur (Z) est remis à zéro et le mot de code appliqué aux sorties de la mémoire (PROM) est pris en charge dans une mémoire tampon (FF).

17. Montage de circuit selon la revendication 16, caractérisé en ce que seuls les niveaux des coefficients sont acheminés aux entrées d'adressage de la mémoire (PROM) et au circuit de comparaison (K) et que le bit de signe des coefficients est acheminé via un conducteur séparé à la sortie (A) du montage de circuit.

11

EP 0 260 748 B1

| L ≧9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≧9 |

B

# FIG. 1

EP 0 260 748 B1



FIG. 2

EP 0 260 748 B1

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

EP 0 260 748 B1

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

EP 0 260 748 B1

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



## FIG.6

**EXHIBIT 3**

# FEDERAL REPUBLIC OF GERMANY

## Certificate

PHILIPS PATENTVERWALTUNG GMBH at 2000 Hamburg filed a patent application with the German Patent and Trademark Office under the designation

"bit-rate reduction process"

on September 13, 1986.

The attached papers are a true and exact reproduction of the original documents of this patent application.

The attached summary, which is to be attached to the application, but does not form part of the application, corresponds to the original filed on September 13, 1986.

The application has temporarily received the symbols H 03 M 7/40, H 04 N 1/415 and H 04 N 7/133 of the International Patent Classification at the German Patent and Trademark Office.

Filing No.: P 36 31 252.5

Munich, April 27, 1987
The President of the German
Patent and Trademark Office
pp
(signed)
Kohler

PHD 86 327

SUMMARY

Bit-rate reduction process

The bit-rate reduction process described can be applied when coding a signal which consists of a sequence of digitally represented signal values and contains a signal value A, which occurs most often in uninterrupted runs.  A bit-rate reduction of around 12% better than that which is delivered by previously known processes is achieved inter alia with video signals by each uninterrupted run of signal values A with the length 0, 1, 2, etc., together with the signal value following the run or together with the signal value preceding the run, being allocated a Huffman coding.

- 2 -

PHD 86 327

PHILIPS PATENTVERWALTUNG GMBH

DESCRIPTION

Bit-rate reduction process

The invention concerns a bit-rate reduction process in coding a signal which consists of a sequence of digitally represented signal values and contains a signal value A, which occurs most often in uninterrupted runs.

In an article by Wen-Hsiung Chen and William K. Pratt (Chen, Wen-Hsiung and Pratt, William K.: Scene Adaptive Coder IEEE Transactions on Communications, Vol. Com-32, No. 3, March 1984, S. 225-232) a coding of video signals is described which has the aim of transmitting video pictures of sufficient quality with as low a bit rate as possible. The coding is carried out in several steps. Firstly, sections of equal size from a video picture, represented by blocks of sample values of the pixels, are subjected to a discrete cosine transform. This transformation concerns a special two-dimensional Fourier transform. Following the transformation, a new block of numerical values (coefficients) emerges from the original block. This coefficient block has the characteristic that a large

- 3 -

PHD 86 327

proportion of its elements - thus a large proportion of the coefficients - is virtually zero or exactly zero. A subsequent quantization of the coefficients then, as a rule, renders the majority of the elements zero, so that a subsequent Huffman coding would already for that reason represent a considerable bit-rate reduction. The authors of the above-mentioned article achieve a further bit-rate reduction through the fact that they exploit the frequent occurrence of uninterrupted runs of zeros in the intermediate signal, in which the coefficients are serially arranged, by means of a Huffman coding.

It is known that, in the case of a Huffman coding, in the case of which the codewords have different lengths, statistical properties of the signal to be coded are utilized. In the present case that means in particular that the frequency with which the above-mentioned intermediate signal sequences of zeros with the length 1, 2, 3, etc. occur is being investigated. The shortest Huffman codeword is then allocated to the run with the greatest frequency. The next greatest codeword is allocated to the sequence with the next lowest frequency, and so on.

