# EXHIBIT 6



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER** LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

JOYCE CRAIG-RIENT
202.408.6013
joyce.craig-rient@finnegan.com

March 2, 2007

T. Jesse Hindman, Esq.                              **Via Electronic Mail**
DLA Piper                                    **Confirmation by U.S. Mail**
401 B Street
Suite 1700
San Diego, California 92101-4297

Re:   Status of Discovery and Depositions
      U.S. Philips v. Eastman Kodak, Civil Action No. 06-251-GMS

Dear Jesse:

I am writing to memorialize the substance of our telephone conversations regarding discovery and depositions in the above-referenced matter.

1.      Discovery

The parties agree to extend the due date for responses to written discovery requests from March 5, 2007, until April 6, 2007.  This includes the responses to requests for documents and things under Rule 34 relating specifically to Dr. John Morris, Norman Richards, Simon Turner, C. Brandis, U. Rothgordt, Gerald Weth, and Karl-Heinz Wenzel .

2.      Depositions

The parties agree to postpone the 30(b)(6) deposition of U.S. Philips noticed by Kodak for March 28, 2007, until approximately 30 days from the date responses to written discovery requests are served as outlined above.

At the present time, the status of the deposition situation is as follows:

John Morris is currently employed by Philips.  Philips will make Mr. Morris available in the United Kingdom at a time that is mutually convenient and agreeable to the parties within approximately 30 days from the date responses to written discovery requests are served.

Simon Turner and Norman Richards are retired employees of Philips.  As such, Philips will make every effort to make them available in the United Kingdom at a time

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

T. Jesse Hindman, Esq.
March 2, 2007
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

that is mutually agreeable and within approximately 30 days from the date responses to written discovery requests are served.  Philips is unable at this time to represent that Messrs. Turner and Richards will be available without service of process as they are not within Philips' control.

C. Brandis, U. Rothgordt, Gerald Weth, and Karl-Heinz Wenzel are not within the control of Philips.  As such, Kodak would have to independently effect service of process on these individuals to ensure their attendance at any deposition.

Sincerely,

*Joyce Craig-Rient*

Joyce Craig-Rient

JCR/bat

1295345_2.DOC

# EXHIBIT 7

1988-09-19  13:20   BT Videotex                    102    44 473 643035  P.02

DRAFT                              ISO/IEC/JTC1/SC2/WG8 N 817  Rev 0 Page  1

## ISO

### INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
### ORGANISATION INTERNATIONAL DE NORMALISATION

### ISO/IEC/JTC1/SC2/WG8

### CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/IEC/JTC1/SC2/WG8 N 817  Rev 0
September 1988

JPEG  12·1~ RO

Source:

**Graham P Hudson, British Telecom**
**(Chairman Of The Joint Photographic Experts Group)**

Title:

**Report Of The Joint Photographic Experts Group Meeting**
**9-13 May 1988, Communications Canada, Ottawa**

1.0    Opening Of Meeting/Review Of Papers/Approval Of Agenda
       N714

The papers tabled, listed in annexe 3, were assigned to agenda items.  The agenda, N714,
shown in annexe 1 was approved.  The members attending the meeting are given in annexe 2.

The JPEG met on Monday afternoon, Wednesday morning and Thursday afternoon.  A special
adaptive DCT enhancement group met on Tuesday and Wednesday evenings.

2.0    Approval Of The Report Of The Last JPEG Meeting
       N715, N720, N721, N726, N747, N748, N757, N758, N762, N763

Some editorial corrections and a few clarifications were made to the draft report N715 Rev 0.
In particular in the agreed statement, section 5.1, the term 'adaptive DCT' is to be used to
refer to the adaptive discrete cosine transform that will result from the refinement and
enhancement process.

N721 and N757 both confirm that the Copenhagen ADCT subjective testing pictures can be
obtained from the executable code supplied.  Details of the verification of the ABAC picture
are given in N726.  BSPC was verified with the exception of the 0.75bit/pixel stage as
described in N720.

3.0    Functional Specification Review
       N727, N742, N766

The draft functional specification N766 was presented and a number of modifications agreed.
The Copenhagen quality should be maintained at the 0.25, 0.75 and 2.25 bit/pixel stages but
exact compression targets are not required.  A useful lower bit rate is also expected.  A
graceful progressive build-up with greater than 4 stages to a lossless picture is required.
Reversibility should be achieved with a compression of typically 2:1.  The technique should
be capable of operating from 8 to 16 bits/pixel/component.  A revised functionality document
N766 was produced and agreed.

There was much discussion on the amount of detail that would have to be specified in the
standard for the DCT and IDCT algorithms .  Annex 2 for N766 was produced stating that

DRAFT                                    ISO/IEC/JTC1/SC2/WG8 N____  Rev 0 Page  2

DCT precision will require to be specified to ensure that there is no degradation of the
picture.  The IDCT used in the decoder and encoder must be identical for lossless
applications.  For many applications, however, not requiring lossless, a relaxed IDCT may be
economically desirable.  The specification of the DCT precision and the IDCT algorthm will
require further study.

**4.0    Enhancement Program Review**
         **N724, N743, N744, N745, N752, N764, N753, N754, N777, N778**

Current developments were discussed in special experts sessions chaired by Alain Leger.  The
papers listed above were presented.  The main points raised for future consideration, as given
in N776, are –

         low bit-rate image
         graceful progression
         extensibility
         accuracy
         DCT kernal
         implementations
         testing and conformance.

A report of the enhancement sessions is given in N____.

In order to provide a common foundation for developers KTAS agreed that to supply the
ADCT source code in a Vax tape format.

