**EXHIBIT 15**

International Telegraph and Telephone
Consultative Committee
(CCITT)
———
Period 1985-1988

COM VIII-R 1-E
July 1985
Original: English

Questions: 1-30/VIII

## STUDY GROUP VIII - REPORT R 1
========================================

SOURCE: Study Group VIII

TITLE:    REPORT OF THE MEETING OF STUDY GROUP VIII, KYOTO, 5-14 JUNE 1985
          PART I: REPORT OF THE PLENARY MEETINGS OF STUDY GROUP VIII

———

<u>Note by the CCITT Secretariat</u>: The report of the meeting of Study Group VIII which was held in Kyoto, 5-14 June 1985, is composed of the following three Parts published in separate documents:

> Part I: Report of the Plenary Meetings of Study Group VIII
> (published in COM VIII-R 1)

> Part II: Report of Working Party VIII/1 "Terminal characteristics"
> (published in COM VIII-R 2)

> Part III: Report of Working Party VIII/2 "Common protocols and interworking"
> (published in COM VIII-R 3)

## CONTENTS

| | | Page |
|---|---|---|
| 1. | Introduction | 3 |
| 2. | First Plenary Meeting | 3 |
| 2.1 | Opening ceremony | 3 |
| 2.2 | Approval of the agenda | 4 |
| 2.3 | Address by the Director of CCITT | 4 |
| 2.4 | Results of the VIIIth CCITT Plenary Assembly | 5 |
| 2.5 | Results of the meeting of the Study Group Chairmen, January 1985 | 5 |
| 2.6 | Liaison statements from other international organizations | 6 |
| 2.7 | Reports of the Interim Special Rapporteurs | 6 |

(457)

For reasons of economy, this document is printed in a limited number of copies. Participants are therefore kindly asked to bring their copies to the meeting since no others can be made available.

- 14 -
COM VIII-R 1-F/E/S

ANNEX 1

LISTE DES PARTICIPANTS
LIST OF PARTICIPANTS
LISTA DE PARTICIPANTES

Président    :
Chairman     :  M. W. STAUDINGER (Rép.Féd.d'Allemagne –
Presidente   :                    Fed.Rep. of Germany –
                                  Rep.Fed. de Alemania)

Vice-Présidents  :  MM. A. MACCHIONI (Italie – Italy – Italia)
Vice-Chairmen    :       B. MARTI (France – Francia)
Vice-Presidentes :       A. PUGH (Royaume-Uni – United Kingdom –
                         Reino Unido)

                         V. SIVAKOV (URSS – USSR)
                         H. TERAMURA (KDD – Japon – Japan –
                         Japón)

| | | |
|---|---|---|
| Allemagne (Rép.Féd.d') –<br>Germany (Fed.Rep. of) –<br>Alemania (Rep.Fed. de) | | MM. B. BERNING<br>W. HOEVER<br>J. JACOBS<br>F. MUELLER<br>J. OTTO<br>M. SCHUMANN<br>G. VOGT<br>M. WORLITZER |
| Australie – Australia – Australia | | R. BEAUMONT |
| Austriche – Austria – Austria | RADIO-AUSTRIA | A. HABLICK |
| Canada – Canada – Canadá | | A. BASTIKAR<br>Y. F. LUM<br>T. G. MOOR<br>Z. A. MUSCATI<br>C. D. OBRIEN<br>F. Y. SHUM |
| | TELECOM CANADA | D. M. AUDSLEY<br>S. J. CROSSMAN<br>B. HEBRAWI |
| | TELEGLOBE CANADA | M. KADOCH |
| Chine – China – China | | MME. M. Z. LU<br>MM. G. W. SOG<br>J. D. WANG |

(457)

- 15 -
COM VIII-R 1-F/E/S


| | | |
|---|---|---|
| Corée (Rép.de) - Korea (Rep.of)-<br>Corea (Rep.de) | KTA | MM. S. O. KIM<br>I. L. NAM |
| Danemark - Denmark - Dinamarca | | E. FRYDENLUND<br>P. TAEKKER |
| Espagne - Spain - España | CTNE | L. JURADO |
| Etats-Unis - United States - Estados Unidos | | S. CALO<br>D. DAVIS<br>H. SILBIGER |
| | AT&T | D. THELEN |
| | ITT World<br>Communications, Inc. | E. BLAUSTEN |
| | National Communications<br>System | C. D. BODSON |
| Finlande - Finland - Finlandia | | J. ORANEN |
| France - France - Francia | | J. M. CAILLEAUX<br>Y. CHAUVEL<br>H. GILBERT<br>H. LAYEC<br>MME. C. MAHY<br>MM. P. MAURICE<br>A. MORVAN |
| | Thomson-CSF | M. BEDUCHAUD |
| Inde - India - India | Telecommunication<br>Research Centre | J. L. GUPTA |
| Irlande - Ireland - Irlanda | | W. J. FAY |
| Italie - Italy -Italia | SIP | F. CIVITA<br>F. ZAMMIT |
| Japon - Japan - Japón | | N. HASEGAWA<br>K. HIROTA<br>T. HORIE<br>Y. ISHIDA<br>Y. KOMACHI<br>K. KOMOTO<br>A. KUDO<br>H. MIURA<br>F. ONO<br>S. SHIMOKOBA<br>T. TAKEI<br>H. TOMINAGA<br>S. TSUJII<br>A. WATANABE<br>T. YASUDA |
| | KDD | H. AKAGAWA<br>T. ENDO<br>T. HIDA<br>Y. KAMIYAMA<br>K. NAKAO<br>S. SATO<br>K. SATO |

(457)

– 16 –
COM VIII-R 1-F/E/S

|  |  |  |
|---|---|---|
| KDD | MM. | K. TAKAHASHI |
|  |  | T. UEDA |
|  |  | H. YAMAGUCHI |
|  |  | Y. YAMAZAKI |
| NTT |  | K. AKIYAMA |
|  |  | H. HATA |
|  |  | H. KASAHARA |
|  |  | M. MATSUMOTO |
|  |  | H. NAKANO |
|  |  | M. NOMURA |
|  |  | K. SAKAGUCHI |
|  |  | Y. SAKAI |
|  |  | N. SONEHARA |
|  |  | M. SUGIMOTO |
|  |  | S. UEDA |
|  |  | T. YAMAMOTO |

Pays-Bas – Netherlands – Países Bajos

L. DIJKSTRA
T. P. MEESTER
A. VEENSTRA

Norvège – Norway – Noruega

P. HEGGELUND
P. MOGNES
T. WORREN

Royaume-Uni – United Kingdom – Reino Unido

British Telecom

P. R. D. SCOTT
A. P. BARRETTE
A. BENCE
T. COKERILL
I. K. HIRST
R. HUNTER

Cable & Wireless Ltd.    M. J. B. TAYLOR

Singapour – Singapore – Singapur

MME. L. K. LIEW
MM. W. LIAU

Suède – Sweden – Suecia

L. LARSSON
B. ALLONEN
M. ATLEVI
G. FERNANDEZ
J. LUNDBERG

Suisse – Switzerland – Suiza    A. GAUTSCHI

U.R.S.S. – U.S.S.R. – U.R.S.S.    G. PIOTROVSKY

Zambie – Zambia – Zambia    J. M. WILLIS

(457)

