IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-00251-GMS |
| v. | ) |
| | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Kristen Healey Cramer on behalf of defendant Eastman Kodak Company in the above-referenced matter.

Dated: May 8, 2007         /s/ Kristen Healey Cramer
                                          Francis DiGiovanni (#3189)
                                          Kristen Healey Cramer (#4512)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          The Nemours Building
                                          1007 N. Orange Street
                                          Wilmington, DE  19899
                                          Phone (302) 658-9141


                                          Attorneys for Eastman Kodak Company

537738

## CERTIFICATE OF SERVICE

I, Kristen Healey Cramer, hereby certify that on May 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

>Thomas W. Winland
>Steven M. Anzalone
>Frank A. DeCosta, III
>Joyce Craig-Rient
>Finnegan Henderson Farabow Garrett and Dunner LLP
>901 New York Avenue, NW
>Washington, DC 20001

>/s/ Kristen Healey Cramer
>Kristen Healey Cramer (#4512)