IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-251-GMS |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION AND REQUESTS FOR PRODUCTION OF
DOCUMENTS AND THINGS OF STANLEY FRALICK**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, counsel

for U.S. Philips Corporation ("Philips") will take the deposition upon oral examination of

Stanley Fralick. The deposition will begin at 9:00 a.m. on **September 26, 2007**, at the offices of

Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W.,

Washington, D.C. 20001-4413. The deposition will continue from day to day until completed.

The deposition will be conducted pursuant to Federal Rule of Civil Procedure 30 and will

be taken before an officer, notary public, or other person authorized to administer oaths and may

be videotaped. The deposition will be taken for the purposes of discovery, for use at trial in this

matter, and for any purposes permitted under the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@asby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff U.S. Philips Corporation*

*Of Counsel*:

Thomas W. Winland
Steven N. Anzalone
Frank A. De Costa, III
Houtan K. Esfahani
Joyce Craig
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated:  August 17, 2007
183334.1