**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| U.S. PHILIPS CORPORATION,  ) | |
| ) | Case No. 06-0251 GMS |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| EASTMAN KODAK COMPANY,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |

## EASTMAN KODAK COMPANY'S APPLICATION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

1.      Defendant Eastman Kodak Company ("Kodak") respectfully applies for the issuance by the Court of a Letter of Request filed concurrently herewith, seeking the assistance of the judicial authorities of England and Wales for purposes of obtaining witness testimony and documents from United Kingdom residents.

2.      This Application is made pursuant to, and in conformity with, the Hague Convention of 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, *reprinted in* 28 U.S.C.A. § 1781, ("the Hague Convention") and Rules 28 and 30 of the Federal Rules of Civil Procedure.

3.      Issuance of a Letter of Request under the Hague Convention is the proper method for seeking testimony and documents of persons residing abroad.  Fed. R. Civ. P. 28; *Pain v. United Technologies Corp.*, 637 F.2d 775, 788-90 (D.C. Cir. 1980).

4.      Kodak seeks evidence from: (1) Mike Low, Director of the British Standards Institute and (2) Ms. Theodora N. Ngosi (collectively referred to herein as "the

witnesses"). Each of the witnesses is a United Kingdom resident and a current or former employee of the British Standards Institute ("BSI").

5.     The witnesses will produce documents and testimony sufficient to show that Philips employees were active within BSI and, in their capacity as BSI representatives, actively participated in the standards-setting organizations responsible for the promulgation of the Joint Photographic Experts Group's international standard for still image compression ("the JPEG standard"), which Philips now claims its patents cover.

6.     Kodak anticipates that the testimony and documents requested from the witnesses will establish that Philips, through its participation in BSI: (1) knew the technical details of the proposed JPEG standard; (2) was aware of the patent disclosure policies of each organization which required its members to disclose patents and patent applications relevant to the JPEG standard; (3) failed to disclose its patents, including the Patent-in-Suit and related patent applications it now claims are necessary to implement the JPEG standard; and (4) voted on several occasions to approve the JPEG standard.

7.     Kodak tried to resolve the issue without Court intervention. First, on August 8, 2006 and again on January 24, 2007, Kodak informally sought documents from BSI through Richard Clark, chair of the BSI sub-committee that studied the JPEG standard and included Philips employees. (*See* Declaration of Nicole Wyll ("Wyll Decl.") Exhs. 1, 2). BSI responded by indicating that while production of documents produced by BSI committees is within BSI discretion, BSI does not provide documents to third parties, and therefore, BSI would not meet Kodak's request. (Wyll Decl., Ex. 3.)

2

8.      Next, on April 19, 2007, Kodak served a subpoena on BSI Management Systems America, Inc., ("BSI America") seeking documents and testimony related to Philips' participation in BSI. (Wyll Decl., Ex. 4.) On May 2 and 16, 2007, in two separate letters, BSI America responded that it did not have any involvement with the circumstances surrounding the subpoena and that it would not provide documents or testimony to Kodak. (Wyll Decl., Exhs. 5, 6.) It is under these circumstances that Kodak brings this application.

9.      Therefore, Kodak requests that the Court approve and sign the attached Letter of Request. Kodak further requests that after the Court has signed the Letter of Request, that the Clerk of this Court authenticate the Court's signature under the seal of this Court, and that the Letter of Request be thereafter returned by the Clerk to counsel for Kodak. Counsel will promptly cause the Letter of Request to be transmitted to the appropriate judicial authorities in England and Wales, in conformity with Article 2 of the Hague Convention.

10.     The undersigned attorneys stand ready to reimburse this Court and/or the judicial authorities of England and Wales for any expenses incurred in connection with the execution of this Letter of Request.

11.     In accordance with Local Rule 7.1.1, counsel for Kodak conferred with counsel for Philips on several occasions concerning whether Philips would oppose this Application. On August 14, 2007, pursuant to the parties' previous communication on August 7, Kodak provided Philips its draft Letter of Request and sought a response by August 17. On August 17, Philips provided several comments to Kodak, and that same day Kodak sent another draft and correspondence to Philips which addressed Philips

concerns.  Kodak requested a final response by Monday, August 20.  On Tuesday,

August 21, Kodak again attempted to procure a response from Philips.  At this time,

Philips has not indicated whether it will or will not oppose this Application for Issuance

of a Letter of Request.

## ARGUMENT

12.     Kodak seeks evidence from a current employee, Mr. Low, and former

employee, Ms. Ngosi, of the British Standards Institute ("BSI"), a United Kingdom based

standards-setting organization.  Ms. Ngosi has knowledge regarding Philips' participation

in the standards-setting organizations responsible for promulgation of the Joint

Photographic Experts Group's international standard for still image compression ("the

JPEG standard"), which Philips now claims its patents cover.  Mr. Low has access to BSI

documents which demonstrate Philips' participation in the JPEG standard setting

organizations.  Because BSI has indicated that it will not voluntarily produce evidence

and because the witnesses have information essential to Kodak's counterclaims and

defenses, Kodak seeks to compel testimony and document production through the 1970

Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters

("Hague Evidence Convention").

## I.     THE ISSUANCE OF LETTERS OF REQUEST IS THE APPROPRIATE PROCEDURE FOR OBTAINING FOREIGN EVIDENCE

13.     The Hague Evidence Convention requests that signatory nations, such as

the United States and the United Kingdom, respond to requests from other signatories for

evidence related to civil or commercial matters.  23 U.S.T. 2555.  Such requests are

styled as a Letter of Request.  A Letter of Request is directed to the foreign judicial

authority in order to enlist the cooperation of the courts of that nation in compelling

4

evidence from witnesses. *See* Fed. R. Civ. P. 28(b). Letters of Request for the

examination of witnesses are properly issued pursuant to the Hague Evidence Convention

when, as here, the evidence is "significant to the resolution" of the litigation. *See DBMS*

*Consultants v. Computer Assocs. Int'l Inc.*, 131 F.R.D. 367, 369 (D.Mass. 1990).

14.    Federal courts have statutory power under 28 U.S.C. § 1781 and also

"inherent" authority to issue letters of request to foreign countries. *See United States v.*

*Reagan*, 453 F.2d 165, 172 (6th Cir. 1971); *see also* 28 U.S.C. § 1651 ("All Writs Act")

and Fed. R. Civ. P. 28(b). Kodak respectfully requests that the Court grant this

application and issue the attached proposed Letters of Request.

## II.    KODAK REQUIRES FOREIGN EVIDENCE-TAKING TO FULLY AND FAIRLY PRESENT ITS DEFENSES AND COUNTERCLAIMS AT TRIAL

15.    Philips' infringement allegations are based on Kodak's manufacture and

sale of products that implement the JPEG standard. The JPEG standard resulted from a

collaborative effort ("the JPEG committee") that consisted of representatives from at

least two international standards-setting organizations—the International Telegraph and

Telephone Consultative Committee ("CCITT") and the International Standards

Organization ("ISO"). The CCITT and ISO each had a subcommittee dedicated to

developing a worldwide standard for still-image compression and decompression:

CCITT Study Group VIII and ISO Working Group 8. The JPEG committee also

coordinated its efforts and initiated a "formal liaison" with CCITT Study Group XV,

which developed Recommendation H.261, a precursor to the MPEG standard.[1]

---

[1] MPEG, short for "Motion Picture Experts Group," is a CCITT-ISO standards effort similar to JPEG, which standardized the compression of video and audio rather than still images.

16.     Philips, by and through its related entities and employees in the Philips group of companies, was a member and active participant in BSI, ISO and CCITT JPEG related subcommittees as well as the JPEG committee itself. However, Philips never disclosed the Patent-in-Suit, or its related foreign counterparts and applications, in connection with JPEG standardization. Instead, Philips remained silent and ignored applicable patent disclosure obligations and explicit disclosure requests to committee members. Philips' misleading silence led the relevant committees to believe that the techniques adopted as the JPEG standard were free from Philips' patent claims. Had Philips disclosed the Patent-in-Suit and made the royalty demands it now makes, the JPEG related committees would have chosen one of the available alternative compression techniques. Based on Philips' misleading conduct, Kodak has asserted defenses and counterclaims that include waiver and equitable estoppel, laches, implied license, unclean hands, fraud, negligent misrepresentation, and deceptive trade practices under Delaware state law.

17.     The witnesses are residents of England and Wales and currently or formerly employed by BSI. BSI is a United Kingdom standards-organization which was an organizational member of CCITT Study Groups VIII and XV, and the JPEG committee itself. In addition, Ms. Ngosi acted as secretary in BSI meetings in which Philips employees participated. These same Philips employees participated in numerous meetings of CCITT Study Groups VIII and XV, and JPEG during development and ultimate adoption of the JPEG standard. Kodak anticipates that the testimony and documents requested from the witnesses will establish that Philips:

(i)     knew the technical details of the proposed JPEG standard;

6

(ii)     was aware of the patent disclosure policies of each organization that required

disclosure of patents and patent applications relevant to the JPEG standard;

(iii)    failed to disclose its patents including the Patent-in-Suit and related patent

applications it now claims are necessary to implement the JPEG standard; and

(iv)    voted on several occasions to approve the JPEG standard.

18.    Finally, Kodak sought to avoid Court intervention by seeking the

assistance of BSI through Richard Clark, Chair of BSI subcommittee IST/37. (*See* Wyll

Decl., Exhs. 1, 2.) BSI responded by indicating that they would not meet Kodak's

request for BSI committee documents. (*See id.* at Ex. 3.) Kodak then subpoenaed BSI

Management Systems America, Inc., ("BSI America") for documents and testimony.

(*Id.*, Exh. 4.) BSI America responded that it did not have any involvement in the matters

referred to in the subpoena and therefore could not provide documents or testimony. (*Id.*

at Exhs. 5, 6.)

19.    Ms. Ngosi is a United Kingdom resident, and BSI is a United Kingdom

based organization. As such, Ms. Ngosi and BSI are outside the subpoena power of the

United States. Kodak therefore requests that the Court issue the attached proposed Letter

of Request seeking judicial assistance from the appropriate judicial authorities of England

and Wales to obtain testimony and documents from the witnesses.

20.    Kodak further asserts that this application is timely and appropriate, in that

the evidence it seeks through The Hague Evidence Convention is evidence for trial.

Given that trial is now only months away, Kodak is taking the appropriate steps to obtain

evidence in support of its defenses and counterclaims.

7

## III.    CONCLUSION

21.    The questions and document requests in the attached proposed Letter of Request are narrowly tailored to obtain relevant testimony and evidence and are necessary in order for Kodak to fully and fairly present its defenses and counterclaims at trial.  For the foregoing reasons, Kodak respectfully requests that the Court grant this Application and issue the attached Letter of Request to the appropriate Court in England and Wales.

Dated:  August 21, 2007                          Respectfully submitted,

By:  /s/ Kristen Healey Cramer

Francis DiGiovanni (#3189)
Kristen Healey Cramer (#4512)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel: (302) 658-9141
e-mail: fdigiovanni@cblh.com

John Allcock
Sean Cunningham
Timothy Lohse
John Kinton
T. Jesse Hindman
Nicole Wyll
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700
(619) 699-2701 Fax

*Attorneys for Defendant/Counterclaimant*
*Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I, Kristen Healey Cramer, hereby certify that on August 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on August 21, 2007, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Kristen Healey Cramer
Kristen Healey Cramer (#4512)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **U.S. PHILIPS CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO. 06-00251 GMS** |
| **v.** | ) ) ) | |
| **EASTMAN KODAK COMPANY,** | ) ) ) | |
| **Defendant.** | ) ) ) ) | |

## DEFENDANT EASTMAN KODAK COMPANY'S
## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970
## ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

The United States District Court for the District of Delaware presents its compliments to the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales and requests assistance in obtaining evidence to be used in a civil proceeding before this Court in the above-captioned matter.

The District Court requests that the Senior Master approve the Defendant's nomination of a practicing Barrister or such other qualified person as the Court deems fit to act as Examiner for the purpose of obtaining oral testimony and documents for trial from non-party witnesses Theodora N. Ngosi, former employee of the British Standards Institute, and Mike Low, current director of the British Standards Institute.

This request is made pursuant to, and in conformity with, Chapter II, Articles 17, 18 and 21 of the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, to which both the United States and the United Kingdom are parties.

The District Court considers that the evidence sought is directly relevant to the issues in dispute and is not discovery within the meaning of Article 23 of the Hague Evidence Convention,

1

that is, testimony or documents merely intended to lead to relevant evidence for trial. This Request fully complies with the United Kingdom's reservations under the Hague Evidence Convention. Trial in this action is scheduled to commence on April 28, 2008.

The particulars of this Hague Evidence Request are as follows:

| | | |
|---|---|---|
| *1.* | *Sender* | Hon. Gregory M. Sleet<br>United States District Judge<br>United States District Court for the<br>District of Delaware<br>844 N. King Street, Room 4324<br>Wilmington, DE 19801<br>U.S.A.<br><br>***(CIV NO. 06-00251 GMS)*** |
| *2.* | *Central Authority of the Requested State:* | COMPETENT AUTHORITY FOR ENGLAND AND WALES<br>Senior Master of the Supreme Court of Judicature<br>Queen's Bench Division<br>ROYAL COURTS OF JUSTICE<br>Strand<br>London WC2A 2LL<br>UNITED KINGDOM<br><br>***On behalf of:***<br><br>THE CENTRAL AUTHORITY FOR THE UNITED KINGDOM<br>Her Majesty's Principal Secretary of State for Foreign Affairs<br>FOREIGN AND COMMONWEALTH OFFICE<br>King Charles Street<br>London SW1A 2AH, England,<br>UNITED KINGDOM |
| *3.* | *Person to whom the executed request is to be returned:* | ***Defendant's United Kingdom Legal Representative:***<br><br>Steven Loble, Esq.<br>LOBLE SOLICITORS<br>The Grain Stores<br>70 Weston Street<br>London SE1 3QH<br>UNITED KINGDOM<br>Tel.: + 44 (0) 20.7939.9100<br>Fax: + 44 (0) 20.7939.9111<br>Email:  steven@loble.co.uk |

*on behalf of:*

Hon. Gregory M. Sleet
United States District Judge
United States District Court for the
District of Delaware
844 N. King Street, Room 4324
Wilmington, DE 19801
U.S.A.

**4.     In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:**

**5.     *Requesting judicial authority:*** Hon. Gregory M. Sleet
United States District Judge
United States District Court for the
District of Delaware
844 N. King Street, Room 4324
Wilmington, DE 19801
U.S.A.

**To the competent authority of:** The United Kingdom of Great Britain and
Northern Ireland

**6.     *Names and addresses of the parties and their representatives:***

**a.     *Plaintiff*** **U.S. PHILIPS CORPORATION**, a Delaware
corporation with offices in New York

*Plaintiff's U.S. Legal Representatives:*

Steven J. Balick, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
U.S.A.
Tel:  +1.302.654.1888
Fax: +1.302.654.2067
Email:  sbalick@ashby-geddes.com
Email:  jday@ashby-geddes.com
Email:  tlydon@ashby-geddes.com

*and*

Thomas Winland, Esq.
Steven M. Anzalone, Esq.
Frank A. De Costa, III, Esq.
Houtan K. Esfahani, Esq.
Joyce Craig, Esq.

3

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
U.S.A.
Tel:  +1.202.408.4000
Fax:  +1.202.408.4400
Email:  thomas.winland@finnegan.com
Email:  steven.anzalone@finnegan.com
Email:  frank.decosta@finnegan.com
Email:  houtan.esfahani@finnegan.com
Email:  joyce.craig-rient@finnegan.com

*b.*    *Defendant*          **EASTMAN KODAK COMPANY**, a New Jersey
corporation with offices in New York

*__Defendant's U.S. Legal Representatives__:*

Francis DiGiovanni, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
U.S.A.
Tel:  +1.302.658.9141
Fax:  +1.302. 658-5614
Email:  fdigiovanni@cblh.com

*and*

John Allcock, Esq.
Sean C. Cunningham, Esq.
Timothy Lohse, Esq.
John D. Kinton, Esq.
Jesse Hindman, Esq.
Nicole Wyll, Esq.
DLA PIPER US LLP
401 B. Street, Suite 1700
San Diego, CA 92101
U.S.A.
Tel:  +1.619.699.2700
Fax:  +1.619.699.2701
Email: John.Allock@dlapiper.com
Email:  Sean.Cunningham@dlapiper.com
Email:  Timothy.Lohse@dlapiper.com
Email:  John.Kinton@dlapiper.com
Email:  Jesse.Hindman@dlapiper.com
Email:  Nikki.Wyll@dlapiper.com

*__Defendant's United Kingdom Legal__*

*Representatives:*

Steven Loble, Esq.
LOBLE SOLICITORS
The Grain Stores
70 Weston Street
London SE1 3QH
UNITED KINGDOM
Tel.: + 44 (0) 20.7939.9100
Fax: + 44 (0) 20.7939.9111
Email:  steven@loble.co.uk

**6.      *Nature and purpose of the proceedings and summary of the facts:***

<u>**PARTIES**</u>

Plaintiff/Counterdefendant U.S. Philips Corporation ("Philips") is a corporation organized and existing under the laws of Delaware, with a place of business in New York, New York.  Philips is a subsidiary of global parent Royal Philips Electronics N.V., one of the world's largest publicly-traded electronics companies.

Defendant/Counterclaimant Eastman Kodak Company ("Kodak") is a corporation organized and existing under the laws of New Jersey, with a place of business in Rochester, New York.  Kodak is a public company, providing a wide range of products, equipment and services in the areas of photographic film, digital photography, health imaging, and printing.

<u>**ALLEGATIONS IN THE COMPLAINT**</u>

Plaintiff Philips initiated a civil lawsuit in the United States District Court for the District of Delaware against Defendant Kodak on April 18, 2006, pursuant to the Patent Laws of the United States, 25 U.S.C. § 1 *et seq*.  Philips alleges that Kodak has infringed, and continues to infringe, United States Patent Number 4,901,075 ("the '075 patent") (Exhibit 1) through Kodak's manufacture and sale of products that comply with the Joint Photographic Experts Group ("JPEG") standard for digital still image compression and decompression (the "JPEG standard").

Philips seeks a judgment that Kodak has infringed the '075 patent and that the infringement was deliberate and willful; that Kodak be permanently enjoined from making, using,

selling or importing within the United States all JPEG compliant image encoding hardware and software products and services, including products made by such products and services; for damages; reasonable attorneys' fees, and such other relief as the Court deems proper.

**DEFENDANT KODAK'S DEFENSES AND COUNTERCLAIMS**

In its Answer and Counterclaims, Kodak denies that its products infringe the '075 patent and asserts that the '075 patent is invalid and unenforceable. Furthermore, Kodak asserts that Philips' claims fail due to Philips' participation, through its related corporate entities and representatives, in the development and adoption of the JPEG standard.

Kodak asserts that the JPEG standard is the result of almost a decade of worldwide collaboration by representatives of numerous companies, countries and standards-setting organizations. The Joint Photographic Experts Group committee ("the JPEG committee") was a collaborative effort that consisted of representatives from at least two international standards-setting organizations—the International Telegraph and Telephone Consultative Committee ("CCITT") and the International Standards Organization ("ISO"). The CCITT and ISO each had a subcommittee dedicated to developing a worldwide standard for still-image compression and decompression: CCITT Study Group VIII and ISO Working Group 8. Kodak asserts that Philips was a member and active participant in both subcommittees as well as the JPEG committee itself. Kodak also asserts that Philips was a member of CCITT Study Group XV, which developed Recommendation H.261, a precursor to the MPEG standard. MPEG, short for "Motion Picture Experts Group," is a CCITT-ISO standards effort similar to JPEG, which standardized the compression of video and audio rather than still images. The JPEG committee coordinated its efforts and initiated a "formal liaison" with CCITT Study Group XV. In addition, Kodak asserts that Philips was an active participant in a third standards-setting body involved with JPEG standardization, the British Standards Institute ("BSI") and its subcommittee IST/37.

Kodak asserts that Philips, by and through its related entities and representatives in the Philips group of companies, was a member of CCITT Study Groups VIII and XV, ISO Working

6

Group 8, BSI subcommittee IST/37 and the JPEG committee. Kodak further asserts that Philips:

<blockquote>

(i)       knew the technical details of the proposed JPEG standard;

(ii)     was aware of the patent disclosure policies of each organization that required it to disclose patents and patent applications relevant to the JPEG standard;

(iii)    failed to disclose its patents including the '075 patent and related patent applications it now claims are necessary to implement the JPEG standard; and

(iv)    voted on several occasions to approve the JPEG standard.

</blockquote>

Kodak also asserts that despite specific requests by committee leaders for patent disclosure and patent disclosures by other standards-setting committee members, Philips never disclosed that it owned patents or patent applications that might be relevant to the JPEG standard. Kodak asserts that it also participated in the development and adoption of the JPEG standard and that, along with other JPEG standardization participants, reasonably relied on Philips' silence and/or misrepresentations to conclude that Philips did not possess patents or patent applications relevant to the JPEG standard.

Kodak further asserts that Philips waited an unreasonably long period of time to assert its patent. Kodak asserts that it began making and publicly marketing, advertising and selling its products which incorporated the JPEG standard in the early 1990s. Despite Kodak's widespread public marketing and sale of JPEG standard-enabled products, Philips did not inform Kodak of its purported belief that Kodak infringed its patent rights until a communication dated October 1, 2002. Philips did not file suit until April 18, 2006. Kodak asserts that in the intervening years of Philips' delay, the JPEG standard became deeply entrenched as the preeminent standard for the digital compression, storage and transmission of still images, and Kodak has made significant investments in developing and marketing products and services that implement that standard. Kodak asserts that as a result of Philips' conduct, Kodak has incurred damages and will continue to be damaged in the future.

Based on the above facts, Kodak asserts defenses and counterclaims based on waiver and equitable estoppel, laches, implied license, unclean hands, fraud, negligent misrepresentation, and deceptive trade practices under Delaware state law. Kodak seeks a judgment that Kodak has not infringed the '075 patent; that the claims of the '075 patent are invalid; that Philips is barred from enforcing the '075 patent based on equitable estoppel; that Kodak has an implied license for the '075 patent; that Philips has engaged in deceptive trade practices, fraud and negligent misrepresentation; for a permanent injunction prohibiting Philips' deceptive trade practices and further enforcement of the '075 patent; damages; and attorneys' fees and such other relief as the Court or jury deems proper.

## STAGE OF THE PROCEEDINGS

Philips commenced this action on April 18, 2006 when it filed its Complaint. Kodak filed its Answer and Counterclaims on October 17, 2006. Philips filed its Answer to those Counterclaims on November 6, 2006. Responses to written interrogatories and requests for production of documents have been served by the parties. Trial is scheduled to commence on April 28, 2008.

## THE WITNESSES FROM WHOM EVIDENCE AND DOCUMENTS ARE SOUGHT

1.      Ms. Theodora ("Teddie") N. Ngosi, former Secretary of ISO/lEG JTG 1/SC 2/WC 8 accredited to SC 2/WC 8 and ISO as noted by the UK National Technical Committees.

2.       Mike Low, Director, BSI British Standards. BSI was active in the adoption of the JPEG standard as a member of ISO Working Group 8. Numerous representatives of BSI, as well as representatives of the Plaintiff and Defendant attended ISO Working Group 8 committee meetings during development of the JPEG standard between 1984 and 1994.

## RELEVANCE OF THE EVIDENCE SOUGHT

Kodak asserts that the JPEG standard is the result of almost a decade of worldwide collaboration by representatives of numerous companies, countries and standards-setting organizations. The work was largely done by the JPEG committee that consisted of

representatives from at least two international standards-setting organizations—the International

Telegraph and Telephone Consultative Committee ("CCITT") and the International Standards

Organization ("ISO"). Each organization had a subcommittee dedicated to developing a

worldwide standard for still-image compression and decompression: CCITT Study Group VIII

and ISO Working Group 8.

Kodak asserts that Philips was a member and participant in these two subcommittees as

well as the JPEG committee itself, formed as a collaboration between them. In addition, Philips

was a member of BSI and its subcommittees IST/2 and IST/37, which were active in the JPEG

standards-setting process and whose members participated in ISO Working Group 8 meetings.

The JPEG standard was ultimately adopted by BSI as a British standard on July 15, 1994.

Kodak also asserts that Philips was a member and participant in CCITT Study Group XV,

which developed Recommendation H.261, a precursor to the MPEG standard. MPEG, short for

"Motion Picture Experts Group," is a CCITT-ISO standards effort similar to JPEG, which

standardized the compression of video and audio rather than still images. The JPEG committee

coordinated its efforts and initiated a liaison with CCITT Study Group XV.

Kodak asserts that Philips, by and through its related entities in the Philips group of

companies, was a member of CCITT Study Groups VIII and XV, ISO Working Group 8, the

JPEG committee, and BSI subcommittees IST/2 and IST/37 and that Philips:

(i)     knew the technical details of the proposed JPEG standard;

(ii)    was aware of the patent disclosure policies of each organization that required it to

        disclose patents and patent applications relevant to the JPEG standard;

(iii)   failed to disclose its patents including the '075 patent and related patent applications

        it now claims are necessary to implement the JPEG standard; and

(iv)    voted on several occasions to approve the JPEG standard.

        Kodak also asserts that despite specific requests by committee leaders for patent

disclosures and patent disclosures by other standards-setting committee members, Philips never disclosed that it had patents or patent applications that might be relevant to the standard adopted by JPEG.

Kodak asserts that JPEG and the related standards-setting committees sought to adopt an "open" standard that would be free from patent infringement claims and would be widely available for industries, companies, and consumers worldwide to use.  Kodak asserts that had Philips disclosed the '075 patent during the JPEG standardization process and made the royalty demands it now makes, JPEG and the related standards-setting committees would have chosen one of the available alternative compression techniques for standardization.

Kodak asserts that since its adoption, the JPEG standard has become deeply entrenched as the preeminent standard for the digital compression, storage and transmission of still images, and Kodak has made significant investments in the products and services that implement this standard.  Based on these facts, Kodak asserts defenses and counterclaims of waiver and equitable estoppel, laches, implied license, unclean hands, fraud, negligent misrepresentation, and deceptive trade practices under Delaware state law.

Kodak asserts that the testimony of Ms. Ngosi and the BSI documents to be provided by Mr. Low are relevant to prove: (1) BSI's participation in JPEG standardization; (2) BSI's adoption of the JPEG standard; (3) Philips' participation in JPEG standardization; (2) Philips knowledge of the technical specifications of the JPEG standard; (3) Philips' knowledge of ISO Working Group 8 and BSI patent disclosure policies; and (4) Philips' failure to properly disclose the '075 patent.

Kodak further asserts that documents obtained by Kodak demonstrate that BSI was an active participant in ISO Working Group 8 ("ISO WG8") and further that BSI actively participated in adopting the JPEG standard.  BSI members involved in these activities included employees of Philips Research Laboratories, a subsidiary of Royal Philips Electronics, N.V.  On July 15, 1994, BSI ultimately adopted the ISO JPEG standard (ISO/IEC 10918-1) as a British

Standard. (Exhibit 2 – the first 4 pages of 184 pages are exhibited to show the Plaintiff's involvement in the project.)

Kodak asserts that a January 1990 BSI membership list details those experts from the United Kingdom who were recognized as actively participating in ISO Working Group 8 and accredited to both Working Group 8 and the ISO as noted by the United Kingdom National Technical Committees. This list included the following BSI members employed by Philips Research Laboratories: Mr. Simon Turner, Dr. John Morris, and Mr. Norman Richards. (Exhibit 3, pp. 1, 3.)  Mr. Turner is designated as "Convenor" of BSI IST/2/-1.  (Exhibit 3, p. 1.)  This document also identifies Ms. Ngosi as secretary to BSI subcommittee IST/2/-1.  (Exhibit 3, p. 1.)

In addition, Kodak asserts that a WG8 mailing list dated June 1989 lists Turner, Morris and Richards as employees of Philips Research Laboratories in the United Kingdom, and "active" members of WG8. (Exhibit 4, pp. 3, 8.)  "Active" members were able to attend WG8 meetings and receive relevant documents.  (Exhibit 4, p. 1.)  A final WG8 mailing list from April 18, 1990 lists Dr. Morris and Mr. Turner as attendants at four ISO WG8 meetings (Exhibit 5 p. 4) and Ms. Ngosi as a Committee Administrator affiliated with BSI. (Exhibit 5, p. 22.)

Kodak asserts that all three Philips employees attended ISO WG8 JPEG meetings throughout the development of the JPEG standard.  Mr. Turner attended an ISO WG8 JPEG meeting on March 24-26, 1987 in Darmstadt, Germany, on behalf of Philips Research Laboratories.  (Exhibit 6, p. 8.)   During this meeting, the attendees established compression techniques for consideration as the JPEG standard, and members were informed that an updated initial description of the techniques would be mailed directly to those on the WG8 mailing list. (Exhibit 6, pp. 4, 10, 12.)

Kodak asserts that Mr. Richards attended a ISO WG8 JPEG meeting in Copenhagen, Denmark, held from January 25-27, 1988, where "it was agreed by JPEG that the resulting ADCT technique should be the basis of the future [JPEG] standard." (Exhibit 7, pp. 5, 8.)

Finally, Kodak asserts that Dr. Morris attended three separate ISO WG8 JPEG meetings.

11

In July, 1988 Dr. Morris attended a meeting of the JPEG Ad Hoc Technical Development group in Rennes, France, where technical experts gathered to discuss their work and progress. (Exhibit 5, p. 4; Exhibit 8, p. 1.) During an ISO WG8 meeting in Stockholm, Sweden (July 3-7, 1989) attended by Dr. Morris, members were informed that a working draft of the JPEG standard would "soon" be ready and distributed to the WG8 membership upon completion. (Exhibit 9, p. 3.) Furthermore, Dr. Morris attended a 1989 ISO WG8 JPEG meeting in Japan (Exhibit 5, p. 4) where ANT and Hitachi provided relevant patent filings, and the committee engaged in significant technical discussions regarding arithmetic coding methods under consideration for JPEG. (Exhibit 10, pp. 3, 4.)

Kodak asserts that the facts surrounding BSI's creation of subcommittees IST/2 and IST/37, and its participation in ISO Working Group 8 will establish: (1) Philips' participation in JPEG standardization; (2) Philips' knowledge of the technical specifications of the JPEG standard; (3) Philips' knowledge of BSI and other standards-setting organizations' patent disclosure policies; and (4) Philips' failure to properly disclose the '075 patent. (Exhibit 1.)

The District Court asserts that the facts surrounding BSI's participation in JPEG standardization, and ultimate adoption as a British standard, are essential evidence in relation to the matters in issue between the parties. Justice cannot be completely served without the testimony of Ms. Ngosi and documentary evidence from Mr. Low.

**8.    *Evidence to be obtained or other judicial act to be performed:***

The District Court seeks the oral testimony and specific documents from Mr. Low of BSI and Ms. Ngosi.

Defendant asserts that BSI's cooperation in giving evidence in this matter has been sought but that BSI has indicated to Kodak's counsel that it is only prepared to give evidence pursuant to a formal Request in conformity with the Hague Evidence Convention. Counsel for Kodak previously sought the assistance of BSI and requested documents relating to Philips' participation in IST/37 and their consideration and adoption of the JPEG standard. (Exhibits 11

and 12.)  BSI informed Kodak that distribution of documents produced by internal committees was within BSI discretion, and they were unable to meet Kodak's request for documents. (Exhibit 13.)

For the reasons set forth above, the District Court believes that the witness, Ms. Ngosi, (whose contact details are given below) will be able to provide evidence directly relevant to the main issues between the parties and without which the ends of justice could not be properly met. The District Court believes that this evidence is not available from any other source.

## SUBJECT MATTER FOR ORAL EXAMINATION

1. Background and foundational information regarding the witness.

2. Background and foundational information regarding the British Standards Institute.

3. The background of BSI-established subcommittees that were involved with the study and adoption of the JPEG standard.

4. BSI patent disclosure policies.

5. BSI's participation in ISO Working Group 8 committee meetings.

6. BSI's knowledge of the subject matter and specification of the JPEG standard gained as a member of ISO Working Group 8.

7. Knowledge of Philips Research Laboratories voting in ISO Working Group 8  to approve the JPEG standard.

8. BSI's adoption of ISO/IEC 10918-1 as a British standard.

9. BSI's knowledge of and compliance with ISO Working Group 8 patent policies.

10. Philips' participation in BSI established sub-committees IST/2 and IST/37, and the ISO WG8 committee.

11. Kodak's participation in BSI established sub-committees IST/2 and IST/37, and the ISO WG8 committee.

## LIST OF DOCUMENTS TO BE PRODUCED FROM MS. NGOSI

1. Ms. Ngosi's notes and materials from the BSI IST/2 meeting on August 6, 1986;

2.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on April 26, 1989;

3.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on July 31, 1989;

4.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on November 27, 1989;

5.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on February 12, 1990;

6.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on February 16, 1990;

7.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on May 17, 1990;

8.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting  on October 5, 1990;

9.  Ms. Ngosi's notes and materials from the BSI IST/2 meeting on May 21, 1991;

10. Ms. Ngosi's notes and materials from the BSI IST/2 meeting on September 28, 1991;

11. Ms. Ngosi's notes and materials from the BSI IST/37 meeting on November 1, 1991;

12. Ms. Ngosi's notes and materials from the BSI IST/37 meeting on March 2, 1992;

13. Ms. Ngosi's notes and materials from the BSI IST/37 meeting on June 11, 1992;

14. Ms. Ngosi's notes and materials from the BSI IST/37 meeting on September 2, 1992.

**LIST OF DOCUMENTS TO BE PRODUCED FROM MIKE LOW**

The District Court requests that Mr. Low, as a representative of BSI, produce and authenticate the following documents in BSI's possession, custody, or control and answer questions relating to those documents:

1.  BSI draft specifications of the JPEG standard for 1986;

2.  BSI draft specifications of the JPEG standard for 1987;

3.  BSI draft specifications of the JPEG standard for 1988;

4.  BSI draft specifications of the JPEG standard for 1989;

5.  BSI draft specifications of the JPEG standard for 1990;

6.  BSI draft specifications of the JPEG standard for 1991;

7.  BSI draft specifications of the JPEG standard for 1992;

8.  BSI draft specifications of the JPEG standard for 1993;

9.  BSI draft specifications of the JPEG standard for 1994;

14

10.  Final BSI specifications of the JPEG standard;

11.  BSI patent disclosure policies from 1986;

12.  BSI patent disclosure policies from 1987;

13.  BSI patent disclosure policies from 1988;

14.  BSI patent disclosure policies from 1989;

15.  BSI patent disclosure policies from 1990;

16.  BSI patent disclosure policies from 1991;

17.  BSI patent disclosure policies from 1992;

18.  BSI patent disclosure policies from 1993;

19.  BSI patent disclosure policies from 1994;

20.  Meeting minutes for BSI IST/2 on August 6, 1986;

21.  Meeting minutes for BSI IST/2 on April 26, 1989;

22.  Meeting minutes for BSI IST/2 on July 31, 1989;

23.  Meeting minutes for BSI IST/2 on November 27, 1989;

24.  Meeting minutes for BSI IST/2 on February 12, 1990;

25.  Meeting minutes for BSI IST/2 on February 16, 1990;

26.  Meeting minutes for BSI IST/2 on May 17, 1990;

27.  Meeting minutes for BSI IST/2 on October 5, 1990;

28.  Meeting minutes for BSI IST/2 on May 21, 1991;

29.  Meeting minutes for BSI IST/2 on September 28, 1991;

30.  Meeting minutes for BSI IST/37 on November 1, 1991;

31.  Meeting minutes for BSI IST/37 on March 2, 1992;

32.  Meeting minutes for BSI IST/37 on June 11, 1992;

33.  Meeting minutes for BSI IST/37 on September 2, 1992;

34.  BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr.

Simon Turner in 1986;

35. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1987;

36. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1988;

37. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1989;

38. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1990;

39. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1991;

40. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1992;

41. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1993;

42. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Simon Turner in 1994;

43. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1986;

44. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1987;

45. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1988;

46. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1989;

47. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1990;

48. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1991;

49. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1992;

50. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1993;

51. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG 8 for Dr. John Morris in 1994;

52. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1986;

53. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1987;

54. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1988;

55. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1989;

56. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1990;

57. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1991;

58. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1992;

59. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1993;

60. BSI's letters of appointment or accreditation to ISO/IEC JTC 1/SC 2/WG for Mr. Norman Richards in 1994;

SD\1752562.1

61.    Membership list of BSI committee IST/2 for 1986;

62.    Membership list of BSI committee IST/2 for 1987;

63.    Membership list of BSI committee IST/2 for 1988;

64.    Membership list of BSI committee IST/2 for 1989;

65.    Membership list of BSI committee IST/2 for 1990;

66.    Membership list of BSI committee IST/2 for 1991;

67.    Membership list of BSI committee IST/2 for 1992;

68.    Membership list of BSI committee IST/2 for 1993;

69.    Membership list of BSI committee IST/2 for 1994;

70.    Membership list for BSI committee IST/2-1 for 1986;

71.    Membership list for BSI committee IST/2-1 for 1987;

72.    Membership list for BSI committee IST/2-1 for 1988;

73.    Membership list for BSI committee IST/2-1 for 1989;

74.    Membership list for BSI committee IST/2-1 for 1990;

75.    Membership list for BSI committee IST/2-1 for 1991;

76.    Membership list for BSI committee IST/2-1 for 1992;

77.    Membership list for BSI committee IST/2-1 for 1993;

78.    Membership list for BSI committee IST/2-1 for 1994;

79.    Membership list for BSI committee IST/37 for 1986;

80.    Membership list for BSI committee IST/37 for 1987;

81.    Membership list for BSI committee IST/37 for 1988;

82.    Membership list for BSI committee IST/37 for 1989;

83.    Membership list for BSI committee IST/37 for 1990;

84.    Membership list for BSI committee IST/37 for 1991;

85.    Membership list for BSI committee IST/37 for 1992;

86.    Membership list for BSI committee IST/37 for 1993;

87.    Membership list for BSI committee IST/37 for 1994;

88.    Attendance lists for BSI IST/2 meeting on August 6, 1986;

89.    Attendance lists for BSI IST/2 meeting on April 26, 1989;

90.    Attendance lists for BSI IST/2 meeting on July 31, 1989;

91.    Attendance lists for BSI IST/2 meeting on November 27, 1989;

92.    Attendance lists for BSI IST/2 meeting on February 12, 1990;

93.    Attendance lists for BSI IST/2 meeting on February 16, 1990;

94.    Attendance lists for BSI IST/2 meeting on May 17, 1990;

95.    Attendance lists for BSI IST/2 meeting on October 5, 1990;

96.    Attendance lists for BSI IST/2 meeting on May 21, 1991;

97.    Attendance lists for BSI IST/2 meeting on September 28, 1991;

98.    Attendance lists for BSI IST/37 meeting on November 1, 1991;

99.    Attendance lists for BSI IST/37 meeting on March 2, 1992;

100.    Attendance lists for BSI IST/37 meeting on June 11, 1992;

101.    Attendance lists for BSI IST/37 meeting on September 2, 1992;

102.    Working Group 8's plenary report presented at May 17, 1990 BSI IST/2 meeting;

103.    Copy of DIS 10918-1 (draft of JPEG standard) with comments, that was circulated during a meeting of IST/37 on November 1, 1991;

104.    Report issued by Mr. Turner at October 5, 1990 BSI IST/2 meeting regarding reorganization of Working Group 8;

105.    Written report submitted by IST/2-/1 to IST/2 in May, 1990 regarding BSI concerns about JPEG draft specifications;

106.    Copy of BSI vote approving ISO Standard 10918-1 submitted to ISO;

107.    Copy of British version of ISO 10918-1 signed by Mr. Simon Turner;

108.    Copy of nomination of Mr. Simon Turner by BSI to Working Group 8 as an expert in or about 1987;

109. Formal ballot from ISO/IEC JTC1 received by BSI committee IST/37 regarding approval of JPEG standard in or about 1994;

110. Copy of DIS 10918-1 circulated to IST/37 for review in or about 1994;

111. Copy of Formal Ballot submitted by BSI approving DIS 10918-1 in or about 1994.

| | | |
|---|---|---|
| ***9.*** | ***Identities and addresses of persons to be examined:*** | Mike Low<br>British Standards Institute<br>389 Chiswick High Road<br>London<br>W4 4AL<br>United Kingdom<br>Tel: +44 (0)20 8996 9001<br><br>Theodora N. Ngosi<br>29 Forest Gardens<br>Haringey, London<br>N17 6XA<br>United Kingdom |
| ***10.*** | ***Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined:*** | Please see list of subject matters itemized above. |
| ***11.*** | ***Documents or other property to be inspected:*** | Please see list of documents itemized above. |
| ***12.*** | ***Any requirement that the evidence be given on oath or affirmation and any specific form to be used:*** | The witness should be examined under oath or affirmation, or in the alternative, should be instructed of the consequences for the giving of untruthful and false answers under the laws of the England & Wales. |

***13.    Special methods or procedure to be followed:***

The District Court respectfully requests, with respect to the oral testimony being sought:

- That the High Court appoint an Examiner for the purpose of compelling documents and oral testimony from the witness for use at trial;

- That Plaintiff's counsel, Steven Loble, a solicitor with the London firm of Loble Solicitors, arrange for the nomination of a barrister to act as Examiner in this matter in conformity with Article 18 of the Hague Evidence Convention of

March 18, 1970; the Evidence (Proceedings in Other Jurisdictions) Act 1975; and Part 34 of the Civil Procedure Rules;

- That the parties' representatives or their designees, and a court reporter be permitted to be present during the examination, at Kodak's expense; that the representatives or designees be permitted to examine and cross-examine the witnesses; and that the court reporter be permitted to make a verbatim record of the proceedings.

- That a videographer be permitted, at Kodak's expense, to make a videotape recording of the proceedings.

In addition, the District Court requests, with respect to the documents being sought that the Examiner ensure that any documents produced are authenticated in accordance with its normal practice and procedures.

The District Court additionally requests that the confidentiality of any evidence produced as a result of this Request be maintained pursuant to the laws of England.

| | | |
|---|---|---|
| **14.** | ***Request for notification of the times and place for the execution of the Request and identity of the person to be notified:*** | It is requested that testimony be taken at such place, date or time as ordered by the Senior Master and/or as otherwise scheduled by the representatives of the Plaintiffs and/or as otherwise agreed to by the witnesses and the respective representatives of the Parties. |
| | | Notice thereof should be made to Plaintiffs' UK designee: |
| | | Steven Loble, Esq.<br>LOBLE SOLICITORS<br>The Grain Stores<br>70 Weston Street<br>London SE1 3QH<br>UNITED KINGDOM<br>Tel.: + 44 (0) 20.7939.9100<br>Fax: + 44 (0) 20.7939.9111<br>Email:  steven@loble.co.uk |

| | | |
|---|---|---|
| *15.* | *Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request:* | None. |
| *16.* | *Specification of privilege or duty to refuse to give evidence under the laws of the State of origin:* | Under the laws of the United States, a party has a privilege to refuse to give evidence if the evidence discloses a confidential communication between that party and an attorney for that party that was made for the purpose of obtaining legal advice. |

Parties also enjoy limited privileges on other grounds not relevant here such as communications between physician and patient, psychotherapist and patient, husband and wife, or clergy and penitent.

U.S. law also recognizes a privilege against criminal self-incrimination.

Outside the strict area of privilege, certain limited immunities are available that may place restrictions on the giving of evidence, such as the limited protection of documents created as the work product of attorneys during or in anticipation of litigation.

| | | |
|---|---|---|
| *17.* | *The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* | Defendant Eastman Kodak Company |

*c/o Defendant's legal representative: in the U.S.:*

Francis DiGiovanni, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
U.S.A.
Tel:  +1.302.658.9141
Fax: +1.302. 658-5614
Email:  fdigiovanni@cblh.com

*and*

John Allcock, Esq.
Sean C. Cunningham, Esq.
Timothy Lohse, Esq.
John D. Kinton, Esq.
Nicole Wyll, Esq.

22

Jesse Hindman, Esq.
DLA PIPER US LLP
401 B. Street, Suite 1700
San Diego, CA 92101
U.S.A.
Tel:  +1.619.699.2700
Fax:  +1.619.699.2701
Email: John.Allock@dlapiper.com
Email:  Sean.Cunningham@dlapiper.com
Email:  Timothy.Lohse@dlapiper.com
Email:  John.Kinton@dlapiper.com
Email:  Nikki.Wyll@dlapiper.com
Email:  Jesse.Hindman@dlapiper.com

**18.**     *Date of Request:*

                                      _____

**19.**     *Signature and seal of the Requesting*            _____
           *Authority:*
                                                   Hon. Gregory M. Sleet
                                                   United States District Judge
                                                   United States District Court for the
                                                   District of Delaware
                                                   844 N. King Street, Room 4324
                                                   Wilmington, DE 19801
                                                   U.S.A.

# EXHIBIT
# 1

# United States Patent [19]

## Vogel

[11]  Patent Number:  **4,901,075**

[45]  Date of Patent:  **Feb. 13, 1990**

[54]  **METHOD AND APPARATUS FOR BIT RATE REDUCTION**

[75]  Inventor:  **Peter Vogel,** Diepersdorf, Fed. Rep. of Germany

[73]  Assignee:  **U. S. Philips Corporation,** New York, N.Y.

[21]  Appl. No.:  **96,177**

[22]  Filed:  **Sep. 11, 1987**

[30]  **Foreign Application Priority Data**

Sep. 13, 1986 [DE]  Fed. Rep. of Germany ....... 3631252
Nov. 8, 1986 [DE]  Fed. Rep. of Germany ....... 3638127
May 23, 1987 [DE]  Fed. Rep. of Germany ....... 3717399

[51]  Int. Cl.$^4$ ............................................. H03M 7/46
[52]  U.S. Cl. ........................................ **341/63;** 341/59; 358/261.1
[58]  Field of Search .................. 340/347 DD; 358/13, 358/136, 138, 261.2, 261.3, 261.4, 263, 261.1; 341/63, 106; 375/25

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,101,934 | 7/1978 | Fukuoka ................................. | 341/63 |
| 4,316,222 | 2/1982 | Subramaniam ................... | 358/261.4 |
| 4,394,774 | 7/1983 | Widergren et al. ......... | 340/347 DD |
| 4,698,672 | 10/1987 | Chen et al. .......................... | 358/136 |

*Primary Examiner*—William M. Shoop, Jr.
*Assistant Examiner*—Brian K. Young
*Attorney, Agent, or Firm*—Michael E. Marion

[57]  **ABSTRACT**

A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded.

**13 Claims, 5 Drawing Sheets**



| L | ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|------|-----|-----|-----|-----|----|----|----|-----|
|   | 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
|   | 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
|   | 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
|   | 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
|   | 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
|   | 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
|   | 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
|   | 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
|   | 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
|   |   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 |

B

FIG. 1



FIG. 2

| Nr. | B | L | code word | | length |
|---|---|---|---|---|---|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

U.S. Patent    Feb. 13, 1990    Sheet 4 of 5    4,901,075

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

FIG. 5



FIG. 6

4,901,075

1

## METHOD AND APPARATUS FOR BIT RATE REDUCTION

### BACKGROUND OF THE INVENTION

The invention relates to a method of and a circuit arrangement for bit rate reduction. Bit rate reduction is carried out when coding a signal, which comprises a series of digital signal values and has a signal value A, occurring most frequently in runs.

An Article by Wen-Hsiung Chen and William K. Pratt (Chen, When-Hsiung and Pratt, William K.; Scene Adaptive Coder IEEE Transactions on Communications, vol. Com-32, No. 3, March 1984, pages 225–232) describes a coding process of video signals for the purpose of transmitting video pictures of satisfactory quality at a minimum possible bit rate. Coding is effected in several steps. First, equally large video picture sections which are represented by blocks of pixels are subjected to a Discrete Cosine Transform. In this transform process, a special two-dimensional Fourier transform is used. By the transform, a new block of values (coefficients) is obtained from the original block. This coefficient block has the property that a large number of its elements—thus a large number of the coefficients—are approximately 0 or exactly 0. A subsequent quantization of the coefficients always renders the greater part of the elements 0 so that a subsequent Huffman coding would therefore already involve a considerable bit rate reduction. The authors of the above-mentioned Article achieve a further bit rate reduction in that the frequent occurrence of zero runs in the intermediate signal in which the coefficients are serially arranged is utilized by means of a Huffman coding.

It is known that in a Huffman coding in which the codewords have different lengths, statistic properties of the signal to be coded are utilized. In the present case this particularly implies that the frequency with which zero runs having lengths 1, 2, 3, etc. occur in the above-mentioned intermediate signal is investigated. The shortest Huffman codeword is then assigned to the run that occurs most frequently. The next larger codeword is assigned to the run that occurs less frequently, and so forth.

For coding the intermediate signal two Huffman code tables are required according to the above-mentioned Article. A first table shows how the (quantized) coefficients different from 0 are to be coded. Only the coefficient values are coded because equally large coefficients also occur at the same frequency. The signs are transmitted in a separate bit. A second table shows how the run length is to be coded. In order that the codewords of one table can be distinguished from those of the other table during decoding, a separate codeword, the so-called run length prefix, is used for the identification of the coded run length.

### SUMMARY OF THE INVENTION

It is an object of the invention to provide a coding method for a signal of the kind mentioned in the opening paragraph and comprising in a special case, an intermediate signal resulting from a picture coding operation, leading to a bit rate reduction which is larger than that hitherto known.

This object is achieved by assigning a Huffman codeword to each run of signals having the value A, where A having length 0, 1, 2 etc., together with the signal

2

value subsequent to the run or together with the signal value preceding the run.

Advantageous embodiments of the invention, particularly for exeptional cases of the signal characterized in the opening paragraph as well as a circuit arrangement for carrying out the method according to the invention, can be derived from the sub-claims.

### BRIEF DESCRIPTION OF THE DRAWING

The invention will now be described in greater detail by way of examples with reference to the accompanying drawings in which

FIG. 1 is a table stating the occurrence of events,

FIG. 2 is a further table elucidating the split-up of the events,

FIG. 3 to FIG. 5 show a coding table, and

FIG. 6 shows the circuit diagram of arrangements for coding video signals according to the invention.

### DETAILED DESCRIPTION OF THE INVENTION

In the following embodiments, the intermediate signal referred to results from the transform coding of blocks of picture elements (pixels). The signal values of the intermediate signal thus represent the transform coefficients. As stated above, the coefficient which occurs most frequently in runs within the intermediate signal is represented herein as having the signal value A. In the following embodiments, signal value A equals zero or approximately zero zero (referred to hereinafter as the "zero-coefficient") because it appears most frequently in runs after transform coding. All coefficients not having a value of zero will be referred to hereinafter as "non-zero coefficients".

As used in the following description, a run of zero coefficients and the non-zero coefficient which immediately precedes or follows this run, is referred to as an event. Each non-zero coefficient which is not preceded or followed by one or more zero coefficients is also referred to as an event. According to the invention these events are to be coded.

It is to be noted that some events are more likely to occur than others. For example coefficients having small values will occur more frequently than coefficients having large values, and it is more likely that a coefficient having a small value will be preceded by a run of zero coefficients.

FIG. 1 shows the frequency distribution of the above-mentioned events in the case of a cosine-transformed and subsequently quantized video signal. Each field of the table represents an event characterized by the zero run length L and by the value B of the subsequent (quantized) coefficient. The values B proceed through the natural numbers without the zero and the length L proceeds through the natural numbers with the zero. In order that the table does not become arbitrarily large, all events with B larger than or equal to 9 are combined to an overall event. The same applies to L when larger than or equal to 9.

The numbers in the different fields indicate how often the associated event occurs in a quantized video signal with approximately 15000 signal values. The assignment of Huffman codewords is shown in the table: the series L=0, B=1 acquires the shortest codeword; this is followed by the series L=1, B=1 with the next longer codeword, and so forth.

4,901,075

**3**

If the assigned codewords instead of the frequencies are introduced in the event fields of the table, a two-dimensional coding table is obtained. It is not shown for the events according to FIG. 1 because such coding tables can generally be set up by those skilled in the art. For the sake of completeness it is to be noted that a maximum number of 11 bits follows for the events in which L is larger than or equal to 9 or in which B is larger than or equal to 9 after the assigned Huffman codeword, which bits give the receiver accurate information about the value of L and the value of B, respectively.

An additional bit rate reduction of 12% is obtained when coding video signals in accordance with the above-mentioned two dimensional coding table as compared with the coding method described in the opening paragraph.

This additional bit rate reduction is possible because, for example if the probability of a coefficient having the value 2 occurring equals P1, and the probability of run of three zero-coefficients occurring equals P2, and the probability of the run of three zero-coefficients occurring followed by a coefficient having the value 2, equals P3; probability P3 will not be equal to the product of probabilities P1 and P2.

The limitation of FIG. 1 will now be considered in greater detail. As is evident from the above-mentioned embodiments the number of the events to be coded in accordance with FIG. 1 is kept within efficient limits because all zero runs with an equally subsequent value of a coefficient are considered as an event if the run length L is larger than eight.

Similarly, all zero runs of equal length are considered as an event if the subsequent value B of a coefficient is larger than eight.

As is shown in FIG. 1, relatively rarely occurring events are concerned, and therefore they are coded with relatively long Huffman codewords. Since the receiver for decoding should know the exact zero run length or the exact value of a coefficient without any loss of information, an additional codeword is added to the Huffman codeword—as already indicated above—from which the exact length or the exact value or both can be derived.

A clearly defined state is encoded by the Huffman codeword and the additional information. Since the number of bits of such combinations is also dependent on the statistic properties of the signal, such combinations should also be present at the receiver and the decoder in order that the state which is based on these combinations can unambiguously be recognized at the receiver end.

The Huffman codewords defined in this sense may be up to 30 bits long. Since the processing of codewords which are at most 16 bits long does not require any special arrangements, but is possible, for example with a 16-bit microprocessor, given events are split into sub-events—to improve the method described so far—such that codewords whose length is at most 16 bits are sufficient for coding all events and sub-events. This split-up will now be described in greater detail.

Firstly, an event to be coded consisting of an L=Lm zero run with subsequent coefficient of the value B=Bm is designated by (Lm, Bm). In contrast to the foregoing, Bm=0 is now also explicitly admitted. It is true that the two-dimensional diversity of events (Lm, Bm) occurring in practice is finite, because arbitrarily large values of coefficients do not occur, but it is very

**4**

large. Consequently, the Huffman codewords to be used are correspondingly large as regards number and length. To reduce the overall number of the events to be coded the starting point is that, for example a run of 19 zeros with subsequent coefficient of the value 7 can be split up into sections, the first of which represents a run of 16 zeros, the second of which represents a run of 3 zeros and the third of which is a run without a zero and subsequent coefficient of the value 7. Each of these sections is now considered as a sub-event which is coded by a Huffman codeword. The length of each section is below a given value which can be predetermined and which will be further dealt with below.

This split-up is illustrated in FIG. 2. In the horizontal direction all occurring values B—including the value 0—of the coefficients are shown. In the vertical direction the length—also starting at 0—of coefficient runs of the value 0 is shown. The "events Fields" shown symbolize the event (Lm, Bm) i.e. Lm zeros followed by a coefficient of the value Bm. The event (0, 3) for example, means that a coefficient of the value 3 is preceded by a run length 0 which means that there is no coefficient of the value 0 preceding. Isolated zeros in the signal are symbolized by the event (0, 0). The reference (3, Bm) refers inter alia to the event in which a coefficient of the value Bm is succeeded by three successive zeros. Since the value of zero is also admitted for Bm, the event (3, 0) means that there are four successive zeros.

FIG. 2 shows a polygonal curve in a solid line dividing the series fields into two ranges. The left-hand range comprises the events which are referred to as being codable and the right-hand range shows the events which are referred to as non-codable. The maximum length for a section of signal values—corresponding to a codable event—is 16; the events (0, 15), (1, 15) and (2, 15) are involved. All other codable events correspond to signal sections which are shorter. The division into codable and non-codable events is not completely arbitrary; the most frequently occurring event should be associated with the codable ones. The crossed non-codable event (8, 7) is split, for example, into the events (0, 7) and (7, 0). There are various possibilities for the split-up; the simplest is the indicated "projection on the event axes".

The numbers in the event fields which are associated with the codable events signify the length—hence the number of bits—of the Huffman codewords with which the events are coded. The codewords also comprise the signs of the coefficients and possibly data about the magnitude of the value B; none of them is longer than 16 bits. In setting up the Huffman codewords it was assumed that coefficients having values of more than 136 do not occur.

FIGS. 3 to 5 show the exact structure of the Huffman codewords used. The first codeword 11 represents the coded signal value for characterizing a block end; at the transmission it succeeds the last codeword which is associated with a coefficient block. The first column of these figures states consecutive numbers, the second column states the values B of the coefficients and the third states the lengths L of the zero runs. The two latter data combined result in the "coordinates" of a codable event according to FIG. 2. In the fourth column of FIGS. 3–5 the code words are shown bitwise. The bit s denotes the sign bit, the positions indicated by "−" are meaningless, and the positions indicated by "+" comprise the coded values of the coefficients in so

4,901,075

5

far as they are larger than eight. The last column once more states the length of the Huffman codewords.

A possibility of further reducing the bit rate results from the fact that—as in the present embodiment—the signal to be coded is structured in accordance with blocks. As already indicated, the coefficients of a coefficient block are separated from those of the next block by an "end-of-block" signal. Also this "end-of-block" signal is converted into a codeword (compare FIG. 3) while the sequence of m (codable) events of the type

$$
\begin{array}{ll}
(L1, B1) & \\
(L2, B2) & \quad (1) \\
\dots & \\
(Lm, Bm) & 
\end{array}
$$

and into a sequence of assigned codewords. The number m of the events is dependent on the special values of the coefficients. If the overall coefficient block comprises, for example 63 zeros with subsequent coefficients of the value 1, it is split up into only one event, namely (63, 1) or into several codable events according to FIG. 2. As it is not known in advance into how many codable events a coefficient block is split, the separate blocks must for this reason already be separated from one another by means of an "end-of-block" signal. At the receiver end the transmitted Huffman codewords are retransformed into events and these events are again converted into a sequence of coefficients. The receiver knows that, for example, 64 coefficients are associated with a coefficient block.

For further explanation and for the sake of simplicity, it is assumed that 4×4 blocks are concerned, so that one block comprises a total of 16 coefficients. All data associated with a block are separated from the data of the subsequent block by an "end of block" sign. This sign and the corresponding codeword is excepted from the split-up of the signal to be coded in accordance with the events. If, for example the sequence of coefficients of a block in a decimal representation has the form of

$$
\text{XX 4005000050000001 XX,} \quad (2)
$$

The block is split up according to scheme (1) into the following events.

$$
\begin{array}{ll}
(0, 4) & \\
(2, 5)(4, 5) & \quad (3) \\
(6, 1) & 
\end{array}
$$

In order that the coefficient sequence of a block can at any rate be split into events in accordance with scheme (1) or (3) above, the coefficients are temporarily stored before they are further processed. The temporal sequence of the coefficients in scheme (2) and that of the events in schemes (1) and (3) corresponds to the sequence of their written registration (European writing direction assumed). The symbols XX in the embodiment according to scheme (2) symbolize the "end-of-block" signs of the previous block and the represented block.

The coefficients in scheme (2) which are different from 0 are all positive and are represented as integral multiples of the smallest unit, namely 1. As can be seen from scheme (3), the last event is the event (6, 1). The Huffman codewords assigned to the events are not indicated.

Firstly, the weight of reception of the last event, namely (6, 1) of the block according to (2) is checked

6

for the receiver. In the coding of pictures general experience has proved that the transmission of events with a run of more than five zeros become less worthwhile as the value of the subsequent coefficient is smaller. If in accordance with the rule based on experience, checked events for which L=5 and B=1 are not transmitted, the transmission of the last event does not take place. In that case the preceding series (4, 5) is checked in accordance with the same criterion. In the example according to (2) the check for this block is ended because the event (4, 5) and the assigned Huffman codeword must be transmitted.

After decoding the Huffman codewords at the receiver end all coefficients of the block according to scheme (2) can be recovered, but for those which are associated with non-transmitted events. However, since these are associated with the last coefficients of the block, the decoded coefficients at the receiver end are augmented with coefficients of the value 0 until the overall number of coefficients is 16.

FIG. 6 shows a circuit arrangement realising a simple split-up of the sequence of coefficients in accordance with codable events. The supply of clock pulses and details of the logic operation of binary values are not shown because they are known to those skilled in the art. In the circuit arrangement according to FIG. 6 events are coded which consist of a run of coefficients of the value zero and a subsequent coefficient. If the run length L in the signal to be coded exceeds a predetermined length Lmax, the associated event cannot be encoded and is split into codable events. Due to the predetermined maximum length Lmax which is independent of the subsequent coefficient, no delays or intermediate storages of the coefficients are required.

The coefficients are serially applied from an input E via a multiple lead e to the address inputs of an addressable memory PROM and to a first input E1 of a comparator circuit K. The multiple lead e comprises as many wires as bits are required for the binary representation of a coefficient. A coding table is filed in the memory PROM.

The position of a counter Z is applied to a second input E2 of the comparator K—via a multiple lead f. The multiple lead f is simultaneously connected to further address inputs of the memory PROM.

It is assumed that a coefficient which is different from zero is present at the input E1. In this case the comparator circuit K supplies a pulse from an output A2, which pulse is applied via a lead a to the reset input R of the counter Z and to the clock input C2 of a flipflop circuit FF. The counter is reset to the zero position with this pulse and the codeword which is present at the output of the memory PROM is bit-parallel taken over in the flipflop circuit FF. The codeword can be derived from the output A of the circuit arrangement according to FIG. 6. The codewords present at output A are not the ultimate Huffman codewords because all of them have the same length. To convert codewords of the same length into codewords of unequal length, and conversely—the latter conversion is required at the receiver end—reference is made to patent applications DE 35 10 902, DE 35 10 901 and DE 36 32 682.

If a zero is present at the input E1, the comparator circuit K supplies a counting pulse from a further output A1 and applies it to the clock input C1 of the counter Z which increases it count by one unit. The comparator circuit K continuously compares the actual

4,901,075

**7**

counting with the value Lmax which is stored in one of its memories not shown. If the count reaches the value Lmax, the supply of a further counting pulse does not take place. Instead, the reset or transfer pulse is supplied from the output A2.

The complete coefficients—thus also their signs—are processed in the circuit arrangement according to FIG. 6. In a modification the signs of the coefficients are applied via a separate wire to the output A of the circuit arrangement and to accept them from a comparison by the comparator circuit K and from determining the codewords by the programmable memory PROM.

What is claimed is:

1. A circuit arrangement for coding a signal comprising a run of zero coefficients and a subsequent coefficient, wherein said coefficients are applied with predetermined delays to the address inputs of a memory (PROM) and to a first input (E1) of a comparator circuit (K), in that a counter (Z) is provided whose count is applied to further address inputs of the memory (PROM) and to a second input (E2) of the comparator circuit (K), in that the comparator circuit (K) supplies a counting pulse to the counter (Z) from a first output (A1) if a zero coefficient is present at the first input (E1) and if the count has not exceeded a value stored in a memory of the comparator circuit (K) supplies a pulse from a second output (A2) if the conditions for the supply of a counting pulse are not fulfilled, and in that the counter (Z) is reset by means of the pulse at the second output (A2) of the comparator circuit (K), and in that the codeword present at the outputs of the memory (PROM) is transferred to an intermediate memory (FF).

2. A circuit arrangement as claimed in claim 1, characterized in that only the values of the coefficients are applied to the address inputs of the memory (PROM) and the comparator circuit (K) and in that the sign bits of the coefficients are supplied through a separate wire to the output (A) of the circuit arrangement.

3. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of zero coefficients, and a plurality of non-zero coefficients said method comprising the steps of:

  (a) deriving from said signal, a plurality of events each comprising a run of said zero-coefficients having a respective run length and preceded or followed by at least one non-zero coefficient, and

  (b) for each of said events, determining said respective run length and assigning a code word to represent said non-zero coefficient and said run length.

4. The method of claim 3, wherein said code words are Huffman code words.

5. A method as claimed in claim 4, characterized in that a Huffman codeword is not transmitted if the length of the associated run of zero-coefficients exceeds a barrier which is dependent on the magnitude of the subsequent non-zero-coefficients.

6. A method as claimed in claim 4, characterized in that the signal comprises a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantisation and in that a checked Huffman codeword is not transmitted if the length of the associated zero run is larger than five and

**8**

if the magnitude of the subsequent non-zero-coefficient has the smallest possible value different from zero.

7. A method as claimed in claim 4, characterized in that the Huffman codeword is independent of the sign of that non-zero coefficient which succeeds or precedes the run of zero-coefficients and in that the sign is coded by a separate bit.

8. A method for coding a signal for transmission at a reduced bandwidth, comprising the steps of:

  (a) transforming said signal into a sequence comprising zero coefficients occurring in runs and non-zero coefficients;

  (b) deriving from said sequence, a plurality of events each comprised of a run of zero coefficients having a respective run length, which is preceded or followed by at least one non-zero coefficient, and

  (c) for each of said events, determining the run length and assigning a code word to represent said run length and said non-zero coefficient.

9. The method of claim 8, comprising the additional steps of:

  determining for each event, whether the run length of said run of zero coefficients exceeds a predetermined length and if so assigning the same code word to represent each said run length and respective non-zero coefficient.

10. The method of claim 8, comprising the additional steps of:

  determining for each event, whether the non-zero coefficient exceeds a predetermined value and if so assigning the same code to represent said run length and said non-zero coefficient.

11. The method of claim 8, comprising the additional steps of:

  determining whether the run length of each event exceeds a predetermined run length and if so, splitting said respective event into a plurality of sections so that each of said sections has a run length below said predetermined run length, and assigning a code word to each section.

12. An apparatus for coding a signal comprising a run of zero coefficients and a subsequent coefficient, said apparatus comprising:

  (a) means for determining if the length of said run exceeds a predetermined length;

  (b) splitting means coupled to said length determining means, for splitting a run which exceeds said predetermined length into a plurality of codable events; and

  (c) coding means coupled to said splitting means for assigning a code word to represent each said codable event.

13. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of first coefficients having a signal value A and occurring in runs most frequently in said signal, and a plurality of second coefficients having values not equal to A, said method comprising the steps of:

  (a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

  (b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run length.

* * * * *

# EXHIBIT
# 2

Implementation of
ISO/IEC 10918-1:1994

# Information technology — Digital compression and coding of continuous-tone still images: Requirements and guidelines

ICS 35.040.00

UDC 681.3.04(084.14)

NO COPYING WITHOUT BSI PERMISSION EXCEPT AS PERMITTED BY COPYRIGHT LAW



# Committees responsible for this British Standard

The preparation of this British Standard was entrusted by the Information Systems Technology Standards Policy Committee (IST/-) to Technical Committee IST/37, upon which the following bodies were represented:

British Broadcasting Corporation

British Federation of Printing Machinery and Supplies Ltd.

British Telecommunications plc

GEC Plessey Semiconductors Ltd.

Information Systems Committee of the Universities Funding Council

Institution of Electrical Engineers

International Computers Limited

National Transcommunications Ltd.

Philips Research Laboratories

Pioneer Digital Design Centre Ltd.

The following bodies were also represented in the drafting of the standard through subcommittees and panels:

British Computer Society

CCTA (the Government Centre for Information Systems)

Department of Trade and Industry (IT Standards Unit)

Digital Equipment Co. Ltd.

IBM United Kingdom Ltd.

Kodak Limited

Level 7 Ltd.

Ministry of Defence

This British Standard, having been prepared under the direction of the Information Systems Technology Standards Policy Committee, was published under the authority of the Standards Board and comes into effect on 15 July 1994

© BSI 01-2000

The following BSI references relate to the work on this standard:
Committee reference IST/37
Draft for comment 92/60192 DC

ISBN 0 580 23207 7

## Amendments issued since publication

| Amd. No. | Date | Comments |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Contents

|  | Page |
| --- | --- |
| Committees responsible | Inside front cover |
| National foreword | ii |
| Foreword | vi |
| Text of ISO/IEC 10918-1 | 1 |

# National foreword

This British Standard reproduces verbatim ISO/IEC 10918-1:1994 and implements it as the UK national standard.

This British Standard is published under the direction of the Information Systems Technology Standards Policy Committee whose Technical Committee IST/37 has the responsibility to:

— aid enquirers to understand the text;

— present to the responsible international committee any enquiries on interpretation, or proposals for change, and keep UK interests informed;

— monitor related international and European developments and promulgate them in the UK.

NOTE   International and European Standards, as well as overseas standards, are available from Customer Services, Publications, BSI, Linford Wood, Milton Keynes, MK14 6LE.

A British Standard does not purport to include all the necessary provisions of a contract. Users of British Standards are responsible for their correct application.

**Compliance with a British Standard does not of itself confer immunity from legal obligations.**

**Summary of pages**

This document comprises a front cover, an inside front cover, pages i and ii, the ISO/IEC title page, pages ii to vi, pages 1 to 173 and a back cover.

This standard has been updated (see copyright date) and may have had amendments incorporated. This will be indicated in the amendment table on the inside front cover.

© BSI 01-2000

# EXHIBIT
# 3

IEC/ISO JTC1/SC2/WG8 N948

February 20,1990

our ref: IST/2/-/1
date : 16 January, 1990

NOTE: The following are the UK experts who are recognised as actively participating in ISO/IEC JTC 1/SC 2/WG 8 and as such should be accredited to SC 2/WG 8 and ISO as noted by the UK National Technical Committees.

CURRENT MEMBERSHIP LIST OF IST/2/-/1  PANEL

Convenor:  Mr Simon Turner,    Philips Research Laboratories,
                                Cross Oak Lane,
                                Redhill, Surrey, RH1 5HA
                                Tel: 0293-785544
                                Fax: 0293-776495

Secretary : Miss Theodora N. Ngosi   BSI 2 Park Street, London W1A 2BA
                                      Tel: 01-629-9000 EXT. 3109

-------------------------------------------------------------------

MEMBER  NAME                        ADDRESS
-------------------------------------------------------------------

1. Mr I. Holloway                   PROJECT LEADER, Applications GRP. Signal
                                    Processing Systems Division, GEC Research,
                                    Hirst Research Centre, East Lane,
                                    Wembley HA9 7PP.
                                    Tel:    01-908-9254;
                                    Telex:  923429 GECLAB G
                                    Fax:    01-904-7582

2. Mr P. Challener                  British Telecom Laboratories,
                                    Martlesham Heath, Ipswich, Suffolk IP5 7RE.
                                    Tel:    Ipswich 643383
                                    Telex:  988811 VSTEL G
                                    Fax:    Ipswich 643791

3. Mr Richard Dennis                British Telecom Laboratories,
                                    Martlesham Heath, Ipswich, Suffolk IP5 7RE.
                                    Tel:    Ipswich 643383
                                    Telex:  988811 VSTEL G
                                    Fax:    Ipswich 643791

1

4. Mr I. Yung Kim                British Telecom Laboratories,
                                 Martlesham Heath, Ipswich, Suffolk IP5 7RE.
                                 Tel:    Ipswich 643383
                                 Telex:  988811 VSTEL G
                                 Fax:    Ipswich 643791

5. Mr D.G. Morrison              Head of Group, Video Coding Standards,
                                 British Telecom Laboratories,
                                 Martlesham Heath, Ipswich, Suffolk IP5 7RE.
                                 Tel:    Ipswich 643383
                                 Telex:  988811 VSTEL G
                                 Fax:    Ipswich 643791

6. Dr M. Gold                    IBA E & D Dept., Crawley Court, Winchester,
                                 Hants, SO21 2QA.
                                 Tel:    0345-078787

7. Mr Warren James Hobson        IBA E & D Dept., Crawley Court, Winchester,
                                 Hants, SO21 2QA.
                                 Tel:  0345-078787

8. Mr Colin Smith                new address will be advised

9. Mr P. Chan                    British Telecom Laboratories,
                                 Martlesham Heath, Ipswich, Suffolk IP5 7RE.
                                 Tel:    Ipswich 643383
                                 Telex:  988811 VSTEL G
                                 Fax:    Ipswich 643791

10. Dr Tom Casey                 Computer Science Dept.,
                                 University College London, Gower Street,
                                 London WCIE 6BT.
                                 Tel:  01-387-9300 ext.5690

11. Mr Richard Clark             APPLIED TELEMATICS GROUP Ltd.
                                 Telematics House, Turnbridge Wells,
                                 Kent TN1 1DJ.
                                 Tel: 0892-511000
                                 Fax: 0892-385556

12. Mr Graham Webb               Crosfield Electronics, 3 Cherry Trees Lane,
                                 Hemel Hempstead, HP2 7RH
                                 Tel:    0442-230000
                                 Telex:  827530 CROSEL G
                                 Fax:    0442 232301

2

13. Mr John Morris                    Philips Research Laboratories, Redhill,
                                      Cross Oak Lane,
                                      Redhill, Surrey, RH1 5HA
                                      Tel: 0293 -785544


14. Mr Norman Richards                Philips Research Laboratories,Redhill,
                                      Cross Oak Lane,
                                      Redhill, Surrey, RH1 5HA
                                      Tel: 0293 -785544


15. Mr David Simpson                  Crosfield Electronics Ltd., Aurora House
                                      Deltic Avenue, Rocksley MK13 819
                                      Tel:    0908-666633
                                      Telex:  825283 CROSCL G


16. Dr Gordon Jameson                 University College London, Audio Visual
                                      Dept, Medical School, Middlesex Hospital,
                                      Gower Street, WC1E 6BT
                                      Tel:  397-7050 Extn 3852


17. Mr Adrian Wise                    15B Bury Hill, Winterbourne Down, Bristol,
                                      BS17 1AB
                                      Tel:    0454-774993
                                      Fax:    0272-731807


18. Mr David Brain                    Systems Synthesis Ltd.
                                      Woolhall, 12 St Thomas,
                                      Bristol BS1 6JJ
                                      Tel: 0727-27751


19. Mr John Gillespie                 Rank Cintel, Watton Road, Ware, Herts,
                                      SG12 OAE
                                      Tel: 0920-463939


20. Mr Peter Stansfield               Rank Cintel, Watton Road, Ware, Herts,
                                      SG12 OAE
                                      Tel: 0920-463939


21. Mr Ken McCaan                     IBA E & D Dept., Crawley Court, Winchester,
                                      Hants, SO21 2QA.
                                      Tel:  0345-078787

3

22. Mr Rob Whitton                  Inmol Ltd. (INMOS)
                                    1000 Atzel West, Almondsbury, Bristol
                                    BS12 4SQ.
                                    Tel:   0454- 616616
                                    Telex: 444723
                                    Fax:   0454 -617910


23. Mr Douglas Bailey               Inmol Ltd. (INMOS)
                                    1000 Atzel West, Almondsbury, Bristol
                                    BS12 4SQ.
                                    Tel:   0454- 616616
                                    Telex: 444723
                                    Fax:   0454 -617910


24. Mr Richard Bramley              Inmol Ltd. (INMOS)
                                    1000 Atzel West, Almondsbury, Bristol
                                    BS12 4SQ.
                                    Tel: 0454- 616616
                                    Telex: 444723
                                    Fax:   0454 -617910

25. Dr William Hodgkiss            Signal Processing Systems Division,
                                    GEC Research,
                                    Hirst Research Centre, East Lane,
                                    Wembley HA9 7PP.
                                    Tel:     01-908-9254;
                                    Telex:   923429 GECLAB G
                                    Fax:     01-904-7582


cc: Q. Tran


4

# EXHIBIT
# 4

I S O

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/IEC JTC1/SC2/WG8

CODED REPREZENTATION OF PICTURE
AND AUDIO INFORMATION

ISO/JTC1/SC2/WG8 N867REV
June, 1989

SOURCE : Hiroshi Yasuda  Convenor of WG8

TITLE  : WG8 Mailing List (June 1989)

# W G 8   M a i l i n g   L i s t

1. Active Mewmbers (1000--, 700--)

   Active members: Who has the possibility of attending WG8 meeting.
                   Can receive relevant documents.

2. Liaison Members (1200--)

   Liaison Members: Who can only receive important documents such as recommendations, minutes
                    and meeting notice, etc..

3. Members to keep contact (1400--)

   They are old members of WG8 and keep contact for information and advices.
                    : Who can only receive important documents such as recommendations, minutes
                    and meeting notice, etc..

Please check your address and TEL/FAX numbers, and if you find any inconvenience please let me
know as quick as possible to complete this list. (To Dr. H. Yasuda, FAX:+81(468)59-2806)

Please look WG8 N871 sent with this document for helping you finding your name on this list.

Also pllease use the format for correspondence attached to WG8 N871.

1   Total 15 pages

1000 Mr. Andrew Kwan
     Communications CANADA, R & D
     16th Floor, J. Tower, 300 Slater Street
     Ottawa, Ontario K1A 0C8
     CANADA
     TEL:+1(613)990-4498
     FAX:+1(613)952-1231

1001 Mr. Henning Poulsen
     KTAS
     21 Noerregade
     DK-1199 Copenhagen K
     DENMARK
     TEL:+45(38)99-6818
     FAX:+45(33)14-1373

1002 Mr. Pual Challener
     BT Reseach Labs,
     Martlesham Heath
     Ipswich,Suffolk IP57RE
     UNITED KINGDOM
     TEL:+44(473)64-3359
     FAX:+44(473)64-3791

1003 Dr. Alain Leger
     CCETT
     4 Rue du Clos Courtel
     35512 Cesson Sevigne Cedex
     FRANCE
     TEL:+33(99)02-4223
     FAX:+33(99)02-4098

1004 Mr. Bernard Trocherie
     BULL MTS
     7, rue Ampere
     91343 MASSY CEDEX
     FRANCE
     TEL:+33(16)447-9849
     FAX:+33(16)447-8447

1005 Mr. David Simpson
     CROSFIELD ELECTRONICS LTD
     Aurora House Deltic Avenue
     Rooksley MK13819 Milton Keynes
     UNITED KINGDOM
     TEL:+44(908)66-6633
     FAX:+44(908)66-6611

1006 Dr. Nicole Texier
     CNET PAA-TPA-CPI
     38-40, Rue du General Leglerc
     F-92131 Issy les Moulineaux
     FRANCE
     TEL:+33(1)4529-4300
     FAX:+33(1)4529-5435

1007 Mr. Serge Gicquel
     SAT
     Route de Tregastel
     22300 Lannion
     FRANCE
     TEL:+33(96)48-4485
     FAX:+33(96)48-0597

1008 Mr. Joachim Friemelt
     Siemens AG K KE VM3
     Hofmann Strasse 51
     D-8000 Munich 70
     GERMANY F. R.
     TEL:+49(89)722-62523
     FAX:+49(89)722-47713

1009 Dr. Herbert Lohscheller
     ANT Telecommunications E324
     Gerberstr. 33
     D-7150 Backnang
     GERMANY F. R.
     TEL:+49(7191)13-2724
     FAX:+49(7191)13-3383

1010 Dr. Istvan Sebestyen
     Siemens AG K KE VM3
     Hofmann Strasse 51, P. O. Box 700072
     D-8000, Munich 70
     GERMANY F. R.
     TEL:+49(89)722-47230
     FAX:+49(89)722-47713

1011 Mr. Burkhard Krupa
     PKI (Nureulserj)
     Thuru u. Taxis Str. 10
     D-8500 Nurulseog
     GERMANY F. R.
     TEL:+49(911)526-2745
     FAX:+49(911)526-2850

1012 Dr. Didier J. LeGall
BELLCORE MRE 2A-247
435 South Street
Morristown, NJ 07960
U.S.A.
TEL:+1(201)829-4511
FAX:+1(201)829-7019

1013 Dr. Leonardo Chiariglione
CSELT
Via G. Reiss Romoli, 274
1-10148 Torino
ITALY
TEL:+39(11)216-9228
FAX:+39(11)216-9520
EML:UICL@EICLUS.CNRT0%ITOPOLI.BITNET

1014 Mr. Sang Gyu Park
ETRI P.O.Box 8
DaeDog Danji
Daejeon Chungnam
KOREA
TEL:+82(42)820-6193
FAX:+82(42)861-1342

1015 Mr. Richard A. Clark
Applied Telematics GP LTD
7 Vale Avenue
Tunbridge Wells Kent 7N1 1DJ
UNITED KINGDOM
TEL:+44(892)51-1000
FAX:+44(892)3-8556

1016 Mr. Norman Richard
Philips Research Labs.
Rcdhill Surey
RH15HA
UNITED KINGDOM
TEL:+44(293)78-5444
FAX:+44(293)77-6495

1017 Mr. Donald R. Thelen
AT&T. Room 129A-A216
60 Columbia Turnpike
Morristown,NJ 07960
U.S.A.
TEL:+1(201)644-3728
FAX:+1(201)455-7181

1018 Mr. Thomas S. Dova
Dova Technology, Inc
1855 E.Vista Way
Vista, CA 92084
U.S.A.

1019 Mr. Adriaan Ligtenberg

1020 Mr. S. R. Turner
Philips Research Labs
Cross Oak Lane
Redhill Surrey
UNITED KINGDOM
TEL:+44(293)78-5444
FAX:

1021 Mr. Dennis J. Tricker
BTRL
Martlesham Heath
Ipswich IP5 7RE
UNITED KINGDOM
TEL:+44(473)64-2673
FAX:+44(473)64-3035

1022 Mr. Bruce J. DeGrasse
Xerox Corp
3311 Brookhauen Club Dr.
Dallas Texas 75234
U.S.A.
TEL:+1(214)241-0373
FAX:+1(214)420-2552

1023 Mr. Stephen J. Urban
DELTA Information Systems Inc.
300 Wellsh RD. Bldg 3
Horsham, PA 19044
U.S.A.
TEL:+1(215)657-5270
FAX:+1(215)657-5273

1024 Dr. Ronald Arps
     Dept. K52/802
     IBM Almaden Research Center
     650 Harry Rd, San Jose, CA 95120-6099
     U. S. A.
     TEL:+1(408)927-1797
     FAX:+1(408)927-2100

1025 Mr. Gregory K. Wallace
     Digital Equipment Corp.
     LKG1-2/C13, 550 King Street
     Littleton, MA 01460-1289
     U. S. A.
     TEL:+1(508)486-5661
     FAX:+1(508)486-7417

1026 Mr. Charles F. Touchton
     IBM Corp. Image Appl. Systems
     3405 W. Buffalo Ave.
     Tampa, Florida 33606
     U. S. A.
     TEL:+1(813)878-3084
     FAX:+1(813)878-5360

1027 Dr. Joan L. Mitchell
     Image Technical Consultant
     IBM  12 Water Street
     White Planes, NY 10601
     U. S. A.
     TEL:+1(914)993-7730
     FAX:+1(914)993-7738

1028 Dr. Barry G. Haskell
     AT&T Bell Laboratories Room 4C-538
     Crawfords Corner Road
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-5459
     FAX:+1(201)949-3697
     EML:bgh@vax135.att.com

1029 Mr. David W. Dellert
     Eastman Kodak
     901 Elmgrove Rd 1-9A-EP
     Dept 641 Rochester NY 14650
     U. S. A.
     TEL:+1(716)726-9909
     FAX:+1(716)726-2300

1030 Dr. Bernard Szabo
     D. E. C.
     550 King Street, LKG1-2/C13
     Littleton, MA 01460
     U. S. A.
     TEL:+1(508)486-5668
     FAX:+1(508)486-7417

1031 Dr. Allen Simon
     SRI
     P. O. Box CN5300, David Sarnof
     Center, Princeton N. J. 0854
     U. S. A.
     TEL:+1(201)734-2320
     FAX:+1(201)734-2221

1032 Prof. Dr.-Ing. Hans G. Musmann
     Institute Fur Theretische Nochrichtentec
     Hannover University
     Applestrasse 9A D-3000 Hannover 1
     GERMANY F. R.
     TEL:+49(511)762-5317
     FAX:+49(511)762-5051
     EML:PSI%04551104302::FUCHS

1033 Dr. Nikil S. Jayant
     AT&T Bell Laboratories
     600 Mountain Ave.
     Murray Hill, NJ 07974-2070
     U. S. A.
     TEL:+1(201)582-2640
     FAX:+1(201)582-7308

1034 Dr. Christos Chamzas
     AT&T Bell Labs. Room 4E-532
     Crawfords Corner Rd.
     Holmdel N. J. 07733
     U. S. A.
     TEL:+1(201)949-3470
     FAX:+1(201)949-3697
     EML:chamzas%vax135.att.com

1035 Dr. Donald L. Duttweiler
     AT&T Bell Labs. Room 4E-518
     Crawfords Corner Road
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-4469
     FAX:+1(201)949-3697
     EML:dld%vax135.att.com

1036 Mr. Horst Hampel
     SEL AG
     ZFZ/PF/TD, Postfach 1760
     Ostendstrasse 3, D-7530 Pforzheim
     GERMANY F. R.
     TEL:+49(723)17-1041
     FAX:+49(723)17-1045

1037 Mr. Gataldo Lettera
     CSELT
     Via G. Reiss Romoli 274
     I-10148 Torino
     Italy
     TEL:+39(11)216-9284
     FAX:+39(11)216-9520

1038 Dipl.-Ing. Karlheinz Brandenburg
     Universitaet Erlangen-Nuernberg
     Leh. u. Lab. F. Techn. Elektron
     Cauerstrasse 9, D-8520 Erlangen
     GERMANY F. R.
     TEL:+49(913)185-7190
     FAX:+49(913)160-6330

1039 Mr. Bill Butera
     Media Lab. MIT
     20 Ames Street
     Cambridge, MA 02139
     U. S. A.
     TEL:
     FAX:

1040 Mr. I. Yung Kim
     BTRL
     Martlesham Heath
     Ipswich, Suffolk IP5 7RE
     UNITED KINGDOM
     TEL:+44(473)64-3359
     FAX:+44(473)64-2157

1041 Prof. Paul P. Delogne
     Lab. de Telecomm. - U. C. L.
     Batiment Makwell
     Place du Levant, B-1348 Louvain-la-Neuve
     BELGIUM
     TEL:+32(10)47-2307
     FAX:+33(10)45-2272
     EML:EARN/BITNET:sobieski'at'info.ucl/ac/be

1042 Mr. Bernd Edler
     Institut fuer Theoretische Nachrichten
     Universitaet Hannover
     Applestrasse 9a, D-3000 Hannover 1
     GERMANY F. R.
     TEL:
     FAX:

1043 Mr. Hendrik Fuchs
     Institut fuer Theoretische Nachrichten
     Universitaet Hannover
     Applestrasse 9A, D-3000 Hannover 1
     GERMANY F. R.
     TEL:+49(511)762-5329
     FAX:+49(511)762-5051
     EML:PSI%04551104302::FUCHS

1044 Dr.-Ing. Heinz Gerhaeuser
     AIS  Angewandte Elektronik
     Fraunhofer Gesellschaft
     Wetterkreuz 13, D-8520 Erlangen
     GERMANY F. R.
     TEL:+49(913)160-6311
     FAX:+49(913)160-6330

1045 Mr. Dietmar Hepper
     Deutsche Thomson-Brandt GmbH
     P. O. Box 911345 Goettinger Chaussee 76
     D-3000 Hannover 91
     GERMANY F. R.
     TEL:+49(511)418-2394
     FAX:+49(511)418-2483

1046 Dr. Thomas Kummerow
     Telenorma, TE-V 3447
     Postfach 102160
     D-6000, Frankfurt 1
     GERMANY F. R.
     TEL:+49(69)272-3447
     FAX:+49(69)272-3315

1047 Mr. Jean-Paul Lefvre
     Societe OROS
     Chemin des Pres-ZIRST
     F-38240 Meylan
     FRANCE
     TEL:
     FAX:

1048 Mr. Benoit Macq
     Laboratoire ELHY
     Universite Catholique de Louvain
     Place du Levant, B-1348 Louvain-la-Neuve
     BELGIUM
     TEL:
     FAX:

1049 Dipl.-Ing. Egon Meier-Engelen
     Technical Communications
     DFVLR, Linder Hoehe
     D-5000 Koeln 90
     GERMANY F. R.
     TEL:
     FAX:

1050 Mr. Geoffrey Morrison
     RT4322 British Telecom Research Labs.
     Martlesham Heath
     Ipswich, Suffolk IP5 7RE
     UNITED KINGDOM
     TEL:+44(473)64-3383
     FAX:+44(473)64-3791

1051 Prof. Peter Noll
     Technische Universitaet Berlin
     Institute Fuer Fernmelde Technische
     Einsteinufor 25, 1000 Berlin 10
     GERMANY F. R.
     TEL:+49(30)314-23326
     FAX:+49(30)314-22514

1052 Mr. Jean Pierre Petit
     CNET LAA-TSS
     Route de Tregastel BP40
     Lannion Cedex
     FRANCE
     TEL:+33(96)05-3941
     FAX:+33(96)05-3530

1053 Mr. Ernst F. Schroeder
     Deutsche Thomson Brandt GmbH
     P. O. Box 91 13 45 Goettingen Chanssee 76
     D-3000 Hannover
     GERMANY F. R.
     TEL:+49(511)418-2832
     FAX:+49(511)418-2483

1054 Dr. Charles Weaver
     Digidec Incorporated
     1503 Grant Road Suite 210
     Mountain View, CA 94040
     U. S. A.
     TEL:+1(415)961-6955
     FAX:+1(415)967-4823

1055 Mr. Gerhard Stoll
     Institut fuer Rundfunktechnik
     Floriansmuehlstrasse 60
     D-8000 Muenchen 45
     GERMANY F. R.
     TEL:+49(89)32399-347
     FAX:+49(89)32399-351

1056 Mr. Guenther Theile
     Institut fuer Rundfunktechnik GmbH
     Floriansmuehlstrasse 60
     D-8000 Muenchen 45
     GERMANY F. R.
     TEL:+49(89)32399-324
     FAX:+49(89)32399-351

1057 Mr. Per Tholin
     Swedish Telecom ADM
     Varuvaegen 9B
     S-12386 Farsta
     SWEDEN
     TEL:+46(8)713-2201
     FAX:+46(8)713-1027

1058 Dr. Richard C. Pasco
     IBM Almaden Research Center
     650 Harry Rd. K52/802
     San Jose CA 95120-6099
     U. S. A.
     TEL:+1(408)927-1811
     FAX:+1(408)927-2100
     EML:PASCO@IBM.COM

1059 Dr. Majid Rabbani
     Eastman Kodak
     Buiding 56,1st floor
     Rochester, NY 14650
     U. S. A.
     TEL:+1(716)477-3722
     FAX:

1060 Mr. Jean Clade Jolivet
     SAT
     BP346 22304 Lannion
     FRANCE

     TEL:+33(96)48-4485
     FAX:+33(96)48-0597

1061 Dr. Jorgen Vaaben
     KTAS
     21 Noerregade
     DK-1199 Copenhagen K
     DENMARK
     TEL:+45(38)99-6832
     FAX:+45(33)14-1373

1062 Dr. William Pennebaker
     IBM Reseach
     P.O.Box 218
     Yorktown Hts,NY 10598
     U.S.A.
     TEL:(914)945-1456
     FAX:(914)945-2141

1063 Dr. Bernard Hammer
     Siemens AG ZFE F2 INF12
     Otto-Hahn-Ring 6
     D-8000 Munich 83
     GERMANY F.R.
     TEL:+49(89)636-3193
     FAX:+49(89)636-48322

1064 Mr. Michael C. Nier
     EASTMAN KODAK CO.
     Building 65 Floor 1
     Rochester NY 14650-1816
     U.S.A.
     TEL:+1(716)722-6553
     FAX:+1(716)477-5783

1065 Mr. John P. Dimaggio
     Delta Information Systems
     Bldg #3 300 Welsh RD
     Horsham PA 19044,
     U.S.A.
     TEL:+1(215)657-5270
     FAX:+1(215)657-5273

1066 Mr. Isaac Shpancer
     Zoran Corporation
     Advanced Technology Center
     P.O.Box 2495, Haifa
     ISRAEL
     TEL:+972(4)53-3175
     FAX:+972(4)52-1721

1067 Mr. Bheda
     AT&T Bell Labs.
     Room 4E-520
     Holmdel, NJ 07733
     U.S.A.
     TEL:+1(201)949-2839
     FAX:

1068 Ms. Ch. Guillemot
     CCETT
     Rue de Clos Courtel
     35510 Cesson Sevigne Cedex
     FRANCE
     TEL:+33(99)02-4504
     FAX:+33(99)02-4098

1069 Mr. Graham Webb
     Crosfield Electronics Limited
     Three Cherry Trees Lane
     Hemel Hempstead Hert HP2 7RH
     UNITED KINGDOM
     TEL:+44(442)23-0000
     FAX:+44(442)23-2301

1070 Mr. Guido Bertocci
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 3C-221
     Holmdel, NJ 07733
     U.S.A.
     TEL:+1(201)949-5869
     FAX:+1(201)949-1342
     EML:att!twitch!guido

1071 Mr. Stephen A. Corteselli
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 3C-230
     Holmdel, NJ 07733
     U.S.A.
     TEL:+1(201)949-5145
     FAX:+1(201)949-1342
     EML:att!twitch!sc

1072 Mr. William R. Daumer
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 3C-210
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-7021
     FAX:+1(201)949-1342
     EML:att!twitch!wrd

1073 Mr. Tony G. Tao
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 3C-219
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-4062
     FAX:+1(201)949-1342
     EML:att!twitch!ygt

1074 Dr. Richard Yackel
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 3C-215
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-4972
     FAX:+1(201)949-1342
     EML:att!twitch!ray

1075 Dr. R. Aravind
     AT&T Bell Laboratories
     Crawfords Corner Road, Room 4C-538
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-5459
     FAX:+1(201)949-3697

1076 Dr. Atul Puri
     AT&T Bell Laboratories Room 4C-516
     Crawfords Corner Road
     Holmdel NJ 07733
     U. S. A.
     TEL:+1(201)949-8255
     FAX:+1(201)949-3697
     EML:ap@vax135.att.com

1077 Mr. James D. Johnston
     AT&T Bell Laboratories
     Room 2C-545, 600 Mountain Avenue
     Murray Hill NJ 07974
     U. S. A.
     TEL:+1(201)582-6395
     FAX:+1(201)582-7308
     EML:jj@alice.att.com

1078 Mr. Louis D. Fielder
     Dolby Labs.
     100 Potrero Ave.
     San Francisco, CA 94103
     U. S. A.
     TEL:+1(415)558-0218
     FAX:+1(415)863-1373

1079 Dr. John Morris
     Philips Research Laboraroties
     Cross Oak Lane
     Redhill Surry RH1 5HA
     UNITED KINGDOM
     TEL:+44(293)78-5544
     FAX:+44(293)78-6495
     EML:morrisaj@prl.philips.co.uk

1080 Mr. David R. Ahlgren
     Telephoto Communications, Inc.
     11722 Sorrento Valley Road
     Suite D. San Diego, CA 92121-1084
     U. S. A.
     TEL:+1(619)452-0903
     FAX:+1(619)792-0075

1081 Mr. J. P. Henot
     CCETT
     4 rue de Clos-Courtel BP59
     F-35512 Cesson Sevigne Cedex
     FRANCE
     TEL:
     FAX:

1082 Dr. Martin P. Gold
     IBA E&D Dept.
     Crawley Court, Winchester
     Hants S021 2QA
     UNITED KINGDOM
     TEL:+44(962)82-2304
     FAX:+44(962)82-2378

1083 Mr. Yves F. Dehery
     CCETT
     4 Rue de Clos-Courtel
     BP59 Cesson Sevigne 35512
     FRANCE
     TEL:+33(99)02-4914
     FAX:+33(99)02-4098

1084 Ms. Luisa Conte
     CSELT
     V. Reiss Romoli 274
     I-10148 Torino
     ITALY
     TEL:+39(11)216-9574
     FAX:+39(11)216-9520
     EML:PSI%02222111112::UIUI

1085 Dr. Andrew B. Lippman
     Room E15-216
     Massachusetts Institute of Technology
     Cambridge MA 02139
     U.S.A.
     TEL:+1(617)253-5113
     FAX:+1(617)258-6264

1086 Mr. Thomas C. Sun
     Microtel Pacific Research Limited
     8999 Nelson Way
     BURNABY, BC V5A 4B5
     CANADA
     TEL:+1(604)294-1471
     FAX:+1(604)293-5787

1087 Dr. David Malah
     AT&T Bell Labs.
     Room 6H-524, 600 Mountain Avenue
     Murray Hill, NJ 07974
     U.S.A.
     TEL:+1(201)582-5115
     FAX:+1(201)582-7308

1088 Mr. Steven E. Forchay
     Dolby Labs.
     100 Potrero Ave.
     San Francisco, CA 94103
     U.S.A.
     TEL:+1(415)558-0200
     FAX:+1(415)863-1373

1089 Mr. Francis P. Kretz
     STM BP59 CCETT
     4 rue de Clos-Courtel
     F-35512 Cesson Sevigne Cedex
     FRANCE
     TEL:+33(99)02-4053
     FAX:+33(99)02-4098

1090 Mr. Robert A Lindsey
     UNiSYS Corporation, Defense Systems
     640 North 2200 West
     Salt Lake City UT 84116
     U.S.A.
     TEL:+1(801)594-6616
     FAX:

1091 Mr. Bob Brannon
     INTEL Corporation
     CN5325
     Princeton NJ 08543
     U.S.A.
     TEL:+1(609)734-2435
     FAX:+1(609)734-3222

1092 Dr. Sharad Singhal
     BELLCORE Room MRE 2A-259
     445 South Street Morristown
     New Jersey 07960-1910
     U.S.A.
     TEL:+1(201)829-4530
     FAX:+1(201)829-7019
     EML:sharad@thumper.bellcore.com

1093 Mr. Pietro Marchisio
     CSELT Data Bases Dept.
     Via G. Reiss Romoli 274
     I-10148 Torino
     ITALY
     TEL:+39(11)2-1691
     FAX:+39(11)216-9520

1094 Mr. Reberto De Bacco
     EIKON Spa
     Lungotevere Raffaello Sanzio 9
     I-00153 Roma
     ITALY
     TEL:+39(6)580-9920
     FAX:+39(6)589-4508

1095 Mr. Richard M. Dennis
     BTRL
     Martlesham Heath
     Ipswich IP5 7RE
     UNITED KINGDOM
     TEL:+44(473)64-2854
     FAX:+44(473)64-2440

1096 Mr. Ming-Ting Sun
     BELLCORE NVC 3X-301
     331 Newman Springs Road
     Red Bank New Jersey 07701-7020
     U. S. A.
     TEL:+1(201)758-2869
     FAX:+

1097 Mr. Ken D. Mccann
     IBA E&D Dept.
     Crawley Court Winchester
     Hants SO21 2QA
     UNITED KINGDOM
     TEL:+44(962)82-2304
     FAX:+44(962)82-2378

1098 Mr. Yannick Mahieux
     CNET LAA-TSS
     Route de Tregastel BP40
     Lannion Cedex
     FRANCE
     TEL:+33(96)05-3917
     FAX:+33(96)05-3530

1099 Mr. H. Eisema
     Philips Consumer Electronics
     CE TPS-SCG/SL3 P. O. Box 218
     5600MD Eindhoven
     The Netherlands
     TEL:+31(40)73-2370
     FAX:+31(40)73-4050

1100 Mr. Dan Sahlin
     SICS Box 1263
     S-164 28
     Kista
     SWEDEN
     TEL:+46(8)752-1544
     FAX:+46(8)751-7230

1101 Mr. Jaslit Saini
     Thomson Consumer Electronics
     BP 120
     F-67403 Illkirch Cedex
     FRANCE
     TEL:+33(88)67-6767
     FAX:+33(88)67-2424

1102 Dr. John Nelson
     Brooktree Corporation

700  Dr. Yasuhiro Yamazaki
     Telematics Lab. KDD Kamifukuoka
     R&D Labs. 2-1-15 Ohara
     Kamifukuokashi Saitama 356
     JAPAN
     TEL:+81(492)66-7400
     FAX:+81(492)66-7410

701  Dr. Hiroshi Yasuda
     Visual Media Lab. NTT HI Labs.
     1-2356 Take Yokosukashi
     Kanagawaken 238
     JAPAN
     TEL:+81(468)59-2800
     FAX:+81(468)59-2806/2829/2812

702  Mr. Takao Omachi
     HE Research Lab. NEC
     4-1-1 Miyazaki Miyamaeku
     kawasakishi Kanagawa 213
     JAPAN
     TEL:+81(44)856-2264
     FAX:+81(44)856-2239

703  Mr. Masahiro Mori
     Color Imaging Devices Lab.
     Fujittsu Laboratories Ltd.   10-1
     Morinosato Wakamiya Atsugishi 243-01
     JAPAN
     TEL:+81(462)48-3111 ex. 4210
     FAX:+81(462)48-3233

704  Mr. Tokumichi Murakami
     Mitsubishi Electric Corporation
     5-1-1 Ofuna Kamakurashi
     Kanagawa 247
     JAPAN
     TEL:+81(467)44-4011
     FAX:+81(467)47-1251

705  Mr. Takuyo Kogure
     Matsushita Electric Ind.
     3-15 Yagumo Nakamachi
     Moriguchishi Osaka 570
     JAPAN
     TEL:+81(6)906-4821
     FAX:+81(6)906-3498

706  Mr. Naoto Kawamura
     Canon Inc.
     3-30-2 Shimomaruko
     Ohtaku Tokyo 146
     JAPAN
     TEL:+81(3)757-6236
     FAX:+81(3)758-0046

707  Mr. Hiroyuki Hagiwara
     NTT Video & Record Comm. Div.
     3-15-3 Ginza ChuoKu
     Tokyo 104
     JAPAN
     TEL:+81(3)5565-1471
     FAX:+81(3)5565-1498

708  Mr. Tetsujio Kondo
     SONY Corp.
     4-14-1 Asahi Atsugishi
     Kanagawa 243
     JAPAN
     TEL:+81(462)30-5310
     FAX:+81(462)30-6284

709  Mr. Fumitaka Ono
     Mitsubishi Electric Corp.
     Comm. System Development Lab.
     5-1-1 Ofuna Kamakurashi 247
     JAPAN
     TEL:+81(467)44-4011
     FAX:+81(467)47-1251
     EML:ono@isvax.isl.melco.junet

710  Mr. Kazuo Ohzeki
     TOSHIBA CORPORATION
     1 Komukaitoshiba
     Saiwaiku Kawasakishi 210
     JAPAN
     TEL:+81(44)549-2151
     FAX:+81(44)555-2074

711  Mr. Tsuneyoshi Hidaka
     JVC
     58-7 Shinmei
     Yokosukashi Kanagawa 239
     JAPAN
     TEL:+81(468)36-8129
     FAX:+81(468)36-8540

712  Mr. Toshiaki Endoh
     KDD Kamifukuoka R&D Lab.
     2-1-15 Ohara
     Kamifukuokashi Saitama 356
     JAPAN
     TEL:+81(492)66-7404
     FAX:+81(492)66-7410

713  Mr. Hidefumi Osawa
     Canon Inc.
     3-30-2 shimomaruko Ohtaku
     Tokyo 146
     JAPAN
     TEL:+81(3)758-2111
     FAX:+81(3)758-0046

714  Mr. Kenji Sugiyama
     JVC
     1106 Hoda Iwaishi
     Ibaragiken 306-06
     JAPAN
     TEL:+81(2973)5-1111
     FAX:+81(2973)5-6055

715  Mr. Yasuhiro Yamada
     JVC Research & Development Division
     58-7 Shinmei Yokosukashi
     Kanagawa 239
     JAPAN
     TEL:+81(468)36-8844
     FAX:+81(468)36-8540

716  Mr. Kohtaro Asai
     Mitsubishi Electric Corporation
     5-1-1 Ofuna KamakuraShi
     Kanagawa 247
     JAPAN
     TEL:+81(467)44-4011
     FAX:+81(467)47-1251

717  Mr. Mutsumi Ohta
     NEC
     4-1-1 Miyazaki Miyamaeku
     Kawawakishi Kanagawa 312
     JAPAN
     TEL:+81(44)856-2264
     FAX:+81(44)852-1184

718  Mr. Yoshitaka Hashimoto
     IPT Dept. SCRL SONY
     4-14-1 Asahi
     Atsugishi Kanagawa 243
     JAPAN
     TEL:+81(462)30-6165
     FAX:+81(462)30-6284
     EML:hashim%isrc.sony.june@uunet.uu.net

719  Dr. Hiroshi Watanabe
     NTT HI Labs.
     1-2356 Take
     Yokosukashi Kanagawa 238-03
     JAPAN
     TEL:+81(468)59-2823
     FAX:+81(468)59-2829

720  Mr. Masahiro Taka
     NTT Telecom. NTWK. Labs.
     3-9-11 Midori
     Musashinoshi Tokyo 180
     JAPAN
     TEL:+81(422)59-3150
     FAX:+81(422)

721  Mr. Kenichi Takahashi
     Matsushita Electric IND. Co., Ltd
     Develpment Resaerch Lab.
     1006 Kadoma Kadomashi Osaka 571
     JAPAN
     TEL:+81(6)908-1291
     FAX:+81(6)906-1748

722  Mr. Jun Yonemitsu
     IPT Dept. AV TRL SONY
     4-14-1 Asahi Atsugishi
     Kanagawa 243
     JAPAN
     TEL:+81(462)30-6019
     FAX:+81(462)30-6284
     EML:yonemitsu%isrc.sony.june@uunet.uu.net

723  Mr. Toshinori Mori
     Victor Company of Japan Ltd.
     58-7 Shinmei Yokosukashi
     Kanagawa 238
     Japan
     TEL:+81(468)36-8111
     FAX:+81(468)36-0420

724  Mr. Tadashi Yoshida
     Canon Inc. ISRC
     890 Kashimada Saiwaiku
     Kawasakishi Kanagawa 211
     JAPAN
     TEL:+81(44)549-5320
     FAX:+81(44)549-5434

725  Mr. Hiroshi Fujiwara
     GCT 6F Koramu Minamiaoyama
     7-1-5 Minamiaoyama
     Minatoku Tokyo 107
     JAPAN
     TEL:+81(3)498-7141
     FAX:+81(3)498-7543

726  Mr. Yasuo Katayama
     Graphic Communications Technology
     6F Koramu Minamiaoyama
     7-1-5 Minamiaoyama Minato Tokyo 107
     JAPAN
     TEL:+81(3)498-7141
     FAX:+81(3)498-7543

727  Mr. Shigeyuki Unagami
     Fujitsu Labs.
     1015 Kamikodanaka Nakaharaku
     Kawasaki 211 JAPAN
     JAPAN
     TEL:+81(44)777-1111-2-6275
     FAX:+81(44)754-2580

728  Mr. Hideo Onoe
JVC Research Labs. Central R&D Center
58-7 Shinmeicho
Yokosukashi Kanagawa 239
JAPAN
TEL:+81(468)36-9941
FAx:+81(468)36-8540

729  Dr. Kazutoshi Yanaka
NTT HI Labs.
1-2356 Take
Yokosukashi Kanagawa 238-03
Japan
TEL:+81(468)59-2853
FAX:+81(468)59-3050

730  Mr. Fumio Sugiyama
Toshiba R&D Center
1 Komukaitoshiba Saiwaiku
Kawasakishi 210
JAPAN
TEL:+81(44)549-2151
FAX:+81(44)549-2261

731  Mr. Hiroo Uwabu
GCT 6F Koramu Minamiaoyama
7-1-5 Minamiaoyama
Minatoku Tokyo 107
JAPAN
TEL:+81(3)498-7141
FAX:+81(3)498-7543

1200  Mr. Bernard Marti
Conceiller de la Direction
CCETT. Rue de Clos-Courtel. BP59
35512 Cesson Sevigne Cedex
FRANCE
TEL:+33(99)02-4111
FAX:+33(99)02-4098

1201  Mr. Dara Hekimi
ECMA
114 Rue de Rhone
CH-1204 Geneva
SWITZERLAND
TEL:+41(22)35-3634
FAX:+41(22)86-5231

1202  Mr. Wang Zhiguan
North China Institute of
Computing Technology
P.O.Box 619,Beijing
The Peoples Republic of CHINA

1203 Mr. Michael Smith
ISO Central Secretariat
Case Postale 56
CH-1211 Geneva 20
SWITZERLAND
TEL:+41(22)34-1240
FAX:+41(22)33-3430 (G2 or G3)

1204  Dr. Jurgen Schonhut
C/O FhG-AGD
Wilhelminenstr.7
D-6100 Darmstadt
GERMANY F.R.
TEL:+49(61)51-10000
FAX:+49(61)51-100099

1205 Mr. Stephane Guerillot
AFP
13 Place de La Bourse
F-7500-2 Paris
FRANCE
TEL:+33(14)233-4466

1206 Mr. Quyen Tran
ISO/TC97/SC2 Secretariat
AFNOR. Tour Europe, CEDEX 7
92080 Paris La Defense
FRANCE
TEL:+33(14)291-5720
Fax:+33(14)291-5656

1207 Mr. Wolf Arfvidson
Statskontoret(SAFAD). Dpt R4
Standardezation Office
Box 34107,S-100 26
Stockholm. SWEDEN
TEL:+46(8)738-4000
FAX:+46(8)13-7784

1208 Mr. Peter R. Bono
Graphic Software Systems
P. O. Box 648
Gales Ferry, CT 06335
U. S. A.
TEL:+1(203)464-9350
FAX:

1209 Mr. Lolke Dijkstra
PTT Research, Neher Laboratories
P. O. Box 421
2260 AK Leidschendam
THE NETHERLANDS
TEL:+31(70)43-2603
FAX:+31(70)43-6477

1210 Mr. Alan Francis
Cyclops Group Open Univ.
Walton Hall Milton Keynes
Buckes
UNITED KINGDOM
TEL:+44(908)653862
FAX:

1211 Ms. Cindy Fuscoe
Section Staff Executive
National Electrical M. A.
2101 L Street NW Suite 300
FRANCE
TEL:+1(202)457-1965
FAX:

1212 Ms. Tonia Kemp
British Standards Institution
2 Park Street
London W1A2BS
UNITED KINGDON
TEL:+44(1)629-9000
FAX:+44(1)629-0500

1213 Ms. Frances E. Schrotter
ISO/IEC JTC1 Secretariat
ANSI  1430 Broadway
New York, NY 10018
U. S. A.
TEL:+1(212)642-4934
FAX:+1(212)302-1286

1214 Dr. Umit Karakas
Bilgisayar Bilimleri Bolumu
Hacettepe Universitesi
Beytepe-ANKARA
TURKEY
TEL:+90(4)213-0369
FAX:

1215 Mr. Oliver G. Robinson
Director IPTC.
Studio House Hens and Chickens Crt.
184 Fleet Street London EC4A 2DU
United Kingdom
TEL:+44(1)405-2608
FAX:

1216 Mr. Jerome J. Andersen
Standards Project Authority IBM
P. O. Box 12195, Dept. H91/Bldg. 002
Research Triangle Park, NC 27709
U. S. A.
TEL:+1(919)543-8498
FAX:

1217 Dr. K. R. Rao
E. E. Dept. Texas Univ. at Arlington
Room 518, Box 19016, UTA
Arlington, TX 76016
U. S. A.
TEL:+1(817)273-3478
FAX:

1218 Mr. Kurt H. Herrmann
Nederlandse Philips B. B. V.
DSD Consumer Electronics
External Standardization
Bldg. SL3, 5600 MD Eindhoven
The Netherlands
TEL:+31(40)73-2967
FAX:

1219 Mr. Roland J. Zavada
Chairman ISO/TSG101magery
Eastman Kodadc, 343 State Street
Rochester NY, 14650-0508
U. S. A.
TEL:+1(716)781-9092
FAX:+1(716)724-9023

1220 Dr. Ing. L. Stenger
     Forchungsinstitut der Deutschen
     Bundespost beim Fernmeldetechnischen
     Zentralamt, Am Kavalleriesend 3
     D-6100 Darmstadt, Germany, F. R.
     TEL:
     FAX:

1221 Mr. J. Bijlsma
     Technical Officer
     Nederlands Normalisatie-Instituut
     Postbus 5059, 2600 GB Delft
     The NETHERLANDS

1222 Dr. and Mrs. S. Thomas Dunn
     President and Vice President
     Dunn Technology Inc.
     1855 E. Vista Way Vista CA 92084
     U. S. A.
     TEL:+1(619)758-9460
     FAX:+1(619)758-5401

1223

1400 Mr. Graham P. Hudson
     British Telecom Research Labs.
     Martlesham Heath, Ipswich
     Suffolk IP5 7RE
     United Kingdom
     TEL:+44(473)64-4771
     FAX:+44(473)64-3035

1401 Mr. Johannes Braams
     PTT Dr. Neher Laboratorises
     P. O. Box 421
     2260 AK Leidschendam
     THE NETHRLANDS
     TEL:+31(70)43-5172
     FAX:+31(70)43-6477

1402 Mr. Manfred Worlitzer
     Deutsche Bundespost
     FTZ T25-4 P. O. Box 5000
     6100 Darmstadt
     GERMANY F. R.
     TEL:+49(615)183-5254
     FAX:+49(615)183-4791

1403 Mr. Roy H. Vivian
     IBA
     Crawley Court, Winchester
     Hampshire SO21,2QA
     United Kingdom
     TEL:+44(962)82-2545
     FAX:+44(962)82-2378

1404 Mr. Jean Dubos
     68 Route de Bersailles
     78430 Louveciennes
     FRANCE

     TEL:+33(13)902-5822
     FAX:

1405 Dr. Richard Nicol
     BT Reseach Labs.
     Martlesham Heath
     Ipswich, Suffolk IP57RE
     UUNITED KINGDON
     TEL:+44(473)64-2710
     FAX:+44(473)64-3791

# EXHIBIT
# 5

I S O

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/IEC JTC1/SC2/WG8

CODED REPREZENTATION OF PICTURE
AND AUDIO INFORMATION

ISO/JTC1/SC2/WG8 N975REV
April 18, 1990

SOURCE : Hiroshi Yasuda,  Convenor of WG8

TITLE  : WG8 Mailing List (April 18, 1990)

Following is the new mailing list of WG8.

Qualification as an active member will be checked using this table in the near future, namely too many spaces will disqualify your active member status.

Rule to Register on Mailing List

   1. One person per location·company.
   2. Two conscutive absence from WG8/Subgroup Meeting will cause deletion from the List
            (O & X in the participation status is necessary)

please check your status and if you find corrections please let me know as quick as possible.

    Wordings
       ----: A person who would receive document via representatives (numbered in the list)
      xxxx: A representative whose address is not available
      PORT: PORTO Meeting (WG8,JPEG,JBIG,MPEG,MPEGAUDIO,MHEG)
      USA: Tampa Florida Meeting (WG8, JPEG, JBIG, MPEG, MPEGAUDIO( MHEG)
      JPN: Japan Meeting (WG8,CGEG,JPEG,JBIG,MPEG,MPEGAUDIO,MHAG)
      STH: Stockholm Meeting (WG8,CGEG,JPEG,JBIG,MPEG,MPEGAUDIO,MHAG)
      REN: Rennes Meeting (MPEG,MPEGAUDIO,MHAG)
        W: will to attend WG8
        C:             CGEG
        P:             JPEG
        B:             JBIG
        M:             MPEG
        A:             MPEGAUDIO
        H:             MHAG
        ?: have will to attend, but without particular subgroups name
        O:             Attended
        X: Not attended, but some contribution or notice submitted
     Space: No information nor participation

Please inform me as quick as possible, if you find any correction in the list

# Attendees of Porto Meeting

| NAME of the Participants | REN | STH | JPN | USA | PORT | W | C | P | B | M | A | H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WJ00 Yasuda, Dr. Hiroshi  :NTT ECL JAPAN | 0 | 0 | 0 | 0 | | | | | | | | |
| WF00 Touchton, Mr. Charles F.  :IBM USA | | 0 | 0 | | | | | | | | | |
| WF01 Trocherie, Mr. Bernard  :BULL FRANCE | | 0 | X | 0 | | | | | | | | |
| WF02 Wallace, Mr. Gregory K.  :DEC USA | | 0 | 0 | | | | | | | | | |
| WF11 Hampel, Mr. Horst :SEL FRG | | 0 | 0 | 0 | | | | | | | | |
| WF03 Chiariglione, Dr. Leonardo  :CSELT ITALY | 0 | 0 | 0 | | | | | | | | | |
| WF04 Musmann, Prof. Dr.-Ing. Hans G.  :UNIV. Hannover FR | | 0 | 0 | 0 | | | | | | | | |
| WF05 LeGall, Dr. Didier J.  :C Cube USA | 0 | 0 | 0 | | | | | | | | | |
| WF12 Simon, Mr. Allen H.  :Intel USA | 0 | 0 | 0 | | | | | | | | | |
| WF06 Kretz, Mr. Francis  :CCETT FRANCE | 0 | 0 | 0 | | | | | | | | | |
| WF07 Friemelt, Mr. Joachim  :Siemens FRG | | 0 | X | | | | | | | | | |
| WF08 Sebestyen, Dr. Istvan  :Siemens FRG | | 0 | 0 | 0 | | | | | | | | |
| WF09 Morrison, Mr. David Geoffrey  :BTRL UK | 0 | 0 | 0 | | | | | | | | | |
| WF10 Smith, Mr. Colin  :INMOS UK | 0 | 0 | 0 | | | | | | | | | |
| WJ02 Suzuki, Mr. Haruyoshi  :SONY JAPAN | 0 | | 0 | 0 | | | | | | | | |
| WJ03 Kogure, Mr. Takuyo  :Matsushita JAPAN | 0 | 0 | 0 | 0 | | | | | | | | |
| WJ01 Hidaka, Mr. Tsuneyoshi  :JVC JAPAN | 0 | 0 | 0 | 0 | | | | | | | | |
| WJ05 Nishitani, Mr. Takao  :NEC JAPAN | | | 0 | | | | | | | | | |
| WJ06 Taka, Mr. Masahiro  :NTT ECL JAPAN | | 0 | X | | | | | | | | | |
| WJ04 Unagami, Mr. Shigeyuki  :FUJITSU JAPAN | | | 0 | 0 | | | | | | | | |
| F028 Macq, Mr. Benoit  :ELHY BELGIUM | | | | | | | | | | | | |
| F023 Delonge, Prof. Paul P.  :Univ. Catholique BELGIUM | | | | | | | | | | | | |
| F073 Boudard, Mr. Christophe  :Univ. Libre BELGIUM | | | | 0 | | | | | | | | |
| F074 Thibault, Mr. Louis  :CRC CANADA | | | | 0 | | | | | | | | |
| F000 Kwan, Mr. Andrew  :DOC CANADA | | | | | | | | | | | | |
| F049 Sun, Mr. Thomas C.  :MPR CANADA | | | | 0 | | | | | | | | |
| ---- Beaton, Mr. Richard James  :MPR CANADA | | | | 0 | | | | | | | | |
| F034 Costa, Dr. J. M.  :BNR CANADA | | | 0 | | | | | | | | | |
| ---- Fortier Dr. Michel  :BNR CANADA | | | | 0 | | | | | | | | |
| ---- Macnamara, Mr. Ram  :BNR CANADA | | | | 0 | | | | | | | | |
| F001 Poulsen, Mr. Henning  :KTAS DENMARK | | 0 | 0 | 0 | | | | | | | | |
| F039 Vaaben, Dr. Jorgen  :KTAS DENMARK | | 0 | | 0 | | | | | | | | |
| F057 Kilpinen, Mr. Timo T.  :P&T FINLAND | | 0 | | 0 | | | | | | | | |
| ---- Kultanen, Mr. Pekka  :P&T FINLAND | | 0 | | | | | | | | | | |
| xxxx Guerillot, Mr. Stephane  :AFP FRANCE | | | 0 | | | | | | | | | |

2

| Name | | | | | | |
|---|---|---|---|---|---|---|
| F003 Leger, Dr. Alain   :CCETT FRANCE | | 0 | 0 | 0 | | |
| ---- Dehery, Mr. Yves F.   :CCETT FRANCE | 0 | 0 | 0 | 0 | | |
| ---- Henot, Mr. J. P.   :CCETT FRANCE | 0 | | X | | | |
| ---- Peigne, Mr. Bernard   :CCETT FRANCE | | | 0 | 0 | | |
| F006 Texier, Dr. Nicole   :CNET FRANCE | 0 | 0 | 0 | 0 | | |
| ---- Guichard, Dr. Jacques   :CNET FRANCE | | 0 | 0 | 0 | | |
| ---- Mahieux, Mr. Yannick   :CNET FRANCE | 0 | 0 | 0 | | | |
| F030 Petit, Mr. Jean Pierre   :CNET FRANCE | 0 | X | | | | |
| F062 Price, Mr. Roger   :IBM FRANCE | | | 0 | 0 | | |
| F027 Lefvre, Mr. Jean-Paul   :OROS FRANCE | 0 | X | X | | | |
| F036 Jolivet, Mr. Jean Clade   :SAT FRANCE | | | 0 | | | |
| ---- Gicquel, Mr. Serge   :SAT FRANCE | | 0 | | 0 | | |
| F072 Komly, Mr. Alain   :TELEDIFFUSION FRANCE | | | | 0 | | |
| F055 Saini, Mr. Jaslit   :Thomson FRANCE | | 0 | | | | |
| ---- Fujita Mr. Mutsumi   :Thomson FRANCE | | | | 0 | | |
| F009 Lohscheller, Dr. Herbert   :ANT FRG | | 0 | | 0 | | |
| F031 Noll, Prof. Peter   :Univ. Berlin FRG | | 0 | 0 | 0 | | |
| F054 Tallet, Mr. Paul   :DEC FRG | | 0 | | | | |
| F029 Meier-Engelen, Dipl.-Ing. Egon   :DFVLR FRG | | | 0 | 0 | | |
| F024 Gerhaeuser, Dr.-Ing. Heinz L.   :FhG FRG | 0 | 0 | 0 | 0 | | |
| F035 Stoll, Mr. Gerhard   :IRT FRG | 0 | 0 | 0 | 0 | | |
| ---- Theile, Mr. Guenther   :IRT FRG | 0 | 0 | | | | |
| F021 Butera, Mr. William J.   :ITT FRG | | 0 | 0 | | | |
| F008 Krupa, Mr. Burkhard   :PKI FRG | | | | | | |
| F041 Hammer, Dr. Bernard   :Siemens FRG | | 0 | 0 | 0 | | |
| F026 Kummerow, Dr. Thomas   :Telenorma FRG | 0 | 0 | 0 | 0 | | |
| F025 Hepper, Mr. Dietmar   :Thomson FRG | 0 | 0 | 0 | 0 | | |
| ---- Spille, Mr. Jens   :Thomson FRG | 0 | 0 | 0 | 0 | | |
| F020 Brandenburg, Dipl.-ING. Karlheinz   :UNIV. of Erlang | | | | | | |
| F019 Fuchs, Mr. Hendrik   :Univ. Hannover FRG | 0 | 0 | 0 | 0 | | |
| ---- Adolph, Mr. Dirk   :Univ. Hannover FRG | 0 | | | 0 | | |
| 1242 Fenn, Mr. John Barry   :Wang FRG | | | | 0 | | |

3

| Name | | | | | | |
|---|---|---|---|---|---|---|
| F067 Ish-Shalom, Dr. Ariel : NS ISRAEL | | | | 0 | | |
| F048 Conte, Ms. Luisa :CSELT ITALY | | | 0 | 0 | | |
| ---- Marchisio, Mr. Pietro :CSELT ITALY | 0 | 0 | 0 | 0 | | |
| F010 Park, Mr. Sang Gyu :ETRI KOREA | | X | 0 | X | | |
| F058 Schylander, Mr. E. :Philips The Netherlands | | 0 | 0 | 0 | | |
| ---- Eisema, Mr. H. :Philips The Netherlands | | 0 | | | | |
| ---- Kerkhof, Mr. van de :Philips The Netherlands | | | | 0 | | |
| ---- Meer, Mr. Jan van der :Philips The Netherlands | | | 0 | | | |
| ---- Wit, Mr. Paul De :Philips The Netherlands | | | | 0 | | |
| F056 Koster, Mr. Arian :PTT RNL The Netherlands | | 0 | | | | |
| ---- Horst, Mr. R. fer :PTT RNL The Netherlands | | | 0 | | | |
| ---- Plompen, Mr. Ronald :PTT RNL The Netherlands | | | | | | |
| F068 Ryden, Mr. Thomas :BC SWEDEN | | | | 0 | | |
| F069 Grewin, Mr. Christer :NR SWEDEN | | | | 0 | | |
| F060 Ostberg, Dr. OLov: SAFAD SWEDEN | | 0 | 0 | | | |
| ---- Arfvidson, Mr. Wolf :SAFAD SWEDEN (1207) | | 0 | | | | |
| F052 Sahlin, Mr. Dan :SICS SWEDEN | | 0 | | | | |
| F037 Tholin, Mr. Per :Swedish Telecom SWEDEN | | 0 | | | | |
| ---- Brusewitz, Mr. Harald :Swedish Telecom SWEDEN | | 0 | | 0 | | |
| F011 Clark, Mr. Richard A. :ATGP UK | | | | | | |
| F022 kim Mr. I. Yung :BTRL UK | | 0 | 0 | 0 | | |
| ---- Challener, Mr. Paul :BTRL UK | 0 | X | | | | |
| ---- Dennis, Mr. Richard M. :BTRL UK | 0 | | | | | |
| ---- Smith, Mr. Barrie :BTRL UK | | | 0 | | | |
| ---- Tricker, Mr. Dennis J. :BTRL UK | | | | | | |
| F033 Webb, Mr. Graham :Crosfield UK | | 0 | | | | |
| F046 Gold, Dr. Martin P. :IBA UK | | X | X | | | |
| ---- Mccann, Mr. Ken D. :IBA UK | | 0 | X | 0 | | |
| F047 Wise, Mr. Adrian Philip :INMOS UK | 0 | | 0 | | | |
| ---- Bramley, Dr. Richard :INMOS UK | | | | 0 | | |
| F045 Morris, Dr. John :Philips UK | 0 | 0 | 0 | | | |
| F066 Turner, Mr. S. R. :Philips UK | | | | | | |
| F071 Robinson, Dr. A. Harry :STC UNITED KINGDOM | | | | 0 | | |
| F061 Yung, Mr. Benjamin :Apple Computer | | | 0 | 0 | | |
| ---- Ndrmile, Dr. James Olnee :Apple Computer USA | | | 0 | | | |
| ---- Yeh, Dr. C. Lung :Apple Computer USA | | | 0 | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| F002 Thelen, Mr. Donald R.   :AT&T USA | | | | | | |
| F012 Haskell, Dr. Barry G.   :AT&T BELL USA | | 0 | 0 | 0 | | |
| ---- Aravind, Dr. R.   :AT&T BELL USA | | | | 0 | | |
| ---- Chamzas, Dr. Christos   :AT&T BELL USA | | 0 | 0 | 0 | | |
| ---- Duttweiler, Dr. Donald L.   :AT&T BELL USA | | 0 | 0 | 0 | | |
| ---- Puri, Dr. ATUL   :AT&T BELL USA | | 0 | 0 | 0 | | |
| F017 Jayant, Dr. Nikil S.   :AT&T BELL USA | | 0 | 0 | 0 | | |
| ---- Johnston, Mr. James D.   :AT&T BELL USA | 0 | | 0 | | | |
| | | | | | | |
| F018 Judice, Dr. Charles N.   :BELLCORE USA | | | 0 | 0 | | |
| ---- Anderson, Mr. Milton M.   :BELLCORE USA | | | | 0 | | |
| ---- Singhal Mr. Sharad   :BELLCORE USA | 0 | | | | | |
| ---- Wong, Ms. Andria   :BELLCORE USA | | | | 0 | | |
| ---- Yang, Dr.Kun-Min   :BELLCORE USA | | | 0 | 0 | | |
| F016 Sun, Mr. Ming-Ting   :BELLCORE USA | | | | | | |
| | | | | | | |
| xxxx Nelson, Dr. John   :Brooktree USA | | 0 | 0 | | | |
| | | | | | | |
| F004 Hamilton, Dr. Eric   :CC USA | | | 0 | | | |
| | | | | | | |
| F059 Starkey, Mr. C. J.   :DATABEAM USA | | 0 | 0 | 0 | | |
| | | | | | | |
| F014 Szabo, Dr. Bernard I.   :DEC USA | 0 | 0 | 0 | 0 | | |
| ---- Nadai, Mr. John   :DEC USA | | | | 0 | | |
| ---- Pan, Dr. Davis   :DEC USA | | | | 0 | | |
| | | | | | | |
| F032 Weaver, Mr.Charles   :Digidec USA | | | | | | |
| | | | | | | |
| F043 Dimaggio, Mr. John P.   :DIS USA | | 0 | 0 | | | |
| | | | | | | |
| F042 Fielder, Mr. Louis   :Dolby USA | | 0 | | 0 | | |
| | | | | | | |
| F050 Romano, Mr. Pasqaule   :FMI USA | 0 | | | 0 | | |
| | | | | | | |
| F007 Arps, Dr. Ronald   :IBM USA | | 0 | 0 | | | |
| ---- Equitz, Dr. William H. R.   :IBM USA | | | | 0 | | |
| ---- Pasco, Dr. Richard C.   :IBM USA | | 0 | 0 | | | |
| F038 Pennebaker, Dr. William   :IBM USA | | 0 | 0 | | | |
| ---- Gonzales, Dr. Cesar A.   :IBM USA | 0 | 0 | 0 | | | |
| F013 Mitchell, Dr. Joan L.   :IBM USA | | 0 | 0 | | | |
| | | | | | | |
| F015 Astle, Dr. Brian   :Intel USA | | | 0 | | | |
| | | | | | | |
| F040 Nier, Mr. Michael C.   :Kodak USA | | 0 | 0 | 0 | | |
| ---- Dellert, Mr. David W.   :Kodak USA | | 0 | 0 | | | |
| ---- Kristy, Mr. Stephen H.   :Kodak USA | | 0 | | | | |
| | | | | | | |
| F051 Lippman, Dr. Andrew B.   :MIT USA | | | | | | |
| | | | | | | |
| F065 Bruno, Dr. Richard   :PRISM USA | | | 0 | | | |
| ---- Carter, Mr. W. Joseph   :PRISM USA | | | 0 | | | |
| | | | | | | |
| xxxx Caras, Dr. Jay   : StarSignal USA | | | 0 | | | |

5

| Name | C1 | C2 | C3 | C4 | C5 | C6 |
|------|----|----|----|----|----|----|
| F044 Ahlgren, Mr. David R.  :TCI USA | | 0 | | | | |
| F063 Girons, Mr. Rogis Saint  :Thomson USA | | | 0 | 0 | | |
| ---- Savatier, Mr. Tristan  :Thomson USA | | | 0 | 0 | | |
| F053 Lindsey, Mr. Robert A.  :UNISYS USA | | 0 | | | | |
| F070 Ligtenberg, Mr. Adriaan  :VCI USA | 0 | 0 | 0 | 0 | | |
| F005 DeGrasse, Mr. Bruce J.  :Xerox USA | | | | | | |
| F064 Gill, Dr. Aharon  :Zoran USA | | | 0 | 0 | | |
| J013 Matsuoka, Mr. Takeshi  :CASIO JAPAN | | | | | | |
| xxxx Matsui, Mr. Shinichi  :CASIO JAPAN | | | 0 | | | |
| J010 Yoshida, Mr. Tadashi  :CANON JAPAN | | 0 | 0 | 0 | | |
| ---- Kawamura, Mr. Naoto  :CANON JAPAN | | 0 | 0 | | | |
| xxxx Daichi, Mr. Seiji  :Fujifilm JAPAN | | | | | | |
| J014 Matsuda, Mr. Kichi  :FUJITSU JAPAN | | | 0 | 0 | | |
| ---- Hiraoka, Mr. Makoto  :FUJITSU JAPAN | | | 0 | | | |
| ---- Ganbe, Mr. Hirohisa  :FUJITSU JAPAN | | | 0 | | | |
| ---- Kawai, MR. Osamu  :FUJITSU JAPAN | | | 0 | | | |
| ---- Tomita, Mr. Kazuyuki  :FUJITU  JAPAN | | | 0 | | | |
| ---- Tsuda, Dr. Toshitaka  :FUJITSU JAPAN | | | 0 | 0 | | |
| J002 Mori, Mr. Masahiro  :FUJITSU JAPAN | | | 0 | | | |
| ---- Morihara, Mr. takashi  :FUJITSU JAPAN | | | 0 | | | |
| ---- Noda, Mr. Tsuguo  :FUJITSU JAPAN | | | 0 | | | |
| J012 Katayama, Mr. Yasuo  :GCT JAPAN | | | 0 | 0 | | |
| ---- Fujiwara, Mr. Hiroshi  :GCT JAPAN | | 0 | 0 | | | |
| ---- Uwabu, Mr. Hiroo  :GCT JAPAN | | 0 | 0 | | | |
| J015 Kudo, Mr. Yoshimichi  :HITACHI JAPAN | | | | 0 | | |
| ---- Inuzuka, Mr. Takki  :HITACHI JAPAN | | | 0 | | | |
| ---- Okamoto, Mr. Teiji  :HITACHI JAPAN | | | 0 | | | |
| ---- Takizawa, Mr. Masaaki  :HITACHI JAPAN | | | 0 | | | |
| ---- Tsuboi, Mr. Yukitoshi  :HITACHI JAPAN | | | 0 | | | |
| xxxx Nakajima, Dr. Masayuki  :Institute of Tech. JAPAN | | | 0 | | | |
| J004 Yamada, Mr. Yasuhiro  :JVC JAPAN | 0 | 0 | 0 | 0 | | |
| ---- Fujimoto, Masahiro  :JVC JAPAN | | | 0 | | | |
| ---- Konishi, Mr. Masaya  :JVC JAPAN | | | 0 | | | |
| ---- Mori, Mr. Toshinori  :JVC JAPAN | | | 0 | | | |
| ---- Onoe, Mr. Hideo  :JVC JAPAN | 0 | 0 | 0 | | | |
| ---- Ozawa, Mr. Keiji  :JVC JAPAN | | | 0 | | | |
| ---- Sugiyama, Mr. Kenji  :JVC JAPAN | | | 0 | 0 | | |
| J002 Endoh, Mr. Toshiaki  :KDD JAPAN | | 0 | 0 | 0 | | |
| ---- Kato, Mr. Hisaharu  :KDD JAPAN | | | 0 | | | |
| J016 Yamaguchi, Mr. Hirohisa  :KDD JAPAN | | | | | | |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| xxxx Kuroe, Ms. Harumi  :MATRA-MHS JAPAN | | | 0 | | | |
| | | | | | | |
| J009 Takahashi, Dr. Kenichi  :Matsushita JAPAN | 0 | 0 | 0 | 0 | | |
| ---- Goto, Miss Michiyo  :Matsushita JAPAN | | | 0 | | | |
| ---- Inoue, Mr. Ikuo  :Matsushita JAPAN | | | 0 | 0 | | |
| ---- Nagata, Mr. Atushi  :Matsushita JAPAN | | | 0 | | | |
| ---- Takahashi, Mr. Toshiya  :Matsushita JAPAN | | | 0 | 0 | | |
| ---- Takeguchi, Mr. Yoriyasu  :Matsushita JAPAN | | | 0 | | | |
| ---- Tanaka, Mr. Shouki  :Matsushita JAPAN | | | 0 | | | |
| | | | | | | |
| J006 Asai, Mr. Kohtaro  :Mitsubishi JAPAN | 0 | 0 | 0 | | | |
| ---- Endo, Mr. Kazuhito  :Mitsubishi JAPAN | | | 0 | | | |
| ---- Ishida, Mr. Sadanobu  :Mitsubishi JAPAN | | | 0 | | | |
| ---- Kimura, Mr. Tomohiro  :Mitsubishi JAPAN | | | 0 | | | |
| ---- Kino, Mr. Shigenori  :Mitsubishi JAPAN | | | 0 | 0 | | |
| ---- Murakami, Dr. Tokumichi  :Mitsubishi JAPAN | X | X | 0 | | | |
| ---- Ohnishi, Mr. Takeshi  :Mitsubishi JAPAN | | | 0 | | | |
| ---- Ono, Mr. Fumitaka  :Mitsubishi JAPAN | | 0 | 0 | 0 | | |
| ---- Yoshida, Mr. Masayuki  :Mitsubishi JAPAN | | | 0 | | | |
| | | | | | | |
| J000 Omachi, Mr. Takao  :NEC JAPAN | | 0 | 0 | 0 | | |
| J007 Ohta, Mr. Mutsumi  :NEC JAPAN | | | 0 | | | |
| ---- Sugiyama, Mr. Akihiko  :NEC JAPAN | | | 0 | | | |
| | | | | | | |
| xxxx Kaji, Mr. Mitsuo  :NEC ENG. JAPAN | | | 0 | | | |
| | | | | | | |
| xxxx Takahashi, Mr. Katsuhide  :Nippon Kikaku Kyokai | | | 0 | | | |
| | | | | | | |
| J003 Hagiwara, Mr. Hiroyuki  :NTT JAPAN | | 0 | 0 | 0 | | |
| ---- Habara, Mr. Takaki  :NTT JAPAN | | | 0 | | | |
| ---- Hishiyama, Mr. Kazutoshi  :NTT JAPAN | | | 0 | | | |
| ---- Ichikawa, Mr. Hidehiko  :NTT JAPAN | | | 0 | | | |
| ---- Ishikawa, Mr. Sadami  :NTT JAPAN | | | 0 | | | |
| ---- Ooshima, Mr. Takashi  :NTT JAPAN | | | | 0 | | |
| | | | | | | |
| J017 Hayashi, Mr. Shinji  :NTT ECL JAPAN | | | 0 | 0 | | |
| J005 Kamikura, Mr. Kazuto  :NTT ECL JAPAN | | | 0 | X | | |
| ---- Watanabe, Dr. Hiroshi  :NTT ECL JAPAN | 0 | 0 | 0 | 0 | | |
| ---- Yanaka, Dr. Kazuhisa  :NTT ECL JAPAN | | 0 | 0 | 0 | | |
| | | | | | | |
| J018 Suzuki, Mr. Kouichi  :NTTDATA JAPAN | | | 0 | | | |
| ---- Nakamura, Mr. Taichi  :NTTDATA JAPAN | | | 0 | | | |
| ---- Sese, Mr. Shouji  :NTTDATA JAPAN | | | 0 | | | |
| ---- Tomura, Mr. Motohisa  :NTTDATA JAPAN | | | 0 | | | |
| ---- Yamada, Mr. Hiroyuki  :NTTDATA JAPAN | | | 0 | | | |
| | | | | | | |
| J021 Kouro, Mr. Kenji  :OKI JAPAN | | | | | | |
| xxxx Hondachi, Mr. Yasukazu  :OKI JAPAN | | | 0 | | | |
| | | | | | | |
| xxxx Adachi, Mr. Eiichi  :RICO JAPAN | | | 0 | | | |
| ---- Hishida, Mr. Youji  :RICO JAPAN | | | 0 | | | |
| ---- Ichimura, Mr. Hajime  :RICO JAPAN | | | 0 | | | |
| ---- Ishikawa, Mr. Masaaki  :RICO JAPAN | | | 0 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ---- Ishikawa, Mr. Yasunori  :RICO JAPAN | | | 0 | | |
| ---- Kasuga, Mr. Masao  :RICO JAPAN | | | 0 | | |
| ---- Nakamura, Mr. Masahiro  :RICO JAPAN | | | 0 | | |
| ---- Nomizu, Mr. Yasuyuki  :RICO JAPAN | | | 0 | | |
| ---- Suzuki, Mr. Koushuu  :RICO JAPAN | | | 0 | | |
| ---- Uchiyama, Mr. Hiroki  :RICO JAPAN | | | 0 | | |
| ---- Yamada, Mr. Kazusaku  :RICO JAPAN | | | 0 | | |
| | | | | | |
| J019 Kakou, Mr. Nobutoshi  :SHARP JAPAN | | | 0 | | |
| ---- Juso, Mr. Hiromi  :SHARP JAPAN | | | 0 | | |
| ---- Nishida, Mr. Shuuzou  :SHARP JAPAN | | | 0 | | |
| | | | | | |
| J008 Yonemitsu, Mr. Jun  :SONY JAPAN | 0 | 0 | 0 | 0 | |
| ---- Akagiri, Mr. Ken  :SONY JAPAN | | | 0 | 0 | |
| | | | | | |
| J011 Sugiyama, Mr. Fumio  :Toshiba JAPAN | | | 0 | | |
| ---- Kaneshige, Mr. Toshihiko  :Toshiba JAPAN | | | 0 | | |
| ---- Maeda, Mr. Yuuichirou  :Toshiba JAPAN | | | 0 | | |
| ---- Ohzeki, Mr. Kazuo  :Toshiba JAPAN | | | 0 | | |
| ---- Tateishi, Mr. Toru  :Toshiba JAPAN | | | 0 | | |
| | | | | | |
| J020 Matsuyama, Mr. Takeshi  :YAMAHA JAPAN | | | 0 | | |
| ---- Sasaki Mr. Mikio  :YAMAHA JAPAN | | | 0 | X | |

8

1216 Andersen, Mr. Jerome J.
1207 Arfvidson, Mr. Wolf
1230 Ayerst, Mr. John  National Interactive Center
1221 Bijlsma, Mr. J.
1208 Bono, Mr. Peter R.
1233 Brannon, Mr. Keith  :ISO Technical Officer
1228 Casey, Dr. Tom  University College London
1235 Cho, Dr. Jeoung Sung  :Korea Standard Institute
1231 Clarke, Ms. J. N.  Standards Australia
1209 Dijkstra, Mr. Lolke
1223 Ducrot, Mr. Andre  SC24
1222 Dunn, Dr. S. Thomas, Mrs. Patrice M.  :Dunn Tech. Inc.
1210 Francis, Mr. Alan
1225 Girod, Dr. Bernd  MIT
1227 Gray, Ms. Mary Anne  IBM
1205 Guerillot, Mr. Stephane
1201 Hekimi, Mr. Dara
1218 Herrmann, Ir. Kurt H.
1229 Jameson, Dr. Gordon  University College London
1214 Karakas, Dr. Umit
1212 Kemp, Ms. Tonia
1202 Liang, Prof. Li Shu  :CHINA
1200 Marti, Mr. Bernard
1226 Ngosi, Miss Theodora N.    BSI
1224 Oguet, Mr. Francois  CCETT
1217 Rao, Dr. K. R.
1215 Robinson, Mr. Oliver G.
1204 Schonhut, Dr. Jurgen
1213 Schrotter, Ms. Frances E.
1232 Sessler, Mr. Georg W.  :JTC1 Vice Chairman
1203 Smith, Mr. Michael
1220 Stenger, Mr. L
1206 Holka, Mr. T  :JTC1/SC2 Secretariat
1211 Wu, Dr. Chung-Yu  :National Chiao Tung Univ. Taiwan
1219 Zavada, Mr. Roland J.
1234 Zhiguan, Mr. Wang


1300 Wada, Mr. H.  KDD CCITT
1301 Maeno, Mr. K.  NEC CCITT
1302 Oiwa, Mr. T.  NTT CCITT
1303 Kino, Mr. S.  Mitsubishi CCITT

1354 Chew, Mr. Kok-Leong Singapole TELECOM  CCITT
1357 Civita, Mr.F  SIP  CCITT
1362 Fenn, Mr. J.  Wang  CCITT
1351 Imamzade, Mr. J  XEROX CCITT
1359 Laube, Mr. M.  CCETT CCITT
1350 Layec, Mr. H.  CCETT  CCITT
1360 Leino, Mr. K.  PTT Finland  CCITT
1355 Mariani, Mr. S  SIP CCITT
1352 Mercurio, Mr. R  Swiss PTT CCITT
1353 Mitrani, Mr. M. S.  SAT CCITT

1361 Rothgordt, Mr. U. Philips CCITT
1358 Talone, Mr. P Fondazione Ugo Bordoni  CCITT
1356 Wenzel, Mr. K-H  Philips  CCITT


1402 Braams, Mr. Johannes
1400 Hudson, Mr. Graham P.
1404 Tran, Mr. Quyen
1401 Worlitzer, Mr. Manfred
1403 Yamazaki, Dr. Yasuhiro
1403 Yamazaki, Dr. Yasuhiro


# MEMBER ADDRESS LIST

-----------------------------------------------------------------

WJ00 Dr. Hiroshi Yasuda
     Visual Media Lab. HI Labs.
     NTT 1-2356 Take Yokosukashi
     Kanagawaken 238
     JAPAN
     TEL:+81(468)59-2800
     FAX:+81(468)59-2806/2829/2812

WJ01 Mr. Tsuneyoshi Hidaka
     R&D Center JVC
     58-7 Shinmeicho
     Yokosukashi Kanagawa 239
     JAPAN
     TEL:+81(468)36-8129
     FAX:+81(468)36-8540


WJ02 Mr. Haruyoshi Suzuki
     R&D Corporate Strategy SONY
     6-7-35 Kitashinagawa Shinagawaku
     Tokyo 141
     JAPAN
     TEL:+81(3)448-2656
     FAX:+81(3)448-7811
     EML:

WJ03 Mr. Takuyo Kogure
     Matsushita Electric Ind.
     Corporate Management Div. for A. O. ME
     2-28-4 Minamisenba Chuoku Osaka 542
     JAPAN
     TEL:+81(6)282-5396
     FAX:+81(6)282-5755


WJ04 Mr. Shigeyuki Unagami
     Fujitsu Labs.
     1015 Kamikodanaka Nakaharaku
     Kawasaki 211 JAPAN
     JAPAN
     TEL:+81(44)777-1111-2-6275
     FAX:+81(44)754-2580

WJ05 Mr. Takao Nishitani
     NEC C&C Labs.
     4-1-1 Miyazaki Miyamaeku
     Kawasakishi 213
     JAPAN
     TEL:+81(44)856-2118
     FAX:+81(44)856-2229


WJ06 Mr. Masahiro Taka
     NTT Telecom. NTWK. Labs.
     3-9-11 Midori
     Musashinoshi Tokyo 180
     JAPAN
     TEL:+81(422)59-3150
     FAX:+81(422)59-3314

WJ07

-----------------------------------------------------------------

WF00 Mr. Charles F. Touchton
     IBM Corp. Image Appl. Standards
     3405 West Buffalo Avenue
     Tampa Florida 33607
     U. S. A.
     TEL:+1(813)878-3084
     FAX:+1(813)878-3993

WF01 Mr. Bernard Trocherie
     BULL MTS
     7, rue Ampere
     F-91343 MASSY CEDEX
     FRANCE
     TEL:+33(1)6993-9849
     FAX:+33(1)6993-8447

WF02 Mr. Gregory K. Wallace
     Digital Equipment Corp.
     LKG1-2/C13, 550 King Street
     Littleton, MA 01460-1289
     U. S. A.
     TEL:+1(508)486-5661
     FAX:+1(508)486-7417
     EML:WALLACE%GAUSS.DEC@DECWRL.DEC.COM

WF03 Dr. Leonardo Chiariglione
     CSELT
     Via G. Reiss Romoli, 274
     I-10148 Torino
     ITALY
     TEL:+39(11)216-9228
     FAX:+39(11)216-9520
     EML:UICL@EICLUS.CNRT0%1TOPOL1.BITNET

WF04 Dr. Didier J. LeGall
     C-Cube Microsystems
     399-A West Trimble Road
     San Jose CA 95131
     U. S. A.
     TEL:+1(408)944-6353
     FAX:+1(408)944-6314

WF05 Prof. Dr.-Ing. Hans Georg Musmann
     Institute Fur Theor. Nachrichtentechnik
     Hannover University
     Appelstrasse 9A, D-3000 Hannover 1
     GERMANY F. R.
     TEL:+49(511)762-5317
     FAX:+49(511)762-5333
     EML:PSI%04551104302::FUCHS

WF06 Mr. Francis P. Kretz
     STM BP59 CCETT
     4 rue de Clos-Courtel
     F-35512 Cesson Sevigne Cedex
     FRANCE
     TEL:+33(99)02-4053
     FAX:+33(99)02-4098

WF07 Mr. Joachim Friemelt
     Siemens AG PEM3
     Hofmann Strasse 51
     D-8000 Munich 70
     GERMANY F. R.
     TEL:+49(89)722-62523
     FAX:+49(89)722-47713

WF08 Dr. Istvan Sebestyen
     Siemens AG PE M3
     Hofmann Strasse 51, P.O.Box 700072
     D-8000, Munich 70
     GERMANY F. R.
     TEL:+49(89)722-47230
     FAX:+49(89)722-47713

WF09 Mr. David Geoffery Morrison
     RT4322 British Telecom Research Labs.
     Martlesham Heath
     Ipswich, Suffolk IP5 7RE
     UNITED KINGDOM
     TEL:+44(473)64-3383
     FAX:+44(473)64-3791

WF10 Mr. Colin Smith
     INMOS LTD.
     1000 Aztec West Almondsbury
     Bristol BS12 4SQ
     UNITED KINGDOM
     TEL:+44(454)61-6616
     FAX:+44(454)61-7910
     EML:COLINS@1SNET.INMOS.CO.UK

WF11 Mr. Horst Hampel
     SEL AG
     ZFZ/PF/TD, Postfach 1760
     Ostendstrasse 3, D-7530 Pforzheim
     GERMANY F. R.
     TEL:+49(7231)71041
     FAX:+49(7231)71045
     EML:hampel@rcp.sel.de

WF12 Mr. Allen H. Simon                        WF13
     INTEL Corporation
     313 Enterprise Drive
     Plainsboro  NJ  08536
     U.S.A.
     TEL:+1(609)936-7666
     FAX:+1(609)936-7700
     EML:AHS@PROVAX.INTEL.COM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

F000 Mr. Andrew Kwan                           F001 Mr. Henning Poulsen
     Communications CANADA, R & D                    KTAS
     16th Floor, J. Tower, 300 Slater Street         Noerregade 21 Dept.UFT
     Ottawa, Ontario K1A 0C8                         DK-1199 Copenhagen K
     CANADA                                          DENMARK
     TEL:+1(613)990-4498                             TEL:+45(38)99-6818
     FAX:+1(613)952-1231                             FAX:+45(33)14-1373

F002 Mr. Donald R. Thelen                      F003 Dr. Alain Leger
     AT&T, Room 129A-A216                            CCETT
     60 Columbia Turnpike                            4 Rue du Clos Courtel
     Morristown,NJ 07960                             F-35512 Cesson Sevigne Cedex
     U.S.A.                                          FRANCE
     TEL:+1(201)644-3728                             TEL:+33(99)02-4223
     FAX:+1(201)455-7181                             FAX:+33(99)02-4098

F004 Dr. Eric Hamilton                         F005 Mr. Bruce J. DeGrasse
     C-Cube Microsystems                            Xerox Corp
     399-A West Trimble Road                        3311 Brookhauen Club Dr.
     San Jose CA 95131                              Dallas Texas 75234
     U.S.A.                                         U.S.A.
     TEL:+1(408)944-6300                            TEL:+1(214)241-0373
     FAX:+1(408)944-6314                            FAX:+1(214)420-2552
     EML:

F006 Dr. Nicole Texier                         F007 Dr. Ronald Arps
     CNET PAA-TPA-CPI                               Dept. K52/802
     38-40, Rue du General Leclerc                  IBM Almaden Research Center
     F-92131 Issy les Moulineaux                    650 Harry Rd, San Jose, CA 95120-6099
     FRANCE                                         U.S.A.
     TEL:+33(1)4529-4300                            TEL:+1(408)927-1797
     FAX:+33(1)4529-5435                            FAX:+1(408)927-2100

F008 Mr. Burkhard Krupa                        F009 Dr. Herbert Lohscheller
     PKI                                            ANT Telecommunications E324
     Thuru u.Taxis Str.10                           Gerberstr. 33
     D-8500 Nuremberg                               D-7150 Backnang
     GERMANY F.R.                                   GERMANY F.R.
     TEL:+49(911)526-2745                           TEL:+49(7191)13-2724
     FAX:+49(911)526-2850                           FAX:+49(7191)13-3383

F010 Mr. Sang Gyu Park
     ETRI P. O. Box 8
     DaeDog Danji
     Daejeon Chungnam
     KOREA
     TEL:+82(42)820-6193
     FAX:+82(42)861-1342

F011 Mr. Richard A. Clark
     Applied Telematics GP LTD
     7 Vale Avenue
     Tunbridge Wells Kent 7N1 1DJ
     UNITED KINGDOM
     TEL:+44(892)51-1000
     FAX:+44(892)3-8556

F012 Dr. Barry G. Haskell
     AT&T Bell Laboratories Room 4C-538
     Crawfords Corner Road
     Holmdel, NJ 07733
     U. S. A.
     TEL:+1(201)949-5459
     FAX:+1(201)949-3697
     EML:bgh@vax135.att.com

F013 Dr. Joan L. Mitchell
     Image Technical Consultant IBM
     360 Hamilton Avenue 2B-192
     White Planes, NY 10601
     U. S. A.
     TEL:+1(914)686-3921
     FAX:+1(914)686-1444

F014 Dr. Bernard Szabo
     Digital Equipment Corporation
     550 King Street, LKG1-2/C13
     Littleton, MA 01453
     U. S. A.
     TEL:+1(508)486-5668
     FAX:+1(508)486-7417

F015 Dr. Brian Astle
     INTEL Corporation
     313 Enterprise Drive
     Plainsboro NJ 08536
     U. S. A.
     TEL:+1(609)936-7666
     FAX:+1(609)936-7700
     EML:AHS@PROVAX.INTEL.COM

F016 Mr. Ming-Ting Sun
     BELLCORE NVC 3X-301
     331 Newman Springs Road
     Red Bank New Jersey 07701-7020
     U. S. A.
     TEL:+1(201)758-2869
     FAX:+

F017 Dr. Nikil S. Jayant
     AT&T Bell Laboratories
     600 Mountain Ave.
     Murray Hill, NJ 07974-2070
     U. S. A.
     TEL:+1(201)582-2640
     FAX:+1(201)582-7308

F018 Dr. Charles N. Judice
     BELLCORE Room MRE 2A-287
     445 South Street
     Morristown, NJ 07960
     U. S. A.
     TEL:+1(201)829-4088
     FAX:+1(201)829-7019
     EML:cnj@thumper.bellcore.com

F019 Mr. Hendrik Fuchs
     Institut fuer Theor. Nachrichtentecknik
     Universitaet Hannover
     Appelstrasse 9A. D-3000 Hannover 1
     GERMANY F. R.
     TEL:+49(511)762-5329
     FAX:+49(511)762-5333
     EML:PS1%04551104302::FUCHS

F020 Dipl.-Ing. Karlheinz Brandenburg
     Universitaet Erlangen-Nuernberg
     Leh. u. Lab. F. Techn. Elektron
     Cauerstrasse 9. D-8520 Erlangen
     GERMANY F. R.
     TEL:+49(913)185-7190
     FAX:+49(913)160-6330

F021 Mr. William J. Butera
     ITT Intermetal
     Hans-Bunte-Strasse 19
     D-7800 Freiburg
     GERMNY F. R.
     TEL:+49(761)517-862
     FAX:+49(761)517-880
     EML:butera5sundne.itt-semicon.de@unido.uucp

F022 Mr. I. Yung Kim
     BTRL
     Martlesham Heath
     Ipswich, Suffolk IP5 7RE
     UNITED KINGDOM
     TEL:+44(473)64-2903
     FAX:+44(473)64-2157

F023 Prof. Paul P. Delogne
     Lab. de Telecomm. - U. C. L.
     Batiment Makwell
     Place du Levant, B-1348 Louvain-la-Neuve
     BELGIUM
     TEL:+32(10)47-2307
     FAX:+33(10)45-2272
     EML:EARN/BITNET:sobieski'at'info.ucl/ac/be

F024 Dr.-Ing. Heinz L. Gerhaeuser
     Fraunhofer-Institute (FhG)
     Wetterkreuz 13
     D-8520 Erlangen
     GERMANY F. R.
     TEL:+49(9131)60-6311
     FAX:+49(9131)60-6330

F025 Mr. Dietmar Hepper
     Deutsche Thomson-Brandt GmbH
     P. O. Box 911345 Goettinger Chaussee 76
     D-3000 Hannover 91
     GERMANY F. R.
     TEL:+49(511)418-2394
     FAX:+49(511)418-2483
     EML:PSI%02624589004317::PETERS

F026 Dr. Thomas Kummerow
     Telenorma GMBH, TE-V 3447
     Postfach 102160
     D-6000, Frankfurt 1
     GERMANY F. R.
     TEL:+49(69)272-3447
     FAX:+49(69)272-3315

F027 Mr. Jean-Paul Lefevre
     Societe OROS
     Chemin des Pres-ZIRST
     F-38240 Meylan
     FRANCE
     TEL:+33(76)90-6236
     FAX:+33(76)90-5137

F028 Mr. Benoit Macq
     Laboratoire ELHY
     Universite Catholique de Louvain
     Place du Levant, B-1348 Louvain-la-Neuve
     BELGIUM
     TEL:
     FAX:

F029 Dipl.-Ing. Egon Meier-Engelen
     Technical Communications
     DLR, Linder Hoehe
     D-5000 Cologne 90
     GERMANY F. R.
     TEL:+49(2203)601-3331
     FAX:+49(2203)601-2866

F030 Mr. Jean Pierre Petit
     CNET LAA-TSS
     Route de Tregastel BP40
     Lannion Cedex F-22301
     FRANCE
     TEL:+33(96)05-3941
     FAX:+33(96)05-3530

F031 Prof. Dr.-Ing. Peter Noll
     Technische Universitaet Berlin
     Institute Fuer Fernmeldetechnik
     Einsteinufer 25, D-1000 Berlin 10
     GERMANY F. R.
     TEL:+49(30)314-23326
     FAX:+49(30)314-22514

F032 Dr. Charles Weaver
     Digidec Incorporated
     1503 Grant Road Suite 210
     Mountain View, CA 94040
     U. S. A.
     TEL:+1(415)961-6955
     FAX:+1(415)967-4823

F033 Mr. Graham Webb
     Crosfield Electronics Limited
     Three Cherry Trees Lane
     Hemel Hempstead Herts HP2 7RH
     UNITED KINGDOM
     TEL:+44(442)23-0000
     FAX:+44(442)23-2301
     EML:GW@CEL.UUCP.UK

F034 Dr. Jose M. Costa
BNR Dept. 6L14
P. O. Box C-3511
Ottawa Ontario K1Y 4H7
CANADA
TEL:+1(613)763-7574
FAX:+1(613)763-2697

F035 Mr. Gerhard Stoll
Institut fuer Rundfunktechnik
Floriansmuehlstrasse 60
D-8000 Muenchen 45
GERMANY F. R.
TEL:+49(89)32399-347
FAX:+49(89)32399-351

F036 Mr. Jean Clade Jolivet
SAT BP-346
Route de Tregastel
F-22304 Lannion
FRANCE
TEL:+33(96)48-4485
FAX:+33(96)48-0597

F037 Mr. Per Tholin
Swedish Telecom ADM
Varuvaegen 9B
S-12386 Farsta
SWEDEN
TEL:+46(8)713-2201
FAX:+46(8)713-1027

F038 Dr. William Pennebaker
IBM Reseach
P. O. Box 218
Yorktown HTS NY 10598
U. S. A.
TEL:(914)945-1456
FAX:(914)945-2141

F039 Dr. Jorgen Vaaben
Autograph International A/S
Lundtoftevej 1C
DK-2800 Lyngby
DENMARK
TEL:+45(45)93-3399
FAX:+45(45)93-3232

F040 Mr. Michael C. Nier
EASTMAN KODAK Co. HIS Div.
Building 65 Floor 1
Rochester NY 14650-1816
U. S. A.
TEL:+1(716)722-6553
FAX:+1(716)722-0160

F041 Dr. Bernard Hammer
Siemens AG ZFE IS INF1
Otto-Hahn-Ring 6
D-8000 Munich 83
GERMANY F. R.
TEL:+49(89)636-3193
FAX:+49(89)636-48322
EML:b-hammer@ztlvax.uucp

F042 Mr. Louis D. Fielder
Dolby Labs.
100 Potrero Ave.
San Francisco, CA 94103
U. S. A.
TEL:+1(415)558-0218
FAX:+1(415)863-1373

F043 Mr. John P. Dimaggio
Delta Information Systems
Bldg #3 300 Welsh RD
Horsham PA 19044,
U. S. A.
TEL:+1(215)657-5270
FAX:+1(215)657-5273

F044 Mr. David R. Ahlgren
Telephoto Communications, Inc.
11722 Sorrento Valley Road
Suite D, San Diego, CA 92121-1084
U. S. A.
TEL:+1(619)452-0903
FAX:+1(619)792-0075

F045 Dr. John Morris
Philips Research Laboratories
Cross Oak Lane
Redhill Surry RH1 5HN
UNITED KINGDOM
TEL:+44(293)78-5544
FAX:+44(293)77-6495
EML:morrisaj@prl.philips.co.uk

F046  Dr. Martin P. Gold
      IBA E&D Dept.
      Crawley Court, Winchester
      Hants SO21 2QA
      UNITED KINGDOM
      TEL:+44(962)82-2304
      FAX:+44(962)82-2378

F047  Mr. Adrian Philip Wise
      INMOS LTD.
      1000 Aztec West Almondsbury
      Bristol BS12 4SQ
      UNITED KINGDOM
      TEL:+44(454)61-6616
      FAX:+44(454)61-7910
      EML:DSPMAILS@ISNET.INMOS.CO.UK

F048  Ms. Luisa Conte
      CSELT
      Via Reiss Romoli 274
      I-10148 Torino
      ITALY
      TEL:+39(11)216-9574
      FAX:+39(11)216-9520
      EML:UILU@UICONV.CSELT.STET.IT

F049  Mr. Thomas C. Sun
      Microtel Pacific Research Ltd. (MPR)
      8999 Nelson Way
      Burnaby, BC V5A 4B5
      CANADA
      TEL:+1(604)293-5771
      FAX:+1(604)293-5787
      EML:sun@joplin.ubc-cs.uucp

F050  Mr. Pasquale Romano
      Fluent Machines Inc.
      1881 Worcester Rd. Framington
      MA. 02125
      U.S.A.
      TEL:+1(508)626-2144
      FAX:+1(508)820-1106

F051  Dr. Andrew B. Lippman
      Room E15-216
      Massachusetts Institute of Technology
      Cambridge MA 02139
      U.S.A.
      TEL:+1(617)253-5113
      FAX:+1(617)258-6264

F052  Mr. Dan Sahlin
      SICS Box 1263
      S-164 28
      Kista
      SWEDEN
      TEL:+46(8)752-1544
      FAX:+46(8)751-7230

F053  Mr. Robert A Lindsey
      UNiSYS Corporation, Defense Systems
      640 North 2200 West
      Salt Lake City UT 84116
      U.S.A.
      TEL:+1(801)594-6616
      FAX:

F054  Mr. Paul Tallett
      DEC GmbH Campus Based E. Center
      Haid-und-Neu Str. 5
      D-7500 Karisruhe 1
      GERMANY F.R.
      TEL:+49(721)84008-55
      FAX:+49(721)696816
      EML:tallett@kampus.dec.com

F055  Mr. Jaslit Saini
      Thomson Consumer Electronics
      BP 120
      F-67403 Illkirch Cedex
      FRANCE
      TEL:+33(88)67-6767
      FAX:+33(88)67-2424

F056  Mr. Arian Koster
      PTT Research Neher Laboratories
      P.O. Box 421
      2260 AK Leidschendom
      THE NETHERLANDS
      TEL:+31(70)332-5664
      FAX:+31(70)332-6477
      EML:A.Koster@PTTRNL.NL

F057  Mr. Timo T. Kilpinen
      P&T Finland
      R&D Dept. P.O.Box 135
      00511 Helsinki
      FINLAND
      TEL:+35(8)0-70-42574
      FAX:+35(8)0-70-42084

F058 Mr. Eric C. Schylander
Philips International NV
P. O. Box 218 Building HWD 3
5600MD Eindhoven
THE NETHERLANDS
TEL:+31(40)75-8506
FAX:+31(40)75-7646

F059 Mr. C. J. Starkey
Databeam Corporation
3256 Lochness Drive
Lexington KY 40517
U. S. A.
TEL:+1(606)273-3204
FAX:+1(606)273-3619

F060 Dr. Olov Ostberg
Swedish Agency for Administrative
SAFAD Box 34107
Stockholm S-10026
SWEDEN
TEL:+46(8)738-4801
FAX:+46(8)137-025

F061 Mr. Benjamin Yung
Apple Computer
20605 Valley Green Dr. M/S 82A
Cupertino 95014
U. S. A.
TEL:+1(408)974-4871
FAX:+1(408)974-6615
EML:YONG1@APPLELINK.APPLE.COM

F062 Mr. Roger Price
IBM FRANCE Advanced Telecoms Systems
Dept. 0801 BP43
La Gaude F-06610
FRANCE
TEL:+33(93)58-4175
FAX:+33(93)24-4545

F063 Mr. Rogis C. Saint Girons
Thomson Consumer Electronics
5601 W. Slauson Avenue
Suite 262 Culver City CA 90230
U. S. A.
TEL:+1(213)568-9003
FAX:+1(213)568-9002

F064 Mr. Aharon Gill
Zoran Corporation
4401 Great America Parkway
Santa Clara CA 95054
U. S. A.
TEL:+1(408)986-1314-307
FAX:+1(408)986-1240

F065 Dr. Richard J. Bruno
PRISM Interactive Product Co. Ltd.
The Pioneer Building Suite 2D
330 South Naperville Road Wheaton
Illinois 60187    U. S. A.
TEL:+1(312)682-4252
FAX:+1(312)682-9244

F066 Mr. Simon R. Turner
Philips Research Laboratories
Cross Oak Lane Redhill
Redhill Surrey RH1 5HA
UNITED KINGDOM
TEL:+44(293)78-5544
FAX:+44(293)77-6495

F067 Mr. Ariel Ish-Shalom
National Semiconducter
POB 3007
Herslia B  46104
ISRAEL
TEL:+972(52)52-2255
FAX:+972(52)55-8322

F068 Mr. Thomas Ryden
Swedish Broadcasting Corp.
SR SRTKFW GA-Mb
S-10510 Stockholm
SWEDEN
TEL:+46(8)784-6509
FAX:+46(8)662-6546

F069 Mr. Christer Grevin
Swedish National Radio
GA-M5
S-10510 Stockholm
SWEDEN
TEL:+46(8)684-6541
FAX:+46(8)662-6546

F070 Mr. Adriaan Ligtenberg
Video Consultant Inc.
979 Morena Avenue
Palo Alto CA 94303
U. S. A.
TEL:+1(415)856-2526
FAX:+1(415)494-2760
EML:

F071 Dr. A. Harry Robinson
STC Technology Ltd.
London Road
Harlow Essex CM17 9NA
UNITED KINGDOM
TEL:+44(279)2-9531
FAX:+44(279)44-1551
EML:AHR@STL. STC. CO. UK

F072 Mr. Alain Komly
Telediffusion de France
10 rue d'Oradour sur Glane
Paris F-75732
FRANCE
TEL:+33(1)4095-4305
FAX:+33(1)4554-7852

F073 Mr. Christophe Boudard
Universite Libre Bruxelles
Systemes Logiques Numeriques CP165
av. F. D. Roosevelt 50 B-1050 Bruxelles
BELGIUM
TEL:+32(2)642-2293
FAX:+32(2)642-2298

F074 Mr. Louis Thibault
CRC 3701 Carling AVe.
P. O. BoX 11490 Station H
Ottawa Ontario K2H 8S2
CANADA
TEL:+1(613)990-4349
FAX:+1(613)993-9950

F075

J000 Mr. Takao Omachi
Devices Department Comm. Terminal
Development Division NEC
1131 Hinode Abikoshi Chibaken 270-11
JAPAN
TEL:+81(471)85-7467
FAX:+81(471)85-7990
EML:

J002 Mr. Masahiro Mori
Color Imaging Devices Lab.
Fujitsu Laboratories Ltd.   10-1
Morinosato Wakamiya Atsugishi 243-01
JAPAN
TEL:+81(462)48-3111 ex. 4210
FAX:+81(462)48-3233

J002 Mr. Toshiaki Endoh
KDD Kamifukuoka R&D Lab.
2-1-15 Ohara
Kamifukuokashi Saitama 356
JAPAN
TEL:+81(492)66-7404
FAX:+81(492)66-7510

J003 Mr. Hiroyuki Hagiwara
NTT Video & Record Comm. Div.
1-6 Uchisaiwaicho 1 chome
Chiyodaku Tokyo 100
JAPAN
TEL:+81(3)509-5913
FAX:+81(3)581-5004

J004 Mr. Yasuhiro Yamada
JVC Research & Development Division
58-7 Shinmeicho Yokosukashi
Kanagawa 239
JAPAN
TEL:+81(468)36-8844-2336
FAX:+81(468)36-8540

J005 Mr. Kazuto Kamikura
Visual Media Lab. HI Labs.
NTT 1-2356 Take
Yokosukashi Kanagawa 238-03
JAPAN
TEL:+81(468)59-2823
FAX:+81(468)59-2829
EML:kazuto%nttvdt. ntt. jp@relay. cs. net

J006 Mr. Kohtaro Asai
Comm. Systems Lab. Mitsubishi Electric
5-1-1 Ofuna Kamakurashi
Kanagawa 247
JAPAN
TEL:+81(467)44-4011
FAX:+81(467)47-1251

J007 Mr. Mutsumi Ohta
C & C Information Technology Labs. NEC
4-1-1 Miyazaki Miyamaeku
Kawawakishi Kanagawa 213
JAPAN
TEL:+81(44)856-2264
FAX:+81(44)856-2239
EML:Ohta%home.ch.nec.co.jp.@uunet.uu.net

J008 Mr. Jun Yonemitsu
IPT Dept. AV TRL SONY
4-14-1 Asahicho Atsugishi
Kanagawaken 243
JAPAN
TEL:+81(462)30-6019
FAX:+81(462)30-6284
EML:yonemitsu@isrc.sony.co.jp

J009 Mr. Kenichi Takahashi
Matsushita Electric IND. Co., Ltd
Develpment Resaerch Lab.
1006 Kadoma Kadomashi Osaka 571
JAPAN
TEL:+81(6)908-1291
FAX:+81(6)908-7762

J010 Mr. Tadashi Yoshida
Canon Inc. ISRC Dept. 8
890-12 Kashimada Saiwaiku
Kawasakishi Kanagawa 211
JAPAN
TEL:+81(44)549-5320
FAX:+81(44)549-5434

J011 Mr. Fumio Sugiyama
Toshiba Video Sys. R&D Center
1 Komukaitoshiba Saiwaiku
Kawasakishi 210
JAPAN
TEL:+81(44)549-2151
FAX:+81(44)549-2261

J012 Mr. Yasuo Katayama
Graphic Communications Technology
6F Koramu Minamiaoyama
7-1-5 Minamiaoyama Minato Tokyo 107
JAPAN
TEL:+81(3)498-7141
FAX:+81(3)498-7543

J013 Mr. Takeshi Matsuoka
R&D Cashio Ltd.
2-229 Sakuragaoka
Higashiyamatoshi Tokyo 189
JAPAN
TEL:+81(425)63-1116
FAX:+81(425)63-2456

J014 Mr. Kiichi Matsuda
CN&VC Labs. Fujitsu Laboratories Ltd.
1015 Kamikodanaka Nakaharaku
Kawasakishi Kanagawaken 211
JAPAN
TEL:+81(44)754-2633
FAX:+81(44)754-2582

J015 Mr. Yoshimichi Kudo
4th Dept. CPRC Hitachi Ltd.
292 Yoshidacho Totsukaku
Yokohamashi 242
JAPAN
TEL:+81(45)881-1241
FAX:+81(45)864-4305

J016 Mr. Hirohisa Yamaguchi
Image Proc. G KDD Meguro Laboratories
2-1-23 Nakameguro Meguroku
Tokyo 153
JAPAN
TEL:+81(3)794-8484
FAX:+81(3)794-8492

J017 Mr. Shinji Hayashi
Speech Lab. NTT HI Labs.
3-9-11 Midoricho Musashinoshi
Tokyo 181
JAPAN
TEL:+81(422)59-3171
TEL:+81(422)59-3393

J018 Mr. Kouichi Suzuki
     Development Div. NTT Data Com. Ltd.
     Kouwa Kawasaki Nishiguchi Building
     662 Horikawacho Saiwaiku Kawasaki 210
     JAPAN
     TEL:+81(44)548-4345
     FAX:+81(44)548-4521

J019 Mr. Nobutoshi Kakou
     3rd Lab. Central Labs. Sharp Ltd.
     2613-1 Rekihoncho Tenrishi
     Naraken 632
     JAPAN
     TEL:+81(7436)5-1321
     FAX:+81(7436)5-1131

J020 Mr. Takeshi Matsuyama
     3rd Lab. Applied Electronics R & D Labs.
     YAMAHA Corp. 203 Matsunokijima Toyookamura
     Iwatagun Shizuokaken 438-01
     JAPAN
     TEL:+81(539)62-5428
     FAX:+81(539)62-5054

J021 Mr. Kenji Kouro
     Visual Comm. Electronics Comm. Div.
     Oki Ltd. 5th Bill Annex
     4-10-16 Shibaura Minatoku 108
     JAPAN
     TEL:+81(3)454-2111-5679
     FAX:+81(3)798 7631

--------------------------------------------------------

1200 Mr. Bernard Marti
     Conceiller de la Direction
     CCETT, Rue de Clos-Courtel, BP59
     35512 Cesson Sevigne Cedex
     FRANCE
     TEL:+33(99)02-4111
     FAX:+33(99)02-4098

1201 Mr. Dara Hekimi
     ECMA
     114 Rue de Rhone
     CH-1204 Geneva
     SWITZERLAND
     TEL:+41(22)35-3634
     FAX:+41(22)86-5231

1202 Prof. Li Shu Liang
     Dept. Of EE
     Tsinghua University
     Beijing 100084
     The Peoples Republic of CHINA
     TEL:+    256-7733
     FAX:+

1203 Mr. Michael Smith
     ISO Central Secretariat
     Case Postale 56
     CH-1211 Geneva 20
     SWITZERLAND
     TEL:+41(22)34-1240
     FAX:+41(22)33-3430 (G2 or G3)

1204 Dr. Jurgen Schoenhut
     C/O FhG-AGD
     Wilhelminenstr. 7
     D-6100 Darmstadt
     GERMANY F. R.
     TEL:+49(6151)1000-0
     FAX:+49(6151)1000-99

1205 Mr. Stephane Guerillot
     Agence France-Presse
     11-13 Place de la Bourse
     F-75002 Paris
     FRANCE
     TEL:+33(1)4041-4658
     FAX:+33(1)4041-4689

1206 Mr. T. Holka
     ISO/JTC1/SC2 Secretariat
     AFNOR. Tour Europe, CEDEX 7
     92080 Paris La Defense
     FRANCE
     TEL:+33(14)291-5720
     FAX:+33(14)291-5656

1207 Mr. Wolf Arfvidson
     Statskontoret(SAFAD), Dpt R4
     Standardezation Office
     Box 34107,S-100 26
     Stockholm, SWEDEN
     TEL:+46(8)738-4855
     FAX:+46(8)13-7784

1208 Mr. Peter R. Bono
     Graphic Software Systems
     P. O. Box 648
     Gales Ferry, CT 06335
     U. S. A.
     TEL:+1(203)464-9350
     FAX:

1209 Mr. Lolke Dijkstra
     PTT Research, Neher Laboratories
     P. O. Box 421
     2260 AK Leidschendam
     THE NETHERLANDS
     TEL:+31(70)43-2603
     FAX:+31(70)43-6477

1210 Mr. Alan Francis
     Cyclops Group Open Univ.
     Walton Hall Milton Keynes
     Buckes
     UNITED KINGDOM
     TEL:+44(908)653862
     FAX:

1211 Dr. Chung-Yu Wu
     Dept. EE National Chiao Tung Univ.
     75 Po-Ai Street
     Hsin-Chu Taiwan
     R. O. C.
     TEL:+  (35)71-5507-231
     FAX:+

1212 Ms. Tonia Kemp
     British Standards Institution
     2 Park Street
     London W1A2BS
     UNITED KINGDON
     TEL:+44(1)629-9000
     FAX:+44(1)629-0500

1213 Ms. Frances E. Schrotter
     ISO/IEC JTC1 Secretariat
     ANSI  1430 Broadway
     New York, NY 10018
     U. S. A.
     TEL:+1(212)642-4934
     FAX:+1(212)302-1286

1214 Dr. Umit Karakas
     Bilgisayar Bilimleri Bolumu
     Hacettepe Universitesi
     Beytepe-ANKARA
     TURKEY
     TEL:+90(4)213-0369
     FAX:

1215 Mr. Oliver G. Robinson
     Director IPTC.
     Studio House Hens and Chickens Crt.
     184 Fleet Street London EC4A 2DU
     United Kingdom
     TEL:+44(1)405-2608
     FAX:

1216 Mr. Jerome J. Andersen
     Standards Project Authority IBM
     P. O. Box 12195, Dept. H91/Bldg. 002
     Research Triangle Park, NC 27709
     U. S. A.
     TEL:+1(919)543-8498
     FAX:

1217 Dr. K. R. Rao
     E. E. Dept. Texas Univ. at Arlington
     Room 518, Box 19016, UTA
     Arlington, TX 76016
     U. S. A.
     TEL:+1(817)273-3478
     FAX:

1218 Ir. Kurt H. Herrmann
     Philips Consumer Electronics B. V.
     Technology Planning & Standards
     Building SWA-8 P. O. Box 80002
     5600 JB Eindhoven THE NETHERLANDS
     TEL:+31(40)73-2967
     FAX:+31(40)73-2113

1219 Mr. Roland J. Zavada
     Chairman ISO/TSG10Imagery
     Eastman Kodadc. 343 State Street
     Rochester NY, 14650-0508
                     U.  S.  A.
     TEL:+1(716)781-9092
     FAX:+1(716)724-9023

1220 Dr.- Ing. L. Stenger
Forchungsinstitut der Deutschen
Bundespost beim FTZ
Am Kavalleriesend 3, D-6100 Darmstadt
GERMANY F. R.
TEL:+49(6151)83-4369
FAX:+49(6151)83-4842

1221 Mr. J. Bijlsma
Technical Officer
Nederlands Normalisatie-Instituut
Postbus 5059, 2600 GB Delft
The NETHERLANDS

1222 Dr. and Mrs. S. Thomas Dunn
President and Vice President
Dunn Technology Inc.
1855 E. Vista Way Vista CA 92084
U.S.A.
TEL:+1(619)758-9460
FAX:+1(619)758-5401

1223 Mr. Andre Ducrot
INRIA
Domain de Voluceau -Rocquencourt
B.P. 105 F-78153 Le Chesnay Cedex
FRANCE
TEL:+33(1)3963-5511
FAX:+33

1224 Mr. Francois Oguet
CCETT
4 rue dc Clos-Courtel
B.P. 59 F-35512 Cesson Sevigne Cedex
FRANCE
TEL:+33(99)02-4111
FAX:+33(99)02-4098

1225 Dr. Bernd Girod
MIT Media Technology
Room E15-388  20 Ames Street
Cambridge Massachusetts 02139
U.S.A.
TEL:+1(617)253-0306
FAX:+1(617)258-6264
EML:bernd@media-lab.media.mit.edu

1226 Ms. Theodora N. Ngosi
Committee Administrator
BSI 2 Park Street
London W1A 2BS
UNITED KINGDOM
TEL:+44(1)629-9000
FAX:+44(1)629-0506

1227 Ms. Mary Anne Gray
Director of Standards Relations IBM
2000 Purchase Street Purchase
New York NY 10577
U.S.A.
TEL
FAX

1228 Dr. Tom Casey
Dept. Of Computer Science
University College London
Gower Str. WC1E 6BT
UNITED KINGDOM
TEL:+44(?)387-7050 ext.3687
FAX:+44(?)580-0995

1229 Dr. Gordon Jameson
Audio Visual Dept. Medical School
Middlesep Hospital Univ. College London
Gower Str. WC1E 6BT
UNITED KINGDOM
TEL:+44(?)387-7050 ext.3852
FAX:+44(?)580-0995

1230 Mr. John Ayerst
National Interactive Video Center
24 Stephenson's WAY
LONDON NW1
UNITED KINGDOM

1231 Mrs. J. N. Clarke
International oodinator
Stadards Austraria
P.O.Box 458, North Sydney NSW 2059
Auastralia
TEL:+ (2)963-4111
FAX:+ (2)959-3896

1232 Mr. Georg W. Sessler
     Siemens AG DISP NVB
     Postfach 830951
     D-8000 Munchen 83
     GERMANY F. R.
     TEL:+49(89)636-46350
     FAX:+49(89)636-3400

1233 Mr. Keith Brannon
     Technical Officer Information Tech.
     1 Rue de Varembe
     CH-1211 Geneva 20
     SWITZERLAND
     TEL:+41(22)34-1240
     FAX:+41(22)33-3430

1234 Mr. Wang Zhiguan
     North China Institute of
     Computing Technology
     P. O. Box 619, Beijing
     The Peoples Republic of CHINA

1235 Dr. Cho. Jeoung Sung
     IRSR Lab. Korea Standard Research Inst.
     P. O. Box 3 Taedoc Science Town
     Taejon 305-606
     REPUBLIC OF KOREA
     TEL:+82(42)820-5421
     FAX:+82(2)231-6813

1300 Mr. H. Wada
     KDD
     2-3-2 Nishishinjuku
     Shinjukuku Tokyo 163
     JAPAN
     TEL:+81(3)347-5836
     FAX:+81(3)347-5690

1301 Mr. K. Maeno
     NEC
     1-1-4 Miyazaki Miyamaeku
     Miyazaki Kawasaki 213
     JAPAN
     TEL:+81(44)856-2256
     FAX:+81(44)856-2229

1302 Mr. T. Oiwa
     NTT
     1-1-6 Uchisaiwaichou
     Chiyodaku Tokyo 100
     JAPAN
     TEL:+81(3)5565-1441
     FAX:+81(3)5565-1498

1303 Mr. S. Kino
     Mitsubishi Electric
     Image Comm. G. 5-1-1 Ofuna
     Kamakura 247
     JAPAN
     TEL:+81(467)44-4011
     FAX:+81(467)47-1251

1350 Mr. H. Layec
     CCETT PP59
     F-35512 Cesson Sevigne Cedex
     FRANCE

     TEL:+33(99)02-4356
     FAX:+33(99)02-4098

1351 Mr. J. Imamzade
     Rank Xerox Welwyn Hall
     Bessemer Road
     Welwyn Garden City
     UNITED KINGDOM
     TEL:+44(707)38-2219
     FAX:+44(707)33-6527

1355 Mr. R. Mercurio
     Swiss PTT
     GDPTT Abt. VL45
     CH-3000 Bern 29
     SWITZERLAND
     TEL:+41(31)62-7435
     FAX:+41(31)62-5747

1353 Mr. M. S. Mitrani
     SAT
     41 rue Cantagrel
     F-75631 Paris Cedex 13
     FRANCE
     TEL:+33(1)4582-3031
     FAX:+33(1)4582-3246

1354 Mr. Kok-Leong Chew
     Singapore Telecom Teleview Div.
     22-00 Comcentre
     31 Exeter Road 0923
     SINGAPORE
     TEL:+65(730)2618
     FAX:+65(235)9283

1355 Mr. S. Mariani
     SIP
     Via Flaminia 189
     I-00196 Rome
     ITALY
     TEL:+39(6)3688-5509
     FAX:+39(6)6231-1641

1356 Mr. K-H. Wenzel
     Philips Kommunikations Industrie
     Thurn u. Taxis Str.14
     D-8500 Nuremberg
     GERMANY F.R.
     TEL:+49(911)526-2256
     FAX:+49(911)526-4193

1357 Mr. F. Civita
     SIP-DG M/MK-LSP5
     Via B. Castiglione 59
     I-00142 Rome
     ITALY
     TEL:+39(6)3688-4796
     FAX:+39(6)3688-4487

1358 Mr. P. Talone
     Fondazione Ugo Bordoni
     Via B. Castiglione 59
     I-00142 Rome
     ITALY
     TEL:+39(6)5480-3460
     FAX:+39(6)5480-4400

1359 Mr. M. Laube
     SEL
     Ostendstr. 3
     D-753 Pforzheim
     GERMANY F.R.
     TEL:+49(7231)71041
     FAX:+49(7231)71045

1360 Mr. K. Leino
     PTT Finland Telematics Lab.
     Laserkatu 6
     SF-53850 Lappenranta
     FINLAND
     TEL:+35(8)5320100
     FAX:+35(8)5320618

1361 Mr. U. Rothgordt
     Philips GmbH Forschings Lab.
     Vost-Koelln Str.30 P.O.Box 540840
     D-2000 Hamburg 54
     GERMANY F.R.
     TEL:+49(40)5493-464
     FAX:+49(40)5493-210

1362 Mr. J. Fenn
     Wang Deutchland GmbH
     Dessauerstrasse 6
     D-8000 Munich 50
     GERMANY F.R.
     TEL:+49(89)149-840
     FAX:+49(89)140-3490

1363

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1400 Mr. Graham P. Hudson
     British Telecom Research Labs.
     Martlesham Heath, Ipswich
     Suffolk IP5 7RE
     United Kingdom
     TEL:+44(473)64-4771
     FAX:+44(473)64-3035

1401 Mr. Manfred Worlitzer
     Deutsche Bundespost
     FTZ T25-4 P.O.Box 5000
     6100 Darmstadt
     GERMANY F.R.
     TEL:+49(615)183-5254
     FAX:+49(615)183-4791

1402 Mr. J. L. Braams
     PTT Research Neher Laborarory
     P. O. Box 421
     2260 AK Leidschendam
     THE NETHERLANDS
     TEL:+31(70)43-5602
     FAX:+31(70)43-6477

1403 Dr. Yasuhiro Yamazaki
     Telematic Lab. KDD Kamifukuoka
     R&D Labs. 2-1-15 Ohara
     Kamifukuokashi Saitama 356
     JAPAN
     TEL:+81(492)66-7400
     FAX:+81(492)66-7510

1404 Mr. Quyen Tran
     Ex. ISO/JTC1/SC2 Secretariat
     AFNOR. Tour Europe. CEDEX 7
     92080 Paris La Defense
     FRANCE
     TEL:+33(14)291-5720
     FAX:+33(14)291-5656

# EXHIBIT
# 6

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/TC97/SC2/WG8

CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/TC97/SC2/WG8 N480 Rev 1
March 1987

Source:

Graham P Hudson, British Telecom
(Chairman Of The Joint Photographic Experts Group)

Title:

Report Of The Joint Photographic Experts Group Meeting
24-26 March 1987, Darmstadt


**0    Approval Of The Agenda And Review Of Papers (N454, N455, N456)**

The agenda, N454, shown in annexe 1 of this report was approved.
All the papers tabled, listed in N457 and in annexe 2, were
assigned to various agenda items.  The delegates attending the
meeting are given in N456 and in annexe 3.

**1    Approval Of The Report Of The Last Meeting (N402)**

The report of the Parsippany '86 meeting was approved.

**2    Liaison With Other Groups (N436, N450, N460)**

Mr Worlitzer, chairman of the CCITT SGVIII WP1 NIC, presented a
report (N450) of the December '86 meeting.  He stated that NIC was
endeavouring to find commonality between telematic services for
natural image communication and to find a common coding technique.
Of particular interest to JPEG was NIC's revised requirements which
were discussed under agenda item 3.

Paper N460 giving a summary of the ESPRIT 563-PICA project over the
last six months of '86 was presented by the ESPRIT project's
chairman Mr Hudson.  He reported that the consortium had reduced
the number of techniques under development from 10, to the 2
techniques to be presented to the JPEG.

Dr Yamazaki stated that the Japanese Natural Image Standard (NIS)
group had expanded to include Sony and another press
representative.  Four proposals were to be presented by the group
to the meeting.

A special meeting had recently been convened by Mr Thelen, the
chairman of the ANSI videotex task group, to discuss photographic
coding.  Interest was shown by DEC, AT&T, Bellcore and IBM.  Mr
Thelen will distribute JPEG reports to his group members.

Mr Wallace presented the liaison letter N436 from Ms Murphy of ACR-NEMA. Mr Wallace said there were three compression techniques under consideration, S transform (Philips), DPCM (Siemens) and DCT (Robert Wake). The former 2 techniques are lossless. We are awaiting ACR-NEMA's draft proposal and will send JPEG reports to Ms Murphy.

## 3.0    Discussion Of Test Pictures, Required Results, Evaluation Criteria And Verification

### 3.1    Test Pictures (N449, N466, N468)

The COST 211 magnetic tape format for storing digitised images as described in N468, was presented by Mr Vivian. This format is used for the test pictures and is to be used for the results. The IBA provided the four agreed test pictures (Zelda, blackboard, boats and Barbara) in COST 211 format. Tapes were given to ANSI and NIS representatives to distribute in the USA and Japan respectively. ESPRIT will distribute the tapes in Europe. The test pictures may be freely used for ISO purposes. These pictures must be used as the source for the picture to be supplied following compression to the Copenhagen meeting. Only if a major defect is found in their quality will another set be issued and if necessary this will be done within a month. If, as mentioned in N466, the test pictures do not have sufficient high frequency components then within one month NTT will provide a 'girl' picture to replace Barbara.

Mr Postl, N449, suggested that printed half tone pictures should be included in the test set and possibly printed output should be included for subjective testing. It was agreed to stick with the existing test set and to view the results on studio video monitors.

### 3.2    Required Results (N450, N458, N463)

NIC (N450) confirmed the nominal requirement for compression for each stage of 0.25, 1.0 and 4.0 bit/pixel. At the request of several members a 4th test compression rate is to be provided of 0.75 bit/pixel for each picture. This will be used if the 1.0 bit/pixel pictures do not allow for sufficient discrimination.

Pictures should be compressed to less than or equal to the nominal values. The bit rates are to be the total for luminance and chrominance and must include any address and code table/quantiser downloads and identification data. The rates for stages 2 and 3 should be for the total information to get to that stage (eg 2nd stage of 1 bit/pixel = 0.25 + 0.75 bit/pixel). Compression should be expressed both as bit/pixel and as total number of bytes in the compressed data file.

Digitised pictures must be provided to show the result at the end of all three stages of compression, plus an alternative main (2nd) stage at 0.75 bit/pixel, for all test pictures. Result must be supplied by the 29 May to KTAS prior to the Copenhagen meeting. All pictures must be in colour and to the full CCIR resolution of 720 x 576 pixels. KTAS asked for a 'single volume' format to be used.

The chairman presented N453 stating the information that should be provided by proposers for a technique to be considered for selection in Copenhagen and the information to be included in the

eventual standard. Because of ISO's limited photographic printing capability it was decided that result pictures would not be included in the standard. Consideration will be given to ISO selling digitised test and result pictures on disc. The ISO directive on inventions within standards was discussed and a statement is to be given on the licensing conditions for all candidates. The specification matrix is to be modified to include a row on the patent situation as shown in annexe 7. The complete information to be provided by 24 April in an updated initial description is given in annexe 6.

The revised schedule, N463, was updated as shown in annexe 5.

### 3.3 Evaluation Criteria (N447, N448, N450)

NIC in annexe 1 of N450 propose classifying the parameters of algorithms in three groups - mandatory, first and second order. Japan's NIS group proposed in paper N447 weightings for each parameter.

It was agreed that only the feasibility of 64 kbit/s decoding need be shown. Also universal applicability with regard to binary coding was considered to be secondary and not mandatory. The mandatory requirements are -

* progressive build-up in at least three stages
* feasibility for 64 kbit/s decoding
* complete implementations information must be provided
* world-wide licences must be available.

The chairman asked delegates to consider the weightings in table 1, shown in annexe 8, and submit comments by 24 April. It was agreed to remove the distinction of a 1st and 2nd order category, and to add a miscellaneous parameter for special features of a technique. Also the main (2nd) stage (0.75/1.0 bit/pixel) subjective testing should be given the highest weight.

### 3.3 Verification (N459, N488)

The need and means to verify results by supplying executable code for a separate encoder and decoder to establish genuine results and therefore a good standard was presented in N459 by the chairman. It was made clear that the executable code will not allow complexity to be judged.

If, as is believed, the porting of executable code between the machines is technically possible, then executable code is to be provided at the Copenhagen meeting, see N488. The code will either be in VAX VMS, IBM PC/MS DOS or NEC format. Assistance on these systems can be obtained from Mr Wallace, Mr Touchton or Mr Omachi respectively. The code is to be provided for testing purposes only and must be treated in confidence.

### 3.4 Selection (N472)

The possibility of full subjective testing of all techniques as part of the initial selection was discussed but it was concluded that there was insufficient time within the standardisation schedule. It is proposed to perform an initial screening at the

Copenhagen meeting followed by a full subjective testing on the shortlisted techniques after the meeting.

As proposed in N472 by Dr Yasuda, at Copenhagen, subjective quality and the rating of parameters for all techniques will be performed by all JPEG members attending the meeting who also attended the Darmstadt meeting.  All parameters will be rated out of 10 marks and then following weighting a total will be calculated for each technique out of 100.  A selection committee comprising one nominated member from each country in the JPEG will decide on the number of techniques to go into the final selection process.  Dr Yasuda proposed the objective should be just two techniques.  The full subjective testing and the verification of results from the executable code will be completed by 29 July.

For the 0.25 bit/pixel pictures, all pictures will first be quickly viewed to gain an overall impression of the quality and then they will be individually rated.  The 1.0 and 4.0 bit/pixel pictures will be judged using the double stimulus method.

**4    Registration And Presentation Of Compression Techniques**
     **(N446, N449, N453, N457, N461, N462, N464, N465, N471)**

The registration list was completed with 12 techniques as shown shown in N457 and annexe 5 .  A short presentation was made of each of these.  It was confirmed that only techniques documented, presented and registered at this meeting would be considered for standardisation.  During the presentation proposers stated the licensing situation for their techniques and this is shown in annexe 5.

As suggested in N466 it was possible to categorise the techniques. Three classes were chosen - Discrete Cosine Transform, Predictive and Other.  The category of each technique is shown in annexe 5.

It was agreed that in future publications concerning any of the registered techniques reference should be made to the fact that the technique is a candidate for standardisation by ISO.

**5    Developmment Of The Standards For The Development Of The**
     **Standards For Photographic Functionality DPX3 And Coding**
     **DPX2 Part 2 (N232)**

The chairman asked proposers to take into account the draft N232 New in producing syntaxes later in the year.  It is proposed to produce a new standard on the principles for binary coding which will be needed for photographic data.  Photographic experts are urged to participate in this topic in WG8.

**6    Any Other Business**

There was no other business.

Annexe 1

Agenda Of The Joint Photographic Experts Meeting

0    Approval Of The Agenda And Review Of Papers (N454, N455, N456)

1    Approval Of The Report Of The Last Meeting (N402)

2    Liaison With Other Groups (N436, N450, N460)

3    Discussion Of Test Pictures, Required Results, Evaluation
     Criteria And Verification
     (N447, N448, N449, N458, N459, N463, N466, N468, N472)

4    Registration And Presentation Of Compression techniques
     (N446, N449, N453, N457, N461, N462, N464, N465, N471)

5    Developmment Of The Standards For The Development Of The
     Standards For Photographic Functionality DPX3 And Coding
     DPX2 Part 2 (N232)

6    Any Other Business

**Annexe 2**

**Documents Presented At The Joint Photographic Experts Group Meeting**

| WG8 N- | Author | Title |
|--------|--------|-------|
| 402 R1 | Hudson | Report Of The Joint Photographic Experts Group Meeting, Parsippany |
| 436 | ACR-NEMA | Liaison Statement From ACR-NEMA, 11 December 1986 |
| 446 | Japan | Flowcharts Of Candidate Algorithms For Standardisation |
| 447 | Japan | Evaluating Items For Compression Techniques |
| 448 | Japan | Mutual Communication Between Binary Image, Still Image And Moving Picture |
| 449 | Postl | Quadtree Extension Of Block Truncation Coding |
| 450 | Worlitzer | Brief Report Of The NIC Group Meetings Within CCITT SGVIII, December 1986 |
| 453 | Leger | Adaptive Discrete Cosine Transform For Still Image Comm Services On ISDNs |
| 454 | Hudson | Agenda For The Joint Photographic Experts Group Meeting, Darmstadt |
| 455 | Hudson | Delegates Attending The Joint Photographic Experts Grp Meeting, Darmstadt |
| 456 | Hudson | Documents Presented At The Joint Photographic Expts Grp Mtg, Darmstadt |
| 457 | Hudson | Registration List For Photographic Compression Techniques |
| 458 | Hudson | Information To Be Given On Photographic Compression Techniques |
| 459 | Hudson | Verification Of Results Of Photographic Compression Techniques |
| 460 | Hudson | ESPRIT 563-PICA Summary Of Report For The Second Half of 1986 |
| 461 | Tricker | Progressive Recursive Binary Nesting |
| 462 | Germany | A Hybrid Algorithm (Adaptive Transform And Differential Entropy Coding) |
| 463 | Hudson | Revised Schedule For Selecting A Photographic Compression Technique |

| 464 | Wallace  | A DCT Image Coder With Low Block To Block Distortion |
| 465 | AT&T     | Block List Transform (BLT) Coding Of Images |
| 466 | Japan    | On Photographic Compression Algorithm Evaluation |
| 468 | Vivian   | Note On COST 211 Magentic Tapes For Compression Technique Evaluation |
| 469 | Seelman  | Flowchart Of HPC Coding Algorithm |
| 471 | Touchton | DPCM Using Adaptive Binary Arithmetic Coding |
| 472 | Yasuda   | Proposal On Selection Criteria |
| 477 | Wallace  | DEC VAX VMS Executable Code Format |

**Annexe 3**

**Delegates Attending The Joint Photographic Experts Group Meetings**

| Name | Meetings Attended | | |
|------|-----------|------------|------------|
|      | Darmstadt | Copenhagen | Martlesham |
| Chiariglione, Leonardo | X | | |
| Clark, Richard | X | | |
| Endoh, Toshiaki | X | | |
| Hudson, Graham | X | | |
| Leger, Alain | X | | |
| Lohscheller, Herbert | X | | |
| Kwan, Andrew | X | | |
| Mitchell, Joan | X | | |
| Ogura, Kenji | X | | |
| Omachi, Takao | X | | |
| Pennebaker, William | X | | |
| Park, Sang | X | | |
| Postl, Wolfgang 26 Mar | X | | |
| Poulsen, Henning | X | | |
| Seelmann, Gerhard | X | | |
| Sebestyen, Istvan | X | | |
| Starck, Alexander | X | | |
| Thelen, Donald | X | | |
| Touchton, Charles | X | | |
| Turner, Simon | X | | |
| Tricker, Dennis | X | | |
| Vivian, Roy | X | | |
| Wallace, Gregory | X | | |
| Worlitzer, Manfred | X | | |
| Yamazaki, Yasuhiro | X | | |
| Yasuda, Hiroshi | X | | |

**Annexe 4**

**Registration List For Photographic Compression Techniques**

| Title | Proposer | Doc | Pat | Cat |
|---|---|---|---|---|
| Generalised Block Truncation Coding | Ogura Japan | 446 | R | O |
| Progressive Coding Scheme | Yamazaki Japan | 446 | R | P |
| Adaptive DCT With Vector Quantisation | Endoh Japan | 446 | R | T |
| Component Vector Quantisation | Omachi Japan | 446 | R | O |
| Block Truncation Coding With Quadtree Extension | Postl Germany | 449 | R | O |
| Adaptive Discrete Cosine Transform | Leger ESPRIT/UK | 453 | R | T |
| Progressive Recursive Binary Nesting | Tricker ESPRIT/France | 461 | R | P |
| Adaptive DCT And Differential Entropy Coding | Lohscheller Germany | 462 | R | T |
| Block List Transform | Haskell USA | 465 | R | O |
| Hierarchical Predictive Coding | Seelmann Germany | 469 | F | P |
| DPCM Using Adaptive Binary Arithmetic Coding | Touchton USA | 471 | R | T |

Notes of explanation of the abbreviations -

Doc = Document number describing the technique.

Pat = Patent situation - R = licenses available on reasonable terms
                         F = free licenses

Cat = Technique category - T = discrete cosine transform coding
                           P = predictive coding
                           O = other coding

**Annexe 5**

**Revised Schedule For Selecting A Photographic Compression Technique**

| Date | Meeting Place | Action |
|------|---------------|--------|
| 24-26 Mar | Darmstadt, FTZ | Register techniques for consideration |
| | | Supply initial description of the techniques including flow diagrams |
| | | Distribute test pictures in COST 211 magnetic tape format |
| | | Agree on results required |
| | | Agree on selection criteria |
| | | Agree on verification procedure |
| 24 Apr | Post direct to all members | Updated complete initial description |
| 22 May | Post to proposers and GH and HY | Comments on initial description |
| 22 May 29 May | Post to KTAS arrive at KTAS | Initial results tape for all 4 pictures |
| 15-20 Jun | Copenhagen, KTAS | Select techniques for final selection |
| | | Supply executable code for encoder and decoder for verification |
| | | Appoint verifiers for each technique |
| | | Establish refiners for each technique |
| 29 Jul | Post direct to all members | Report on subjective testing and report on verification |
| 25 Sep | Post direct to all members | Distribute final complete description including quantisers and syntax |
| 16 Oct 23 Oct | Post to BTRL arrive at BTRL | Final results tapes for agreed test pictures |
| 9-13 Nov | Martlesham Heath BTRL | Select technique for standardisation |
| | | Incorporate technique into syntax |

Annexe 6

Updated Initial Description Requirements

An updated initial description including the features given below should be mailed by 24 April '87 directly to those on the WG8 mailing list.

* a description of the principles of the technique

    outline the techniques involved and how compression is achieved

    mention quantisers, classification, differential coding, variable length coding

  (typically 2-4 A4 pages)

* an outline of how the techniques will meet the requirements

    how progressive build up is achieved

    how real time decoding could be achieved

    expand upon the following topics -

        encode complexity, adaptibility, compatibility (including with binary), error propagation limitation, reversibility and special feature

  (typicaly 1-2 A4 pages)

* an annexe containing complete flow diagrams
        (typically 5-10 A4 pages)

* an annexe containing a completed specification matrix for the technique

* a list of patents owned that are applicable to the technique

Digitised Picture Results Required

Results are required on magnetic tape in COST 211 format (single volume) to be mailed (by 22 May) to arrive at KTAS, Copenhagen by 29 May '87.

Results are required from Zelda, boats, blackboard and Barbara test pictures for compressions of less than or equal to 0.25, 0.75, 1.0 and 4.0 bits/pixel.

A paper should be included describing the arrangement of pictures on the tape.

Also a paper should be included giving the compression in terms of bits/pixel and the actual data in the compressed picture file for luminance and chrominance.

**Annexe 7**

**Modified Specification Matrix**

## Photographic Compression Technique - Specification Matrix

| Compression Technique (title) | | |
|---|---|---|
| **Decode Complexity** | exper. | implementation |
| | | decoding time |
| | real | implementation (*expect.) |
| | | decoding time (*expect.) |
| **Encode Complexity** | exper. | implementation |
| | | encoding time |
| | real | implementation (*expect.) |
| | | encoding time (*expect.) |
| **Progressive Build-up** | 1st stage | compression |
| | | subj. quality/artefacts |
| | build-up | no of stages |
| | | subj. effect |
| | final stage | compression |
| | | subj. quality |
| **Adaptivity** | editor - quality/compression | |
| | content - quality/compression | |
| **Error Propogation** | | |
| **Maturity** | | |
| **Applicability** | symmetry encode/decode | |
| | resolution range (low and/or high) | |
| | multilevel mono/colour (yes or no) | |
| | binary (yes or no) | |
| | compatibility | |
| | comments | |
| **Patent/ licensing** (yes/no, free/reasonable) | | |

| Experimental results from (company) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Test Picture (to CCIR rec 601) | | | | boats | | | | |
| Compression (for colour picture in bits/pixel) | | nominal <= 0.25 | | | nominal <= 1.0 | | | nominal <= 4.0 | |
| | | Y | Cr | Cb | Y | Cr | Cb | Y | Cr | Cb |
| **Quality** | objective quality RMSE (Y,Cr,Cb) | | | | | | | | |
| | subjective quality CCIR rating | | | | | | | | |
| | visible artefacts | | | | | | | | |
| **Additional Comments** | | | | | | | | |

Annexe 8

Evaluation Matrix

## Photographic Compression Technique - Evaluation Matrix

| Compression Technique    (title) | | NIS weightings | JPEG chairman's suggested weightings | your weightings |
|---|---|---|---|---|
| **Mandatory Require- ments** | Progressive build up in at least 3 stages | | | |
| | Feasibility of real time decoding at 64kbit/s | | | |
| | World -wide license | | | |
| **Subjective Quality** | 1st stage | 10% | 10% | |
| | 2nd stage | 18% | 35% | |
| | 3rd stage | 8% | 5% | |
| Decode Complexity | | 14% | 15% | |
| Encode Complexity | | 10% | 10% | |
| Sequential build up | | 18% | 5% | |
| Progressive Build-up in more than 4 stages | | 6% | 3% | |
| Adaptivity    (quality/compression) | | 4% | 3% | |
| Compatibility  (including binary coding) | | 4% | 3% | |
| Error Propogation | | 4% | 5% | |
| Reversibility | | 4% | 3% | |
| Special Features | | | 3% | |

# EXHIBIT
# 7

ISO

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

ISO/JTC1/SC2/WG8

CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/JTC1/SC2/WG8 N517 Rev 0
January 1988

Source:

Graham P Hudson, British Telecom
(Chairman Of The Joint Photographic Experts Group)

Title:

Report Of The Joint Photographic Experts Group Meeting
25-27 January 1988, KTAS, Copenhagen

0.0    Introduction (Papers And Agenda)
       N643

The papers tabled, listed in annexe 3, were assigned to agenda items. The agenda, N643 Rev 1, was agreed at the start of the meeting but was modified during the week as shown in annexe 1. The members attending this and the previous selection meetings are shown in annexe 2.

1.0    Comments On The Report Of The Last JPEG Meeting
       N599, N629, N630, N633, N634, N635, N637, N642, N644

Comments received on the reports of the Winchester and Washington meetings, and on the subjective testing procedure and schedule, were discussed at a special ad hoc pre-meeting held on Sunday afternoon 24 January (agenda N642). Proposed solutions were formulated at this meeting and presented to the JPEG meeting on the Monday.

N644 from KTAS questioned whether the requirement in clause 3.4 of the report N599 for sequential build-up to an identical picture was agreed at the Washington meeting. The report was agreed and will be reissued as N599 Rev 2.

N637 was correct and N630 incorrect, neither Y, Cr, or Cb scans need be complete for the subjective testing. A 50% time tolerance should be allowed for dynamic build-up timing, so N634 was correct and N630 incorrect. N635 also points out corrections to N630 and these were agreed.

Japan, in N633, raised a number of points concerning the selection procedure described in the Winchetser report N629 Rev 1. Modification were agreed to clauses 2.1.2, 2.2, 2.3, 2.4, and 2.5 as shown in N629 Rev 2 and these were agreed. A significant clarification to clause 2.5 was that the requirement to include binary image coding may be reconsidered. The report was approved and will be reissued as N629 Rev 3.

2.0    Review Of The Procedure And Subjective Testing Method
       N631, N650, N660

Dr Sebestyen in N631 queried which type of subjective testing rating scale should be used, quality or impairment. After studying CCIR 500 Issue 3 (N660) Mr Wallace (N650) suggested a double stimulus with all pictures mixed, with mixed compressions and with the same picture

subject not appearing in sequence. It was also stated that the full range of the marking scale should be used for the test as a whole. This proposal was accepted and it was decided to use a five point quality marking scale (excellent, good, fair, poor, bad). A decimal scale was used to enter the figures to the results program.

Using the same scale for all compressions allows for the scores to be readily combined. At Winchester it was agreed that normalising the scores for different compressions would cause a bias inaccuracy for lower quality/higher compression pictures.

To anchor the scale it was agreed to preview all 60 pictures with each picture being displayed once for 15s, taking in all 15 minutes. Each double stimulus pair consists of showing the original and compressed picture five times for five seconds, making 50 seconds in all. The whole run of sixty pictuires takes approximately 1 hour. Taking account of the CCIR recommendations the run was split into two sessions of thirty minutes. A preview of 30 pictures was given at the start of the second session.

This change in procedure meant that the results analysis programmes had to be substantially rewritten and so it was not possible to process any results until the middle of the week.

### 3.0    Subjective Testing

### 3.1    Run 1 (Mixed compressions and pictures)

Run 1 was held on the afternoon of Monday 25 January. Thirty one members participated in the test. There were 5 monitors provided and so there were nominally 6 viewers around each monitor. These were seated in two arcs at 4 and 6 times the screen diagonal distance (48cm). There were typically 4 in the front and 2 in the back row.

The feeling of many members after the 1st run was that they were able to separate the pictures of different compressions into different quality bands but they were not confident that they had accurately relatively judged the pictures of the same subject at the same compression rates. This was not thought to be such be problem for the good quality pictures, produced at compressions of 2.25 and 0.75 bit/pixel, where the compressed pictures were of similar quality to the originals with which they were being compared. At 0.25 and 0.083 bit/pixel, however, the quality was significantly removed from the originals and the same pictures were never adjacent in the sequence so it was difficult to judged their relative quality.

### 3.2    Run 2 (Mixed compressions and pictures, repeat of Run 1)

In order to verify the results of Run 1 it was decided to repeat the same procedure on Tuesday morning. Viewers felt they had performed better on Run 2.

### 3.3    Run 3 (Separated compressions and pictures)

To enable the possibility of a more accurate relative scoring of pictures it was decided to have a run with pictures of the same subjects grouped together and for the pictures of same compression to be together. Although if this test were to be performed in isolation it would be difficult to know which areas of the marking scale to use for different compressions, the experience of the previous two runs provided the necessary training.

Run 3 was performed on Tuesday morning. Most viewers were well satisfied with their scoring ability on Run 3.

### 3.4    Run 4 (Separated compressions and pictures, comparison test)

To establish the order of techniques at each compression it was decided to have    a 4th test using a double stimulus but comparing pictures from the three compression techniques. That is A-B, B-C, C-A, although the order was randomised. (It should be noted that this decision was taken before any of the earlier test results were available to the meeting). The same scoring procedure was used and viewers were asked to try to mark in the same area of the scale as they had previously used for a given picture and compression technique.

There were again a total of 60 double stimulus pair tests and the test was split into two sessions, the first for picture compressed to 2.25 and 0.75 and the second for 0.25 and 0.083 bit/pixel. Before testing each picture at a each compression a preview was given of each of the compressed pictures displayed in double stimulus mode with the original 3 times.

Run 4 was performed on Wednesday morning.

### 4.0    Prototype Decoder Evaluation
        N674, N680

### 4.1    Procedure

It had been hoped to use the prototype decoders to perform the dynamic subjective testing and to evaluate technique complexity. The details of the evaluation procedure had not been finalised at the previous meeting so it was decided that actual scoring for quality and complexity would not be performed. It was, however, agreed that the opportunity should be taken use the demonstration to show the technical feasibility of real time decoding and see different dynamic progressive build-up effects.

The prototype decoders represented the state of the art in picture decompression technology and at the beginning of the meeting intensive effort was being put into getting the decoders working away from their home laboratories. The demonstrations were rescheduled for Tuesday evening to allow as much time as possible to get software/hardware working. No further time was available as some equipment had to be shipped out on Wednesday.

Each of the four decoders were connected via a video switch box to the group of subjective testing monitors and so the different progressive build-ups could be viewed without knowing the technique producing them.

Viewers were invited to write comments on the subjective appearance of the progressive build-up and these were submitted to Richard Clark who summarised the comments in N680. Some details of the number of scans in the progressive build-up and the decode times were noted in N674. Following the viewing details of each of the prototype terminals were briefly presented to the group.

### 4.2    Decoders
        N666

### 4.2.1    ADCT (Hardware) N666

The French company SAT, under contract from CCETT, had produced a hardware realisation of the earlier ADCT technique (N502) incorporating a multiplier for the inverse transform. The decoder was driven at 80kbit/s and produced pictures in under 5s which is exactly real time. The decoder was not able to work beyond the 0.75 bit/pixel compression stage.

### 4.2.2    ADCT (Software) N665

KTAS had written a software decoder in C and 286 assembly language for the latest version of ADCT (N640) but excluding the initial sub-sampling. Using a CAF PC AT with a 20 MHz 386 processor the decoder operated at just over real time but within the agreed tolerance.

The decoder had to be restarted after the 0.75 bit/pixel stage to carry on to the 2.25 stage. Some arithmetic errors were noticed.

### 4.2.3   ABAC N664

An ABAC software decoder had been produced by IBM with some assistance from BT. The decoder was demonstrated on an IBM RT and an AT with a 16 MHz 386. The RT operated at real time and the AT at about half real time.

### 4.2.4   GBTC N658

Fujitsu demonstrated a hardware decoder for GBTC (N510), which is one of the two techniques that are the basis of BSPC. The decoder incorporated a 68000 processor with discrete decoding logic. The 0.75 and 2.25 bit/pixel stages took 3 and 4 scans to build-up and were decoded a little over real time. It was not possible to get an impression of the appearance of the progressive build-up as the screen was blanked in between scans whilst the display memory was being written to by the processor.

### 4.3     Observations
### N680, N681

It was noted in N680 that several viewers found a large number of scans in quick succession (eg >10 in 5s) distracting and irritating. For the ISDN where good quality is achieved in a short time (eg 5s) fewer stages are necessary. If the first stage is quickly replaced then its quality is less relavent. An initial luminance only stage was also disliked.

Major discontinuities between stages were found unacceptable. There were differences of opinion as to which type of artefacts were least objectional at the initial stages   A single artefact occuring in one area of the screen can be more annoying than a regular artefact over the whole screen.

The high compressions now achieved make photographic transmission possible at lower data rates and in future tests should also be performed at PSTN rates from 1.2 to 9.6kbit/s. At these speed a large number of stages may again be desirable.

It was thought that the subject matter for testing should be extended to include faces, signature and text. The use of the highest compressions for indexing icons and montages should be examined. The ways of extending the techniques for higher and lower resolutions and for increasing accuracy (eg number of bits/pixel) also needs to be studied.

### 5.0     Presentation Of Results And Analysis
### N686

As well as to accomodate the changes in procedure the results programs were also modified to enable data to be input from separate data discs. Data from the scoring sheets was entered onto floppy discs late on Wednesday night and Thursday morning. The data from the floppies was printed out and given back to the members for checking and where necessary was corrected.

The first results that were produced showed the median scores for each compression value for each picture subject and for each run. Also the overall WG8 and NIC weighted results were produced. It was clear from the results that ADCT had produced the best quality pictures and the chairman proposed that future development of the standard be based on ADCT. The statement in 5.1 was agreed as N692 at the meeting as the way forward.

Any other results generated by members from the raw data should not be published without the agreement of the JPEG.

It was decided that KTAS should not go ahead at the present time with the verification of the subjective testing with untrained viewers. After further development the enhanced ADCT will be subjectively tested with the present ADCT technique (N640) using a new set of pictures to reflect a wider range of applications. KTAS will hold the master software for N640.

### 5.1    Agreed Statement
####        N692

In all the subjective testing sessions the ADCT technique achieved significantly higher quality results at all bit rates than the ABAC and BSPC techniques. The prototype real time decoders exhibited indicated that all techniques will be economically implementable. Also the demonstrations and presentations showed that the mandatory technical features can be met by all techniques.

In view of the unequalled quality of ADCT the chairman asked delegates to determine in the future if an ADCT technique can meet all JPEG requirements. The chairman proposed that the JPEG should concentrate on a joint development to refine and enhance an ADCT technique for standardisation.

It was agreed by JPEG that the resulting ADCT technique should be the basis of the future standard (for colour/grey scale pictures). If any JPEG defined application cannot be directly met by this ADCT technique, at the quality level shown at Copenhagen in January, then the inclusion in the standard of another techniques (ABAC and/or BSPC) will be examined. It is the aim of the group to produce a standard with one technique.

### 6.0    Complexity Evaluation Procedure

The criteria for judging complexity was not finalised at the last meeting and was not further discussed at this meeting. The demonstration showed that all techniques were implementable and that ADCT could be implemented in both hardware or software.

### 7.0    Binary Coding Selection Procedure
####        N699

In N669 the convenor of WG8, Dr Yasuda, proposed an extended organisation for WG8, which includes the formation of a new group to specify a procedure and select a technique for Binary Image Coding.

### 8.0    Combination Of Results And Overall Selection Procedure

This topic was not specifically discussed as it was apparent that all techniques were similar on grounds of complexity and met all the features requirements and so the decision to further develop ADCT was based on superior quality. The optimum binary image coding technique will by studied by the newly formed group.

### 9.0    Examination Of Deliverables And Verification Of Results
####        N639, N640, N641, N645, N661, N683, N685, N688

Documentation was submitted by the 8 Januray deadline (N645, N661) on ABAC (N639), ADCT (N640), and BSPC (N641). These documents were presented by the TDG chairpersons on Thursday afternoon and Friday morning. It was agreed that these documents were satisfactory but it was thought that in some instances further detail would be required to allow implementation. Copies of the overhead projector slides used are given in N683 (ABAC), N685 (BSPC), and N688 (ADCT).

The results shown at the meeting will be verified to ensure that they are achievable from the executable code submitted on January 8. The ADCT code will be verified by NIS and ATG, BSPC will be checked by ANT, and BT will verify ABAC.

Mr Leger agreed to remain as chairman of the Transform Technique Development Group. Dr Michell was asked to formulate a new functionality proposal for the transform technique.

The JTDG and PTDG are now disbanded and the chairman acknowledged the fine results produced by both these groups.

It was confirmed that in line with WG8/JPEG policy all personal and approved WG8 documents are open for public distribution including N639, N640 Rev 1, and N641. It was also confirmed that the digital test pictures may be publicly distributed for research purposes.

## 10.0   Any Other Business

### 10.1   Publicity
#### N670, N682

In order to publicise the work and progress made in WG8/JPEG the convenor suggested that a press release and conference paper should be produced. In N670 the convenor suggested papers should be presented at the HDTV Workshop (Turin, February), PCS (Turin, September) and Globecom 88 (Florida, November). The chairman, in N682, suggested a list of papers and authors. Because of limited time available at Globecom a shortened list of paper is shown in annexe 5.

A draft press release was produced by the chairman (N673) briefly describing the progress in JPEG and giving some background information. Mr Touchton also produced an extended version. It was decided to use the original version because of its more punchy style but to include some of the additional information given in the alternative. The new draft will be circulated for comment within a month and an approved version will be distributed by the convenor. The convenor will also produce photographs of 'Hill' and 'Girl' at 0.75 and 0.25 bit/pixel compression and distribute copies with the press release. Members are encouraged to distribute the information as widely as possible to their national and international press organisations.

### 10.2   General

It was agreed that image processing facilities will be required at future JPEG meetings. This will allow progress on the enhancement of the technique to be seen by the whole group. The facility should be able read digitised pictures from a COST 211 tape or AT floppy disc. The pictures should be displayed to the CCIR 601 format of 720 X 575 pixels on a 48cm/19inch studio quality monitor. The image processing capability should either be based on a DEC VAX or IBM AT.

The Canadian PTT has kindly offered to host the next WG8/JPEG meeting in Ottawa. It is now proposed to ask for the meeting to be held on 9-13 May 1988.

Mr Hudson, chairman of the JPEG, announced during the week that owing to a change of responsibility within BT he would regrettably have to resign as chairman after the Ottawa meeting. It was proposed that Mr Wallace of DEC should take over as chairman.

The chairman thanked all members for their cooperation, goodwill and patience which had lead to such a successful outcome. He especialy thanked KTAS for their providing excellent facilities, efficient administration and warm hospitality. The chairman was asked to write a letter of thanks to Mr Rindorf, Vice President of Research and Development of KTAS.

**Annexe 1**

**Draft Agenda And Timetable For The JPEG Meeting**
**25-27 January 1988, KTAS, Copenhagen**

| | | |
|---|---|---|
| 0 | Introduction (Papers and Agenda) | Monday |
| 1 | Comments On The Report Of The Last JPEG Meeting | |
| 2 | Review Of The Procedure And Subjective Testing Method | |
| 3 | Subjective Testing | |
| | 3.1 Run 1 (Mixed Compression And Pictures) | |
| | 3.2 Run 2 (Mixed Compression And Pictures) | Tuesday |
| | 3.3 Run 3 (Separated Compression And Picture) | |
| | 3.4 Run 4 (Separated Compression And Picture, Comparison) | Wednesday |
| 4 | Prototype Decoder Evaluation | Tuesday/Wednesday |
| | 4.1 Procedure | |
| | 4.2 Decoders Demonstration | |
| | 4.3 Observations | |
| 5 | Presentation And Analysis Of Results | Thursday/Friday |
| 6 | Complexity Evaluation Procedure | |
| 7 | Binary Coding Selection Procedure | |
| 8 | Combination Of Results And Overall Selection Procedure | |
| 9 | Examination of Deliverables And Verification Of Results | |
| 10 | Any Other Business | |

DRAFT - Comments By 29 April Please    ISO/IEC/JTC1/SC2/WG8 N715 Rev 0 Page 8

Annexe 2 -

Delegates Attending The Joint Photographic Experts Group Meetings
During The Technique Selection Process

| Name | Company | Country | Meetings Attended | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Dar Mar 87 | Cop Jun 87 | Was Oct 87 | Win Nov 87 | Cop Jan88 |
| Allman, Lascoe | IBM | USA | - | - | x | - | x |
| Bauer, Wolfram | FTZ | W Germany | X | - | - | - | - |
| Beaumont, Mark J | BTRL | UK | - | - | X | - | - |
| Braams, Johannes | Dr Neher Lab | Netherlands | - | - | X | - | X |
| Chamzas, Christos | AT&T Bell | USA | - | - | X | - | X |
| Chiariglione, Leonardo | CSELT | Italy | X | X | X | S1 | X |
| Clark, Richard | App Telemat | UK | X | - | - | - | X |
| DeGrasse, Bruce J | Xerox Corp | USA | - | - | - | - | X |
| Dunn, Thomas | T Dunn Inc | USA | - | - | X | - | - |
| Durroux, Alain | SAT | France | - | - | - | - | x |
| Endoh, Toshiaki | KDD | Japan | X | X | X | - | X |
| Fountaine, Claude | SAT | France | - | - | - | - | x |
| Friemelt, Joachim | Siemens | W Germany | - | X | - | - | - |
| Gicquel, Serge | SAT | France | - | - | - | - | x |
| Guerillot, Stephane | AFP | France | - | - | - | - | X |
| Guglielmo, Mario | CSELT | Italy | - | - | - | X1 | - |
| Guillemot, Christine | CCETT | France | - | - | X | - | - |
| Haskell, Barry | AT&T Bell | USA | - | X | X | - | - |
| Hagiwara, Hiroyuki | NTT | Japan | - | X | - | - | X |
| Hudson, Graham | BTRL | UK | X | X | X | X | X |
| Ito, Atsushi | Mitsubishi | Japan | - | X | - | - | - |
| James, Normile | Edran Corp | USA | - | - | - | - | X |
| Jacobs, Yolanda | TASC | USA | - | - | X | - | - |
| Jacobson, Charles | Xerox | USA | - | - | X | - | - |
| Jolivet, Joen | SAT | France | - | - | - | - | x |
| Le Chevalier | SAT | France | - | - | - | - | x |
| Le Gall, Didier J | Bellcore | USA | - | - | X | - | - |
| Leger, Alain | CCETT | USA | X | X | X | X | X |
| Lohscheller, Herbert | ANT Telecom | W Germany | X | X | - | - | X |
| Kwan, Andrew | DOC | Canada | X | - | - | - | - |
| McCarthy, Thomas | IBM | USA | - | - | X | - | - |
| Mitchell, Joan | IBM Res | USA | X | X | X | X | X |
| Moorhead, Robert J | IBM Res | USA | - | - | x | - | x |
| Mori, Masahiro | Fijitsu Lab | Japan | - | - | X | - | X |
| Murakami, Tokumichi | Mitsubishi | Japan | - | X | - | - | - |
| Nemoto, Keiji | NEC | Japan | - | - | X | - | - |
| Noda, Tsugio | Fijitsu Lab | Japan | - | - | - | - | X |
| Niss, Birger | KTAS | Denmark | - | X | - | - | X* |
| Ogura, Kenji | NTT | Japan | X | X | - | - | X |
| Omachi, Takao | NEC | Japan | X | X | - | - | X |
| Park, Sang Gyn | ETRI | Korea | X | X | - | - | - |
| Pennebaker, William | IBM Res | USA | X | X | X | X | X |
| Postl, Wolfgang (26 Mar) | Siemens | W Germany | X | - | - | - | - |
| Poulsen, Henning | KTAS | Denmark | X | X | X | X | X |
| Rabbani, Majid | Kodak | USA | - | - | X | - | - |
| Richards, Norman | Philips Res | UK | - | - | - | - | X2 |
| Rutledge, Charles | AT&T Lab | USA | - | - | - | - | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sebestyen, Istvan | Siemens | W Germany | X | X | X | X | X |
| Seelmann, Gerhard | Un Hanover | W Germany | X | - | - | - | - |
| Shaw, Venson | AT&T Bell | USA | - | - | - | - | X |
| Starck, Alexander | Seimens | W Germany | X | X | - | - | - |
| Takizawa, Masaaki | Hitachi | Japan | - | X | - | - | - |
| Thelen, Donald | AT&T Bell | USA | X | - | - | - | - |
| Touchton, Charles | IBM Corp | USA | X | X | X | X | X |
| Tricker, Dennis | BTRL | UK | X | X | X | X | X |
| Trocherie, Bernard | Bull | France | - | - | - | - | X |
| Tsugio, Noda | Fujitsu | Japan | - | - | - | - | x |
| Turner, Simon | Philips Res | UK | X | - | - | - | S2 |
| Urban, Stephen | Delta | USA | - | - | X | - | X |
| Vaaben, Joegen | KTAS | Denmark | - | X | X | - | X* |
| Van Helden, Johannus | Dr Neher Lab | Netherlands | - | X | - | - | - |
| Vivian, Roy | IBA | UK | X | X | X | X | X |
| Wallace, Gregory | DEC | USA | X | X | X | X | X |
| Worlitzer, Manfred | FTZ | W Germany | X | - | - | - | - |
| Yamazaki, Yasuhiro | KDD | Japan | X | X | X | X | X |
| Yasuda, Hiroshi | NTT | Japan | X | X | X | X | X |

Notes

X = attended JPEG meeting
x = demonstrator only
- = did not attend meeting
X* = did not take part in subjective testing
S1 = substituted by X1

A total of 66 different members attended the meetings, 13 members attended all meeting as shown in bold print.

Annexe 3

**Documents Tabled At The JPEG Meeting, 25-29 January 1988, Copenhagen**

---------------------------------------------------------------------------

| WG8 No | Author | Abbreviated Title |
|--------|--------|-------------------|
| | | |

---------------------------------------------------------------------------

| WG8 No | Author | Abbreviated Title |
|--------|--------|-------------------|
| N599 | Hudson | Report of JPEG Meeting, Oct '87, Washington |
| N629 | Hudson | Report of JPEG Special Meeting, Nov '87, Winchester |
| N630 | Vivian | Criteria for Subjective Testing |
| N631 | Sebestyen | *Comments on the Criteria for Subjective Testing* |
| N632 | Leger | Report of ADCTG Meeting, Rennes, Dec '87 |
| N633 | Japan | Comments and Additions to N627, N629 and N631 |
| N634 | Pennebaker | Comments on N630 |
| N635 | BTRL | Comments on N630 and N631 |
| N636 | WG8 | Liaison between ISO/TC97/SC2/WG8 and CCITT SGVIII |
| N639 | Pennebaker | Comments on N630 Rev 1 |
| N638 | Kwan | Data and Venue of April '88 Meeting |
| N639 | Mitchell | Jan 8th '88 ABAC Document |
| N640 | Leger | Jan 8th '88 ADCT Document |
| N641 | Ogura | Jan 8th '88 Document of BSPC and Binary PCS |
| N642 | Hudson | Notice of A Special Test Procedure Ad Hoc Group Meeting |
| N643 | Hudson | Draft Agenda and Tiem table for JPEG Jan '88 |
| N644 | Poulsen | Comments on Documents N599 Rev 1 |
| N645 | Sebestyen | Confirmation of Documents and Tapes |
| N647 | Japan | Comments on N643 Rev 0 and others |
| N649 | Sebestyen | Confirmation of Tapes |
| N650 | Sebestyen | CCITT Input |
| N651 | Lohscheller | Verification of GBTC |
| N657 | Japan | PCS for Binary Image *Coding* |
| N658 | Japan | Real Time Decoder Implementation of BSPC |
| N659 | Wallace | Recommendation for Static Subjective Testing Procedure |
| N660 | CCIR | Recommendation 500-3 |
| N661 | Sebestyen | Confirmation of Documents |
| N662 | Vivian | Scoring Sheet |
| N663 | IPTC | Liaison from IPTC |
| N664 | PTDG | ABAC Real Time Demonstration |
| N665 | KTAS | Real Time Decoder for N640 Algorithm |
| N666 | CCETT/SAT | ACDT Real Time Decoder Implementation |
| N667 | Chianglione | Coded Representation of Moving Picture |

| N669 | Convener | Future Prospect of WG8 Activities |
| N670 | Convener | Publicity Activity of Still Picture Coding Standardization |
| N672 | Michell | ABAC Updated and Extended Specification Matrix |
| N673 | Hudson | Draft Press Release on Progress in JPEG |
| N674 | Hudson | Real Time Decoder Demonstrations |
| N678 | AT&T | Single Chip Solution for an 8 by 8 Two Dimensional DCT |
| N679 | KTAS | Subjective Test Sequence Lists |
| N680 | Clark | Dynamic Test Results Questionnaire |
| N681 | Yasuda | Comment on N680 Dynamic Test Results |
| N682 | Hudson | Publicity of JPEG Work |
| N683 | PDTG | ABAC Transparencies |
| N684 | SGXV | Liaison from SGXV |
| N685 | Ogura | BSPC Transparencies |
| N686 | Vivian | Final Results of Static Subjective Tests |
| N688 | ADCTG | ADCT Transparencies |
| N691 | Clark | Equipments Prepared |
| N692 | Hudson | Item for Report on Future Development in JPEG |
| N693 | KTAS | ADCT Algorithms as used in the Simulation Systems |
| N694 | Mitchell | Draft of the Functionalties for a Standard |

**Annexe 4**

**Average Results For All Five Pictures For Each Compression Value**

## RUN 1

## RUN 2

## RUN 3

## RUN 4





**Annexe 5**

**Publicity For JPEG Work**

| | |
|---|---|
| Jan 88 | Press Release N673 - Hudson |
| Feb 88 | HDTV Workshop - Yasuda |
| Sep 88 | Picture Coding Symposium, 12-14 September, Tunin<br>A session at PCS is to be arranged by Dr Yasuda. Short papers (< 500 words)<br>should be prepared. Suggestions are - |

Hudson/Yasuda  Selection a Still Picture Compression Technique in ISO/CCITT
Leger        Development Of The ADCT Technique In ISO/CCITT
Mitchell     Development Of The ABAC Technique InISO/CCITT
Ogura        Development Of The BSPC Technique In ISO/CCITT

Nov 88    Globecom 88, 28 Nov - 1 Dec, Holywood, Florida, USA
A session has been arranged by Dr Yasuda. Longer papers (~ 2000 words)
should be prepared. Suggestions are -

| | |
|---|---|
| Yasuda* | Picture Coding work in ISO/IEC and the Proposed Digital Audio and Picture Architecture |
| Hudson* | Progress on the Selection a Still Picture Compression Technique in ISO/CCITT |
| Wallace/Vivian | Analysis of the Subjective Testing of the Still Picture Compression Techniques in ISO/CCITT JPEG |
| Sebestyen | New Image Communication Service Requirements |
| Leger* | The ADCT Picture Compression Technique and its Fuctionality |
| Mitchell | The ABAC Picture Compression Technique and its Fuctionality |
| Ogura | The BSPC Picture Compression Technique and its Fuctionality |
| Vaaben* | Real Time Decoding of ADTC by Software on a PC |
| SAT* | Real Time Decoding of ADTC using Hardware |
| Pennebaker | Q Coder In Picture Coding Applications |
| Yamazahi | Progressive Coding Scheme for Binary Images |

In view of the restricted time available possibly only those papers marked by * will be
presented. This will have to be further discussed when more details of the conference
arrangments are known.

# EXHIBIT
# 8

January 1989

**JPEG**
**JOINT PHOTOGRAPHIC EXPERTS GROUP**
**ISO/IEC JTC1/SC2/WG8**
**CCITT SGVIII**

**JPEG-12.2-R0**
**December 1988**

SOURCE: JPEG Chairman
        Gregory Wallace, Digital Equipment Corporation

TITLE:   Rennes JPEG Meeting Report

## 1. Meeting Location and Purpose

A meeting of the JPEG "Ad Hoc Technical Development" group took
place in Rennes, France, July 11-13, 1988.  The meeting was hosted
by Alain Leger and the CCETT, and conducted at the Rennes CCETT
facility.  The purpose of the meeting was to review technical work
conducted by JPEG members, since the May Ottawa meeting, for the
purpose of improving the ADCT proposal prior to final standardi-
zation, and to plan any final technical work necessary to choose
between proposed enhancements by the September meeting.

It was agreed beforehand that the purpose of this meeting would be
strictly technical, that is, for the technical experts to come
together to review their progress and propose work for the next
period.  No "policy" decisions, such as changing the requirements
of the algorithm, were to be made at this meeting.

## 2. Papers Submitted

At the meting, the following papers were submitted and discussed
on the indicated topics.  The title and submittor of each paper is
listed in Document Register JPEG-4.1-R2.

> Administrative Matters: JPEG-110, 111, 113, 114, 117, 118,
>     121, 128, 139, 155, 156, 157, 162, 163.
>
> Related Standards Activities: JPEG-108, 109, 119, 138, 158.
>
> Entropy Coding: JPEG-122, 123, 131, 161.
>
> DCT/IDCT Transform Specification: JPEG-124, 125, 126, 130,
>     132, 143, 145, 159.
>
> Reversibility: JPEG-127, 150.
>
> Progressive Buildup: JPEG-135, 136, 140, 141, 142, 147, 152,
>     153, 165.
>
> Hardware Implementations: JPEG-137, 146, 148, 151, 154.
>
> Structuring of the Standard: JPEG-116, 129, 149, 164.
>
> Miscellaneous: JPEG-122, 115, 120, 133, 134, 144.

## 3. Meeting Resolutions

No resolutions were made at this meeting, because of its Ad Hoc
status.  In fact, we did not fully accomplish our objective of
planning all remaining technical project prior to the September
meeting (even though we worked until Midnight July 13, thanks to
the generous flexibility and patience of our host Alain Leger!)
The planning was continued by correspondence during the weeks
following the Rennes meeting.

# EXHIBIT
# 9

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONAL DE NORMALISATION

## ISO/IEC/JTC1/SC2/WG8

### CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/IEC JTC1/SC2/WG8 N 914
1989 AUG 30

TO:           WG8

FROM:         CONVENOR, WG8

SUBJECT:      MEETING REPORT (DRAFT)

REFERENCE:    WG8 PLENARY SESSIONS: STOCKHOLM: JULY 3 - 7, 1989

## INTRODUCTION

The subject meeting was held in Stockholm, Sweden, during the period July 3-7, 1989, at the facilities of the meeting host, Statskontoret (Swedish Agency for Administrative Development) (SAFAD).

During this meeting, SC2/WG8 met twice in plenary session: once on the opening day of the meeting, and once on the closing day.

During the intervening time, WG8's subgroups met in working sessions pursuant to the attainment of their respective objectives.

Recommendations resulting from the meeting are contained in Annex A.

Details of the activities of the two plenary sessions are described in the following pages.

---------------------------

# SESSION ONE: MONDAY, JULY 3, 1989

## SESSION OPENING

DR. HIROSHI YASUDA (NTT) (JAPAN), WG8 Convenor, called the meeting to order at approximately 9:30 AM.

As the opening item of business, Mr. Wolf Arfvidson (SAFAD) welcomed the group on behalf of the host. Mr. Arfvidson also introduced the group to a number of logistical and procedural matters which had been arranged to make the meeting both more enjoyable and more efficient.

The Convenor then introduced the draft agenda for the meeting (WG8/N865). Following a brief discussion, the agenda was approved unanimously.

The Convenor asked meeting attendees to review the meeting participation list (WG8/N871Rev2) and advise him of the need for any additions, deletions, or corrections.

C.F.TOUCHTON (CFT) (IBM) (USA) reminded the Convenor of JTC1's requirement that meeting attendees be accredited by their respective national bodies, and asked whether or not such accreditation had been received for all attendees present. Because of continuing uncertainty on the part of the convenor as to the mechanism whereby such accreditation could be obtained, the Convenor asked that the WG8 Advisory Group (AG) consider this matter further for clarification and resolution.

*Following completion of the above introductory matters, the Convenor asked that the respective subgroup chairmen present their introductory reports concerning the current status of their respective subgroups.*

## SUBGROUP REPORTS

### WG8 ADVISORY GROUP

CFT, Chairman, WG8 Advisory Group, reviewed the items presented in the report of the WG8 Advisory Group given at the last meeting of WG8 in Livingston, NJ, and discussed briefly the nature of those matters which were expected to arise at the present Stockholm meeting.

These matters were identified as having to do with:

1. the accreditation of WG8 meeting attendees,
2. the external availability of committee documentation, and
3. the proposed MHAG New Work Item.

CHRISTOS CHAMZAS (CC) (ATT) (USA) asked about the decision making process within WG8, and the nature of the consensus which is required within the group in order for the group to arrive at a decision or conclusion.

CFT responded with a brief description of the means by which decisions are generally made within ISO, and extended the associated principles to the working group environment. He also stated, however, that for a number of reasons having to do with the current structure of WG8, together with an absence of clear ISO and/or JTC1 directives having to do with the decision-making process within working groups, it wasn't clear how these principles applied to WG8.

Recognizing that resolution of the issues involved was clearly not feasible at the working group level, the Convenor suggested that the matter be taken up by the WG8

Advisory Group, and subsequently pursued more fully within JTC1. The group agreed, and further discussion on the topic terminated.

There were no further questions.

## COMPUTER GRAPHICS EXPERTS GROUP (CGEG)

JOACHIM FRIEMELT (JF) (SIEMENS) (FRG), acting in the absence of BERNARD TROCHERIE (BT) (BULL) (FRANCE), CGEG Chairman, presented a report on the current status of CGEG. This report had to do primarily with the results of a recently completed ballot on DIS 9282 (results which requir partial redrafting and subsequent reballoting), and with a coding requirements statement which has recently been received from SC24. An additional element of the report, however, was the statement that there are essentially no persons currently associated with CGEG who are in a position to address either of these two activities.

Based on these conditions, JF stated his view that the ongoing absence of people resources interested in working on CGEG-related activities has become a critical problem, and that executive attention needs to be devoted to this problem.

This problem was assigned to the WG8 Advisory Committee.

## JOINT BI-LEVEL IMAGE GROUP (JBIG)

YASUHIRO YAMAZAKI (YY) (KDD) (JAPAN), Chairman JBIG, made a brief report concerning the status of JBIG activities during the period between the Livingston meeting and the Stockholm meeting. A brief discussion followed. There were no questions.

## JOINT PHOTOGRAPIC EXPERTS GROUP (JPEG)

GREG WALLACE (GCW) (DEC) (USA), Chairman JPEG, gave a brief report on the activities of JPEG which had occurred during the period between the Livingston and Stockholm meetings. This activity consisted primarily of that having to do with documenting the JPEG algorithm at a level consistent with the consensus agreement arrived at in Livingston. It was emphasized, however, that the document was still incomplete, was still in draft form, and had still not been approved within JPEG.

In making his report, GCW singled out for particular credit the efforts of JOAN MITCHELL (IBM) (USA) and BILL PENNEBAKER (IBM) (USA) in connection with their documentation of the JPEG algorithm specification, and the work of TAKAO OMACHI (TO) (NEC) (JAPAN) in developing the extensive set of comprehensive and incisive questions which had contributed so substantially to the development of this specification.

A question arose from the floor as to the availability of a working draft of the JPEG "standard", with the desire expressed that the document be distributed to the WG8 membership now so that members could begin to become familiar with its content. GCW replied that distribution of the document in its present form would be premature, but that the document would be ready for such distribution "soon", and would be distributed to the WG8 membership at that time.

The Convenor suggested that perhaps the document in its present form could be made available now on a selective basis to interested parties so that their review could begin. CFT questioned the fairness of such an approach, however, expressing his view that the document should either be distributed to the entire WG8 membership, or else not at all (i.e. that distribution should be kept within JPEG until the document was complete.) The outcome of the discussion was an agreement that distrib-

ution policy with respect to the JPEG draft specification would be left to the discretion of the JPEG Chairman.

In another context, but still with regard to the same question, CFT cautioned the group with respect to referring to the algorithm now under development within JPEG as the JPEG "standard". He described his concern as being based on the fact that neither the algorithm nor its evolving description had as yet been adopted as a "standard", and that therefore, for the committee and/or its participants to be referring to either the algorithm or its documentation as a "standard" could potentially be misleading to persons both inside and outside the group who were not familiar with the precise status of the algorithm's current level of development. As an alternative, he suggested that the algorithm and/or its description be referred to as the "evolving JPEG algorithm", or the "JPEG draft specification". The caution was accepted, and the Convenor asked the members of the group to be sensitive to the need to refer to the algorithm and its documentation in the correct manner.

There were no further questions.

## MULTI-MEDIA CODING AD HOC GROUP (MHAG)

FRANCIS KRETZ (FK) (CCETT) (FRANCE), Chairman MHAG, gave a brief report on the activities of MHAG between the Livington and Stockholm meetings.

The primary element of this activity was an initial meeting of the MHAG group which took place in Rennes, France this past May. The primary outcome of this activity was the development of a proposal (WG8/N866) for a New Work Item (NWI) intended to lead to a new project (and subsequently a new subgroup) aimed at accomplishing the objectives being defined for MHAG.

The Convenor then announced that he had made special arrangements with a/ the SC2 Secretariat whereby the MHAG NWI was already being processed for balloting within SC2, and urged WG8 members to strongly encourage support for this ballot when it arrived within each attendee's country.

CFT expressed concern, however, that this balloting activity was being undertaken by SC2 without there having been any prior review of the issue either by the members of WG8, or by the technical advisory groups (TAGs) of the corresponding national bodies. He further expressed his objections to the proposal having gone forward to SC2 for balloting in the absence of such review.

The Convenor responded that the action had been pursued in this manner because of the need for speed in getting the new project started, and that it was his intent to have the NWI reviewed and approved by the WG8 membership at this currently ongoing meeting, albeit after the fact. Recognizing the nature of the procedural problems presented by this issue, the Convenor asked that further consideration of the issue be undertaken within the WG8 Advisory Group.

There were no further questions.

## MOVING PICTURE CODING EXPERTS GROUP (MPEG)

LEONARDO CHIARIGLIONE (LC) (CSELT) (ITALY), Chairman MPEG, presented a report on the activities of MPEG during the period following the Livingston meeting.

Based on the content of this report, CFT asked LC to express his views as to the degree to which MPEG activity was application-oriented as opposed to being coding-oriented, the basis for the question being WG8's mission as a "coding" committee, and not an application-oriented committee.

LC's response was that MPEG's activities were application-oriented only to the degree necessary to permit its coding activities to be performed, but that the basic objective of MPEG was to develop coding standards necessary for the implementation of MPEG-oriented applications, with such applications to be developed outside the scope of MPEG itself.

There were no other questions.

## LIAISON REPORTS

### CCITT STUDY GROUP VIII: SRG ON IMAGE COMMUNICATION

ISTVAN SEBESTYEN (IS) (SIEMENS) (FRG), Special Rapporteur for CCITT ONENTS SG VIII SRG on Image Communication (CCIC), gave a brief report on the meeting of CCITT SG VIII which occurred in Geneva this past April. As a part of this report, IS described the growing interest in the activities of JPEG and JBIG which is becoming increasingly apparent in SG VIII's various subgroups, and the high degree of anticipation which is concurrently becoming apparent relative to receipt of their respective work products.

During this same report, IS reasserted his view that his function as a "co-parent" of JPEG and JBIG enabled him to speak only in his SG VIII CCIC Special Rapporteur capacity, and did not enable him to speak for other components of SG VIII or CCITT. Accordingly, he then expressed the view that WG8 needs to establish liaison with other groups within CCITT such as SG XV (Teleconferencing), so that the needs of these other groups could properly be considered in JPEG's and JBIG's standardization activities.

### CCITT AT LARGE

JOACHIM FRIEMELT (JF) (SIEMENS) (FRG), Designated WG8 Liaison to CCITT, echoed the view of IS, and urged that WG8 undertake the degree of liaison recommended in IS' report.

## SESSION ADJOURNMENT

Following completion of the above reports, the Convenor adjourned the WG8 Plenary Session in favor of individual subgroup sessions, with plans to resume the WG8 Plenary on Friday morning, July 7, 1989.

-----------------------------

# SESSION TWO: FRIDAY, JULY 7, 1989

## SESSION OPENING

DR. HIROSHI YASUDA (NTT) (JAPAN), WG8 Convenor, called the second session of the WG8 Plenary to order at 10:15 AM on Friday, July 7.

The Agenda for this second session of the meeting was reviewed and approved.

## URGENT SUBGROUP REPORTS

None.

## PLANS FOR FUTURE MEETINGS

Plans for the next three meetings of WG8 were reviewed as follows:

- The next meeting of WG8 will be held in Japan during the period October 16 - 23, 1989.

  The first week's activities will be hosted by the Japan Victor Corporation at its Kurihama laboratories approximately 60 kilometers south of Tokyo.

  The second week's activities will be hosted by Matsushita Corporation in Osaka.

  Detailed information concerning the meeting is contained in WG8/N873 REV 2.

- The meeting following the Japan meeting will be hosted by the IBM Corporation in Tampa, Floria, USA, during the period February 26 - March 2, 1990. Detailed information concerning this meeting will be made available at the Japan meeting.

- Considering the increasing difficulties associated with holding meetings of WG8 sub-groups in parallel, it is anticipated that meetings of WG8 and its subgroups subsequent to the Tampa meeting will all be independent. Information concerning such meetings will be forthcoming at a future date.

## SUBGROUP REPORTS AND RECOMMENDATIONS

### WG8 ADVISORY GROUP

C. F. TOUCHTON (CFT) (IBM) (USA), Chairman WG8 Advisory Group, presented a brief report on the activities of the WG8 AG during the Stockholm meeting.

A particularly significant accomplishment of the group during this period was a change in the title of the group from "WG8 Advisory Group" to "WG8 Technical Advisory Group". The significance of this change is that it corresponds to a change in the scope of the committee from one of dealing with both planning matters and administrative and procedural matters to one of dealing with planning matters only. The Convenor will now look directly to the chairman of the now renamed Technical Advisory Group (TAG) for advice on administrative and procedural matters, thus relieving the remainder of the TAG from having to deal with such matters.

The remaining items in the (now) TAG meeting report are addressed in the WG8 Recommendations (WG8/N894 REV ___) (Annex A).

Action on these items was deferred to the end of the meeting.

## COMPUTER GRAPHICS EXPERTS GROUP (CGEG)

The Convenor presented CGEG's Report and Recommendations as contained in Annex B.

There was no discussion.

Action was deferred to the end of the meeting.

## JOINT BI-LEVEL IMAGE GROUP (JBIG)

DR. YASUHIRO YAMAZAKI (YY) (KDD) (JAPAN), Chairman JBIG, presented JBIG's Report and Recommendations as contained in JBIG ~~N22 REV~~ 1, and provided here as Annex C.    **N121**

There was no discussion.

Action was deferred to the end of the meeting.

## JOINT PHOTOGRAPHIC EXPERTS GROUP (JPEG)

MR. GREG WALLACE (GCW) (DEC) (USA), Chairman JPEG, presented JPEG's Report and Recommendations as contained in JPEG N375, and provided here as Annex D.

During ensuing discussion, the words in Item 6 of the Report were changed from "Complexity of implementation of arithmetic coding is an important issue for (consideration of) selection in JPEG" to "Complexity of implementation of arithmetic coding is one of the important issues for (consideration of) selection in JPEG."

There was no further discussion.

Action was deferred to the end of the meeting.

## MULTI-MEDIA AD HOC GROUP (MHAG)

FRANCIS KRETZ (FK) (CCETT) (FRANCE), Chairman MHAG, presented MHAG's Report and Recommendations as contained in WG8/N890 and provided here as Annex E.

BARRY HASKELL (BH) (ATT) (USA) observed that in view of the many new terms which are becoming prevalent by virtue of the new MHAG and MPEG activities, it would be desirable for a "dictionary of terminology" to be established to collect these many new terms. CFT volunteered that creation of such a "dictionary" was totally consistent with recent requests from the CCITT SG VIII Special Rapporteur on Terminology that new terms be submitted to SG VIII for incorporation into the CCITT directory of terms and definitions, and that accordingly, he would undertake to create a WG8 forum for the definition of such a dictionary.

There were no further questions or observations.

In closing his report, FK reminded committee members that a JTC1/SC2 ballot concerning MHAG was forthcoming, and urged WG8 members to encourage their respective national bodies to support that ballot when it was encountered.

Action on the MHAG report was deferred to the end of the meeting.

## MOVING PICTURE CODING EXPERTS GROUP (MPEG)

DR. LEONARDO CHIARIGLIONE (LC) (CSELT) (ITALY), Chairman MPEG, presented a MPEG'S Report and Recommendations as contained in Annex F.

In presenting his report, LC made reference to the importance of compatibility of the MPEG coding algorithms with those developed by JPEG. In this regard, he also made notice of the fact that MPEG is clearly out of phase with JPEG from a schedule standpoint, yet is clearly dependent upon JPEG compatibility as part of the MPEG proposal process, and hence asked that JPEG personnel conceptually consider the MPEG environment as they converge on their final algorithm selections.

There was no further discussion.

Action on the MPEG report was deferred to the end of the meeting.

## MOVING PICTURE / AUDIO CODING EXPERTS GROUP (MPEG/AUDIO)

DR. HANS MUSSMAN (HM) (UNIVERSITY OF HANOVER) (FRG) presented a report  t on MPEG/AUDIO's activity during the Stockholm meeting as contained in Annex G.

There was no discussion.

Action on the report was deferred to the end of the meeting.

## WG8 MEETING RECOMMENDATIONS.

Following the subgroup reports, the Convenor presented for group approval his proposed Meeting Recommendations for the overall WG8 meeting as contained in WG8/N894 (and provided here as Annex A).

These Recommendations provided for incorporation and approval by reference all of the Reports and Recommendations previously presented by the respective WG8 Subgroups.

In addition, they also provided for:

- Correspondence to be sent to all JTC1/SC2 National Bodies asking that they provide formal accreditation for their respective attendees at meetings of WG8.
- Drafting of a resolution for review at the Japan meeting setting forth the reasons why WG8 should be escalated to SC-level, and requesting that JTC1 seriously consider pursuing the formation of such an SC.
- An expression of support for the MHAG NWI contained in WG8/N866.
- Authorization for the Special Rapporteur for CCITT SG VIII SRG on CCIC to be the source of accreditation for attendees from CCITT at JPEG and JBIG meetings.
- Expressions of appreciation for the outstanding hospitality and support provided by SAPAD, by the city of Stockholm, by IBM Sweden, and by the many people in all of the above who contributed so much to the success of the Stockholm meeting.

Following presentation of these Recommendations, the Convenor called for their approval in a "sense of the group" manner, including, by reference, the approval of all of the subgroup reports and recommendations included by reference therein.

There being no objections, the Recommendations were adopted.

Following this action, LC called for a "sense of the group" expression of support for the Convenor being named as chairman of the new SC, should such an SC be approved, which in turn drew an immediate and enthusiastic response.

## MEETING CONCLUSION

Upon completion of all of the above, the Convenor proposed that the Stockholm meeting of WG8 be adjourned.

There being no objections, this was done.

9

*ANNEX A*

ISO

## INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
## ORGANISATION INTERNATIONAL DE NORMALISATION

### ISO/IEC JTC1/SC2/WG8

### CODED REPRESENTATION OF PICTURE AND AUDIO INFORMATION

ISO/IEC JTC1/SC2/WG8 N894 REV1
1989 JUL 07

TO:          WG8

SOURCE:      CONVENOR

SUBJECT:     RECOMMENDATIONS: STOCKHOLM MEETING: JULY 3-7, 1989

PURPOSE:     WORKING GROUP REVIEW AND APPROVAL

### RECOMMENDATION 1:

The Reports and Recommendations of the following WG8 subgroups are accepted and approved:

- WG8 TAG
- CGEG
- JBIG
- JPEG
- MPEG
- MPEG AUDIO
- MHAG AD HOC

### RECOMMENDATION 2:

The WG8 Convenor is requested to send letters to all JTC1/SC2 National Bodies asking that they accredit to WG8, representatives from their respective countries, and that wherever possible, such representatives include as a minimum those individuals currently in good standing on the WG8 Active Member list.

### RECOMMENDATION 3:

The WG8 Convenor and TAG members are requested to draft for review at the WG8 Tokyo meeting a Resolution setting forth the reasons why the creation of a new JTC1 Subcommittee on Multi Media Information Processing and Representation has become desirable, and requesting that JTC1 seriously consider pursuing the formation of such a Subcommittee.

### RECOMMENDATION 4:

WG8 supports the MHAG New Work Item proposed in WG8/N866 and urges all of its members to encourage its support within their respective National Bodies.

1

**RECOMMENDATION 5:**

WG8 is pleased to have the support of CCITT SG VIII in its JPEG and JBIG activities, and explicitly authorizes the Special Rapporteur for the CCITT SG VIII SRG on Image Communication to be the source of accreditation for CCITT representatives at JPEG and JBIG meetings.

**RECOMMENDATION 6:**

The WG8 Convenor is requested to express to Mr. Wolf Arfvidson and the entire management staff of Statskontoret the sincere thanks of WG8 for the outstanding hospitality which they extended to the committee during the meeting now ending in Stockholm.

**RECOMMENDATION 7:**

The WG8 Convenor is requested to express to Mr. Lemmet Loof, President of the Stockholm City Council, the sincere thanks of WG8 for the graciousness and hospitality which he and the people of Stockholm have extended to the committee and its members during the week we have been in Stockholm.

**RECOMMENDATION 8:**

The WG8 Convenor is requested to express to Mr. Sten Lindberg, IBM Sweden, a sincere thank-you for providing for WG8 use the IBM Personal System/2 computer systems which contributed so significantly to the continuing development of the Technical Specification for the JPEG Algorithm.

**RECOMMENDATION 9:**

The WG8 Convenor is requested to express to Mrs. Karin Nordin, Mrs. Inga Mattsson-Hellberg, and Mr. Ake Karlsson, all of Statskontoret, the sincere thanks of the entire WG8 committee for their able assistance with administrative matters, coffee service, and audio/visual equipment.

ANNEX B

4    Recommendations to the SC2/WG8 Plenary being
     held in Stockholm

The CGEG has agreed during its meeting in July 1989 at
Stockholm to recommend to the SC2/WG8

– to send document SC2/WG8 N 888 to the
  JTC1/SC2-secretatiat for distribution to all SC2
  National Bodies in order to obtain a clarification on
  the future of the WG8/CGEG,

– to send document SC2/WG8 N 883 to JTC1/SC24/WG3 as a
  liaison response on the

          – encoding of point and colour lists
          – character encoding of CGI

12

ISO SC2/CCITT SGVIII
  JBIG
3 - 7 July 1989
  Stockholm

Annex C

JBIG N121

JBIG N. 122 Rev. 1

SOURCE : Chairman of Joint Bi-level Image Group
TITLE :           Recommendation of 5th JBIG meeting

1.  Evaluation method
      It was confirmed that the scoring    method which
was agreed at Livingston meeting and shown in JBIG N93
Rev2 and clarified by JBIG N103 Rev1 was applied.

2.  Evaluation images
Ten evaluation images including half tone images were
prepared and distributed to each proposor by Mr. Dollert
with assistance of Mr. Yoshida, Mr. Endoh and Mr. DiMaggio
   Image type, reduction method and distribution format
are shown in JBIG N. 105 Rev2.

3.  Reduction rule
An improved Reduction Rule called PRES (Progressive Reduction
Scheme for Bi-level Images), which was developed based
on PCSB and BIHC according to the agreement at
Livingston meeting, was introduced as shown in JBIG
N-111 and submitted for verification.

4. Evaluation of coding efficiency and complexity

According to the evaluation formula, scores for each proposed algorithm were calculated. The results are shown in JBIG N 119 Rev.

5. Framework of future work

5.1 Reduction rules

- Verification and improvement of PRES is to begin.
- If no problems are found, PRES will be adopted as JBIG recommended Reduction rule.
- No further formal testing (beyond that of Livingston) is planned.

5.2 Template and entropy coding

- Cooperation toward best JBIG algorithm has begun.
- Verification                    of the three proposal methods are to be     done in order to create an even better JBIG system.

- The purpose of verification is to get the base idea of proposed algorithms. The purpose of refinement is to get the best JBIG algorithm.
- The proposed three algorithms are to be verified by all         other proposers
- During refinement, further competition is undesirable. New approaches are acceptable if benefit is clear and JBIG admits.                    , however,

- There is left room for improved combinations.

5.3 Deterministic prediction

- Refinements of the Templa and TP (Typically Predictable) Deterministic Prediction methods, will be pursued to find even better ways to reduce byte count and obtain increased speed.

5.4 Executable code for Progressive / Sequential Build-up

- All three proposers must submit by September 30, To Mr. Dellert, working executable code corresponding to their underlying proposed algorithms. This code must be progressive / sequential encoding / decoding as it is described in JBIG N. 96 (pr 5.4) and JBIG N. 95 (pr 8).

- All three proposers are requested to send code string data and progressive / sequential formatting software to Mr. Dellert by September 30.

( In September, an operating system is an acceptable form of such formatting software.)

- Image data processed by PRES are to be send to Mr. Dellert and each proposer from Mr. Endoh and Mr. Yoshida by 5 August 1989.

6. JBIG tasks and schedule

JBIG tasks and schedule are desided as follows.

Detail information is shown in JBIG N. 121 Rev 1

6.1 Reduction rule

- responsible person : Mr. Endoh and Mr. Yoshida
- Action

   1) provide sufficient information to duplicate PRES by Aug. 5

   2) suggestion for improvement  by Aug. 30

   3) test results    by Sep. 10

   4) final version    by Sep. 20

6.2 Deterministic Prediction

   6.2.1  DP-task 1

     - responsible person : Dr. Duttweiler

     - study computational burden  by Aug. 15.

   6.2.2  DP-task 2

     - responsible person : Dr. Duttweiler and (Dr. Pasco)

     - study advantage/disadvantage of scan order by Sep. 15

   6.2.3  DP-task 3

     - responsible person : Dr. Pasco, Mr. Endoh, Mr. Yoshida and Dr. Chamzas

     * examine wether DP is worthwhile,

     * recommend the PLA based or other RAM based DP rule   } by Sep 3

     * recommend minimum dimensions for PLA or RAM

## 6.3 Template and entropy coding

### 6.3.1 TMPL-1

- responsible person : Dr. Chamzas, Mr. Endoh, Mr. Yoshida (Mr. Pellert)
- Action :
  examine and recommend a set of Template by Oct 16.

### 6.3.2 GABAC-1

- responsible person :
  - PED-2   : Dr. Chamzas
  - PCBIS   : Mr. Ono
  - PBIC-6  : Dr. Arps   ( Dr. Chamzas and Mr. Ono )
- try alternative GABAC   by Sep. 15

### 6.3.3 GABAC-2

- responsible person : Dr. Arps, Dr. Duttweiler and Mr. Ono
- integrate the best feature of GABAC coders into a common QM coder

## 6.4 Other tasks

### 6.4.1 Boundary condition

- responsible person : Dr. Duttweiler
- study compatible sequential / progressive boundary conditions

7. Acknowlegement

JBIG expresses its deep thanks to the excellent contribution of following people

(1) Mr. H. Hampel ( SEL ):
Chairmanship on JBIG tasks and schedule

(2) Mr. Dellert, Mr Yoshida, Mr Endoh and Mr DiMaggio.
Evaluation Images.

(3) Mr. W. Artvidson and his staff of SAFAD :
Meeting arrangements and hospitality

ANNEX D

STOCKHOLM

7/7/89

## ~~STORM~~ JPEG RESOLUTIONS TO WG8

JPEG-375

(1) THANKS TO PRIMARY EDITORS IN JPEG:

- DR. W. PENNEBAKER

- DR. J. MITCHELL          (ALSO: MR. G. WALLACE)

- DR. T. OMACHI

JPEG COULD NOT HAVE MADE SUCH PROGRESS WITHOUT THEM.

(2) THANKS TO HOSTS

AT STOCKHOLM    HAS SUBSTANTIALLY AGREED,
(3) JPEG ~~AGREES~~ ON THE TECHNICAL CONTENT
OF THE BASELINE SYSTEM (JPEG-8-R3, CHP.5),
SUBJECT TO VALIDATION TESTING BEFORE OCT. WG8.

(4) JPEG RESOLVES TO FINALIZE ALL TECHNICAL
POINTS OF THE JPEG STANDARD AT OCT. JPEG, JAPAN,
AND SO, ALL ITEMS NOT FULLY DOCUMENTED TECHNICALLY
~~WELL BEFORE THE~~ BY SEPT. 15, 1989
~~MEETING,~~ WILL BE
DROPPED.

(5) ~~RELEASE OF TECHNICAL SPEC.~~

~~ISSUE~~ JPEG-8-R3 (JPEG TECHNICAL SPEC.)
~~DATE~~ (FIRST VERSION OF JPEG-8 TO BE
APPROVED BY JPEG WILL BE JPEG-8-R3),

PLANNED ~~ISSUE~~ DATE: PRIOR TO OCT 89 JPEG

(6) COMPLEXITY OF IMPLEMENTATION OF ARITHMETIC CODING
ONE OF THE
IS ~~AN~~ IMPORTANT ISSUES FOR SELECTION IN JPEG.

19

ANNEX E - 2

# MHAG Report and Recommandation

(was N890)

MULTIMEDIA and HYPERMEDIA
information coding Ad-hoc Group

Stockholm, July 7, 1989

## RENNES meeting May 18-19

Basic definitions
Study of standards environment
Manuscript for rational of NWI

## NWI proposal : N885 & 886

N885    Rational for a NWI
proposal on multimedia and
hypermedia information coded
representation

N 186    NWI proposal form
(SC2 ballot : June - Sept 15)

7.0

MHAG report and recommendation (continued)

Future meeting

TOKYO, October 17−20, 1989.

Recommendation to WG8 plenary

TOKYO meeting issues to be addressed:

- classification of basic and composite objects

  (monomedium, multimedia, hypermedia)

- first attempt to draw a list of manipulation functions for each object class

  (output, input, synchronize, concatenate, link ...)

- terminology of ≠ terms

ANNEX F

# RECOMMENDATIONS OF MPEG
## (Stockholm, 3-6 July 1989)

- 37 Proposals accepted
  - Video 23
  - Audio 14
  - 1 Possibility registered
- Time schedule towards DP stage reviewed

- Principles of test methodology reviewed
  - Reduced no. of implications used for preselection

- Applications - implications weights finalised

- MPEG-V: test procedure for October tests finalised (Mr. Hidaka)

- MPEG-A: four scoring methods agreed

- Preselection rules defined
  - MPEG-V: proposal package defined
    7 implications used
  - MPEG-A: method of preselection of audio algorithms agreed
    3 implications used

- Study of system aspects started (Mr. Morrison)
  - MPEG-A: study items elaborated

## 2. List of registered proposers

The following is the complete list of those who have registered an intention to register an algorithm as per MPEG89/132 and 133.

| Company/Organisation name | Audio Ref. Name | Video Ref. Name |
|---|---|---|
| American Telephone and Telegraph | N. S.Jayant | B. G. Haskell |
| Bell Communications Research | | D. Le Gall |
| BTRL | P. Challener | |
| CCETT | Y.-F. Dehery | |
| CGE Createc GmbH | M. Koslar | |
| Creative Circuits Corp. | | A. Ligtenberg |
| COST 211 bis | | H. Seguin |
| Deutsche Thomson-Brandt GmbH | E. F. Schroeder | D. Hepper |
| Digital Equipment Corporation | | B. Szabo |
| France Télécom - CNET | P. Combescure | N. Texier |
| Fraunhofer Gesellschaft | H. Gerhaeuser | |
| Fujitsu Limited | S. Unagami | K. Matsuda |
| Graphics Communications Technologies | H. Uwabu | H. Fujiwara |
| IBM Corporation | | C. A. Gonzales |
| Institut für Rundfunktechnik | G. Stoll | |
| Intel | | A. Simon |
| ITT Intermetall | | B. Butera |
| Japan Victor Company Ltd. | Y. Yamada | T. Hidaka |
| Matsushita Electric Industrial Company | T. Kogure | T. Kogure |
| MIT | | A. Lippman |
| Mitsubishi Electric Company | | T. Murakami |
| NEC Corporation | T. Nishitani | T. Omachi |
| Nippon Telegraph and Telephone Corporation | S. Hayashi | H. Watanabe |
| OKI Electric Industrial Company | | K. Koro |
| Philips Consumer Electronics | G. Lokhoff | J. van der Meer |
| Sony Corporation | K. Akagiri | Y. Hashimoto |
| Telenorma /University of Hannover | | T. Kummerow |
| Toshiba Corporation | | F. Sugiyama |

Note 1: B. Hammer (Siemens) has stated a possibility of making a proposal satisfying the time scale of para.3

Note 2: Two more proposals for audio were received. One was withdrawn and the other was rejected on 3rd July for failure to comply with the first requirement of para. 3.

③

## 3. Time schedule towards DP stage.

| General | Moving Images | Sound |
|---|---|---|
| 03/07/89 | | Top level description delivered |
| 07/07/89 | Test procedure finalised | Test procedure finalised |
| Weights finalised | Additional performances finalised | Additional performances finalised |
| Complexity measure defined | | Test sequences finalised |
| Proposal package finalised | | |
| System aspects started | | |
| 15/09/89 | D-1 tapes delivered to JVC | |
| 06/10/89 | Full proposal registration deadline | |
| 16/10/89 | | Detailed algo. description provided |
| 20/10/89 | *preselection* | |
| System aspects defined | *Clustering/elim* | *Preselection?* |
| **Dec 89** | ~~Selection of two~~ algorithms | |
| xx/02/~~89~~ *90* | *Collaborative algorithm* | |
| { *or* | *improvements starts* | |
| xx/03/90 } | Final selection | |
| | Collaborative improvement starts | |
| | | Fully verifiable package provided |
| xx/04/90 | | Test tapes prepared |
| xx/05/~~89~~ *90* | | Execution of subjective tests |
| xx/06/90 | | Final selection |
| xx/07/90 | Verification of ~~codec~~ using hardware *decoder* | Verif. of ~~codec~~ using hardware *decoder* |
| 01/09/90 | | |
| Hardware demo. of system | | |
| DP ready | | |

# IPEG-V    Preselection

## Performances to be tested

- Image quality in normal playback
- " " " reverse " "
- " " " still-HR mode
- Random access
- CCITT Transcoding capability
- JPEG Transcoding capability
- VLSI Implementability

N.B.: Fast forward / reverse to be provided
   but used only for the purpose of
      identifying proper ways to score them

# SYSTEM ISSUES

1. IS MPEG CONTRIBUTION, DISTRIBUTION. ?

2. MULTIPLEX NEEDED SO THAT PARALLEL "CHANNELS" ARE PUT ON SERIAL MEDIA.

3. CONCEPT OF DEVICE INDEPENDENT FORM AND CONVERSION TO STORAGE DEPENDENT FORM.

4. TEMPORALLY CORRESPONDING EVENTS IN AUDIO, VIDEO CHANNELS PLACED CLOSE TOGETHER ON MEDIUM.

MAY BE NECESSARY TO PLACE "MARKERS" IN DATA TO DO RANDOM ACCESS.

. PRIMARY ERROR HANDLING IS BY PLAYBACK DEVICE.    DECODERS SHOULD BE INFORMED OF UNCORRECTED ERRORS.

● POSSIBILITY OF MULTIPLE AUDIO CHANNEL DECODING AND MIXING BY SINGLE DECODER HARDWARE?

. FREQUENCY OF EDIT POINTS FOR AUDIO?
- AUDIO "JARRING" AT EDITS? NEED FOR GAIN INFO?

. ● INTERACTION WITH MHAG.
        - REAL TIME IS MPEG.
        - 1.5 Mbit/s THROUGHPUT IS MPEG ONLY.

o. "COMPUTER GRAPHICS"

lll- MULTIPLE VIDEO CHANNELS AT LESS THAN ≃ 1 Mbit/s EACH.

27



Definition of applications/implications and corresponding weights are given below.

## 4.1 Application weights

| Definition of Applications | Weight | | Standard deviation | |
|---|---|---|---|---|
| 1. Electronic Publishing (End user) | | | | |
| a. Integrated and interactive text, graphics, sound and video | 3.89 | 3.37 | 1.30 | 1.73 |
| b. Electronic newspaper | 3.66 | 3.04 | 1.24 | 1.61 |
| 2. Electronic Publishing (Production) | | | | |
| a. Digital video editing | 2.14 | 2.00 | 1.28 | 1.43 |
| b. Digital audio editing | 2.80 | 2.45 | 1.30 | 1.46 |
| 3. Travel guidance | | | | |
| a. Preview of city views | 3.11 | 2.67 | 1.24 | 1.48 |
| b. Flight and driving simulation | 2.51 | 2.08 | 1.13 | 1.27 |
| c. Interactive video in public spaces (e.g. airports) | 3.03 | 2.78 | 1.13 | 1.50 |
| d. Active guidance | 3.02 | 2.78 | 1.20 | 1.54 |
| e. Surrogate travel | 2.77 | 2.61 | 1.22 | 1.52 |
| 4. Educational applications | | | | |
| a. Electronic book (high level of interaction) | 3.77 | 3.47 | 1.24 | 1.79 |
| b. Electronic book (low level of interaction) | 3.66 | 3.26 | 1.22 | 1.64 |
| c. Remote classroom instruction | 3.06 | 2.63 | 1.14 | 1.41 |
| 5. Business applications | | | | |
| a. Electronic book (as 1.a for catalog shopping) | 3.86 | 3.53 | 1.27 | 1.81 |
| b. Multimedia E-mail (as in 9.b) | 2.89 | 2.51 | 1.24 | 1.43 |
| 6. Games | | | | |
| a. Stand alone games | 3.31 | 2.80 | 1.28 | 1.55 |
| b. Multilocation games (through telecom network) | 2.46 | 2.04 | 1.40 | 1.43 |
| 7. Entertainment applications | | | | |
| a. MTV (or other video/audio clips) on CD | 3.77 | 3.12 | 1.42 | 1.73 |
| b. TV program/movie storage and distribution | 3.54 | 2.96 | 1.27 | 1.60 |
| c. Broadband stereo distribution | 3.26 | 2.59 | 1.57 | 1.73 |
| d. Previewing systems (both audio and video) | 3.20 | 2.55 | 1.27 | 1.47 |
| e. Audio recording | 2.40 | 2.31 | 1.96 | 1.88 |
| 8. Database applications | | | | |
| a. Audio databases applications | 3.06 | 2.63 | 1.41 | 1.57 |
| b. Audio + video either with onsite or offsite databases | 3.34 | 3.00 | 1.12 | 1.53 |
| 9. Multimedia memo and bulletin board | | | | |
| a. Electronic News Gathering | 3.00 | 2.41 | 1.29 | 1.48 |
| b. Bulletin board | 2.86 | 2.49 | 0.83 | 1.21 |
| c. Computer conferencing with multimedia memos | 2.77 | 2.43 | 1.07 | 1.32 |
| d. Face-to-face teleconferencing using MPEG standard | 2.49 | 1.88 | 1.46 | 1.53 |
| 10. Broadcast sound | | | | |
| a. Production | 2.89 | 2.71 | 1.69 | 1.65 |
| b. Transmission of "contribution quality" audio | 3.00 | 2.78 | 1.74 | 1.70 |
| c. Transmission for distribution | 3.34 | 3.20 | 1.67 | 1.51 |
| d. Digital audio broadcasting | 3.23 | 3.08 | 1.79 | 1.89 |
| 11. Multimedia Art | 1.69 | | 1.26 | 1.34 |
| 12. Medical Applications | | | | |
| a. Education | 2.91 | 2.71 | 1.40 | 1.64 |
| b. Diagnostic Imaging | 2.26 | 2.08 | 1.46 | 1.49 |

(6)

## 4.2 Implication weights

| Definition of Implications | Weight | | Standard deviation | |
|---|---|---|---|---|
| 1. Motion video decoding (playback) | | | | |
|    a. Forward video playback | ~~130~~ | 108 | ~~41~~ | 24 |
|    b. Reverse video playback | ~~066~~ | 50 | ~~44~~ | 20 |
|    c. Fast forward video playback | ~~110~~ | 91 | ~~43~~ | 23 |
|    d. Fast reverse video playback | ~~102~~ | 84 | ~~45~~ | 24 |
| 2. Wideband audio decoding (playback) | | | | |
|    a. Forward audio playback | ~~140~~ | 121 | ~~32~~ | 26 |
|    b. Reverse audio playback | ~~045~~ | 34 | ~~32~~ | 19 |
|    c. Fast forward audio playback | ~~084~~ | 67 | ~~34~~ | 21 |
|    d. Fast reverse audio playback | ~~063~~ | 52 | ~~33~~ | 21 |
| 3. Single frame video accessibility | ~~104~~ | 78 | ~~45~~ | 22 |
| 4. Random access | ~~135~~ | 118 | ~~27~~ | 26 |
| 5. Still mode video | ~~093~~ | 76 | ~~44~~ | 21 |
| 6. Zoom capability | ~~055~~ | 49 | ~~44~~ | 19 |
| 7. Compatibility with computer graphics | ~~075~~ | 58 | ~~44~~ | 19 |
| 8. Ability to encode in real time | | | | |
|    a. Audio | ~~056~~ | 55 | ~~32~~ | 21 |
|    b. Video | | 58 | | |
| 9. Reduced frame rate video at higher resolution | ~~058~~ | 47 | ~~43~~ | 17 |
| 10. Data capacity for ancillary information | ~~108~~ | 93 | ~~31~~ | 23 |
| 11. Direct transcoding of CCITT px64 kbit/s video | ~~029~~ | 26 | ~~48~~ | 15 |
| 12. Direct transcoding of Studio/Production audio | ~~077~~ | 54 | ~~43~~ | 23 |
| 13. Direct transcoding of consumer standard audio | ~~081~~ | 57 | ~~44~~ | 23 |
| 14. Real time mixing of audio channels | ~~054~~ | 49 | ~~40~~ | 20 |
| 15. Ability to synchronize audio and video signals | ~~127~~ | 109 | ~~30~~ | 26 |
| 16. Ability to withstand multiple coding/decoding (audio) | ~~040~~ | 29 | ~~46~~ | 17 |
| 17. Ability to do insert/cut editing (audio) | ~~062~~ | 50 | ~~38~~ | 21 |
| 18. Ability to tolerate audio processing during production | ~~044~~ | 31 | ~~36~~ | 17 |
| 19. Need of stereo wideband (20 kHz) audio | ~~095~~ | 86 | ~~34~~ | 23 |
| 20. Intermediate audio quality | ~~106~~ | 96 | ~~34~~ | 24 |
| 21. Toll quality audio | ~~059~~ | 54 | ~~32~~ | 19 |
| 22. Robustness to bit errors in storage/transmission | | | | |
|    a. Video | ~~093~~ | 73 | ~~46~~ | 21 |
|    b. Audio | ~~111~~ | 89 | ~~38~~ | 24 |
| 23. Encoder cost and/or complexity | | | | |
|    a. Video | ~~049~~ | 42 | ~~42~~ | 17 |
|    b. audio | ~~066~~ | 59 | ~~31~~ | 20 |
| 24. Decoder cost/complexity | | | | |
|    a. Video | ~~123~~ | 103 | ~~44~~ | 23 |
|    b. Audio | ~~136~~ | 117 | ~~31~~ | 25 |
| 25. Ability to handle 20/24 bits input audio | ~~035~~ | 30 | ~~41~~ | 17 |
| 26. Short decoding delay | | | | |
|    a. Video | ~~078~~ | 66 | ~~47~~ | 20 |
|    b. Audio | ~~089~~ | 72 | ~~37~~ | 22 |
| 27. Short encoding delay | | | | |
|    a. Video | ~~027~~ | 24 | ~~45~~ | 15 |
|    b. Audio | ~~045~~ | 30 | ~~35~~ | 18 |

29

# MPEG VLSI Cost Estimation Questionnaire

## Section One - Silicon Area

| Area $\mu m^2$ | Circuit element |
|---|---|
| | SRAM Cell |
| | SRAM Support |
| | DRAM Cell |
| | DRAM Support |
| | ROM Cell |
| | ROM Support |
| | Multiplier Cell ( Integer ) |
| | Bit of Register |
| | Bit of Adder ( Integer ) |
| | Bit of ALU ( Integer ) |
| | 2-input Gate |
| | Bond-Pad |
| | Multiplier Cell ( Floating point ) |
| | Bit of Adder ( Floating point ) |
| | Bit of ALU ( Floating point ) |

## Section Two - Packaged Chip Cost

### Plastic Packaging

| Pin Count | Chip | Area | | $mm^2$ | | | |
|---|---|---|---|---|---|---|---|
| | 0-9 | 10-49 | 50-100 | 101-144 | 145-196 | 197-256 | 257- |
| 0-32 | | | | | | | |
| 33-68 | | | | | | | |
| 69-100 | | | | | | | |
| 101-180 | | | 100 | | | | |
| 181-256 | | | | | | | |
| 257-400 | | | | | | | |
| 401- | | | | | | | |

30

Ceramic Packaging

| Pin Count | | | 50-100 | Chip | Area | mm$^2$ | |
|---|---|---|---|---|---|---|---|
| | | | | 101-144 | 145-196 | 197-256 | 257- |
| 0-32 | | | | | | | |
| 33-68 | | | | | | | |
| 69-100 | | | | | | | |
| 101-180 | | | | | | | |
| 181-256 | | | | | | | |
| 257-400 | | | | | | | |
| 401- | | | | | | | |

## Section Three - System Issues

| Weight (%) | Parameter |
|---|---|
| | Total cost of VLSI chips (estimated from Sect. Two) |
| | No. of Mbits of DRAM (i.e. made of commercially available 256Kbit, 1Mbit, 4Mbit etc. devices) |
| | No. of VLSI Chips (including DRAM chips) |
| | No. of Pins (in units of 100 pins) (i.e. the total number of pins in the system, this gives a measure of interconnect complexity) |

31

ANNEX 6

## MPEG AUDIO

## Results of the Stockholm meeting

1. A list of items has been assembled which have to be clarified by the SYSTEM ASPECTS GROUP.

2. A procedure for pre-selection of audio proposals has been elaborated and agreed.

3. The test methodology has been revised.
   × Only 13 implications will be considered for testing
   × for 4 implications methods for scoring have been elaborated.

4. A set of 20 test sequences has bee for subjective tests

32

# EXHIBIT
# 10

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG8
CCITT   SGVIII

JPEG-12.7-R0
Mar. 15, 1990

** Draft. To be approved by committee. **

Source:   JPEG Chair
Title:    Report of October 1989 JPEG Meeting, Japan

1. Introduction

This document reports on the major discussions, decisions, plans, and all contributed documents for the October 1989 JPEG Japan meeting. This meeting took place from October 16-20 at the JVC facility in Kurihama, Japan, and from October 23-24 at the Matsushita facility in Osaka, Japan.

1. Meeting Opening, Agenda, Document Distribution

The meeting was opened at 9:00 AM, October 16, at the JVC facility in Kurihama, Japan. Dr. H. Yasuda, Convenor of ISO SC2/WG8, and Dr. I. Sebestyen, Special Rapporteur of CCITT SGVIII, urged JPEG to finalize all major technical decisions before the close of this Japan JPEG meeting.

Mr. N. Starkey of Databeam kindly accepted the task of note-taking during the JPEG meeting. His detailed, excellent notes have made this meeting report possible. Mr. S. Kino of Mitsubishi and his colleague kindly accepted the task of managing the document copying and distribution process throughout the meeting.

Introductions were made, and an attendance sheet was distributed. Several observers and first time attendees were present. The attendance sheet is attached as Annex 1.

The process of document distribution began. The following documents were made available and distributed at the meeting as necessary. These included:

(a)   Documents submitted to and registered by the JPEG Chair between the Stockholm and Japan meetings, which had already been distributed by mail to JPEG members: documents JPEG-377 through JPEG-418, from document register JPEG-4.7-R2;

(b)   New documents, beginning with JPEG-419, received by the JPEG chair in the week prior to the Japan meeting;

(c)   New documents, submitted during the Japan meeting, including important work foils created during meeting discussions.

Documents from categories (b) and (c) are listed in JPEG-4.8-R1. JPEG-4.7-R2 and JPEG-4.8-R1 comprise the list of all documents presented at the meeting, and are attached to this report as Annex 2.

[Note: on November 4, Dr. H. Yasuda faxed to the JPEG Chair two contributions from Dr. H. Lohscheller, which had been faxed to Dr. Yasuda's NTT office on October 16. Unfortunately these documents were not brought to JPEG's attention during the Japan meeting, so they will be registered as documents received after the Japan meeting.]

A meeting agenda was proposed by the Chairman and approved by JPEG. This agenda, JPEG-429-R1, is attached to this report as Annex 3. These foils were annotated throughout the meeting whenever new contributions were registered, distributed, added to the agenda, and presented. JPEG-429-R1 is the copy of these foils as of the close of the meeting. The foils list all numbered documents presented at the meeting. As each document was presented, its number on the agenda foil was checked off.

## 2. Liaison Reports

### 2.1 CCITT

### 2.2 ODA Color Addendum (and SC18)

Though there is no person designated as a regular liaison between SC18 and JPEG, the groups have had productive ongoing communication. The one official communication between the groups since the Stockholm meeting was JPEG-380, an advance copy of the 2nd Proposed Draft Color Addendum (PDAD) to ISO 8613, which was submitted by Dr. B. Shepherd to the JPEG Chair. It was noted during discussion that JPEG had sent a letter to Dr. Shepherd and to SC18, recommending that SC18 consider including a provision for representation of CCIR-601 images, but that this provision had not been incorporated into the 2nd PDAD. Also, Mr. M. Nier observed that the ODA Color Addendum would be supplemented, and possibly superseded, by the new TOSCA work item in SC18.

### 2.3 MPEG (SC2/WG8)

It was observed that the JPEG Chair, at the request of the MPEG Chair, had written a document, JPEG-382, giving a technical description of the JPEG Baseline System, in order that MPEG could define the "JPEG Compatibility" requirement for its algorithm submission process.

### 2.4 National Member Body Reports

### 2.4.1 U.S.

At its September 1989 meeting, the U.S. Member Body, ANSI X3L2.8, made six recommendations to JPEG, listed in the document JPEG-438. These were presented by Mr. M. Nier, the representative at JPEG of the U.S. delegation. By the close of the Japan meeting, JPEG had adopted all 6 recommendations. Mr. M. Nier and the JPEG Chair will develop a draft response to the JPEG-438, and circulate it by mail for JPEG approval, before sending the letter to the U.S. Member Body.

### 2.4.2 Other National Member Body Reports

There were no reports from other National Member Bodies. The JPEG Chair urged members to make an effort to form and participate in official National Member Body organizations, so that JPEG could gain a good understanding of each voting country's view of the evolving JPEG standard.

### 2.5 IPTC

Mr. S. Guerillot, the IPTC (International Press Telecommunications Council) liaison, reaffirmed the strong desire on the part of the IPTC and the ANPA (American Newspaper Publishers Association) to make use of the JPEG standard compression method for digital transmission of photographs for press/newspaper applications.

Mr. Guerillot distributed a document (JPEG-433), which he summarized in a slide presentation (JPEG-448), entitled "Draft IPTC-ANPA News Photo Parameters Record," a draft version of a document which will specify the descriptive parameters for an image for digital transmission. One such parameter is "Data Compression Method," where which one or more codes indicating the JPEG method could ultimately be assigned. Mr. Guerillot indicated the IPTC will assess the
applicability of the JPEG algorithm through participation in the Test Image Plan, by submitting typical digital news photos for processing by a JPEG volunteer and return to the IPTC, for subjective quality assessment. (See JPEG-449).

### 2.6 Other Liaisons

### 3. JPEG Member Status Reports

The status reports of JPEG members submitted to between the Stockholm and Japan meetings were briefly summarized with little discussion. These documents were 387-390, 399, 402, 403, 408, 421.

### 4. Patent Items

The first patent item discussed was a series of correspondences, (numbers JPEG-377, 405, 418, and 419) between ANT and the JPEG Chair, which can be summarized as follows. As Dr. Lohscheller was absent, the JPEG Chair summarized these as follows:

During the JPEG Stockholm meeting, it had been noted that JPEG had not yet received a statement from Dr. Lohscheller on his (or his company's) patent status, with respect to techniques being considered for JPEG standardization. JPEG-377 contains the patent statement, on behalf of ANT, which Dr. Lohscheller promptly forwarded to the JPEG Chair following the Stockholm meeting. This letter fulfilled the ISO and CCITT rules, and so JPEG is permitted to consider for standardization the methods covered by these patent applications.

Subsequently distributed (by the JPEG Chair) for JPEG's information, was JPEG-405, an English translation of one of the patent applications referenced in JPEG-377. Next was JPEG-418, a letter from the JPEG Chair to ANT, requesting any additional information ANT might be able to provide to JPEG about ANT's view of these patent applications in relation to the JPEG standard. JPEG-419 was the reply from ANT, expressing (in part) ANT's "...understanding that this...method would not require practice of the pending ANT patent applications..."

In the discussion which followed, the JPEG Chair expressed thanks to ANT for its reply. The Chair also reminded the members present that this letter (JPEG-419) must be regarded only as information, that neither ISO nor CCITT are able to take any position or make any interpretation of the ANT letter, and that ANT had met the ISO and CCITT rules by submission of the letter in JPEG-377.

The second patent item discussed was JPEG-432, which made reference to a Hitachi patent filing in Japan, and offered an English summary of the filed patent, which concerned an "AC Prediction" method. At JPEG's request, Dr. Takizawa of Hitachi also provided a copy of this patent filing (Japanese language), which was assigned JPEG-439 and distributed.

## 5. Publicity and External Communications

A number of papers on JPEG activities had been submitted by various JPEG authors to various technical conferences since the Stockholm meeting. Those submitted for JPEG's information were: to the International TV Symposium, JPEG-378 by Dr. H. Lohscheller; to Electronic Imaging '89, JPEG-391 by Dr. J. Mitchell, JPEG-392 by Dr. W. Pennebaker, and JPEG-393 by Mr. G. Wallace; to Globecom '89, JPEG-420 by Mr. G. Wallace.

The JPEG Chair requested that members continue to copy him on any future technical papers concerning JPEG activities, and to do so in advance, if possible, for any conferences at which there are likely to be other JPEG presentations, so coordination with other JPEG authors might be possible. In particular, please contact the JPEG Chair by November 15 if you wish to present a paper at PCS in Boston next Spring. To date, Mitchell, Pennebaker, Ligtenberg, and Wallace have expressed such interest.

## 6. Major Technical Discussions and Agreements

This section summarizes the presentation of paper submitted, and agreements made, on the major technical issues that were outstanding at the start of the Japan meeting.

### 6.1 Extended System: Arithmetic Coding

A major outstanding technical issue at the start of the Japan meeting was specification of the Arithmetic Coding (A.C.) method to be used within the Extended System. The Q-Coder and the MEL-Coder were the two candidate A.C. methods that had been under consideration in JPEG for some time.

Before discussing how to decide on the A.C. specification, the large number of papers concerning A.C. were presented and discussed briefly. JPEG-numbered documents 383-386, 394-398, 409-410, and 416 contain example MEL-Code source code supplied by Dr. F. Ono and his colleagues, as well as detailed technical correspondences between Dr. Ono and Dr. W. Pennebaker, Dr. J. Mitchell, and Mr. M. Nier (and his colleagues at Kodak) on the source code and previously distributed MEL-Code flow charts. The JPEG Chair extended thanks to Dr. Ono and his colleagues for supplying the source code to JPEG as requested, as an aid to members attempting to understand and implement the MEL-Code flow charts which were distributed at Copenhagen.

A few of the papers presented (417, 426-428) described various efforts to compare the Q-Coder and MEL-Coder according to relative compression performance, complexity, and other aspects. Other papers discussed use in the Q-Coder of a higher resolution probability estimator like that used in the MEL-Coder (424), and a method for overlapping Marker Codes with the final bits of an A.C. code string.

Some key papers for the decision making process were JPEG-415, 430, and 431. JPEG-415 was the Chair's announcement of the formation of a JPEG Ad Hoc Group on A.C., to meet in the days just before the JPEG Japan meeting. The purpose (described in detail in 415) of the group was for the JPEG A.C. experts to work together to devise and propose to JPEG a common JPEG A.C. proposal. The Ad Hoc group achieved this goal, and JPEG-430 describes this proposal. JPEG-431 contains the minutes of this meeting. The JPEG Chair extended thanks to Dr. Ono, his colleagues, and to Mitsubishi for hosting this Ad Hoc meeting on short notice.

After presentation of 415, 430, and 431, the JPEG Chair recognized the A.C. situation in WG8: that since JBIG and JPEG were both evaluating A.C. methods, it was desirable on one hand to have a common A.C. technique for two image coding standards from WG8, but on the other hand the coding environments differed, and JPEG would be delayed if it had to wait for JBIG A.C. consensus. Therefore, the Chair presented the proposal of JPEG-440 (Annex 4): that JPEG should tentatively adopt the 430 proposal, that JBIG should independently achieve its own consensus, and once JBIG consensus is achieved, JPEG and JBIG should form a joint A.C. experts Ad Hoc committee to consider a possible common coder. (The wording of JPEG-440 overrides any questions of meaning of the previous sentence).

JPEG unanimously approved the proposal in JPEG-440, and then unanimously gave tentative approval to the A.C. proposal of JPEG-430, subject to the JPEG-440 agreement.

6.2 Baseline System

Dr. A. Leger summarized the papers that he and his CCETT colleagues submitted on definition of Default Huffman (VLC) tables to be used in the Baseline System. While Dr. Leger had provided default VLC tables at Stockholm, the Baseline coding structure had been revised at that meeting, so the work had to be redone. JPEG-401 described preliminary results of CCETT's work, and JPEG-406 the full results of the CCETT work. Dr. Leger mentioned that he and his colleagues were willing to consider expanding the training set if JPEG felt it was necessary and could supply images for an expanded set.

The next issue considered was the US recommendation (in JPEG-438) that JPEG elimi-nate any default Quantization Matrices from the Baseline System, which would lead to the requirement to always send these Matrices within the image header for each encoded image. The JPEG Chair expressed his opinion that the JPEG standard would more fully achieve its stated purpose of being a "general-purpose" compression standard in the world's eyes if this recommendation were adopted, because the standing requirement that Baseline System Decoders store default Matrices based on CCIR-601 images and displays suggests to many a bias in favor of certain applications. After some discussion, JPEG unanimously adopted this recommendation, and also agreed to place the CCIR-601 matri-ces in an informational annex to the standard.

6.3 Extended System: Progressive Methods (Non-Hierarchical)

Another major decision outstanding at the start of the Japan meeting was the decision about which extended features would be included as part of the (Non-hierarchical) Progressive mode of the Extended System, and whether all or only some of these features would be mandatory for a Progressive-mode decoder.

Dr. Leger and his colleagues presented JPEG-423, their analysis and opinion of which features were useful for which purposes, and what would make technical sense for the standard. JPEG-435 was presented by Dr. Omachi, on behalf of the Japanese National Body, giving the Japanese recommendation on this matter. Mr. Giquel presented JPEG-422, a proposed draft for how to incorporate the so-called "Old Spectral Selection" (S-S) into the Technical Specification. Dr. Omachi presented his document JPEG-437, containing detailed comments on 422. The JPEG Chair that 422 and 437 be forwarded to the Editing Committee for further detailed discussion.

Through discussion, it became clear that there were two modes of operation of interest to those present. One mode, which we called "Set 1" for discussion purposes, was "Old Spectral Selection" only. The other mode, "Set 2," consisted of "New S-S," Successive Approximation (S-A), 2D DC Prediction, and AC Prediction. One strong view was in favor of Set 1, but was willing to allow Set 2 as an additional progressive mode. The other strong view was in favor of Set 2 only, and did not want to allow Set 1 as an additional set.

After considerable discussion of the pros and cons of Set 1 with respect to Set 2, the JPEG Chair stated his view that there were legitimate points made in favor of both sets: that, in his opinion, Set 1 had the advantage of being about the simplest imaginable extension to the Baseline System to provide Progressive Build-up, but that Set 2 had the advantage of providing a rich and flexible Build-up capability. The Chair also stated his view that there was no technically "correct" answer to the dilemma, but that we must reach consensus.

After a prolonged break, the Chair made the proposal contained in JPEG-442 (Annex 5). This proposal was that the Non-Hierarchical Progressive mode should be comprised of a "Set A," defined as New S-S only, and a "Set B," defined as New S-S plus S-A in combina-tion. A Progressive Decoder could conform either to Set A (only) or to Set B. But since Set A is a subset of Set B, a Set A Decoder would at least be able to decode the first "slice" of an Encoder which conformed to Set B, i.e., which used S-S and S-A in combination. This proposal was unanimously adopted by JPEG. See Annex 5 for more detail. (The wording of JPEG-440 overrides this paragraph on any questions of meaning of the technical agreement).

\*\* DRAFT: To BE COMPLETED \*\*

6.4 Extended System: Extended Precision

7. Editing Committee

7.1 Marker Codes

7.2 Other

8. Test Image Plan

9. Work Plan to Next Meeting
ANNEX 6, 7

10. Schedule Toward Standardization

11. Japan JPEG Recommendations

ANNEX 8

12. Meeting Schedule

7

ANNEX 1

JPEG Attendance
Japan Meeting, October 1989

| | |
|---|---|
| C. J. Starkey | DataBeam |
| M. C. Nier | Eastman Kodak |
| A. Gill | Zoran |
| H. Kato | KDD |
| S. Guerillot | AFP |
| Y. Kuwabara | NTT |
| S. G. Park | ETRI |
| A. P. Wise | Inmos, Limited |
| J. M. Costa | BNR, Canada |
| L. Conte | CSELT, Italy |
| H. Poulsen | KTAS, Denmark |
| E. Hamilton | C-Cube Microsystems, Inc. |
| A. Leger | CCETT, France |
| B. Peigne | CCETT, France |
| J. C. Jollvet | SAT, France |
| K. Shimizu | JVC |
| K. Yanaka | NTT |
| T. Noda | Fujitsu Laboratories |
| M. Takizawa | Hitachi, Ltd |
| W. Pennebaker | IBM |
| J. Mitchell | IBM |
| H. Ichimura | Ricoh |
| K. Kuroe | Chronix (Matra MHS) |
| S. Ochi | Fuji Photo Film |
| S. Kino | Mitsubishi Electric Corp. |
| M. Sasaki | Toshiba Co. |

ANNEX 2, p.1

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG8
CCITT   SGVIII

JPEG-4.7-R2
10 October 1989

Source:   Chairman (G. K. Wallace, Digital Equipment Corporation)
Title:     Document Register JPEG-377  thru  JPEG-415 418

This register contains all documents submitted after the July 1989 Stockholm, and before
the October 1989 Japan meeting.

| JPEG No. | Issued/Rev'd | Source | Title |
|---|---|---|---|
| 377 | 07/89 | Lohscheller | ANT Patent Statement |
| 378 | 07/89 | Lohscheller | Paper Presented at International TV Symposium |
| 379 | 07/89 | Sebestyén | Liaison letter to CCITT SGVIII, WP4 |
| 380 | 07/89 | Shepherd | ISO 8613 2nd PDAD to Add Colour Capability |
| 381 | 07/89 | Omachi | Comments on JPEG-363-R1 |
| 382 | 08/89 | Chair | JPEG-Compatibility Document for MPEG |
| 383 | 08/89 | Ono | C Program Source for Encoder and Decoder of MELCODE |
| 384 | 08/89 | Ono | MELCODE Test sequence for a small data set |
| 385 | 08/89 | Ono | Correction to the Program Source for Encoder of MELCODE and Test Sequence |
| 386 | 08/89 | Pennebaker | Correspondence on MELCODE Documentation |
| 387 | 08/89 | Chair | Status Letter to JPEG Members |
| 388 | 08/89 | Poulsen | Status of JPEG work |
| 389 | 08/89 | Sebestyén | Status of JPEG work |
| 390 | 08/89 | Léger | Status of JPEG work |
| 391 | 09/89 | Mitchell | Paper Submitted to Electronic Imaging '89 |
| 392 | 09/89 | Pennebaker | Paper Submitted to Electronic Imaging '89 |
| 393 | 09/89 | Wallace | Paper Submitted to Electronic Imaging '89 |

| 394 | 09/89 | Rabbini, Nier | Comments and Questions regarding MEL-CODE documentation JPEG-8-R3, Section M |
| 395 | 09/89 | Ono, Kino | Response to JPEG-394-R0 |
| 396 | 09/89 | Ono | MELCODE Source correction to have the same illegal code pattern with Q-coder |
| 397 | 09/89 | Tran, Tabbini, Nier | Comments and Questions regarding MEL-CODE Source Code |
| 398 | 09/89 | Ono, Kino | Response to Questions and Comments dated August 31, 1989 |
| 399 | 09/89 | Nier | Status of JPEG work |
| 400 | 08/89 | Pennebaker | Response to JPEG-381 |
| 401 | 09/89 | Léger, et.al. | Predefined VLCs for the "Baseline System" |
| 402 | 09/89 | Omachi | Status of JPEG work |
| 403 | 09/89 | Chair | Status letter to JPEG Members |
| 404 | 09/89 | JPEG Test Committee | Call for Additional Test Images |
| 405 | 09/89 | JPEG Chair | Translation of European Patent Application of 0 283 715 A2 |
| 406 | 09/89 | Léger, et.al. | Predefined VLCs for the "Baseline System" (2) |
| 407 | 09/89 | Chair | Correspondence regarding bits needed for delta-DC coding |
| 408 | 09/89 | Webb | Attendance of WG8/JPEG Meeting in Japan |
| 409 | 09/89 | F. Ono, S. Kino | Response to the "Comments and Questions regarding MEL-CODE Source Code" dated Sept. 27 |
| 410 | 09/89 | Ono | 3bit-flush in arithmetic coding with bit-stuffing technique |
| 411 | 10/89 | Poulsen | Proposal for a new header structure and related matters |
| 412 | 10/89 | Takao | Comments to "DRAFT of the JPEG algorithm" (JPEG-8-R4) [Section 5, Baseline system] |
| 413 | 10/89 | Léger | Comments on JPEG-8-R4, Section 5.6.5.1.1 (genereation of all-1-bit Huffman codes) |
| 414 | 10/89 | Poulsen | Suggested Editorial changes to JPEG-8-R4 |
| 415 | 10/89 | JPEG Chair | JPEG Ad Hoc Arithmetic Coding Meeting Announcement |

ANNEX 2, p. 3

| 416 | 10/89 | Rabbani, et.al. | Review and validation of MEL-coder documentation and source code |
| 417 | 10/89 | Rabbani, et.al. | Recommendation for selection of an Arithmetic Coder for the JPEG Extended System |
| 418 | 10/89 | JPEG Chair | Letter to ANT Concerning Patents |

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC  JTC1/SC2/WG8
CCITT  SGVIII

JPEG-4.8-R1
6 November 1989

Source:  Chairman (G. K. Wallace, Digital Equipment Corporation)
Title:   Document Register JPEG-419  thru  JPEG-458

This register contains all documents submitted at the Japan JPEG meeting.

| JPEG No. | Issued/Rev'd | Source | Title |
|---|---|---|---|
| 419 | 10/89 | ANT | Letter Concerning Patents |
| 420 | 10/89 | Wallace | Globecom '89 Pre-print |
| 421 | 10/89 | Vaaben | Letter on Further JPEG Participation |
| 422 | 10/89 | Gicquel, et.al. | Draft for Progressive Coding, Version A |
| 423 | 10/89 | Léger, et.al. | Evaluation of the extended funtionalities of the ISO-ADCT |
| 424 | 10/89 | Pennebaker, et.al. | Extending the precision range of the Q-Coder |
| 425 | 10/89 | Pasco, et.al. | Overlap of Marker Codes with the Final bits of an Arithmetic Code String |
| 426 | 10/89 | Pennebaker, et.al. | Comparison of Q-Coder and MEL-Coder for the JPEG algorithms |
| 427 | 10/89 | Pennebaker, et.al. | Comparison of the Complexity of Software implementations of the MEL-Coder and Q-Coder |
| 428 | 10/89 | Pennebaker, et.al. | System Performance with the Huffman Coder, the Q-Coder and the MEL-Coder |
| 429 | 10/89 | Chair | Japan Meeting Agenda |
| 430 | 10/89 | Ad Hoc Committee on A.C. | Proposal for a Single JPEG Arithmetic Coder |
| 431 | 10/89 | Ad Hoc Committee on A.C. | Minutes of the JPEG Ad Hoc Committee on Arithmetic Coder |
| 432 | 10/89 | Hitachi | Patent Status |
| 433 | 10/89 | IPTC | Draft IPTC - ANPA Newsphoto parameters |
| 434 | 10/89 | Omachi | Comments to "DRAFT of the JPEG Algorithm" [Section 4, R, 7, 8, 9] |
| 435 | 10/89 | JAPAN | Selection of Progressive set |

| 436 | 10/89 | Omachi | ADCT coding results for printing images |
| 437 | 10/89 | Omachi | Comments on "Draft for Progressive Coding - Version A -" |
| 438 | 10/89 | U.S. National Body | U.S. National Body Resolutions to WG-8 (JPEG Resolutions) |
| 439 | 10/89 | Hitachi Ltd. | Patent "Video Coder" |
| 440 | 10/89 | Chair | Proposal on JPEG/JBIG Joint Arithmetic Coding Work |
| 441 | 10/89 | IPTC-NPDWP | Submission of Test Images by IPTC for JPEG Test |
| 442 | 10/89 | Chair | Proposal for Non-Hierarchical Progressive |
| 443 | 10/89 | IT8 | Fax from Tom Dunn (IT8) to H. Yasuda Re. IT8 Images for JPEG Test |
| 444 | 10/89 | Sebestyen | Liaison Statement to CCITT Q14 SGVIII |
| 445 | 10/89 | Editing Committee | Editing Committee Agreements, Part I |
| 446 | 10/89 | Editing Committee | Proposal to Reduce Size of Huffman Tables |
| 447 | 10/89 | Hamilton | Proposal on EOB-Runlengths |
| 448 | 10/89 | Guerillot | IPTC Liaison Presentation |
| 449 | 10/89 | Test Image Committee | Chart on Test Image Plan |
| 450 | 10/89 | Editing Committee | Editing Committee Agreements, Part II |
| 451 | 10/89 | Poulsen | Examples |
| 452 | 10/89 | JPEG | Time-Line for Validation Testing |
| 453 | 10/89 | Chair | Accomplishments of JPEG Japan Meeting |
| 454 | 10/89 | Chair | JPEG Japan-meeting Recommendations |
| 455 | 10/89 | JPEG | Homework Assignments |
| 456 | 10/89 | IPTC-NPDWP | Need for Error Detection Codes |
| 457 | 10/89 | Editing Committee | Editing Committee Agreements, Part III |
| 458 | 10/89 | JPEG | How to Generate Default VLC Tables |

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG8
CCITT   SGVIII

JPEG-429-R1
October 16, 1989

Title:      JPEG Agenda: Japan
Source:    JPEG Chair

### JPEG AGENDA:   JAPAN

- Opening, Welcome, Remarks
- Document Distribution
- Review Stockholm Meeting Report
- Liaison Reports
  - CCITT                    JPEG-379, 444
  - ODA                      JPEG-380
  - MPEG                     JPEG-382
  - National Body Reports
    * US                     JPEG-438
    * Other
  - IPTC                     JPEG-433
  - ETSI
  - Other?
- JPEG Status Reports        JPEG-387, 388, 389, 390, 399, 402, 403, 408, 421
- Patent Issues              JPEG-377, 405, 418, 419, 432
- Publicity, External Communications
  - Papers                   JPEG-378, 391, 392, 393, 420
  - Future:  PCS, Other?
- Arithmetic Coding Issues   JPEG-383, 384, 385, 386, 394, 395, 396, 397, 398, 409, 410, 415, 416, 417, 424, 425, 426, 427, 428, 430, 431, 438
- Baseline System Issues     JPEG-401, 406, 438
- Progressive-Buildup Issues JPEG-411, 422, 423, 435, 437
- Editing Committee          JPEG-381, 400, 407, 412, 413, 414, 422, 434,

ANNEX 3, p. 2

437

- Test Image Committee                JPEG-404, 436, 441, 443
- Schedule Toward Standardization
- Other Technical Issues
    - Extended Precision              JPEG-438
    - Ind Function                    JPEG-438
- Validation Procedures

JPEG-440

## CHAIRMAN'S PROPOSAL ON JPEG/JBIG JOINT ARITHMETIC CODING WORK

THE WG8 CONVENOR HAS EXPRESSED TO ME THE DESIRABILITY OF ULTIMATELY HAVING, IF TECHNICALLY FEASIBLE, A COMMON ARITHMETIC CODER FOR JPEG AND JBIG. HOWEVER, JPEG MUST PROCEED ON A SCHEDULE INDEPENDENT OF JBIG. THEREFORE, I PROPOSE:

(1) JPEG SHOULD ADOPT, TENTATIVELY, THE ARITHMETIC CODING PROPOSAL OF THE JPEG A.C. AD HOC GROUP.

(2) AFTER JBIG MAKES ITS A.C. DECISION, BASED ON TECHNICAL CONSIDERATIONS OF THE JBIG CODING ENVIRONMENT, THERE SHOULD BE FORMED A JOINT JPEG/JBIG A.C. AD HOC GROUP, TO EXAMINE EACH GROUP'S A.C. IN THE OTHER GROUP'S ENVIRONMENT.

③ IF THE (JOINT) AD HOC GROUP AGREES THAT ONE A.C. WILL

SATISFY BOTH GROUP'S REQUIREMENTS, AND IS BETTER

THAN OR EQUAL TO EACH GROUP'S OWN A.C., THEN

JPEG SHOULD SERIOUSLY CONSIDER ADOPTING A

CONSENSUS RECOMMENDATION OF THE AD HOC GROUP

TO ADOPT A COMMON A.C.

JPEG

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC  JTC1/SC2/WG8
CCITT  SGVIII

JPEG-442
October 18, 1989

Source:   JPEG Chair
Title:    Proposal for Non-Hierarchical Progressive

## SET A

- "New" Spectral Selection

*COMPONENT INTERLEAVE ONLY*

## SET B

- "New" Spectral Selection
- Successive Approximation
- For Slices with a band, after 1st AC slice, all slices are 1 bit only

## NOTES

- Set-A Decoders <u>can</u> (if they want) decode MSbits
  Successive-approx. scans of of Set-B images (but only have to do DC + 1st-AC scans)

- (Set-A is subset of Set-B)

- AC-Prediction can be done at decoder, if desired

- 2D DC Prediction exists in independent function only

*ANNEX 6, p. 1*

JPEG
JOINT PHOTOGRAPHIC EXPERTS GROUP
ISO/IEC  JTC1/SC2/WG8
CCITT  SGVIII

JPEG-455
October 1989

**Title:** Homework assignments from Japan meeting, October 1989
**Source:** JPEG Chair

| | | |
|---|---|---|
| WP | • | Send out document with thorough description of header, *(specify byte order for multi-byte int. [params] i.e. LSByte first)*  Plus entire structure of coded image |
| GW | • | Detailed Description of Base-system |

Validation Tape:    *Specify Bit-Order-Within-Byte for Tape exchange*
- Complete Header
- Custom Tables Only    *(with 12-bit & ESC Proposal)*
- CCIR-601 Image
- Block Interleave to Fr. Interleave
- Resync Markers    *(Same data, end of BA block row)*

| | | |
|---|---|---|
| WP | • | Creation of 1st Tape |
| EH | • | Verification of 1st tape |
| AL | • | New VLC Tables    *(12-bit proposal, if feasible)* |
|    | • | Distribute VLC Tables |
|    | • | Tape with other examples of Base-System, and description of contents: |

| | | |
|---|---|---|
| MN | - | CMYK, with Fr. Interleave |
| AL | - | Default VLC Example    *Tables from 8-bit pixel, not final Default* |

2 Images:
(1) Defaults as custom
(2) Default Syntax

• Tapes for Extended Operations & Description

| | | |
|---|---|---|
| *WP/FO or Japan | - | A.C., Baseline System *(& Trace Data)* |
| *HP/AL/S-S | - | Progressive Huffman:  Spec-Sel only;  S-S+S-A *(GW goal)* |
| WP | - | Progressive A.C. For Above |
| Japan | - | Hierarchical |
| WP (AC) | - | Ind. Lossless |

ANNEX E, p.2

| | | |
|---|---|---|
| GW | • | Write outline for DP; Circulate for comment to JPEG |
| GW/Ed-com | • | Write draft of DP; make available before next JPEG Meeting |
| WP/Ed-com | • | Write JPEG-8-R5, Incorporating Japan agreements |
| GW | • | Coordinate test image committee |
| GW | • | Write: Japan, Stockholm meeting reports; circulate by mail for approval |
| MN/GW | • | Draft replies to US; Circulate to JPEG for approval |
| MN/GW | • | Letter to SC18 asking for CIELUV, CIELAB images |
| AG | • | Draft of glossary |
| GW | • | Distribute (Express mail/fax) all documents from last two days |

ANNEX 7

JPEG
JOINT PHOTGRAPHIC EXPERTS GROUP
ISO/IEC   JTC1/SC2/WG8
CCITT   SGVIII

JPEG-452
October 1989

Title:    Time Line - Validation Testing
Source:   JPEG Chair

## VALIDATION TESTING

| | | |
|---|---|---|
| WP | 11/10 | Description of HDR + Structure |
| GW | 11/10 | Description of Base System Validation Tape |
| AL | 11/10 | Report on Feasibility (Complexity & Efficiency) of 12-bit-Huffman Proposal |
| WP & WH | 11/30 | Create & Verify Base System Validation Tape    *Distribute tape to JPEG* |
| WP & FO | 12/15 | Create and Verify Base System & A.C. |
| AL | 12/15 | Distribute Def-VLC Syntax tape |
| HP Create | 1/15 | Progressive Huffman Tape |
| MN | 1/15 | Create CMYK,RGB Tapes |
| MN/Japan | 1/20 | Verify CMYK,RGB Tapes |
| HP/AL/GW | 1/30 | Verify Prog. Huff tape: S-S A.L.; S-S+S- A.G.W. |
| Japan | 1/30 | Create Hierarch Tape |
| WP | 1/30 | Create Ind. Lossless Tape (A.C.) |
| WP | 1/30 | Create Progressive, A.C. |

## OTHER WORK

| | | |
|---|---|---|
| WP/Ed-Committee | 12/15 | JPEg-8-R5 Ready |
| GW | 11/20 | DP Outline, 1st for comments |
| GW | 12/15 | Revised Outline, 1st for comments |
| GW/Ed-committee | 1/30 | 1st Draft D.P., for comments |
| AG | 1/30 | Glossary Draft |

ANNEX 8

JPEG-454

# JAPAN MEETING:

## JPEG RECOMMENDATIONS TO WG8

# JPEG RECOMMENDS:

(1) THAT WG8 ADOPT THE MAJOR TECHNICAL
DECISIONS MADE BY JPEG, CONCERNING:
- ARITHMETIC CODING *
- PROGRESSIVE MODE
- EXTENDED PRECISION
- BASELINE SYSTEM

THESE ARE THE ONLY MAJOR ISSUES THAT
WERE OUTSTANDING, AND JPEG WOULD LIKE
TO PROCEED WITH VALIDATION TESTING AND
DP DRAFTING

\* SUBJECT TO REVIEW BY JPEG/JBIG AD HOC
A.C. COMMITTEE, AS DESCRIBED IN JPEG-440.

(2) RELEASE OF JPEG-8-R5, THE TECHNICAL
SPECIFICATION THAT WILL INCORPORATE THE
JAPAN MEETING DECISIONS, TO WG8 AND CCITT, AND
EXTERNAL EXPERTS, ON TARGET DATE 12/15/89.

(3) THAT TARGET MEETING FOR REVIEW & APPROVAL
OF DRAFT VERSION OF DP BE NEXT (FEB/MAR)
JPEG MEETING.

(4) THAT WG8 EXTEND JPEG'S SINCERE THANKS
TO JVC, MATSUSHITA FOR EXCELLENT FACILITIES
AND HOSPITALITY, AND TO ALL WG8 JAPAN
COLLEAGUES FOR SUCH WONDERFUL HOSPITALITY
AND MEMORABLE VISIT.

N°2j —
/+

# EXHIBIT
# 11



**DLA Piper Rudnick Gray Cary US LLP**
401 B Street, Suite 1700
San Diego, California  92101-4297
**T**   619.699.2639
**F**   619.699.2701
**W**  www.dlapiper.com
bj.watrous@dlapiper.com
Admitted to practice in California

August 8, 2006

OUR FILE NO. 223612-25

*VIA EMAIL & OVERNIGHT MAIL*

Richard Clark
Managing Director, and Chair IST/37
Elysium Ltd.
Milton House, Whitehill Road
Crowborough
East Sussex TN6 1LB

Re:    **Philips Intellectual Property & Standards GmbH v. Kodak GmbH
        U.S. Philips Corporation v. Eastman Kodak Company**

Dear Richard:

My law firm represents Kodak GmbH and Eastman Kodak Company (collectively "Kodak") in two patent infringement actions recently brought by Philips Intellectual Property & Standards GmbH and U.S. Philips Corporation (collectively "Philips") in Dusseldorf, Germany and Delaware, USA.  The lawsuits allege that certain Kodak products infringe European patent EP 0 260 748 B1 and U.S. Patent No. 4,901,075  ("the Vogel patents").  Philips also alleges that ISO/IEC International Standard 10918-1 ("the JPEG Standard") specifies certain methods for coding digital signals that are covered by one or more claims of the Vogel patents.

We are investigating involvement by Philips (and its parent, subsidiaries and related entities) in the development and adoption of the JPEG Standard.  In addition to Philips' involvement in ISO and CCITT committees, we understand Philips participated in the IST/37 committee that reviewed and considered the JPEG Standard before its formal adoption in 1992.  We also understand that Dr. Simon Turner of Philips Research served as the Chair of IST/37 during the adoption timeframe and, as such, appears to have had the responsibility of signing off on the British version of the JPEG Standard.  We further understand that Philips voted—during the Fourth Meeting of IST/37 in June 1992—to approve the draft that eventually became the JPEG Standard and that Philips did so without disclosing the Vogel patents to IST/37.

In light of these facts, we respectfully ask that you—in your capacity as the Chair of IST/37—request the permission of IST/37 to provide us with the following documents: (i) a copy of the meeting report for the Fourth Meeting of IST/37 in June 1992, including any corresponding attachments or attendance lists, (ii) a copy of the UK published version of the JPEG Standard, including any corresponding appendices of participants, contributors, and/or disclosed patents, and (iii) a copy of any patent disclosure policies that applied to IST/37 and its members during the 1990-1993 timeframe.



**PIPER RUDNICK
GRAY CARY**

Richard Clark
August 8, 2006
Page Two

We look forward to your prompt response.  Please let us know if you have any questions.  If we can provide any additional information to help IST/37 consider this limited request, we are happy to do so.

Sincerely,

**DLA Piper Rudnick Gray Cary US LLP**

Bruce H. Watrous, Jr.

SD\1668947.2



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 08 Aug 2006

**Address Information**

**Ship To:**
RICHARD CLARK
ELYSIUM LTD.
6196993587
MANAGIN DIRECTOR, AND CHAIR IST/37
MILTON HOUSE, WHITEHILL ROAD
CROWBOROUGH UK TN61LB
UNITED KINGDOM

**Shipper:**
DLA Piper Rudnick Gray Cary US LLP
Irene Folk
6196992700
401 B Street, Ste 1700
San Diego CA 92101
UNITED STATES

---

**Shipment Information**

| | |
|---|---|
| **Service:** | UPS Express |
| *Guaranted By: | End of Day, Thurs. 10 Aug. 2006 |
| **Quantum View Notify SM 1:** | irene.folk@dlapiper.com |
| Delivery; Exception | |
| **E-mail Failure Notification:** | irene.folk@dlapiper.com |
| **Shipment ID:** | 02Y747VN4V8 |
| **Actual Weight:** | Letter |
| **Billable Weight:** | Letter |
| **Description of Goods:** | LETTER |

---

**Package Information**

**Package 1 of 1**

| | |
|---|---|
| Tracking Number: | 1Z02Y7476698613611 |
| Package Type: | UPS Letter |
| Client-Matter: | 223612-000025 |
| Attorney ID: | 15300 |

---

**Billing Information**

**Bill Shipping Charges to:**          Shipper's Account UPS Account

**All Shipping Charges in USD**

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
Unless governed by the Convention for the Unification of Certain Rules Relating to International Transportation by Air (Warsaw Convention), the Convention on the Contract for the International Carriage of Goods by Road (CMR Convention) or other mandatory law, UPS's liability for damage, loss or delay of this shipment is limited to a maximum of US$100 (or local currency equivalent) or as otherwise limited by the UPS Terms and Conditions of Carriage/Service for the country of origin of this shipment. No protection for loss or damage of this shipment in excess of the amount pursuant to the previous sentence is provided unless the shipper declares a higher value for carriage and pays an additional charge. If the shipper declares a higher value for carriage and pays the applicable charge, then liability shall be limited to proven damages of not more than the sum so declared. If C.O.D. is available for this shipment, the entry of a C.O.D. amount is not a declaration of value for carriage, and all checks or other negotiable instruments tendered in payment of C.O.D. amounts will be accepted by UPS at shipper's risk. UPS does not accept for transportation packages

# EXHIBIT 12

**DLA PIPER**

DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California  92101-4297
www.dlapiper.com

Jesse Hindman
jesse.hindman@dlapiper.com
T  619.699.2923
F  619.764.6623

January 24, 2007

*VIA EMAIL & INTERNATIONAL MAIL*

OUR FILE NO. 223612-25

Richard Clark
Managing Director, and Chair IST/37
Elysium Ltd.
Milton House, Whitehill Road
Crowborough
East Sussex TN6 1LB

Re:    **Philips Intellectual Property & Standards GmbH v. Kodak GmbH**
       **U.S. Philips Corporation v. Eastman Kodak Company**

Dear Richard:

This letter is in follow up to Mr. Watrous's August 8, 2006 letter.  Unfortunately, my office has not received any response from IST/37 in connection with our prior request for documents relating to Philips' participation in IST/37's consideration and adoption of the JPEG standard.  In particular, we are interested in a copy of the Meeting Report or any minutes relating to the Fourth Meeting of IST/37 in June 1992, including any corresponding attachments or attendance list.  Of course, any other documents relating to Philips' participation (in particular Dr. Simon Turner and Dr. John Morris) in the review and formal adoption of the JPEG standard by IST/37 would also be greatly appreciated.

**Serving clients globally**



Richard Clark
January 24, 2007
Page Two

We respectfully ask that you reiterate our request for these materials to IST/37.  Please let us know if you have any questions.  If we can provide any additional information to help IST/37 consider this limited request, we are happy to do so.  We look forward to your prompt response.

Very truly yours,

**DLA Piper US LLP**

Jesse Hindman
Associate

Admitted to practice in California

JH:bkl

SD\1681527.1
223612-25





From:    Origin ID: RBLA  (858) 638-6760
Pam Gomez
DLA Piper Rudnick Gray Cary
4365 EXECUTIVE DRIVE, SUITE 1100

SAN DIEGO, CA 92121
UNITED STATES

**SHIP TO:** 441892667411          BILL SENDER

**Richard Clark**
**Elysium Ltd**
**Milton House**
**Whitehill Road**

**Crowborough, East Su,  TN61LB**
GB

Ship Date: 24JAN07
ActWgt: 1 LB
System#: 5380492/INET2600
Account#: S *********                                    TotWgt: 1 LB

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE:  USD
T/C: S 180581332          D/T: S 180581332
SIGN: Pam Gomez
EIN/VAT:

**IP ENVELOPE**

TRK#  **7906 5736 2271**    FORM
                                    0430                      **STN**    AM

**TN61LB**    - -GB

**X5 XPWA**

These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment.  Subject to the conditions of the contract

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

Shipping Label: Your shipment is complete **This shipping label constitutes the air waybill for this shipment.**
1. Use the  "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the
horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label
can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional
charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS: On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective
employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage
is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any
such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE
NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss,
delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage
is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific
stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a
country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other
provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION
OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay,
shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage.
Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may
an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid,
FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER
DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE
ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions,
including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an
interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in
connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God,perils of the air, weather conditions, mechanical delays, acts of public enemies,war, strike
civil commotion, or acts or omissions of public authorities(including cutoms and health officials) with actual or apparent authority. NO WARRANTY.  We make no warranties, express or implied. CLAIMS FOR LOSS,
DAMAGE OR DELAY  ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE
FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's
claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two
years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient
accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping
carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws,
government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not
affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address
located at www.fedex.com

# EXHIBIT
# 13



**BSI Group headquarters**
389 Chiswick High Road London W4 4AL UK

Tel  +44 (0)20 8996 9000
Fax +44 (0)20 8996 7400
www.bsi-global.com

Jesse Hindman
D L A Piper US LLP
401 B Street, Suite 1700,
San Diego, California 92101-4297

13 February 2007

BY EMAIL AND MAIL

Dear Mr Hindman

**RE:     Phillips Intellectual Property & Standards GmbH v Kodak GmbH
U.S. Phillips Corporation v Eastman Kodak Company
Your file Number: 223612-25**

I am a lawyer in the BSI legal department.

Your letter of 24 January 2007 to Mr Clark, as chair of IST37 was passed to me for review and response.

IST37 is a BSI committee.  Custody of minutes and related documents produced by BSI committees lies with BSI and accordingly any decision regarding release of such documents rests with BSI.

I note your request for copies of certain documents as set out in your letter.

I have to advise you that BSI's policy is not to provide committee documents to third parties and it is therefore unable to meet your request.

Yours sincerely

**A L J Thomas
Commercial Lawyer**

**Direct Tel: +44 208 996 6321
Direct Fax: +44 208 996 7356**

*raising standards worldwide*™

British Standards Institution is incorporated by Royal Charter