**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. No. 06-00251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of a Summons to Ulf Rothgordt issued by Amtsgericht Noderstedt (attached as Ex. A), which was issued at the request of this Court under Chapter I of the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters* (D.I. 51), was served as follows on August 21, 2007:

**BY HAND DELIVERY AND E-MAIL :**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY U.S. MAIL AND E-MAIL:**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

PLEASE TAKE FURTHER NOTICE that the aforementioned Summons to Ulf Rothgordt was also served by Nicole Wyll, Esq., as follows on August 16, 2007:

**BY UPS OVERNIGHT DELIVERY AND E-MAIL:**
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Dated: August 21, 2007               /s/ Kristen Healey Cramer
                                              Francis DiGiovanni (#3189)
                                              Kristen Healey Cramer (#4512)
                                              Connolly Bove Lodge & Hutz LLP
                                              The Nemours Building
                                              1007 N. Orange Street
                                              Wilmington, DE 19899
                                              Phone (302) 658-9141

                                              John Allcock
                                              Sean C. Cunningham
                                              Tim Lohse
                                              John D. Kinton
                                              Jesse Hindman
                                              DLA Piper US LLP
                                              401 B Street, Suite 1700
                                              San Diego, CA 92101-4297
                                              Phone (619) 699-2700

                                              Attorneys for Defendant Eastman Kodak Company

# CERTIFICATE OF SERVICE

I, Kristen Healey Cramer, hereby certify that on August 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on August 21, 2007, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Kristen Healey Cramer
Kristen Healey Cramer (#4512)

# EXHIBIT A

Translation from the German language

## Amtsgericht (Local Court) Norderstedt



Amtsgericht, 22841 Norderstedt

RA. Francis DiGionanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1001 N. Orange Street
Wilmington, DE 19899

USA

Your reference:
Our reference : 11 AR 105/07

Name: Ms. Flade
Telephone: +49 (0)40 52606-301
Fax: +49 (0)40 52606-222
Date: August 1, 2007

Consulting hours: 9.00 to 12.00 hours and by appointment

## Summons
Bring this summons with you to the hearing!

**Request of the United States District Court for the Delaware District in Wilmington dated May 11, 2007 for questioning**
**U.S. Philips Corporation ./. Eastman**

On the order of the court, you are summoned to appear for questioning as a **witness**

| Day of the week and date | Time | Room/Courtroom |
|---|---|---|
| Thursday, September 20, 2007 | 09.00 a.m. | Courtroom D |

Facts in issue: List of questions in Annex A and Annex B.

Please bring along any existing written documents on the facts in issue.

It is necessary for the ascertainment of the truth to hear you as a witness. You are therefore summoned to appear on this date and asked to turn up in time even if you have previously given evidence in this matter. The precise details, particularly on which perceptions you will be questioned, will be explained to you by the judge during the hearing. As a witness, you contribute to the decision of the court, even if you think that you cannot provide much evidence.
With your testimony, you will fulfill an important civil duty which is in the interest of each citizen. Each of us may at one time depend on a testimony because this is the only way to obtain one's rights.

**Should the specified documents be in your possession, you are required to submit them to the court by no later than September 5, 2007.**

**Please observe the attached notes!**

Yours sincerely,

By direction
(Signature)
Flade, Court Clerk

Court building: Rathausallee 80, 22846 Norderstedt
Telephone: +49 (0)40 52606-0, Fax: +49 (0)40 52606-222
Bank account: Landeskasse Schleswig-Holstein
Account No. 210 015 08 with the Deutschen Bundesbank, Kiel branch
Sort Code 210 000 00, Abbreviation: BBk Kiel

## Important Instructions

A witness who fails to comply with a writ of summons without sufficient excuse will be ordered to pay the costs caused through his failure to put in an appearance. In addition he will be ordered to pay a fine of up to **500.00 Euro**, and, when it is not possible to collect this fine he will be sentenced to a period of imprisonment of up to 6 weeks. A witness may also be compulsorily brought before the court.

If there are compelling grounds that prevent you from complying with the writ of summons, please inform the court immediately and whereby you are required to state the said grounds. Your letter alone does not release you from your obligation of putting in an appearance. The court will examine your grounds and then let you know. If, contrary to expectations, you do not hear anything before the date of the hearing, please take the starting point that you are expected to appear at the hearing.
You do have, however, the option of querying this with the court at any time.

You are furthermore requested to inform the court immediately if you have to start your journey to the hearing from a place other than that stated in the address overleaf. You could otherwise be at disadvantage when remuneration of your expenses is assessed. You will be remunerated in accordance with the regulations of the expenses tariff. Loss of earnings can only be reimbursed when you present a certificate from your employer showing the amount he will deduct from your earnings. Self-employed or persons working free-lance must bring the appropriate paperwork (business license) with them. It is, in any case, necessary to prove the expense of employing a deputy.

Traveling expenses can, upon submission of a special application, be reimbursed in advance, but only in so far as they are capable of being reimbursed. The prerequisites of such application are, however, that either your place of residence is a long way away or you provide proof of your lack of means. You must submit such application to the court designated immediately; only in special circumstances are you allowed to submit such application to the Local Court competent for your place of abode or residence.

You will receive a kilometer allowance of 0.25 EUR per kilometer if you use your own car or a car provided to you free of charge by a third person.

