IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF U.S. PHILIPS CORPORATION'S OBJECTIONS TO DEFENDANT EASTMAN KODAK COMPANY'S <u>NOTICE OF DEPOSITION OF GREGORY GADSON</u>**

Plaintiff U.S. Philips Corporation ("Philips"), by its attorneys, hereby objects to Defendant Eastman Kodak Company's ("Kodak") Notice of Deposition of Gregory Gadson.

**<u>OBJECTIONS TO NOTICE OF DEPOSITION</u>**

1. Philips objects to the time and location of the deposition. Philips does not have control over Gregory Gadson. The last known address that Philips has for Mr. Gadson is 19375 Amber Way, Noblesville, IN 46060.

2. Philips objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases.

3. Philips objects to the extent that this deposition in combination with depositions of other witnesses would cause Kodak to exceed any of the limits on depositions set forth in the Federal Rules of Civil Procedure.

4.  Philips objects to the extent that this deposition seeks information that is protected by claims of attorney-client privilege or attorney work product or any other applicable privilege or immunity.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*U.S. Philips Corporation*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Houtan K. Esfahani
Joyce Craig
Lei Mei
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: September 4, 2007
183809.1