IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF U.S. PHILIPS CORPORATION'S**
**SECOND NOTICE OF 30(b)(6) DEPOSITION TO KODAK**

PLEASE TAKE NOTICE that beginning at 9:00 a.m. on September 19, 2007, in the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., N.W., Washington, D.C. 20001, or at another time and place agreed upon by the parties, Plaintiff U.S. Philips Corporation ("Philips") shall take the deposition upon oral examination of Defendant, Eastman Kodak Company ("Kodak"). Kodak is directed to produce, pursuant to Fed. R. Civ. P. 30(b)(6), one or more of its officers, directors, managing agents, employees, or other designated persons to testify on its behalf with respect to the subject matters set forth in Schedule A, attached hereto.

The testimony derived pursuant to this Notice of Deposition shall be used for any and all appropriate purposes as provided by the Federal Rules of Civil Procedure and Evidence. Pursuant to Fed. R. Civ. P. 30(b)(2), the testimony may be recorded by sound and visual means in addition to stenographic means.

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*

                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@asby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for U.S. Philips Corporation*

*Of Counsel*:

Thomas W. Winland
Steven N. Anzalone
Frank A. De Costa, III
Houtan K. Esfahani
Joyce Craig
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: September 11, 2007

184012.1

## **SCHEDULE A**

## **DEFINITIONS AND INSTRUCTIONS**

1.  All definitions set forth in Philips' previous discovery requests (*see, e.g.*, Philips' February 2, 2007, Requests for Production), including the definition of "Kodak," are incorporated as if set forth fully herein.

2.  Additionally, for purposes of this Deposition Notice, the term "person" specifically refers to the present and past officers, employees, counsel, agents, consultants, and/or representatives of Kodak.

3.  Additionally, for purposes of this Deposition Notice, the term "product" shall mean hardware and/or software, including firmware, and shall include, without limitation, all models, prototypes, and modifications thereof.

4.  The term "Relevant Products or Services" includes all JPEG image encoding products or services identified in any interrogatory answer (*see, e.g.*, Kodak's April 6, 2007, Responses to Philips' First Set of Interrogatories; Philips' April 6, 2007, Responses to Kodak's First Set of Interrogatories) and all Kodak's JPEG image encoding products or services that implement or utilize the baseline sequential mode of the JPEG Standard, ISO/IEC 10918-1, for the encoding of images.

## **SUBJECTS OF THE DEPOSITION**

1. For all Kodak's JPEG image encoding products or services that implement or utilize the baseline sequential mode of the JPEG Standard, ISO/IEC 10918-1, for the encoding of images, an identification and description of any device, circuitry, chip, software (including firmware), module, or other component used in the products to perform the baseline sequential mode of the JPEG Standard, ISO/IEC 10918-1, for the encoding of images.

2. For all Relevant Products or Services manufactured or developed by Altek, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

3. For all Relevant Products or Services manufactured or developed by Altek, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

4. For all Relevant Products or Services manufactured or developed by Altek, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

5. For all Relevant Products or Services manufactured or developed by Altek, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

6. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Altek:

    (a)   level shifting and forwarding the input data;

    (b)   quantizing the resulting coefficients;

    (c)   Huffman encoding of the DC coefficient; and

    (d)   Huffman encoding of the AC coefficients.

7. For all Relevant Products or Services manufactured or developed by Kunshan, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

8. For all Relevant Products or Services manufactured or developed by Kunshan, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

9. For all Relevant Products or Services manufactured or developed by Kunshan, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

10. For all Relevant Products or Services manufactured or developed by Kunshan, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

11. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured by Kunshan:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

12. For all Relevant Products or Services manufactured or developed by Funai, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

13. For all Relevant Products or Services manufactured or developed by Funai, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

14. For all Relevant Products or Services manufactured or developed by Funai, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

15. For all Relevant Products or Services manufactured or developed by Funai, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or

3

        troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

16. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Funai:

    (a)     level shifting and forwarding the input data;

    (b)     quantizing the resulting coefficients;

    (c)     Huffman encoding of the DC coefficient; and

    (d)     Huffman encoding of the AC coefficients.

