IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, </br></br>Plaintiff, </br></br>v. </br></br>EASTMAN KODAK COMPANY, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> )   C.A. No. 06-251-GMS </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF DEPOSITION OF ISTVAN SEBESTYEN

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, counsel for U.S. Philips Corporation ("Philips") will take the deposition upon oral examination of Istvan Sebestyen. The deposition will begin immediately following completion of Kodak's deposition of Istvan Sebestyen on **September 21, 2007**, in Ferney-Voltaire, France. The deposition will continue from day to day until completed.

The deposition will be conducted pursuant to Federal Rule of Civil Procedure 30 and will be taken before an officer, notary public, or other person authorized to administer oaths and may be videotaped. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any purposes permitted under the Federal Rules of Civil Procedure.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*U.S. PHILIPS CORPORATION*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Joyce Craig
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Dated: September 13, 2007
184123.1