IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendant. )<br>)<br>) | Case No. 06-0251 GMS |

**DECLARATION OF NICOLE WYLL IN SUPPORT OF EASTMAN KODAK COMPANY'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Nicole Wyll, declare as follows:

1. I am an associate with the law firm DLA Piper US LLP, attorneys of record for defendant Eastman Kodak Company ("Kodak") in the above matter. Unless the context indicates otherwise, I make this declaration based upon my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 4,901,075 to Peter Vogel.

3. Attached hereto as Exhibit B is a true and correct copy of "Scene Adaptive Coder" by Wen-Hsuing Chen and William K. Pratt, IEEE Transactions on Communications, VOL. COM-32, No. 3, March 1984, pp. 225-232.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 4,316,222 to Ambati Subramaniam.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Professor Touradj Ebrahimi In Support of Eastman Kodak Company's Opening Claim Construction Brief.

6. Attached hereto as Exhibit E is a true and correct copy of the File Wrapper and Contents of U.S. Patent No. 4,901,075, produced by Eastman Kodak Company and labeled as KODAK_000012-KODAK_000230.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated this 9 day of October, 2007, in San Diego, California.

*Nicole Wyll*
Nicole Wyll