# EXHIBIT E



IW 1458226

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

May 12, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

**APPLICATION NUMBER:** *07/096,177*
**FILING DATE:** *September 11, 1987*
**PATENT NUMBER:** *4,901,075*
**ISSUE DATE:** *February 13, 1990*

**By Authority of the**

**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

N. WILLIAMS

**Certifying Officer**

4901075

| SERIAL NUMBER (Series of 1957) | PATENT | | PATENT NUMBER |
|---|---|---|---|
| 096177 | | ₱ 13 1990 | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 340 | 34 | 264 | YOUNG |

**APPLICANTS**

PETER VOGEL, DIEPERSDORF, FED REP GERMANY.

```
**CONTINUING DATA********************
    VERIFIED

    None (BK)
```

```
**FOREIGN/PCT APPLICATIONS************
    VERIFIED
                FED REP GERMANY    P 3631252.5      09/13/86
                FED REP GERMANY    P3638127.6       11/08/86
    BK          FED REP GERMANY    P 3717399.5      05/23/87
```

| Foreign priority claimed 35 USC 119 conditions met | ☑ yes ☐ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials | → | DEX | 5 | 10 | 1 | $ 450.00 | PHD 86,327 |

**ADDRESS**

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

~~METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION~~
method and Apparatus for Bit Rate Reduction

U.S. DEPT. of COMM-Pat. & TM Office — PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE 8-30-89 | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| 8-28-89 | William Young C. Robins | Total Claims | Print Claim |
| | Assistant Examiner    Docket Clerk | 13 | |
| **ISSUE FEE** | | | **DRAWING** | |
| Amount Due    Date Paid | WILLIAM M. SHOOP JR. | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| $620.00    12/7/89 | SUPERVISORY PRIMARY EXAMINER ART UNIT 213 | 5 | 6 | 6 |
| | Primary Examiner | | | |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class 341 | Subclass 63 | U59 |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

·orm PTO-436

096177

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

N 10220   09/18/87   096177        21-0450   010   101        340.00CH

PTO–1556
(5/87)

KODAK_000014

Case Docket No. PHD 86,327
Date: September 11, 1987

096177

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

401-00

Enclosed for filing is the patent application of
Inventor(s):  PETER VOGEL

For: METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

ENCLOSED ARE
[ X ]   5 sheets of  [ X ] informal [   ] formal drawing.
[   ]   An assignment of the invention to
[   ]   A fully executed declaration.
[   ]   An unsigned declaration.
[   ]   A certified copy of                 application
        Serial No.
[ X ]   Associate power of attorney.
[ X ]   Preliminary Amendment.

FEE COMPUTATION

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| FOR | Number Filed | Number Extra | Rate | Basic Fee - $340.00 |
| Total Claims | 10 - 20 = | 0 | x $12 = | |
| Independent Claims | 1 - 3 = | 0 | x $34 = | |
| Multiple Dependent Claims, if any | | | $110 = | |

| TOTAL FILING FEE ...........$340.00 |
|---|
| ASSIGNMENT RECORDING FEE ...$ |

        Please charge Deposit Account No. 21-0450 in the amount
of $340.00.  The Commissioner is hereby authorized to charge
any additional fees which may be required, except the issue fee,
or credit any overpayment to Account No. 21-0450.

[   ]   Amend the specification by inserting before the first line
the sentence:  - This is a continuation-in-part of application
Serial No.          , filed

Gregory P. Gadson
Gregory P. Gadson, Reg. 31,254
Assoc. Attorney for Applicant(s)
(914) 332-0222 Ext. 232


CERTIFICATE OF MAILING

[ X ] Express Mail Mailing Label No. B88586195
      Date of Deposit  September 11, 1987
      I hereby certify that this paper and fee is being
deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C.  20231.

     Vera Kublanov                 Vera Kublanov
Typed Name                      Signature

Send correspondence and papers to: Thomas A. Briody,
U.S. Philips Corporation, 580 White Plains Road,
Tarrytown, New York  10591.
Rev. 10/85
Translet.frm



096177 A

PHD 86.327 C                    1                    09.03.1987

Method of and circuit arrangement for bitrate reduction

The invention relates to a method of and a circuit
arrangement for bitrate reduction. Bitrate reduction is carried out when
coding a signal, which comprises a series of digital values and
has a signal value A, occurring most frequently in runs.

