

KODAK_000034

'87 09/08 09:28                                                    86

4/5

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s++++++ | 16 |
| 61 | 0 | 1 | 0000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

4-Ⅴ-PHD 86-327$^C$

KODAK_000035



KODAK_000036

096177

'07. 09/88 09:28.

07

5/5

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 0000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

FIG. 5



FIG.6

5-Ⅴ-PHD 06-327 C

KODAK_000037



KODAK_000038

Print Of Drawing
As Original Filed

096177

'87 09/08 09:27

1/5

| L ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 B |

FIG. 1

1 -Ⅴ- PHD 86-327 C

KODAK_000039

Print Of Drawing
As Original Filed

096177

'87 09/08 09:27                                    04

2/5

| L | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|----|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| Q | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |

B →

FIG. 2

2-V-PHO 86-327C

KODAK_000040

Print Of Drawing
As Original Filed

096177

'87 09/08 09:27

## 3/5

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

3-$\overline{\text{V}}$-PHD 86-327$^C$

KODAK_000041

Print Of Drawing
As Original Filed

'87 09/08 09:28                                                    06

## 4/5

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

## FIG. 4

4-Ⅴ-PHD 86-327 C

KODAK_000042

Print Of Drawing
As Original Filed

096177

'87 09/09 09:28

07

5/5

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 66 | 0 | 6 | 00000000100101--- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



FIG. 6

5-Ⅴ-PHD 06-327 C

KODAK_000043



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P    PHD 86,327 |

*PHD 86,327*
*#2*

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

000

DATE MAILED: 10/13/87

## NOTICE TO FILE MISSING PARTS OF APPLICATION—
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $ *110.00*

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
   ☑ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☑ Other *Surcharge of $110.00 required*

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*

*Brenda D. Chea*

For: Manager, Application Branch
(703) 557-3254

FORM PTO-1533 (REV. 7-87)

*NUK*

OFFICE COPY

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☑ 105 | ☐ 205 |

KODAK_000044





*105—110,00*

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL    P | PHD 86,327 |

*PHD 86,327*

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

000

DATE MAILED: 10/13/87

### NOTICE TO FILE MISSING PARTS OF APPLICATION—
### FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $ *110.00*

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
   ☑ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other *Surcharge of $110.00 required*

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fee. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*

S 20144  10/13/87  096177    21-0650  020  105    110.00CH

For: Manager, Application Branch
(703) 557-3254

FORM PTO-1533 (REV. 7-87)

COPY TO BE RETURNED WITH RESPONSE

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☑ 105 | ☐ 205 |

KODAK_000045

Sole/Joint

## DECLARATION AND POWER OF ATTORNEY

Attorney's Docket No.

PHD.86-327C

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

"Method of and circuit arrangement for bitrate reduction."

the specification of which (check one)

☐ is attached hereto.

☒ was filed on    September 11, 1987    as Application Serial No.    096,177    and was amended on
(if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56 (a).
I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### PRIOR FOREIGN APPLICATION(S)

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY Claimed Under 35 U.S.C. 119 |
|---|---|---|---|
| West-Germany | P 3631252.5 | 13-9-1986 | YES  X  NO |
| West-Germany | P 3638127.6 | 8-11-1986 | YES  X  NO |
| West-Germany | P 3717399.5 | 23-5-1987 | X |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35 United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT International filing date of this application:

### PRIOR UNITED STATES APPLICATION(S)

| APPLICATION SERIAL NUMBER | FILING DATE | STATUS (PATENTED, PENDING, ABANDONED) |
|---|---|---|
|  |  |  |
|  |  |  |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY:  As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. (list name and registration number)

Thomas A. Briody, Reg. No. 19,160
Jack Oisher, Reg. No. 17,317

| SEND CORRESPONDENCE TO: Corporate Patent Counsel U.S. Philips Corporation 580 White Plains Road Tarrytown, New York 10591 | DIRECT TELEPHONE CALLS TO (name and telephone No.) (914) 332-0222 |
|---|---|

| Dated:    October 19, 1987 | Inventor's Signature: |  |  |
|---|---|---|---|
| FULL NAME OF INVENTOR | Last Name  VOGEL | First Name  Peter | Middle Name |
| RESIDENCE & CITIZENSHIP | City  DIEPERSDORF | State or Foreign Country  West-Germany | Country of Citizenship  West-Germany |
| POST OFFICE ADDRESS | Street & No.  Wöhrletstr. 7a | City  8566 DIEPERSDORF | State or Country  West-Germany | Zip Code |

| Dated: | Inventor's Signature: |  |  |
|---|---|---|---|
| FULL NAME OF INVENTOR | Last Name | First Name | Middle Name |
| RESIDENCE & CITIZENSHIP | City | State or Foreign Country | Country of Citizenship |
| POST OFFICE ADDRESS | Street & No. | City | State or Country | Zip Code |

