U.S. Patent    Jul. 19, 1983    Sheet 9 of 22    4,394,774



FIG. 22

FIG. 12

KODAK_000088



FIG. 13

KODAK_000089

U.S. Patent    Jul. 19, 1983    Sheet 1 of 22    4,394,774



FIG. 14

FIG. 15

| STATE | | | FLAG | | | NEXT STATE | | | CONTROL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $Q_1$ | $Q_2$ | $Q_3$ | $F_C$ | $F_B$ | $F_S$ | $D_1$ | $D_2$ | $D_3$ | $\phi_F$ | $\phi_B$ | $\phi_Z$ | $C_S$ | $R_D$ | $N_C$ |
| 0 | 0 | 0 | 0 | 0 | X | 0 | 0 | 1 | 0 | 1 | 1 | 1 | $R_C$ | 1 |
| 0 | 0 | 0 | 1 | 0 | X | 0 | 0 | 0 | 0 | 1 | RST | 1 | $R_C$ | 1 |
| 0 | 0 | 0 | X | 1 | X | 1 | 0 | 0 | 0 | 0 | 0 | 1 | $R_C$ | 0 |
| 0 | 0 | 1 | 0 | 0 | X | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 |
| 0 | 0 | 1 | 0 | 1 | X | 1 | 0 | 0 | 0 | 0 | RST | 0 | 0 | 0 |
| 0 | 0 | 1 | 1 | X | X | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | X | X | X | 0 | 1 | 1 | 0 | 0 | 0 | 1 | RLS | 0 |
| 0 | 1 | 1 | X | X | X | 0 | 0 | 0 | 0 | 0 | 0 | 1 | RL | 0 |
| 1 | 0 | 0 | 1 | X | 0 | 0 | 0 | 0 | 1 | RST | RST | 1 | $R_E$ | 1 |
| 1 | 0 | 0 | 0 | X | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | $R_E$ | 1 |
| 1 | 0 | 0 | X | X | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | $R_E$ | 0 |
| 1 | 0 | 1 | 1 | X | X | 0 | 0 | 0 | RST | 1 | 0 | 1 | $R_F$ | 1 |
| 1 | 0 | 1 | 0 | X | X | 0 | 0 | 1 | RST | 1 | 1 | 1 | $R_F$ | 1 |

FIG. 16

KODAK_000091



FIG. 17

KODAK_000092



FIG. 18

KODAK_000093



FIG. 19

KODAK_000094



FIG. 20

KODAK_000095



FIG. 21
FIG. 23

U.S. Patent    Jul. 19, 1983    Sheet 6 of 22    4,394,774



FIG. 7

KODAK_000097



FIG. 24

U.S. Patent    Jul. 19, 1983    Sheet 15 of 22    4,394,774



FIG. 25

FIG. 26



FIG. 27



FIG. 28



FIG. 29

KODAK_000101

Case 1:06-cv-00251-GMS    Document 106-9    Filed 10/09/2007    Page 15 of 23



FIG. 30

MULTIPLEXER



DEMULTIPLEXER

KODAK_000102

*bp 217*

RECEIVED

6/B

DEC 1 2 1988

AW

GROUP 210

12-15-88

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Atty. Docket

PETER VOGEL

PHD 86-327

Serial No.  096,177

Group Art Unit 217

Filed: September 11, 1987

Ex. B. Young

METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

### AMENDMENT

Sir:

In response to the Office Action dated September 20,
1988, please amend the above-identified application as follows:

### IN THE SPECIFICATION

Page 2,  lines 31 to 38, delete in their entirety, and
substitute the following:

--In the following embodiments, the
intermediate signal referred to results from the
transform coding of blocks of picture elements
(pixels).  The signal values of the intermediate
signal thus represent the transform coefficients.  As
stated above, the coefficient which occurs most
frequently in runs within the intermediate signal is
represented herein as having the signal value A.  In
the following embodiments, signal value A ~~represents~~
~~the coefficient having the value of~~ zero (referred to
hereinafter as the "zero-coefficient") because it
appears most frequently in runs after transform

1:dfu28022                    1

coding. All coefficients not having a value of zero will be referred to hereinafter as "non-zero coefficients".

As used in the following description, a run of zero coefficients and the non-zero coefficient which immediately precedes or follows this run, is referred to as an event. Each non-zero coefficient which is not preceded or followed by one or more zero coefficients is also referred to as an event. According to the invention these events are to be coded.

It is to be noted that some events are more likely to occur than others. For example coefficients having small values will occur more frequently than coefficients having large values, and it is more likely that a coefficient having a small value will be preceded by a run of zero coefficients.--

Page 3, lines 1 through 9, delete in their entirety.

Page 4, line 3, delete "the probability of the event in which three successive zeros";

lines 4 through 6, delete in their entirety and substitute the following:

--if the probability of a coefficient having the value 2 occurring equals P1, and the probability of run of three zero-coefficients occurring equals P2, and the probability of the run of three zero-coefficients occurring followed by a coefficient having the value

1:dfu28022                    2

KODAK_000104

2, equals P3; probability P3 will not be equal to the product of probabilities P1 and P2.--



## IN THE CLAIMS

Please cancel Claims 1 through 3 and amend Claims 4, 5, 7 and 9 as follows:

Claim 4, lines 1 and 2, change "1 characterized in that" to
            --11 wherein--;
         line 4, delete "in that";
Claim 5, line 1, change "1" to --12,--;
Claim 7, line 1, change "6" to --12--;

