IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: PETER VOGEL

Serial No. 096,177

Filed: September 11, 1987

RECEIVED
DEC 13 1988
GROUP 210

Atty. Docket
PHD 86-327

Group Art Unit 217

Examiner B. Young

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Enclosed is an amendment in the above-identified application.

[ X ]      No additional fee is required.

[  ]       The fee has been calculated as shown below.

| CLAIMS AS AMENDED | | | | | |
|---|---|---|---|---|---|
| | Claims remaining after amendment | Highest number previously paid for | Number extra | Rate | Additional Fee |
| Total Claims | Minus | 20 [1]= | | X $12 = | $ |
| Independent Claims | Minus | 3 [2]= | | X $34 = | $ |
| Multiple Dependent Claims, if any. If not previously paid, $110. | | | | | $ |
| Total Additional fee for this amendment = | | | | | $ |

[1] If less than 20, enter 20.    [2] If less than 3, enter 3.

Please charge any fees which may be required, except the issue fee, or credit any overpayment to Deposit Account No. 21-0450.

Michael E. Marion, Reg. 32,266
Associate Attorney for Applicants
914-332-0222 Ext. 241

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as FIRST CLASS MAIL in an envelope addressed to the COMMISSIONER OF PATENTS AND TRADEMARKS, Washington, D.C. 20231.

on 12/8/88
(Date of Mailing)

(Signature)

Rev. 06/86
Amdcov.frm (P36)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/076,177 | 07/11/87 | VOGEL | PHD 86,327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| EXAMINER |
|---|
| YOUNG, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | 7 |

DATE MAILED: 03/06/89

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined.   ☑ Responsive to communication filed on 12/12/88   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), _____ days from the date of this letter. Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I — THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449
4. ☐ Notice of informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474
6. ☐ _____

**Part II — SUMMARY OF ACTION**

1. ☑ Claims __1-17__ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☑ Claims __1-3__ have been cancelled.
3. ☑ Claims __9 and 10__ are allowed.
4. ☑ Claims __4-8 and 11-17__ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.
8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).
10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.
12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

PTOL-326 (Rev. 7-82)   EXAMINER'S ACTION

Serial No. 096,177 -2-
Art Unit 217

Claims 4-8 and 11 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Newly added claim 11 recites "occurring mostly in runs", which is vague and indefinite.

Claim 11 also recites "first coefficients having a value designated as signal value A", however, this is very vague. The "first coefficient" is referred to throughout the specification as the "zero-coefficient", which, is much less confusing and more distinctly describes the invention. Further, the "other coefficients" recited in the claim should be referred to as the "non-zero coefficients", which, is also the term utilized in the specification.

Claims 4, 6, and 7 also recite the "signal value A", which, is vague. Further, as noted in the preceding Office action, claims 4-8 are "replete with indefinite and vaguely worded language". For example, claim 5 recites that "the advantages and drawbacks... are checked in a signal having the structure of equally long blocks", however, the definition of "advantages and drawbacks" is not mentioned. This is what is referred to as vague and indefinite. The applicant's response states that the claims "have been amended", however, changing the dependency did not correct the vagueness.

Claim 8 recites "Huffman code word" and "zero run", which, have no antecedent basis.

KODAK_000113

Serial No. 096,177                                          -3-

Art Unit 217

    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless-

    (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

    Claims 11-17 are rejected under 35 U.S.C. 102(b) as being clearly anticipated by Fukuoka.

    Newly added claims 11-17 recite a method/apparatus for coding a signal. Fukuoka disclose a method/apparatus for coding a signal, said signal comprising zeroes and non-zeroes, including assigning code words to the run length of the coefficients (zeroes and non-zeroes) (see abstract). Further, the broadly written claims merely recite the classical and extremely well known method of Huffman Coding (which is acknowledged in claim 12).

    Claims 9 and 10 are allowable over the prior art of record.

