4,101,934

7

nal picture which includes a plenty of white pels is concentrated into "0" and the code for that part of the original picture which includes a plenty of blacks pels is concentrated into "1". As a result, the split coding system ② can not sufficiently suppress the direct current component or a very low frequency component. On the contrary, the coding system according to the invention ③ is capable of suppressing the direct current component of the original picture even when it contains a plenty of whites pels or black pels.

In addition, in the coding system according to the invention ③ shown in the Table I, the code word belonging to the first group representing the white RL and the code word belonging to the second group representing the black RL, both the cord words meaning the same RL, are complementary with each other, that is, "0" belonging to the first group is replaced by "1" belonging to the second group and vice versa. As a result, it is possible to effect positive-negative inversion of the received reproduced picture by the signal polarity inversion of the transmission code.

The coding system according to the invention ③ shown in the Table I is of binary coded quaternary digit, i.e. $l=3$, $m=4$, $n=2$.

Another embodiments of the coding system according to the invention will now be described with reference to the following Table II.

Table II.

| RL | ④ $l=4, m=4, n=2$ | | | ⑤ $l=4, m=3, n=2$ | | |
|---|---|---|---|---|---|---|
| | Binary coded quaternary digit | White ("0") RL | Black ("1") RL | Binary coded ternary digit | White ("0") RL | Black ("1") RL |
| 0 | 00 | 1001 | 0110 | 00 | 1001 | 0110 |
| 1 | 01 | 0101 | 1010 | 01 | 0101 | 1010 |
| 2 | 10 | 0011 | 1100 | 10 | 0011 | 1100 |
| 3 | 11 | 0001 | 1110 | 0100 | 01011001 | 10100110 |
| 4 | 0100 | 01011001 | 10100110 | 0101 | 01010101 | 10101010 |
| 5 | 0101 | 01010101 | 10101010 | 0110 | 01010011 | 10101100 |
| 6 | 0110 | 01010011 | 10101100 | 1000 | | |
| 7 | 0111 | 01010001 | 10101110 | | | |
| 8 | 1000 | | | | | |

In another embodiment of the coding system according to the invention ④ shown in Table II, the original set of the code words is made large by giving $l=4$, $m$ and $n$ being remained the same as in the previous embodiment by giving $m=4$ and $n=2$. In the present embodiment, [1001], [0101], [0011] and [0001] for the white RL and [0110], [1010], [1100] and [1110] for the black RL are selected from a original set of code words each including 4 bits with respect to the original elements [00], [01], [10] and [11] of the binary quaternary digit which represents RL, respectively, and each block is converted in correspondence with the above selected code words. In the present embodiment, the code words selected from the original set of the 4 bits code words include the number of "0" which is equal to the number of "1" except the code words "0001" given for the white "11" and "1110" given for the black "11". As a result, the code words contain substantially no direct current component. Thus, the present embodiment en-

8

sures a more sufficient suppression of the direct current component or the low frequency band component if compared with that of the previous embodiment ③ shown in the Table I.

In a further embodiment of the coding system according to the invention ⑤ shown in the Table II, $l=4$, $m=3$ and $n=2$ and RL code is represented by binary coded ternary digit. In the present embodiment, [1001], [0101] and [0011] for the white RL and [0110], [1010] and [1100] for the black RL are selected from the original set of code words each including 4 bits on the basis of original elements [00], [01] and [10] of the binary coded ternary digit which represents RL, respectively. As a result, it is possible to allot those code words only which do not completely include the direct current component for all of the blocks. However, in the present embodiment, the compression ratio becomes degraded.

In the above described embodiments of the coding system according to the invention, each constant l, m and n is not limited to the above value, and various values of positive integer may be given to these constants.

The invention will now be described with reference to a concrete construction of a device for carrying out the coding system according to the invention.

