| EUROPÄISCHES PATENTAMT Zweigstelle in Den Haag Recherchen- abteilung | EUROPEAN PATENT OFFICE Branch at The Hague Search Division | OFFICE EUROPEEN DES BREVETS Département à La Haye Division de la recherche | P.B. ... Patent...an 2 2280 ... RIJSWIJK (ZH) Pays-Bas / Netherlands / Niederlande Telex 31651 (070) 40 20 40 BREVPATENT |

Peuckert, Hermann, Dipl.-Ing.
Philips Patentverwaltung GmbH
Wendenstrasse 35
Postfach 10 51 49
D-2000 Hamburg 1
REPUBLIQUE FEDERALE D'ALLEMAGNE

*Philips Patentverwaltung*
am 2 2 MAI 1989
Frist:
29 MEI 1989

Datum/Date 18.05.89

| Zeichen/Ref/Réf | Anmeldung Nr./Application No./Demande n°//Patent Nr./Patent No./Brevet n° |
|---|---|
| PHD 86 327 EP | 87201717.3- / |

Anmelder/Applicant/Demandeur//Patentinhaber/Proprietor/Titulaire
Philips Patentverwaltung GmbH, et al

## MITTEILUNG

Das Europäische Patentamt übermittelt hiermit
☑ den europäischen Recherchenbericht

☐ die Erklärung nach Regel 45 des Europäischen Patentübereinkommens

☐ den europäischen Teilrecherchenbericht nach Regel 45 des Europäischen Patentübereinkommens

☐ den ergänzenden europäischen Recherchenbericht betreffend die internationale Anmeldung

zu der obengenannten europäischen Patentanmeldung: Kopien von den im Recherchenbericht angeführten Schriften werden in der Anlage beigefügt.

Die folgenden Gegenstände wurden von der Recherchenabteilung wie vom Anmelder angegeben genehmigt.

☑ Zusammenfassung   ☑ Bezeichnung   ☑ Abbildung

☐ Die Zusammenfassung wurde von der Recherchenabteilung abgeändert und der endgültige Wortlaut ist dieser Mitteilung beigefügt.

☐ Die folgende Abbildung wird mit der Zusammenfassung veröffentlicht, weil sie nach Auffassung der Recherchenabteilung die Erfindung besser kennzeichnet als die vom Anmelder angegebene.

Abbildung:

☐ Zusätzliche Kopie(n) von den im europäischen Recherchenbericht angeführten Schriften.

EPA Form 1507  08.86

KODAK_000136



Europäisches Patentamt

EUROPÄISCHER RECHERCHENBERICHT

Nummer der Anmeldung

EP 87 20 1717

### EINSCHLÄGIGE DOKUMENTE

| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl.4) |
|---|---|---|---|
| X<br>A | US-A-4 316 222 (SUBRAMANIAM)<br>* Figuren 2A,2B; Spalte 2, Zeile 30 - Spalte 4, Zeile 68 *<br>* Figuren 3A-3C; Seite 5, Zeile 1 - Seite 9, Zeile 22 * | 1-3<br><br>9,10 | H 03 M 7/42<br>H 04 N 7/133 |
| D,A | IEEE TRANSACTIONS ON COMMUNICATIONS, Band COM-32, Nr. 3, März 1984, Seiten 225-232, IEEE, New York, US; W.-H. CHEN et al.: "Scene adaptive coder"<br>* Insgesamt * | 1-4 | |
| P,X | US-A-4 698 672 (CHEN et al.)<br>* Figuren 1-3; Spalte 4, Zeile 30 - Spalte 20, Zeile 68 * | 1,2,4-7,9,10 | |

RECHERCHIERTE SACHGEBIETE (Int. Cl.4)

H 03 M
H 04 N

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| DEN HAAG | 06-04-1989 | FEUER F.S. |

KATEGORIE DER GENANNTEN DOKUMENTE

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur

T : der Erfindung zugrunde liegende Theorien oder Grundsätze
E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.

EP 87 20 1717

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der Datei des Europäischen Patentamts am 09/05/89
Diese Angaben dienen nur zur Unterrichtung und erfolgen ohne Gewähr.

