

- 5 -                                    PHD 86 327

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5   brochenen Teilfolgen vorkommt,
dadurch gekennzeichnet,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2 usw. zusammen mit dem sich der
Teilfolge anschließenden Signalwert oder zusammen mit dem
10  der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
jeder ununterbrochenen Teilfolge von Signalwerten A
15  zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert das gleiche Huffman-Codewort zugeordnet
wird, wenn die Teilfolge eine vorgegebene Länge über-
schreitet.
20
3. Verfahren nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß es sich bei dem Signal um eine Folge von
Koeffizienten handelt, die sich nach der blockweisen
Cosinus-Transformation von Bildpunkten eines Videosigna-
25  les mit anschließender Quantisierung ergibt und daß der
Signalwert A der Wert Null ist.

4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
das Huffman-Codewort unabhängig von dem Vorzeichen des-
30  jenigen Koeffizienten ist, der sich auf die Folge von
Nullen anschließt oder ihr vorangeht, und daß das Vor-
zeichen durch ein gesondertes Bit codiert wird.

KODAK_000161

Tabelle

| L ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 |

B

PHD 86 327

KODAK_000162

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 23. Mai 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wiedergabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizufügen, aber kein Bestandteil der Anmeldung ist, stimmt mit dem am 23. Mai 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die Symbole H 03 M 7/40, H 04 N 7/13 und H 04 N 1/415 der Internationalen Patentklassifikation erhalten.

Aktenzei... 7 17 399.5

München, den 16. Oktober 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

K. Konvalin...

A 9161

PHD 87-109

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion wird bei
der Codierung eines Signales eingesetzt, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5   unterbrochenen Teilfolgen vorkommt. Ein erster Schritt
der Codierung besteht darin, daß jeder ununterbrochenen
Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw.,
zusammen mit dem sich der Teilfolge anschließendem Sig-
nalwert ein Huffman-Codewort zugeordnet wird.

10   Ist das Signal in gleichlange Blöcke strukturiert, so
wird geprüft, welche Vorteile oder Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat. Überwiegen die Vorteile, dann wird das letzte Huff-
15   man-Codewort nicht übertragen und die Prüfung mit dem
vorangegangenen Huffman-Codewort als letztem Codewort
wiederholt.

Ein besonderer Anwendungsfall für das beschriebene Ver-
20   fahren ergibt sich bei der Codierung von Videosignalen,
insbesondere bei der Codierung der seriell anfallenden
Elemente sogenannter Koeffizientenblöcke. Ein Koeffi-
zientenblock besteht aus 64 Elementen. Am häufigsten
kommt hier der Signalwert 0 in ununterbrochenen Teilfol-
25   gen vor. Werden bei Anwendung des beschriebenen Verfah-
rens Huffman-Codeworte nicht übertragen, so werden auf
der Empfängerseite bei der Decodierung der empfangenen
Huffman-Codeworte in Elemente des Koeffizientenblocks,
soviele Elemente mit dem Wert Null angeführt, bis sich
30   insgesamt 64 ergeben.

KODAK_000164



PHILIPS PATENTVERWALTUNG GMBH                    PHD 87-109
                                                22.05.1987

<u>BESCHREIBUNG</u>


Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer Fol-
ge von digital dargestellten Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei jeder ununterbroche-
nen Teilfolge von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert ein Huffman-Codewort zugeordnet wird.

10   Ein derartiges Verfahren ist in der deutschen Patentan-
meldung mit dem Aktenzeichen P 36 31 252.5 beschrieben.
Es wird bei der Codierung von Videosignalen angewendet
und dient dem Ziel, mit möglichst geringer Bitrate Video-
bilder ausreichender Qualität zu übertragen. Bevorzugte
15   Anwendungsgebiete hierfür sind Bildtelefon- oder Video-
konferenzsysteme.

Die Codierung von Videosignalen erfolgt (vergleiche hier-
20   zu z.B. die DE-A-36 13 343) in mehreren Schritten. Zu-
nächst werden gleichgroße Ausschnitte eines Videobildes -
repräsentiert durch quadratische Blöcke von Abtastwerten
der Bildpunkte - einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
25   eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
ein neuer Block von Zahlenwerten (Koeffizienten). Die An-
zahl der Koeffizienten - auch Elemente des Koeffizienten-
blocks genannt - ist ebenso groß wie die Zahl der Abtast-
30   werte von Bildpunkten, die zum ursprünglichen Block zu-

KODAK_000165

-2-                    PHD 87-109

sammengefaßt sind. Gewöhnlich bestehen die Ausschnitte
aus den Videobildern aus 8 x 8-Blöcken, d.h., sie enthal-
ten die Abtastwerte von 64 Bildpunkten. Entsprechend ent-
hält auch der Koeffizientblock 64 Koeffizienten bzw. Ele-
5    mente.

