TABELLE II      PHD 86 336
(Fortsetzung 1)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s++++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

TABELLE II    PHD 86 336

| Nr. | B | L | Codewort | Länge |
|-----|---|---|----------|-------|
| 1 | — | — | 11 (end of block) | 2 |
| 2 | 1 | 0 | 010s | 4 |
| 3 | 1 | 1 | 1000s | 5 |
| 4 | 1 | 2 | 1001s | 5 |
| 5 | 2 | 0 | 1010s | 5 |
| 6 | 0 | 15 | 10110 | 5 |
| 7 | 1 | 3 | 10111s | 6 |
| 8 | 1 | 4 | 01100s | 6 |
| 9 | 1 | 5 | 01101s | 6 |
| 10 | 2 | 1 | 01110s | 6 |
| 11 | 3 | 0 | 01111s | 6 |
| 12 | 1 | 6 | 001000s | 7 |
| 13 | 1 | 7 | 001001s | 7 |
| 14 | 1 | 8 | 001010s | 7 |
| 15 | 1 | 9 | 001011s | 7 |
| 16 | 2 | 2 | 001100s | 7 |
| 17 | 3 | 1 | 001101s | 7 |
| 18 | 4 | 0 | 001110s | 7 |
| 19 | 5 | 0 | 001111s | 7 |
| 20 | 1 | 10 | 0001000s | 8 |
| 21 | 1 | 11 | 0001001s | 8 |
| 22 | 1 | 12 | 0001010s | 8 |
| 23 | 1 | 13 | 0001011s | 8 |
| 24 | 1 | 14 | 0001100s | 8 |
| 25 | 2 | 3 | 0001101s | 8 |
| 26 | 2 | 4 | 0001110s | 8 |
| 27 | 6 | 0 | 0001111s | 8 |
| 28 | 1 | 15 | 00001000s | 9 |
| 29 | 2 | 5 | 00001001s | 9 |
| 30 | 3 | 2 | 00001010s | 9 |
| 31 | 4 | 1 | 00001011s | 9 |
| 32 | 7 | 0 | 00001100s | 9 |
| 33 | 8 | 0 | 00001101s | 9 |

**Tabelle I**     PHD 86 336

| L \ B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |

- 8 -                    PHD 86 336

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5  brochenen Teilfolgen vorkommt, wobei ununterbrochenen
Teilfolgen von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich den Teilfolgen anschließenden
Signalwert oder zusammen mit dem den Teilfolgen voran-
gehenden Signalwert Huffman-Codeworte zugeordnet werden,
10  dadurch gekennzeichnet,
daß dann, wenn eine Teilfolge von Signalwerten A zusammen
mit dem vorangehenden oder sich anschließenden Signalwert
eine vorgegebene Länge überschreitet, diese gesamte
Wertefolge so in Abschnitte zerlegt wird, daß die Länge
15  eines jeden Abschnittes unter einem vorgegebenen Wert
liegt, und daß jedem Abschnitt ein Huffman-Codewort
zugeordnet ist.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
20  es sich bei dem Signal um eine Folge von Koeffizienten
handelt, die sich nach der blockweisen Cosinus-Transfor-
mation von Bildpunkten eines Videosignales mit
anschließender Quantisierung ergibt, und daß der Signal-
wert A der Wert 0 ist.

25

30

KODAK_000180

- 7 -                    PHD 86 336

codierbaren gehören. Die nichtcodierbaren Ereignisse
werden dann in codierbare zerlegt. Das angekreuzte nicht-
codierbare Ereignis (8, 7) in Tabelle I wird z.B. in die
Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung
5   gibt es mehrere Möglichkeiten; die einfachste ist die
hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren
Ereignissen gehören, bedeuten die Länge - also die Anzahl
10  der Bits - der Huffman-Codeworte, mit denen die Ereig-
nisse codiert werden. Die Codeworte enthalten auch das
Vorzeichen der Koeffizienten und gegebenenfalls Angaben
über die Größe des Betrages B; keines von ihnen ist
länger als 16 Bit. Bei der Aufstellung der
15  Huffman-Codeworte wurde unterstellt, daß Koeffizienten
mit Beträgen größer als 136 nicht vorkommen.

