## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

U.S. PHILIPS CORPORATION,  )
          )
    Plaintiff,   )
          )  Civ. No. 06-00251-GMS
  v.       )
          )
EASTMAN KODAK COMPANY,  )
          )
    Defendant.  )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: **DEFENDANT EASTMAN**

**KODAK COMPANY'S RESPONSES TO PLAINTIFF U.S. PHILIPS CORPORATION'S**

**THIRD NOTICE OF 30(b)(6) DEPOSITION** were served as follows on October 11, 2007:

| **BY HAND DELIVERY AND E-MAIL:** | **BY U.S. MAIL AND E-MAIL:** |
|---|---|
| Steven J. Balick | Thomas W. Winland |
| John G. Day | Steven M. Anzalone |
| Tiffany Geyer Lydon | Frank A. DeCosta, III |
| Ashby & Geddes | Joyce Craig |
| 500 Delaware Avenue, 8th Floor | Finnegan Henderson Farabow Garrett and |
| P.O. Box 1150 | Dunner LLP |
| Wilmington, DE 19899 | 901 New York Avenue, NW |
| | Washington, DC 20001 |

Dated: October 11, 2007    _/s/ Kristen Healey Cramer_
            Francis DiGiovanni (#3189)
            Kristen Healey Cramer (#4512)
            Connolly Bove Lodge & Hutz LLP
            The Nemours Building
            1007 N. Orange Street
            Wilmington, DE 19899
            Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

*Attorneys for Defendant/Counterclaimant*
*Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I, Kristen Healey Cramer, hereby certify that on October 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on October 11, 2007, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)