**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. No. 06-00251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: **NOTICE OF DEPOSITION OF RICHARD CLARK** was served as follows on October 12, 2007:

| **BY U.S. MAIL AND E-MAIL:** | **BY U.S. MAIL AND E-MAIL:** |
|---|---|
| Steven J. Balick | Thomas W. Winland |
| John G. Day | Steven M. Anzalone |
| Tiffany Geyer Lydon | Frank A. DeCosta, III |
| Ashby & Geddes | Finnegan Henderson Farabow Garrett and |
| 500 Delaware Avenue, 8th Floor | Dunner LLP |
| P.O. Box 1150 | 901 New York Avenue, NW |
| Wilmington, DE 19899 | Washington, DC 20001 |

Dated: October 15, 2007        */s/ Francis DiGiovanni*
                               Francis DiGiovanni (#3189)
                               Kristen Healey Cramer (#4512)
                               Connolly Bove Lodge & Hutz LLP
                               The Nemours Building
                               1007 N. Orange Street
                               Wilmington, DE 19899
                               Phone (302) 658-9141

        John Allcock
        Sean C. Cunningham
        Tim Lohse
        John D. Kinton
        Jesse Hindman
        DLA Piper US LLP
        401 B Street, Suite 1700
        San Diego, CA 92101-4297
        Phone (619) 699-2700

        *Attorneys for Defendant/Counterclaimant*
        *Eastman Kodak Company*

568971-1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on October 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on October 15, 2007, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)