IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-251-GMS |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF RICHARD CLARK

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, counsel

for U.S. Philips Corporation ("Philips") will take the deposition upon oral examination of

Richard Clark.  The deposition will begin immediately following completion of Kodak's

deposition of Richard Clark on **October 31, 2007**, at the offices of DLA Piper, 1251 Avenue of

the Americas, 27th Floor, New York, NY 10020-1104.  The deposition will continue from day to

day until completed.

The deposition will be conducted pursuant to Federal Rule of Civil Procedure 30 and will

be taken before an officer, notary public, or other person authorized to administer oaths and may

be videotaped.  The deposition will be taken for the purposes of discovery, for use at trial in this

matter, and for any purposes permitted under the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*U.S. Philips Corporation*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Joyce Craig
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000

Dated:  October 17, 2007
185038.1