IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-251-GMS |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, a state of emergency has been declared in San Diego County, the location of lead counsel for defendant Eastman Kodak Company ("Kodak"), and members of defendant's lead counsel have been forced to evacuate their homes due to wildfires, the defendant has requested and the plaintiff has agreed to a modification of paragraph 4 of the Scheduling Order (D.I. 18), whereby the deadline for answering claim construction briefs is extended from October 23, 2007 to October 30, 2007; and

WHEREAS, for the same reason, the defendant has requested, and the plaintiff has agreed to reschedule the telephonic Status Conference on summary judgment briefing as set forth in paragraph 8 of the Scheduling Order (D.I. 18) as modified by Oral Order of the Court on October 11, 2007. The telephonic Status Conference presently is scheduled for October 23, 2007 at 2:00 p.m.

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that:

1. The last sentence of ¶ 4 of the Scheduling Order (D.I. 18) is amended to provide that the parties shall file answering claim construction briefs on October 30, 2007.

2. The October 23, 2007 telephonic Status Conference regarding whether the filing of any motion for summary judgment will be permitted is cancelled. The parties shall work with chambers to select a new date and time for that conference.

| | |
|---|---|
| _/s/ Stephen J. Balick_ | _/s/ Kristen Healey Cramer_ |
| Steven J. Balick (#2114) | Francis DiGiovanni (#3189) |
| John G. Day (#2403) | Kristen Healey Cramer (#4512) |
| Tiffany Geyer Lydon (#3950) | CONNOLLY BOVE LODGE & HUTZ LLP |
| ASHBY & GEDDES | The Nemours Building |
| 222 Delaware Avenue, 17th Floor | 1007 Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 654-1888 | (302) 658-9141 |
| sbalick@ashby-geddes.com | fdigiovanni@cblh.com |
| jday@ashby-geddes.com | kcramer@cblh.com |
| tlydon@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of October, 2007.

_____

United States District Chief Judge Gregory M. Sleet