IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-251-GMS |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, a state of emergency was declared on October 22, 2007 in San Diego County, the location of lead counsel for defendant Eastman Kodak Company ("Kodak"), and members of defendant's lead counsel were forced to evacuate their homes due to wildfires, the defendant has requested and the plaintiff has agreed a modification of paragraph 5 of the Scheduling Order (D.I. 18, as amended by D.I. 87), whereby the deadline for the close of fact discovery is extended from October 31, 2007 to November 16, 2007; and

WHEREAS, for the same reason, the defendant has requested, and the plaintiff has agreed to modify the expert designation and expert report briefing schedule as set forth in paragraph 5 of the Scheduling Order (D.I. 18), whereby the deadline for designating experts and serving expert reports on issues for which the party has the burden of proof is extended from November 30, 2007 to December 14, 2007, and the deadline for designating experts and serving expert reports on issues for which the party does not have the burden of proof is extended from December 20, 2007 to January 7, 2008. The parties further agree that the expert discovery cutoff date of January 22, 2008 and the remaining dates in the scheduling Order are unchanged.

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that:

1. The first sentence of ¶ 5 of the Scheduling Order (D.I. 18, as amended by D.I. 87) is modified to read as follows: All fact discovery shall be initiated so that it will be completed on or before November 16, 2007.

2. The third sentence of ¶ 5 of the Scheduling Order (D.I. 18) is modified to read as

follows: Designation of experts (and expert reports) on issues for which the party has the burden of proof shall be served on or before December 14, 2007.

      3.      The fourth sentence of ¶ 5 of the Scheduling Order (D.I. 18) is modified to read as follows: Designation of experts (and expert reports) on issues for which the party does not have the burden of proof shall be served on or before January 7, 2008.

| | |
|---|---|
| */s/ Stephen J. Balick* | */s/ Kristen Healey Cramer* |
| Steven J. Balick (#2114) | Francis DiGiovanni (#3189) |
| John G. Day (#2403) | Kristen Healey Cramer (#4512) |
| Tiffany Geyer Lydon (#3950) | CONNOLLY BOVE LODGE & HUTZ LLP |
| ASHBY & GEDDES | The Nemours Building |
| 222 Delaware Avenue, 17th Floor | 1007 Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 654-1888 | (302) 658-9141 |
| sbalick@ashby-geddes.com | fdigiovanni@cblh.com |
| jday@ashby-geddes.com | kcramer@cblh.com |
| tlydon@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Chief Judge Gregory M. Sleet