IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-251-GMS |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE**

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*U.S. PHILIPS CORPORATION*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Joyce Craig
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: October 30, 2007
185410.1

Francis DiGiovanni (I.D. #3189)
Kristen Healey Cramer (I.D. #4512)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
kcramer@cblh.com

*Attorneys for Defendant/Counterclaimant*
*EASTMAN KODAK COMPANY*

*Of Counsel:*

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
T. Jesse Hindman
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700

**PLAINTIFF'S EXHIBITS**

| Tab | Description | Pages |
|---|---|---|
| 1 | U.S. Patent No. 4,901,075 | JA1-10 |
| 2 | Final Joint Claim Chart | JA11-33 |
| 3 | German Patent No. 3631252.5 – PHLPSKD_00009229-9236 | JA34-41 |
| 4 | German Patent No. 3638127.6 – PHLPSKD_00009237-9250 | JA42-55 |
| 5 | German Patent No. 3717399.5 – PHLPSKD_00009212-9220 | JA56-64 |
| 6 | W. Chen & W. K. Pratt, "Scene Adaptive Coder," IEEE Transactions on Communications, Vol. Com. 32, No. 3, (March 1984) | JA65-73 |
| 7 | The Oxford America Dictionary and Language Guide, Oxford University Press (1999), relevant pages | JA74-80 |
| 8 | The Illustrated Dictionary of Electronics, Seventh Edition, McGraw-Hill (1997), relevant pages | JA81-90 |
| 9 | '075 Prosecution History – PHLPSKD_00005033-5249 | JA91-307 |
| 10 | Bernd Girod, Rudolf Rabenstein, and Alexander Stenger, Signals and Systems (Wiley, 2001) | JA308-311 |
| 11 | Microsoft Computer Dictionary, Fifth Edition (2002), relevant pages | JA312-318 |
| 12 | Ninth New Collegiate Dictionary, Merriam-Webster Inc., p.1314 (1986) | JA319-321 |
| 13 | U.S. Patent No. 4,136,363 | JA322-333 |
| 14 | Gilbert Held, Data Compression: Techniques and Applications, Hardware, and Software Considerations, John Wiley & Sons (1984), relevant pages | JA334-347 |
| 15 | Athanasios Papoulis, Probability, Random Variables and Stochastic Processes (1984) | JA348-363 |
| 16 | JPEG Standard – PHLPSKD_00047423-47608 | JA364-549 |

| | | |
|---|---|---|
| 17 | Declaration of Dr. Bernd Girod | JA550-563 |
| 18 | *Telcordia Tech., Inc. v. Alcatel USA, Inc.*, No. 04-874-GMS, D.I. 169 (Apr. 21, 2006) | JA564-565 |
| 19 | Deposition of Peter Vogel, Rough transcript excerpts (Oct. 23, 2007) | JA566-573 |

**DEFENDANT'S EXHIBITS**

| <u>Tab</u> | <u>Description</u> | <u>Pages</u> |
|---|---|---|
| A | U.S. Patent No. 4,901,075 | JA574-583 |
| B | Scene Adaptive Coder, Wen-Hsiung Chen and William K. Pratt, IEEE Transactions On Communications, Vol. COM-32, No. 3, March 1984, pp.225-232 | JA584-592 |
| C | U.S. Patent No. 4,316,222 | JA593-609 |
| D | Declaration of Professor Touradj Ebrahimi | JA610-619 |
| E | U.S. Patent No. 4,901,075 Prosecution History – KODAK_000012-230 | JA620-838 |
| F | Order Construing Claims of United States Patent No. 4,698,672 | JA839-869 |
| G | Excerpt of 1984 IEEE Standard Dictionary of Electrical and Electronics Terms | JA870-872 |
| H | Excerpt of 1988 IEEE Standard Dictionary of Electrical and Electronics Terms | JA873-875 |