# EXHIBIT 3

# BUNDESREPUBLIK DEUTSCHLAND



10.09.87

5

## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 13. September 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 13. September 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133 der
Internationalen Patentklassifikation erhalten.

Aktenzeichen: P 36 31 252.5

München, den  27. April 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Kohler

A 9161
1.82

<u>ZUSAMMENFASSUNG</u>                    PHD 86 327

Verfahren zur Bitratenreduktion


Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5       ununterbrochenen Teilfolgen vorkommt. Eine um 12% bessere
Bitratenreduktion als die, die bisher bekannte Verfahren
liefern, wird u.a. bei Videosignalen dadurch erreicht,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2, usw. zusammen mit dem sich der
10      Teilfolge anschließenden Signalwert oder zusammen mit dem
der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.


15



20



25



30

PHLPSKD_00009230

PHILIPS PATENTVERWALTUNG GMBH                PHD 86 327

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduktion bei der Codierung eines Signales, das aus einer Folge von digital dargestellten Signalwerten besteht und das einen Signalwert A enthält, der am häufigsten in
5   ununterbrochenen Teilfolgen vorkommt.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt (Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive Coder. IEEE Transactions on Communications, Vol. Com-32,
10  No. 3, March 1984, S. 225-232) ist eine Codierung von Videosignalen beschrieben, die das Ziel hat, mit möglichst geringer Bitrate Videobilder ausreichender Qualität zu übertragen. Die Codierung erfolgt in mehreren Schritten. Zunächst werden gleichgroße Ausschnitte eines
15  Videobildes, repräsentiert durch Blöcke von Abtastwerten der Bildpunkte, einer diskreten Cosinus-Transformation unterworfen. Bei dieser Transformation handelt es sich um eine spezielle flächenhafte Fourier-Transformation. Aus dem ursprünglichen Block entsteht nach der Transformation
20  ein neuer Block von Zahlenwerten (Koeffizienten). Dieser Koeffizientenblock hat die Eigenschaft, daß ein großer Teil seiner Elemente - also ein großer Teil der Koeffizienten - nahezu Null oder exakt Null ist. Eine anschließende Quantisierung der Koeffizienten macht dann in
25  aller Regel den überwiegenden Teil der Elemente zu Null, so daß eine darauf folgende Huffman-Codierung schon deswegen eine erhebliche Bitratenreduktion bedeuten würde. Zu einer weiteren Bitratenreduktion kommen die Verfasser des oben erwähnten Artikels dadurch, daß sie
30  das häufige Auftreten von ununterbrochenen Teilfolgen von Nullen in dem Zwischensignal, in dem die Koeffizienten

- 2 -                           PHD 86 327

seriell angeordnet sind, durch eine Huffman-Codierung ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
5  die Codeworte unterschiedliche Länge haben, statistische
Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
10  (runlength) 1, 2, 3 usw. vorkommen. Der Teilfolge mit der
größten Häufigkeit wird dann das kürzeste Huffman-Code-
wort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.
15
Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
20  sind. Codiert werden nur die Beträge, weil betragsmäßig
gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die runlength zu codieren ist. Damit bei der
25  Decodierung die Codeworte der einen Tabelle von denen der
anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten runlenght ein gesondertes Codewort, das so-
genannte runlength prefix verwendet.

30  Der Erfindung liegt die Aufgabe zugrunde, bei einem
Signal mit den eingangs genannten Merkmalen, das als
Sonderfall ein bei der Bildcodierung auftretendes
Zwischensignal enthält, ein Codierverfahren anzugeben,
das zu einer größeren als bisher bekannten Bitratenreduk-
35  tion führt.

PHLPSKD_00009232

- 3 -                           PHD 86 327

Diese Aufgabe wird dadurch gelöst, daß jeder ununter-
brochenen Teilfolge von Signalwerten A der Länge 0, 1,
zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit der Teilfolge vorangehenden
5   Signalwert ein Huffman-Codewort zugeordnet wird.

Vorteilhafte Ausgestaltungen der Erfindung enthalten die
Unteransprüche. Anhand eines Beispieles und der Tabellen
soll die Erfindung näher erläutert werden.
10

Wie der erfindungsgemäßen Lehre z.B. zu entnehmen ist,
wird das Auftreten einer ununterbrochenen Teilfolge von
Nullen, auch einer solchen mit der Länge Null, und des
sich dieser Teilfolge anschließenden Koeffizienten als
15  ein Ereignis angesehen. Jedes dieser Ereignisse tritt im
Videosignal mit einer charakteristischen Häufigkeit auf.
Wie z.B. Messungen ergeben haben, dominieren nach einer
längeren ununterbrochenen Teilfolge von Nullen Koeffi-
zienten mit kleinem Betrag Koeffizienten mit größerem
20  Betrag.

