# EXHIBIT 4

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

als Zusatz zur Patentanmeldung P 36 31 252.5

am 8. November 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 8. November 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133
der Internationalen Patentklassifikation erhalten.

Aktenzeichen: P 36 38 127.6

München, den 26. August 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Grüner

A 9161
1.82

-9-     PHD 86 336

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei der Codierung eines Signales anwendbar, das aus einer Folge von digital dargestellten Signalwerten besteht und das einen Signalwert A enthält, der am häufigsten in un-
5   unterbrochenen Teilfolgen vorkommt. Diese Teilfolgen werden zusammen mit dem sich anschließenden Signalwert, der ebenfalls der Wert A sein darf, als Ereignisse angesehen, denen Huffman-Codeworte zuzuordnen sind.

10   Damit z.B. bei Videosignalen die maximale Länge der Huffman-Codeworte auf 16 Bit beschränkt bleibt, wird die Gesamtheit aller Ereignisse in zwei Bereiche eingeteilt, von denen der erste Bereich nur aus sogenannten codierbaren Ereignissen besteht. Fällt ein Ereignis z.B. in den
15   zweiten Bereich, so wird es in Teilereignisse zerlegt, die alle im ersten Bereich liegen.

20

25

30

PHILIPS PATENTVERWALTUNG GMBH                    PHD 86 336

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduktion bei Codierung eines Signales, das aus einer Folge von digital dargestellten, endlich vielen Signalwerten besteht und das einen Signalwert A enthält, der am
5   häufigsten in ununterbrochenen Teilfolgen vorkommt, wobei ununterbrochenen Teilfolgen von Signalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen sich anschließenden Signalwert oder zusammen mit dem den Teilfolgen vorangehenden Signalwert Huffman-Codeworte
10   zugeordnet werden.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt (Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive Coder. IEEE Transactions on Communications, Vol. Com-32,
15   No. 3, March 1984, S. 225-232) ist eine Codierung von Videosignalen beschrieben, die das Ziel hat, mit möglichst geringer Bitrate Videobilder ausreichender Qualität zu übertragen. Die Codierung erfolgt in mehreren Schritten. Zunächst werden gleichgroße Ausschnitte eines
20   Videobildes, repräsentiert durch Blöcke von Abtastwerten der Bildpunkte, einer diskreten Cosinus-Transformation unterworfen. Bei dieser Transformation handelt es sich um eine spezielle flächenhafte Fourier-Transformation. Aus dem ursprünglichen Block entsteht nach der Transformation
25   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser Koeffizientenblock hat die Eigenschaft, daß ein großer Teil seiner Elemente - also ein großer Teil der Koeffizienten - nahezu Null oder exakt Null ist. Eine anschließende Quantisierung der Koeffizienten macht dann in
30   aller Regel den überwiegenden Teil der Elemente zu Null, so daß eine darauf folgende Huffman-Codierung schon deswegen eine erhebliche Bitratenreduktion bedeuten

- 2 -                                      PHD 86 336

würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten
5   seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
die Codeworte unterschiedliche Länge haben, statistische
10  Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
(run-length) 1, 2, 3 usw. vorkommen. Der Teilfolge mit
15  der größten Häufigkeit wird dann das kürzeste Huffman-
Codewort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

20  Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
sind. Codiert werden nur die Beträge, weil betragsmäßig
25  gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die run-length zu codieren ist. Damit bei der
Decodierung die Codeworte der einen Tabelle von denen der
30  anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten run-lenght ein gesondertes Codewort, das
sogenannte run-length prefix verwendet.

Ein verbessertes Codierungsverfahren wird in der deut-
35  schen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5
angegeben. Nach dieser Anmeldung wird das zu codierende
Signal in Ereignisse zerlegt, die durch eine zweidimen-

- 3 -                              PHD 86 336

sionale Tabelle versinnbildlicht sind. In einer waage-
rechten Richtung sind die Beträge B der Koeffizienten,
angefangen beim Betrag 1, aufgetragen und in einer senk-
rechten Richtung die Länge L (run-length) ununter-
5  brochener Teilfolgen von Nullen, angefangen bei der Länge
0. Jedes zusammengesetzte durch spezielle Werte von L und
B gekennzeichnete Ereignisse ist durch seine relative
Häufigkeit charakterisiert; aus den relativen Häufig-
keiten der Ereignisse ergibt sich dann zwangsläufig,
10 durch welche Huffman-Codeworte ein bestimmtes Ereignis,
z.B. drei aufeinanderfolgende Nullen gefolgt von einem
Koeffizienten mit dem Betrage 2, zu codieren ist.

