# EXHIBIT 5

# BUNDESREPUBLIK DEUTSCHLAND





PHD 86322
EP

## Bescheinigung



Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 23. Mai 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wiedergabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizufügen, aber kein Bestandteil der Anmeldung ist, stimmt mit dem am 23. Mai 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die Symbole H 03 M 7/40, H 04 N 7/13 und H 04 N 1/415 der Internationalen Patentklassifikation erhalten.

Aktenzeichen: P 37 17 399.5

München, den 16. Oktober 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

R. Konvalin

A 9161
1.82

PHD 87-109

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion wird bei
der Codierung eines Signales eingesetzt, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5    unterbrochenen Teilfolgen vorkommt. Ein erster Schritt
der Codierung besteht darin, daß jeder ununterbrochenen
Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw.,
zusammen mit dem sich der Teilfolge anschließendem Sig-
nalwert ein Huffman-Codewort zugeordnet wird.
10

Ist das Signal in gleichlange Blöcke strukturiert, so
wird geprüft, welche Vorteile oder Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat. Überwiegen die Vorteile, dann wird das letzte Huff-
15    man-Codewort nicht übertragen und die Prüfung mit dem
vorangegangenen Huffman-Codewort als letztem Codewort
wiederholt.

Ein besonderer Anwendungsfall für das beschriebene Ver-
20    fahren ergibt sich bei der Codierung von Videosignalen,
insbesondere bei der Codierung der seriell anfallenden
Elemente sogenannter Koeffizientenblöcke. Ein Koeffi-
zientenblock besteht aus 64 Elementen. Am häufigsten
kommt hier der Signalwert 0 in ununterbrochenen Teilfol-
25    gen vor. Werden bei Anwendung des beschriebenen Verfah-
rens Huffman-Codeworte nicht übertragen, so werden auf
der Empfängerseite bei der Decodierung der empfangenen
Huffman-Codeworte in Elemente des Koeffizientenblocks,
soviele Elemente mit dem Wert Null angeführt, bis sich
30    insgesamt 64 ergeben.

PHLPSKD_00009213

PHILIPS PATENTVERWALTUNG GMBH                PHD 87-109
                                             22.05.1987

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduktion bei der Codierung eines Signales, das aus einer Folge von digital dargestellten Signalwerten besteht und das einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei jeder ununterbrochenen Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem sich der Teilfolge anschließenden Signalwert oder zusammen mit dem der Teilfolge vorangehenden Signalwert ein Huffman-Codewort zugeordnet wird.
10

Ein derartiges Verfahren ist in der deutschen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5 beschrieben. Es wird bei der Codierung von Videosignalen angewendet und dient dem Ziel, mit möglichst geringer Bitrate Video-
15    bilder ausreichender Qualität zu übertragen. Bevorzugte Anwendungsgebiete hierfür sind Bildtelefon- oder Videokonferenzsysteme.

Die Codierung von Videosignalen erfolgt (vergleiche hier-
20    zu z.B. die DE-A-36 13 343) in mehreren Schritten. Zunächst werden gleichgroße Ausschnitte eines Videobildes - repräsentiert durch quadratische Blöcke von Abtastwerten der Bildpunkte - einer diskreten Cosinus-Transformation unterworfen. Bei dieser Transformation handelt es sich um
25    eine spezielle flächenhafte Fourier-Transformation. Aus dem ursprünglichen Block entsteht nach der Transformation ein neuer Block von Zahlenwerten (Koeffizienten). Die Anzahl der Koeffizienten - auch Elemente des Koeffizientenblocks genannt - ist ebenso groß wie die Zahl der Abtast-
30    werte von Bildpunkten, die zum ursprünglichen Block zu-

PHLPSKD_00009214

-2-                        PHD 87-109

sammengefaßt sind. Gewöhnlich bestehen die Ausschnitte
aus den Videobildern aus 8 x 8-Blöcken, d.h., sie enthal-
ten die Abtastwerte von 64 Bildpunkten. Entsprechend ent-
hält auch der Koeffizientblock 64 Koeffizienten bzw. Ele-
5   mente.

Der Koeffizientenblock hat nun die Eigenschaft, daß ein
großer Teil seiner Elemente nahezu Null oder exakt Null
ist. Eine anschließende Quantisierung der Koeffizienten
10  macht dann in aller Regel den überwiegenden Teil der Ele-
mente zu Null, so daß eine darauffolgende, elementeweise
vorgenommene Huffman-Codierung schon deswegen eine erheb-
liche Bitratenreduktion bedeuten würde.

