# EXHIBIT 7

# THE Oxford American Dictionary and Language Guide

New York   Oxford
**Oxford University Press**
1999

JA74

Oxford University Press

New York   Oxford

Athens   Auckland   Bangkok   Bogotá
Buenos Aires   Calcutta   Cape Town   Chennai   Dar es Salaam
Delhi   Florence   Hong Kong   Instanbul   Karachi
Kuala Lumpur   Madrid   Melbourne
Mexico City   Mumbai   Nairobi   Paris   São Paulo   Singapore
Taipei   Tokyo   Toronto   Warsaw

and associated companies in
Berlin   Ibadan

Copyright © 1999 by Oxford University Press, Inc.

The "Language Guide" portion of this publication is reprinted (with adaptation)
from THE WORLD BOOK DICTIONARY.
© 1996 World Book, Inc. By permission of the publisher.

Published by Oxford University Press, Inc.,
198 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

ISBN 0-19-513449-4

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor is any other judgment implied concerning their legal status. In cases where the editor has some evidence that a word is used as a proprietary name or trademark this is indicated by the designation *trademark*, but no judgment concerning the legal status of such words is made or implied thereby.

1 3 5 7 9 8 6 4 2
Printed in the United States of America
on acid free paper

| | | |
|---|---|---|
| Project Staff | DREF | vi |
| Preface | | vii |
| How to Use This Book | | ix |
| Abbreviations | | xiv |
| Large-format Illustrations | | xix |
| Key to Pronunciations | | xx |
| *Oxford American Dictionary and Language Guide* (*Oxford Language Guide* follows page 594) | | 1–1180 |
| Biographical Entries | | 1181 |
| Geographical Entries and Maps | | 1203 |
| Ready Reference | | 1251 |
|     Standard Weights and Measures with Metric Equivalents | | 1252 |
|     Conversion From Standard to Metric Measurements | | 1253 |
|     Metric Weights and Measures with Standard Equivalents | | 1254 |
|     Conversion From Metric to Standard Measurements | | 1255 |
|     Mathematical Notation/Multiplication Tables | | 1256 |
|     Temperature | | 1258 |
|     Wind Chill Temperature/Heat Index | | 1259 |
|     Chemical Elements | | 1260 |
|     Signs and Symbols | | 1261 |
|     Alphabets | | 1262 |
|     Time Periods/Wedding Anniversary Gifts | | 1264 |
|     Terms for Groups of Animals | | 1265 |
|     Selected Proverbs | | 1266 |
|     The Bible | | 1273 |
|     Bill of Rights | | 1276 |
|     Presidents of the United States of America | | 1278 |
|     Monarchs of England and Britain | | 1279 |
|     Prime Ministers of Great Britain and the United Kingdom | | 1280 |
|     Academy Award Winners | | 1282 |
|     Baseball Hall of Fame | | 1288 |
|     Pro Football Hall of Fame | | 1290 |
|     Basketball Hall of Fame | | 1292 |
|     Rock & Roll Hall of Fame | | 1293 |
|     Countries of the World | | 1296 |
|     States of the Untied States | | 1299 |
|     Largest Metropolitan Areas | | 1300 |
|     World Land Area/World Population | | 1301 |
|     Oceans & Seas | | 1302 |
|     Major Rivers | | 1303 |
|     Major Natural Lakes | | 1304 |
|     Major Mountains | | 1305 |
|     Major Volcanoes | | 1306 |

**co·dex** /kódeks/ n. (pl. **co·di·ces** /kódiseez, kód-/) 1 an ancient manuscript text in book form. 2 a collection of pharmaceutical descriptions of drugs, etc. [L. = block of wood, tablet, book]

**cod·fish** /kódfish/ n. = COD¹.

**codg·er** /kójər/ n. (usu. in **old codger**) colloq. a person, esp. an old or strange one. [perh. var. of *cadger*: see CADGE]

**co·di·ces** pl. of CODEX.

**cod·i·cil** /kódisil/ n. an addition explaining, modifying, or revoking a will or part of one. □□ **cod·i·cil·la·ry** /kódisiləree/ adj. [L *codicillus*, dimin. of CODEX]

**co·di·col·o·gy** /kódikóləjee/ n. the study of manuscripts. □□ **cod·i·co·log·i·cal** /-kəlójikəl/ adj. **cod·i·co·log·i·cal·ly** adv. [F *codicologie* f. L *codex codicis*: see CODEX]

**cod·i·fy** /kódifī, kód-/ v.tr. (**-fies**, **-fied**) arrange (laws, etc.) systematically into a code. □□ **cod·i·fi·ca·tion** /-fikáyshən/ n. **cod·i·fi·er** n.

> **PRONUNCIATION TIP** codify
>
> In American English, this word is usually pronounced with a "short o," rhyming with *modify*. But it is also acceptable to pronounce it with a "long o," as in *notify*.

**cod·ling¹** /kódling/ n. *Brit.* (also **cod·lin**) 1 any of several varieties of cooking apple, having a long tapering shape. 2 a small moth, *Carpocapsa pomonella*, the larva of which feeds on apples. [ME f. AF *quer de lion* lion heart]

**cod·ling²** n. a small codfish.

**cod-liv·er oil** n. an oil pressed from the fresh liver of cod, which is rich in vitamins D and A.

**co·do·main** /kódōmayn/ n. *Math.* a set that includes all the possible expressions of a given function. [CO- 2 + DOMAIN]

**co·don** /kódon/ n. *Biochem.* a sequence of three nucleotides, forming a unit of genetic code in a DNA or RNA molecule. [CODE + -ON]

**cod·piece** /kódpees/ n. *hist.* an appendage like a small bag or flap at the front of a man's breeches to cover the genitals. [ME, f. *cod* scrotum + PIECE]

**cod·riv·er** /kódrīvər/ n. a person who shares the driving of a vehicle with another, esp. in a race, rally, etc.

**cods·wal·lop** /kódzwoləp/ n. esp. *Brit. sl.* nonsense. [20th c.: orig. unkn.]

**co·ed** /kó-ed, -éd/ n. & adj. *colloq.* • n. 1 a coeducational system or institution. 2 a female student at a coeducational institution. • adj. coeducational. [abbr.]

