

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 16, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICATION NUMBER:** *07/096,177*
**FILING DATE:** *September 11, 1987*
**PATENT NUMBER:** *4,901,075*
**ISSUE DATE:** *February 13, 1990*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. Carter

**M. K. CARTER**

**Certifying Officer**

JA91

PHLPSKD_00005033

4901075

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 340 | 341 : D | 264 | YOUNG |

**APPLICANTS**

PETER VOGEL, DIEPERSDORF, FED REP GERMANY.

**\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED

**\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED

| | | |
|---|---|---|
| FED REP GERMANY | P 3631252.5 | 09/13/86 |
| FED REP GERMANY | P3638127.6 | 11/08/86 |
| FED REP GERMANY | P 3717399.5 | 05/23/87 |

| Foreign priority claimed | ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☑ no | | X DEX | 5 | 10 | 1 | $ 450.00 | PHD 86,327 |
| Verified and Acknowledged | | | | | | | | |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

~~METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION~~
Method and Apparatus for Bit Rate Reduction

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

| | | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | | Assistant Examiner | Docket Clerk | Total Claims 13 | Print Claim 1 |
| | | WILLIAM M. SHOOP, JR. | | | |
| | | SUPERVISORY PRIMARY EXAMINER | | DRAWING | |
| | | ART UNIT 217 | | Sheets Drwg. 5 | Figs. Drwg. 6 | Print Fig. |
| | | | Primary Examiner | | |

| ISSUE CLASSIFICATION | | | ISSUE BATCH NUMBER | U59 |
|---|---|---|---|---|
| Class 341 | | Subclass 63 | | |

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

PHLPSKD_00005034

096177

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

N 10220  09/18/87  096177        21-0450  010  101      340.00CH

PTO-1556
(5/87)

PHLPSKD_00005035

Case Cket No. PHD 89327

Date: September 11, 1987

096177

THE COMMISSIONER OF PATENTS AND TRADEMARKS
11 Washington, D.C.  20231

401-06

Enclosed for filing is the patent application of
Inventor(s): PETER VOGEL

For: METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

ENCLOSED ARE

[ X ]  5 sheets of  [ X ] informal [    ] formal drawing.
[    ]  An assignment of the invention to
[    ]  A fully executed declaration.
[    ]  An unsigned declaration.
[    ]  A certified copy of                application
        Serial No.
[ X ]  Associate power of attorney.
[ X ]  Preliminary Amendment.

FEE COMPUTATION

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| FOR | Number Filed | Number Extra | Rate | Basic Fee - $340.00 |
| Total Claims | 10 - 20 = | 0 | x $12 = | |
| Independent Claims | 1 - 3 = | 0 | x $34 = | |
| Multiple Dependent Claims, if any | | | $110 = | |

TOTAL FILING FEE ..........$340.00

ASSIGNMENT RECORDING FEE ...$

Please charge Deposit Account No. 21-0450 in the amount of $340.00.  The Commissioner is hereby authorized to charge any additional fees which may be required, except the issue fee, or credit any overpayment to Account No. 21-0450.

[    ]  Amend the specification by inserting before the first line the sentence: - This is a continuation-in-part of application Serial No.      , filed

Gregory P. Gadson, Reg. 31,254
Assoc. Attorney for Applicant(s)
(914) 332-0222 Ext. 232

CERTIFICATE OF MAILING

[ X ] Express Mail Mailing Label No. B88586195
     Date of Deposit  September 11, 1987
     I hereby certify that this paper and fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C.  20231.

_Vera Kublanov_                _Vera Kublanov_
Typed Name                     Signature

Send correspondence and papers to: Thomas A. Briody,
U.S. Philips Corporation, 580 White Plains Road,
Tarrytown, New York 10591.
Rev. 10/85
Translet.frm

PHLPSKD_00005036



Case 1:06-cv-00251-GMS    Document 129-10    Filed 11/06/2007    Page 5 of 45

096177  A

MAIL ROOM SEP 11 1987

096177

PHD 86.327 C                    1                    09.03.1987

## Method of and circuit arrangement for bitrate reduction

The invention relates to a method of and a circuit
arrangement for bitrate reduction. Bitrate reduction is carried out when
coding a signal, which comprises a series of digital signal values and
has a signal value A, occurring most frequently in runs.

5          An Article by Wen-Hsiung Chen and William K. Pratt (Chen,
When-Hsiung and Pratt, William K.: Scene Adaptive Coder IEEE
Transactions on Communications, vol. Com-32, No. 3, March 1984, pages
225-232) describes a coding process of video signals for the purpose of
transmitting video pictures of satisfactory quality at a minimum

10         possible bitrate. Coding is effected in several steps. First, equally
large video picture sections which are represented by blocks of pixels
are subjected to a Discrete Cosine Transform. In this transform process,
a special two-dimensional Fourier transform is used. By the transform a
new block of values (coefficients) is obtained from the original block.

15         This coefficient block has the property that a large part of its
elements - thus a large part of the coefficients - is approximately or
exactly O. A subsequent quantization of the coefficients always renders
the greater part of the elements O so that a subsequent Huffman coding
would therefore already involve a considerable bitrate reduction. The

20         authors of the above-mentioned Article achieve a further bitrate
reduction in that the frequent occurrence of zero runs in the
intermediate signal in which the coefficients are serially arranged is
utilized by means of a Huffman coding.

It is known that in a Huffman coding in which the
25         codewords have different length, statistic properties of the signal to
be coded are utilized. In the present case, this particularly implies
that it is investigated at what frequency zero runs having lengths 1, 2,
3, etc. occur in the above-mentioned intermediate signal. The shortest
Huffman codeword is then assigned to the run that occurs most

30         frequently. The next larger codeword is assigned to the run that occurs
less frequently, and so forth.

For coding the intermediate signal two Huffman code

PHLPSKD_00005037

'07 09/00 09:19                                                      04

PHD 86.327 C                    2                    09.03.1987

tables are required according to the above-mentioned Article. A first
table shows how the (quantized) coefficients different from 0 are to be
coded. Only the coefficient values are coded because equally large
coefficients also occur at the same frequency. The signs are transmitted
5    in a separate bit. A second table shows how the run length is to be
coded. In order that the codewords of one table can be distinguished
from those of the other table during decoding, a separate codeword, the
so-called run length prefix, is used for the identification of the coded
run length.

10       It is an object of the invention to provide a coding
method for a signal of the kind mentioned in the opening paragraph and
comprising in a special case, an intermediate signal resulting from a
picture coding operation, leading to a bit rate reduction which is
larger than that hitherto known.

15       This object is solved in that a Huffman codeword is
assigned to each run of samples having the length 0, 1, 2 etc.,
together with the signal value subsequent to the run or together with
the signal value preceding the run.

Advantageous embodiments of the invention, particularly
20   for exeptional cases of the signal characterized in the opening
paragraph as well as a circuit arrangement for carrying out the method
according to the invention can be derived from the sub-claims.