For the coding of the intermediate signal, in the above-mentioned article two Huffman code tables are required.

- 4 -

PHD 86 327

From a first table it can be seen how the coefficients which are different from zero (quantized) are to be coded. Only the amounts are coded, because coefficients of an equal amount also occur with the same frequency. The signs are transmitted in a separate bit. From a second table it can be seen how the run length is to be coded. So that the codewords of one table can be differentiated from those of the other table when being decoded, a separate codeword, the so-called run length prefix, is used to indicate the coded run length.

The invention is intended to fulfill the task of providing a coding process that leads to a bit-rate reduction greater than that previously known in the case of a signal with the characteristics specified at the beginning, which, as a special case, contains an intermediate signal occurring upon picture coding.

This task is resolved by each uninterrupted run of signal values A of the length 0, 1, together with the signal value following the run or together with the signal value preceding the run, being allocated a Huffman codeword.

The sub-claims contain advantageous embodiments of the invention. By means of an example and the tables, the

- 5 -

PHD 86 327

invention is supposed to be described in further detail.

As can, for example, be taken from the doctrine related to the invention, the occurrence of an uninterrupted run of zeros, also one with the length zero, and of the coefficients following this run, is viewed as an event. Each of these events occurs in the video signal with a characteristic frequency.  As has, for example, become apparent from measurements, coefficients with a larger amount predominate following a longer uninterrupted run of zero coefficients with a small amount.

Table 1 shows the frequency distribution of the events referred to above in the case of a cosine-transformed and subsequently quantized video signal.  Each field of the table represents an event, which is characterized by the length L of the uninterrupted run of zeros and by the amount B of the subsequent (quantized) coefficients.  The amounts B pass through the natural figures without the zero and the length L passes through the natural figures with the zero. So that the table does not become indefinitely large, all events with B greater than or equal to 9 are summarized into a total event.  The same is true for L being greater than or equal to 9.

- 6 -

PHD 86 327

The numbers in the fields indicate how often the associated
event occurs in a quantized video signal with around 15,000
signal values.  The allocation of Huffman codewords makes
the table clear: the event L=0, B=1 receives the shortest
codeword, followed by the event L=1, B=1 with the next
longest codeword, and so on.

If the codewords allocated are entered into the event fields
of the table, instead of the frequencies, a two-dimensional
coding table results.  It is not specified here, because the
listing of such coding tables belongs to the technical
ability of the specialist.  In addition it is noted that, in
the case of the events with L greater or equal to 9 or with
B greater or equal to 9 following the allocated codeword,
still a maximum of 11 bits follows, through which the
receiver receives exact information about the size of L or
the size of B.

A coding of video signals in accordance with the two-
dimensional coding table also indicated produces, in
relation the coding described earlier, an additional bit-
rate reduction of 12%.

- 7 -

PHD 86 327

PATENT CLAIMS

1.  Bit-rate reduction process when coding a signal, which
consists of a run of a finite number of digitally
represented signal values, and which contains a signal value
A, which occurs most frequently in uninterrupted runs,
characterized by the fact that
each uninterrupted run of signal values A with the length 0,
1, 2, etc., together with the signal value following the run
or together with the signal value preceding the run, is
allocated a Huffman codeword.

2.  Process in accordance with Claim 1, characterized by the
fact that each uninterrupted run of signal values A,
together with the signal value following the run or together
with the signal value preceding the run, is allocated a
Huffman codeword if the run exceeds a predefined length.

3.  Process in accordance with Claims 1 or 2, characterized
by the fact that the signal concerns a sequence of
coefficients which results in accordance with the block by
block cosine transformation of pixels of a video signal with
subsequent quantization and that the signal value A of the
value is zero.

- 8 -

PHD 86 327

4.  Process in accordance with Claim 3, <u>characterized by the fact that</u> the Huffman codeword is independent from the sign of that coefficient which follows or precedes the run of zeros, and that the sign is coded by a separate bit.