**5.0    Coding Syntax Development**
         **N717, N725**

There was very little time to discuss the coding syntax for the future photograhic standard.
The chairman asked members to be prepared to discuss at the next meeting whether WG8
DP9281 Pt1 (N717) or ISO8825 ASN1 coding rules would be most appropriate.

**6.0    Standardization Schedule**
         **N732**

To further progress the technical enhancement and refinement process there will be a JPEG
Ad-hoc meeting on 11-13 July in Rennes.  The final proposal for technical options will be
made at an Ad-hoc meeting following the PCS in Turin on 15-16 September.  Agreement on
the technique and initial work on the draft standard should be made at the next full JPEG
meeting in London on 19-23 September.  It is planned to agree a draft standard at the JPEG
meeting in Morristown on 20-24 February, 1989.

**7.0    Any Other Business**

**7.1    Liaison**
         **N697, N718, N733, N769, N784, N789, N791**

Document N697 and N733 were presented stating CEPT requirements for photographic
videotex on the ISDN.  It was considered that the JPEG adaptive DCT technique should meet
all CEPT's functional requirements.  It is hoped that the technique can be adopted as a
European recommendation and the WG8/JPEG will keep CEPT informed of progress towards
a draft standard by February 1989.  A liaison statement N784 was drafted to this effect.

The recent SC18/WG5 work on colour reference models and the conversion between models
described in the ODA addendum on colour (N718) was presented.  This work is of great

**DRAFT**                                  ISO/IEC/JTC1/SC2/WG8 N____ Rev 0 Page 3

interest to the JPEG and details of the Y,Cr,Cb colour components used in the JPEG compression techniques will be sent to WG5 by Istvan Sebestyen.

The JPEG was informed of a meeting of DCT experts that was to take place at Martlesham Heath on 23-24 May to discuss the specification of a DCT/IDCT for VLSI implementation. A liaison statement, N789, was produced stating our requirement for an exact IDCT specification for lossless applications.

A lack of time prevented discussion of the document N791 from the IPTC. Hiroshi Yasuda will reply apologising for the lack of discussion and encouraging IPTC participation.

### 7.2    Publicity
N730, N731, N739, 740

For PCS it was decided to incorporate material on the KTAS subjective testing system into the paper on subjective testing. A total of 6 papers will be presented at PCS and copies must be submitted to Dr Chiariglione by 1 June. It was decided to add the names of other major contributors to the authorship of the papers. Some changes were also made to the principle authors for the Globecom papers. Draft papers must be sent to Dr Yasuda and to the IEEE by 1 June. All the amendments to the titles and authors are given in N731 Rev 1.

Members attention was drawn to the International Broadcasting Convention at Brighton, 23-27 September and to the Image Processing Conference at Warwick in July 1989. It was also reported that there will be a conference on VLSI for Image Coding at Berkerly in November, 1988.

With regard to the increasing number of request for information on ADCT and for test images, it was decided that responsibility would have to rest with national members to respond to request from within their own country.

### 7.3    Patent Issues
N730, N741

It was reported in N741 that the patent search instigated by DEC had so far not turned up any obviously applicable patents. Known patents appeared to relate to moving picture coding. Members were advised to have searches of their own performed.

### 7.3    Conclusion

As this was his last meeting as JPEG chairman and UK delegate, Graham Hudson thanked all the members for their effort and cooperation during the technique selection process, and in particular Hiroshi Yasuda for his support. Hiroshi presented Graham with a Japanese print. Graham said it would remind him of the many happy times he had spent at WG8 meetings over the past 5 years. Greg Wallace, the new JPEG chairman, said that he looked forward to the challenge of creating an adative DCT standard.

1988-09-19  13:24  BT Videotex          102    44 473 643035  P.05

DRAFT  ---                    ISO/IEC/JTC1/SC2/WG8 N---- Rev 0 Page  4

Annexe 1

**Draft Agenda And Timetable For The JPEG Meeting**
**9-13 May 1988, KTAS, Ottawa**

| | |
|---|---|
| 1 | Opening of Meeting/Review of Papers/Approval of Agenda |
| 2 | Approval of the Report of the Last JPEG Meeting |
| 3 | Functional Specification Review |
| 4 | Enhancement Program Review |
| 5 | Coding Syntax Development |
| 6 | Standarization Schedule |
| 7 | Any Other Business |

1988-03-19   13:24   BT Viceotex              102      44 473 643035   P.06

DRAFT                              ISO/IEC/JTC1/SC2/WG8 N____ Rev 0 Page  5

Annexe 2

List of Attendees of 9-13 May, 1988, Ottawa.