- 17 -
COM VIII-R 1-F/E/S

**Organismes scientifiques ou industriels**
**Scientific or industrial organizations**
**Organismos científicos o industriales**


Allemagne (Rép.Féd.d') - Germany (Fed.Rep. of)-
Alemania (Rep.Fed. de)

|  |  |  |
|---|---|---|
| ITT(SEL Germany) | MM. V. M. BRAUN |
| NIXDORF COMPUTER | W. HEIN |
| Philips Communications |  |
| Industrie AG | K. H. WENZEL |
| Siemens A.G. | L. LUTZ |
|  | K. NÉMETH |
|  | O. K. POPP |
| Standard Elektrik |  |
| Lorenz A.G. | R. HAMPEL |
|  | H. WOZNY |

Canada - Canada - Canadá     Bell-Northern Research   J. M. COSTA

Corée - Korea - Corea     ETRI     C. H. KANG
    C. KIM

Etats-Unis - Unites States - Estados Unidos
    Delta Information
    Systems. Inc.     S. URBAN
    Ricoh Corporation     E. GAVENMAN
    Xerox Corporation     B. DeGRASSE
    R. PIERCE
    3M     R. GRANT

Finlande - Finland - Finlandia   Research Institute of
    Helsinki Tel. Co.   MM. A. MAANAVILJA

France - France - Francia     IBM Europe     L. TATE
    H. WEISE
    SAGEM     P. CHARBONNIER
    P. LÉGER

Italie - Italy -Italia     Olivetti Telecom.     A. GIOVAGNETTI

Japon - Japan - Japón     Toshiba Corporation     H. FUJITA
    C. MOTEGI
    Hitachi Ltd.     Y. HASHIDA
    K. SAKATA
    Matsushita Graphic
    Systems, Inc.     H. HORIE
    NEC Corporation     Y. KIKUMOTO
    Y. MORITA
    Ricoh Company, Ltd.     I. KUMAGAI
    M. SUGIE
    Oki Electric Industry
    Company, Ltd.     K. MATSUMOTO
    K. NAKAMURA
    Fujitsu Ltd.     T. MORITA
    S. YANO
    CIAJ     Y. NAKAMURA
    J. YAMAMOTO
    NTC     K. SUZUKI
    M. TSUKAHARA

(457)

- 18 -
COM VIII-R 1-F/E/S


Royaume-Uni - United Kingdom - Reino Unido
|  |  | Rank Xerox Ltd. | MM. J. IMAHZADE |
|  |  |  | Y. KANAI |
|  |  | STC | H. ROBINSON |
| Suisse - Switzerland - Suiza |  | HASLER AG | K. WÜEST |


### Organisations internationales
### International organizations
### Organizaciones internacionales


|  |  |
|---|---|
| ISO | MM. J. FRIEMELT |
|  | L. ZECKENDORF |
| ECMA | I. R. CAMPBELL-GRANT |


### Union internationales de télécommunications
### International Telecommunication Union
### Unión internacional de telecomunicaciones


| Secrétariat du CCITT - | Conseiller - |  |
|---|---|---|
| CCITT Sectetariat - | Counsellor - | M. T. OKABE |
| Secretaría del CCITT | Consejero |  |

(457)

# EXHIBIT 16

International Telegraph and Telephone
    Consultative Committee
        (CCITT)

<u>COM VIII-R 13-E</u>
March 1988
<u>Original</u>: English

      Period 1985-1988

Questions: 1-30/VIII

STUDY GROUP VIII - REPORT R 13

SOURCE: STUDY GROUP VIII

TITLE:    REPORT OF FINAL MEETING OF STUDY GROUP VIII IN THE STUDY
        PERIOD 1985-1988 (GENEVA, 8 TO 19 FEBRUARY 1988)

<u>Note by the CCITT Secretariat</u>: The Report of the meeting of Study Group VIII
which was held in Geneva from 8-19 February 1988 is not to be published before
the IXth Plenary Assembly. Its purpose is to summarize to the decision made and to
retain the material useful for the next Study Period and interim work (Annexes
to Questions, etc.). The Report refers to, but does not duplicate, the contents
of the Report of Study Group VIII to the IXth Plenary Assembly which is composed
of four parts in separate documents:

PART I      -  General Report - Published in AP IX-18/COM VIII-R 14

PART II     -  Proposals for new T-Series Recommendations

             Published in :
             AP IX-19/COM VIII-R 15.I   -  Recommendations T.62bis - T.400
             AP IX-20/COM VIII-R 15.II  -  Recommendations T.411 and T.412
             AP IX-21/COM VIII-R 15.III -  Recommendations T.414 - T.418
             AP IX-22/COM VIII-R 15.IV  -  Recommendations T.431 - T.433
             AP IX-23/COM VIII-R 15.V   -  Recommendations T.441 - T.564

PART III    -  Proposals for revised Recommendations

             Published in :
             AP IX-24/COM VIII-R 16.I   -  Recommendations T.0 to T.101 and T.390
             AP IX-25/COM VIII-R 16.II  -  Recommendation T.101, Annex 'A'

PART IV     -  AP IX-26/COM VIII-R 17      -  Proposed Study Programme of Study
                                           Group VIII for the 1989-1992 Study
                                         Period

    (3123)

For reasons of economy, this document is printed in a limited number of copies. Participants are therefore kindly asked to bring
their copies to the meeting since no others can be made available.

- 2 -
COM VIII-R 13-E

## CONTENTS

Introduction

1.      Report of the First Session (8 February 1988)

1.1     Opening of the meeting
1.2     Adoption of the agenda
1.3     Report of the Chairmen's meeting (1-3 September 1987)
1.4     Report of the Study Group "S" (14-16 December 1987)
1.5     Guidelines from the last Plenary Assembly concerning the titles of
        Recommendations
1.6     Approval of the last Working Party Reports
1.7     Nomination of Special Rapporteurs for French and Spanish editions of
        Recommendations
1.8     Liaison from ISO - General information
1.9     Presentation of contributions on general matters

2.      Report of the Final Plenary Session (19 February 1988)

2.1     General
2.2     Approval of Reports
2.2.1   Approval of Reports on Question 2/VIII
2.2.2   Approval of Reports on Question 20/VIII
2.2.3   Approval of Reports on Working Party VIII/1
2.2.4   Approval of Reports on Working Party VIII/2
2.3     Approval of revised Recommendations
2.4     Approval of new Recommendations
2.5     Approval of replies to the Questions
2.6     Approval of new Questions
2.7     Appointments of Interim Rapporteurs
2.8     Liaison matters with International Organizations or Study Groups

3.      Other business

4.      Closing


Annex 1 - List of participants
Annex 2 - Agenda
Annex 3 - Patent Policy
Annex 4 - Extract of the report from the Special Rapporteur on ISDN
Annex 5 - List of documents

(3123)

- 3 -
COM VIII-R 13-E

Introduction

        According to Collective letter No. 199, the final meeting of
Study Group VIII in the Study Period 1985-1988 was held in Geneva from
8 to 19 February 1988. The meeting was chaired by Mr. W. Staudinger, assisted by
the five Vice-Chairmen, Mr. Marti (France), M. Macchioni (Italy), Mr. Pugh
(United Kingdom), Mr. Sivakov (USSR) and Mr. Teramura (Japan).