This is to certify that the above translation has been made to the best of our knowledge and belief and is correct.
Date: 13.08.2007
Reg.No 70377



**Amtsgericht Norderstedt**



Amtsgericht, 22841 Norderstedt

Herrn
Dr. Ulf Rothgordt
Bargkoppel 33

22844 Norderstedt

Ihr Zeichen:
**Unser Zeichen: 11 AR 105/07**

Name: Frau Flade
Telefon 040 52606-301
Telefax 040 52606-222
Datum: 01.08.2007

**Sprechzeiten 09:00 bis 12:00
und nach Vereinbarung**

## Ladung
Bitte bringen Sie die Ladung zum Termin mit!

**Vernehmungsersuchen des Bezirksgerichts der Vereinigten Staaten für den Bezirk Delaware in Wilminton vom 11.05.2007
U.S. Philips Corporation ./. Eastman**

Sehr geehrter Herr Rothgordt,

auf Anordnung des Gerichts werden Sie zur Vernehmung als **Zeuge** geladen auf

| Wochentag und Datum | Uhrzeit | Zimmer/Saal |
|---|---|---|
| Donnerstag, 20.09.2007 | 09:00 | Saal D |

Beweisthema: Fragenkatalog Annex A und Annex B

Bringen Sie bitte etwa vorhandene schriftliche Unterlagen hierzu mit.

Zur Wahrheitsfindung ist es erforderlich, Sie als Zeugen zu hören. Sie werden deshalb zu diesem Termin geladen und gebeten, rechtzeitig zu erscheinen, auch wenn Sie in dieser Sache früher schon einmal ausgesagt haben. Die genaueren Einzelheiten, insbesondere zu welchen Wahrnehmungen Sie vernommen werden sollen, wird Ihnen der Richter im Termin erläutern. Als Zeuge tragen Sie mit zur Entscheidung des Gerichts bei, selbst wenn Sie meinen, nicht viel aussagen zu können.
Sie erfüllen mit Ihrer Aussage eine wichtige staatsbürgerliche Pflicht, die im Interesse eines jeden Bürgers liegt. Jeder von uns kann einmal auf eine Zeugenaussage angewiesen sein, weil er nur so zu seinem Recht kommen kann.

**Sollten Sie die genannten Urkunden in Besitz haben, werden Sie aufgefordert, diese bis zum 05.09.2007 spätestens dem Gericht vorzulegen.**

**Beachten Sie bitte die anliegenden Hinweise!**

Mit freundlichen Grüßen
Auf Anordnung

Flade, Justizangestellte

## Wichtige Hinweise

Einem Zeugen, der einer Ladung ohne genügende Entschuldigung nicht nachkommt, werden die durch das Ausbleiben verursachten Kosten auferlegt. Außerdem wird gegen ihn ein Ordnungsgeld bis zu **500,00 EUR** und, wenn dies nicht beigetrieben werden kann, Ordnungshaft bis zu 6 Wochen festgesetzt. Ein Zeuge kann auch zwangsweise vorgeführt werden.

Wenn sie den Termin aus dringenden Gründen nicht wahrnehmen können, teilen Sie dies unter Angabe der Gründe bitte umgehend mit. Ihr Schreiben allein entbindet Sie jedoch nicht von Ihrer Pflicht zu kommen. Das Gericht wird Ihre Gründe prüfen und Ihnen Bescheid geben. Sollten Sie wider Erwarten bis zu dem Terminstage keinen Bescheid erhalten, so gehen Sie bitte davon aus, dass Sie zu dem Termin erwartet werden. Die Möglichkeit einer Rückfrage bei dem Gericht steht Ihnen jederzeit offen.

Ferner werden Sie gebeten, umgehend Nachricht zu geben, falls Sie die Reise zum Termin von einem anderen als dem in der umseitigen Anschrift angegebenen Ort aus antreten müssen. Es könnten Ihnen sonst bei der Festsetzung Ihrer Entschädigung Nachteile entstehen. Entschädigt werden Sie nach den Bestimmungen der Gebührenordnung. Verdienstausfall kann nur gewährt werden, wenn Sie eine Bescheinigung Ihrer Arbeitgebers vorlegen, aus der sich ergibt, was er Ihnen von Ihren Bezügen abziehen wird. Selbständige oder freiberuflich Tätige müssen entsprechende Unterlagen (Gewerbeschein) mitbringen. Die Unkosten für einen Vertreter bedürfen in jedem Fall des Nachweises.

Auf besonderen Antrag können Fahrkosten, soweit sie erstattungsfähig sind, im Vorschusswege gezahlt werden. Ein solcher Antrag setzt aber voraus, dass entweder Ihr Aufenthaltsort weit entfernt ist oder dass Sie Ihre Mittellosigkeit nachweisen. Diesen Antrag müßten Sie umgehend bei dem oben angegebenen Gericht einreichen; nur in besonderen Fällen könnten Sie den Antrag bei dem für Ihren Wohn- oder Aufenthaltsort zuständigen Amtsgericht stellen.

Bei Benutzung des eigenen oder unentgeltlich von einem Dritten zur Verfügung gestellten Kraftfahrzeuges erhalten Sie eine Kilometerentschädigung von 0,25 EUR je Kilometer.