17. For all Relevant Products or Services manufactured or developed by KEPS (including KEPS Shanghai), the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

18. For all Relevant Products or Services manufactured or developed by KEPS (including KEPS Shanghai), the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

19. For all Relevant Products or Services manufactured or developed by KEPS (including KEPS Shanghai), the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

20. For all Relevant Products or Services manufactured or developed by KEPS (including KEPS Shanghai), the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

21. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by KEPS (including KEPS Shanghai):

    (a)     level shifting and forwarding the input data;

    (b)     quantizing the resulting coefficients;

      (c)      Huffman encoding of the DC coefficient; and

      (d)      Huffman encoding of the AC coefficients.

22. For all Relevant Products or Services manufactured or developed by DPC, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

23. For all Relevant Products or Services manufactured or developed by DPC, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

24. For all Relevant Products or Services manufactured or developed by DPC, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

25. For all Relevant Products or Services manufactured or developed by DPC, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

26. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by DPC:

      (a)      level shifting and forwarding the input data;

      (b)      quantizing the resulting coefficients;

      (c)      Huffman encoding of the DC coefficient; and

      (d)      Huffman encoding of the AC coefficients.

27. For all Relevant Products or Services manufactured or developed by Chinon, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

28. For all Relevant Products or Services manufactured or developed by Chinon, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

5

29. For all Relevant Products or Services manufactured or developed by Chinon, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

30. For all Relevant Products or Services manufactured or developed by Chinon, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

31. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Chinon:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

32. For all Relevant Products or Services manufactured or developed by CM3, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

33. For all Relevant Products or Services manufactured or developed by CM3, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

34. For all Relevant Products or Services manufactured or developed by CM3, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

35. For all Relevant Products or Services manufactured or developed by CM3, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

36. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by CM3:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

37. For all Relevant Products or Services manufactured or developed by Sharp, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

38. For all Relevant Products or Services manufactured or developed by Sharp, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

39. For all Relevant Products or Services manufactured or developed by Sharp, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

40. For all Relevant Products or Services manufactured or developed by Sharp, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

41. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Sharp:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

42. For all Relevant Products or Services manufactured or developed by West, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other

7

component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

43. For all Relevant Products or Services manufactured or developed by West, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

44. For all Relevant Products or Services manufactured or developed by West, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

45. For all Relevant Products or Services manufactured or developed by West, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

46. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by West:

    (a)   level shifting and forwarding the input data;

    (b)   quantizing the resulting coefficients;

    (c)   Huffman encoding of the DC coefficient; and

    (d)   Huffman encoding of the AC coefficients.

47. For all Relevant Products or Services manufactured or developed by OEM, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

48. For all Relevant Products or Services manufactured or developed by OEM, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

49. For all Relevant Products or Services manufactured or developed by OEM, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

8

50. For all Relevant Products or Services manufactured or developed by OEM, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

51. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by OEM:

    (a)     level shifting and forwarding the input data;

    (b)     quantizing the resulting coefficients;

    (c)     Huffman encoding of the DC coefficient; and

    (d)     Huffman encoding of the AC coefficients.

52. For all Relevant Products or Services manufactured or developed by CM2, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

53. For all Relevant Products or Services manufactured or developed by CM2, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

54. For all Relevant Products or Services manufactured or developed by CM2, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

55. For all Relevant Products or Services manufactured or developed by CM2, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

56. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by CM2:

    (a)     level shifting and forwarding the input data;

    (b)     quantizing the resulting coefficients;

9

     (c)     Huffman encoding of the DC coefficient; and

     (d)     Huffman encoding of the AC coefficients.