5        An Article by Wen-Hsiung Chen and William K. Pratt (Chen,
When-Hsiung and Pratt, William K.: Scene Adaptive Coder IEEE
Transactions on Communications, vol. Com-32, No. 3, March 1984, pages
225-232) describes a coding process of video signals for the purpose of
transmitting video pictures of satisfactory quality at a minimum
10    possible bitrate. Coding is effected in several steps. First, equally
large video picture sections which are represented by blocks of pixels
are subjected to a Discrete Cosine Transform. In this transform process
a special two-dimensional Fourier transform is used. By the transform, a
new block of values (coefficients) is obtained from the original block.
15    This coefficient block has the property that a large part of its
elements - thus a large part of the coefficients - is approximately 0 or
exactly 0. A subsequent quantisation of the coefficients always renders
the greater part of the elements 0 so that a subsequent Huffman coding
would therefore already involve a considerable bitrate reduction. The
20    authors of the above-mentioned Article achieve a further bitrate
reduction in that the frequent occurrence of zero runs in the
intermediate signal in which the coefficients are serially arranged is
utilized by means of a Huffman coding.

        It is known that in a Huffman coding in which the
25    codewords have different lengths, statistic properties of the signal to
be coded are utilized. In the present case this particularly implies
that it is investigated at what frequency zero runs having lengths 1, 2,
3, etc. occur in the above-mentioned intermediate signal, the shortest
Huffman codeword is then assigned to the run that occurs most
30    frequently. The next larger codeword is assigned to the run that occurs
less frequently, and so forth.

        For coding the intermediate signal two Huffman code

'87 09/08 09:19                                                                    04

PHD 86.327 C              2                    09.03.1987

tables are required according to the above-mentioned Article. A first
table shows how the (quantized) coefficients different from 0 are to be
coded. Only the coefficient values are coded because equally large
coefficients also occur at the same frequency. The signs are transmitted
in a separate bit. A second table shows how the run length is to be
coded. In order that the codewords of one table can be distinguished
from those of the other table during decoding, a separate codeword, the
so-called run length prefix, is used for the identification of the coded
run length.

It is an object of the invention to provide a coding
method for a signal of the kind mentioned in the opening paragraph and
comprising in a special case an intermediate signal resulting from a
picture coding operation, leading to a bit rate reduction which is
larger than that hitherto known.

This object is achieved by assigning a Huffman codeword
assigned to each run having length 0, 1, 2 etc.,
together with the signal value subsequent to the run or together with
the signal value preceding the run.

Advantageous embodiments of the invention, particularly
for exeptional cases of the signal characterized in the opening
paragraph as well as a circuit arrangement for carrying out the method
according to the invention, can be derived from the sub-claims.

The invention will now be described in greater detail by
way of examples with reference to the accompanying drawings in which

Figure 1 is a table stating the occurrence of events,

Figure 2 is a further table elucidating the split-up of
the events,

Figures 3 to Figure 5 show a coding table, and

Figure 6 shows the circuit diagram of arrangements for
coding video signals according to the invention.

In the following embodiments explaining the invention the
signal mentioned in the opening paragraph and occurring after coding
blocks of video pictures elements. The signal values mentioned in the
opening paragraph thus are the coefficients or the elements of the
coefficients block, whilst the signal value is the value 0 because it
occurs most frequently in runs in the intermediate signal.

As is evident from the invention the occurrence of a zero

3

KODAK_000017

'87 09/08 09:19                                                                    05

PHD 86.327 C                              3                            09.03.1987

~~run and the coefficients subsequent to this run is considered as an~~
~~event to be encoded. It is important that also when a coefficient~~
~~different from 0 is not preceded by one or more 0 coefficients – thus~~
~~the occurrence of a run length 0 – is treated as an event to be coded.~~

5      ~~Each of these events occurs in the video signal with a~~
~~characteristic frequency. As has been proved by, for example,~~
~~measurements, small-value coefficients occur more frequently than those~~
~~having a high value as the preceding coefficients run with the value 0~~
~~becomes longer.~~

10          Figure 1 shows the frequency distribution of the above-
mentioned events in the case of a cosine-transformed and subsequently
*quantized* video signal. Each field of the table represents an event
characterized by the zero run length L and by the value B of the
subsequent *quantized* coefficient. The values B proceed through the
15   natural numbers without the zero and the *length* L proceeds through the
natural numbers with the zero. In order that the table does not become
arbitrarily large, all events with B larger than or equal to 9 are
combined to an overall event. The same applies to L when larger than or
equal to 9.