KODAK_000046

*096,177*
*#35*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                    Atty. Docket
PETER VOGEL                             PHD 86-327

Serial No.                              Group Art Unit

Filed: Concurrently                     Examiner

Title: METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

### APPOINTMENT OF ASSOCIATES

Sir:

        The undersigned Attorney of Record hereby revokes
all prior appointments (if any) of Associate Attorney(s) or
Agent(s) in the above-captioned case and appoints:

        William J. Streeter        (Registration No. 24,447 )

        Gregory P. Gadson          (Registration No. 31,254 ) and

                                   (Registration No.         )

c/o U.S. PHILIPS CORPORATION, Intellectual Property
Department, 580 White Plains Road, Tarrytown, New York
10591, his Associate Attorney(s)/Agent(s) with all the usual
powers to prosecute the above-identified application and any
division or continuation thereof, to make alterations and
amendments therein, and to transact all business in the
Patent and Trademark Office connected therewith.

        ALL CORRESPONDENCE CONCERNING THIS APPLICATION AND
THE LETTERS PATENT WHEN GRANTED SHOULD BE ADDRESSED TO THE
UNDERSIGNED ATTORNEY OF RECORD.

                              Respectfully,

                              *Thomas A. Briody*

                              Thomas A. Briody, Reg. 19,160
                              Attorney of Record

Dated at Tarrytown, New York
this 9th day of September, 1987.


Appasoc.frm

KODAK_000047



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          Atty. Docket

                                             PHD 86-327

PETER VOGEL

Filed:  Concurrently

METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

PRELIMINARY AMENDMENT

Sir:

          Prior to examination, please amend the

above-identified application as follows:


IN THE TITLE

Page 1,   above line 1, delete in its entirety and insert

          --METHOD AND APPARATUS FOR BIT RATE

          REDUCTION--;


IN THE SPECIFICATION

Page 1,  above line 1, insert as a centered heading

          --Background of the Invention--;

          line 2,  change "bitrate" to --bit rate--; change

          "Bitrate" to --Bit rate--;

          line 10, change "bitrate" to --bit rate--; after

          "First" insert --,-- (comma);

          line 12, after "process" insert --,-- (comma);

          line 14, after "transform" insert --,-- (comma);

          line 18, change "o" to --O--;


LDCI10050                          -1-

Page 1,    line 17, change "quantisation" to --quantization--;

line 19, change "bitrate" to --bit rate--;

line 20, change "bitrate" to --bit rate--;

line 25, change "lenghts" to --lengths--;

line 26, after "case" insert --,-- (comma);

line 27, change "lenghts" to --lengths--;

Page 2,    between lines 9 and 10, insert as a centered heading

--Summary of the Invention--;

line 12, after "case" insert --,-- (comma);

line 22, after "invention" insert --,-- (comma);

between lines 22 and 23, insert as a centered heading

--Brief Description of the Drawing--;

line 28, change "Figure" to --Figures--; after "table" insert --,-- (comma);

between lines 30 and 31, insert as a centered heading

--Detailed Description of the Invention--;

line 35, change "whilst" to --while--;

line 37, after "invention" insert --,-- (comma);

Page 3,    line 6, after "example" insert --,-- (comma);

line 12, change "quantised" to --quantized--;

line 16, change "lenght" to --length--;

line 21, change "quantised" to --quantized--;

line 26, change "frequenties" to --frequencies--;

line 35, change "bitrate" to --bit rate--;

Page 4,    line 2, change "bitrate" to --bit rate--;

line 13, after "Similarly" insert --,-- (comma);

line 15, after "1" insert --,-- (comma);

line 16, after "concerned" insert --,-- (comma);

LDCI10050                          -2-

Page 4,   line 31, delete "up";

          line 36, after "Firstly" insert --,-- (comma);

Page 5,   line 1,   after "foregoing" insert --,-- (comma);

          line 4,   after "Consequently" insert --,-- (comma);

          line 8,   after "sections" insert --,-- (comma);

          line 12, change "lenght" to --length--;

          line 20, after "example" insert --,-- (comma);

          line 21, change "lenght" to --length--;

          line 24, change "inter alia" to --<u>inter alia</u>,--;

          line 37, change "split-up" to --split--;