Claim 9 (Amended) A circuit arrangement [for performing the method as claimed in Claim 1, characterized in that the binary coded] for coding a signal comprising a run of zero coefficients and a subsequent coefficient, wherein said coefficients are applied with predetermined delays to the address inputs of a memory (PROM) and to a first input (E1) of a comparator circuit (K), in that a counter (Z) is provided whose count is applied to further address inputs of the memory (PROM) and to a second input (E2) of the comparator circuit (K), in that the comparator circuit (K) supplies a counting pulse to the counter (Z) from a first output (A1) if a zero [value] coefficient is present at the first input (E1) and if the count has not exceeded a value stored in a memory of the comparator circuit (K) supplies a pulse from a second output (A2) if the conditions for the supply of a counting pulse are

l:dfu28022                          3

not fulfilled, and in that the counter (Z) is reset by means of
the pulse at the second output (A2) of the comparator circuit
(K), and in that the codeword present at the outputs of the
memory (PROM) is transferred to an intermediate memory (FF).

.   Please add new Claims as follows:

Claim 11.  In a method of coding a signal for transmission at a
reduced bit rate, said signal comprising a plurality of
first coefficients having a value designated as signal value A
and occurring mostly in runs in said signal, and a plurality of
other coefficients having signal values which are not equal to
signal value A, characterized by the following steps:

        a)  deriving from said signal, a plurality of events
each comprising a run of said first coefficients having a
respective run length, which is preceded or followed by at
least one other coefficient, and

        b)  for each of said events, determining said
respective run length and assigning a code word to represent
said other coefficient and said run length.

Claim 4.  The method of claim 3, wherein said code words are
Huffman code words.

Claim 2.  A method for coding a signal for transmission at a
reduced bandwidth, comprising the steps of:

1:dfu28022                        4

a) transforming said signal into a sequence comprising zero coefficients occurring in runs and non-zero coefficients;

b) deriving from said sequence, a plurality of events each comprised of a run of zero coefficients having a respective run length, which is preceded or followed by at least one non-zero coefficient, and

c) for each of said events, determining the run length and assigning a code word to represent said run length and said non-zero coefficient.

Claim 9. The method of claim 8, comprising the additional steps of:

determining for each event, whether the run length of said run of zero coefficients exceeds a predetermined length and if so assigning the same code word to represent each said run length and respective non-zero coefficient.

Claim 10. The method of claim 8, comprising the additional steps of:

determining for each event, whether the non-zero coefficient exceeds a predetermined value and if so assigning the same code to represent said run length and said non-zero coefficient.

Claim 11. The method of claim 8, comprising the additional steps of:

determining whether the run length of each event exceeds a predetermined run length and if so, splitting said

1:dfu28022                    5

KODAK_000107

respective event into a plurality of sections so that each of said sections has a run length below said predetermined run length, and assigning a code word to each section.

Claim 12. An apparatus for coding a signal comprising a run of zero coefficients and a subsequent coefficient, said apparatus comprising:

    a) means for determining if the length of said run exceeds a predetermined length;

    b) splitting means coupled to said length determining means, for splitting a run which exceeds said predetermined length into a plurality of codable events; and

    c) coding means coupled to said splitting means for assigning a code word to represent each said codable event.

## IN THE ABSTRACT

Please delete the abstract and insert the following new one:

--A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded--

1:dfu28022                    6

<u>REMARKS</u>

Reconsideration of the above referenced application is respectfully requested in light of the foregoing amendments to the specification and the claims and the remarks which follow.

Claims 1-3 have been cancelled and new claims 11-17 have been added.  Claims 4, 5, 7 and 9 have been amended herein.

In response to comments made by the Examiner regarding the Abstract of the Disclosure, the applicant has amended the application to replace the originally filed Abstract with a new version drafted in accordance with the Examiner's comments. The applicant respectfully submits that the Abstract is in proper form for allowance.

In the Office Action dated September 20, the Examiner rejected claims 1-10 under 35 U.S.C. 112, second paragraph. The applicant has cancelled claims 1-3 and has added new claims 11-17.  In addition, claims 4, 5, 7 and 9, have been amended accordingly.  Applicant respectfully submits that as amended herein claims 4-17 are patentable under 35 U.S.C. 112, second paragraph.

The Examiner also rejected claims 9 and 10 under 35 U.S.C. 112, fourth paragraph. As amended herein claim 9 is now an independent claim and therefore both it and dependent claim 10 are patentable under 35 U.S.C. 112, fourth paragraph.

The Examiner rejected claim 1 under 35 U.S.C. 102(b) as being anticipated by Widergreen et al. Although claim 1 has been cancelled, the applicant respectfully traverses this rejection.

1:dfu28022                    7

KODAK_000109

Widergreen discloses the generation of a code word representative of the number of coefficients of a value zero in a run. Furthermore, in Widergreen, a run length start code is generated indicating that the subsequent code represents the length of a run of zero value coefficients. An end of block code is also generated indicating that the serialized 64 coefficients of a block of coefficients have been encoded. Widergreen, however, does not disclose the encoding of events comprising a run of zero value coefficients and the subsequent or preceding non-zero coefficient. Therefore, claims 4-17 are patentable under 35 U.S.C. 102(b) over Widergreen.

Applicant would like to bring to the Examiner's attention U.S. Patent No. 4,698,672 which may be material to the instant application. Applicant respectfully notes that the filing date of the '672 patent was October 27, 1986 and that the priority filing date of the instant application was prior to that date, September 13, 1986.

On the basis of the above amendments and remarks, reconsideration of this application and its early allowance are respectfully requested.

Respectfully submitted,

PETER VOGEL

By

Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicants
(914) 332-0222, Ext. 241
November 29, 1988

l:dfu28022                    8