    Any inquiry concerning this communication should be directed to Brian K. Young at telephone number 703-557-8694.

Young/dc
2/28/89

WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

KODAK_000114

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 096177 | GROUP ART UNIT 217 | ATTACHMENT TO PAPER NUMBER 7 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) Vogel | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4161934 | 7/78 | Fukuoka | 341 | 63 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER B.K. Young | DATE 2/23/89 |
|---|---|

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

United States Patent [19]  [11] 4,101,934
Fukuoka  [45] Jul. 18, 1978

[54] CODING SYSTEM
[75] Inventor: Kenji Fukuoka, Fussa, Japan
[73] Assignee: Olympus Optical Co., Ltd., Tokyo, Japan
[21] Appl. No.: 741,994
[22] Filed: Nov. 15, 1976
[30] Foreign Application Priority Data
Nov. 17, 1975 [JP] Japan .................... 50-137215
[51] Int. Cl.² ............... H04N 1/40; H04N 7/12; G08B 1/08
[52] U.S. Cl. .................... 358/261; 178/68; 340/347 DD
[58] Field of Search ............ 358/261, 260; 178/68; 340/347 DD

[56] References Cited
U.S. PATENT DOCUMENTS
3,906,485   9/1975   Hong ............................ 178/68
3,935,379   1/1976   Thornburg ...................... 358/261
4,003,041   1/1977   van Duuren ..................... 178/68
4,020,282   4/1977   Halpern ......................... 178/68

Primary Examiner—Howard W. Britton
Attorney, Agent, or Firm—Haseltine, Lake & Waters

[57] ABSTRACT

A coding system for effecting band compression transmission of a binary signal such as a facsimile picture signal is disclosed. The coding system is characterized by converting each block of that binary coded m-ary digit which is associated with a length composed of a train of "0" of a binary signal into a code word having that order which corresponds to an original order of the m-ary digit which means the block in one of two groups and converting each block of that binary coded digit which is associated with a length composed of a train of "1" of said binary signal into a code word having that order which corresponds to the original order of the m-ary digit which means the block in another group.

3 Claims, 6 Drawing Figures

RL = 1234
  = (1001101001O)(2)

1 Variable Length Coding System

            1001101001O
  0000000000 100110100I      "0" — 16    21 bits
  10 bits ——— 11 bits        "1" — 5

2 Split Coding System

  White (0)
   RL     001 0001100 1000 10     "0" — 13   18 bits
          1 00 11 01 00 10         "1" — 5

  Block (1)
   RL     101 100 111 01 100 10    "0" — 7    18 bits
          1 00 11 01 00 10          "1" — 11

3 Coding System According to the Invention

  White (0') RL
          101 000 011 101 000 110   "0" — 10   18 bits
          01 00 11 01 00 10         "1" — 8

  Black (1') RL
          010 111 100 010 111 001   "0" — 8    18 bits
          01 00 11 01 00 10         "1" — 10

KODAK_000116

U.S. Patent    July 18, 1978    Sheet 1 of 6    4,101,934

### FIG_1

RL = 1234
 = (10011010010)(2)

1. Variable Length Coding System

$$\underbrace{0000000000}_{10\ bits}\underbrace{10011010001}_{11\ bits} \quad \begin{array}{l}\text{"0"} - 16\\ \text{"1"} - 5\end{array} \quad 21\ bits$$

with 10011010010 bracketed above.