In FIG. 2 is shown one embodiment of the device for carrying out the coding system according to the invention. A binary signal V representing white and black to be coded is supplied from an input terminal 1 to a controller 2 which delivers a count up pulse CU to a run length counter 3 during a period of a white run length or a black run length of the binary signal V. When a changing point between white and black is detected by the controller 2, a load signal LO is supplied from the controller 2 to a shift register 4 to which the content RL of the run length counter 3 is also transferred. Then, the run length counter 3 becomes cleared by a clear pulse CL supplied from the controller 2 to continue its counting operation in succession. A shift pulse SH supplied from the controller 2 to the shift register 4 causes the content RL of the run length counter 3 transferred to the shift register 4 to shift n bits toward the most significant bit side (MSB side) at a block (in FIG. 2, $n=2$). The shift register 4 delivers the n bits at a block from its MSB side to a code converter 5 to which is also supplied from the controller 2 a black and white information B/W associated with the block concerned. In the code converter 5, each block is converted into a corresponding code word of white or black in accordance with a code conversion Table I, column ③ Table II, column ④ or column ⑤ and these code words are delivered to a parallel-serial converter 6. Such code conversion may be carried out by a well known transistor transistor logic gate (TTL gate), programmable logic array (PLA), etc. The parallel-serial converter 6 functions to change the code data in successive blocks thus converted into code from parallel to serial and the serial code data in successive blocks Vo is delivered to an output terminal 8.

In the case of changing the code data in successive blocks from parallel to serial while converting codes n bits by n bits from the upper bit of the content RL of the run length counter 3, the RL data of the block of n bits supplied from the shift register 4 to the input terminal of the code converter 5 is also supplied to a zero detector 7 which functions to supervise the RL data of the block

KODAK_000126

4,101,934

9

of n bits such that an upper redundant data which corresponds to "0" is disregarded without changing it to a serial data. When the zero detector 7 detects a non-zero significant data of n bits, the zero detector 7 delivers an output Z to the parallel-serial converter 6 so as to start its operation. When the coding operation of the content RL of the run length counter 3, that is, the content of the shift register 4 is terminated, the controller 2 delivers a stop signal HA to the parallel-serial converter 6. As a result, the parallel-serial converter 6 becomes stopped and ready for arrival of the significant RL data. In the similar manner, the successive contents RL of the run length counter 3 will be coded. In this way, at an output terminal 8 of the parallel-serial converter 6 is obtained a coded output Vo of the binary signal V supplied to the input terminal 1 of the controller 2.

In the above described embodiment shown in FIG. 2, the RL data of the run length counter 3 is supplied to one code converter 5 in succession at every block including n bits from MSB side and coded in succession.

In FIG. 3 is shown another embodiment of the device for carrying out the coding system according to the invention. In the present embodiment, the RL data of the run length counter 3 is divided into blocks each including n bits from the least significant side (the LSB side) and all these blocks are supplied to a plurality of code converters 5, 5, 5 . . . by which the RL data is coded. In FIGS. 2 and 3, the same reference numerals and symbols designate the same elements and signals. In the same manner as in the embodiment shown in FIG. 2, the binary signal V representing white and black is supplied from an input terminal 1 to the controller 2.

The run length counter 3 functions to count the white run length or the black run length of the binary signal V. After termination of the count of run length, the content RL of the run length counter 3 is transferred from the LSB side to that code converter 5 which corresponds to each of blocks including n bits. At the same time, to each of these code converters 5 is supplied the black and white information B/W.

The same code conversion as in the previous embodiment shown in FIG. 2 is effected in each of the code converters 5 which corresponds to each block and the code data thus obtained is loaded to the shift register 4. The code data loaded to the shift register 4 is shifted from the LSB side to the output terminal 8 to obtain the coded output Vo. In this case, "0" is supplemented from the MSB side. After the termination of shift of the significant portions, all of the parallel outputs from the shift register 4 become "0" which is detected by the zero detector 7. Then, the zero detector 7 delivers the output signal Z to the controller 2 so as to stop the coding operation of the RL data after the code data of the final significant block has been delivered. The coding operations will be continued in the similar manner.

In FIG. 4 is shown a further embodiment of the device for carrying out the coding system according to the invention. In FIGS. 2, 3 and 4, the same reference numerals and symbols designate the same elements and signals. In the embodiment shown in FIG. 3, the data of each block are converted in parallel and at the same time into codes. On the contrary, in the embodiment shown in FIG. 4, the RL data is loaded to the shift register 4 which functions to shift as a block unit from the LSB side to the code converter 5. The code converter 5 effects code conversion in succession. In the present embodiment, the code data thus obtained are accumulated in the form of words in a buffer memory 9

10

whose output is supplied to the parallel-serial converter 6 and converted into the serial data. The coding operation with respect to one RL data is terminated in the same manner as in the embodiment shown in FIG. 3.