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | Datum der Veröffentlichung |
|---|---|---|---|
| US-A- 4316222 | 16-02-82 | EP-A,B 0030437 | 17-06-81 |
|  |  | JP-A-  56087983 | 17-07-81 |
|  |  | CA-A-   1162289 | 14-02-84 |
| US-A- 4698672 | 06-10-87 | EP-A-   0266049 | 04-05-88 |
|  |  | JP-A-  63148789 | 21-06-88 |

EPO FORM P0461

Für nähere Einzelheiten zu diesem Anhang : siehe Amtsblatt des Europäischen Patentamts, Nr.12/82



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL                              F | PHD 86,327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| EXAMINER |
|---|
| YOUNG, B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | 9 |

DATE MAILED: 08/28/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to _the amendment filed 6/7/89_
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _6-18_
4. ☐ The drawings filed on _____ are acceptable.
5. ☒ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received. [☒] not been received. [ ] been filed in parent application Serial No. _____, filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☒ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _5_. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
— Examiner's Amendment
— Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
✓ Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449
— Notice of Informal Application, PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

PTOL-37 (REV. 2-85)    USCOMM-DC 85-3744

KODAK_000139

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/096,177 | GROUP ART UNIT 217 | ATTACHMENT TO PAPER NUMBER 9 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4316222 | 2/82 | Subramaniam | 358 | 261.4 | |
| * | B | 4698672 | 10/87 | Chen et al. | 358 | 136 | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. / PP. SPEC. |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER B.K. Young | DATE 8/24/89 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

KODAK_000140



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*# 10*

THOMAS A. BRIDDY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 013 | YOUNG, B | 217 | 08/28/89 |

First Named Applicant  VOGEL, PETER

TITLE OF INVENTION  METHOD AND APPARATUS FOR BIT RATE REDUCTION
(AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | PHD 86,327 | 341-063.000 | V59 | UTILITY | NO | $620.00 | 11/28/89 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:
 A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
 B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
 A. Pay FEE DUE shown above, or
 B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV 12-88)(OMB Clearance is pending)

KODAK_000141



Gp217

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of
PETER VOGEL

Atty. Docket
PHN 86-327

Date of Notice of Allowance: August 28, 1989

Serial No. 07/096,177        Batch No

Filed: September 11, 1987    Group Art Unit 217

                             Examiner   B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.   20231

LETTER TO OFFICIAL DRAFTSMAN

Sir:
    Enclosed is (are) 5 sheet(s) of formal drawings for filing in the above-identified application.

                            Respectfully submitted,
                            PETER VOGEL
                            By _____
                            Michael E. Marion, Reg. 32,266
                            Assoc. Attorney for Applicant(s)
                            (914) 332-0222 Ext. 241

CERTIFICATE OF MAILING

    I hereby certify that this correspondence is being deposited this date with the United States Postal Service as first-class mail in an envelope addressed to:

                COMMISSIONER OF PATENTS AND TRADEMARKS
                        Washington, D.C.   20231

On   9/12/89
    (Mailing Date)

By _____
    (Signature)

Rev. 7/87
frmldrwg.frm (P42)




PHD 86-327
PETER VOGEL
Sheet 1 of 5

096677

4901075

U.S. Patent   Feb. 13, 1990   Sheet 1 of 5   4,901,075

| L   | 1    | 2    | 3   | 4   | 5   | 6  | 7  | 8  | ≥9  |
|-----|------|------|-----|-----|-----|----|----|----|-----|
| ≥9  | 1253 | 55   | 5   | 4   | 0   | 0  | 0  | 0  | 0   |
| 8   | 252  | 16   | 1   | 1   | 1   | 0  | 1  | 0  | 0   |
| 7   | 316  | 35   | 6   | 0   | 1   | 0  | 0  | 0  | 0   |
| 6   | 389  | 35   | 5   | 0   | 0   | 0  | 0  | 0  | 0   |
| 5   | 516  | 65   | 12  | 3   | 3   | 1  | 2  | 0  | 1   |
| 4   | 567  | 94   | 29  | 9   | 1   | 2  | 1  | 0  | 0   |
| 3   | 791  | 118  | 29  | 11  | 2   | 2  | 1  | 0  | 0   |
| 2   | 1095 | 216  | 54  | 22  | 9   | 3  | 0  | 1  | 2   |
| 1   | 1786 | 510  | 176 | 77  | 28  | 20 | 8  | 8  | 16  |
| 0   | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

B

FIG. 1

KODAK_000144

O.G. FIG. CLASS SUBCLASS

PHD 86-327
PETER VOGEL
Sheet 2 of 5

096/77

**U.S. Patent**   Feb. 13, 1990   Sheet 2 of 5   **4,901,075**

| L | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | X | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |
|   | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | B

FIG. 2

KODAK_000145

KODAK_000146

PHD 86-327
PETER VOGEL
Sheet 3 of 5

096177

**U.S. Patent**  Feb. 13, 1990  Sheet 3 of 5  4,901,075

| Nr. | B | L | code word | | length |
|---|---|---|---|---|---|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

KODAK_000147