Der Koeffizientenblock hat nun die Eigenschaft, daß ein
großer Teil seiner Elemente nahezu Null oder exakt Null
ist. Eine anschließende Quantisierung der Koeffizienten
10   macht dann in aller Regel den überwiegenden Teil der Ele-
mente zu Null, so daß eine darauffolgende, elementeweise
vorgenommene Huffman-Codierung schon deswegen eine erheb-
liche Bitratenreduktion bedeuten würde.

15   Wegen des häufigen Auftretens des Signalwertes Null in
ununterbrochenen Teilfolgen läßt sich noch eine weitere
Bitratenreduktion durchführen. Nach der deutschen Patent-
anmeldung 36 31 252.5 werden z.B. die 64 Koeffizienten
eines Blocks, die bei der Codierung von Videosignalen als
20   serielles Zwischensignal auftreten, in Ereignisse zer-
legt. Jedes Ereignis ist gekennzeichnet durch die Länge L
(runlength) einer ununterbrochenen Teilfolge von Nullen
und dem von Null verschiedenen Betrag B des sich an-
schließenden Koeffizienten.

25   Entscheidend in der zitierten Patentanmeldung ist, daß
die Länge L der Teilfolgen von Nullen selbst den Wert
Null annehmen kann. Tritt z.B. ein Koeffizient vom Betra-
ge 1 auf, dem drei Nullen vorangehen, so entspricht dies
30   dem Ereignis (L=3, B=1) oder kürzer (3,1). Folgt auf den
Koeffizienten mit dem Betrag 1 ein Koeffizient vom Be-
trag 2, so wird das Auftreten des zweiten Koeffizienten
durch das Ereignis (L=0, B=2) bzw. (0,2) charakteri-
siert. Jedem Ereignis wird nun entsprechend seiner rela-
35   tiven Häufigkeit ein Huffman-Codewort zugeordnet. Die
Folge von Koeffizienten eines Blockes wird also in eine

KODAK_000166



-3-                    PHD 87-109

Folge von m Ereignissen der Art

(L1, B1)
(L2, B2)                              (1)
5
(Lm, Bm)

aufgelöst. Wie groß die Anzahl m der Ereignisse ist,
hängt von den speziellen Werten der Koeffizienten ab. Be-
10   steht der gesamte Koeffizientenblock z.B. aus 63 Nullen
mit anschließendem Koeffizienten vom Betrag 1, so zer-
fällt er nur in ein Ereignis, nämlich (63,1). Da also von
vornherein nicht feststeht, in wieviele Ereignisse ein
Koeffizientenblock zerlegt wird, müssen schon aus diesem
15   Grunde die einzelnen Blöcke durch ein "end-of-block"-Sig-
nal voneinander getrennt werden. Auf der Empfangsseite
werden die übertragenen Huffman-Codeworte wieder in Er-
eignisse zurücktransformiert und diese Ereignisse wiede-
rum in eine Folge von Koeffizienten. Dem Empfänger ist
20   bekannt, daß zu einem Koeffizientenblock z.B. 64 Koeffi-
zienten gehören.

Der Erfindung liegt die Aufgabe zugrunde, Maßnahmen zur
weiteren Bitratenreduktion anzugeben, ohne daß dadurch
25   die Bildqualität in Mitleidenschaft gezogen wird.

Diese Aufgabe wird bei einem Verfahren der eingangs ge-
nannten Art dadurch gelöst, daß bei einem in gleichlange
Blöcke strukturierten Signal geprüft wird, welche Nach-
30   teile und Vorteile die Nichtübertragung des letzten Huff-
man-Codewortes eines Blockes hat und daß dann, wenn die
Vorteile überwiegen, das Huffman-Codewort nicht übertra-
gen wird und die gleiche Prüfung mit dem vorangegangen
Huffman-Codewort als letztem Huffman-Codewort wiederholt
35   wird.

-4-                          PHD 87-109

Vorteilhafte Ausgestaltungen der Erfindung sind den Un-
teransprüchen zu entnehmen.