Tabelle II zeigt die genaue Struktur der verwendeten
Huffman-Codeworte. Das erste Codewort stellt den codier-
20  ten und oben schon erwähnten Signalwert zu Kennzeichnung
eines Blockendes dar. Die erste Spalte der Tabelle II
enthält eine laufende Nummer, die zweite Spalte den
Betrag B der Koeffizienten und die dritte die Länge der
Nullfolgen. Die beiden letzten Angaben zusammen ergeben
25  die "Koordinaten" eines codierbaren Ereignisses nach
Tabelle I. In der vierten Spalte der Tabelle II sind die
Codeworte bitweise angegeben. Das Bit s bedeutet das
Vorzeichenbit, die mit "-" versehenen Stellen sind bedeu-
tungslos und in die mit "+" versehenen Stellen werden die
30  codierten Beträge der Koeffizienten eingetragen, sofern
sie größer als acht sind. Die letzte Spalte gibt noch
einmal die Länge der Huffman-Codeworte wieder.

35

- 6 -                    PHD 86 336

dieser Abschnitte wird nun als Ereignis angesehen, das
durch ein Huffman-Codewort codiert wird. Die Länge eines
jeden dieser Abschnitte liegt unter einem vorgebbaren
Wert, auf den weiter unten eingegangen wird.

5

Der Versinnbildlichung dieser Zerlegung dient die Tabel-
le I. In waagerechter Richtung sind alle vorkommenden
Beträge B - einschließlich der Betrag 0 - von Koeffizien-
ten aufgetragen. In senkrechter Richtung ist die Länge -
10  ebenfalls angefangen bei 0 - von ununterbrochenen Teil-
folgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die
Ereignisse (m, n), d.h. m Nullen gefolgt von einem
15  Koeffizenten vom Betrage n. Das Ereignis (0, 3) z.B.
bedeutet, daß einem Koeffizienten vom Betrage 3 eine
Teilfolge der Länge 0 vorangegangen ist, was gleichbedeu-
tend damit ist, daß vor ihm kein Koeffizient vom Betrage
0 steht. Isoliert stehende Nullen im Signal werden durch
20  das Ereignis (0, 0) symbolisiert. Die Angabe (3, n) u.a.
bedeutet das Ereignis, daß auf drei aufeinanderfolgende
Nullen ein Koeffizient vom Betrage n folgt. Da für n auch
der Wert Null zugelassen ist, bedeutet das Ereignis (3,
0) vier aufeinanderfolgenden Nullen.
25

Die Tabelle I enthält einen fettgedruckten Polygonzug,
der die Ereignisfelder in zwei Bereiche teilt. Der linke
Bereich enthält die nach der Erfindung codierbaren Ereig-
nisse, der rechte Bereich die nichtcodierbaren Ereig-
30  nisse. Die maximale Länge, die ein Abschnitt von Signal-
werten haben darf - er entspricht also einem codierbaren
Ereignis - ist 16; es handelt sich um die Ereignisse (0,
15), (1, 15) und (2, 15). Alle anderen codierbaren
Ereignisse entsprechen Signalabschnitten, die kürzer
35  sind. Die Einteilung in codierbare und nichtcodierbare
Ereignisse ist nicht völlig willkürlich; die am
häufigsten auftretenden Ereignisse müssen zu den

- 5 -                              PHD 86 336

Eine vorteilhafte Ausgestaltung der Erfindung enthält der
Unteranspruch.

5    Anhand der Tabellen und anhand eines Ausführungsbeispie-
les soll die Erfindung näher erläutert werden. Die Tabel-
le I ist eine Ereignistabelle und die Tabelle II eine
Codierungstabelle.

Bei dem Beispiel handelt es sich um die Codierung des bei
10   der Verarbeitung von Videosignalen auftretenden Zwischen-
signales, das aus einer Folge von digital dargestellten
Koeffizienten einer speziellen flächenhaften Fourier-
Transformation von Bildausschnitten (Blöcken) besteht. In
dem seriellen Signal kommt der Koeffizient mit dem Wert 0
15   am häufigsten in ununterbrochenen (endlichen) Teilfolgen
des gesamten Signals vor. Die Signalwerte dieses Blockes
werden durch einen gesonderten Signalwert abgeschlossen,
der das Ende des Blockes (end of block) kennzeichnet.