Tabelle 1 zeigt die Häufigkeitsverteilung der oben
angesprochenen Ereignisse bei einem cosinus-transformier-
ten und anschließend quantisierten Videosignal. Jedes
25  Feld der Tabelle stellt ein Ereignis dar, das durch die
Länge L der ununterbrochenen Teilfolgen von Nullen und
durch den Betrag B des sich anschließenden (quantisier-
ten) Koeffizienten charakterisiert ist. Die Beträge B
durchlaufen die natürlichen Zahlen ohne die Null und die
30  Länge L durchläuft die natürlichen Zahlen mit der Null.
Damit die Tabelle nicht beliebig groß wird, sind alle
Ereignisse mit B größer oder gleich 9 zu einem Gesamter-
eignis zusammengefaßt. Entsprechendes gilt für L größer
oder gleich 9.
35

- 4 -						PHD 86 327

Die Zahlen in den Feldern geben an, wie oft das zugehörige Ereignis in einem quantisierten Videosignal mit etwa 15 000 Signalwerten auftritt. Die Zuordnung von Huffman-Codeworten macht die Tabelle offensichtlich:
5	das Ereignis L=0, B=1 bekommt das kürzeste Codewort; es folgt das Ereignis L=1, B=1 mit dem nächstlängeren Codewort und so fort.

Trägt man in die Ereignisfelder der Tabelle statt der
10	Häufigkeiten die zugeordneten Codeworte ein, so ergibt sich eine zweidimensionale Codierungstabelle. Sie ist hier nicht angegeben, weil das Aufstellen solcher Codierungstabellen zum handwerklichen Können des Fachmannes gehört. Ergänzend sei angemerkt, daß bei den
15	Ereignissen mit L größer oder gleich 9 oder mit B größer oder gleich 9 nach dem zugeordneten Codewort noch maximal 11 Bits folgen, durch die der Empfänger eine genaue Information über die Größe L bzw. über die Größe B erhält.
20
Eine Codierung von Videosignalen nach der eben angedeuteten zweidimensionalen Codierungstabelle ergibt gegenüber der eingangs beschriebenen Codierung eine zusätzliche Bitratenreduktion von 12%.
25




30



35

- 5 -                                      PHD 86 327

## PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5   brochenen Teilfolgen vorkommt,
dadurch gekennzeichnet,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2 usw. zusammen mit dem sich der
Teilfolge anschließenden Signalwert oder zusammen mit dem
10  der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
jeder ununterbrochenen Teilfolge von Signalwerten A
15  zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert das gleiche Huffman-Codewort zugeordnet
wird, wenn die Teilfolge eine vorgegebene Länge über-
schreitet.
20

3. Verfahren nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß es sich bei dem Signal um eine Folge von
Koeffizienten handelt, die sich nach der blockweisen
Cosinus-Transformation von Bildpunkten eines Videosigna-
25  les mit anschließender Quantisierung ergibt und daß der
Signalwert A der Wert Null ist.

4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
das Huffman-Codewort unabhängig von dem Vorzeichen des-
30  jenigen Koeffizienten ist, der sich auf die Folge von
Nullen anschließt oder ihr vorangeht, und daß das Vor-
zeichen durch ein gesondertes Bit codiert wird.

Tabelle

| L    |      |      |     |     |     |    |    |    |     |
|------|------|------|-----|-----|-----|----|----|----|-----|
| ≥9   | 1253 | 55   | 5   | 4   | 0   | 0  | 0  | 0  | 0   |
| 8    | 252  | 16   | 1   | 1   | 1   | 0  | 1  | 0  | 0   |
| 7    | 316  | 35   | 6   | 0   | 1   | 0  | 0  | 0  | 0   |
| 6    | 389  | 35   | 5   | 0   | 0   | 0  | 0  | 0  | 0   |
| 5    | 516  | 65   | 12  | 3   | 3   | 1  | 2  | 0  | 1   |
| 4    | 567  | 94   | 29  | 9   | 1   | 2  | 1  | 0  | 0   |
| 3    | 791  | 118  | 29  | 11  | 2   | 2  | 1  | 0  | 0   |
| 2    | 1095 | 216  | 54  | 22  | 9   | 3  | 0  | 1  | 2   |
| 1    | 1786 | 510  | 176 | 77  | 28  | 20 | 8  | 8  | 16  |
| 0    | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
|      | 1    | 2    | 3   | 4   | 5   | 6  | 7  | 8  | ≥9  |

B

PHD 86 327