Das Codierungsverfahren bewirkt eine stärkere Bitraten-
15 reduktion als das Verfahren von Chen et al., weil z.B.
die Wahrscheinlichkeit des Ereignisses, bei dem drei auf-
einanderfolgende Nullen mit anschließendem Koeffizienten
vom Betrage 2 auftreten, verschieden ist vom Produkt der
Wahrscheinlichkeit, mit der drei aufeinanderfolgende
20 Nullen auftreten, und der Wahrscheinlichkeit, mit der ein
Koeffizient vom Betrage 2 überhaupt auftritt.

Das in der erwähnten deutschen Patentanmeldung beschrie-
bene Verfahren sieht eine Begrenzung der zweidimensiona-
25 len Ereignistabelle bzw. Codierungstabelle auf folgende
Weise vor: alle Teilfolgen von Nullen mit gleich großem
anschließenden Betrag eines Koeffizienten werden dann als
ein Ereignis angesehen, wenn die Länge der Teilfolge von
Nullen größer als acht ist; ebenso werden alle Nullfolgen
30 gleicher Länge dann als ein Ereignis angesehen, wenn der
sich anschließende Betrag eines Koeffizienten größer als
acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich -
35 wie eine Tabelle in der erwähnten Patentanmeldung zeigt -
um relativ seltene Ereignisse; sie werden daher mit
relativ langen Huffman-Codeworten codiert. Da der

- 4 -                              PHD 86 336

Empfänger zur Decodierung ohne Informationsverlust die
genaue Länge einer Nullfolge oder den genauen Betrag
eines Koeffizienten wissen muß, wird an das Huffman-Code-
wort ein Zusatzcodewort gehängt, dem die genaue Länge
5   oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird
ein scharf umrissener Sachverhalt codiert. Da die Anzahl
der Bits derartiger Kombinationen ebenfalls von den
10  statistischen Eigenschaften des Signals abhängig ist,
sollen hier solche Kombinationen ebenfalls als Huffman-
Codeworte bezeichnet werden, die als ganzes dem Empfänger
bzw. Decodierer vorliegen müssen, damit der Sachverhalt,
der ihnen zugrundeliegt eindeutig auf der Empfängerseite
15  erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können
bei dem Verfahren nach der zitierten deutschen Patentan-
meldung bis zu 30 Bit lang werden. Da die Verarbeitung
20  von maximal 16 Bit langen Codeworten keine besonderen
Einrichtungen erforderlich macht, sondern z.B. mit einem
16-Bit-Mikroprozessor möglich ist, liegt der Erfindung
die Aufgabe zugrunde, ein Verfahren zur Bitratenreduktion
der eingangs genannten Art anzugeben, bei dem ohne
25  Informationsverlust und ohne nennenswerte Vergrößerung
der erforderlichen Übertragungsbitrate Huffman-Codeworte
von maximal 16-Bit möglich sind.

Ausgehend von einem Verfahren der eingangs genannten Art
30  wird diese Aufgabe dadurch gelöst, daß dann, wenn eine
Teilfolge von Signalwerten A zusammen mit dem vorangehen-
den oder sich anschließenden Signalwert eine vorgegebene
Länge überschreitet, diese gesamte Wertefolge so in
Abschnitte zerlegt wird, daß die Länge eines jeden
35  Abschnittes unter einem vorgegebenen Wert liegt, und daß
jedem Abschnitt ein Huffman-Codewort zugeordnet ist.

PHLPSKD_00009242

- 5 -                                              PHD 86 336

Eine vorteilhafte Ausgestaltung der Erfindung enthält der Unteranspruch.

5   Anhand der Tabellen und anhand eines Ausführungsbeispieles soll die Erfindung näher erläutert werden. Die Tabelle I ist eine Ereignistabelle und die Tabelle II eine Codierungstabelle.