15  Wegen des häufigen Auftretens des Signalwertes Null in
ununterbrochenen Teilfolgen läßt sich noch eine weitere
Bitratenreduktion durchführen. Nach der deutschen Patent-
anmeldung 36 31 252.5 werden z.B. die 64 Koeffizienten
eines Blocks, die bei der Codierung von Videosignalen als
20  serielles Zwischensignal auftreten, in Ereignisse zer-
legt. Jedes Ereignis ist gekennzeichnet durch die Länge L
(runlength) einer ununterbrochenen Teilfolge von Nullen
und dem von Null verschiedenen Betrag B des sich an-
schließenden Koeffizienten.
25
Entscheidend in der zitierten Patentanmeldung ist, daß
die Länge L der Teilfolgen von Nullen selbst den Wert
Null annehmen kann. Tritt z.B. ein Koeffizient vom Betra-
ge 1 auf, dem drei Nullen vorangehen, so entspricht dies
30  dem Ereignis (L=3, B=1) oder kürzer (3,1). Folgt auf den
Koeffizienten mit dem Betrag 1 ein Koeffizient vom Be-
trag 2, so wird das Auftreten des zweiten Koeffizienten
durch das Ereignis (L=0, B=2) bzw. (0,2) charakteri-
siert. Jedem Ereignis wird nun entsprechend seiner rela-
35  tiven Häufigkeit ein Huffman-Codewort zugeordnet. Die
Folge von Koeffizienten eines Blockes wird also in eine

-3-                    PHD 87-109

Folge von m Ereignissen der Art

(L1, B1)
(L2, B2)                                          (1)
5    ...
(Lm, Bm)

aufgelöst. Wie groß die Anzahl m der Ereignisse ist,
hängt von den speziellen Werten der Koeffizienten ab. Be-
10   steht der gesamte Koeffizientenblock z.B. aus 63 Nullen
mit anschließendem Koeffizienten vom Betrag 1, so zer-
fällt er nur in ein Ereignis, nämlich (63,1). Da also von
vornherein nicht feststeht, in wieviele Ereignisse ein
Koeffizientenblock zerlegt wird, müssen schon aus diesem
15   Grunde die einzelnen Blöcke durch ein "end-of-block"-Sig-
nal voneinander getrennt werden. Auf der Empfangsseite
werden die übertragenen Huffman-Codeworte wieder in Er-
eignisse zurücktransformiert und diese Ereignisse wiede-
rum in eine Folge von Koeffizienten. Dem Empfänger ist
20   bekannt, daß zu einem Koeffizientenblock z.B. 64 Koeffi-
zienten gehören.

Der Erfindung liegt die Aufgabe zugrunde, Maßnahmen zur
weiteren Bitratenreduktion anzugeben, ohne daß dadurch
25   die Bildqualität in Mitleidenschaft gezogen wird.

Diese Aufgabe wird bei einem Verfahren der eingangs ge-
nannten Art dadurch gelöst, daß bei einem in gleichlange
Blöcke strukturierten Signal geprüft wird, welche Nach-
30   teile und Vorteile die Nichtübertragung des letzten Huff-
man-Codewortes eines Blockes hat und daß dann, wenn die
Vorteile überwiegen, das Huffman-Codewort nicht übertra-
gen wird und die gleiche Prüfung mit dem vorangegangen
Huffman-Codewort als letztem Huffman-Codewort wiederholt
35   wird.

PHLPSKD_00009216


-4-                                          PHD 87-109

Vorteilhafte Ausgestaltungen der Erfindung sind den Unteransprüchen zu entnehmen.

5   Anhand eines Ausführungsbeispiels soll die Erfindung näher erläutert werden. Im Ausführungsbeispiel handelt es sich bei dem zu codierenden Signal um die als Zwischensignal anfallende serielle Folge von digital dargestellten Koeffizienten eines Koeffizientenblocks, wie er bei Hybrid-Codierern (vergleiche DE-A-26 13 343) auftritt.
10  Der Einfachheit halber ist angenommen, daß es sich um 4 x 4-Blöcke handelt, ein Block also insgesamt 16 Elemente enthält. Alle Daten, die zu einem Block gehören, sind von den Daten des nächstfolgenden Blocks durch ein "end-of-block"-Zeichen getrennt. Dieses Zeichen bzw. das entspre-
15  chende Codewort wird von der Zerlegung des zu codierenden Signals nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines Blocks in dezimaler Darstellung die Gesalt
20
XX   4005000050000001   XX                    (2)

so zerfällt nach dem Schema (1) der Block in folgende Ereignisse:
25
(0,4)
(2,5)                                          (3)
(4,5)
(6,1).
30
Damit die Koeffizientenfolge eines Blocks überhaupt in Ereignisse nach dem Schema (1) oder (3) zerlegt werden kann, werden die Koeffizienten vor ihrer weiteren Verarbeitung zwischengespeichert. Die zeitliche Reihenfolge
35  der Koeffizienten in den Schemata (1), (2), und (3) ent-

PHLPSKD_00009217

-5-                       PHD 87-109

spricht der Reihenfolge ihrer schriftlichen Aufzeichnungen (europäische Schreibrichtung vorausgesetzt). Die Zeichen XX im Beispiel nach dem Schema (2) sybolisieren die "end-of-block"-Zeichen des vorangegangenen Blockes und
5    des dargestellten Blocks.