**co·ed·u·ca·tion** /kóejōōkáyshən/ n. the education of pupils of both sexes together. □□ **co·ed·u·ca·tion·al** adj.

**co·ef·fi·cient** /kóifishənt/ n. 1 *Math.* a quantity placed before and multiplying an algebraic expression (e.g., 4 in $4x^y$). 2 *Physics* a multiplier or factor that measures some property (*coefficient of expansion*). [mod.L *coefficiens* (as CO-, EFFICIENT)]

**coe·la·canth** /seeləkanth/ n. a large bony marine fish, *Latimeria chalumnae*, formerly thought to be extinct, having a trilobed tail fin and fleshy pectoral fins. [mod.L *Coelacanthus* f. Gk *koilos* hollow + *akantha* spine]

**-coele** *comb. form* var. of -CELE.

**coe·len·ter·ate** /seeléntərayt, -tərit/ n. any marine animal of the phylum Coelenterata with a simple tube-shaped or cup-shaped body, e.g., jellyfish, corals, and sea anemones. [mod.L *Coelenterata* f. Gk *koilos* hollow + *enteron* intestine]

**coe·li·ac** esp. *Brit.* var. of CELIAC.

**coe·lom** /seeləm/ n. (also **ce·lom**) (pl. **·loms** or **·lo·ma·ta** /-lómətə/) *Zool.* the principal body cavity in animals, between the intestinal canal and the body wall. □□ **coe·lo·mate** adj. & n. [Gk *koilōma* cavity]

**coe·lo·stat** /seeləstat/ n. *Astron.* an instrument with a rotating mirror that continuously reflects the light from the same area of sky allowing the path of a celestial body to be monitored. [L *caelum* sky + -STAT]

**coe·no·bite** esp. *Brit.* var. of CENOBITE.

**co·en·zyme** /kó-énzīm/ n. *Biochem.* a nonproteinaceous compound that assists in the action of an enzyme.

**co·e·qual** /kó-eekwəl/ adj. & n. archaic or literary • adj. equal with one another. • n. an equal. □□ **co·e·qual·i·ty** /kó-eekwólitee/ n. **co·e·qual·ly** adv. [ME f. L or eccl.L *coaequalis* (as CO-, EQUAL)]

**co·erce** /kō-ərs/ v.tr. (often foll. by *into*) persuade or restrain (an unwilling person) by force (*coerced you into signing*). □□ **co·er·ci·ble** adj. [ME f. L *coercēre* restrain (as CO-, *arcēre* restrain)]

**co·er·cion** /kō-ərzhən, -shən/ n. 1 the act or process of coercing. 2 government by force. □□ **co·er·cive** /-siv/ adj. **co·er·cive·ly** adv. **co·er·cive·ness** n. [OF *cohercion*, -tion f. L *coer(c)tio*, *coercitio* -*onis* (as COERCE)]

**Coeur d'A·lene** /kórd'láyn/ n. 1 a a N. American people native to northern Idaho. b a member of this people. 2 the language of this

origin. 2 living or existing at the same epoch. 3 having the same duration. • n. a coeval person, a contemporary. □□ **co·e·val·i·ty** /-válitee/ n. **co·e·val·ly** adv. [LL *coaevus* (as CO-, L *aevum* age)]

**co·ex·ist** /kóigzíst/ v.intr. (often foll. by *with*) 1 exist together (in time or place). 2 (esp. of nations) exist in mutual tolerance though professing different ideologies, etc. □□ **co·ex·ist·ence** n. **co·ex·ist·ent** adj. [LL *coexistere* (as CO-, EXIST)]

**co·ex·ten·sive** /kóikstensiv/ adj. extending over the same space or time.

**C. of E.** abbr. Church of England.

**cof·fee** /káwfee, kófee/ n. 1 a a drink made from the roasted and ground beanlike seed of a tropical shrub. b a cup of this. 2 a any shrub of the genus *Coffea*, yielding berries containing one or more seeds. b these seeds raw, or roasted and ground. 3 a pale brown color, as of coffee mixed with milk. [ult. f. Turk. *kahveh* f. Arab. *kahwa*, the drink]

**cof·fee bar** n. a bar or café serving coffee and light refreshments from a counter.

**cof·fee bean** n. the beanlike seeds of the coffee shrub.

**cof·fee break** n. a short rest from work during which refreshments are usually taken.

**cof·fee cake** n. a type of cake or sweetened bread, often made with nuts, raisins, or fruit.

**cof·fee·house** /káwfeehows, kóf-/ n. a place serving coffee and other refreshments, and often providing informal entertainment.

**cof·fee mill** n. a small machine for grinding roasted coffee beans.

**cof·fee shop** n. a small informal restaurant, esp. in a hotel or department store.

**cof·fee ta·ble** n. a long, low table usu. placed in front of a sofa.

**cof·fee-ta·ble book** n. a large, lavishly illustrated book.

**cof·fer** /káwfər, kóf-/ n. 1 a box, esp. a large strongbox for valuables. 2 (in pl.) a treasury or store of funds. 3 a sunken panel in a ceiling, etc. □□ **cof·fered** adj. [ME f. OF *coffre* f. L *cophinus* f. Gk *kophinos* basket]

**cof·fer·dam** /káwfərdam, kóf-/ n. a watertight enclosure pumped dry to permit work below the waterline on building bridges, etc., or for repairing a ship.

**cof·fin** /káwfin, kóf-/ n. & v. • n. 1 a long, narrow, usu. wooden box in which a corpse is buried or cremated. 2 the part of a horse's hoof below the coronet. • v.tr. (**cof·fined**, **cof·fin·ing**) put in a coffin. [ME f. OF *cof(f)in* little basket, etc. f. L *cophinus*: see COFFER]

**cof·fin bone** n. the terminal bone in a horse's hoof (the distal phalanx).

**cof·fin nail** n. *sl.* a cigarette.

**cof·fle** /káwfəl, kóf-/ n. a line of animals, slaves, etc., fastened together. [Arab. *kāfila* caravan]

**cog** /kawg, kog/ n. 1 each of a series of projections on the edge of a wheel or bar transferring motion by engaging with another series. 2 an uncelebrated member of an organization, etc. □□ **cogged** adj. [ME: prob. of Scand. orig.]