The invention will now be described in greater detail by
way of examples with reference to the accompanying drawings in which
25       Figure 1 is a table stating the occurrence of events,
Figure 2 is a further table elucidating the split-up of
the events,

Figures 3 to Figure 5 show a coding table, and
Figure 6 shows the circuit diagram of arrangements for
30   coding video signals according to the invention.

In the following embodiments explaining the invention the
signal mentioned in the opening paragraph and occurring after coding
blocks of video pictures elements. The signal values mentioned in the
opening paragraph thus are the coefficients or the elements of the
35   coefficients block, while the signal value 0 because it
occurs most frequently in runs is the intermediate signal.

As is evident from the invention the occurrence of a zero

3

PHLPSKD_00005038

PHD 86.327 C                          3                        09.03.1987

~~run and the coefficients subsequent to this run is considered as an~~
~~event to be encoded. It is important that also when a coefficient~~
~~different from 0 is not preceded by one or more 0 coefficients -- thus~~
~~the occurrence of a run length 0 - is treated as an event to be coded.~~

5       ~~Each of these events occurs in the video signal with a~~
~~characteristic frequency. As has been proved by, for example,~~
~~measurements, small-value coefficients occur more frequently than those~~
~~having a high value as the preceding coefficients run with the value 0~~
~~becomes longer.~~

10      Figure 1 shows the frequency distribution of the above-
mentioned events in the case of a cosine-transformed and subsequently
*quantized* ~~(quantized)~~ video signal. Each field of the table represents an event
characterized by the zero run length L and by the value B of the
subsequent ~~(quantized)~~ *quantized* coefficient. The values B proceed through the

15      natural numbers without the zero and the *length* length L proceeds through the
natural numbers with the zero. In order that the table does not become
arbitrarily large, all events with B larger than or equal to 9 are
combined to an overall event. The same applies to L when larger than or
equal to 9.

20      The numbers in the different fields indicate how often
the associated event occurs in a *quantized* ~~quantized~~ video signal with
approximately 15000 signal values. The assignment of Huffman codewords
is shown in the table: the series L=0, B=1 acquires the shortest
codeword; this is followed by the series L=1, B=1 with the next longer

25      codeword, and so forth.

If the assigned codewords instead of the *frequencies* ~~frequencies~~ are
introduced in the event fields of the table, a two-dimensional coding
table is obtained. It is not shown for the events according to Figure 1
because such coding tables can generally be set up by those skilled in

30      the art. For the sake of completeness it is to be noted that a maximum
number of 11 bits follows for the events in which L is larger than or
equal to 9 or in which B is larger than or equal to 9 after the assigned
Huffman codeword, which bits give the receiver accurate information
about the value of L and the value of B, respectively.

35      An additional *bit rate* reduction of 12% is obtained when
coding video signals in accordance with the above-mentioned two
dimensional coding table as compared with the coding method described in

6

PHLPSKD_00005039

'87 89/08 89:20                                                        86

PHD 86.327 C                    4                    09.03.1987

the opening paragraph.

This additional ~~bitrate~~ *bit rate* reduction is possible because,

for example ~~the probability of the event in which three successive zeros~~
~~with subsequent coefficient of the value 2 occur is different from the~~
5  ~~product of probability with which three successive zeros occur and the~~
~~probability with which a coefficient of the value 2 occurs anyway.~~

The limitation of Figure 1 will now be considered in
greater detail. As is evident from the above-mentioned embodiments the
number of the events to be coded in accordance with Figure 1 is kept
10  within efficient limits because all zero runs with an equally large
subsequent value of a coefficient are considered as an event if the run
length L is larger than eight.

Similarly, all zero runs of equal length are considered as
an event if the subsequent value B of a coefficient is larger than eight.
15  As is shown in Figure 1, relatively rarely occurring
events are concerned, and therefore they are coded with relatively long
Huffman codewords. Since the receiver for decoding should know the exact
zero run length or the exact value of a coefficient without any loss of
information, an additional codeword is added to the Huffman codeword -
20  as already indicated above - from which the exact length or the exact
value or both can be derived.

A clearly defined state is encoded by the Huffman
codeword and the additional information. Since the number of bits of
such combinations is also dependent on the statistic properties of the
25  signal, such combinations should also be present at the receiver and the
decoder in order that the state which is based on these combinations can
unambiguously be recognized at the receiver end.

The Huffman codewords defined in this sense may be up to
30  30 bits long. Since the processing of codewords which are at most 16
bits long does not require any special arrangements, but is possible,
for example with a 16-bit microprocessor, given events are split up into
sub-events - to improve the method described so far - such that
codewords whose length is at most 16 bits are sufficient for coding all
events and sub-events. This split-up will now be described in greater
35  detail.

Firstly, an event to be coded consisting of an L = Lm zero
run with subsequent coefficient of the value B = Bm is designated by

JA98

PHLPSKD_00005040

'07 09/08 09:29                                                    07

PHD 86.327 C                    5                      09.03.1987

(Lm, Bm). In contrast to the foregoing, Bm = 0 is now also explicitly
admitted. It is true that the two-dimensional diversity of events (Lm,
Bm) occurring in practice is finite, because arbitrarily large values of
coefficients do not occur, but it is very large. Consequently, the

5  Huffman codewords to be used are correspondingly large as regards number
and length. To reduce the overall number of the events to be coded the
starting point is that, for example a run of 19 zeros with subsequent
coefficient of the value 7 can be split up into sections, the first of
which represents a run of 16 zeros, the second of which represents a run

10 of 3 zeros and the third of which is a run without a zero and subsequent
coefficient of the value 7. Each of these sections is now considered as
a sub-event which is coded by a Huffman codeword. The length of each
section is below a given value which can be predetermined and which will
be further dealt with below.

15      This split-up is illustrated in Figure 2. In the
horizontal direction all occurring values B - including the value 0 - of
the coefficients are shown. In the vertical direction the length - also
starting at 0 - of coefficient runs of the value 0 is shown. The "events
fields" shown symbolize the event (Lm, Bm) i.e. Lm zeros followed by a

20 coefficient of the value Bm. The event (0, 3) for example means that a
coefficient of the value 3 is preceded by a run length 0 which means
that there is no coefficient of the value 0 preceding. Isolated zeros in
the signal are symbolized by the event (0, 0). The reference (3,Bm)
refers, inter alia to the event in which a coefficient of the value Bm is

25 succeeded by three successive zeros. Since the value of zero is also
admitted for Bm, the event (3, 0) means that there are four successive
zeros.

        Figure 2 shows a polygonal curve in a solid line dividing
the series fields into two ranges. The left-hand range comprises the

30 events which are referred to as being codable and the right-hand range
shows the events which are referred to as non-codable. The maximum
length for a section of signal values - corresponding to a codable event
- is 16; the events (0, 15), (1, 15) and (2, 15) are involved. All other
codable events correspond to signal sections which are shorter. The

35 division into codable and non-codable events is not completely
arbitrary; the most frequently occurring event should be associated with
the codable ones. The crossed non-codable event (8, 7) is suitable, for

8

PHLPSKD_00005041

'97 09/88 09:21                                                    88

PHD 86.327 C                    6                    09.03.1987

example,into the events (0, 7) and (7, 0). There are various
possibilities for the split-up; the simplest is the indicated
'projection on the event axes'.