PHD 86 327

Table

10.09.87

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 13. September 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 13. September 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133 der
Internationalen Patentklassifikation erhalten.

München, den    27. April 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Kohler

Aktenzeichen:    P 36 31 252.5

161



**ZUSAMMENFASSUNG**                                    PHD 86 327

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5    ununterbrochenen Teilfolgen vorkommt. Eine um 12% bessere
Bitratenreduktion als die, die bisher bekannte Verfahren
liefern, wird u.a. bei Videosignalen dadurch erreicht,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2, usw. zusammen mit dem sich der
10    Teilfolge anschließenden Signalwert oder zusammen mit dem
der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

15

20

25

30



PHILIPS PATENTVERWALTUNG GMBH          PHD 86 327

<u>BESCHREIBUNG</u>

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5    ununterbrochenen Teilfolgen vorkommt.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
10   No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
15   Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
20   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
25   aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten
würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
30   das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten —



seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
5   die Codeworte unterschiedliche Länge haben, statistische
Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
10  (runlength) 1, 2, 3 usw. vorkommen. Der Teilfolge mit der
größten Häufigkeit wird dann das kürzeste Huffman-Code-
wort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

15

Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
20  sind. Codiert werden nur die Beträge, weil betragsmäßig
gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die runlength zu codieren ist. Damit bei der
25  Decodierung die Codeworte der einen Tabelle von denen der
anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten runlenght ein gesondertes Codewort, das so-
genannte runlength prefix verwendet.

Der Erfindung liegt die Aufgabe zugrunde, bei einem
30  Signal mit den eingangs genannten Merkmalen, das als
Sonderfall ein bei der Bildcodierung auftretendes
Zwischensignal enthält, ein Codierverfahren anzugeben,
das zu einer größeren als bisher bekannten Bitratenreduk-
35  tion führt.



- 3 -                         PHD 86 327

Diese Aufgabe wird dadurch gelöst, daß jeder ununter-
brochenen Teilfolge von Signalwerten A der Länge 0, 1,
zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit der Teilfolge vorangehenden
5  Signalwert ein Huffman-Codewort zugeordnet wird.

Vorteilhafte Ausgestaltungen der Erfindung enthalten die
Unteransprüche. Anhand eines Beispieles und der Tabellen
soll die Erfindung näher erläutert werden.
10

Wie der erfindungsgemäßen Lehre z.B. zu entnehmen ist,
wird das Auftreten einer ununterbrochenen Teilfolge von
Nullen, auch einer solchen mit der Länge Null, und des
sich dieser Teilfolge anschließenden Koeffizienten als
15  ein Ereignis angesehen. Jedes dieser Ereignisse tritt im
Videosignal mit einer charakteristischen Häufigkeit auf.
Wie z.B. Messungen ergeben haben, dominieren nach einer
längeren ununterbrochenen Teilfolge von Nullen Koeffi-
zienten mit kleinem Betrag Koeffizienten mit größerem
20  Betrag.

Tabelle 1 zeigt die Häufigkeitsverteilung der oben
angesprochenen Ereignisse bei einem cosinus-transformier-
ten und anschließend quantisierten Videosignal. Jedes
25  Feld der Tabelle stellt ein Ereignis dar, das durch die
Länge L der ununterbrochenen Teilfolgen von Nullen und
durch den Betrag B des sich anschließenden (quantisier-
ten) Koeffizienten charakterisiert ist. Die Beträge B
durchlaufen die natürlichen Zahlen ohne die Null und die
30  Länge L durchläuft die natürlichen Zahlen mit der Null.
Damit die Tabelle nicht beliebig groß wird, sind alle
Ereignisse mit B größer oder gleich 9 zu einem Gesamter-
eignis zusammengefaßt. Entsprechendes gilt für L größer
oder gleich 9.
35



- 4 -                           PHD 86 327

Die Zahlen in den Feldern geben an, wie oft das zugehö-
rige Ereignis in einem quantisierten Videosignal mit etwa
15 000 Signalwerten auftritt. Die Zuordnung von
Huffman-Codeworten macht die Tabelle offensichtlich:

5   das Ereignis L=0, B=1 bekommt das kürzeste Codewort; es
folgt das Ereignis L=1, B=1 mit dem nächstlängeren Code-
wort und so fort.