| Name | Company | Country |
| --- | --- | --- |
| Arps, Ronald | IBM | USA |
| Bheda, Hemant | AT&T Bell Labs | USA |
| Chamzas, Christos | AT&T Bell Labs | USA |
| Chiariglione, Leonardo | CSELT | Italy |
| Dimaggio, John | DIS | USA |
| Endoh, Toshiaki | KDD | Japan |
| Forman, Ronald M | Crosfield | Canada |
| Fujiwara, Hiroshi | GCT | Japan |
| Friemelt, Joachim | Siemens | Germany, F.R. |
| Hagiwara, Hiroyuki | NTT | Japan |
| Hampel, Horst | SEL | Germany, F.R. |
| Hashimoto, Yoshitaka | Sony | Japan |
| Haskall, Barry | AT&T Bell Labs | USA |
| Hidaka, Tsuneyoshi | JVC | Japan |
| Ho, Ben | COM | Canada |
| Horowotz, Michael | Wang | USA |
| Hudson, Graham P | BT | UK |
| Ibaraki, Hisashi | NTT | Japan |
| Jolivet, Jean-Claude | SAT | France |
| Kwan, Andrew | COM | Canada |
| LeGall, Didier | Bellcore | USA |
| Leafloer, R | COM | Canada |
| Leger, Alain | CCETT | France |
| Ligtenberg, Adrian | AT&T Bell Labs | USA |
| Lohscheller, Herbert | ANT | Germany, F.R. |
| Mitchell, Joan L | IBM | USA |
| Nadai, John | DEC | USA |
| Omachi, Takao | NEC | Japan |
| Pasco, Richard c | IBM | USA |
| Park, Sang Gyu | ETRI | Korea |
| Pennebaker, William | IBM | USA |
| Poulsen, Henning | KTAS | Denmark |
| Sebestyen, Istvan Dr | Siemens | Germany, F.R. |
| Sezan, M Ibrahim | Kodak | USA |
| Simon, Allen | SRI | USA |
| Storm, James E | IDC | Canada |
| Touchton, Charles F | IBM | USA |
| Tricker, Dennis J | BT | UK |
| Vaaben, Jorgen | KTAS | Denmark |
| Vivian, Roy H | IBA | UK |
| Wallace, Gregory | DEC | USA |
| Weth, Gerald | Philips | Germany, F.R. |
| Yamazaki, Yasuhiro | NTT | Japan |
| Yasuda, Hiroshi | NTT | Japan |

1988-09-19  17:25  PT Videotex·                    102   44 473 643055  P.07

**DRAFT**                          ISO/IEC/JTC1/SC2/WG8 N____ Rev 0 Page  6

Annexe 3

Documents Tabled At The JPEG Meeting, 9-13 May 1988, Ottawa

------------------------------------------------------------------------

| WG8 No | Author | Title |
|--------|--------|-------|
| N697 | CEPT | Liaison letter to ISO and CCITT |
| N723 | Hudson | Selection of A Still Picture Compression Technique for International Standard |
| N724 | Leger | Recent Discussions on ADCT |
| N725 | Sebestyen | Information on CEPT Videotex, Protographic Mode Standard |
| N726 | Tricker | Verification of IBM ABAC Final Selection Results |
| N727 | Japan | Standardization of ADCT Algorithm |
| N730 | Convenor | Patent Policy on JPEG Standard |
| N731 | Convenor | Presentations on Our Activities in PCS '88 and GLOBECOM '88 |
| N732 | Convenor | Suggested Future Schedule of WG8 Meeting |
| N733 | CEPT | Liaison Letter to ISO SC2/WG8 |
| N739 | Hudson | International Broadcasting Convention |
| N740 | Hudson | Globecom 88 |
| N741 | Wallace | Patent Issues: ADCT and ISO in General |
| N742 | Wallace | Alternative Approaches to Specifying DCT and IDCT |
| N743 | NADAI | Suggested Modifications to the ADCT Proposal |
| N744 | Wallace | Suggestion for Additional Option for the ADCT |
| N745 | KTAS | Prediction of AC Coefficients from the DC values |
| N746 | KTAS | Proposal for improved progression update |
| N747 | Mitchell | Report of PTDG Meeting Dec 1987 |
| N748 | Touchton | ABAC Timing Tables |
| N751 | ARPS | Adaptive Bilevel Image Compression (ABIC) Algorithm |
| N752 | Pennebaker | Improving Image Quality in Low Bit Rate DCT |
| N753 | SAT | Implementation of real time ADCT terminal for Still Image Communication Services |
| N754 | CCETT | Filtering in the Cosine Transform Domain |
| N757 | Clark | Verification Report for ADCT |
| N758 | Touchton | Press Release: US Image Coding Committee |
| N762 | Touchton | Algorithm Verification |
| N763 | Poulsen | Problems of Replicating Exact Result from the January Meeting in IBM's implementation of the ADCT Decoder |
| N764 | CCETT | ADCT  Refinements |

1988-09-19  13:27   BT Wigestex            102    44 473 643035  P.08

**DRAFT**                              ISO/IEC/JTC1/SC2/WG8 N____ Rev 0 Page  7

| N766 | Mitchell | CCITT/ISO Photographic Image Data Compression Standard Functionality and Goals |
| N767 | SC18/WG5 | Liaison Statement from ISO/IEC JTC/SC18/WG5 on Colour Raster Graphic |
| N769 | Convenor | Meeting of DCT chip manufacturers |
| N777 | Pennebaker | Visibility Threshold Robustness |
| N779 | Mitchell | Results of using Adaptive Huffman Tables |
| N784 | Hudson | Liaison statement to CEPT TE1 |
| N785 | Hudson | Recommendations of the JPEG meeting in Ottawa |
| N789 | Wallace | Liaison letter to the Martlesham DCT Meeting |
| N791 | IPTC | Statement of Requirement |
| N794 | Convenor | Letter to IPTC |

**EXHIBIT 8**

# I S O

## INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
## ORGANISATION INTERNATIONAL DE NORMALISATION

### ISO/IEC JTC1/SC2/WG8

#### CODED REPREZENTATION OF PICTURE
#### AND AUDIO INFORMATION

ISO/JTC1/SC2/WG8 N 730
MAY 1988

SOURCE :Hiroshi Yasuda  Convener of WG8

TITLE : Patent Policy on JPEG Standard

As we approach to the goal, patents relevant to the standard will affect very much. Attached CCITT document is their results on patent search concerning DCT coding which is great help for us.