        The list of participants is in Annex 1 to this Report.

1.      Report of the First Session (8 February 1988)

1.1     Opening of the meeting

        The Chairman welcomed the delegates and gave the necessary information
in order that the meeting be efficient and conclude the work of Study Group VIII
in this Study Period. He introduced the working documents, with the assistance
of the Secretariat, especially TDs: 1, 2, 30, 31, 34, 35, 44, 50, 51, 52.

1.2     The agenda, as approved, is in Annex 2.

1.3     Report of the Chairmen's meeting (1-3 September 1987)

        The agreed guidelines were presented. In particular the presentation of
Reports to the Plenary Assembly, replies to the Questions, presentation of new
Questions. The annexes to the Question will stay in this report and be part of
Contribution No. 1 of the relevant Study Group in the next Study Period. Only
draft Recommendations but not Contributions are annexed to Questions.

1.3.1   Reservations if any are to be indicated in written form by the
delegations and will appear in COM VIII-R 14.

1.3.2   The CCITT Patent Policy is summarized in TD 30 (Annex 3).

1.3.3   The next meeting of the Chairmen is planned for 5-7 July 1988 and will
mainly deal with proposals to Commission "B" of the Plenary Assembly
concerning the allocation of Questions.

1.4     Report of Study Group "S" (14-16 December 1987)

        The Chairman gave a brief summary of work of Study Group "S".

1.4.1   Most changes concern Study Group "A" (Services) and "B" (Networks). The
respective mandate of Study Group "G" (VII) and "H" (VIII) should not vary too
much in the next Study period. However, to permit a correct allocation of
Questions by the IXth Plenary Assembly, the proposed texts should be modular and
indicate other Study Groups of external organizations concerned with the
Question (see AP IX-1/COM "S"-R 3).

1.4.2   The liaisons will be described in an amended version of
Resolution No.1.

            -   Liaisons at Special Rapporteur's level with endorsement by the
                Study Group Chairman.

            -   Official liaisons from Study Groups to other Study Groups or
                external organizations.

(3123)

- 4 -
COM VIII-R 13-E

Mr. Harold FOLTS (USA has been officially appointed liaison coordinator from ISO/JTC 1 to CCITT and should receive copy of the liaison statements to JTC 1.

1.5     Title of Recommendations

The titles should be written in full and the abbreviations in brackets.

1.6     Nomination of rapporteurs for French and Spanish texts of the Blue Book

In a letter to the Chairmen of large Study Groups, Mr. Th. Irmer proposes that experts from Administrations be volunteer to help in translation and revision. The French Delegation asked for precise dates: this subject will be addressed again in the presence of Mr. Th. Irmer (see point 3.3).

1.7     Liaison from ISO - General information

The Chairman recalled the general principles of the existing good cooperation with ISO and IEC.

Mr. Friemelt made a presentation on JTC 1 and Resolution 28 from ISO.

Mr. Campbell-Grant indicated the good alignment of ISO and CCITT texts and the aim to work on one single common document in the future. The Chairman addressed his best wishes to Mr. Zeckendorf, who could not attend due to serious illness.

1.8     Approval of Reports (COM VIII-R 10, R 11, R 12)

1.8.1   COM VIII-R 10 - Approved.

1.8.2   COM VIII-R 11 - Approved.

1.8.3   COM VIII-R 12 - Approved.

1.9     Presentation of documents on general matters

The United Kingdom proposed a new Question on "Scope of CCITT terminal Recommendations" (COM VIII-180).

This subject was suggested to be studied mainly in WP VIII/1.

Note - Further discussion in WP VIII/1 led to the conclusion that this fundamental subject is a matter to be discussed at the Plenary Assembly. The United Kingdom was therefore invited to raise this matter at the Plenary Assembly.

2.      Report of the Final Plenary Session (18 February 1988)

2.1     General

There was a general presentation of the results, final discussion on draft Recommendations, answers to Questions and proposed new Questions as well as proposed Liaison Statements. The approved Draft replies to the Questions are not contained in this Report. They are incorporated in the General Report of SG VIII to the Plenary Assembly.

(3123)

- 5 -
COM VIII-R 13-E

The proposed new Study Questions (without Annexes) as approved by the Study Group are published in COM VIII-R 17. The Study Questions approved by the Plenary Assembly are published (including the Annexes) in Contribution No. 1 of the New Study Period.

It was agreed to prepare the following note for the T.40C Series.

Note - The terminology on Document Architecture has evolved during the elaboration of Recommendations during the study-period 1985-1988.

In order to prevent the readers from misinterpretations, Document Architecture Transfer and Manipulation (DATAM) is the general name for the T.400 Series.

Document Transfer and Manipulation (DTAM) is relevant to the T.430 Series.

2.2    Approval of Reports

2.2.1    On Question 2/VIII a revision of Recommendation T.O was approved. This is contained in COM VIII-R 16.

2.2.2    On Question 20/VIII draft Recommendation T.isdn was approved. The discussion is recorded in Annex 4.

T.isdn is T.90.

2.2.3    Working Party VIII/1 - All proposals for revised and new Recommendations were approved, except Annex A of T.101.

It was noted (refer to Q.17/VIII) that NTT Japan holds a number of patents on "Zone Coding" and that NTT agrees on the Patent Policy Principles of CCITT.

After further discussion in the Plenary session, Annex "A" of T.101 was finally modified and then accepted by all delegations without any reservation.

2.2.4    Working Party VIII/2 - All proposals for revised or new Recommendations presented by Working Party VIII/2 were approved.

2.3    Approval of revised Recommendations

The revisions according to the list in TD 35(Rev.) are approved and published in AP IX-24 and 25/COM VIII-R 16.I and 16.II for approbation by the IXth Plenary Assembly.

2.3.1    Reservation and comments

Editorial changes have been indicated and directly given to the Secretariat.

No reservation from any delegation.

(3123)

- 6 -
COM VIII-R 13-E

2.4       Approval of new Recommendations

          The texts on new Recommendations according to the list of TD 35(Rev.)
are approved and are proposed for approbation by the IXth Plenary Assembly in
Document AP IX-19 to 23/COM VIII-R 15.I to 15.V.

2.4.1     Reservations and comments

          Editorial changes have been indicated and directly given to the
Secretariat.

          No reservation from any delegation.

2.5       Approval of replies to the Questions

          The draft replies to the Questions were approved. They are summarized
in AP-I8  /COM VIII-R 14.

2.6       Approval of new Questions

          Seven new Questions were approved.

          Seven Questions were cancelled.