57. For all Relevant Products or Services manufactured or developed by Sintai, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

58. For all Relevant Products or Services manufactured or developed by Sintai, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

59. For all Relevant Products or Services manufactured or developed by Sintai, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

60. For all Relevant Products or Services manufactured or developed by Sintai, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

61. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Sintai:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

62. For all Relevant Products or Services manufactured or developed by Viewquest, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

63. For all Relevant Products or Services manufactured or developed by Viewquest, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

64. For all Relevant Products or Services manufactured or developed by Viewquest, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

65. For all Relevant Products or Services manufactured or developed by Viewquest, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

66. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Viewquest:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

67. For all Relevant Products or Services manufactured or developed by Dahai, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

68. For all Relevant Products or Services manufactured or developed by Dahai, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

69. For all Relevant Products or Services manufactured or developed by Dahai, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

70. For all Relevant Products or Services manufactured or developed by Dahai, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

71. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Dahai:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

72. For all Relevant Products or Services manufactured or developed by Sanyo (including Sanyo Japan/China and Sanyo Japan/Korea), the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

73. For all Relevant Products or Services manufactured or developed by Sanyo (including Sanyo Japan/China and Sanyo Japan/Korea), the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

74. For all Relevant Products or Services manufactured or developed by Sanyo (including Sanyo Japan/China and Sanyo Japan/Korea), the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

75. For all Relevant Products or Services manufactured or developed by Sanyo (including Sanyo Japan/China and Sanyo Japan/Korea), the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

76. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Sanyo (including Sanyo Japan/China and Sanyo Japan/Korea):

    (a)    level shifting and forwarding the input data;

    (b)    quantizing the resulting coefficients;

    (c)    Huffman encoding of the DC coefficient; and

12

  (d) Huffman encoding of the AC coefficients.

77. For all Relevant Products or Services manufactured or developed by Flextronics, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

78. For all Relevant Products or Services manufactured or developed by Flextronics, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

79. For all Relevant Products or Services manufactured or developed by Flextronics, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

80. For all Relevant Products or Services manufactured or developed by Flextronics, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

81. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Flextronics:

  (a) level shifting and forwarding the input data;

  (b) quantizing the resulting coefficients;

  (c) Huffman encoding of the DC coefficient; and

  (d) Huffman encoding of the AC coefficients.

82. For all Relevant Products or Services manufactured or developed by Kodak, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

83. For all Relevant Products or Services manufactured or developed by Kodak, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

84. For all Relevant Products or Services manufactured or developed by Kodak, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

85. For all Relevant Products or Services manufactured or developed by Kodak, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

86. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Kodak:

    (a)    level shifting and forwarding the input data;

    (b)    quantizing the resulting coefficients;

    (c)    Huffman encoding of the DC coefficient; and

    (d)    Huffman encoding of the AC coefficients.

87. For all Relevant Products or Services manufactured or developed by Sigma, the design, manufacture, configuration, and/or structure of any device, circuitry, chip, or other component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

88. For all Relevant Products or Services manufactured or developed by Sigma, the design, manufacture, configuration, and/or structure of any software, firmware, algorithm, or module that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

89. For all Relevant Products or Services manufactured or developed by Sigma, the function, use, or operation of any device, circuitry, software, firmware, algorithm, chip, or other module or component that implements or performs DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

90. For all Relevant Products or Services manufactured or developed by Sigma, the protocols used, parameters evaluated, and/or results obtained for all tests, evaluations, diagnoses, or troubleshooting of any device, circuitry, chip, software (including firmware), module, or other component to perform the DCT-based encoding of data according to the procedures set forth in Section 4.3 and/or F.1 of the JPEG Standard, ISO/IEC 10918-1.

91. How the following encoding functions, set forth in the JPEG Standard, ISO/IEC 10918-1, (*see, e.g.*, Section 4.3 and Annex F) are performed by Relevant Products or Services manufactured or developed by Sigma:

    (a) level shifting and forwarding the input data;

    (b) quantizing the resulting coefficients;

    (c) Huffman encoding of the DC coefficient; and

    (d) Huffman encoding of the AC coefficients.

92. The factual bases for Kodak's September 7, 2007, supplemental responses to Interrogatory No. 2 of Philips' First Set of Interrogatories.

93. The factual bases for Kodak's September 7, 2007, supplemental responses to Interrogatory No. 3 of Philips' First Set of Interrogatories.