20          The numbers in the different fields indicate how often
the associated event occurs in a *quantized* video signal with
approximately 15000 signal values. The assignment of Huffman codewords
is shown in the table: the series L=0, B=1 acquires the shortest
codeword; this is followed by the series L=1, B=1 with the next longer
25   codeword, and so forth.

          If the assigned codewords instead of the *frequencies* are
introduced in the event fields of the table, a two-dimensional coding
table is obtained. It is not shown for the events according to Figure 1
because such coding tables can generally be set up by those skilled in
30   the art. For the sake of completeness it is to be noted that a maximum
number of 11 bits follows for the events in which L is larger than or
equal to 9 or in which B is larger than or equal to 9 after the assigned
Huffman codeword, which bits give the receiver accurate information
about the value of L and the value of B, respectively.

35          An additional *bit rate* reduction of 12% is obtained when
coding video signals in accordance with the above-mentioned two
dimensional coding table as compared with the coding method described in

6

KODAK_000018

'87 09/88 09:28                                                86

PHD. 86.327 C                        4                    09.03.1987

the opening paragraph.

This additional bitrate reduction is possible because, for example the probability of the event in which three successive zeros with subsequent coefficient of the value 2 occur is different from the product of probability with which three successive zeros occur and the probability with which a coefficient of the value 2 occurs anyway.

The limitation of Figure 1 will now be considered in greater detail. As is evident from the above-mentioned embodiments, the number of the events to be coded in accordance with Figure 1 is kept within efficient limits because all zero runs with an equally large subsequent value of a coefficient are considered as an event if the run length L is larger than eight.

Similarly, all zero runs of equal length are considered as an event if the subsequent value B of a coefficient is larger than eight.

As is shown in Figure 1, relatively rarely occurring events are concerned, and therefore they are coded with relatively long Huffman codewords. Since the receiver for decoding should know the exact zero run length or the exact value of a coefficient without any loss of information, an additional codeword is added to the Huffman codeword - as already indicated above - from which the exact length or the exact value or both can be derived.

A clearly defined state is encoded by the Huffman codeword and the additional information. Since the number of bits of such combinations is also dependent on the statistic properties of the signal, such combinations should also be present at the receiver and the decoder in order that the state which is based on these combinations can unambiguously be recognized at the receiver end.

The Huffman codewords defined in this sense may be up to 30 bits long. Since the processing of codewords which are at most 16 bits long does not require any special arrangements, but is possible, for example with a 16-bit microprocessor, given events are split up into sub-events - to improve the method described so far - such that codewords whose length is at most 16 bits are sufficient for coding all events and sub-events. This split-up will now be described in greater detail.

Firstly, an event to be coded consisting of an L = Lm zero run with subsequent coefficient of the value B = Bm is designated by

PHD.86.327 C                     5                    09.03.1987

(Lm, Bm). In contrast to the foregoing, Bm = 0 is now also explicitly
admitted. It is true that the two-dimensional diversity of events (Lm,
Bm) occurring in practice is finite, because arbitrarily large values of
coefficients do not occur, but it is very large. Consequently, the
5   Huffman codewords to be used are correspondingly large as regards number
and length. To reduce the overall number of the events to be coded the
starting point is that, for example a run of 19 zeros with subsequent
coefficient of the value 7 can be split up into sections, the first of
which represents a run of 16 zeros, the second of which represents a run
10  of 3 zeros and the third of which is a run without a zero and subsequent
coefficient of the value 7. Each of these sections is now considered as
a sub-event which is coded by a Huffman codeword. The length of each
section is below a given value which can be predetermined and which will
be further dealt with below.

15      This split-up is illustrated in Figure 2. In the
horizontal direction all occurring values B - including the value 0 - of
the coefficients are shown. In the vertical direction the length - also
starting at 0 - of coefficient runs of the value 0 is shown. The "events
fields" shown symbolize the event (Lm, Bm) i.e. Lm zeros followed by a
20  coefficient of the value Bm. The event (0, 3) for example, means that a
coefficient of the value 3 is preceded by a run length 0 which means
that there is no coefficient of the value 0 preceding. Isolated zeros in
the signal are symbolized by the event (0, 0). The reference (3, Bm)
refers, inter alia to the event in which a coefficient of the value Bm is
25  succeeded by three successive zeros. Since the value of zero is also
admitted for Bm, the event (3, 0) means that there are four successive
zeros.