Page 6,   line 1,   after "example" insert --,-- (comma);

          line 20, after "meaningless" insert --,-- (comma);

          line 23, change "lenght" to --length--;

          line 24, change "bitrate" to --bit rate--;

          line 29, change "whilst" to --while--;

Page 7,   line 4,   delete "up";

          line 8,   after "example" insert --,-- (comma);

          line 10, after "simplicity" insert --,-- (comma);

          line 28, delete "up";

          line 33, change "symbolise" to --symbolize--;

Page 8,   line 3,   after "Firstly" insert --,-- (comma);

          line 28, change "split-up" to --split--;

Page 9,   line 22, change ", instead" to --.  Instead,--;

          line 26, change "eia" to --via--;

          line 27, change "wise" to --wire--; change "except" to
                    --accept--;

LDCI10050                    -3-

IN THE ABSTRACT

Page 12, above line 1, delete in its entirety and insert as a

centered heading --Abstract of the

Disclosure--;

line 1,    change "bitrate" to --bit rate--;

line 8,    after "event" insert --,-- (comma); change

"coefficient" to --coefficients--;

IN THE CLAIMS

Please amend the claims as follows:

Page 10, above Claim 1, insert --What is claimed is:--;

Claim 1, line 1,  change "bitrate" to --bit rate--;

line 2,  change "consisting of" to --comprising--;

Claim 2, line 5,  change "lenght and/or" to --length or--;

Claim 3, line 3,  delete "or 2";

line 4,  delete "up";

line 5,  after "value" insert --,-- (comma);

Claim 4, line 1,  delete "2 or 3,";

line 4,  change "quantisation" to --quantization,--;

Claim 7, line 6,  change "it" to --if--; after "magnitude"

insert --of--;

LDCI10050                    -4-

KODAK_000051

Claim 8, line 1, delete "or 7";

Claim 9, line 2, change "any one of Claims 1 to 8" to --Claim 1--;

Claim 10, line 5, change "wise" to --wire--;

<u>REMARKS</u>

This amendment is being submitted in order to place the application in proper U.S. form.  An early allowance is requested.

Respectfully submitted,

PETER VOGEL

By _Gregory P. Gadson_

Gregory P. Gadson, Reg. 31,254
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 232
September 11, 1987

LDCI10050                    -5-

KODAK_000052





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL        P | PHD 86,327 |

┌─────────────────────────────────────┐
│                    EXAMINER           │
│  YOUNG, B                             │
├──────────────┬──────────────────────┤
│  ART UNIT    │   PAPER NUMBER       │
│    217       │      5               │
└──────────────┴──────────────────────┘

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

DATE MAILED:        09/20/88

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire **3** month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☑ Notice of References Cited by Examiner, PTO-892.            2. ☑ Notice re Patent Drawing, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449                  4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474      6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _____ 1 – 10 _____ are pending in the application.

 _____ are withdrawn from consideration.

Of the above, claims _____ have been cancelled.

2. ☐ Claims _____ are allowed.

3. ☐ Claims _____ are rejected.

4. ☑ Claims _____ 1 – 10 _____ are objected to.

5. ☐ Claims _____ are subject to restriction or election requirement.

6. ☐ Claims _____

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☑ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☑ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 7 - 82)

KODAK_000054

Serial No. 096,177                                   -2-

Art Unit 217

Applicant is reminded of the proper language and format of an Abstract of the Disclosure.

The abstract should be in narrative form and generally limited to a single paragraph on a separate sheet within the range of 50 to 250 words. It is important that the abstract not exceed 250 words in length since the space provided for the abstract on the computer tape used by the printer is limited. The form and legal phraseology often used in patent claims, such as "means" and "said", should be avoided. The abstract should describe the disclosure sufficiently to assist readers in deciding whether there is a need for consulting the full patent text for details.

The language should be clear and concise and should not repeat information given in the title. It should avoid using phrases which can be implied, such as, "The disclosure concerns," "The disclosure defined by this invention," "The disclosure describes," etc.

The present abstract is <u>not</u> worded in a clear and concise manner. Examples of vagueness include; "so-called coefficients blocks occur", "a large part of them assumes", "a zero run <u>together</u> <u>with</u>", and "a further event".

Claims 1-10 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claim 1 recites a "method of .... coding a signal", however, the method <u>steps</u> have been completely omitted from the claim and its dependent claims 2-10. If a method is claimed, the <u>steps</u> of the method must be recited.

Claim 1 recites "a signal value <u>A</u> occurring <u>most</u> <u>frequently</u> in runs", however, what "A" represents is never recited in the claims. Further, "most frequently" is very vague.