2. Split Coding System



White ("0") RL: 001 0000 11 001 000 010   "0"—13  "1"—5   18 bits
 → 1 00 11 01 00 10

Black ("1") RL: 101 100 111 01 100 10    "0"—7  "1"—11   18 bits
 → 1 00 11 01 00 10

3. Coding System According to the Invention

White ("0") RL: 101 000 011 101 000 110   "0"—10  "1"—8   18 bits
 → 01 00 11 01 00 10

Black ("1") RL: 010 111 100 010 111 001   "0"—8  "1"—10   18 bits
 → 01 00 11 01 00 10

KODAK_000117

FIG.2

U.S. Patent     July 18, 1978     Sheet 3 of 6     4,101,934



FIG_3

U.S. Patent    July 18, 1978    Sheet 4 of 6    4,101,934



FIG. 4

KODAK_000120

U.S. Patent    July 18, 1978    Sheet 5 of 6    4,101,934



FIG.5

KODAK_000121



FIG.6

4,101,934

# CODING SYSTEM

## FIELD OF THE INVENTION

This invention relates to a coding system for effecting band compression transmission of a binary signal such as a facsimile picture signal.

## PRIOR ART

The band compression transmission of the facsimile picture signal has heretofore been eagerly desired for the purpose of reducing expensive circuit tariff and of speeding up information transmission. For this purpose, various kinds of coding systems have heretofore been proposed. These coding systems are mainly divided into the following five systems.

1. Run length coding system.
2. Information density conversion system.
3. Predictive coding system.
4. Multilevel transmission system.
5. Multiplex transmission system.

Among these systems, the run length coding system is relatively simple if compared with the other systems and has the advantage that band compression can be effected. The conventional run length coding system, however, has the disadvantage that there is a risk of the code error being occurred by the influence of direct current cut-off characteristics of the transmission line, and that the positive-negative inversion of a received record picture could not be effected by a mere polarity inversion of a transmission code.

## SUMMARY OF THE INVENTION

An object of the invention, therefore, to provide a coding system which belongs to a run length coding system, but can reliably be applied to a coding device in a relatively simple manner, which is not subjected to the influence of the direct current cut-off characteristics of the transmission line with substantially the same compression ratio as that of the conventional run length coding system maintained.

Another object of the invention is to provide a coding system which can effect a positive-negative inversion of a received record picture by a mere polarity inversion of a transmission code.

The principle of various kinds of run length coding systems will now briefly be described with reference to the following Table I.

Table 1

| Natural binary digit | ① Variable length coding system | ② Split coding system | | ③ Coding system according to the invention | |
|---|---|---|---|---|---|
| | | White ("0") RL | Black ("1") RL | White ("0") RL | Black ("1") RL |
| 0 | | 000 | 100 | 000 | 111 |
| 1 | 10 | 001 | 101 | 101 | 010 |
| 10 | 11 | 010 | 110 | 110 | 001 |
| 11 | 010 | 011 | 111 | 011 | 100 |
| 100 | 011 | 001000 | 101100 | 101000 | 010111 |
| 101 | 00100 | 001001 | 101101 | 101101 | 010010 |
| 110 | 00101 | 001010 | 101110 | 101110 | 010001 |
| 111 | 00110 | 001011 | 101111 | 101011 | 010100 |
| 1000 | 00111 | 010000 | 110100 | 110000 | 001111 |
| 1001 | 0001000 | 010001 | 110101 | 110101 | 001010 |
| 1010 | 0001001 | 010010 | 110110 | 110110 | 001001 |
| 1011 | 0001010 | 010011 | 110111 | 110011 | 001100 |
| 1100 | 0001011 | 011000 | 111100 | 011000 | 100111 |
| 1101 | 0001100 | 011001 | 111101 | 011101 | 100010 |
| 1110 | 0001101 | 011010 | 111110 | 011110 | 100100 |
| 1111 | 0001110 | 011011 | 111111 | 011011 | 100100 |

[RL(2)]   00...0 (n−1) bits / n bits   [(RL − 1)(2)]   FLAG → 0 □ 0 □   FLAG → 1 □ 1 □   [RL(2)]   [RL(2)]   [RL(2)]   [RL(2)]

Referring to Table I, ① designates a conventional variable length coding system, ② a conventional split coding system and ③ one embodiment of the coding system according to the invention. All of these coding systems function to effect coding of a signal level of a binary signal such as a facsimile picture signal obtained by scanning an original picture, that is, a length composed of a series of black or white levels which is so-called run length which will hereinafter be abbreviated as RL.