In FIG. 5 is shown one embodiment of a decoding device for decoding the codes obtained by the coding system according to the invention. The code data Vo arrived as the serial data at an input terminal 10 are supplied to a serial-parallel converter 11 which functions to convert the serial data into a parallel data with a code word having a given length which is then accumulated in the form of word in a buffer memory 12. The content of the buffer memory 12 is inverted into word unit, that is, block unit by a code converter 13 which functions to discriminates white from black and vice versa so as to supply the data on the block which constitutes the same RL as n bit portions of binary coded m-ary digit to a shift register 14 and shift it to the MSB side.

In the embodiment shown in FIG. 5, the RL data is assumed to be transmitted in succession from the MSB side. When inversion of white and black is discriminated and detected by the code converter 13, a load signal LO is delivered from a controller 15 to a run length counter 16. The load signal LO causes the RL data decoded in the shift register 14 to be loaded to the run length counter 16. Then, the clear pulse CL is delivered from the controller 15 to the shift register 14 to clear it. As a result, the decoding operation of one of the RL data is terminated and then the inversion of the next RL data is effected.

The run length counter 16 serves to continuously count down a count down pulse CD supplied from the controller 15 until a zero detector 17 functions to detect that all of the contents of the run length counter 16 become "0". During this time, the level corresponding to the inversion output relating to white and black delivered from the code converter 13 is maintained, whereby the black and white RL signal V is reproduced at an output terminal 18. Then, the above described steps are repeated and the code data Vo becomes completely decoded to the RL signal V.

In FIG. 6 is shown another embodiment of the decoding device for decoding the codes obtained by the coding system according to the invention. In the present embodiment, the RL data Vo is assumed to be transmitted in succession from the LSB side. The code data Vo arrived as the serial data at the input terminal 10 are supplied to the serial-parallel converter 11 which functions to convert the serial data into the parallel data in the form of word unit which is then accumulated in the buffer memory 12. The content of the buffer memory 12 is inverted in word unit, that is, block unit by the code converter 13 and then supplied to the shift register 14. If this data contains an initial white or black RL data, that is, LSB, the controller 15 causes this data to be loaded to the run length counter 16 and the shift register 14 becomes cleared.

Let the RL value to be received be RL=1234, that is, a binary digit of "10011010010". The initial received data is "10", so that this information per se means RL=2. As a result, this data loaded in the run length counter 16 is converted into a time information of the black and white data by the count down method in the same manner as described with reference to the embodiment shown in FIG. 5. After termination of the data processing of the first block, "1" is added to and memorized in a counter 19 provided in the controller 15.

4,101,934

| 11 | 12 |

The data of the next block read out from the buffer memory 12 is treated in the same manner and "00" as the RL of the second block is loaded to the shift register 14. This data is the second data in the content of the counter 19 provided in the controller 15 and means "0000" by taking the effective number of digits in practice into consideration. As a result, the controller 15 functions to shift $n=2$ bits for one block toward the MSB side and "0000" is loaded to the run length counter 16. The zero detector 17 functions to deliver its output, so that count down is not effected. After termination of the treatment of the second block, "1" is added to the counter 19 provided in the controller 15. In the same steps as described above, RL data "01" of the next block is prepared in the shift register 14 and the content "2" of the counter 19 provided in the controller 15 causes shift of two blocks.

As a result, the real RL value "010000" thus converted is loaded to the run length counter 16. Then, the run length counter 16 is counted down by the two blocks and functions to add the time information of the black and white data.

As described above, the RL is decoded as the time information. When the black and white are inverted, the code converter 13 functions to deliver an output to the controller 15 and the counter 19 provided in the controller 15 is cleared. Thus, the next RL is decoded.

It is a matter of course that alternations and modifications may be made to the above described two decoding devices.