5   Anhand eines Ausführungsbeispiels soll die Erfindung nä-
her erläutert werden. Im Ausführungsbeispiel handelt es
sich bei dem zu codierenden Signal um die als Zwischen-
signal anfallende serielle Folge von digital dargestell-
ten Koeffizienten eines Koeffizientenblocks, wie er bei
Hybrid-Codierern (vergleiche DE-A-26 13 343) auftritt.
10  Der Einfachheit halber ist angenommen, daß es sich um 4 x
4-Blöcke handelt, ein Block also insgesamt 16 Elemente
enthält. Alle Daten, die zu einem Block gehören, sind von
den Daten des nächstfolgenden Blocks durch ein "end-of-
block"-Zeichen getrennt. Dieses Zeichen bzw. das entspre-
15  chende Codewort wird von der Zerlegung des zu codierenden
Signals nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines Blocks in de-
zimaler Darstellung die Gesalt
20
XX   4005000050000001   XX                          (2)

so zerfällt nach dem Schema (1) der Block in folgende Er-
eignisse:
25
(0,4)
(2,5)                                               (3)
(4,5)
(6,1)
30
Damit die Koeffizientenfolge eines Blocks überhaupt in
Ereignisse nach dem Schema (1) oder (3) zerlegt werden
kann, werden die Koeffizienten vor ihrer weiteren Verar-
beitung zwischengespeichert. Die zeitliche Reihenfolge
35  der Koeffizienten in den Schemata (1), (2), und (3) ent-

KODAK_000168



spricht der Reihenfolge ihrer schriftlichen Aufzeichnun-
gen (europäische Schreibrichtung vorausgesetzt). Die Zei-
chen XX im Beispiel nach dem Schema (2) sybolisieren die
"end-of-block"-Zeichen des vorangegangenen Blockes und
5. des dargestellten Blocks.

Die von Null verschiedenen Koeffizienten im Schema (2)
sind alle positiv und als ganze Vielfache der kleinsten
Einheit, nämlich 1, dargestellt. Wie aus dem Schema (3)
10. ersichtlich, ist das letzte Ereignis das Ereignis (6,1).
Die den Ereignissen zugeordnete Huffman-Codeworte sind
nicht eingetragen.

Nun wird zunächst geprüft, welches Gewicht für den Em-
15. pfänger der Empfang des letzten Ereignisses, nämlich
(6,1) des Blocks nach (2) hat. Als allgemeine Erfahrungs-
regel hat sich bei der Bildcodierung herausgestellt, daß
die Übertragung von Ereignissen mit einer Folge von mehr
als fünf Nullen immer weniger lohnend wird, je kleiner
20. der Betrag des sich anschließenden Koeffizienten ist.
Stellt man die durch die Erfahrung gestützte Regel auf,
geprüfte Ereignisse, für die L>5 und B=1 ist, nicht zu
übertragen, so unterbleibt die Übertragung des letzten
Ereignisses. Sodann wird das vorangegangene Ereignis
25. (4,5) nach dem gleichen Kriterium überprüft. Im Beispiel
nach (2) ist dann für diesen Block die Prüfung beendet,
da das Ereignis (4,5) bzw. das zugeordnete Huffman-Code-
wort übertragen werden muß.

30. Nach der Decodierung der Huffman-Codeworte auf der Em-
pfängerseite lassen sich alle Koeffizienten des Blocks
nach dem Schema (2) wiedergewinnen, bis auf diejenigen,
die zu nicht übertragenen Ereignissen gehören. Da diese
jedoch zu den letzten Koeffizienten des Blocks gehören,
35. werden auf der Empfängerseite den decodierten Koeffizien-
ten so viele Koeffizienten vom Betrag Null angefügt, bis
die Gesamtzahl der Koeffizienten 16 beträgt.

KODAK_000169

-6-                    PHD 87-109

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung ei-
nes Signales, das aus einer Folge von digital dargestell-
ten Signalwerten besteht und das einen Signalwert A ent-
hält, der am häufigsten in ununterbrochenen Teilfolgen
5   vorkommt, wobei jeder ununterbrochenen Teilfolge von Sig-
nalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem
sich der Teilfolge anschließenden Signalwert oder zusam-
men mit dem der Teilfolge vorangehenden Signalwert ein
Huffman-Codewort zugeordnet wird,
10   dadurch gekennzeichnet,
daß bei einem in gleichlange Blöcke strukturierten Signal
geprüft wird, welche Vorteile und Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat und daß dann, wenn die Vorteile überwiegen, das Huff-
15   man-Codewort nicht übertragen wird und anschließend die
gleiche Prüfung mit dem vorangegangenen Huffman-Codewort
als letztem Huffman-Codewort wiederholt wird.