20   Definiert man als zu codierendes Ereignis eine ununter-
brochene Folge von m Nullen im Signal mit anschließendem
Koeffizienten vom Betrage n – abgekürzt (m, n) – so
ergibt sich eine endliche, aber eine sehr große zwei-
dimensionale Manigfaltigkeit von zu codierenden Ereig-
25   nissen, da in der Praxis auch nicht beliebig große
Beträge B von Koeffizienten vorkommen. Folglich sind auch
die zu verwendenden Huffman-Codeworte theoretisch nach
Anzahl und Länge sehr groß. Zur Reduzierung der Gesamt-
zahl der zu codierenden Ereignisse wird beim erfindungs-
30   gemäßen Verfahren davon ausgegangen, daß z.B. eine Teil-
folge von 19 Nullen mit anschließenden Koeffizienten vom
Betrage 7 sich in Abschnitte zerlegen läßt, von denen der
erste eine ununterbrochene Teilfolge von 16 Nullen, der
zweite eine ununterbrochene Teilfolge von 3 Nullen ist
35   und der dritte eine Teilfolge mit keiner Null und an-
schließendem Koeffizienten vom Betrage 7 darstellt. Jeder

KODAK_000183

- 4 -                    PHD 86 336

Empfänger zur Decodierung ohne Informationsverlust die
genaue Länge einer Nullfolge oder den genauen Betrag
eines Koeffizienten wissen muß, wird an das Huffman-Code-
wort ein Zusatzcodewort gehängt, dem die genaue Länge
5   oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird
ein scharf umrissener Sachverhalt codiert. Da die Anzahl
der Bits derartiger Kombinationen ebenfalls von den
10  statistischen Eigenschaften des Signals abhängig ist,
sollen hier solche Kombinationen ebenfalls als Huffman-
Codeworte bezeichnet werden, die als ganzes dem Empfänger
bzw. Decodierer vorliegen müssen, damit der Sachverhalt,
der ihnen zugrundeliegt eindeutig auf der Empfängerseite
15  erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können
bei dem Verfahren nach der zitierten deutschen Patentan-
meldung bis zu 30 Bit lang werden. Da die Verarbeitung
20  von maximal 16 Bit langen Codeworten keine besonderen
Einrichtungen erforderlich macht, sondern z.B. mit einem
16-Bit-Mikroprozessor möglich ist, liegt der Erfindung
die Aufgabe zugrunde, ein Verfahren zur Bitratenreduktion
der eingangs genannten Art anzugeben, bei dem ohne
25  Informationsverlust und ohne nennenswerte Vergrößerung
der erforderlichen Übertragungsbitrate Huffman-Codeworte
von maximal 16-Bit möglich sind.

Ausgehend von einem Verfahren der eingangs genannten Art
30  wird diese Aufgabe dadurch gelöst, daß dann, wenn eine
Teilfolge von Signalwerten A zusammen mit dem vorangehen-
den oder sich anschließenden Signalwert eine vorgegebene
Länge überschreitet, diese gesamte Wertefolge so in
Abschnitte zerlegt wird, daß die Länge eines jeden
35  Abschnittes unter einem vorgegebenen Wert liegt, und daß
jedem Abschnitt ein Huffman-Codewort zugeordnet ist.

KODAK_000184

- 3 -                    PHD 86 336

sionale Tabelle versinnbildlicht sind. In einer waage-
rechten Richtung sind die Beträge B der Koeffizienten,
angefangen beim Betrag 1, aufgetragen und in einer senk-
rechten Richtung die Länge L (run-length) ununter-
5  brochener Teilfolgen von Nullen, angefangen bei der Länge
0. Jedes zusammengesetzte durch spezielle Werte von L und
B gekennzeichnete Ereignisse ist durch seine relative
Häufigkeit charakterisiert; aus den relativen Häufig-
keiten der Ereignisse ergibt sich dann zwangsläufig,
10  durch welche Huffman-Codeworte ein bestimmtes Ereignis,
z.B. drei aufeinanderfolgende Nullen gefolgt von einem
Koeffizienten mit dem Betrage 2, zu codieren ist.