10  Bei dem Beispiel handelt es sich um die Codierung des bei der Verarbeitung von Videosignalen auftretenden Zwischensignales, das aus einer Folge von digital dargestellten Koeffizienten einer speziellen flächenhaften Fourier-Transformation von Bildausschnitten (Blöcken) besteht. In dem seriellen Signal kommt der Koeffizient mit dem Wert 0
15  am häufigsten in ununterbrochenen (endlichen) Teilfolgen des gesamten Signals vor. Die Signalwerte dieses Blockes werden durch einen gesonderten Signalwert abgeschlossen, der das Ende des Blockes (end of block) kennzeichnet.

20  Definiert man als zu codierendes Ereignis eine ununterbrochene Folge von m Nullen im Signal mit anschließendem Koeffizienten vom Betrage n - abgekürzt (m, n) - so ergibt sich eine endliche, aber eine sehr große zweidimensionale Manigfaltigkeit von zu codierenden Ereig-
25  nissen, da in der Praxis auch nicht beliebig große Beträge B von Koeffizienten vorkommen. Folglich sind auch die zu verwendenden Huffman-Codeworte theoretisch nach Anzahl und Länge sehr groß. Zur Reduzierung der Gesamtzahl der zu codierenden Ereignisse wird beim erfindungs-
30  gemäßen Verfahren davon ausgegangen, daß z.B. eine Teilfolge von 19 Nullen mit anschließenden Koeffizienten vom Betrage 7 sich in Abschnitte zerlegen läßt, von denen der erste eine ununterbrochene Teilfolge von 16 Nullen, der zweite eine ununterbrochene Teilfolge von 3 Nullen ist
35  und der dritte eine Teilfolge mit keiner Null und anschließendem Koeffizienten vom Betrage 7 darstellt. Jeder

PHLPSKD_00009243

- 6 -                               PHD 86 336

dieser Abschnitte wird nun als Ereignis angesehen, das
durch ein Huffman-Codewort codiert wird. Die Länge eines
jeden dieser Abschnitte liegt unter einem vorgebbaren
Wert, auf den weiter unten eingegangen wird.

5   Der Versinnbildlichung dieser Zerlegung dient die Tabel-
le I. In waagerechter Richtung sind alle vorkommenden
Beträge B - einschließlich der Betrag 0 - von Koeffizien-
ten aufgetragen. In senkrechter Richtung ist die Länge -
10  ebenfalls angefangen bei 0 - von ununterbrochenen Teil-
folgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die
Ereignisse (m, n), d.h. m Nullen gefolgt von einem
15  Koeffizenten vom Betrage n. Das Ereignis (0, 3) z.B.
bedeutet, daß einem Koeffizienten vom Betrage 3 eine
Teilfolge der Länge 0 vorangegangen ist, was gleichbedeu-
tend damit ist, daß vor ihm kein Koeffizient vom Betrage
0 steht. Isoliert stehende Nullen im Signal werden durch
20  das Ereignis (0, 0) symbolisiert. Die Angabe (3, n) u.a.
bedeutet das Ereignis, daß auf drei aufeinanderfolgende
Nullen ein Koeffizient vom Betrage n folgt. Da für n auch
der Wert Null zugelassen ist, bedeutet das Ereignis (3,
0) vier aufeinanderfolgenden Nullen.
25
Die Tabelle I enthält einen fettgedruckten Polygonzug,
der die Ereignisfelder in zwei Bereiche teilt. Der linke
Bereich enthält die nach der Erfindung codierbaren Ereig-
nisse, der rechte Bereich die nichtcodierbaren Ereig-
30  nisse. Die maximale Länge, die ein Abschnitt von Signal-
werten haben darf - er entspricht also einem codierbaren
Ereignis - ist 16; es handelt sich um die Ereignisse (0,
15), (1, 15) und (2, 15). Alle anderen codierbaren
Ereignisse entsprechen Signalabschnitten, die kürzer
35  sind. Die Einteilung in codierbare und nichtcodierbare
Ereignisse ist nicht völlig willkürlich; die am
häufigsten auftretenden Ereignisse müssen zu den