Die von Null verschiedenen Koeffizienten im Schema (2) sind alle positiv und als ganze Vielfache der kleinsten Einheit, nämlich 1, dargestellt. Wie aus dem Schema (3)
10   ersichtlich, ist das letzte Ereignis das Ereignis (6,1). Die den Ereignissen zugeordnete Huffman-Codeworte sind nicht eingetragen.

Nun wird zunächst geprüft, welches Gewicht für den Em-
15   pfänger der Empfang des letzten Ereignisses, nämlich (6,1) des Blocks nach (2) hat. Als allgemeine Erfahrungsregel hat sich bei der Bildcodierung herausgestellt, daß die Übertragung von Ereignissen mit einer Folge von mehr als fünf Nullen immer weniger lohnend wird, je kleiner
20   der Betrag des sich anschließenden Koeffizienten ist. Stellt man die durch die Erfahrung gestützte Regel auf, geprüfte Ereignisse, für die $L>5$ und $B=1$ ist, nicht zu übertragen, so unterbleibt die Übertragung des letzten Ereignisses. Sodann wird das vorangegangene Ereignis
25   (4,5) nach dem gleichen Kriterium überprüft. Im Beispiel nach (2) ist dann für diesen Block die Prüfung beendet, da das Ereignis (4,5) bzw. das zugeordnete Huffman-Codewort übertragen werden muß.

30   Nach der Decodierung der Huffman-Codeworte auf der Empfängerseite lassen sich alle Koeffizienten des Blocks nach dem Schema (2) wiedergewinnen, bis auf diejenigen, die zu nicht übertragenen Ereignissen gehören. Da diese jedoch zu den letzten Koeffizienten des Blocks gehören,
35   werden auf der Empfängerseite den decodierten Koeffizienten so viele Koeffizienten vom Betrag Null angefügt, bis die Gesamtzahl der Koeffizienten 16 beträgt.

-6-                                    PHD 87-109

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung eines Signales, das aus einer Folge von digital dargestellten Signalwerten besteht und das einen Signalwert A enthält, der am häufigsten in ununterbrochenen Teilfolgen
5  vorkommt, wobei jeder ununterbrochenen Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem sich der Teilfolge anschließenden Signalwert oder zusammen mit dem der Teilfolge vorangehenden Signalwert ein Huffman-Codewort zugeordnet wird,
10  dadurch gekennzeichnet,
daß bei einem in gleichlange Blöcke strukturierten Signal geprüft wird, welche Vorteile und Nachteile die Nichtübertragung des letzten Huffman-Codewortes eines Blockes hat und daß dann, wenn die Vorteile überwiegen, das Huff-
15  man-Codewort nicht übertragen wird und anschließend die gleiche Prüfung mit dem vorangegangenen Huffman-Codewort als letztem Huffman-Codewort wiederholt wird.

2. Verfahren nach Anspruch 1,
20  dadurch gekennzeichnet,
daß ein überprüftes Huffman-Codewort nicht übertragen wird, wenn die Länge der zugehörigen Teilfolge von Signalwerten A eine vom Betrag des sich anschließenden Signalwertes abhängige Schranke übertrifft.
25
3. Verfahren nach Anspruch 1 oder 2,
dadurch gekennzeichnet,
daß es sich bei dem Signal um eine Folge von Koeffizienten handelt, die sich nach der blockweisen Cosinus-Trans-
30

PHLPSKD_00009219

-7-                PHD 87-109

formation von Bildpunkten eines Videosignales mit anschließender Quantisierung ergibt und daß der Signalwert A der Wert Null ist.

5   4. Verfahren nach Anspruch 3, <u>dadurch gekennzeichnet</u>, daß ein überprüftes Huffman-Codewort nicht übertragen wird, wenn die Länge der zugehörigen Teilfolge von Nullen größer als Fünf ist und der Betrag des sich anschließenden Signalwertes der kleinstmögliche Wert verschieden von
10  Null ist.

15

20

25

30

35