**co·gent** /kójənt/ adj. (of arguments, reasons, etc.) convincing; compelling. □□ **co·gen·cy** /-jənsee/ n. **co·gent·ly** adv. [L *cogere* compel (as CO-, *agere act-* drive)]

**cog·i·ta·ble** /kójitəbəl/ adj. able to be grasped by the mind; conceivable. [L *cogitabilis* (as COGITATE)]

**cog·i·tate** /kójitayt/ v.tr. & intr. ponder; meditate. □□ **cog·i·ta·tion** /-táyshən/ n. **cog·i·ta·tive** adj. **cog·i·ta·tor** n. [L *cogitare* think (as CO-, AGITATE)]

**co·gi·to** /kógitō, kójitō/ n. *Philos.* the principle establishing the existence of a being from the fact of its thinking or awareness. [L, = I think, in Fr. philosopher Descartes's formula (1641) *cogito, ergo sum* I think, therefore I exist]

**co·gnac** /kónyak, kón-/ n. a high-quality brandy, properly that distilled in Cognac in W. France.

**cog·nate** /kógnayt/ adj. & n. • adj. 1 related to or descended from a common ancestor (cf. AGNATE). 2 *Philol.* (of a word) having the same linguistic family or derivation (as another); representing the same original word or root (e.g., English *father*, German *Vater*, Latin *pater*). • n. 1 a relative. 2 a cognate word. □□ **cog·nate·ly** adv. **cog·nate·ness** n. [L *cognatus* (as CO-, *natus* born)]

**cog·nate ob·ject** n. *Gram.* an object that is related in origin and sense to the verb governing it (as in *live a good life*).

**cog·ni·tion** /kognishən/ n. 1 *Philos.* knowing, perceiving, or conceiving as an act or faculty distinct from emotion and volition. 2 a result of this; a perception, sensation, notion, or intuition. □□ **cog·ni·tion·al** adj. **cog·ni·tive** /kógnitiv/ adj. [L *cognitio* (as CO-, *gnoscere gnit-* apprehend)]

**cog·ni·za·ble** /kógnizəbəl, kón-, kogni-/ adj. 1 perceptible; recognizable; clearly identifiable. 2 within the jurisdiction of a court. □□ **cog·ni·za·bly** adv. [COGNIZANCE + -ABLE]

**cog·ni·zance** /kógnizəns/ n. 1 knowledge or awareness; perception; notice. 2 the sphere of one's observation or concern. 3 *Law* the action of taking judicial notice. 4 *Heraldry* a distinctive device or mark. □ **have cognizance of** know, esp. officially. **take cogni-**

ument at all heav- longitu- ar pitch. ny about) age, etc. 'ball play to strike 'led ball) Golf play nes. • n. between despair, esp. of a 1at qual- produc- CONCERT very of a ir selling es, has a h a short ponding c. 11 the its prey. ot where sly. 2 as- s, words, on) Brit. ecorded:

own sub- id when nips, etc. ult. • v. tr. picis] ched at a

as black

xide oc- lende (as

planned

ig with a a pitcher sechier, f.

?aseball a for pay-

e family can hold

iged fork itchfork. ition, of- h PITCH¹] ggressive sages on n a port-

· P palus-

inging or

as pitch d. □□ pit- ilous, OF

hack. 2 a

of an or- ance to the he stem- gth; vig- nal cord. immobi- ity. [OE

:e humar-

**pith hel·met** n. a lightweight sun helmet made from the dried pith of the sola, etc.

**pi·thos** /píthos, pī-/ n. (pl. **pi·thoi** /-thoy/) Archaeol. a large storage jar. [Gk]

**pith·y** /píthee/ adj. (**pith·i·er**, **pith·i·est**) 1 (of style, speech, etc.) condensed, terse, and forceful. 2 of, like, or containing much pith. □□ **pith·i·ly** adv. **pith·i·ness** n.

**pit·i·a·ble** /píteeəbəl/ adj. 1 deserving or causing pity. 2 contemptible. □□ **pit·i·a·ble·ness** n. **pit·i·a·bly** adv. [ME f. OF piteable, pitoiable (as PITY)]

**pit·i·ful** /pitifool/ adj. 1 causing pity. 2 contemptible. 3 archaic compassionate. □□ **pit·i·ful·ly** adv. **pit·i·ful·ness** n.

**pit·i·less** /pitilis/ adj. showing no pity (the pitiless heat of the desert). □□ **pit·i·less·ly** adv. **pit·i·less·ness** n.

**pit·man** /pítmən/ n. 1 (pl. **·men**) a person who works in a pit, as a miner. 2 (pl. **·mans**) a connecting rod in machinery.

**pit of the stom·ach** n. 1 the floor of the stomach. 2 the depression below the bottom of the breastbone.

**pi·ton** /péeton/ n. a peg or spike driven into a rock or crack to support a climber or a rope. [F, = eye-bolt]

**Pi·tot tube** /péetō, peetó/ n. a device consisting of an open-ended right-angled tube used to measure the speed or flow of a fluid. [H. Pitot, Fr. physicist d. 1771]

**pit po·ny** n. Brit. hist. a pony kept underground for haulage in coal mines.

**pit prop** n. a beam of wood used to support the roof of a coal mine.

**pit saw** n. a large saw for use in a saw pit.

**pit stop** n. 1 a brief stop at the pit by a racing car for servicing or refueling. 2 colloq. a a stop, as during a long journey, for food, rest, etc. b the place where such a stop is made.

**pit·ta** var. of PITA.

**pit·tance** /pit'ns/ n. 1 a scanty or meager allowance, remuneration, etc. (paid him a mere pittance). 2 a small number or amount. 3 hist. a pious bequest to a religious house for extra food, etc. [ME f. OF pitance f. med.L pi(e)tantia f. L pietas PITY]

**pit·ter-pat·ter** var. of PIT-A-PAT.

**pit·tos·po·rum** /pitóspərəm, pitōspáwrəm/ n. any evergreen shrub of the family Pittosporaceae, chiefly native to Australasia with many species having fragrant foliage. [Gk pitta PITCH² + sporos seed]

**pi·tu·i·tar·y** /pitōō-iteree, -tyōō-/ n. & adj. • n. (pl. **·ies**) (also **pi·tu·i·tar·y gland** or **pi·tu·i·tar·y bod·y**) a small ductless gland at the base of the brain secreting various hormones essential for growth and other bodily functions. • adj. of or relating to this gland. [L pituitarius secreting phlegm f. pituita phlegm]

**pit vi·per** n. any venomous snake of the family Crotalidae of the US and Asia with a pit between the eye and the nostril.