The numbers in the event fields which are associated with
5   the codable events signify the length - hence the number of bits - of
the Huffman codewords with which the events are coded. The codewords
also comprise the signs of the coefficients and possibly data about the
magnitude of the value B; none of them is longer than 16 bits. In
setting up the Huffman codewords it was assumed that coefficients having
10  values of more than 136 do not occur.

Figures 3 to 5 show the exact structure of the Huffman
codewords used. The first codeword 11 represents the coded signal value
for characterizing a block end; at the transmission it succeeds the last
codeword which is associated with a coefficient block. The first column
15  of these figures states consecutive numbers, the second column states
the values B of the coefficients and the third states the lengths L of
the zero runs. The two latter data combined result in the "coordinates"
of a codable event according to Figure 2. In the fourth column of Figs.
3 -5 the code words are shown bitwise. The bit s denotes the sign bit,
20  the positions indicated by "-" are meaningless, and the positions
indicated by "+" comprise the coded values of the coefficients in so far
as they are larger than eight. The last column once more states the
length of the Huffman codewords.

A possibility of further reducing the bit rate results
25  from the fact that - as in the present embodiment - the signal to be
coded is structured in accordance with blocks. As already indicated, the
coefficients of a coefficient block are separated from those of the next
block by an "end - of - block" signal. Also this "end - of - block"
signal is converted into a codeword (compare Figure 3) whilst the
30  sequence of m (codable) events of the type

(L1, B1)

(L2, B2)          (1)

...

(Lm, Bm)

35  and into a sequence of assigned codewords. The number m of the events is
dependent on the special values of the coefficients. If the overall
coefficient block comprises, for example 63 zeros with subsequent

PHLPSKD_00005042

'87 89/80 89:22                                                    89

PHD 86,327 C                    7                    09.03.1987

coefficients of the value 1, it is split up into only one event, namely
(63, 1) or into several codable events according to Figure 2. As it is
not known in advance into how many codable events a coefficient block is
split up, the separate blocks must for this reason already be separated
5   from one another by means of an "end - of - block" signal. At the
receiver end the transmitted Huffman codewords are retransformed into
events and these events are again converted into a sequence of
coefficients. The receiver knows that, for example 64 coefficients are
associated with a coefficient block.

10       For further explanation and for the sake of simplicity it
is assumed that 4 x 4 blocks are concerned, so that one block comprises
a total of 16 coefficients. All data associated with a block are
separated from the data of the subsequent block by an "end of block"
sign. This sign and the corresponding codeword is excepted from the
15  split-up of the signal to be coded in accordance with the events. If,
for example the sequence of coefficients of a block in a decimal
representation has the form of

XX        4005000050000001.    XX,    Tm    (2)

20  The block is split up according to scheme (1) into the following events.

(0, 4)
(2, 5)(4, 5)                                              (3)
25  (6, 1)

In order that the coefficient sequence of a block can at any rate be
split up into events in accordance with scheme (1) or (3) above, the
coefficients are temporarily stored before they are further processed.
30  The temporal sequence of the coefficients in scheme (2) and that of the
events in schemes (1) and (3) corresponds to the sequence of their
written registration (European writing direction assumed). The symbols
XX in the embodiment according to scheme (2) represent the "end-of-
block" signs of the previous block and the represented block.

35       The coefficients in scheme (2) which are different from 0
are all positive and are represented as integral multiples of the
smallest unit, namely f. As can be seen from scheme (3), the last event

PHLPSKD_00005043

'87 09/88 89:22                                                    10

PHD 86.327 C                    8                    09.03.1987

is the event (6, 1). The Huffman codewords assigned to the events are
not indicated.

    Firstly, the weight of reception of the last event, namely
(6, 1) of the block according to (2) is checked for the receiver. In the
5  coding of pictures general experience has proved that the transmission
of events with a run of more than five zeros become less worthwhile as
the value of the subsequent coefficient is smaller. If in accordance
with the rule based on experience, checked events for which $L = 3$ and $B = 1$ are not transmitted, the transmission of the last event does not
10  take place. In that case the preceding series (4, 5) is checked in
accordance with the same criterion. In the example according to (2) the
check for this block is ended because the event (4, 5) and the assigned
Huffman codeword must be transmitted.

    After decoding the Huffman codewords at the receiver end
15  all coefficients of the block according to scheme (2) can be recovered,
but for those which are associated with non-transmitted events. However,
since these are associated with the last coefficients of the block, the
decoded coefficients at the receiver end are augmented with coefficients
of the value 0 until the overall number of coefficients is 16.

20    Figure 6 shows a circuit arrangement realising a simple
split-up of the sequence of coefficients in accordance with codable
events. The supply of clock pulses and details of the logic operation of
binary values are not shown because they are known to those skilled in
the art. In the circuit arrangement according to Figure 6 events are
25  coded which consist of a run of coefficients of the value zero and a
subsequent coefficient. If the run length $L$ in the signal to be coded
exceeds a predetermined length $Lmax$, the associated event cannot be
encoded and is split up into codable events. Due to the predetermined
maximum length $Lmax$ which is independent of the subsequent coefficient,
30  no delays or intermediate storages of the coefficients are required.

    The coefficients are serially applied from an input E via
a multiple lead e to the address inputs of an addressable memory PROM and
to a first input E1 of a comparator circuit K. The multiple lead e
comprises as many wires as bits are required for the binary
35  representation of a coefficient. A coding table is filed in the memory
PROM.

    The position of a counter Z is applied to a second input

PHLPSKD_00005044

'87 89/88 89123

11

PHD 86.327 C                          9                    09.03.1987

E2 of the comparator K - via a multiple lead f. The multiple lead f is
simultaneously connected to further address inputs of the memory PROM.

It is assumed that a coefficient which is different from
zero is present at the input E1. In this case the comparator circuit K
5   supplies a pulse from an output A2, which pulse is applied via a lead a
to the reset input R of the counter Z and to the clock input C2 of a
flipflop circuit FF. The counter is reset to the zero position with this
pulse and the codeword which is present at the output of the memory PROM
is bit-parallel taken over in the flipflop circuit FF. The codeword can
10  be derived from the output A of the circuit arrangement according to
Figure 6. The codewords present at output A are not the ultimate Huffman
codewords because all of them have the same length. To convert codewords
of the same length into codewords of unequal length, and conversely -
the latter conversion is required at the receiver end - reference is
15  made to patent applications DE 35 10 902, DE 35 10 901 and DE 36 32 682.

If a zero is present at the input E1, the comparator
circuit K supplies a counting pulse from a further output A1 and applies
it to the clock input C1 of the counter Z which increases it count by
one unit. The comparator circuit K continuously compares the actual
20  counting with the value Lmax which is stored in one of its memories not
shown. If the count reaches the value Lmax, the supply of a further
counting pulse does not take place. Instead the reset or transfer pulse
is supplied from the output A2.