Trägt man in die Ereignisfelder der Tabelle statt der
10  Häufigkeiten die zugeordneten Codeworte ein, so ergibt
sich eine zweidimensionale Codierungstabelle. Sie ist
hier nicht angegeben, weil das Aufstellen solcher
Codierungstabellen zum handwerklichen Können des Fach-
mannes gehört. Ergänzend sei angemerkt, daß bei den
15  Ereignissen mit L größer oder gleich 9 oder mit B größer
oder gleich 9 nach dem zugeordneten Codewort noch maximal
11 Bits folgen, durch die der Empfänger eine genaue
Information über die Größe L bzw. über die Größe B
erhält.
20

Eine Codierung von Videosignalen nach der eben angedeu-
teten zweidimensionalen Codierungstabelle ergibt gegen-
über der eingangs beschriebenen Codierung eine zusätz-
liche Bitratenreduktion von 12%.

25

30

35



- 5 -                    PHD 86 327

<u>PATENTANSPRÜCHE</u>

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5  brochenen Teilfolgen vorkommt,
<u>dadurch gekennzeichnet,</u>
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2 usw. zusammen mit dem sich der
Teilfolge anschließenden Signalwert oder zusammen mit dem
10  der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

2. Verfahren nach Anspruch 1, <u>dadurch gekennzeichnet,</u> daß
jeder ununterbrochenen Teilfolge von Signalwerten A
15  zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert das gleiche Huffman-Codewort zugeordnet
wird, wenn die Teilfolge eine vorgegebene Länge über-
schreitet.

20

3. Verfahren nach Anspruch 1 oder 2, <u>dadurch gekenn-
zeichnet,</u> daß es sich bei dem Signal um eine Folge von
Koeffizienten handelt, die sich nach der blockweisen
Cosinus-Transformation von Bildpunkten eines Videosigna-
25  les mit anschließender Quantisierung ergibt und daß der
Signalwert A der Wert Null ist.

4. Verfahren nach Anspruch 3, <u>dadurch gekennzeichnet,</u> daß
das Huffman-Codewort unabhängig von dem Vorzeichen des-
30  jenigen Koeffizienten ist, der sich auf die Folge von
Nullen anschließt oder ihr vorangeht, und daß das Vor-
zeichen durch ein gesondertes Bit codiert wird.



**Tabelle**

| L $\geq$9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | $\geq$9 |

B

PHD 86 327

# BUNDESREPUBLIK DEUTSCHLAND

10.09.87



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

als Zusatz zur Patentanmeldung P 36 31 252.5

am 8. November 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 8. November 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133
der Internationalen Patentklassifikation erhalten.

München, den    26. August 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Aktenzeichen:   P 36 38 127.6

9161

10·09·87

-9-                    PHD 86 336

**ZUSAMMENFASSUNG**

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5     unterbrochenen Teilfolgen vorkommt. Diese Teilfolgen wer-
den zusammen mit dem sich anschließenden Signalwert, der
ebenfalls der Wert A sein darf, als Ereignisse angesehen,
denen Huffman-Codeworte zuzuordnen sind.

10    Damit z.B. bei Videosignalen die maximale Länge der Huff-
man-Codeworte auf 16 Bit beschränkt bleibt, wird die Ge-
samtheit aller Ereignisse in zwei Bereiche eingeteilt,
von denen der erste Bereich nur aus sogenannten codierba-
ren Ereignissen besteht. Fällt ein Ereignis z.B. in den
15    zweiten Bereich, so wird es in Teilereignisse zerlegt,
die alle im ersten Bereich liegen.

20

25

30