We would like to make great efforts to find out relevant pantents, and if one or more such patents will be found, we would like to ask patent holders to declare to be obedient to the patent policy in ISO and CCITT. However, complete survey can not be done before standardization, thus I would like to suggest followings.

To ask each national member body to adopt our patent policy.

the holders of patents which are relevant to the standard, should first clarify the existence of patents, then should declare in ISO/CCITT meeting that they are obedient to the policy even if they are aware of the fact after the standardization.

As for the patent right concerned, non-discriminatory and reasonable term policy should be followed. However, this standard affects very much. I hope non-discriminatory, free of charge policy be adopted.

EXHIBIT 32

ISO/JTC1/SC2/WG8 N730
APRIL 1988

CCITT SGXV                                                    Document #304
Working Party XV/1                                            Jan. 26, 1988
Specialists Group on Coding for Visual Telephony

———————

SOURCE: Chairman
TITLE : Patents Relevant to the Flexible Hardware Specification (Issue 2)

This document lists up the patents which may be relevant to the Flexible
Hardware specification based upon the submitted documents, #124, #161, #172,
#209, #238, #262 and #278.  Attached § numbers refer to corresponding sections
in Doc. #249 (Flexible Hardware specification).  It should be noted that
further study is required for identifying to what extent these patents are
relevant to the Flexible Hardware specification.

The list also includes those patents which are related to the implementation
of the specification.

Reference to the corresponding part of the Recommendation will be made if it
is drafted.

This document is an updated version of TD No. 3(Red Bank).  Amendments are
indicated by lines in the left margin.


US 3,632,865 (Jan. 4, 1972)
PREDICTIVE VIDEO ENCODING USING MEASURED SUBJECTIVE VELOCITY
B. Haskell, J.O. Limb
Bell Telephone Laboratories
    - Motion compensated interframe prediction.
    - One vector per moving region.
§1.2.2


US 3,679,821 (July 25, 1972)
TRANSFORM CODING OF IMAGE DIFFERENCE SIGNALS
M.R. Shroeder
Bell Telephone Laboratories
    - Prediction errors are transformed, quantized.
§1.2


US 4,281,344 (July 28, 1981)
VIDEO INTERFRAME TRANSFORM CODING TECHNIQUE
F.W. Mounts, A.N. Netravali
Bell Telephone Laboratories
    - Interframe prediction errors are transformed.  Non significant error
      pels are replaced by some significant pels, thus number of transmitted
      coefficients are reduced.
    - Shares common idea with variable blocksize transform.
§1.2


1

US 3,553,361 (Jan. 5, 1971)
CONDITIONAL REPLENISHMENT VIDEO SYSTEM SAMPLE GROUPING
US 3,553,362 (Jan. 5, 1971)
CONDITIONAL REPLENISHMENT VIDEO SYSTEM WITH RUN LENGTH CODING OF POSITION
F.W. Mounts
Bell Telephone Laboratories
    – Conditional replenishment with PCM.
    – Number of consecutive significant pels are coded with RLC/EOR.
    §1.2.3

US 3,609,244 (Sep. 28, 1971)
CONDITIONAL REPLENISHMENT VIDEO SYSTEM WITH VARIABLE LENGTH ADDRESS CODE
F.W. Mounts
Bell Telephone Laboratories
    – Address of significant samples are transmitted as the length of the
       interval between the location of its respective sample and the of the
       group.
    – Address is variable length coded.
    §2.2.3

US 4,541,012 (Jan. 4, 1982) / EP 0,084,270
VIDEO BANDWIDTH REDUCTION SYSTEM EMPLOYING INTERFRAME BLOCK DIFFERENCING AND
TRANSFORM DOMAIN CODING
A.G. Tesher
Compression Labs, Inc.
    – Block based conditional replenishment according to interframe
       difference.
    – Significant blocks are transformed.
    – Relevant to the 'intra mode' of the Flexible Hardware.
    §1.2.3

JP 57-041069-A (Mar. 6, 1982)
INTERFRAME-ENCODING SYSTEM
H.Kuroda, T.Matsuoka
NTT
    – Demand refresh
    §3.7

JP 60-029068-A (Feb. 14, 1985)
TRANSMISSION ERROR DETECTION SYSTEM
M. Nishiwaki, S. Tsugane, H. Kuroda, N. Mukawa, K. Matsuda,
M. Hiraoka
NEC, NTT, FUJITSU
    – Parity check between frame memory contents in the coder and decoder for
       demand refresh.
    §2.2.1

US XXXXXX (applied Jan. 7, 1986)
PictureTel Corp.
    – Filtering control of the motion compensated block by sending side
       information.
    §1.2.1

JP 61-288678-A (Dec. 18, 1986)
QUANTIZING NOISE SUPPRESSING SYSTEM IN INTERFRAME CODING
H. Kuroda, H. Hashimoto
NTT
    - Motion vector control of loop filter
§1.2.1

US 4,562,466 (Dec. 31, 1985)
DIGITAL DATA TRANSMISSION/RECEPTION HAVING ADAPTIVE ERROR CONTROL
C.S. Clapp, D.P. Devimeux, JC.R. Jolivet, A.Riou, N.L. Shilston
BT
    - Lines of the raster are numbered cyclically in groups of 8, the numbers
      being part of line synchronizing code words
§2.2.1

US 4,698,672 (Dec. 6, 1987)
CODING SYSTEM FOR REDUNDANCY REDUCTION
W. Chen, D.J. Klenke
CL1
    - Two runlength coding codes, one is for the run followed by the first
      non-zero value, the second is for the run followed by other non-zero
      values
§2.2.3?