          Twenty-three Questions were rewritten or slightly amended.

          The proposed Study Programme of Study Group VIII for the 1988-Study
Period is published in AP IX -24/COM VIII-R 17.

          Annexes to the Questions will be part of Contribution No. 1 of the next
Study Period.

2.7       Appointments of Interim Rapporteurs

          NIC                                   - Mr. Sebestyen
          Telematic Interworking                - Mr. Kadoch
          Question 5/VIII                        - There will be a joint meeting with
                                                   experts from SG XVII .. Interested
                                                   delegates should contact the Chairman
                                                   of SG XVIII (Mr. Kern).
          DATAM                                  - Mr. Silbiger
          Mixed Mode                             - Mr. Hunter
          Transport                              - Mr. Hoever
          Teleconferencing                       - An Interim Rapporteur for joint
                                                   activities in SG I, VIII, XVII,
                                                   XV, XVIII will be nominated by SG I
          ISDN                                   - Mr. Matsumoto
          Facsimile                              - Mr. Pugh

2.8       Liaison matters

          Seventeen liaison statements to ISO and to other CCITT Study Groups
were endorsed.

(3123)

- 7 -
COM VIII-R 13-E

3.       Other business

3.1      Patent

The Chairman asked if there were any Patents relevant to any T-series Recommendation which had not yet been communicated to the CCITT Secretariat. This was not the case.

3.2      The first part of this report was adopted.

3.3      Mrs. Mahy (France) and Mr. Gallego (Spain) are potential volunteers for editing texts of the Blue Book.

4.       Closing

The Chairman said that Study Group VIII can be proud of the excellent results achieved during the 1984-1988 Study Period and addressed his appreciation to the Vice-Chairmen, the Rapporteurs, the Delegates and the Secreteriat.

He also extended the gratitude of the Study Group to the interpreters and the staff responsible for rooms and equipment for providing excellent working conditions.

(3123)

- 8 -
COM VIII-R 13-E

ANNEXE 1             ANNEX 1                 ANEXO 1

LISTE DES PARTICIPANTS   LIST OF PARTICIPANTS      LISTA DE PARTICIPANTES


President    :
Chairman     : M. W. STAUDINGER (R.F. d'Allemagne)
Presidente   :                  (F.R. of Germany)
                                (R.F. de Alemania)

Vice-Présidents  : MM. A. MACCHIONI (Italie – Italy – Italia)
Vice-Chairmen    :     B. MARTI (France – Francia)
Vice-Presidentes :     A. PUGH (Royaume-Uni – United Kingdom –
                          Reino Unido)
                       V.T. SIVAKOV (U.R.S.S. – U.S.S.R. – U.R.S.S.)
                       H. TERAMURA (Japon – Japan – Japón)

Allemagne (R.F. d') –      MM. P. DELFS
Germany (F.R. of) –            T. DILLMANN
Alemania (R.F. de) –           M. FIRLL
                               H. HERTLEIN
                               W. HOEVER
                               J. JACOBS
                               K. KARTMANN
                               F. MÜLLER
                               K. NÉMETH
                               J. OTTO
                               P. SCHNEIDER
                               H. SCHULZ
                               M. SCHUMANN
                               W. SEVENICH

Australie – Australia          A. CABRERA

Autriche – Austria             K. SAMBOR

    Radio-Austria              A. HABLICK


(3123)

- 9 -
COM VIII-R 13-E

| | |
|---|---|
| Belgique – Belgium – Belgica | MM. J. LERUSE |
| | A. MATON |
| | G. OLEMANS |
| Brésil – Brazil – Brasilia | J. BRAGA |
| | C. KLEMZ |
| Canada | Y. LUM |
| CNCP Telecom. | A. DUBRAWSKI |
| | T.G. MOORE |
| | J. DE WIELE |
| Telecom Canada | S.J. CROSSMAN |
| | B. HEBRAWI |
| Teleglobe Canada | M. KADOCH |
| Chine – China | S. CHEN (Ms) |
| | M. LU (Ms) |
| Corée (Rep.de) –<br>Korea (Rep. of) –<br>Corea (Rep. de) | K. CHO<br>J. HAHM<br>C. LEE |
| Danemark – Denmark – Dinamarca | E. FRYDENLUND |
| | H. PETERSEN |
| | T. RASMUSSEN |
| | P. TAEKKER |
| Espagne – Spain – Espana | |
| CTNE | E. GALLEGO |
| | A. JIMENEZ |
| Etats-Unis d'Amérique –<br>United States of America –<br>Estados Unidos de América – | G. FERENO<br>D. DAVIS<br>C. BODSON<br>F. NIELSEN<br>E. GAVENMAN<br>R. GRANT<br>R. HOLLEMAN<br>St. PERSCHAU<br>H. SILBIGER<br>R. SMITH<br>St. URBAN |
| AT&T | G. MASCARICH (Ms) |
| | D. STANWYCK |
| Pacific Bell | P. TONELLI |
| Finlande – Finland – Finlandia | R. SAARINEN |

(3123)

- 10 -
COM VIII-R 13-E

| | | |
|---|---|---|
| France – Francia | MM. | M. CHARON |
| | | Y. CHAUVEL |
| | | P. HENRY |
| | | H. LAYEC |
| | | A. Le ROUX |
| | | Y. LUNDECHAMP |
| | | C. MAHY (Ms) |
| | | P. MAURICE |
| | | R. MOTSCH |
| | | B. REVILLET |
| | | L. SOULOUMIAC |
| | | T. STEPHANT |
| Grèce – Greece – Grecia | | A. LATSIS |
| | | G. THEODOROU |
| Hongrie – Hungary – Hungara | | J. BERKES |
| Italie – Italy – Italia | | B. MINIERI |
| | | G. RINALDO |
| Italcable | | S. CARONI |
| SIP | | F. CIVITA |
| | | C. GENTILE |
| | | St. MARIANI |
| | | D. MAROCCO |
| Japon – Japan – Japon | | K. ABE |
| | | H. CHONO |
| | | S. INADA |
| KDD | | A. IHARA |
| | | M. KATO |
| | | K. NAKAO |
| | | S. SATO |
| | | H. WADA |
| | | Y. YAMAZAKI |
| NTT | | K. HISHIYAMA |
| | | M. MATSUMOTO |
| | | T. OIWA |
| | | A. TERADA |
| | | N. SONEHARA |
| | | M. SUGIMOTO |
| | | R. SUZUKI |
| Norvège – Norway – Noruega | | P. HEGGELUND |
| | | P. MOGNES |
| | | M. PEDERSEN |
| | | R. TREVLAND |

(3123)