       Figure 2 shows a polygonal curve in a solid line dividing
the series fields into two ranges. The left-hand range comprises the
30  events which are referred to as being codable and the right-hand range
shows the events which are referred to as non-codable. The maximum
length for a section of signal values - corresponding to a codable event
- is 16; the events (0, 15), (1, 15) and (2, 15) are involved. All other
codable events correspond to signal sections which are shorter. The
35  division into codable and non-codable events is not completely
arbitrary; the most frequently occurring event should be associated with
the codable ones. The crossed non-codable event (8, 7) is split up, for

8

'87 09/08 09:21                                                                08.

PHD 86.327 C                        6                        09.03.1987.

example, into the events (0, 7) and (7, 0). There are various
possibilities for the split-up; the simplest is the indicated
"projection on the event axes".

The numbers in the event fields which are associated with
the codable events signify the length - hence the number of bits - of
the Huffman codewords with which the events are coded. The codewords
also comprise the signs of the coefficients and possibly data about the
magnitude of the value B; none of them is longer than 16 bits. In
setting up the Huffman codewords it was assumed that coefficients having
values of more than 136 do not occur.

Figures 3 to 5 show the exact structure of the Huffman
codewords used. The first codeword 11 represents the coded signal value
for characterizing a block end; at the transmission it succeeds the last
codeword which is associated with a coefficient block. The first column
of these figures states consecutive numbers, the second column states
the values B of the coefficients and the third states the lengths L of
the zero runs. The two latter data combined result in the "coordinates"
of a codable event according to Figure 2. In the fourth column of Figs.
3 -5 the code words are shown bitwise. The bit s denotes the sign bit;
the positions indicated by "-" are meaningless, and the positions
indicated by "+" comprise the coded values of the coefficients in so far
as they are larger than eight. The last column once more states the
lenght of the Huffman codewords.

A possibility of further reducing the bitrate results
from the fact that - as in the present embodiment - the signal to be
coded is structured in accordance with blocks. As already indicated, the
coefficients of a coefficient block are separated from those of the next
block by an "end - of - block" signal. Also this "end - of - block"
signal is converted into a codeword (compare Figure 3) whilst the
sequence of m (codable) events of the type

(L1, B1)
(L2, B2)          (1)
...
(Lm, Bm)

and into a sequence of assigned codewords. The number m of the events is
dependent on the special values of the coefficients. If the overall
coefficient block comprises, for example 63 zeros with subsequent

KODAK_000021

'87 89/88 89:22

PHD 86.327 C                          7                          09.03.1987

coefficients of the value N it is split up into only one event, namely (63, 1) or into several codable events according to Figure 2. As it is not known in advance into how many codable events a coefficient block is split up, the separate blocks must for this reason already be separated from one another by means of an "end - of - block" signal. At the receiver end the transmitted Huffman codewords are retransformed into events and these events are again converted into a sequence of coefficients. The receiver knows that, for example, 64 coefficients are associated with a coefficient block.

10      For further explanation and for the sake of simplicity it is assumed that 4 x 4 blocks are concerned, so that one block comprises a total of 16 coefficients. All data associated with a block are separated from the data of the subsequent block by an "end of block" sign. This sign and the corresponding codeword is excepted from the split-up of the signal to be coded in accordance with the events. If, for example the sequence of coefficients of a block in a decimal representation has the form of

XX          4005000050000001        XX,

20

The block is split up according to scheme (1) into the following events.

(0, 4)
(2, 5) (4, 5)
(6, 1)                                          (3)

25

In order that the coefficient sequence of a block can at any rate be split up into events in accordance with scheme (1) or (3) above, the coefficients are temporarily stored before they are further processed. The temporal sequence of the coefficients in scheme (2) and that of the events in schemes (1) and (3) corresponds to the sequence of their written registration (European writing direction assumed). The symbols XX in the embodiment according to scheme (2), symbolise the "end-of-block" signs of the previous block and the represented block.