Claim 1 recites "a Huffman codeword is <u>assigned</u>", however, again no steps to perform this are disclosed.

KODAK_000055

Serial No. 096,177                               -3-

Art Unit 217


Claim 1 recites "run length 0, 1, 2, etc. of signal

values", which, is very vague.  What do "0, 1, 2, etc."

represent?

Claim 1 recites "subsequent to the run or .... pre-

ceding the run", which, is very vague and ambiguous.

Claims 1-10 are narrative in form and replete with

indefinite and vaguely worded language.

Claims 9 and 10 are rejected under 35 U.S.C. 112,

fourth paragraph, as being of improper dependent form

for failing to further limit the subject matter of a

previous claim. The claims introduce a "circuit arrange-

ment for performing the method" and fail to further

limit the subject matter of the method claims.

The following is a quotation of the appropriate
paragraphs of 35 U.S.C. 102 that form the basis for the
rejections under this section made in this Office
action:

A person shall be entitled to a patent unless-

(b) the invention was patented or described in a
printed publication in this or a foreign country or
in public use or on sale in this country, more than
one year prior to the date of application for
patent in the United States.

Claim 1 is rejected under 35 U.S.C. 102(b) as being

anticipated by Widergreen et al.

Claim 1 recites "a method for bit rate reduction"

utilizing "Huffman" coding.  Widergreen et al. disclose

a method for bit rate reduction characterized in that a

Huffman code is assigned to a "run length" (such as a

run of zeros) (col. 15, lns. 40-49), and, that signals

corresponding to the beginning of the "run" and the

ending of the "run" are generated (col. 16, lns. 3-6).

KODAK_000056

Serial No. 096,177                                    -4-

Art Unit 217

      Any inquiry concerning this communication should be
directed to Brian K. Young at telephone number
703-557-8694.

      Young/vsh
      (703) 557-8694
      009-10-88

                                    WILLIAM M. SHOOP, JR.
                                 SUPERVISORY PRIMARY EXAMINER
                                      ART UNIT 217

KODAK_000057

PTO - 948
(Rev. 8–82)

**U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE**

ATTACHMENT TO
PAPER NUMBER    5

S.N.
*086 177*

GROUP 210

## NOTICE OF PATENT DRAWINGS OBJECTION

**Drawing Corrections and/or new drawings may only be
submitted in the manner set forth in the attached letter,
"Information on How to Effect Drawing Changes" PTO-1474.**

A. ☑ The drawings, filed on *9-11-87*, are objected to as informal for reason(s)
checked below:

1. ☐ Lines Pale.

2. ☐ Paper Poor.

3. ☑ Numerals Poor.

4. ☑ Lines Rough ~~and Blurred~~.

5. ☐ Shade Lines Required.

6. ☐ Figures Must be Numbered.

7. ☐ Heading Space Required.

8. ☐ Figures Must Not be Connected.

9. ☐ Criss-Cross Hatching Objectionable.

10. ☐ Double-Line Hatching Objectionable.

11. ☐ Parts in Section Must Be Hatched.

12. ☐ Solid Black Objectionable.

13. ☐ Figure Legends Placed Incorrectly.

14. ☐ Mounted Photographs.

15. ☑ Extraneous Matter Objectionable.
[37 CFR 1.84 (1)]
*AT BOTTOM OF SHEET*

16. ☐ Paper Undersized; either 8½" x 14",
or 21.0 cm. x 29.7 cm. required.

17. ☐ Proper A4 Margins Required:
☐ TOP 2.5 cm.    ☐ RIGHT 1.5 cm.
☐ LEFT 2.5 cm.    ☐ BOTTOM 1.0 cm.

18. ☐ Other:

B. ☑ The drawings, submitted on *9-11-87*, are so informal they cannot be
corrected. New drawings are required. Submission of the new drawings MUST be
made in accordance with the attached letter.

KODAK_000058

TO SEPARATE, ⸱D TOP AND BOTTOM EDGES, SNAP–APART AⱢ ꞮSCARD CARBON

| FORM PTO-892 (REV. 3–78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 096177 | GROUP ART UNIT 217 | ATTACHMENT TO PAPER NUMBER | 5 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) P. Vogel | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 3 9 4 7 7 4 | 7/83 | Widergren et al. | 340 | 347DD A | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER B. K. Young | DATE 9/3/88 | |
|---|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

KODAK_000059

340-347 DD    AU 21 F    EX
7/19/83    XR    4,394,774

## United States Patent [19]

## Widergren et al.

[11]    4,394,774

[45]    * Jul. 19, 1983

[54] DIGITAL VIDEO COMPRESSION SYSTEM AND METHODS UTILIZING SCENE ADAPTIVE CODING WITH RATE BUFFER FEEDBACK

[75] Inventors: Robert D. Widergren, Saratoga; Wen-Hsiung Chen, Sunnyvale; Stanley C. Fralick, Saratoga; Andrew G. Tescher, Claremont, all of Calif.