The Table I shows RL codes of the coding systems ①, ② and ③. In each system, the RL codes are made longer than the natural binary digits to be able to separately be recognized to clearly show any two adjacent RL codes. If the RL code is of n given lengths, such problem of making clear the position between adjacent RL codes might be eliminated. In this case, however, the compression ratio becomes degraded.

In principle, a so-called compact code having a shortest average code length has been known as Shannon-Fano code or Huffman code. Such compact code, however, is not always suitable as codes which are applicable to coding system. On the one hand, as statistical property, the shorter RL is the higher probability is offered. As a result, if a shorter RL is represented by a

3

short code, it is possible to obtain a code which is substantially equal to the compact code.

In the conventional variable length coding system ①, each RL is coded irrespective of the original picture signal run represented by white or black. To a short RL 1 is allotted a specially short code "10" and to a short RL 2 is allotted a specially short code "11". When "0" is detected in the first bit, the second bit is decoded to a code "1" of 1 bit. When "1" is detected in the first bit, the second bit is decoded to a code "10" of 2 bits. RL larger than 3 is represented by a train of codes composed of "0" whose number is $(n-1)$ bits which is smaller by 1 than the effective bit number n of a code representing the natural binary digit and a code (RL-1)(2) representing the natural binary digit having a value given by substracting 1 from RL. For example, RL 10 is coded to "0001001" composed of three "0" which is smaller by 1 than the effective bit number 4 and a code "1001" representing the natural binary digit of a value 9 which is obtained by subtracting 1 from 10. RL may be decoded by obtaining a number $n-1$ of successive "0" from the top of a code to be decoded and by adding 1 to the natural binary digit composed of effective bits having n bits. In this coding system, RL having n bits represented by the natural digit is coded to $(2n-1)$ bits or $(2n-3)$ bits. Black RL is discriminated from white RL by inserting a flag bit representing black or white RL of the original picture into the synchronizing signal to determine whether the first RL code following thereto in a train of received RL codes is black or white.

The following successive RL codes are discriminated such that these successive RL codes are black when the RL code preceding thereto is white and that these successive RL codes are white when the RL codes preceding thereto is black.

In the conventional split coding system ② shown in the Table I, the natural binary digit RL (2) is split from its lower position into a given bit number of blocks. When the number in the block at the uppermost position is smaller than a given number of bits, "0" whose number is equal to the insufficient number is added as a dummy to the upper position. In the example shown in the Table I, a block is composed of 2 bits. When RL represents white, "0" is added as a flag bit to each block, and when RL represents black, "1" is added as a flag bit to each block. The white RL 9, for example, is coded into "010001" by splitting the natural binary digit "1001" from the lower position into two blocks "10" and "01", adding white flag bit "0" to each of these blocks "10" and "01" to obtain "010" and "001", respectively, and then coding them into "010001". The black RL 9 may be coded to "110101" in the same manner.

In the case of decoding, the received signal is split into blocks each including bits which are obtained by adding 1 bit as a flag bit to a given bit number of the above mentioned block (3 bits in the example shown in the Table I). The flag bit in each block is so examined that a series of blocks whose flag bit has a same value are assembled. RL is represented by those natural binary digit values which are remained when each flag bit is removed from the blocks. The flag bit functions to represent white or black. In the split coding system ②, RL code of n bits represented by the natural binary digit is coded into $n(K+1)/K$ bits (decimal portion is counted as one bit) where K is a bit representing a block.

4

The invention will now be described with reference to its ability of eliminating the influence of the direct current cut-off characteristics of the transmission line with substantially the same compression ratio as that of the conventional run length coding system and its ability of effecting a positive-negative inversion of a received record picture by a polarity inversion of a transmission code.