What is claimed is:

1. A coding method comprising forming an assembly of code words prepared by converting a length composed of a train of "0" and a length composed of a train of "1" into a binary coded m-ary digit composed of $m$ original elements each represented by a binary code including $n$ bits, said "0" and "1" being a binary signal of facsimile to be coded, dividing said binary coded m-ary digit code into blocks each including $n$ bits, said blocks each including an original unit, selecting $2m$ code words without permitting any overlap thereof from an original set of binary code words having a given length of at least $n+1$ bits, dividing said $2m$ code words into two groups each including $m$ code words, bringing the number of "0" constituting all of the code words belonging to each group into agreement with the number of "1" thereof, and arranging in order each of the code words belonging to each group, said coding method further comprising converting each block of that binary coded m-ary digit which is associated with said length composed of a train of "0" of said binary signal into a code word having that order which corresponds to the original order of the m-ary digit which means said block in one of said groups and converting each block of that binary coded m-ary digit which is associated with said length composed of a train of "1" of said binary signal into a code word having that order which corresponds to said original order of the m-ary digit which means said block in another group.

2. A coding method as claimed in claim 1, wherein those code words which are in the same order in said two groups are complementary with each other.

3. A coding method as claimed in claim 1, wherein a coded binary signal is decoded by converting inversely each code word of said binary signal to obtain a block composed of information representing a group to which belongs said code word and said binary coded m-ary digit which corresponds to the order of said code word, making continuous each block thus obtained for the same group on the basis of that information which represents said group thus converting into a binary coded m-ary digit code which represents a length composed of a train of "0" or a length composed of a train of "1" and converting that numerical value which represents said binary coded m-ary digit code into said length composed of a train of "0" or said length composed of a train of "1".

* * * * *



RECEIVED
JUN 12 1989
GROUP 210

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of            Atty. Docket

PETER VOGEL                        PHD 86-327

Serial No. 07/096,177         Group Art Unit 217

Filed: September 11, 1987     Ex. B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

AMENDMENT

Sir:

    Applicant respectfully requests reconsideration of the above-referenced application in view of the following amendment:

IN THE SPECIFICATION

Page 1, line 15, change "part" to --number--;

line 16, change "part" to --number--; change "is" to --are--;

line 27, change "it is investigated at what" to --the--; after "frequency" insert --with which--;

line 28, after "signal" insert --is investigated--;

Page 2, line 2, change "(quantised)" to --(quantized)--;

line 15, change "solved in that" to --achieved by assigning--; delete "is" (last occurrence);

line 16, delete "assigned"; change "signal values A" to --signals having the value A, where A

LGBA31021                      1

KODAK_000129

C1 could

equals for example, zero, and--; change "the"
to --a--;
(amended twice) line 39, delete "represents";
line 40, delete "the coefficient having the value of"
and substitute therefor --equals zero or

C2

approximately zero--;
Page 3, line 14, change "(quantised)" to --(quantized)--;
Page 8, line 32, change "addres" to --address--.

IN THE CLAIMS

Cancel claims 4 and 5 without prejudice, amend claims 6, 7, 8 and 11 and add new claim 18:

Claim 6, line 1,    change "5" to --12--;
         line 2,    delete "checked";
         line 3,    change "signal values A" to
                    --zero-coefficients--;
         line 4,    change "signal value" to
                    --non-zero-coefficient--.

Claim 7, line 4,    delete "and in that the signal value A is the
                    zero value,";
         line 7,    change "signal value" to --non-zero
                    coefficient--;

C3 crtcl

7. (twice amended) A method as claimed in Claim [4] 4, characterized in that the [Hufmann] Huffman codeword is independent of the sign of that non-zero coefficient which

LGBA31021                         2

succeeds or precedes the [zero] run of zero-coefficients and in that the sign is coded by a separate bit.

3. (amended) In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of zero [first] coefficients [having a value designated as signal value A and occurring mostly in runs in said signal], and a plurality of [other] non-zero coefficients [having signal values which are not equal to signal value A, characterized by] said method comprising the [following] steps of:

    a) deriving from said signal, a plurality of events each comprising a run of said [first] zero- coefficients having a respective run length[, which is] and preceded or followed by at least one [other] non-zero coefficient, and

    b) for each of said events, determining said respective run length and assigning a code word to represent said [other] non-zero coefficient and said run length.

13. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of first coefficients having a signal value A and occurring in runs most frequently in said signal, and a

LGBA31021          3

KODAK_000131

*C5 cont'd*

plurality of second coefficients having values not equal to A, said method comprising the steps of:

a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run length.