2. Verfahren nach Anspruch 1,
20   dadurch gekennzeichnet,
daß ein überprüftes Huffman-Codewort nicht übertragen
wird, wenn die Länge der zugehörigen Teilfolge von Sig-
nalwerten A eine vom Betrag des sich anschließenden Sig-
nalwertes abhängige Schranke übertrifft.
25

3. Verfahren nach Anspruch 1 oder 2,
dadurch gekennzeichnet,
daß es sich bei dem Signal um eine Folge von Koeffizien-
ten handelt, die sich nach der blockweisen Cosinus-Trans-
30

KODAK_000170



-7-                                    PHD 87-109

formation von Bildpunkten eines Videosignales mit an-
schließender Quantisierung ergibt und daß der Signal-
wert A der Wert Null ist.

5    4. Verfahren nach Anspruch 3, <u>dadurch gekennzeichnet</u>, daß
ein überprüftes Huffman-Codewort nicht übertragen wird,
wenn die Länge der zugehörigen Teilfolge von Nullen
größer als Fünf ist und der Betrag des sich anschließen-
den Signalwertes der kleinstmögliche Wert verschieden von
10   Null ist.

15

20

25

30

35



PHILIPS PATENTVERWALTUNG GMBH          PHD 86 336

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei Codierung eines Signales, das aus einer Folge
von digital dargestellten, endlich vielen Signalwerten
besteht und das einen Signalwert A enthält, der am
5   häufigsten in ununterbrochenen Teilfolgen vorkommt, wobei
ununterbrochenen Teilfolgen von Signalwerten A mit der
Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen
sich anschließenden Signalwert oder zusammen mit dem den
Teilfolgen vorangehenden Signalwert Huffman-Codeworte
10  zugeordnet werden.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
15  No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
20  Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
25  ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
30  aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten



- 2 -                                    PHD 86 336

würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten
5   seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
die Codeworte unterschiedliche Länge haben, statistische
10  Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
(run-length) 1, 2, 3 usw. vorkommen. Der Teilfolge mit
15  der größten Häufigkeit wird dann das kürzeste Huffman-
Codewort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

20  Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
sind. Codiert werden nur die Beträge, weil betragsmäßig
25  gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die run-length zu codieren ist. Damit bei der
Decodierung die Codeworte der einen Tabelle von denen der
30  anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten run-lenght ein gesondertes Codewort, das
sogenannte run-length prefix verwendet.

Ein verbessertes Codierungsverfahren wird in der deut-
35  schen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5
angegeben. Nach dieser Anmeldung wird das zu codierende
Signal in Ereignisse zerlegt, die durch eine zweidimen-

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

als Zusatz zur Patentanmeldung P 36 31 252.5

am 8. November 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 8. November 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133
der Internationalen Patentklassifikation erhalten.

Aktenzeichen: P 36 38 127.6

München, den    26. August 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Grüner

A 9161
1.82

KODAK_000174

-9-                    PHD 86 336

ZUSAMMENFASSUNG


Verfahren zur Bitratenreduktion


Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5    unterbrochenen Teilfolgen vorkommt. Diese Teilfolgen wer-
den zusammen mit dem sich anschließenden Signalwert, der
ebenfalls der Wert A sein darf, als Ereignisse angesehen,
denen Huffman-Codeworte zuzuordnen sind.

10   Damit z.B. bei Videosignalen die maximale Länge der Huff-
man-Codeworte auf 16 Bit beschränkt bleibt, wird die Ge-
samtheit aller Ereignisse in zwei Bereiche eingeteilt,
von denen der erste Bereich nur aus sogenannten codierba-
ren Ereignissen besteht. Fällt ein Ereignis z.B. in den
15   zweiten Bereich, so wird es in Teilereignisse zerlegt,
die alle im ersten Bereich liegen.

20

25

30

KODAK_000175

<u>TABELLE II</u>
(Fortsetzung 2)

PHD 86 336

| Nr. | B | L | Codewort | Länge |
|-----|---|---|----------|-------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

KODAK_000176