Das Codierungsverfahren bewirkt eine stärkere Bitraten-
15  reduktion als das Verfahren von Chen et al., weil z.B.
die Wahrscheinlichkeit des Ereignisses, bei dem drei auf-
einanderfolgende Nullen mit anschließendem Koeffizienten
vom Betrage 2 auftreten, verschieden ist vom Produkt der
Wahrscheinlichkeit, mit der drei aufeinanderfolgende
20  Nullen auftreten, und der Wahrscheinlichkeit, mit der ein
Koeffizient vom Betrage 2 überhaupt auftritt.

Das in der erwähnten deutschen Patentanmeldung beschrie-
bene Verfahren sieht eine Begrenzung der zweidimensiona-
25  len Ereignistabelle bzw. Codierungstabelle auf folgende
Weise vor: alle Teilfolgen von Nullen mit gleich großem
anschließenden Betrag eines Koeffizienten werden dann als
ein Ereignis angesehen, wenn die Länge der Teilfolge von
Nullen größer als acht ist; ebenso werden alle Nullfolgen
30  gleicher Länge dann als ein Ereignis angesehen, wenn der
sich anschließende Betrag eines Koeffizienten größer als
acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich -
35  wie eine Tabelle in der erwähnten Patentanmeldung zeigt -
um relativ seltene Ereignisse; sie werden daher mit
relativ langen Huffman-Codeworten codiert. Da der



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Docket No

In re Application of                          PHD 88-327

PETER VOGAL                           Group: 217

Serial No. 07/096,177                  Examiner: B. Young

Filed: September 11, 1987              Batch No. V59

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

<u>MAILING CERTIFICATE UNDER 37 CFR 1.8(a)</u>

Sir:

    I hereby certify that this correspondence (Issue Fee)
is being deposited with the United States Postal Services as
first class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231, on
_11/17/89_____.

                                <u>Michael E. Marion, Reg. 32,266</u>
                                Assoc.Attorney for Applicant

                                _____
                                (Signature)

                                11/17/89_____
                                (Date)

KODAK_000186

PART B - ISSUE FEE TRANSMITTAL

**INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate address for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| THOMAS A. BRIODY<br>U. S. PHILIPS CORPORATION<br>580 WHITE PLAINS ROAD<br>TARRYTOWN, NEW YORK 10591 | INVENTOR'S NAME<br>Street Address<br>City, State and ZIP Code<br>CO-INVENTOR'S NAME<br>Street Address<br>City, State and ZIP Code<br>☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/14/113 | YOUNG, B | | 217 | 08/28/89 |

First Named Applicant VOGEL, PETER

TITLE OF INVENTION METHOD AND APPARATUS FOR BIT RATE REDUCTION (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | PHD 86,927 | 341-063.000 | V59 | UTILITY | NO | $620.00 | 11/28/89 |

**3. Further correspondence to be mailed to the following:**

U. S. Philips Corporation
580 White Plains Road
Tarrytown, NY  10591

**4.** For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 Michael E. Marion
2 _____
3 _____

DO NOT USE THIS SPACE

| S 20337 | 11/30/89 | 07096177 | | 14-1270 | 020 | 142 | 620.00CH |
| S 20338 | 11/30/89 | 07096177 | | 14-1270 | 020 | 501 | 15.00CH |

**5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)**

(1) NAME OF ASSIGNEE:
U. S. Philips Corporation
(2) ADDRESS: (City & State or Country)
100 East 42nd Street, New York, NY  10017
(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION
Delaware

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

**6a.** The following fees are enclosed:
☐ Issue Fee   ☐ Advanced Order - # of Copies _____ (Minimum of 10)

**6b.** The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER  14-1270
(Enclose Part C)
☒ Issue Fee   ☒ Advanced Order - # of Copies  10 (Minimum of 10)
☐ Any Deficiencies in Enclosed Fees (Minimum of 10)

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Signature of party in interest of record) _____ (Date) 11/17/89

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV 12-88)(OMB Clearance is pending)

KODAK_000187

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with
the United States Postal Service with sufficient postage as first class
mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _____

(Date)

_____

(Name of person making deposit)