- 7 -                    PHD 86 336

codierbaren gehören. Die nichtcodierbaren Ereignisse
werden dann in codierbare zerlegt. Das angekreuzte nicht-
codierbare Ereignis (8, 7) in Tabelle I wird z.B. in die
Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung
5  gibt es mehrere Möglichkeiten; die einfachste ist die
hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren
Ereignissen gehören, bedeuten die Länge - also die Anzahl
10 der Bits - der Huffman-Codeworte, mit denen die Ereig-
nisse codiert werden. Die Codeworte enthalten auch das
Vorzeichen der Koeffizienten und gegebenenfalls Angaben
über die Größe des Betrages B; keines von ihnen ist
länger als 16 Bit. Bei der Aufstellung der
15 Huffman-Codeworte wurde unterstellt, daß Koeffizienten
mit Beträgen größer als 136 nicht vorkommen.

Tabelle II zeigt die genaue Struktur der verwendeten
Huffman-Codeworte. Das erste Codewort stellt den codier-
20 ten und oben schon erwähnten Signalwert zu Kennzeichnung
eines Blockendes dar. Die erste Spalte der Tabelle II
enthält eine laufende Nummer, die zweite Spalte den
Betrag B der Koeffizienten und die dritte die Länge der
Nullfolgen. Die beiden letzten Angaben zusammen ergeben
25 die "Koordinaten" eines codierbaren Ereignisses nach
Tabelle I. In der vierten Spalte der Tabelle II sind die
Codeworte bitweise angegeben. Das Bit s bedeutet das
Vorzeichenbit, die mit "-" versehenen Stellen sind bedeu-
tungslos und in die mit "+" versehenen Stellen werden die
30 codierten Beträge der Koeffizienten eingetragen, sofern
sie größer als acht sind. Die letzte Spalte gibt noch
einmal die Länge der Huffman-Codeworte wieder.

35

PHLPSKD_00009245

- 8 -                        PHD 86 336

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung eines Signales, das aus einer Folge von digital dargestellten, endlich vielen Signalwerten besteht und das einen Signalwert A enthält, der am häufigsten in ununter-
5  brochenen Teilfolgen vorkommt, wobei ununterbrochenen Teilfolgen von Signalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen anschließenden Signalwert oder zusammen mit dem den Teilfolgen vorangehenden Signalwert Huffman-Codeworte zugeordnet werden,
10  dadurch gekennzeichnet,
daß dann, wenn eine Teilfolge von Signalwerten A zusammen mit dem vorangehenden oder sich anschließenden Signalwert eine vorgegebene Länge überschreitet, diese gesamte Wertefolge so in Abschnitte zerlegt wird, daß die Länge
15  eines jeden Abschnittes unter einem vorgegebenen Wert liegt, und daß jedem Abschnitt ein Huffman-Codewort zugeordnet ist.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
20  es sich bei dem Signal um eine Folge von Koeffizienten handelt, die sich nach der blockweisen Cosinus-Transformation von Bildpunkten eines Videosignales mit anschließender Quantisierung ergibt, und daß der Signalwert A der Wert 0 ist.

25

30



Tabelle I    PHD 86 336

TABELLE II      PHD 86 336

| Nr. | B | L | Codewort | | Länge |
|---|---|---|---|---|---|
| 1 | - | - | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

PHLPSKD_00009248

TABELLE II    PHD 86 336
(Fortsetzung 1)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | ≧ 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

PHLPSKD_00009249

TABELLE II          PHD 86 336

(Fortsetzung 2)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 66 | 0 | 6  | 00000000100101-- | 16 |
| 67 | 0 | 7  | 00000000100110-- | 16 |
| 68 | 0 | 8  | 00000000100111-- | 16 |
| 69 | 0 | 9  | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9  | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6  | 00000000110010s- | 16 |
| 80 | 4 | 7  | 00000000110011s- | 16 |
| 81 | 4 | 8  | 00000000110100s- | 16 |
| 82 | 4 | 9  | 00000000110101s- | 16 |
| 83 | 5 | 4  | 00000000110110s- | 16 |
| 84 | 5 | 5  | 00000000110111s- | 16 |
| 85 | 6 | 3  | 00000000111000s- | 16 |
| 86 | 7 | 2  | 00000000111001s- | 16 |
| 87 | 8 | 2  | 00000000111010s- | 16 |