**pit·y** /pítee/ n. & v. • n. (pl. **·ies**) 1 sorrow and compassion aroused by another's condition (felt pity for the child). 2 something to be regretted; grounds for regret (what a pity!). • v. tr. (**·ies**, **·ied**) feel (often contemptuous) pity for (they are to be pitied; I pity you if you think that). □ **for pity's sake** an exclamation of urgent supplication, anger, etc. **more's the pity** so much the worse. **take pity on** feel or act compassionately toward. □□ **pit·y·ing** adj. **pit·y·ing·ly** adv. [ME f. OF pité f. L pietas (as PIETY)]

**pit·y·ri·a·sis** /pitiríəsis/ n. any of a group of skin diseases characterized by the shedding of branlike scales. [mod.L f. Gk pituriasis f. pituron bran]

**più** /pyōō/ adv. Mus. more (più piano). [It.]

**Piute** /pīōōt, piōōt/ n. = PAIUTE.

**piv·ot** /pívət/ n. & v. • n. 1 a short shaft or pin on which something turns or oscillates. 2 a crucial or essential person, point, etc., in a scheme or enterprise. 3 Mil. the man or men about whom a body of troops wheels. • v. (**piv·ot·ed**, **piv·ot·ing**) 1 intr. turn on or as if on a pivot. 2 intr. (foll. by on, upon) hinge on; depend on. 3 tr. provide with or attach by a pivot. □□ **piv·ot·a·ble** adj. **piv·ot·a·bil·i·ty** n. **piv·ot·al** adj. [F, of uncert. orig.]

**pix¹** /piks/ n.pl. colloq. pictures, esp. photographs. [abbr.: cf. PIC]

**pix²** var. of PYX.

**pix·el** /píksəl/ n. Electronics any of the minute areas of uniform illumination of which an image on a display screen is composed. [abbr. of picture element: cf. PIX¹]

**pix·ie** /píksee/ n. (also **pix·y**) (pl. **·ies**) a being like a fairy; an elf. [17th c.: orig. unkn.]

**pix·ie hat** n. (also **pix·ie hood**) a child's hat with a pointed crown.

**pix·i·lat·ed** /píksilaytid/ adj. (also **pix·il·lat·ed**) 1 bewildered; crazy. 2 drunk. [var. of pixie-led (as PIXIE, LED)]

**piz·za** /peetsə/ n. a flat round base of dough baked with a topping of tomatoes, cheese, onions, etc. [It., = pie]

**piz·zazz** /pizáz/ n. (also **pi·zazz**) sl. verve; energy; liveliness; sparkle.

**piz·ze·ri·a** /peetsəréeə/ n. a place where pizzas are made or sold. [It. (as PIZZA)]

**piz·zi·ca·to** /pitsikaató/ adv., adj., & n. Mus. • adv. plucking the strings of a violin, etc., with the finger. • adj. (of a note, passage, etc., played pizzicato. [It., past part. of pizzicare twitch f. pizzare f. pizza edge]

**piz·zle** /pízəl/ n. the penis of an animal, esp. a bull, formerly used as a whip. [LG pesel, dimin. of MLG pēse, MDu. pēze]

**pk.** abbr. 1 park. 2 peak. 3 peck(s). 4 pack.

**pkg.** abbr. (also **pkge.**) package.

**pl.** abbr. 1 plural. 2 place. 3 plate. 4 esp. Mil. platoon.

**plac·a·ble** /plákəbəl, pláy-/ adj. easily placated; mild; forgiving. □□ **plac·a·bil·i·ty** n. **plac·a·bly** adv. [ME f. OF placable or L placabilis f. placare appease]

**plac·ard** /plákaard, -kərd/ n. & v. • n. a printed or handwritten poster esp. for advertising. • v. tr. 1 set up placards on (a wall, etc.). 2 advertise by placards. 3 display (a poster, etc.) as a placard. [ME f. OF placquart f. plaquier to plaster f. MDu. placken]

**pla·cate** /pláykayt, plák-/ v. tr. pacify; conciliate. □□ **pla·cat·ing·ly** adv. **pla·ca·tion** /-áyshən/ n. **pla·ca·to·ry** /-kətawree/ adj. [L placare placat-]

**place** /plays/ n. & v. • n. 1 a a particular portion of space. b a portion of space occupied by a person or thing (it has changed its place). c a proper or natural position (he is out of his place; take your places). d situation; circumstances (put yourself in my place). 2 a city, town, village, etc. (was born in this place). 3 a residence; a dwelling (has a place in the country; come around to my place). 4 a a group of houses in a town, etc., esp. a square. b a country house with its surroundings. 5 a person's rank or status (know their place; a place in history). 6 a space, esp. a seat, for a person (two places in the coach). 7 a building or area for a specific purpose (place of worship; fireplace). 8 a a point reached in a book, etc. (lost my place). b a passage in a book. 9 a particular spot on a surface, esp. of the skin (a sore place on his wrist). 10 a employment or office (lost his place at the university). b the duties or entitlements of office, etc. (is his place to hire staff). 11 a position as a member of a team, a student in a college, etc. 12 a US the second finishing position, esp. in a horse race. b Brit. any of the first three or sometimes four positions in a race, esp. other than the winner (backed it for a place). 13 the position of a number in a series indicated in decimal or similar notation (calculated to 5 decimal places). • v. tr. 1 put (a thing, etc.) in a particular place or state; arrange. 2 identify, classify, or remember correctly (cannot place him). 3 assign to a particular place; locate. 4 a appoint (a person, esp. a member of the clergy) to a post. b find a job, clerical post, etc., for. c (usu. foll. by with) consign to a person's care, etc. (placed her with her aunt). 5 assign rank, importance, or worth to (place him among the best teachers). 6 a dispose of (goods) to a customer. b make (an order for goods, etc.). 7 (often foll. by in, on, etc.) have (confidence, etc.). 8 invest (money). 9 Brit. state the position of (any of the first three or sometimes four runners) in a race. 10 tr. (as **placed** adj.) a US second in a race. b Brit. among the first three or sometimes four in a race. □ **all over the place** in disorder; chaotic. **give place to** 1 make room for. 2 yield precedence to. 3 be succeeded by. **go places** colloq. be successful. **in place** in the right position; suitable. **in place of** in exchange for; instead of. **in places** at some places or in some parts, but not others. **keep a person in his** (or **her**) **place** suppress a person's esp. social pretensions. **out of place** 1 in the wrong position. 2 unsuitable. **put oneself in another's place** imagine oneself in another's position. **put a person in his** (or **her**) **place** deflate or humiliate a person. **take place** occur. **take one's place** go to one's correct position, be seated, etc. **take the place of** be substituted for; replace. □□ **place·less** adj. **place·ment** n. [ME f. OF f. L platea f. Gk plateia (hodos) broad (way)]

**place bet** n. 1 US a bet on a horse to come in second. 2 Brit. a bet on a horse to come first, second, third, or sometimes fourth in a race.