25  The complete coefficients - thus also their signs - are
processed in the circuit arrangement according to Figure 6. In a
modification the signs of the coefficients are applied via a separate
wire to the output A of the circuit arrangement and to except them from
a comparison by the comparator circuit K and from determining the
codewords by the programmable memory PROM.

PHLPSKD_00005045

'87 89/88 89123

12

PHD 86.327 C                10                09.03.1987

1.    A method of bitrate reduction when coding a signal
consisting of a sequence of digitally represented values and comprising
a signal value A occurring most frequently in runs, characterised in
that a Huffman codeword is assigned to each run length O, 1, 2 etc. of
5    signal values A together with the signal value subsequent to the run or
together with the signal value preceding the run.

2.    A method as claimed in Claim 1, characterised in that the
same Huffman codeword is assigned to each run of signal values A
together with the signal value subsequent to the run or together with
10   the signal value preceding the run, if the run exceeds a predetermined
length and/or if the subsequent or preceding signal value exceeds a
predetermined value.

3.    A method as claimed in Claim 1 or 2, characterised in
that if a run of signal values A together with the preceding or
15   subsequent signal value exceeds a predetermined length, said overall run
is split up into sections in such a manner that the length of each
section is below a predetermined value and in that a Huffman codeword is
assigned to each section.

4.    A method as claimed in Claim 1, 2 or 3, characterised in
20   that the signal comprises a sequence of coefficients which results after
blockwise transform of pixels of a video signal with subsequent
quantisation and in that the signal value A is the zero value.

5.    A method as claimed in Claim 4, characterised in that the
advantages and drawbacks of non-transmission of the last Huffman
25   codeword of a block are checked in a signal having the structure of
equally long blocks, and in that the case of the advantages prevailing
the Huffman codeword is not transmitted and subsequently the same check
with the preceding Huffman codeword or last Huffman codeword is repeated.

6.    A method as claimed in Claim 5, characterised in that a
30   checked Huffman codeword is not transmitted if the length of the
associated run of signal values A exceeds a barrier which is dependent
on the magnitude of the subsequent signal value.

JA104

PHLPSKD_00005046

'87 09/08 09:26                                                          01

PHD 86.327 C                    11                    09.03.1987

8.        A method as claimed in Claim 6, characterized in that the
signal comprises a sequence of coefficients which results after a
blockwise transform of pixels of a video signal with subsequent
quantisation and in that the signal value 1 is the zero value, and in
that a checked Huffman codeword is not transmitted if the length of the
associated zero run is larger than five and if the magnitude of the
subsequent signal value has the smallest possible value different from
zero.

          A method as claimed in Claim 6 or 7, characterized in
that the Hufman codeword is independent of the sign of that coefficient
which succeeds or precedes the zero run and in that the sign is coded by
a separate bit.

9.        A circuit arrangement for performing the method as
claimed in any one of Claims 1 to 8, characterized in that the binary
coded coefficients are applied with predetermined delays to the address
inputs of a memory (PROM) and to a first input (E1) of a comparator
circuit (K), in that a counter (Z) is provided whose count is applied to
further address inputs of the memory (PROM) and to a second input (E2)
of the comparator circuit (K), in that the comparator circuit (K)
supplies a counting pulse to the counter (Z) from a first output (A1) if
a zero value coefficient is present at the first input (E1) and if the
count has not exceeded a value stored in a memory of the comparator
circuit (K) supplies a pulse from a second output (A2) if the conditions
for the supply of a counting pulse are not fulfilled, and in that the
counter (Z) is reset by means of the pulse at the second output (A2) of
the comparator circuit (K), and in that the codeword present at the
outputs of the memory (PROM) is transferred to an intermediate memory
(TF).

          A circuit arrangement as claimed in Claim 9,
characterized in that only the values of the coefficients are applied to
the address inputs of the memory (PROM) and the comparator circuit (K)
and in that the sign bits of the coefficients are supplied through a
separate wire to the output (A) of the circuit arrangement.

PHLPSKD_00005047

'87 89/96 89:26                                                            02

PHD 86.327 C                    12                    09.03.1987

Abstract:
Method of and circuit arrangement for bitrate reduction.

The method described for bitrate reduction is
particularly intended for video signals in which so-called coefficients
blocks occur. The coefficients have the property that a large part of
them assumes the value 0. For this reason a zero run together with the
subsequent coefficient is considered as an event, provided that the zero
run length remains below a maximum value. If the maximum value is
reached, this maximum zero run with its subsequent coefficient is
considered as a event, and the coefficients then following are considered
as a further event. A Huffman codeword is assigned to each event for the
purpose of transmission.

PHLPSKD_00005048



PHLPSKD_00005049

Prime of Drawing
As Original Filed

'87 89/88 89127

096177
63

1/5

| L 29 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 29 |
|---|---|---|---|---|---|---|---|---|

R

FIG. 1

1 - V - PHD 86-327 C

PHLPSKD_00005050

Print Of Drawing
As Original Filed

096177

'87 09/08 09:27

2/5



FIG. 2

2 - Ⅴ- PKO 86—327 C

PHLPSKD_00005051

Print Of Drawing
As Original Filed

'07 09/08 09127

096177
85

3/5

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|--|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

3-Ⅴ-PHD 86-327$^C$

JA110

PHLPSKD_00005052

Print Of Drawing
As Original Filed

'87 09/08 09:26                                                    86

4/5

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000 | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

4-Ⅴ-PHD 86-327$^C$

JA111

PHLPSKD_00005053

Print Of Drawing
As Original Filed

096177

'87 05/06 09:20                                                                87

## 5/5

| Nr. | B | L | code word | length |
|-----|---|----|-----------|--------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



## FIG.6

5-V-PHD 86-327$^C$

PHLPSKD_00005054

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | PHD 86,327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

000

DATE MAILED: 10/13/87

## NOTICE TO FILE MISSING PARTS OF APPLICATION—
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☐ large entity, ☐ small entity (verified statement filed), is $ _____

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other _Surcharge of $110.00 required_

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*

For: Manager, Application Branch
(703) 557-3264

FORM PTO-1533 (REV. 1-85)

OFFICE COPY

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☐ 105 | ☐ 205 |

PHLPSKD_00005055



105 — 110.00

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#5

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO. |
|---|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | PHD 86.327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

000

DATE MAILED: 10/13/87

## NOTICE TO FILE MISSING PARTS OF APPLICATION–FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☐ large entity, ☐ small entity (verified statement filed), is $ 110.00

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
   ☑ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☑ Other Surcharge of $110.00 required

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*

For: Manager, Application Branch
(703) 557-3254

FORM PTO-1533 (REV. 7-87)

COPY TO BE RETURNED WITH RESPONSE

| For Office Use Only | |
|---|---|
| ☐ 101 | ☐ 202 |
| ☐ 102 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☑ 105 | ☐ 205 |

PHLPSKD_00005056

**DECLARATION AND POWER OF ATTORNEY**

Sole/Joint

Attorney's Docket No.