Note: Block matching motion compensation scheme first appeared in an IECEJ
      convention record published in July 1974 (July 25-27). The paper was
      authored by Y. Taki, M. Hatori and S. Tanaka (Tokyo University).   The
      scheme was not filed as a patent.


## IMPLEMENTATION METHODS

The following patents are not directly relevant to the Flexible Hardware
specification but describe implementation methods.

EP 113514-A (Nov. 30, 1982)
TELEVISION SIGNAL TRANSMISSION SYSTEM USING CONDITIONAL REPLENISHMENT - USES
DIFFERING SCANNING RATES FOR TRANSMITTER AND RECEIVER WHICH USES STANDARD RATE
M.D. Carr, D.G. Morrison, R.C. Nicol
BT
    - Asynchronous operation between coder and decoder
§3.4, §1.1

EP 103380-A (July 23, 1982)
TRANSMISSION OF VIDEO INFORMATION USING CONDITIONAL REPLENISHMENT - HAS DATA
FED TO PATH AT CONSTANT RATE FROM ENCODER BUFFER AND RECEIVED AT DECODER
BUFFER, AND DATA READ AT UNEVEN RATE FROM BUFFER
JC.R. Jolivet, D.P. Devimeux, S.K. Clapp, A. Riou, N.L. Shilston
BT
    - Marker signals are stored in an auxiliary buffer store for reference by
      the reading device.
§3.4

3

JP 55-158784-A (Dec. 10, 1980)
INTER-FRAME CODING DEVICE
A. Hirano
NEC
    - Multi-step motion vector detection
§1.2.2

JP 56-143776-A (Nov. 9, 1981)
INTERFRAME ENCODER
A. Hirano
NEC
    - Multi-step motion vector detection with use of the previous frame
      motion vector as the first step
§1.2.2

JP 57-037988-A (Mar. 2, 1982)
TELEVISION SIGNAL ENCODING EQUIPMENT
A. Hirano
NEC
    - Matching error accumulation method using quantized values
§1.2.2

JP 58-107785-A (June 27, 1983)
ENCODER BETWEEN MOVEMENT COMPENSATION FRAMES
A. Hirano
NEC
    - Use of forced simple interframe prediction
§1.2.2

JP 60-146588-A (Aug. 2, 1985)
SYSTEM AND DEVICE FOR ENCODING ANIMATION PICTURE SIGNAL
J. Ooki
NEC
    - Halting of motion compensation in case of update operation
§1.2.2

XXXXXX (applied 9 July 1987)
CLASSIFIER IMPLEMENTATION
BT
    - Circuit to find the optimum order of transmission for a set of
      transform coefficients
§1.2.5

END

**EXHIBIT 9**

# I S O

## INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
## ORGANISATION INTERNATIONAL DE NORMALISATION

### ISO/IEC JTC1/SC2/WG8

### CODED REPREZENTATION OF PICTURE
### AND AUDIO INFORMATION

ISO/JTC1 SC2/WG8 N810REV
October 1988

SOURCE :Hiroshi Yasuda  Convener of WG8

TITLE  :Attendants of London Meeting (September 19-23, 1988)

| Active Members ( ):abscent in London | | Participation Notice | |
|---|---|---|---|
| Dr. Delogne, P. | Univ. Cathorique, Belgium | X | +32-10-45-0345 |
| (Mr. Andrew Kwan | DOC, CANADA) | | |
| Mr. Poulsen, Henning | KTAS, Denmark | X | +45-1-14-1373 |
| Mr. Vaaben, Jorgen | KTAS, Denmark | X | |
| Mr. Jolivet, Jean C. | SAT, France | X | |
| Dr. Leger, Alain | CCETT, France | X | +33-99-02-4098 |
| Ms. Nicole, Texier | CNET, France | X | +33-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 |
| Mr. Trocherie, Barnard | BULL, France | X | +33-16-447-8447 |
| (Mr. Friemelt, Joahim | Siemens, FRG) | X | +49-897-224-7713 |
| Mr. Hepper, Dietmar | D. Thomson, FRG | X | +49-511-418-2483 |
| (Dr. Lohscheller, H | ANT, FRG) | X | +49-718-113-321 |
| Mr. Krupa, Burkhard | PKI, FRG | X | |
| Dr. Sebestyen, Istvan | Siemens, FRG | X | +49-897-224-7713 |
| Mr. Weth, Gerald | PKI, FRG | X | +49-911-526-2278 |
| Dr. Chiariglione, Leonardo | CSELT, Italy | X | +39-11-216-9520 |
| Mr. Lettera, Cataldo | CSELT, Italy | X | +39-11-216-9520 |
| Ms. Conte, Luisa | CSELT, Italy | X | +39-11-216-9520 |
| Mr. Asai, Koutarou | Mitsubishi, JAPAN | X | |
| Mr. Endoh, Toshiaki | KDD, Japan | X | +81-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 |
| (Mr. Ibaraki, Hiasshi | NTT, Japan) | X | +81-468-592829 |
| Mr. Kawamura, Naoto | Canon, Japan | X | +81-3-758-0046 |
| Mr. Kogure, Takuyo | Matushita, Japan | X | +81-6-906-3498 |
| Mr. Hagiwara, Hiroyuki | NTT, Japan | X | +81-3-5565-1498 |
| Mr. Hashimoto, Yoshitaka | SONY, Japan | X | +81-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 |
| Mr. Hidaka, Tsuneyoshi | JVC, Japan | X | +81-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 |
| Mr. Kondou, Tetsujirou | Sony, Japan | X | |
| Mr. Murakami, Tokumichi | Mitubishi, Japan | X | +81-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 |
| Mr. Ohsawa, Hidefumi | Canon, Japan | X | +81-3-758-0046 |
| Mr. Ohta, Mutsumi | NEC, Japan | X | +81-44-856-2239 |
| Mr. Ohzeki, Kazuo | Toshiba, Japan | X | +81-44-555-2074 |