- 11 -
COM VIII-R 13-E

| | |
|---|---|
| Pays-Bas – Netherlands – Paises Bajos | MM. L. DIJKSTRA |
| | D. MEESTER |
| | W. MEIJER |
| | J. SCHENKELAARS |
| | A. VEENSTRA |
| Royaume-Uni – United Kingdom – Reino Unido | P. SCOTT |
| | L. DAVIS |
| British Telecom | N. ARNOLD |
| | A. BARRETT |
| | A. BENCE |
| | Ch. DAWKINS |
| | I. HIRST |
| | R. HUNTER |
| Cable & Wireless | J. SLAYTOR |
| Singapour (Rep.de) – Singapore (Rep. of) – Singapur (Rep. de) – | L.K. LIEW |
| Suède – Sweden – Suecia | B. ALLONEN |
| | L. LARSSON |
| Suisse – Switzerland – Suiza | K. BOHREN |
| | A. ROMANENS |
| | R. STADLER |
| | H. STEINGER |
| | R. TISSOT |
| | P.A. WENGER |
| Thaïlande – Thaïland – Thaïlandia | Y. KESSIRI |
| | M. SAIKAEW |
| URSS – USSR | V. KOROL |

(3123)

- 12 -
COM VIII-R 13-E


ORGANISMES SCIENTIFIQUES OU INDUSTRIELS
SCIENTIFIC OR INDUSTRIAL ORGANISATIONS
ORGANISMOS CIENTIFICOS O INDUSTRIALES


Allemagne (R.F. d') –
Germany (F.R. of) –
Alemania (R.F. de) –

| | |
|---|---|
| Hoechst AG | MM. E. VAN LANTSCHOOT |
| Nixdorf Computer AG | H.P. SIGL |
| Philips Kommunikations Industrie AG | U. ROTHGORDT |
| | K.-H- WENZEL |
| Siemens AG | H. FIEDLER |
| | O. POPP |
| | I. SEBESTYEN |
| | M. TANTOW |
| Standard Elektrik Lorenz AG | H. HAMPEL |
| | K. PASSOW |
| | H. WOZNY |

Canada – Canadá

| | |
|---|---|
| Bell-Northern Research | J. COSTA |

Etats-Unis d'Amérique –
United States of America –
Estados Unidos de América –

| | |
|---|---|
| IBM Corp. | C.F. TOUCHTON |
| Wang Laboratories Inc. | J. FENN |

Finlande – Finland – Finlandia

| | |
|---|---|
| Research Institute of the Helsinki Telephone Co. | A. MAANAVILJA |

France – Francia

| | |
|---|---|
| Bull SA | J. HENRY |
| IBM Europe | H. WEISZ |
| SAGEM | P. CHARBONNIER |
| | P. HOEL |
| | J.P. GIOVANNANGELI |

Italie – Italy – Italia

| | |
|---|---|
| Ing. C. Olivetti & Co. | A. GIOVAGNETTI |

(3123)

- 13 -
COM VIII-R 13-E

Japon – Japan – Japón

| | |
|---|---|
| Canon Inc. | MM. T. TAKEDA |
| Fujitsu Ltd. | Y. INOUE |
| Hitachi Ltd. | S. HIRANO |
| IBM Japan | Y. WATANABE |
| MGCS Inc. | T. SUZUKI |
| | T. YAMAMOTO |
| Mitsubishi Electric Corp. | S. KINO |
| NEC Corp. | Y. KIKUMOTO |
| OKI Electric Industry Co., Ltd. | K. YAMADA |
| Ricoh Co. Ltd. | M. SUGIE |
| Toshiba Corp. | Ch. MOTEGI |

Royaume-Uni – United Kingdom –
Reino Unido

| | |
|---|---|
| Hewlett-Packard Ltd. | S. PANCHEN (Ms) |
| Rank Xerox Ltd. | J. IMAMZADE |

ORGANISATIONS INTERNATIONALES
INTERNATIONAL ORGANISATIONS
ORGANIZACIONES INTERNACIONALES

| | |
|---|---|
| C.E.I. | M. SABEV (Ms) |
| ECMA | MM. I. CAMPBELL-GRANT |
| | P. KAIJSER |
| | J. SCHWARZ |
| ISO | J. FRIEMELT |
| | O. THOMSEN |

UIT/SECRETARIAT DU CCITT
ITU/CCITT SECRETARIAT
UIT/SECRETARIA DEL CCITT

| | |
|---|---|
| UIT – ITU | T. RUTKOWSKI |
| CCITT | J. LEPESQUEUR, Conseiller supérieur |
| | Senior Counsellor |
| | Consejero superior |

(3123)

- 14 -
COM VIII-R 13-E


ANNEX 2

Agenda for the Plenary meetings of
CCITT Study Group VIII, 8 and 19 February 1988

| Day | Item | Subject |
|---|---|---|
| 08.02. | 1 | Opening of the meeting |
| | 2 | Adoption of the Agenda |
| | 3 | Report about the Chairmen's meeting (1-3 September 1987), discussion about the agreed guideliness: |

- Composition of the Report to the PA
  * Replies to the Questions
  * New Recommendations
  * Revised Recommendations
  * New Study Questions

- Annexes in the Report to the PA and in COM VIII-1

- Report of the Final Meeting

- Procedure for reservations

- Patent Policy

| | | |
|---|---|---|
| | 4 | Report about SG S (14-16 December 1987) |
| | 5 | Guidelines from the last PA concerning the title of Recommendations |
| | 6 | Nomination of special Rapporteurs for editing French and Spanish |
| | 7 | Liaisons from ISO |
| | 8 | Approval of the last WP Reports |
| 19.02 | 9 | Approval of the Report on Q.2/VIII<br>Approval of the Report on Q.20/VIII |
| | 10 | Approval of Reports of WP 1 and WP 2, approval of revisions, new Recommendations, Study Questions |
| | 11 | Approval of additional new Study Questions |
| | 12 | Appointment of Interim Rapporteurs |
| | 13 | Liaison matters with external organizations |
| | 14 | Any other business |
| | 15 | Closing |

(3123)

- 15 -
COM VIII-R 13-E

ANNEX 3

Statement on CCITT Patent Policy

Over the years, the CCITT has developed a "code of practice" regarding patents or any other rights covering, to a varying extent, the subject matter of CCITT Recommendations. The rules of this "code of practice" are rather simple and straightforward - Recommendations are being drawn up by telecommunications but not patent experts, who may not be very familiar with the complex international legal situation of trade rights, patents, etc.

CCITT Recommendations are international standards. Their objective is to ensure compatibility of international telecommunications on a world-wide basis. To meet this objective, which is in the common interest of all those participating in international telecommunications (network providers, suppliers, users) it must be ensured that CCITT Recommendations, their application, use, etc. are accessible to all exclusive (monopolistic) commercial abuse by a single holder of a patent embedded in a CCITT Recommendation being avoided. To meet this requirement in general is the sole objective of the CCITT code of practice, the detailed arrangements being left to the parties involved, as these arrangements might differ from case to case.

This code of practice may be summarized as follows (it should be noted that ISO operates in a very similar way):

1.      The CCITT cannot give authoritative or comprehensive information about evidence, validity or scope of patents or similar rights, but it is desirable that the fullest available information should be disclosed. Therefore, the CCITT member organization putting forward a proposal of this type should draw the CCITT's attention to any known patent and similar rights on a world-wide basis or any known pending applications, although CCITT is not in a position to guarantee the validity of any such information.