35      The coefficients in scheme (2) which are different from 0 are all positive and are represented as integral multiples of the smallest unit, namely 1. As can be seen from scheme (3), the last event

10

'87 09/08 09:22                                                      10

PHD 86,327 C                    8                    09.03.1987

is the event (6, 1). The Huffman codewords assigned to the events are
not indicated.

Firstly, the weight of reception of the last event, namely
(6, 1) of the block according to (2) is checked for the receiver. In the
5   coding of pictures general experience has proved that the transmission
of events with a run of more than five zeros become less worthwhile as
the value of the subsequent coefficient is smaller. If in accordance
with the rule based on experience, checked events for which L = 5 and B
= 1 are not transmitted, the transmission of the last event does not
10  take place. In that case the preceding series (4, 5) is checked in
accordance with the same criterion. In the example according to (2) the
check for this block is ended because the event (4, 5) and the assigned
Huffman codeword must be transmitted.

After decoding the Huffman codewords at the receiver end
15  all coefficients of the block according to scheme (2) can be recovered,
but for those which are associated with non-transmitted events. However,
since these are associated with the last coefficients of the block, the
decoded coefficients at the receiver end are augmented with coefficients
of the value 0 until the overall number of coefficients is 16.
20          Figure 6 shows a circuit arrangement realising a simple
split-up of the sequence of coefficients in accordance with codable
events. The supply of clock pulses and details of the logic operation of
binary values are not shown because they are known to those skilled in
the art. In the circuit arrangement according to Figure 6 events are
25  coded which consist of a run of coefficients of the value zero and a
subsequent coefficient. If the run length L in the signal to be coded
exceeds a predetermined length Lmax, the associated event cannot be
encoded and is split up into codable events. Due to the predetermined
maximum length Lmax which is independent of the subsequent coefficient,
30  no delays or intermediate storages of the coefficients are required.
The coefficients are serially applied from an input E via
a multiple lead e to the address inputs of an addressable memory PROM and
to a first input E1 of a comparator circuit K. The multiple lead e
comprises as many wires as bits are required for the binary
35  representation of a coefficient. A coding table is filed in the memory
PROM.

The position of a counter Z is applied to a second input

'87 09/08 09:23

PHD 86.327 C                           9.                        09.03.1987

E2 of the comparator K - via a multiple lead f. The multiple lead f is
simultaneously connected to further address inputs of the memory PROM.
        It is assumed that a coefficient which is different from
zero is present at the input E1. In this case the comparator circuit K
5  supplies a pulse from an output A2, which pulse is applied via a lead a
to the reset input R of the counter Z and to the clock input C2 of a
flipflop circuit FF. The counter is reset to the zero position with this
pulse and the codeword which is present at the output of the memory PROM
is bit-parallel taken over in the flipflop circuit FF. The codeword can
10  be derived from the output A of the circuit arrangement according to
Figure 6. The codewords present at output A are not the ultimate Huffman
codewords because all of them have the same length. To convert codewords
of the same length into codewords of unequal length, and conversely -
the latter conversion is required at the receiver end - reference is
15  made to patent applications DE 35 10 902, DE 35 10 901 and DE 36 32 682.
        If a zero is present at the input E1, the comparator
circuit K supplies a counting pulse from a further output A1 and applies
it to the clock input C1 of the counter Z which increases it count by
one unit. The comparator circuit K continuously compares the actual
20  counting with the value Lmax which is stored in one of its memories not
shown. If the count reaches the value Lmax, the supply of a further
counting pulse does not take place, instead the reset or transfer pulse
is supplied from the output A2.
        The complete coefficients - thus also their signs - are
25  processed in the circuit arrangement according to Figure 6. In a
modification the signs of the coefficients are applied via a separate
wire to the output A of the circuit arrangement and to except them from
a comparison by the comparator circuit K and from determining the
codewords by the programmable memory PROM.

On what is claimed is:

'87 09/08 09:23                                                                          12

PHD 86.327 C                    10                    09.03.1987

1.      A method of bitrate reduction when coding a signal
consisting of a sequence of digitally represented values and comprising
a signal value A occurring most frequently in runs, characterized in
that a Huffman codeword is assigned to each run length 0, 1, 2 etc. of
5   signal values A together with the signal value subsequent to the run or
together with the signal value preceding the run.