[73] Assignee: Compression Labs, Inc., San Jose, Calif.

[*] Notice: The portion of the term of this patent subsequent to Nov. 24, 1998, has been disclaimed.

[21] Appl. No.: 277,981

[22] Filed: Jun. 26, 1981

### Related U.S. Application Data

[63] Continuation of Ser. No. 969,991, Dec. 15, 1978, Pat. No. 4,302,775.

[51] Int. Cl.³ ........................ G06K 9/36; H04N 9/32; H04N 7/12; H04B 3/46

[52] U.S. Cl. .......................................... 382/56; 358/13; 358/136; 364/514; 364/582; 340/347 DD; 375/31

[58] Field of Search ................. 358/12, 13, 133, 136, 358/138; 364/514, 515, 576, 582; 340/347 DD; 382/56; 375/31; 179/15.55 R

[56]    References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,795,763 | 3/1974 | Golding et al. | 358/135 X |
| 3,984,626 | 10/1976 | Mounts et al. | 358/135 |
| 4,005,411 | 1/1977 | Morrin | 340/347 DD |
| 4,047,221 | 9/1977 | Yasuda et al. | 358/136 |
| 4,051,530 | 9/1977 | Kuroda et al. | 358/136 |
| 4,054,909 | 10/1977 | Kojima et al. | 358/13 |
| 4,060,797 | 11/1977 | Maxwell et al. | 325/419 X |
| 4,125,861 | 11/1978 | Mounts et al. | 358/133 |
| 4,168,513 | 9/1979 | Hains et al. | 358/261 |
| 4,179,710 | 12/1979 | Ishiguro et al. | 358/13 X |

### OTHER PUBLICATIONS

N. Ahmed, T. Natarjan, and K. R. Rao, "Discrete Cosine Transform," IEEE Trans. on Computers, Jan. 1974, pp. 90–93.

Ali Habibi, "Hybrid Coding of Pictorial Data", IEEE Trans. on Comm. May 1974, pp. 614–624.

J. A. Roese, W. K. Pratt and G. S. Robinson, "Interframe Cosine Transform Image Coding", IEEE Trans. on Comm. Nov. 1977, pp. 1329–1339.

W. Chen and C. H. Smith, "Adaptive Coding of Monochrome and Color Images", IEEE Trans. on Comm., Nov. 1977, pp. 1285–1292.

P. J. Ready and D. J. Spencer, "Block Adaptive DPCM Transmission of Images", Proc. of the National Telecommunications Conference, Dec. 1975, pp. 22–10 to 22–17.

A. G. Tescher and R. V. Cox, "Image Coding: Variable Rate Differential Pulse Code Modulation Through Fixed Rate Channel", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 147–154.

H. Whitehouse, E. Wrench, A. Weber, G. Claffie, J. Richards, J. Rudnick, W. Schaming, J. Schanne, "A Digital Real Time Intraframe Video Bandwidth Compression System", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 64–78.

G. G. Murray, "Microprocessor System for TV Imagery Compression", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 121–129.

S. C. Knauer, "Real-Time Video Compression Algorithm for Hadamard Transform Processing", SPIE vol. 66, (1975) Efficient Transmission of Pictorial Information, pp. 58–69.

A. Habibi and B. H. Batson, "Potential Digitization/-Compression Techniques for Shuttle Video", IEEE Trans. on Comm., Nov. 1978, pp. 1671–1681.

A. Habibi, "Comparison of nth-Order DPCM Encoder with Linear Transformations and Block Quantization Techniques", IEEE Trans. on Comm. Technology, Dec. 1971, pp. 948–956.

R. V. Cox and A. G. Tescher, "Channel Rate Equalization Techniques for Adaptive Transform Coders", SPIE vol. 87, Advances in Image Transmission Techniques (1976), pp. 239–246.

W. Chen and S. C. Fralick, "Image Enhancement Using Cosine Transform Filtering", Image Science Mathematics Symposium Proceedings, Nov. 10–12, 1976, Monterey, CA.

D. A. Huffman, "A Method for the Construction of

KODAK_000060