In the conventional variable length coding system ①, "0" is intentionally continued in succession, so that it is clear that this coding system includes a plenty of direct current components or low frequency band components. As a result, the conventional variable length coding system ① is not suitable for a transmission line having a direct current cut-off characteristics. In addition, the conventional variable length coding system ① has levels which are the same with each other and continues for a long duration, so that there is a risk of synchronization of bits being degraded in timing.

On the contrary, the split coding system ② has same continuous levels which are relatively short in length, so that the synchronization of bits is effected in good timing and hence such ability is superior to that of the variable length coding system ①. In the split coding system ②, however, "0" is added as a flag bit to the white RL and "1" is added as a flag bit to the black RL, so that the white code has a plenty of "0" and the black code has a plenty of "1". As a result, the converted code includes a low frequency band component with a period of changing from black to white and vice versa, so that if an original picture signal having a plenty of white or black is coded, a considerably large amount of direct current component is produced. Thus, there is a risk of fidelity of a information transmission being degraded in a transmission line having a direct current cut-off characteristics.

In addition, in both the variable length coding system ① and the split coding system ②, if the signal polarity of the transmission code is inverted, the meaning of the code becomes entirely different one and hence the picture image becomes meaningless.

On the contrary, the coding system according to the invention ③ is capable of improving the above mentioned direct current cut-off characteristics of the transmission line and effecting positive-negative inversion of the received record picture by merely inverting the signal polarity of the transmission code.

The principle of the coding system according to the invention ③ will now be described. In order to make the code strong against the direct current cut-off characteristics of the transmission line, use is made of a train of codes per se which do not include a direct current component nor a low frequency band component. For this purpose, in the coding system according to the invention ③, in the case of coding RL, if the white RL and the black RL are alternately present, the frequency of appearance of "0" and "1" constituting these white and black RL is made equal with each other. In addition, even when the white RL code only is produced in succession or the black RL code only is produced in succession, the frequency of appearance of "0" and "1" is made equal with each other.

The use of such measures ensures elimination of the direct current component and reduction of the low frequency band component.

In accordance with the invention, the following coding process is effected for the purpose of attaining the above mentioned object. At first, white and black RL to

4,101,934

| 5 | 6 |

be coded is represented by a binary coded m-ary digit. This m-ary digit is divided from its lower position into blocks each composed of $n$ bits, that is, block units. If the block at the uppermost position is smaller than $n$ bits, "0" which is equal to the shortage of bits is added as dummy to the upper position.

That is, in the coding system according to the invention ③ shown in the Table I, $m$ is 4 (quaternary) and $n$ is 2 bits. Each block thus obtained is converted into a code word which corresponds to $0, 1, \ldots, m-1$ of the m-ary digits. In this case, as these codes $m$ of white pel and $m$ of black pel and hence $2m$ are required. Pel is an abreviation of a picture element.

As a result, these code words are required to be constituted by cord words composed of at least $n+1$ bits. If use is made of a given length of code word for the purpose of discriminating adjacent positions of code words from each other, the length of the code word is required to be longer than $(n+1)$ bits. As a result, it is clear that $2m$ codes can be selected without overlapping from a original set composed of code words each having a given length of longer than $l(\geqq n+1)$ bit, and that these $2m$ codes can be converted into m-ary digit which can be taken by each block in correspondence with white and black, whereby code words can be discriminated from each other and hence can be decoded.