## REMARKS

Applicant respectfully requests reconsideration of the above-referenced application in view of the amendments herein and the remarks which follow.

In the Office Action dated March 6, 1989 the Examiner rejected claims 4-8 and 11 under 35 U.S.C. 112, second paragraph. Claims 4 and 5 have been cancelled herein and claims 6, 7, 8 and 11 have been amended herein to address the Examiner's remarks. In particular, references to "first coefficient" and "other coefficients" have been replaced by "zero-coefficient" and "non-zero coefficient" respectively. However, new claim 18 has been added which restates claim 11 in terms of "coefficients having a signal value A". As stated in the specification as amended previously on December 8, 1988 and as originally filed, the invention comprises the possibility that the value which occurs most frequently in the signal can be a value other than zero. Hence, reference to a value A. In the examples shown herein that value was zero, however, the

LGBA31021                                                                  4

Applicant respectfully wishes to make it clear that the invention also comprises the situation where this value is other than zero. Claim 8 has been amended herein to remove the lack of antecedent basis referred to by the Examiner.

Applicant submits therefore, that claims 6, 7, 8 and 11 are patentable under 35 U.S.C. 112, second paragraph.

The Examiner rejected claims 11-17 under 35 U.S.C. 102(b) over Fukuoka. The Applicant respectfully traverses the Examiner's rejection. The Fukuoka patent discloses a plurality of binary run length coding methods (one and zeros). In each of these methods, a run is defined as a series of equal elements, for instance a run of "zero" elements may consist of one, two, or three, or even 100 zeros. Similarly run of "one" elements may consist of one or 2 or three, etc. ones. All of these methods are more or less modifications of the run length Huffman coding method. In the instant invention, the coefficients are not limited to either ones or zeros, i.e. they are not merely binary. They can have any one of the values zero, one, two, three and up to, for example, 256 if eight bits are used to code them. As specifically described in the claims, for example claim 11, the method comprises the step of deriving from said signal a plurality of _events_ each comprising not only a run of zero coefficients but a run of zero coefficients having a respective run length which is _preceded or followed by at least one non-zero coefficient_. In other words, we define _events_; and an event is constituted for example, by a run of zero coefficients and the subsequent or preceding non-zero coefficient. Consider an event 000000C

KODAK_000133

where each zero indicates a zero coefficient and the "C" indicates a non-zero coefficient. According to the teachings of Fukuoka there would be assigned a code word to the run of six zeros and a further codeword to the non-zero coefficient. However, in accordance with the instant invention, there is assigned only one codeword to the entire event. This codeword depends on the number of zero coefficients (in this case six) and the value of the non-zero coefficient. Different codewords are assigned to events having the same number of zero coefficients but different values of the non-zero coefficient.

As discussed above, claim 11 has been amended to describe the coefficients in terms of zero coefficient and non-zero coefficient, however the arguments with regard to Fukuoka are equally valid for new claim 18 which maintains the "signal value A" language.

It is therefore respectfully submitted that claims 11-18 are patentable over Fukuoka under 35 U.S.C. 102(b).

The Examiner has already stated the claims 9 and 10 are allowable over the prior art and therefore allowance of claims 6-18 is respectfully requested.

Respectfully submitted,

PETER VOGEL

By *(signature)*
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 241
June 2, 1989



#82

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
RECEIVED
JUN 19 1989

In re Application of   Atty. Docket
PETER VOGEL      PHD 86-327
Serial No. 096,177   Group Art Unit 217 GROUP 210
Filed: September 11, 1987 Ex. B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

<u>LETTER</u>

Sir:

  Pursuant to the duty of disclosure set forth in 37 CFR 1.56, applicant calls to the attention of the Patent and Trademark Office an official document issued abroad in reference to a corresponding foreign application. A copy of such document is enclosed.

  The enclosed document is being called to the attention of the Patent and Trademark Office solely to comply with the duty of disclosure set forth in 37 CFR 1.56 and is not in any way intended to be construed as an admission by the applicant(s) that any of the documents listed is material to the present application.

           Respectfully submitted,

           By _____
           Michael E. Marion, Reg. 32,266
           Assoc. Attorney for Applicants
           (914) 332-0222, Ext. 241

Rev. 2/89
priorart.frm (P48)