_____

(Signature)

_____

(Date)

Note:  If this certificate of mailing is used, it can only be used to transmit the
Issue Fee.  This certificate cannot be used for any other accompanying
papers.  Each additional paper, such as an assignment or formal drawings,
must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete.  Time will vary
depending upon the needs of the individual applicant.  Any comments on
the amount of time you require to complete this form should be sent to the
Office of Management and Organization, Patent and Trademark Office,
Washington, D.C. 20231 and to the Office of Information and Regulatory
Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)

DOCKET NO. *PHD 86·327* DIV. *IIA* ___ SER. NO. *096,177*

TRADEMARK ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

PLEASE DATE STAMP AND RETURN TO
ACKNOWLEDGE RECEIPT OF NOTED DOCUMENTS

*PRIORITY DOCUMENTS    P 3631252.5*
*P 3638127.6   AND   P 3712399.5*

| | |
|---|---|
| New Application.............. ☐ | Amendment............. ☐ |
| No. Pages Spec._____ | Issue Fee............. ☐ |
| (including claims) | Notice of Appeal ☐ |
| Con. Doc...................... ☐ | Extension............. ☐ |
| Drawings          Inf. ☐ | Mailing  Cert....... ☐ |
| No. Sh..............For. ☐ | Assignment............. ☐ |
| Power of Att.................. ☐ | Missing  Decl ....... ☐ |

MLG. Date *11·2·87 pv* 𝓂

KODAK_000189



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | F | F HD 86,327 |

THOMAS A. BRIODY
  U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| EXAMINER | |
|---|---|
| YOUNG, B | |
| ART UNIT | PAPER NUMBER |
| 217 | # 14 |

DATE MAILED:
12/12/89

## PRIORITY ACKNOWLEDGMENT

☒ 1. Receipt is acknowledged of papers submitted under 35 U.S.C. 119. The papers have been placed of record in the file.

☐ 2. Applicant's claim for priority, based on papers filed in parent application Serial No. _____ submitted under 35 U.S.C. 119; is acknowledged.

☐ 3. The priority papers, submitted _____, are not acknowledged since they were filed later than the date on which the issue fee was paid. To have the priority papers considered for entry, a petition must be filed in accordance with 37 CFR 1.55(b) requesting their entry together with the fee set forth in 37 CFR 1.17(i).

Manager, Publishing Division
Office of Publications

Form PTOL-147 (Rev.10-83)

KODAK_000190

Form PTO-875
REV. 1-86

**U.S. DEPARTMENT OF COMMERCE**
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. 096177
FILING DATE 9-11-89

APPLICANT (FIRST NAMED) Vogl

## CLAIMS AS FILED - PART I

| | NO. FILED | | NO. EXTRA | | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | FEE | OR | RATE | FEE |
| BASIC FEE | | | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 10 | -20= | | | X6= | $ | OR | X12= | $ |
| INDEP CLAIMS | | -3= | | | X17= | $ | OR | X34= | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | | X55= | $ | OR | X110 | $ |
| *If difference in col. 1 is less than zero, enter "0" in col. 2 | | | | | | TOTAL | OR | TOTAL | 340 |

## CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
| TOTAL | 10 | MINUS | 20 | | •5 | $ | OR | •10 | $ |
| INDEP. | | MINUS | 3 | | •15 | $ | OR | •30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | •50 | $ | OR | •100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 14 | MINUS | 20 | | | •5 | $ | OR | •10 | $ |
| INDEP | 3 | MINUS | 3 | | | •15 | $ | OR | •30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | | •50 | $ | OR | •100 | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 13 | MINUS | 20 | | | •5 | $ | OR | •10 | $ |
| INDEP | 3 | MINUS | 3 | 2 | | •15 | $ | OR | •30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | | •50 | $ | OR | •100 | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3

** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

KODAK_000191

096177

'87 09/08 09:27

1/5



| L \ B | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 |
|---|---|---|---|---|---|---|---|---|---|
| ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

FIG. 1

1 -V- PHO 86-327 C

KODAK_000192



KODAK_000193

096177

'87 09/08 09:27

04

2/5

| L \ B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |

FIG. 2

2-Ⅴ-PHD 86—327C



KODAK_000195