**pla·ce·bo** /pləseébō/ n. (pl. **·bos**) 1 a a pill, medicine, etc., prescribed more for psychological reasons than for any physiological effect. b a placebo used as a control in testing new drugs, etc. 2 RC Ch. the opening antiphon of the vespers for the dead. [L, = I shall be acceptable or pleasing f. placēre please, first word of Ps. 114: 9]

**place card** n. a card marking a person's place at a table, etc.

**place in the sun** n. a favorable situation, position, etc.

**place-kick** /pláyskik/ n. Football a kick made with the ball held on the ground or on a tee.

**place mat** n. a small mat on a table underneath a person's plate.

**place-name** n. the name of a geographic location, as a city, town, hill, lake, etc.

**pla·cen·ta** /pləséntə/ n. (pl. **pla·cen·tae** /-tee/ or **pla·cen·tas**) 1 a flattened circular organ in the uterus of pregnant mammals nourishing and maintaining the fetus through the umbilical cord and expelled after birth. 2 (in flowers) part of the ovary wall carrying the ovules. □□ **pla·cen·tal** adj. [L f. Gk plakous –ountos flat cake f. the root of plax plakos flat plate]

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

See page xx for the Key to Pronunciation.

esp.: a European. **b** *Brit.* American. **2** crossing the Atlantic (*a transatlantic flight*).

**trans•ax•le** /tranzáksəl/ *n.* a unit in front-wheel drive vehicles that combines the functions of the transmission and differential.

**trans•ceiv•er** /transéevər/ *n.* a combined radio transmitter and receiver.

**tran•scend** /transénd/ *v.tr.* **1** be beyond the range or grasp of (human experience, reason, belief, etc.). **2** excel; surpass. [ME f. OF *transcendre* or L *transcendere* (as TRANS-, *scandere* climb)]

**tran•scend•ent** /transéndənt/ *adj. & n.* • *adj.* **1** excelling; surpassing (*transcendent merit*). **2** transcending human experience. **3** *Philos.* **a** higher than or not included in any of Aristotle's ten categories in scholastic philosophy. **b** not realizable in experience in Kantian philosophy. **4** (esp. of the supreme being) existing apart from, not subject to the limitations of, the material universe (opp. IMMANENT). • *n. Philos.* a transcendent thing. □□ **tran•scend•ence** *n.* **tran•scend•en•cy** *n.* **tran•scend•ent•ly** *adv.*

**tran•scen•den•tal** /tránsendént'l/ *adj. & n.* • *adj.* **1** = TRANSCENDENT. **2 a** (in Kantian philosophy) presupposed in and necessary to experience; a priori. **b** (in Schelling's philosophy) explaining matter and objective things as products of the subjective mind. **c** (esp. in Emerson's philosophy) regarding the divine as the guiding principle in man. **3 a** visionary; abstract. **b** vague; obscure. **4** *Math.* (of a function) not capable of being produced by the algebraical operations of addition, multiplication, and involution, or the inverse operations. • *n.* a transcendental term, conception, etc. □□ **tran•scen•den•tal•ly** *adv.* [med.L *transcendentalis* (as TRANSCENDENT)]

**tran•scen•den•tal•ism** /tránsendént'lizəm/ *n.* **1** transcendental philosophy. **2** exalted or visionary language. □□ **tran•scen•den•tal•ist** *n.* **tran•scen•den•tal•ize** *v.tr.*

**tran•scen•den•tal med•i•ta•tion** *n.* a method of detaching oneself from problems, anxiety, etc., by silent meditation and repetition of a mantra.

**trans•code** /tranzkód, trans–/ *v.tr. & intr.* convert from one form of coded representation to another.

**trans•con•ti•nen•tal** /tránzkontinént'l, trans–/ *adj. & n.* • *adj.* (of a railroad, etc.) extending across a continent. • *n.* a transcontinental railroad or train. □□ **trans•con•ti•nen•tal•ly** *adv.*

**tran•scribe** /transkríb/ *v.tr.* **1** make a copy of, esp. in writing. **2** transliterate. **3** write out (shorthand, notes, etc.) in ordinary characters or continuous prose. **4 a** record for subsequent reproduction. **b** broadcast in this form. **5** arrange (music) for a different instrument, etc. □□ **tran•scrib•er** *n.* **tran•scrip•tion** /–skrípshən/ *n.* **tran•scrip•tion•al** *adj.* **tran•scrip•tive** /–skríptiv/ *adj.* [L *transcribere transcript-* (as TRANS-, *scribere* write)]

**tran•script** /tránskript/ *n.* **1** a written or recorded copy. **2** any copy. [ME f. OF *transcrit* f. L *transcriptum* neut. past part.: see TRANSCRIBE]

**trans•duc•er** /tranzdóosər, –dyóo–, trans–/ *n.* any device for converting a nonelectrical signal into an electrical one, e.g., pressure into voltage. [L *transducere* lead across (as TRANS-, *ducere* lead)]

**tran•sect** /transékt/ *v.tr.* cut across or transversely. □□ **tran•sec•tion** *n.* [TRANS- + L *secare sect-* cut]

**tran•sept** /tránsept/ *n.* **1** either arm of the part of a cross-shaped church at right angles to the nave (*north transept; south transept*). **2** this part as a whole. □□ **tran•sep•tal** *adj.* [mod.L *transeptum* (as TRANS-, SEPTUM)]