PHD.86-327C

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

"Method of and circuit arrangement for bitrate reduction."

the specification of which (check one)

☐ is attached hereto.

☒ was filed on _September 11, 1987_ as Application Serial No. ___096,177___ and was amended on

_____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56 (a).
I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**PRIOR FOREIGN APPLICATION(S)**

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY Claimed Under 35 U.S.C. 119 |
|---------|-------------------|-----------------------------------|--------------------------------------|
| West-Germany | P 3631252.5 | 13-9-1986 | YES X NO |
| West-Germany | P 3638127.6 | 8-11-1986 | YES X NO |
| West-Germany | P 3717399.5 | 23-5-1987 | X |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35 United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**PRIOR UNITED STATES APPLICATION(S)**

| APPLICATION SERIAL NUMBER | FILING DATE | STATUS (PATENTED, PENDING, ABANDONED) |
|---------------------------|-------------|---------------------------------------|
| | | |
| | | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**POWER OF ATTORNEY:** As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. (list name and registration number)

Thomas A. Briody, Reg. No. 19,160
Jack Oisher, Reg. No. 17,317

| SEND CORRESPONDENCE TO: | DIRECT TELEPHONE CALLS TO (name and telephone No.) |
|---|---|
| Corporate Patent Counsel<br>U.S. Philips Corporation<br>580 White Plains Road<br>Tarrytown, New York 10591 | (914) 332-0222 |

| Dated: October 19, 1987 | Inventor's Signature: *Peter Vogel* | |
|---|---|---|
| FULL NAME OF INVENTOR | Last Name VOGEL | First Name Peter | Middle Name |
| RESIDENCE & CITIZENSHIP | City DIEPERSDORF | State or Foreign Country West-Germany | Country of Citizenship West-Germany |
| POST OFFICE ADDRESS | Street & No. Wöhrletstr. 7a | City 8566 DIEPERSDORF | State or County West-Germany | Zip Code |

| Dated: | Inventor's Signature: | |
|---|---|---|
| FULL NAME OF INVENTOR | Last Name | First Name | Middle Name |
| RESIDENCE & CITIZENSHIP | City | State or Foreign Country | Country of Citizenship |
| POST OFFICE ADDRESS | Street & No. | City | State or Country | Zip Code |

PHLPSKD_00005057

Claim 8, line 1, delete "or 7";

Claim 9, line 2, change "any one of Claims 1 to 8" to --Claim 1--;

Claim 10, line 5, change "wise" to --wire--;

## REMARKS

This amendment is being submitted in order to place the application in proper U.S. form.  An early allowance is requested.

Respectfully submitted,

PETER VOGEL

By _Gregory P. Gadson_
Gregory P. Gadson, Reg. 31,254
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 232
September 11, 1987

LDCI10050                          -5-

PHLPSKD_00005058

096,177
#36

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          Atty. Docket.
PETER VOGEL                                   PHD 86-327

Serial No.                                    Group Art Unit

Filed: Concurrently                           Examiner

Title: METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

APPOINTMENT OF ASSOCIATES

Sir:

The undersigned Attorney of Record hereby revokes all prior appointments (if any) of Associate Attorney(s) or Agent(s) in the above-captioned case and appoints:

    William J. Streeter    (Registration No. 24,447 )

    Gregory P. Gadson    (Registration No. 31,254 ) and

                      (Registration No.    )

c/o U.S. PHILIPS CORPORATION, Intellectual Property Department, 580 White Plains Road, Tarrytown, New York 10591, his Associate Attorney(s)/Agent(s) with all the usual powers to prosecute the above-identified application and any division or continuation thereof, to make alterations and amendments therein, and to transact all business in the Patent and Trademark Office connected therewith.

ALL CORRESPONDENCE CONCERNING THIS APPLICATION AND THE LETTERS PATENT WHEN GRANTED SHOULD BE ADDRESSED TO THE UNDERSIGNED ATTORNEY OF RECORD.

Respectfully,

Thomas A. Briody

Thomas A. Briody, Reg. 19,160
Attorney of Record

Dated at Tarrytown, New York
this 9th day of September, 1987.

Appassc.frm

PHLPSKD_00005059



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of             Atty. Docket

                                         PHD 86-327

PETER VOGEL

Filed: Concurrently

METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

## PRELIMINARY AMENDMENT

Sir:

         Prior to examination, please amend the above-identified application as follows:

### IN THE TITLE

Page 1,  above line 1, delete in its entirety and insert

            --METHOD AND APPARATUS FOR BIT RATE

            REDUCTION--;

### IN THE SPECIFICATION

Page 1,  above line 1, insert as a centered heading

            --Background of the Invention--;

          line 2,  change "bitrate" to --bit rate--; change

            "Bitrate" to --Bit rate--;

          line 10, change "bitrate" to --bit rate--; after

            "First" insert --,-- (comma);

          line 12, after "process" insert --,-- (comma);

          line 13, after "transform" insert --,-- (comma);

          line 18, change "o" to --0--;

LDCI10050                  -1-

PHLPSKD_00005060

Page 1,   line 17, change "quantisation" to --quantization--;

line 19, change "bitrate" to --bit rate--;

line 20, change "bitrate" to --bit rate--;

line 25, change "lenghts" to --lengths--;

line 26, after "case" insert --,-- (comma);

line 27, change "lenghts" to --lengths--;

Page 2,   between lines 9 and 10, insert as a centered heading

--Summary of the Invention--;

line 12, after "case" insert --,-- (comma);

line 22, after "invention" insert --,-- (comma);

between lines 22 and 23, insert as a centered heading

--Brief Description of the Drawing--;

line 28, change "Figure" to --Figures--; after "table"

insert --,-- (comma);

between lines 30 and 31, insert as a centered heading

--Detailed Description of the Invention--;

line 35, change "whilst" to --while--;

line 37, after "invention" insert --,-- (comma);

Page 3,   line 8,  after "example" insert --,-- (comma);

line 12, change "quantised" to --quantized--;

line 15, change "lenght" to --length--;

line 21, change "quantised" to --quantized--;

line 26, change "frequencies" to --frequencies--;

line 35, change "bitrate" to --bit rate--;

Page 4,   line 2,  change "bitrate" to --bit rate--;

line 13, after "Similarly" insert --,-- (comma);

line 15, after "1" insert --,-- (comma);

line 16, after "concerned" insert --,-- (comma);

LDCI10050                        -2-

PHLPSKD_00005061

Page 4,  line 31, delete "up";

line 36, after "Firstly" insert --,-- (comma);

Page 5,  line 1,  after "foregoing" insert --,-- (comma);

line 4,  after "Consequently" insert --,-- (comma);

line 8,  after "sections" insert --,-- (comma);

line 12, change "lenght" to --length--;

line 20, after "example" insert --,-- (comma);

line 21, change "lenght" to --length--;

line 24, change "inter alia" to --<u>inter alia</u>,--;

line 37, change "split-up" to --split--;