| | | | |
|---|---|---|---|
| Mr. Omachi, Takao | NEC, Japan | X | +81-44-856-2239 |
| Mr. Ono, Fumitaka | Mitubishi, Japan | X | +81-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 |
| Mr. Osawa, Hidefumi | Canon, Japan | X | |
| Dr. Sugiyama, Kenji | JVC, Japan | X | |
| Mr. Yamada, Yasuhiro | JVC, Japan | X | |
| Dr. Yamazaki, Yasuhiro | KDD, Japan | X | +81-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 |
| Dr. Yasuda, Hiroshi | NTT, Japan | X | +81-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 |
| | | | |
| Mr. Kerr, Gordon W. | BTRL, UK | X | +44-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 |
| Dr. Nicol, R. C. | BTRL, UK | X | +44-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 |
| Mr. Simpson, David | Crossfield, UK | X | |
| Mr. Tricker, Dennis | BTRL, UK | X | +44-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 |
| | | | |
| Mr. Ahlgren, David R. | TCI, USA | X | |
| Dr. Arps, Ronald | IBM, USA | X | |
| Dr. Chamzas, Christos | AT&T Bell, USA | X | +1-201-949-1342 |
| Mr. Dimaggio, John | DIS, USA | X | |
| Mr. Dellert, David | Kodac, USA | X | |
| Dr. Haskell, Barry G. | AT&T BELL, USA | X | |
| Dr. LeGall, Didier | BELLCORE, USA | X | |
| Mr. Ligtenberg, Adriaan | AT&T BELL, USA | X | +1-201-949-3697 |
| Dr. Mitchell, Joan | IBM, USA | X | |
| Mr. Nier, Michael | KODAC, USA | X | |
| Dr. Pasco, Richard | IBM, USA | X | |
| Dr. Pennebaker, William | IBM, USA | X | |
| Mr. Rabbani, Majid | Kodak, USA | | |
| Mr. Simon, Allen | SRI, USA | X | |
| Dr. Szabo, Joan | DEC, USA | X | |
| (Mr. Thelen, Donald R. | AT&T, USA) | X | |
| Mr. Touchton, Charles F. | IBM, USA | X | +1-813-878-5360 |
| (Mr. Urban, Stephan J. | DIS, USA) | X | +1-215-657-5273 |
| Mr. Wallace, Gregory R. | DEC, USA | X | +1-617-568-4681 |

**EXHIBIT 10**

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/TC97/SC2/WG8

CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/TC97/SC2/WG8 N 458 Rev 0
March 1987

Source:

Graham P Hudson, British Telecom
(Chairman Of The Joint Photographic Experts Group)

Title:

Information To Be Given On Photographic Compression Techniques

## Description Of Techniques

It is proposed that for an algorithm to be considered by JPEG for
standardisation the following information should be provided –

description of the principles of the technique*

block diagram of the encoder and decoder*

detailed flow diagram of the encode and decode processes*

details of quantisers, thresholds, classification criteria,
Huffmann code tables and address coding*

the data syntax for transmission/storage of the compressed
image based on ISO DPX3/DPX2.2*

results of compression technique on all the test pictures
for each stage of build-up on COST 211 format

executable code for the encoder and decoder to run on a Vax
computer

The eventual standard should contain the above items marked* and
photographs of the results for each stage of the progressive
build-up.  The information should enable a professional engineer to
implement an encoder and decoder.  All the parameters used in the
encoder must be described and the values needed to give the
specified values of compression must be given.  The information
must provide a precise, complete and unambiguous description of the
technique.

Although the proposer has to give away a lot of information the
proposer still has a commercial advantage in having his technique
standardised as he will have much experience in the technique,

operating software including maybe real-time decoders and possibly
custom hardware under development.

**Intellectual Property (Patents)**

Before a photographic technique can be considered for
standardisation the proposer must state if the technique is the
subject of any patents.  The ISO directive states that a proposal
for an international standard may include a patent if the following
procedure is complied with −

    1   member bodies putting forward proposals must draw the
       committees attention to any patents that are applicable

    2   the patent holder must state that he is willing to
       negotiate licenses throughout the world on reasonable
       terms and conditions.

The relevant section of the ISO directive giving the precise
details of the conditions is attached.



## Rules for reference to patented items in International Standards

If it is considered by a technical committee or sub-committee that technical reasons justify the preparation of an International Standard in terms which include the use of a patented item, there is no objection in principle to such a step, even if the terms are such that there are no alternative means of compliance. In such case, it is then recommended that the following procedures should be complied with:

a)  ISO cannot give authoritative or comprehensive information about evidence, validity and scope of patent and like rights but it is desirable that the fullest available information be disclosed. Therefore the member body putting forward a proposal of such a kind should draw the technical committee's or sub-committee's attention to any known patent and like rights on a world-wide basis or any known pending applications, although ISO is not in a position to guarantee the authority of any such information.

b)  If the proposal is accepted on technical grounds, the proposing member body should ask any known patent holder for a statement that he would be willing to negotiate licences under patent and like rights with applicants throughout the world on reasonable terms and conditions. A record of the patent holder's statement should be placed in the files of the Central Secretariat. If the patent holder does not provide such a statement, the technical committee should only proceed with the inclusion of a patented item if Council decides that exceptional circumstances justify this.

c)  Should it be revealed after publication of the International Standard that licences under a patent and like rights cannot be obtained under reasonable terms and conditions, the International Standard should be referred back to the technical committee for further consideration.