2.      If a CCITT Recommendation is issued and such information as referred to in § 1) has been disclosed, three different cases may arise:

2.1     The patent holder waives his rights; hence the CCITT Recommendation is accessible to everybody subject to no particular conditions, no royalties are due, etc.

2.2     The patent holder is not prepared to waive his rights but would be willing to negociate licenses under patent or similar rights on a non-discriminatory basis with applicants throughout the world on reasonable terms and conditions (to be performed outside the CCITT).

2.3     The patent holder is not willing to comply with the provisions of § 2.1 or § 2.2; in such case no CCITT Recommendation can be established.

3.      Whatever case applies (2.1, 2.2 or 2.3) the patent holder has to provide a written statement to be filed at the CCITT Secretariat. These statements must not include additional provisions, conditions or any other exclusion clauses in excess of what is provided for each case in §§ 2.1, 2.2 and 2.3.

(3123)

**EXHIBIT 17**

CCITT

STUDY GROUP VIII

Temporary Document *807/3* E

Original: English

---------------------------

Geneva, 16 - 25 October 1991

Question: 16/VIII

SOURCE: SPECIAL RAPPORTEUR FOR QUESTION 16/VIII

TITLE:  REPORT OF THE RAPPORTEUR GROUP ON QUESTION 16/VIII

--------------------------------------------------------------------------------------------------------------

# 1 INTRODUCTION

## 1.1  Title of the Question

"Common Components for Image Communication"

## 1.2  Special Rapporteur

Dr. Istvan Sebestyen
SIEMENS; PN ST A5
Hofmannstrasse 51
D-W-8000 Munchen 70
Germany

TEL: +49-89-722-47230
FAX: +49-89-722-47713

## 1.3  Associate Rapporteur

None

## 1.4  Editor

Dr. Istvan Sebestyen
SIEMENS; PN ST A5
Hofmannstrasse 51
D-W-8000 Munchen 70
Germany

TEL: +49-89-722-47230
FAX: +49-89-722-47713

1

1.5  Active Collaborators

No definitive list of active collaborators currently exists. Persons desiring to participate in the activities of Question 16/VIII are invited to contact the special rapporteur.

Annex A contains a list of meeting participants for the current meeting.

## 2  DOCUMENTS AVAILABLE

Annex B contains a list of documents considered during the current meeting.

## 3  MEETING RESULTS

During the above referenced meeting of Study Group VIII, parties interested in activities associated with Question 16 met three times.

During these three meetings, the Special Rapporteur reviewed with meeting participants Draft Recommendations T.80, T.81, and T.82. In addition, the group joined in editing T.80.

At the conclusion of the three meetings, the meeting participants concluded that Draft Recommendations T.80 and T.81 should be processed for approval in accordance with the procedures contained in Resolution 2.

The group also concluded that T.82 should be processed for approval in the normal manner.

Several liaison statements to ISO/IEC JTC1/SC29 were considered and approved. These are identified in Section 3.4 below.

A letter from IBM Corporation describing the licensing arrangements which it would apply to the use of its arithmetic coding patents in connection with their use in the implementation of standards was received and briefly reviewed. This letter is contained in Annex F.

## 3.1 Work Program for the Remaining Part of the 1989-1992 Study Period

The work program for the remaining part of the 1989-1992 Study Period will involve:

- Finalization of Draft Recommendation T.80 for accelerated approval in the current study period;

- Finalization of Draft Recommendation T.81 for accelerated approval in the current study period;

- Editing of Draft Recommendation T.82 for normal approval at the end of the current study period;

- Consideration of extensions and enhancements which are already being identified for both the JBIG and JPEG algorithms.

Details concerning these recommendations are contained in Section 3.3 below.

## 3.2 Main Decisions Regarding the WP and the Study Group Plenary

The decision to seek approval under Resolution 2 for Recommendations T.80 and T.81 needs to be carried to the Working Party and to the Study Group.

The liaison statements and nominations identified in Sections 3.4 and 3.5 below also need to be carried to the Working Party and to the Study Group.

## 3.3 Draft Recommendations

The following draft recommendations were discussed within Q.16/VIII, and will be proposed to the Working Party and to the Study Group Plenary for accelerated or normal approval as indicated above:

T.80:    Common Components for Image Compression and Communication: Basic Principles

T.81:    Digital Compression and Coding of Continuous-tone Still Images

T.82:    Digital Compression and Coding of Bi-level Still Images

3

3.4  Liaison Statements proposed to Working Party / Study Group Plenary

The following liaison statements were approved by Q.16/VIII,
and are being proposed for approval
to the Working Party and to the Study Group
Plenaries:

1.  ISO/IEC JTC1/SC29:
Designation of CCITT SG VIII Liaison
(Annex C)

2.  ISO/IEC JTC1/SC29:
Proposal for Collaborative Interchange
(ISO/IEC Project 1.02.17.03 (Continuous-tone Image Coding))
(Annex D)

3.  ISO/IEC JTC1/SC29:
Proposal for Collaborative Interchange
(ISO/IEC Project 1.02.17.04 (Bi-level Image Coding)
(Annex E)

3.5  Nomination of Representatives to International Meetings

The following persons are nominated to represent CCITT Study Group
VIII at the international meetings indicated:

ISO/IEC Joint Technical Advisory Group 2 (Imagery) (JTAG2)

Charles F. Touchton (IBM) (USA)

ISO/IEC JTC1/SC29 (First Plenary Meeting)

Dr. Istvan Sebestyen (Siemens) (Germany)

4

## 3.6 Next Meetings

The next meetings of Q.16/VIII, or of groups with which QJ.16/VIII
is associated, are:

### Q.16/VIII:

April 22 - 30, 1992: Geneva, SWITZERLAND

These meetings will be part of planned meetings of CCITT Study Group
VIII. The primary activity anticipated during these meetings will be
associated with obtaining Study Group approval of T.80, T.81, and T.82.

### ISO/IEC JTC1/SC2 Working Group 10

November 18-22, 1991: Tokyo, JAPAN

This will be a joint meeting of Q.16 and WG10, for the purpose of
assessing progress with respect to the DIS ballot of the T.81 algorithm,
and considering possible future enhancements to this algorithm.

### ISO/IEC JTC1/SC29 Working Group (?)

March 23-27, 1992: Haifa, ISRAEL

This will be a joint meeting of Q.16 and WG(?), for the purpose of
assessing progress with respect to the DIS ballot of the T.81 algorithm,
and considering possible future enhancements to this algorithm.

(SC29's working group on continuous-tone image coding has not yet
been established.)

### ISO/IEC JTC1/SC29 Working Group (?)

March 23-27, 1992: Haifa, ISRAEL

This will be a joint meeting of Q.16 and WG(?), for the purpose of
assessing progress with respect to the ISO CD ballot of the T.82
algorithm,
and considering possible future enhancements to this algorithm.

(SC29's working group on bi-level image coding has not yet
been established.)