2.      A method as claimed in Claim 1, characterized in that the
same Huffman codeword is assigned to each run of signal values A
together with the signal value subsequent to the run or together with
10  the signal value preceding the run, if the run exceeds a predetermined
lenght and/or if the subsequent or preceding signal value exceeds a
predetermined value.

3.      A method as claimed in Claim 1 or 2, characterized in
that if a run of signal values A together with the preceding or
15  subsequent signal value exceeds a predetermined length, said overall run
is split up into sections in such a manner that the length of each
section is below a predetermined value and in that a Huffman codeword is
assigned to each section.

4.      A method as claimed in Claim 1, 2 or 3, characterized in
20  that the signal comprises a sequence of coefficients which results after
blockwise transform of pixels of a video signal with subsequent
quantisation and in that the signal value A is the zero value.

5.      A method as claimed in Claim 4, characterized in that the
advantages and drawbacks of non-transmission of the last Huffman
25  codeword of a block are checked in a signal having the structure of
equally long blocks, and in that the case of the advantages prevailing
the Huffman codeword is not transmitted and subsequently the same check
with the preceding Huffman codeword as last Huffman codeword is repeated.

6.      A method as claimed in Claim 5, characterized in that a
30  checked Huffman codeword is not transmitted if the length of the
associated run of signal values A exceeds a barrier which is dependent
on the magnitude of the subsequent signal value.

'87 09/08 89:26                                                        01

PHD 86.327 C                    11                         09.03.1987

A method as claimed in Claim 8, characterized in that the
signal comprises a sequence of coefficients which results after a
blockwise transform of pixels of a video signal with subsequent
quantisation and in that the signal value A is the zero value, and in
5  that a checked Huffman codeword is not transmitted if the length of the
associated zero run is larger than five and if the magnitude, the
subsequent signal value has the smallest possible value different from
zero.

8.      A method as claimed in Claim 4 or 7, characterized in
10 that the Hufmann codeword is independent of the sign of that coefficient
which succeeds or precedes the zero run and in that the sign is coded by
a separate bit.

9.      A circuit arrangement for performing the method as
claimed in any one of Claims 1 to 8, characterized in that the binary
15 coded coefficients are applied with predetermined delays to the address
inputs of a memory (PROM) and to a first input (E1) of a comparator
circuit (K), in that a counter (Z) is provided whose count is applied to
further address inputs of the memory (PROM) and to a second input (E2)
of the comparator circuit (K), in that the comparator circuit (K)
20 supplies a counting pulse to the counter (Z) from a first output (A1) if
a zero value coefficient is present at the first input (E1) and if the
count has not exceeded a value stored in a memory of the comparator
circuit (K) supplies a pulse from a second output (A2) if the conditions
for the supply of a counting pulse are not fulfilled, and in that the
25 counter (Z) is reset by means of the pulse at the second output (A2) of
the comparator circuit (K), and in that the codeword present at the
outputs of the memory (PROM) is transferred to an intermediate memory
(FF).

10.     A circuit arrangement as claimed in Claim 9,
30 characterized in that only the values of the coefficients are applied to
the address inputs of the memory (PROM) and the comparator circuit (K)
and in that the sign bits of the coefficients are supplied through a
separate wire to the output (A) of the circuit arrangement.

'87 09/08 09:26                                                              '02

PHD 86.327 C                    12                      09.03.1987

Abstract:

Method of and circuit arrangement for bitrate reduction.

The method described for bitrate reduction is particularly intended for video signals in which so-called coefficients blocks occur. The coefficients have the property that a large part of them assumes the value 0. For this reason a zero run together with the subsequent coefficient is considered as an event, provided that the zero run length remains below a maximum value. If the maximum value is reached, this maximum zero run with its subsequent coefficient is considered as a event, and the coefficient then following are considered as a further event. A Huffman codeword is assigned to each event for the purpose of transmission.

KODAK_000027



KODAK_000028

'87 09/88 09:27

096177
03

1/5

| L ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 |

B

# FIG. 1

1 - V - PHD 86-327 C

KODAK_000029



KODAK_000030

096177

2/5



FIG. 2

2 - Ⅴ - PHD 86 — 327ᶜ

KODAK_000031



KODAK_000032

096177

3/5

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 34 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

3-Ⅴ-PHD 86-327 C

KODAK_000033