In order to attain the object of the invention, it is necessary not only to effect any corresponding conversion, but also to satisfy the following conditions. That is, one original set of m-ary code words given to a block representing a white RL is made a first group and another orignal set of m-ary code words given to a block representing a black RL is made a second group. In this case, in each group, the number of "0" constituting all of the code words belonging to each group is brought into agreement with the number of "1". As a result, even when code words representing white, for example, are continued or even when code words representing black pel are continued, the probability of frequency of appearance of "0" becomes the same as that of "1". Thus, it is possible to substantially suppress the direct current component which is the cause of the influence of the direct current cut-off characteristics of the transmission line and eliminate the low frequency band component. In the coding system according to the invention ③ in which RL is represented by binary coded quaternary digit, the number of bits is made 2 and use is made of a code word composed of 3 bits, 4 code words "000", "101", "110" and "011" are selected as the first group of code words which correspond to the original element of the quaternary digit 0, 1, 2 and 3 of the white block and 4 code words "111", "010", "001" and "100" are selected as the second group of code words which correspond to the original element of quaternary digit 0, 1, 2 and 3 such that the number of "0" constituting the code words belonging to the first group and the number of "1" constituting the code words belonging to the second group are equal to 6, respectively.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described in greater detail with reference to the accompanying drawings, wherein:

FIG. 1 is a diagram illustrating a train of codes obtained by two conventional coding systems and the coding system according to the invention in the case of RL=1234;

FIGS. 2, 3 and 4 are block diagrams showing three embodiments of a coding device for carrying out the coding system according to the invention; and

FIGS. 5 and 6 are block diagrams showing two embodiments of a decoding device for decoding the codes obtained by the coding system according to the invention.

DETAILED DESCRIPTION

The conventional variable length coding system ① and the conventional split coding system ② will now be compared with the coding system according to the invention ③ in the case of coding RL of 1234, that is, a natural binary digit "1001 1010010", for example, into a series of codes.

As shown in FIG. 1, in the variable length coding system ① the natural binary digit is converted into 21 bit code composed of 0 of 10 bits which is smaller 1 than the effective bit number 11 and added to the top of a natural binary digit "10011010001" which is smaller 1 than RL 1234. As a result, the number of "0" becomes 16 and the number of "1" becomes 5 and these numbers of "0" and "1" are extremely unbalanced. In addition, 10 bits of "0" are concentrated into one position, so that irregular synchronization of bits might occur.

In the split coding system ② shown in FIG. 1, the binary bits of RL 1234 is divided from its lower position into 6 blocks each including 2 bits. When RL 1234 is white, a flag bit of "0" is added to each block to obtain 18 bits. When RL 1234 is black, a flag bit of "1" is added to each block to obtain 18 bits. Thus, the binary bits of RL 1234 are coded into a code of 18 bits. When the RL 1234 represents white pel ("0"), the number of "0" becomes 13 and the number of "1" becomes 5. When the RL 1234 represents black ("1"), the number of "0" becomes 7 and the number of "1" becomes 11. Thus, the split coding system ② also causes unbalance.

On the contrary, in the coding system according to the invention ③ shown in FIG. 1, the binary bits of RL 1234 as the binary coded quaternary bit is divided from its lower position into 6 blocks each including 2 bits. When the RL 1234 is white, these 6 blocks are converted into code words which correspond to a first group of bits shown in the column ③ in Table I. When the RL 1234 is black, these 6 blocks are converted into code words which correspond to a second group of bits shown in the column ③ in Table I. As a result, when the RL 1234 represents white, the number of "0" becomes 10 bits and the number of "1" becomes 8 bits and when the RL 1234 represents black, the number of "0" becomes 8 and the number of "1" becomes 10. As seen from the above comparison, the balance between the number of "0" and the number of "1" in the coding system according to the invention ③ is far superior to those in the conventional coding systems ① and ②. The unbalanced component in the coding system according to the invention ③ is generally continuously present in front of and in the rear of the other RL code, so that the unbalanced component appears as the low frequency band component in a spectrum of the transmission code signal.

As to the direct current component in the coding system according to the invention ③, since the same number of "0" and "1" is allotted to the code, the probability of appearance of "0" and "1" for a sufficiently long series of codes is equal with each other. As a result, the direct current component is also suppressed. In the split coding system ② the code for that part of an origi-

KODAK_000125