**trans•fer** *v. & n.* • *v.* /transfər/ (**trans•ferred, trans•fer•ring**) **1** *tr.* (often foll. by *to*) convey, remove, or hand over (a thing, etc.) (*transferred the bag from the car to the station*). **b** make over the possession of (property, a ticket, rights, etc.) to a person (*transferred his membership to his son*). **2** *tr. & intr.* change or move to another group, club, department, school, etc. **3** *intr.* change from one station, route, etc., to another on a journey. **4** *tr.* **a** convey (a drawing, etc.) from one surface to another, esp. to a lithographic stone by means of transfer paper. **b** remove (a picture) from one surface to another, esp. from wood or a wall to canvas. **5** *tr.* change (the sense of a word, etc.) by extension or metaphor. • *n.* /tránsfər/ **1** the act or an instance of transferring or being transferred. **2 a** a design, etc., conveyed or to be conveyed from one surface to another. **b** a small usu. colored picture or design on paper, which is transferable to another surface; a decal. **3** a student, etc., who is or is to be transferred. **4 a** the conveyance of property, a right, etc. **b** a document effecting this. **5** a ticket allowing a journey to be continued on another route, etc. □□ **trans•fer•ee** /–reé/ *n.* **trans•fer•or** /–fórər/ esp. *Law n.* **trans•fer•rer** /–fórər/ *n.* [ME f. F *transférer* or L *transferre* (as TRANS-, *ferre lat-* bear)]

**trans•fer•a•ble** /tránsfərəbəl/ *adj.* capable of being transferred. □□ **trans•fer•a•bil•i•ty** /–biliteé/ *n.*

**trans•fer com•pa•ny** *n.* a company conveying passengers or luggage between stations.

**trans•fer ink** *n.* ink used for making designs on a lithographic stone or transfer paper.

**trans•fer pa•per** *n.* specially coated paper to receive the impression of transfer ink and transfer it to stone.

**trans•fer•al** /transfórəl/ *n.* = TRANSFER *n.* 1.

**trans•fer•rin** /transférin/ *n.* a protein transporting iron in the blood serum. [TRANS- + L *ferrum* iron]

**trans•fer RNA** *n.* RNA conveying an amino acid molecule from the cytoplasm to a ribosome for use in protein synthesis, etc.

**trans•fig•u•ra•tion** /transfigyəráyshən/ *n.* **1** a change of form or appearance. **2 a** Christ's appearance in radiant glory to three of his disciples (Matt. 17:2, Mark 9:2–3). **b** (Transfiguration) the festival of Christ's transfiguration, Aug. 6. [ME f. OF *transfiguration* or L *transfiguratio* (as TRANSFIGURE)]

**trans•fig•ure** /transfígyər/ *v.tr.* change in form or appearance, esp. so as to elevate or idealize. [ME f. OF *transfigurer* or L *transfigurare* (as TRANS-, FIGURE)]

**trans•fi•nite** /tránsfinít/ *adj.* **1** beyond or surpassing the finite. **2** *Math.* (of a number) exceeding all finite numbers.

**trans•fix** /transfíks/ *v.tr.* **1** pierce with a sharp implement or weapon. **2** root (a person) to the spot with horror or astonishment; paralyze the faculties of. □□ **trans•fix•ion** /–fíkshən/ *n.* [L *transfigere transfix-* (as TRANS-, FIX)]

**trans•form** *v. & n.* • *v.* /transfáwrm/ **1 a** *tr.* make a thorough or dramatic change in the form, outward appearance, character, etc., of. **b** *intr.* (often foll. by *into, to*) undergo such a change. **2** *tr. Electr.* change the voltage, etc., of (a current). **3** *tr. Math.* change (a mathematical entity) by transformation. • *n.* /tránsfawrm/ *Math. & Linguistics* the product of a transformation. □□ **trans•form•a•ble** *adj.* **trans•form•a•tive** *adj.* [ME f. OF *transformer* or L *transformare* (as TRANS-, FORM)]

**trans•for•ma•tion** /tránsfərmáyshən/ *n.* **1** the act or an instance of transforming; the state of being transformed. **2** *Zool.* a change of form at metamorphosis, esp. of insects, amphibians, etc. **3** the induced or spontaneous change of one element into another. **4** *Math.* a change from one geometrical figure, expression, or function to another of the same value, magnitude, etc. **5** *Biol.* the modification of a eukaryotic cell from its normal state to a malignant state. **6** *Linguistics* a process, with reference to particular rules, by which one grammatical pattern of sentence structure can be converted into another, or the underlying meaning of a sentence can be converted into a statement of syntax. [ME f. OF *transformation* or LL *transformatio* (as TRANSFORM)] □□ **trans•for•ma•tion•al** /tránsfərmáyshənəl/ *adj.* relating to or involving transformation. **trans•for•ma•tion•al•ly** *adv.*

**trans•for•ma•tion•al gram•mar** *n. Linguistics* a grammar that describes a language by means of transformation (see TRANSFORMATION 6).

**trans•form•er** /transfáwrmər/ *n.* **1** an apparatus for reducing or increasing the voltage of an alternating current. **2** a person or thing that transforms.

**trans•fuse** /transfyóoz/ *v.tr.* **1 a** permeate (*purple dye transfused the water*) **b** instill (an influence, quality, etc.) into (*transfused enthusiasm into everyone*). **2 a** transfer (blood) from one person or animal to another. **b** inject (liquid) into a blood vessel to replace lost fluid. **3** cause (fluid, etc.) to pass from one vessel, etc., to another. □□ **trans•fu•sion** /–fyóozhən/ *n.* [ME f. L *transfundere transfus-* (as TRANS-, *fundere* pour)]

**trans•gen•ic** /tranzjénik/ *adj. Biol.* (of an animal or plant) having genetic material introduced from another species.

**trans•gress** /tranzgrés/ *v.tr.* (also *absol.*) **1** go beyond the bounds or limits set by (a commandment, law, etc.); violate; infringe. **2** *Geol.* (of the sea) to spread over (the land). □□ **trans•gres•sion** /–gréshən/ *n.* **trans•gres•sive** *adj.* **trans•gres•sor** *n.* [F *transgresser* or L *transgredi transgress-* (as TRANS-, *gradi* go)]

**tran•ship** var. of TRANSSHIP.

**trans•hu•mance** /tranz-hyóoməns/ *n.* the seasonal moving of livestock to a different region. [F f. *transhumer* f. L TRANS- + *humus* ground]

**tran•sient** /tránzhənt, –shənt, –zeeənt/ *adj. & n.* • *adj.* **1** of short duration; momentary; passing; impermanent (*life is transient; of transient interest*). **2** *Mus.* serving only to connect; inessential (*a transient chord*). • *n.* **1** a temporary visitor, worker, etc. **2** *Electr.* a brief current, etc. □□ **tran•sience** *n.* **tran•sien•cy** *n.* **tran•sient•ly** *adv.* [L *transire* (as TRANS-, *ire* go)]