Page 6,  line 1,  after "example" insert --,-- (comma);

line 20, after "meaningless" insert --,-- (comma);

line 23, change "lenght" to --length--;

line 24, change "bitrate" to --bit rate--;

line 29, change "whilst" to --while--;

Page 7,  line 4,  delete "up";

line 8,  after "example" insert --,-- (comma);

line 10, after "simplicity" insert --,-- (comma);

line 28, delete "up";

line 33, change "symbolise" to --symbolize--;

Page 8,  line 3,  after "Firstly" insert --,-- (comma);

line 28, change "split-up" to --split--;

Page 9,  line 22, change ", instead" to --.  Instead,--;

line 26, change "eia" to --via--;

line 27, change "wise" to --wire--; change "except" to
--accept--;

LDCI10050                        -3-

## IN THE ABSTRACT

Page 12, above line 1, delete in its entirety and insert as a
centered heading --Abstract of the
Disclosure--;

line 1,  change "bitrate" to --bit rate--;

line 8,  after "event" insert --,-- (comma); change
"coefficient" to --coefficients--;

## IN THE CLAIMS

Please amend the claims as follows:

Page 10, above Claim 1, insert --What is claimed is:--;

Claim 1, line 1,  change "bitrate" to --bit rate--;

line 2,  change "consisting of" to --comprising--;

Claim 2, line 5,  change "lenght and/or" to --length or--;

Claim 3, line 4,  delete "or 2";

line 4,  delete "up";

line 5,  after "value" insert --,-- (comma);

Claim 4, line 1,  delete "2 or 3,";

line 4,  change "quantisation" to --quantization,--;

Claim 7, line 6,  change "it" to --if--; after "magnitude"
insert --of--;

LDCI10050                    -4-

PHLPSKD_00005063



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 077096,177 | 09/11787 | VOGEL | P | PHD 86.327 |

```
┌                                        ┐
  THOMAS A. BRIODY
  U.S. PHILIPS CORPORATION
  580 WHITE PLAINS ROAD
  TARRYTOWN, NEW YORK 10591
└                                        ┘
```

| EXAMINER |
|---|
| YOUNG/B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 237 | 5 |

DATE MAILED: 09/20/88

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☑ Notice of References Cited by Examiner, PTO-892.   2. ☑ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.   4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474   6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _____1 – 10_____ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _____1 – 10_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner, ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☑ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☑ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other _____

PTOL-326 (Rev. 7 - 82)          EXAMINER'S ACTION

PHLPSKD_00005064

Serial No. 096,177                                                          -2-

Art Unit 217

Applicant is reminded of the proper language and format of an Abstract of the Disclosure.

The abstract should be in narrative form and generally limited to a single paragraph on a separate sheet within the range of 50 to 250 words. It is important that the abstract not exceed 250 words in length since the space provided for the abstract on the computer tape used by the printer is limited. The form and legal phraseology often used in patent claims, such as "means" and "said", should be avoided. The abstract should describe the disclosure sufficiently to assist readers in deciding whether there is a need for consulting the full patent text for details.

The language should be clear and concise and should not repeat information given in the title. It should avoid using phrases which can be implied, such as, "The disclosure concerns," "The disclosure defined by this invention," "The disclosure describes," etc.

The present abstract is <u>not</u> worded in a clear and concise manner. Examples of vagueness include; "so-called coefficients blocks occur", "a large part of them assumes", "a zero run <u>together with</u>", and "a further event".

Claims 1-10 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claim 1 recites a "method of .... coding a signal", however, the method <u>steps</u> have been completely omitted from the claim and its dependent claims 2-10. If a method is claimed, the <u>steps</u> of the method must be recited.

Claim 1 recites "a signal value <u>A</u> occurring <u>most frequently</u> in runs", however, what "A" represents is never recited in the claims. Further, "most frequently" is very vague.

Claim 1 recites "a Huffman codeword is <u>assigned</u>", however, again no steps to perform this are disclosed.

PHLPSKD_00005065

Serial No. 096,177                                    -3-

Art Unit 217


Claim 1 recites "run length 0, 1, 2, etc. of signal
values", which, is very vague. What do "0, 1, 2, etc."
represent?

Claim 1 recites "subsequent to the run or .... pre-
ceding the run", which, is very vague and ambiguous.

Claims 1-10 are narrative in form and replete with
indefinite and vaguely worded language.

Claims 9 and 10 are rejected under 35 U.S.C. 112,
fourth paragraph, as being of improper dependent form
for failing to further limit the subject matter of a
previous claim. The claims introduce a "circuit arrange-
ment for performing the method" and fail to further
limit the subject matter of the <u>method</u> claims.

The following is a quotation of the appropriate
paragraphs of 35 U.S.C. 102 that form the basis for the
rejections under this section made in this Office
action:

A person shall be entitled to a patent unless—

(b) the invention was patented or described in a
printed publication in this or a foreign country or
in public use or on sale in this country, more than
one year prior to the date of application for
patent in the United States.

Claim 1 is rejected under 35 U.S.C. 102(b) as being
anticipated by Widergreen et al.

Claim 1 recites "a method for bit rate reduction"
utilizing "Huffman" coding. Widergreen et al. disclose
a method for bit rate reduction characterized in that a
Huffman code is assigned to a "run length" (such as a
run of zeros) (col. 15, lns. 40-49), and, that signals
corresponding to the beginning of the "run" and the
ending of the "run" are generated (col. 16, lns. 3-6).

PHLPSKD_00005066

Serial No. 096,177                                    -4-

Art Unit 217


     Any inquiry concerning this communication should be
directed to Brian K. Young at telephone number
703-557-8694.


Young/vsh
(703) 557-8694
09-10-88

WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

PHLPSKD_00005067

PTO - 948
(Rev. 8 -82)

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**

ATTACHMENT TO
PAPER NUMBER    *5*

GROUP *210*

S.N. *096 177*

## NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be
submitted in the manner set forth in the attached letter,
"Information on How to Effect Drawing Changes" PTO-1474.

A. ☑ The drawings, filed on *9-11-87*, are objected to as informal for reason(s)
checked below:

| | | |
|---|---|---|
| 1. ☐ Lines Pale. | 11. ☐ Parts in Section Must Be Hatched. |
| 2. ☐ Paper Poor. | 12. ☐ Solid Black Objectionable. |
| 3. ☑ Numerals Poor. | 13. ☐ Figure Legends Placed Incorrectly. |
| 4. ☑ Lines Rough ~~and Blurred~~. | 14. ☐ Mounted Photographs. |
| 5. ☐ Shade Lines Required. | 15. ☑ Extraneous Matter Objectionable. [37 CFR 1.84 (1)] *AT BOTTOM OF SHEET* |
| 6. ☐ Figures Must be Numbered. | 16. ☐ Paper Undersized; either 9½" x 14", or 21.0 cm. x 29.7 cm. required. |
| 7. ☐ Heading Space Required. | 17. ☐ Proper A4 Margins Required: ☐ TOP 2.5 cm.  ☐ RIGHT 1.5 cm.  ☐ LEFT 2.5 cm.  ☑ BOTTOM 1.0 cm. |
| 8. ☐ Figures Must Not be Connected. | |
| 9. ☐ Criss-Cross Hatching Objectionable. | |
| 10. ☐ Double-Line Hatching Objectionable. | 18. ☐ Other: |

B. ☑ The drawings, submitted on *9-11-87*, are so informal they cannot be
corrected. New drawings are required. Submission of the new drawings MUST be
made in accordance with the attached letter.