**EXHIBIT 11**

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG10
CCITT SGVIII

JPEG-722
19 Aug 1991

SOURCE: Convenor  (G.K.Wallace, Digital Equipment)

TITLE:  Draft Annex L on patents for CD/DIS/IS

It has been widely requested that

(1) all known patents which are believed to be required for
    implementation of any specified coding process, be listed
    in 10918-1, and that

(2) there be a means to update this list whenever additional
    patents are identified.

I propose that WG10 respond to these requests by adding an
informative annex to 10918-1, and that WG10 update this annex
whenever a version of 10918-1 is published, including CD, DIS,
IS, and any revisions to these.  Also, if after IS publication,
additional patents are identified, I propose that WG10 revise the
IS to include the additional patents, by means of the ISO
defect-reporting process.

A draft of the proposed annex is attached, and needs to be
completed at the Santa Clara meeting, for publication with the
DIS-10918-1 (or CD-10918.1-1, if a second CD ballot is required).

The criteria for including a patent on the list are proposed in
item 4 of document JPEG-717.

```
------------------------------------------------------------------
Annex L (informative)
------------------------------------------------------------------
```

Patents

L.1 Introductory remarks

The user's attention is called to the possibility that - for some
of the coding processes specified in Annexes F, G, H, and J -
compliance with this International Standard may require use of an
invention covered by patent rights.

By publication of this International Standard, no position is
taken with respect to the validity of this claim or of any patent
rights in connection therewith.  However, for each patent listed
in this Annex, the patent holder has filed with the ITTF a
statement of willingness to grant a license under these rights on
reasonable and non-discriminatory terms and conditions to
applicants desiring to obtain such a license.

The criteria for including patents in this Annex are:

1) The patent has been identified by someone who is familiar with
   the technical fields relevant to this International Standard,
   and who believes use of the invention covered by the patent is
   *required* for implementation of one or more of the coding
   processes specified in Annexes F, G, H, and J.

2) The patent-holder has written a letter to the ITTF, stating
   willingness to grant a license to an unlimited number of
   applicants throughout the world under reasonable terms and
   conditions that are demonstrably free of any unfair
   discrimination.

This list of patents shall be updated during preparation and
maintenance of this International Standard.  During preparation,
the list shall be updated upon publication of the Draft
Intenational Standard and any subsequent revisions, and upon
publication of the International Standard.  During maintenance,
the list shall be updated, if necessary, upon publication of any
revisions to the Intenational Standard.

L.2 List of patents

The following patents patents may be required for implementation
of any one of the processes specified in Annexes F, G, H, and J
which uses arithmetic coding:

    [list a.c. patents believed to be required for all
    implementations, not just some implementations; include
    contact department and mailing address at company which
    owns patents]

The following patents patents may be required for implementation
of process(es) _____ specified in Annex(es) _____ :

    [any others?]

**EXHIBIT 12**

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC  JTC1/SC2/WG10
CCITT SGVIII

JPEG-718
4 Aug 1991

SOURCE: Convenor  (G.K.Wallace, Digital Equipment)

TITLE:  Request for Patent Statements or Re-statements

Dear WG10 Participant,

As described in section 4.1 of JPEG-717 ("Proposed procedures for idenitfying patents in WG10), I hereby request that you identify the following:

    All patents which you believe, with reasonable likelihood, MUST be used in EVERY implementation (whether encoder or decoder) of any one or more of the 29 defined coding processes specified at the start of Annexes F through J of CD 10918-1.

Please include all such patents that you know of, whether they are held by you, by another member of your company or organization, or by any individual, company, or organization anywhere in the world.

(This is not a request to do a patent search – only to identify any patents you currently know of, which meet the criteria above.)

Please bring a letter with you to the August WG10 meeting in Santa Clara, answering the above request.  If you know of no such patents, except those which have already been brought to JPEG's attention, please state that in your letter.

If you do know of any patents which meet the above critieria, and have not yet been brought to JPEG's attention, please include the patent numbers, titles, and patent-holder's names in your letter. If possible, please also attach a copy of the patents themselves.

**EXHIBIT 13**

ISO

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/JTC97/SC2/WG8

CODED REPRESENTATION OF PICTURE
AND AUDIO INFORMATION

ISO JTC97/SC2/WG8 N 741
May 9, 1988

SOURCE: Gregory Wallace

TITLE:  Patent Issues: ADCT and ISO in General

1. Patent Search and Generic Infringement Issues

I am working with a prominent Boston law firm, specializing in patent.law, to determine whether there might be any US, European, or Japanese patents which could possibly be infringed by implementations of the ADCT proposal.

We have performed an initial patent search, searching the patent databases back to the early 1970's for patents containing text strings like Discrete Cosine Transform, Cosine Transform, DCT, etc. We've also searched on the basis of individual and company names known to be in the business of image coding.

There are two basic ways by which an image codec implementation could infringe an existing patent. One is if a specific component within the codec were claimed within a patent. The other, of course, is if the entire image codec, viewed as a system, were too similar to an image codec system claimed within a patent.

2. Patents Found to Date: ADCT Looks Safe

Regarding system similarity, I have found patents on image codec systems that use the DCT and IDCT, but all that I have found to date have been for motion image coding, and are not at all like the system of the ADCT's proposal. They do not claim the DCT or IDCT as unique components; they claim their entire system as unique. Regarding component similarity, the major components of the ADCT proposal are DCT, quantizer, Huffman coder, etc. I have not found any patents which claim any of these components as unique.