# *ANNEX A*

# *MEETING ATTENDEES*

## List of meeting:

**Name:**   **Company:**  **Address:**      **Tel:**      **Fax!**

1  Sebestyén Semens
   Istvàn

2  RUSSO       Foundazione   Via B. Castiglione 59   +39 6 54803463   ~~+39 6 548081~~
   GIUSEPPE    U. BORDONI      00 142  ROMA                          +39 6 54804404
                                  ITALY

3. JAE DONG    Korea Telecom  17, WooMyon Dong    +81 2 526 5273   +81 2 526 5568
   KIM         Research Center  SeochoGu, Seoul

4  ROMAN       SAGEM         E medu petit Arbi    +33 (1) 30737027  +33(1)30731660
   ( Joël                    95801 - Cergy St Christophe
                             FRANCE

5. Tatsuki     Hitachi       1410 Inada, katsuta-shi   +81 292     +81 292
   Inuzuka     Ltd.          Ibaraki   JAPAN            73 1111     72 8573

6  Wenzel      Philips Kommunikations  Thurn-und-Turis-Straße 14  +49 911-526-2256 Tel.
   Kurl-Heinz  Industrie     8500 Nürnberg 10              +49 911-526-4193 Fax
                             Deutschland

7  Tsakhi      National      Maskit 6             972-52-558322  Fax
   ( Segal     Semi Conductor  Herzelia           972-52-594255  Tel
               (Tel-Aviv)    Israel

8. MARIANI     SIP           VIA FLAMINIA 189   + 39 6 36886267  +39 6 3222637
   Stefano                   I00586 ROMA
                             ITALY

-7-

List of participants Q16/UU

Name:          Company:          Adress:          Tel:          Fax

9 Christian Stettler          Swiss PTT          GD PTT          +4131629233
                                                 TZV VS21          Fax: +4131625747
                                                 CH-3000 Bern 29

10 Pablo CALVO          TELEFONICA          T. y N. Técnica          tel: 34-5849389
                                            Beatriz de Bobadilla,3     fax 34-5849233
                                            28040 -Madrid
                                            ESPAÑA

11 SANG JIN LEE          E.T.R.I          P.O.BOX 8, DAEDOG DANJI,
                                          DAEJEON , KOREA          tel = +82-42-820-618
                                                                   Fax= +82-42-861-103

12- Mr. Charles          IBM
Touchton

12. TOUCHTON,          IBM Corporation          +1-813-872-2075
C  Charles 7.          3109 W. Dr. MLK Jr Blvd   +1-813-872-1022
                       Tampa, FL 33607



**MICHAEL C. NIER**
*Standards Development Director*
Corporate Commercial Affairs

EASTMAN KODAK COMPANY
Rochester, New York 14650-0508

Tel 716 781-9092
FAX 716 724-9023

Kodak

- 8 -

# *ANNEX B*

# *DOCUMENTS CONSIDERED*

**COM VIII - 158:**


D-289:        Associate Rapporteur for Q.4/VIII (Group 4 Facsimile / Color)

              Meeting Report of the Color Group 4 Facsimile Expert Group, Santa Clara,
              CA, 26-30 August 1991

TD-614:       CCITT Secretariat:

              General Information

TD-640:       CCITT Secretariat:

              Invitation from JTC1/SC29 (to First JTC1/SC29 Plenary Meeting)

TD-641:       Special Rapporteur for Q.16/VIII:

              Draft CCITT Recommendation T.82 (ISO/IEC CD 11544)

TD-647:       CCITT Secretariat:

              Presentation Model of Common Text for CCITT/JTC1 Collaborative Work

TD-649:       B. Marti (Vice_Chairman of Study Group VIII)

              Participation of CCITT in ISO/IEC JTAG2 on Imagery

TD-658:       Special Rapporteur for Q.16/VIII

              Draft Agenda for the SpR Meeting on Q.16/VIII

TD-659:       Special Rapporteur for Q.16/VIII

              Facsimile G3 Test Charts and Test Documents

TD-660:     Special Rapporteur for Q.16/VIII

Report on Work Accomplished Since the March 1991 SGVIII Meeting

TD-661:     Special Rapporteur for Q.16/VIII

Draft Reply to the Question

TD-662:     Special Rapporteur for Q.16/VIII

Color-Facsimile: Info on the Potential Use of ASN.1 for JPEG in a Photovideotex Environment

TD-663:     Special Rapporteur for Q.16/VIII

Draft Agenda for the SpR Meeting on Q.16/VIII (Duplicate)

TD-667:     Special Rapporteur for Q.16/VIII

Draft Recommendation T.81 (Introduction)

TD-668:     Special Rapporteur for Q.16/VIII

Draft Recommendation T.80

TD-669:     Special Rapporteur for Q.16/VIII

Draft Recommendation T.81 (ISO/IEC DIS 10918) (Camera Ready Copy)

TD-676:     CCITT Secretariat:

List of Reports Published After SG VIII's April 1991 Meeting

TD-693:     Chairman of Working Party VIII/4

Guide for CCITT and ISO/IEC JTC| Cooperation (September 17-18, 1991)

TD-740:     CCITT Secretariat:

Documents of Reference for Seeking Unanimous Approval according to Resolution 2 on Friday, 25 October 1991

TD-741:     Secretary of Working Party VIII/3

Report of the Opening Meeting of Working Party VIII/3
Resolution 2 on Friday, 25 October 1991

-10 -

# *ANNEX C*

CCITT

STUDY GROUP VIII

---------------------------

Geneva, 16 - 25 October 1991

Question: 16/VIII

Temporary Document ___ - E

Original: English

SOURCE:     CCITT STUDY GROUP VIII

TITLE:     LIAISON STATEMENT

TO:     ISO/IEC JTC1/SC29

SUBJECT:     DESIGNATION OF LIAISON

POINT OF CONTACT:

Dr. Istvan Sebestyen
SIEMENS; PN ST A5
Hofmannstrasse 51
D-W-8000 München 70
Germany

TEL: +49-89-722-47230
FAX: +49-89-722-47713

CCITT Study Group VIII congratulates ISO/IEC JTC1/SC29 on its recent formation, and looks forward to working closely with you on a number of your various projects.

In this regard, CCITT Study Group VIII is designating the individual named above as its official liaison to your group.

Please insure that this individual is included as an addressee on all distributions from your group.

# *ANNEX D*

**CCITT**

**STUDY GROUP VIII**

Temporary Document ___ -  E

Original: English

--------------------------

Geneva, 16 - 25 October 1991

Question: 16/VIII

SOURCE:     **CCITT STUDY GROUP VIII**

TITLE:      **LIAISON STATEMENT**

TO:        **ISO/IEC JTC1/SC29**

SUBJECT:   **PROPOSAL FOR COLLABORATIVE INTERCHANGE**

REFERENCE: **ISO/IEC PROJECT 1.02.17.03 (CONTINUOUS-TONE IMAGE CODING)**

POINT OF CONTACT:

> **Dr. Istvan Sebestyen**
> **SIEMENS; PN ST A5**
> **Hofmannstrasse 51**
> **D-W-8000 Munchen 70**
> **Germany**
>
> **TEL: + 49-89-722-47230**
> **FAX: + 49-89-722-47713**

CCITT Study Group VIII congratulates ISO/IEC JTC1/SC29 on its recent formation, and looks forward to working closely with you with respect to the referenced project in a continuation of the effort that we began together in 1988 when you were part of ISO/IEC JTC1/SC2.