**trans•il•lu•mi•nate** /tránzilóominayt/ *v.tr.* pass a strong light through for inspection, esp. for medical diagnosis. □□ **trans•il•lu•mi•na•tion** /–náyshən/ *n.*

**trans•i•re** /transír/ *n. Brit.* a customs permit for the passage of goods. [L *transire* go across (as TRANSIENT)]

**tran•sis•tor** /tranzístər/ *n.* **1** a semiconductor device with three connections, capable of amplification in addition to rectification. **2** (in

idle way or
sions; vici-
gerundive

) 1 the Eu-
provisions
at. of viati-

feelings or
2 = VIBRA-

ol. a whip-
ch by lash-
E)]
of a person
(of sound)
-rənsee/ n.

ined metal
ng a vibra-

ontinuous-
unceasing-
tinue to be
:h passion).
-rətiv/ adj.

il. (of cilia,
e, etc.]
orating; os-
of the parts
i disturbed
sp. occult)
i place, re-
·bra·tion·al

-ch-in-sing-
ig a tremu-
TE]
; vibration,
· for sexual

ith of most
rils. 2 bris-
. [L (as VI-

inus Vibur-
d snowball

mbent of a
ious house
member of
entative or
hip n. [ME
: see VICE³]
r.

nary or cit-

official as-
e matters.
, etc.

nagination
ir done for
ious author-
ius: see vi-

icular form
ravity; evil.
rice of glut-
s not among
e·less adj.

L. ablat. of

bbr ]
is a substi-
re admiral.

dmiral and

**vice-chan·cel·lor** /vís-chánsələr/ n. a deputy chancellor, esp. of a university, discharging most of the administrative duties.

**vice·ge·rent** /vísjérənt/ adj. & n. • adj. exercising delegated power. • n. a vicegerent person; a deputy. □□ **vice·ge·ren·cy** /-rənsee/ n. (pl. –cies). [med.L vicegerens (as VICE³, L gerere carry on)]

**vi·cen·ni·al** /víséneeəl/ adj. lasting for or occurring every twenty years. [LL vicennium period of 20 years f. vicies 20 times f. viginti 20 + annus year]

**vice pres·i·dent** /vís-prézidənt, –dent/ n. an official ranking below and deputizing for a president. □□ **vice pres·i·den·cy** n. (pl. –cies). **vice pres·i·den·tial** /-dénshəl/ adj.

**vice·re·gal** /vísreegəl/ adj. of or relating to a viceroy. □□ **vice·re·gal·ly** adv.

**vice·reine** /vísrayn/ n. 1 the wife of a viceroy. 2 a woman viceroy. [F (as VICE-, reine queen)]

**vice ring** n. a group of criminals involved in organizing illegal prostitution.

**vice·roy** /vísroy/ n. a ruler exercising authority on behalf of a sovereign in a colony, province, etc. □□ **vice·roy·al** adj. **vice·roy·al·ty** n. **vice·roy·ship** n. [F (as VICE-, roy king)]

**vice squad** n. a police department enforcing laws against prostitution, drug abuse, etc.

**vice ver·sa** /vísə vársə, vís/ adv. with the order of the terms or conditions changed; the other way around; conversely (could go from left to right or vice versa). [L, = the position being reversed (as VICE³, versa ablat. fem. past part. of vertere turn)]

**PRONUNCIATION TIP** vice versa

The first part of this Latin phrase may be pronounced either like vice or as "VY-sah."

**vi·chys·soise** /vísheeswaáz, vee–/ n. a creamy soup of pureed leeks and potatoes, usu. served chilled. [F vichyssois –oise of Vichy (in France)]

**Vi·chy wa·ter** /víshee, vee–/ n. an effervescent mineral water from Vichy in France.

**vic·i·nage** /vísinij/ n. 1 a neighborhood; a surrounding district. 2 relation in terms of nearness, etc., to neighbors. [ME f. OF vis(e)nage ult. f. L vicinus neighbor]

**vic·i·nal** /vísinəl/ adj. 1 neighboring; adjacent. 2 of a neighborhood; local. [F vicinal or L vicinalis f. vicinus neighbor]

**vi·cin·i·ty** /visínitee/ n. (pl. –ties) 1 a surrounding district. 2 (foll. by to) nearness or closeness of place or relationship. □ **in the vicinity** (often foll. by of) near (to). [L vicinitas (as VICINAL)]

**vi·cious** /víshəs/ adj. 1 bad-tempered; spiteful (a vicious dog; vicious remarks). 2 violent; severe (a vicious attack). 3 of the nature of or addicted to vice. 4 (of language or reasoning, etc.) faulty or unsound. □□ **vi·cious·ly** adv. **vi·cious·ness** n. [ME f. OF vicious or L vitiosus f. vitium VICE¹]

**vi·cious cir·cle** n. see CIRCLE n. 10.

**vi·cious spi·ral** n. continual harmful interaction of causes and effects, esp. as causing repeated rises in both prices and wages.

**vi·cis·si·tude** /visísitood, –tyood/ n. 1 a change of circumstances, esp. variation of fortune. 2 archaic or poet. regular change; alternation. □□ **vi·cis·si·tu·di·nous** adj. [F vicissitude or L vicissitudo –dinis f. vicissim by turns (as VICE³)]

**vic·tim** /víktim/ n. 1 a person injured or killed as a result of an event or circumstance (a road victim; the victims of war). 2 a person or thing injured or destroyed in pursuit of an object or in gratification of a passion, etc. (the victim of their ruthless ambition). 3 a prey; a dupe (fell victim to a confidence scam). 4 a living creature sacrificed to a deity or in a religious rite. [L victima]

**vic·tim·ize** /víktimīz/ v.tr. 1 single out (a person) for punishment or unfair treatment, esp. dismissal from employment. 2 make (a person, etc.) a victim. □□ **vic·tim·i·za·tion** /-izáyshən/ n. **vic·tim·iz·er** n.

**vic·tor** /víktər/ n. a winner in battle or in a contest. [ME f. AF victo(u)r or L victor f. vincere vict- conquer]

**Vic·to·ri·a** /viktáwreeə/ n. 1 a low, light, four-wheeled carriage with a collapsible top, seats for two passengers, and a raised driver's seat. 2 a gigantic S. American water lily, Victoria amazonica. 3 a a species of crowned pigeon. b a variety of domestic pigeon. 4 (also **vic·to·ri·a plum**) Brit. a large, red, luscious variety of plum. [Queen Victoria, d. 1901]

**Vic·to·ri·a Cross** /viktáwreeə/ n. a UK decoration awarded for conspicuous bravery in the armed services, instituted by Queen Victoria in 1856.