PHLPSKD_00005068

TO SEPARATE, D TOP AND BOTTOM EDGES, SNAP—APART A( BEARD CARBON

| FORM PTO-892 (REV. 3-76) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 096177 | GROUP ART UNIT 217 | ATTACHMENT TO PAPER NUMBER 5 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) P. Vogel | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 3 9 4 7 7 4 | 7/83 | Widergren et al. | 340 | 347DD | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. PP. DWG. SPEC. |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER B. K. Young | DATE 9/3/88 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

JA127

PHLPSKD_00005069

340-347 DD    AU 21?    ...
7/19/83    XR    4,394,774

# United States Patent [19]

## Widergren et al.

[11]    **4,394,774**

[45]    **Jul. 19, 1983**

[54] **DIGITAL VIDEO COMPRESSION SYSTEM AND METHODS UTILIZING SCENE ADAPTIVE CODING WITH RATE BUFFER FEEDBACK**

[75] Inventors: Robert D. Widergren, Saratoga; Wen-Hsiung Chen, Sunnyvale; Stanley C. Fralick, Saratoga; Andrew G. Tescher, Claremont, all of Calif.

[73] Assignee: Compression Labs, Inc., San Jose, Calif.

[ * ] Notice: The portion of the term of this patent subsequent to Nov. 24, 1998, has been disclaimed.

[21] Appl. No.: 277,981

[22] Filed: Jan. 26, 1981

### Related U.S. Application Data

[63] Continuation of Ser. No. 969,991, Dec. 15, 1978, Pat. No. 4,302,775.

[51] Int. Cl.³ .................... G06K 9/36; H04N 9/32; H04N 7/12; H04B 3/46

[52] U.S. Cl. .................... 382/56; 358/13; 358/136; 364/514; 364/582; 340/347 DD; 375/31

[58] Field of Search .................... 358/12, 13, 133, 136, 358/138; 364/514, 515, 576, 582; 340/347 DD; 382/56; 375/31; 179/15.55 R

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,795,763 | 3/1974 | Golding et al. | 358/135 X |
| 3,984,626 | 10/1976 | Mounts et al. | 358/135 |
| 4,005,411 | 1/1977 | Morris | 340/347 DD |
| 4,047,221 | 9/1977 | Yasuda et al. | 358/136 |
| 4,051,530 | 9/1977 | Kuroda et al. | 358/136 |
| 4,054,909 | 10/1977 | Kojima et al. | 358/13 |
| 4,060,797 | 11/1977 | Maxwell et al. | 325/419 X |
| 4,125,861 | 11/1978 | Mounts et al. | 358/133 |
| 4,168,513 | 9/1979 | Hains et al. | 358/261 |
| 4,179,710 | 12/1979 | Ishiguro et al. | 358/13 X |

### OTHER PUBLICATIONS

N. Ahmed, T. Natarjan, and K. R. Rao, "Discrete Co-

sine Transform," IEEE Trans. on Computers, Jan. 1974, pp. 90–93.

Ali Habibi, "Hybrid Coding of Pictorial Data", IEEE Trans. on Comm. May 1974, pp. 614–624.

J. A. Roese, W. K. Pratt and G. S. Robinson, "Interframe Cosine Transform Image Coding", IEEE Trans. on Comm. Nov. 1977, pp. 1329–1339.

W. Chen and C. H. Smith, "Adaptive Coding of Monochrome and Color Images", IEEE Trans. on Comm., Nov. 1977, pp. 1285–1292.

P. J. Ready and D. J. Spencer, "Block Adaptive DPCM Transmission of Images", Proc. of the National Telecommunications Conference, Dec. 1975, pp. 22–10 to 22–17.

A. G. Tescher and R. V. Cox, "Image Coding: Variable Rate Differential Pulse Code Modulation Through Fixed Rate Channel", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 147–154.

H. Whitehouse, E. Wrench, A. Weber, G. Claffie, J. Richards, J. Rudnick, W. Schaming, J. Schanne, "A Digital Real Time Intraframe Video Bandwidth Compression System", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 64–78.

G. G. Murray, "Microprocessor System for TV Imagery Compression", SPIE vol. 119, Application of Digital Image Processing, IOCC 1977, pp. 121–129.

S. C. Knauer, "Real–Time Video Compression Algorithm for Hadamard Transform Processing", SPIE vol. 66, (1975) Efficient Transmission of Pictorial Information, pp. 58–69.

A. Habibi and B. H. Batson, "Potential Digitization/Compression Techniques for Shuttle Video", IEEE Trans. on Comm., Nov. 1978, pp. 1671–1681.

A. Habibi, "Comparison of nth–Order DPCM Encoder with Linear Transformations and Block Quantization Techniques", IEEE Trans. on Comm. Technology, Dec. 1971, pp. 948–956.

R. V. Cox and A. G. Tescher, "Channel Rate Equalization Techniques for Adaptive Transform Coders", SPIE vol. 87, Advances in Image Transmission Techniques (1976), pp. 239–246.

W. Chen and S. C. Fralick, "Image Enhancement Using Cosine Transform Filtering", Image Science Mathematics Symposium Proceedings, Nov. 10–12, 1976, Monterey, CA.

D. A. Huffman, "A Method for the Construction of

PHLPSKD_00005070

4,394,774

Page 2

Minimum–Redundancy Codes", Proc. of the IRE, Sep. 1952, pp. 1098–1101.

H. C. Andrews and W. K. Pratt, "Fourier Transform Coding of Images", Hawaii International Conference on System Sciences, Sep. 14, 1967.

W. K. Pratt, W. Chen and L. R. Welch, "Slant Transform Image Coding", IEEE Trans. on Comm., Aug. 1974, pp. 1075–1093.

A. Habibi and P. A. Wintz, "Image Coding by Linear Transformation and Block Quantization", IEEE Trans. on Comm. Technology, Feb. 1971, pp. 50–62.

W. K. Pratt, Digital Image Processing, John Wiley and Sons, Inc. (1978), ISBN 0–471–01888–0, in particular chapter 21–22, (pp. 591–661).

M. Hamidi and J. Pearl, "Comparison of the Cosine and Fourier Transforms of Markov–1 Signals", IEEE Trans. on Acoustical, Speech, and Signal Processing, vol. ASSP-24, Oct. 1976, pp. 428–429.

A. K. Jain, "A Sinusoidal Family of Unitary Transforms", IEEE Trans. on Pattern Analysis and Machine Intelligence, vol. PAMI-1, No. 4, Oct. 1979, pp. 356,365.

W. Chen, C. H. Smith and S. C. Fralick, "A Fast Computational Algorithm for the Discrete Cosine Transform", IEEE Trans. on Comm., vol. COM-25, No. 9, Sep. 1977, pp. 1004–1009.