The Discrete Cosine Transform itself, as a mathematical operator, is very unlikely to be claimed in any patent, any more than the Fourier Transform would be. Various Cosine Transforms have been discussed in the technical literature for over 20 years, longer than the the 17-year life of a patent in the U.S.

EXHIBIT 33

It is possible, though, that there may be specific algorithms for
computing the DCT, and particularly, specific hardware implementa-
tions of an algorithm, that will be patented.  To date, JPEG has
not talked of specifying any particular algorithms for computing
the DCT.  If JPEG does specify any, it may be desirable to avoid
any which are patented.

### 3. What if Someone Does Claim a Patent on the ADCT?

Though I and the law firm I'm working with are trying to do a
thorough determination of whether any part of the ADCT will likely
infringe some patent, it is impossible to PROVE that no one ever
will come forward and claim to hold a patent which covers all or
part of the ADCT.  But, this situation would hold no matter which
proposal JPEG had selected for refinement.

I have learned that ISO will NOT take a position on whether a
patent legitimately does or does not cover an ISO standard.  This
is a legal issue, which can be decided only by a court, and only
within a particular country.

If a party comes forward during the standards-development process,
and claims to hold a patent covering a proposed standard, ISO
takes a pragmatic approach.  ISO asks the party to write a letter,
stating it will grant an unrestricted worldwide license on fair
and reasonable terms.

I talked to an expert on patents and ISO standards, who said he
had never heard of a case where such a party was unwilling to
write such a letter.  Doing so is virtually always in that party's
own interest.  Furthermore, I have learned that ISO will NOT give
any interpretation of what "fair and reasonable terms" are.  So,
by writing such a letter, the party is not agreeing in advance to
any particular fee (for example, a fee it feels may be too low).

To repeat, ISO does NOT make any judgment about whether any
patent-holder has a legitimate claim on a standard.  Just because
ISO has accepted a letter about licensing does not mean ISO
recognizes the claim as valid.  It is up to every prospective
implementor of the standard to make its own decision about such a
claim.  The implementor may choose to ignore the claim, to pay the
fee whether it feels the claim is not valid or not, to negotiate
for a lower fee, to challenge the patent-holder in court, etc.

### 4. Conclusion

My conclusion is that the only difference between our present
patent situation with the ADCT, and the patent situation with the
other JPEG proposals considered at Copenhagen in January, is that
to date, no party has claimed a patent covering the ADCT.  For the
other proposals, there would also be no guarantee that some party
would not come forward in the future and claim to have a patent on
some part of that proposal.

The ADCT patent search and examination I've initiated will
complete within the next two months.  At that time, I'll issue a
final report to JPEG.  As of this writing, I've not found any
patent which appears to cover the ADCT.

**EXHIBIT 14**

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG8
CCITT    SGVIII

JPEG-11.2-R1
February 24, 1989

Source:    JPEG Chairman (Gregory Wallace, Digital Equipment Corporation)
Title:     Recommendations from Livingston N.J. JPEG Meeting

Recommendation 1:    Structure Of Standard

JPEG recommends that the Still-Frame Continuous-Tone Image Compression standard
be structured as follows:

A.  BASELINE SYSTEM: Every system is required to have the following capability, in
order to guarantee image communication between any two systems:

Function: Sequential Build-up, Non-Reversible Compression.
Entropy coding: Huffman.

Other Requirements:

- Store default Huffman Tables, Quantization Matrices. (Encoder and Decoder).

- Receive custom Tables and Matrices. (Decoder).

- Handle Resynchronization Codes. (Decoder).

B.  EXTENDED SYSTEM: In addition to the Baseline System capability, an extended
system may select any of the following capabilities as options:

- Extended Huffman Coding
- Arithmetic Coding
- "Front-End" A.C. Prediction
- Bit-Slice
- Spectral Selection
- Hierarchical
- Reversible (Difference Image)
- Resynchronization Codes

C.  INDEPENDENT FUNCTION: This function is a simple algorithm for Reversible
encoding and decoding. The algorithm is identical to the one used to encode the D.C.
terms in the Extended System. It can be used independently of the Extended or Baseline
Systems.

EXHIBIT 41

**Recommendation 2:**     JPEG's Release of Technical Specification

At this time, the JPEG Editing Committee is preparing a detailed draft technical specification according to the recommended structure above. The first draft of this specification to be released by JPEG will be available by July 1, 1989.

**Recommendation 3:**     Thanks To Dr. LeGall and Bellcore

JPEG expresses its sincere appreciation to its hosts, Dr. Didier LeGall and Bellcore, for their kind hospitality and excellent facilities, for the Livingston JPEG meeting.

**Recommendation 4:**     Thanks to Kodak and Crossfield

JPEG Expresses Great Thanks To:

- Mr. Michael Nier and Kodak
- Mr. Graham Webb and Crossfield

For their kind and professional assistance in testing the JPEG algorithm for High-Resolution Printing Applications.

**Recommendation 5:**     Patent Restatements Due by June 5, 1989

All Proposers of any Part of the JPEG algorithm being considered for Standardization, must attempt to identify any Patents which Proposer believes would apply to his/her proposed Part of the JPEG algorithm. (This does not include Patents which, in the Proposer's opinion, are only related, but do not apply, to the Part he/she is proposing). If any such Patents are identified, the Proposer must obtain from the Patent Holder(s) a Statement of whether they will follow the ISO requirements. All of this information must be sent to JPEG Chairman by June 5, 1989.

2