In this regard, CCITT Study Group VIII proposes that we continue this close cooperation using the Collaborative Interchange Approach described in Section 7 of the Guide for CCITT and ISO/IEC JTC1 Cooperation dated 17-18 September 1991, or such successor documents as may arise.

Please confirm your acceptance of this proposal by means of communication with the person identified above.

~ 12 ~

# *ANNEX E*

CCITT

STUDY GROUP VIII

Temporary Document ___ -  E

Original: English

--------------------------

Geneva, 16 - 25 October 1991

Question: 16/VIII

SOURCE:       CCITT STUDY GROUP VIII

TITLE:        LIAISON STATEMENT

TO:           ISO/IEC JTC1/SC29

SUBJECT:      PROPOSAL FOR COLLABORATIVE INTERCHANGE

REFERENCE: ISO/IEC PROJECT 1.02.17.04 (BI-LEVEL IMAGE CODING)

POINT OF CONTACT:

> Dr. Istvan Sebestyen
> SIEMENS; PN ST A5
> Hofmannstrasse 51
> D-W-8000 Munchen 70
> Germany
>
> TEL: +49-89-722-47230
> FAX: +49-89-722-47713

CCITT Study Group VIII congratulates ISO/IEC JTC1/SC29 on its recent formation, and looks forward to working closely with you with respect to the referenced project in a continuation of the effort that we began together in 1986 when you were part of ISO/IEC JTC1/SC2.

In this regard, CCITT Study Group VIII proposes that we continue this close cooperation using the Collaborative Interchange Approach described in Section 7 of the Guide for CCITT and ISO/IEC JTC1 Cooperation dated 17-18 September 1991, or such successor documents as may arise.

Please confirm your acceptance of this proposal by means of communication with the person identified above.

$- 13 -$

# *ANNEX F*

**CCITT**

**STUDY GROUP VIII**

--------------------------

Geneva, 16 - 25 October 1991

Question: 16/VIII

Temporary Document ___ -  E

Original: English

**SOURCE:**    **SPECIAL RAPPORTEUR FOR QUESTION 16/VIII**

**TITLE:**    **IBM LICENSE ARRANGEMENTS FOR ARITHMETIC CODING PATENTS**


IBM has advised CCITT that, beginning October 22, 1991, it will grant to requesting parties licenses to use its Arithmetic Coding patents in connection with standards requiring the use of such coding.

The nature of the arrangements associated with these licenses, together with the steps which prospective licensees should take to request a license, or to request further information concerning these license options, is described in the attached letter.

OCT  1 '91  4:43   FROM IBM IF29                                   PAGE.002



Office of the IBM Director of Commercial Relations                    2000 Purchase Street, Purchase, NY 10577
        International Business Machines Corporation

          October 22, 1991

          M. Theodore Irmer
          Director, CCITT
          Union Internationale de Telecommunications
          Place des Nations
          CH-1211 Geneve 20
          Switzerland

          Subject:  IBM Patents for Arithmetic Coding

          Dear M. Irmer:

          We understand that the efforts to adopt the recommendations of
          the Joint Photographic Experts Group (JPEG) and the Joint
          Bi-level Images Group (JBIG) are progressing, and we extend
          congratulations to all those involved in these efforts.  In
          recognition of the importance to the information technology
          industry of this work, IBM is pleased to advise CCITT that
          licenses to use IBM's Arithmetic Coding patents in connection
          with standards requiring use of such coding, will be granted to
          requesting parties as of the date of this letter.

          The rights granted will be nonexclusive, worldwide, paid-up and
          irrevocable licenses and immunities under enumerated IBM patents.
          The fees will be one-time payments of $5,000 for rights under
          certain IBM patents we believe will be necessarily infringed by
          those complying with the JPEG, JBIG and equivalent specifications,
          recited in draft and adopted standards, and $10,000 for rights
          under additional IBM patents we believe will be useful in the
          efficient implementation of those specifications.  A royalty-
          bearing license on the normal reasonable and non-discriminatory
          terms and royalty rates then-offered by IBM, will be available to
          any party that does not wish to accept the one-time fee license
          offer.

          A party that wishes to receive further information on these
          license options, or to request a license, should write to:

                              John W. Lowe
                              Program Manager, Commercial Relations
                              IBM Corporation
                              2000 Purchase Street
                              Purchase, New York  10577

                              - 15 -

M. Theodore Irmer
October 22, 1991
Page 2


Any party receiving such a grant from IBM must agree to grant IBM
an option to a nonexclusive, world-wide, paid-up and irrevocable
license and immunity under that party's patents relating to the
relevant specifications, on terms and payments no less favorable
than those granted by IBM.

We look forward to adoption of the JPEG and JBIG work with due
speed, and await requests from those interested in licenses under
the offer extended herein.

                                    Sincerely,

                                    H. J. Hall

/kms

cc:  Gary Fereno, CCITT
     Jean Lepesqueur, CCITT
     J. W. Lowe
     C. F. Touchton


-16-

# *ANNEX G*

## *T.80*

### (TO BE ADDED)

# *ANNEX H*

## *T.81*
### (TO BE ADDED)

- /18 -

# *ANNEX I*

## *T.82*
### (TO BE ADDED)

**EXHIBIT 18**

C C I T T                                                    Document No. 2-E

Meeting of Chairmen of Study Groups

Geneva, 6-9 December 1983                          Original : English

Question: 1.1.1

TITLE   : CCITT PATENT POLICY

The question of how to deal with patented subjects in CCITT first came up
in the early 1970's. In view of the experience of other standardization organisations
(e.g. IEC, ISO) and the desirability to apply the same rules for all organisations, it
was decided to adopt in principle the IEC/ISO rules for CCITT work.

These rules stipulate that Study Group members should inform the meeting if
they know of any patent concerning a subject under study. If such a patent exists,
the patent holder is required to make the patent available to members. The minimum
requirements are, to grant licenses on a non-discriminatory basis and for reasonable
fees. Such a statement by the patent holder is usually published as a meeting
document. Members of the Study Group are then free to negotiate a license agreement
with the patent holder until the next Plenary Assembly when the draft Recommendation
concerned is submitted by the Study Group for approval by the Plenary.

If any such license negotiations fail, the Administration concerned may
request the Study Group Chairman to withdraw this draft Recommendation from the
Plenary Assembly.

These rules, although not printed in the CCITT Book, have worked satisfac-
torily over the years and the CCITT secretariat is not aware of a single case where
the rules did not resolve the problem. *Paul Witje UK/ Codex*

The advice of the CCITT Study Group Chairmen is sought as to whether the present
procedure can be continued or whether they have encountered difficulties in their
Study Groups.

*UK: reservation*