**Vic·to·ri·an** /viktáwreeən/ adj. & n. • adj. 1 of or relating to the time of Queen Victoria. 2 associated with attitudes attributed to this time, esp. of prudery and moral strictness. • n. a person, esp. a writer, of this time. □□ **Vic·to·ri·an·ism** n.

**Vic·to·ri·an·a** /viktáwreeánə, –aánə/ n.pl. 1 articles, esp. collectors' items, of the Victorian period. 2 attitudes characteristic of this period.

**vic·to·ri·ous** /viktáwreeəs/ adj. 1 having won a victory; conquering; triumphant. 2 marked by victory (victorious day). □□ **vic·to·ri·ous·**

---

**ly** adv. **vic·to·ri·ous·ness** n. [ME f. AF victorious, OF victorieux, f. L victoriosus (as VICTORY)]

**vic·to·ry** /víktəree/ n. (pl. –ries) 1 the process of defeating an enemy in battle or war or an opponent in a contest. 2 an instance of this; a triumph. [ME f. AF victorie, OF victoire, f. L victoria (as VICTOR)]

**vict·ual** /vít'l/ n. & v. • n. (usu. in pl.) food, provisions, esp. as prepared for use. • v. 1 tr. supply with victuals. 2 intr. obtain stores. 3 intr. eat victuals. □□ **vict·ual·less** adj. [ME f. OF vitaille f. LL victualia, neut. pl. of L victualis f. victus food, rel. to vivere live]

**PRONUNCIATION TIP** victual

The pronunciation of this word, which properly rhymes with whittle, is based on an Anglicized version of the Old French vitaille. The modern spelling reflects the word's etymological origin in an older spelling, which is the Late Latin victualia, meaning 'provisions.'

**vict·ual·er** /vítlər/ n. (also **vict·ual·ler**) 1 a a person, etc., who supplies victuals. b (in full **licensed victualler**) Brit. a pub owner, etc., licensed to sell liquor. 2 a ship carrying stores for other ships. [ME f. OF vitaill(i)er, vitaillour (as VICTUAL)]

**vi·cu·ña** /víkoonə, –nyə, –kyoo–, vi–/ n. (also **vi·cu·na**) 1 a S. American mammal, Vicugna vicugna, related to the llama, with fine silky wool. 2 a cloth made from its wool. b an imitation of this. [Sp. f. Quechua]

**vi·de** /vídee, veeday/ v.tr. (as an instruction in a reference to a passage in a book, etc.) see; consult. [L, imper. of videre see]

**vi·de·li·cet** /vidéliset, vī–/ adv. = VIZ. [ME f. L f. videre see + licet it is permissible]

**vid·e·o** /vídeeō/ adj., n., & v. • adj. 1 relating to the recording, reproducing, or broadcasting of visual images on magnetic tape. 2 relating to the broadcasting of television pictures. • n. (pl. –os) 1 the process of recording, reproducing, or broadcasting visual images on magnetic tape. 2 the visual element of television broadcasts. 3 colloq. = VIDEOCASSETTE RECORDER. 4 a movie, etc., recorded on a videotape. • v.tr. (–oes, –oed) make a video recording of. [L videre see, after AUDIO]

**vid·e·o·cas·sette** /vídeeōkasét, –kəsét/ n. a cassette of videotape.

**vid·e·o·cas·sette re·cord·er** n. ¶ Abbr: VCR an apparatus for recording and playing videotapes.

**vid·e·o·disc** /vídeeōdisk/ n. (also **vid·e·o·disk**) a metal-coated disk on which visual material is recorded for reproduction on a television screen.

**vid·e·o dis·play ter·mi·nal** n. ¶ Abbr: VDT Computing a device displaying data as characters on a screen and usu. incorporating a keyboard.

**vid·e·o fre·quen·cy** n. a frequency in the range used for video signals in television.

**vid·e·o game** n. a game played by electronically manipulating images produced by a computer program on a television screen.

**vid·e·o jock·ey** n. ¶ Abbr: VJ & **veejay** a person who introduces music videos, as on television.

**vid·e·o·phone** /vídeeōfōn/ n. a telephone device transmitting a visual image as well as sound.

**vid·e·o re·cord·er** n. = VIDEOCASSETTE RECORDER.

**vid·e·o sig·nal** n. a signal containing information for producing a television image.

**vid·e·o·tape** /vídeeōtayp/ n. & v. • n. magnetic tape for recording television pictures and sound. • v.tr. make a recording of (broadcast material, etc.) with this.

**vid·e·o·tape re·cord·er** n. = VIDEOCASSETTE RECORDER.

**vid·e·o·tex** /vídeeōteks/ n. (also **vid·e·o·text** /–tekst/) any electronic information system, esp. teletext or viewdata.

**vie** /vī/ v.intr. (**vy·ing**) (often foll. by with) compete; strive for superiority (vied with each other for recognition). [prob. f. ME (as ENVY)]

**Vi·en·nese** /veeənéez/ adj. & n. • adj. of, relating to, or associated with Vienna in Austria. • n. (pl. same) a native or citizen of Vienna.

**Vi·et·nam·ese** /vee-etnəméez/ adj. & n. • adj. of or relating to Vietnam in SE Asia. • n. (pl. same) 1 a native or national of Vietnam. 2 the language of Vietnam.

**vieux jeu** /vyözhö/ adj. old-fashioned; hackneyed. [F, lit. old game]

**view** /vyoo/ n. & v. • n. 1 range of vision; extent of visibility (came into view; in full view of the crowd). 2 a what is seen from a particular point; a scene or prospect (a fine view of the mountains; a room with a view). b a picture, etc., representing this. 3 an inspection by the eye or mind; a visual or mental survey. 4 an opportunity for visual inspection; a viewing (a private view of the exhibition). 5 a an opinion (holds strong views on morality). b a mental attitude (took a favorable view of the matter). c a manner of considering a thing (took a long-term view of it). • v. 1 tr. look at; survey visually; inspect (a

..................................................................................

See page xx for the Key to Pronunciation.