R. M. Haralick, "A Storage Efficient Way to Implement the Discrete Cosine Transform", IEEE Trans. on Computers, vol. C-25, Jul. 1976, pp. 764–765.

Bahl & Kobayashi, "Image Data Compression by Predictive Coding II: Encoding Algorithms", IBM J. Research Develop't, Mar. 1974, pp. 172–179.

Haskell, "Frame–to–Frame Coding of Television Pictures Using Two–Dimensional Fourier Transforms", IEEE Trans. Info. Theory, vol. IT-20, No. 1, Jan. '74, pp. 119–120.

Pratt, "Spatial Transform Coding of Color Images", IEEE Trans. Comm. Tech., vol. Com-19, No. 6, Dec. 1971.

Goertzel et al., "Two Dimensional Image Data Compression and Decompression System", Aug. 17, 1979, 358/261.

Pratt & Andrews, "Application of Fourier–Hadamard Transformation to Bandwidth Compression", Proc. Polytechnic Institute of Brooklyn, 1969, pp. 515–554.

Pratt, Kane & Andrews, "Hadamard Transform Image Coding", Proc. IEEE, vol. 57, No. 1, Jan. 1969, pp. 58–68.

Andrews & Pratt, "Television Bandwidth Reduction by Encoding Spatial Frequencies", SMPTE Journal, vol. 77, No. 12, Dec. 1968, pp. 1279–1281.

Andrews & Pratt, "Television Bandwidth Reduction by Fourier Image Coding", Paper, 103rd Tech. Conf. SMPTE, May 5–10, 1968.

Andrews & Pratt, "Transform Image Coding", Paper, Symposium on Computer Processing in Comm., Polytechnic Institute, Brooklyn, Apr. 8–10, '69, pp. 63–84.

Primary Examiner—Aristotelis M. Psitos
Attorney, Agent, or Firm—David B. Harrison

[57]                    ABSTRACT

A digital video compression and expansion system and its methods for compressing and expanding digitalized video signals in real time at rates up to NTSC color broadcast rates are disclosed. The system compressor receives digitalized video frames divided into sub-frames, performs in a single pass a spatial domain to transform domain transformation in two dimensions of the picture elements of each subframe, normalizes the resultant coefficients by a normalization factor having a predetermined compression ratio component and an adaptive rate buffer capacity control feedback component, to provide compression, encodes the coefficients with a minimum redundancy coding scheme and stores them in a first rate buffer memory asynchronously at a high data transfer rate from which they are put out at a slower, synchronous rate. The compressor adaptively determines the rate buffer capacity control feedback component in relation to instantaneous data content of the rate buffer memory in relation to its capacity, and it controls the absolute quantity of data resulting from the normalization step so that the buffer memory is never completely emptied and never completely filled. In expansion, the system essentially mirrors in reverse the steps performed during compression. An efficient, high speed decoder forms an important aspect of the present invention. The compression system forms an important element of a disclosed color broadcast compression system.

11 Claims, 30 Drawing Figures

PHLPSKD_00005071

340-347 DG — AU 234 EX
CCC22 XR 4,394,774

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 4,394,774

DATED : July 19, 1983                                    Page 1 of 3

INVENTOR(S) : Widergren, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

In the drawings, sheet 21 of 22, Fig. 29, the titles of the two block diagrams reading "CHROM/NANCE ENCODER" should read --CHROMINANCE ENCODER--.

In the specification, in column 1 at line 42, "televison" should read --television--. In column 2 at line 23, "normaly" should read --normally--; at lines 59 and 60, "sufferened" should read --suffered--. In column 4 at line 5, "tranform" should read --transform--; at line 18, "preseved" should read --preserved--. In column 5 at line 42, "decorder" should read --decoder--. In column 6 at line 26, "consine" should read --cosine--. In column 8 at line 6, "Viterbi decoder 20" should read --Viterbi decoder 30--; at line 14, "inputs" should read --puts--. In column 9 at line 40, "buffer change" should read --buffer status change--; in column 9 at line 46, "btween" should read --between--. In column 11 at line 35, "the" should read --then--; at line 54, "encoer" should read --encoder--. In column 12 at line 16, "sheet" should read --sheer--; at line 17, "requiring" should read --required--; at line 30, "Tranform" should read --Transform--; at line 46, "shffled" should read --shuffled--. In column 13 at line 7, "12" should read --112--; at line 30, "contro" should read --control--; at line 44, "the shuffle multiply" should read --The shuffle multiply--. In column 14 at line 2, "storedin" should read --stored in--; at line 7, "shuffe" should read --shuffle--; at line 23, "tranformer" should read --transformer--; at line 30, "fur" should read --four--; at line 33, "pair 44, 146" should read --pair 144, 146--; at line 56, "Acces" should read --Access--;

JA130

PHLPSKD_00005072

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :  4,394,774                                      Page 2 of 3

DATED       :  July 19, 1983

INVENTOR(S) :  Widergren, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

at line 59, "transfrmer" should read --transformer--.  In
column 15 at line 17, "PROM" should read --PROM 170--; at
line 38, "Encloder" should read --Encoder--; at line 42,
"frm" should read --from--; at line 47, "truncted" should
read --truncated--.  In column 16 at line 11, "18" should
read --188--; at line 13, "FIDO" should read --FIFO--; at
line 24, "F and" should read --F_n, and--.  In column 17 at
line 64, "als" should read --also--.  In column 18 at line
5, "FIFI" should read --FIFO--.  In column 19 at line 29,
"eight of sixteen" should read --eight to sixteen--; at line
49, "70" should read --72--.

In the claims, and specifically in claim 1 at
line 28, "coder" should read --coded--.  In claim 3 at
line 16, "substantially" should read --statistically--;
at line 28, "capcity" should read --capacity--; at line
32, "cooled" should read --coded--.  In claim 4 at line
14, "theoref" should read --thereof--.

PHLPSKD_00005073

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,394,774                                    Page 3 of 3

DATED     :   July 19, 1983

INVENTOR(S) : Widergren, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent
are hereby corrected as shown below:

In claim 6 at line 10,

"capaicty" should read --capacity--.  In claim 8 at line 2,
"dat" should read --data--; at line 22, "meand" should
read --means--.  In claim 10 at line 20, "said buffer"
should read --said first buffer--; at line 26, "desorete"
should read --discrete--; at line 38, "ecoder" should read
--encoder--.  In claim 11 at line 14, "rate to" should read
--rate adapted to--; at line 48, "tranformed" should read
--transformed--.

Signed and Sealed this

Twenty-ninth  Day of  May 1984

[SEAL]

Attest:

GERALD J. MOSSINGHOFF

Attesting Officer                    Commissioner of Patents and Trademarks

PHLPSKD_00005074

U.S. Patent     Jul. 19, 1983     Sheet 1 of 22     4,394,774



FIG. 1

PHLPSKD_00005075



FIG. 2

FIG. 5

PHLPSKD_00005076



FIG. 3

PHLPSKD_00005077