RECEIVED

JUN 1   1989

GROUP 210

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          Atty. Docket

PETER VOGEL                                   PHD 86-327

Serial No.  07/096,177          Group Art Unit 217

Filed:  September 11, 1987      Ex. B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

AMENDMENT

Sir:

Applicant respectfully requests reconsideration of the

above-referenced application in view of the following

amendment:


IN THE SPECIFICATION

Page 1,  line 15, change "part" to --number--;

line 19, change "part" to --number--; change "is" to
--are--;

line 27, change "it is investigated at what" to
--the--; after "frequency" insert --with
which--;

line 28, after "signal" insert --is investigated--;

Page 2,  line 2, change "(quantised)" to --(quantized)--;

line 15, change "solved in that" to --achieved by
assigning--; delete "is" (last occurrence);

line 18, delete "assigned"; change "signal values A"
to --signals having the value A, where A

10226  06/14/89  096177          21-0456  010  102       72.00CH

LGBA31021                        1

PHLPSKD_00005137

*C¹ cnt'd*

equals for example, zero, and--; change "the" to --a--;

(amended twice) line 39, delete "represents";

line 40, delete "the coefficient having the value of" and substitute therefor --equals zero or approximately zero--;

*C2*

Page 3, line 14, change "(quantised)" to --(quantized)--;

Page 8, line 32, change "addres" to --address--.

IN THE CLAIMS

Cancel claims 4 and 5 without prejudice, amend claims 6, 7, 8 and 11 and add new claim 18:

Claim 6, line 1,  change "5" to --12--;

line 2,  delete "checked";

line 3,  change "signal values A" to --zero-coefficients--;

line 4,  change "signal value" to --non-zero-coefficient--.

Claim 7, line 4,  delete "and in that the signal value A is the zero value,";

line 7,  change "signal value" to --non-zero coefficient--;

*C3. cnt'd*

--8-- (twice amended) A method as claimed in Claim [4] 12, characterized in that the [Hufmann] Huffman codeword is independent of the sign of that non-zero coefficient which

LGBA31021                                2

PHLPSKD_00005138

succeeds or precedes the [zero] run of zero-coefficients and in
that the sign is coded by a separate bit.

9. (amended) In a method of coding a signal comprising a
sequence of coefficients which results after a blockwise
transform of pixels of a video signal with subsequent
quantization, for transmission at a reduced bit rate, said
signal comprising a plurality of zero [first] coefficients
[having a value designated as signal value A and occurring
mostly in runs in said signal], and a plurality of [other]
non-zero coefficients [having signal values which are not equal
to signal value A, characterized by] said method comprising the
[following] steps of:

a) deriving from said signal, a plurality of events
each comprising a run of said [first] zero- coefficients having
a respective run length[, which is] and preceded or followed by
at least one [other] non-zero coefficient, and

b) for each of said events, determining said
respective run length and assigning a code word to represent
said [other] non-zero coefficient and said run length.

10. In a method of coding a signal comprising a sequence
of coefficients which results after a blockwise transform of
pixels of a video signal with subsequent quantization, for
transmission at a reduced bit rate, said signal comprising a
plurality of first coefficients having a signal value A and
occurring in runs most frequently in said signal, and a

LGBA31021                        3

PHLPSKD_00005139

plurality of second coefficients having values not equal to A, said method comprising the steps of:

a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run length.

## REMARKS

Applicant respectfully requests reconsideration of the above-referenced application in view of the amendments herein and the remarks which follow.

In the Office Action dated March 6, 1989 the Examiner rejected claims 4-8 and 11 under 35 U.S.C. 112, second paragraph. Claims 4 and 5 have been cancelled herein and claims 6, 7, 8 and 11 have been amended herein to address the Examiner's remarks. In particular, references to "first coefficient" and "other coefficients" have been replaced by "zero-coefficient" and "non-zero coefficient" respectively. However, new claim 18 has been added which restates claim 11 in terms of "coefficients having a signal value A". As stated in the specification as amended previously on December 8, 1988 and as originally filed, the invention comprises the possibility that the value which occurs most frequently in the signal can be a value other than zero. Hence, reference to a value A. In the examples shown herein that value was zero, however, the

LGBA31021                              4

PHLPSKD_00005140

Applicant respectfully wishes to make it clear that the invention also comprises the situation where this value is other than zero. Claim 8 has been amended herein to remove the lack of antecedent basis referred to by the Examiner.

Applicant submits therefore, that claims 6, 7, 8 and 11 are patentable under 35 U.S.C. 112, second paragraph.

The Examiner rejected claims 11-17 under 35 U.S.C. 102(b) over Fukuoka. The Applicant respectfully traverses the Examiner's rejection. The Fukuoka patent discloses a plurality of binary run length coding methods (one and zeros). In each of these methods, a run is defined as a series of equal elements, for instance a run of "zero" elements may consist of one, two, or three, or even 100 zeros. Similarly run of "one" elements may consist of one or 2 or three, etc. ones. All of these methods are more or less modifications of the run length Huffman coding method. In the instant invention, the coefficients are not limited to either ones or zeros, i.e. they are not merely binary. They can have any one of the values zero, one, two, three and up to, for example, 256 if eight bits are used to code them. As specifically described in the claims, for example claim 11, the method comprises the step of deriving from said signal a plurality of events each comprising not only a run of zero coefficients but a run of zero coefficients having a respective run length which is preceded or followed by at least one non-zero coefficient. In other words, we define events, and an event is constituted for example, by a run of zero coefficients and the subsequent or preceding non-zero coefficient. Consider an event 000000C

LGBA31021                         5

PHLPSKD_00005141

where each zero indicates a zero coefficient and the "C" indicates a non-zero coefficient. According to the teachings of Fukuoka there would be assigned a code word to the run of six zeros and a further codeword to the non-zero coefficient. However, in accordance with the instant invention, there is assigned only one codeword to the entire event. This codeword depends on the number of zero coefficients (in this case six) and the value of the non-zero coefficient. Different codewords are assigned to events having the same number of zero coefficients but different values of the non-zero coefficient.

As discussed above, claim 11 has been amended to describe the coefficients in terms of zero coefficient and non-zero coefficient, however the arguments with regard to Fukuoka are equally valid for new claim 18 which maintains the "signal value A" language.

It is therefore respectfully submitted that claims 11-18 are patentable over Fukuoka under 35 U.S.C. 102(b).

The Examiner has already stated the claims 9 and 10 are allowable over the prior art and therefore allowance of claims 6-18 is respectfully requested.

Respectfully submitted,

PETER VOGEL

By
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 241
June 2, 1989

LGBA31021                        6

PHLPSKD_00005142



#82

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

| In re Application of | | Atty. Docket |
| --- | --- | --- |
| PETER VOGEL | | PHD 86-327 |
| Serial No. 096,177 | | Group Art Unit 217 |
| Filed:   September 11, 1987 | | Ex. B. Young |

JUN 1 9 1989

GROUP 210

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

LETTER

Sir:

Pursuant to the duty of disclosure set forth in 37 CFR 1.56, applicant calls to the attention of the Patent and Trademark Office an official document issued abroad in reference to a corresponding foreign application.  A copy of such document is enclosed.

The enclosed document is being called to the attention of the Patent and Trademark Office solely to comply with the duty of disclosure set forth in 37 CFR 1.56 and is not in any way intended to be construed as an admission by the applicant(s) that any of the documents listed is material to the present application.

Respectfully submitted,

By _____
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicants
(914) 332-0222, Ext. 241

Rev. 2/89
priorart.frm (P48)

PHLPSKD_00005143

| EUROPÄISCHES PATENTAMT Zweigstelle in Den Haag Recherchen- abteilung | EUROPEAN PATENT OFFICE Branch at The Hague Search Division | OFFICE EUROPÉEN DES BREVETS Département à La Haye Division de la recherche | ☒ | P.B. Patentlaan 2 2280 HV RIJSWIJK (ZH) Pays-Bas / Netherlands / Niederlande Telex 31851 (070) 40 26 40 BREVPATENT |

```
Peuckert, Hermann, Dipl.-Ing.
Philips Patentverwaltung GmbH
Wendenstrasse 35
Postfach 10 51 49
D-2000 Hamburg 1
REPUBLIQUE FEDERALE D'ALLEMAGNE
```

29 MEI 1989

| Datum/Date |
| --- |
| 18. 05. 89 |

| Zeichen/Ref/Réf | Anmeldung Nr./Application No./Demande n°/Patent Nr./Patent No./Brevet n° |
| --- | --- |
| PHD 86 327 EP | 87201717.3- |

| Anmelder/Applicant/Demandeur/Patentinhaber/Proprietor/Titulaire |
| --- |
| Philips Patentverwaltung GmbH, et al |

## MITTEILUNG

Das Europäische Patentamt übermittelt hiermit

☒ den europäischen Recherchenbericht

☐ die Erklärung nach Regel 45 des Europäischen Patentübereinkommens

☐ den europäischen Teilrecherchenbericht nach Regel 45 des Europäischen Patentübereinkommens

☐ den ergänzenden europäischen Recherchenbericht betreffend die internationale Anmeldung

zu der obengenannten europäischen Patentanmeldung. Kopien von den im Recherchenbericht angeführten Schriften werden in der Anlage beigefügt.

Die folgenden Gegenstände wurden von der Recherchenabteilung wie vom Anmelder angegeben genehmigt.

☒ Zusammenfassung     ☒ Bezeichnung     ☒ Abbildung

☐ Die Zusammenfassung wurde von der Recherchenabteilung abgeändert und der endgültige Wortlaut ist dieser Mitteilung beigefügt.

☐ Die folgende Abbildung wird mit der Zusammenfassung veröffentlicht, weil sie nach Auffassung der Recherchenabteilung die Erfindung besser kennzeichnet als die vom Anmelder angegebene.

Abbildung:

☐ Zusätzliche Kopie(n) von den im europäischen Recherchenbericht angeführten Schriften.

EPA Form 1507   06.86

PHLPSKD_00005144

 Europäisches Patentamt

**EUROPÄISCHER RECHERCHENBERICHT**

Nummer der Anmeldung

EP 87 20 1717

| EINSCHLÄGIGE DOKUMENTE | | | |
|---|---|---|---|
| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl.4) |
| X | US-A-4 316 222 (SUBRAMANIAM) <br> * Figuren 2A,2B; Spalte 2, Zeile 30 - Spalte 4, Zeile 68 * | 1-3 | H 03 M  7/42 <br> H 04 N  7/133 |
| A | * Figuren 3A-3C; Seite 5, Zeile 1 - Seite 9, Zeile 22 * | 9,10 | |
| D,A | IEEE TRANSACTIONS ON COMMUNICATIONS, Band COM-32, Nr. 3, März 1984, Seiten 225-232, IEEE, New York, US; W.-H. CHEN et al.: "Scene adaptive coder". <br> * Insgesamt * | 1-4 | |
| P,X | US-A-4 698 672 (CHEN et al.) <br> * Figuren 1-3; Spalte 4, Zeile 30 - Spalte 20, Zeile 68 * | 1,2,4-7 ,9,10 | |
| | | | RECHERCHIERTE SACHGEBIETE (Int. Cl.4) <br> H 03 M <br> H 04 N |

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| DEN HAAG | 06-04-1989 | FEUER F.S. |

KATEGORIE DER GENANNTEN DOKUMENTE

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur

T : der Erfindung zugrunde liegende Theorien oder Grundsätze
E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

PHLPSKD_00005145

ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.

EP 87 20 1717

In diesem Anhang sind die Mitglieder der Patentfamilie der im obengenannten europäischen Recherchenbericht angeführten
Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der Datei des Europäischen Patentamts am 09/05/88
Diese Angaben dienen nur zur Unterrichtung und erfolgen ohne Gewähr.

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | | Datum der Veröffentlichung |
|---|---|---|---|---|
| US-A- 4316222 | 16-02-82 | EP-A,B | 0030437 | 17-06-81 |
| | | JP-A- | 56087983 | 17-07-81 |
| | | CA-A- | 1162289 | 14-02-84 |
| US-A- 4698672 | 06-10-87 | EP-A- | 0266049 | 04-05-88 |
| | | JP-A- | 63148789 | 21-06-88 |

EPO FORM P0461

Für nähere Einzelheiten zu diesem Anhang : siehe Amtsblatt des Europäischen Patentamts, Nr.12/82

PHLPSKD_00005146



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | PHD 86,327 |

```
┌                              ┐
  THOMAS A. BRIODY
  U.S. PHILIPS CORPORATION
  580 WHITE PLAINS ROAD
  TARRYTOWN, NEW YORK 10591
└                              ┘
```

| EXAMINER |
|---|
| YOUNG, B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | 9 |

DATE MAILED:
08/28/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *the amendment filed 6/7/89*

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *6-18*

4. ☐ The drawings filed on _____ are acceptable.

5. ☑ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [☑] been received. [☐] not been received. [☐] been filed in parent application Serial No. _____ filed on _____.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☑ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. *5*. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☑ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- ☑ Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

PTOL-37 (REV. 9-83)

USCOMM-DC 89-0744

PHLPSKD_00005147

TO SEPARATE,H™ ⁿ TOP AND BOTTOM EDGES, SNAP—APART ANᵈ ʳⁱˢCARD CARBON

| FORM PTO-892 (REV. 9-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07096,177 | GROUP ART UNIT 217 | ATTACHMENT TO PAPER NUMBER 9 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 3 1 6 2 2 2 | 2/82 | Subramaniam | 358 | 261.4 | |
| * | B | 4 6 9 8 6 7 2 | 10/87 | Chen et al. | 358 | 136 | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. PP. DWG. SPEC. |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER B.K. Young | DATE 8/24/89 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

PHLPSKD_00005148



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box  ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*ᴵᵗ 10*

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication, and notice and calendar
☐ This notice is issued in view of applicant's communication filed

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 015 | YOUNG, B | 217 | 08/28/89 |

First Named
Applicant: VOGEL, PETER

TITLE OF
INVENTION: METHOD AND APPARATUS FOR BIT RATE REDUCTION
(AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| R | PHD 86.327 | 341-063.000 | U59 | UTILITY | NO | $620.00 | 11/28/89 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or

B. If the Status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.*

**PATENT AND TRADEMARK OFFICE COPY**

L-85 (REV 12-86)(OMB Clearance is pending)

PHLPSKD_00005149



Gp217

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                           Atty. Docket
PETER VOGEL                                    VHD 86-327

Date of Notice of Allowance: August 28, 1989

Serial No. 07/096,177                Batch No   459

Filed:  September 11, 1987           Group Art Unit 217

                                     Examiner  B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

                    LETTER TO OFFICIAL DRAFTSMAN

Sir:
        Enclosed is (are) 5 sheet(s) of formal drawings

for filing in the above-identified application.

                              Respectfully submitted,

                              PETER VOGEL

                              By
                              Michael E. Marion, Reg. 32,266
                              Assoc. Attorney for Applicant(s)
                              (914) 332-0222 Ext. 241


                    CERTIFICATE OF MAILING

        I hereby certify that this correspondence is being
deposited this date with the United States Postal Service as
first-class mail in an envelope addressed to:

                COMMISSIONER OF PATENTS AND TRADEMARKS
                     Washington, D.C.  20231

On    9/12/89
      (Mailing Date)

By
      (Signature)


Rev. 7/87
frmldrwg.frm (P42)

PHLPSKD_00005150

Widergreen discloses the generation of a code word representative of the number of coefficients of a value zero in a run. Furthermore, in Widergreen, a run length start code is generated indicating that the subsequent code represents the length of a run of zero value coefficients. An end of block code is also generated indicating that the serialized 64 coefficients of a block of coefficients have been encoded. Widergreen, however, does not disclose the encoding of events comprising a run of zero value coefficients and the subsequent or preceding non-zero coefficient. Therefore, claims 4-17 are patentable under 35 U.S.C. 102(b) over Widergreen.

Applicant would like to bring to the Examiner's attention U.S. Patent No. 4,698,672 which may be material to the instant application. Applicant respectfully notes that the filing date of the '672 patent was October 27, 1986 and that the priority filing date of the instant application was prior to that date, September 13, 1986.

On the basis of the above amendments and remarks, reconsideration of this application and its early allowance are respectfully requested.

Respectfully submitted,

PETER VOGEL

By
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicants
(914) 332-0222, Ext. 241
November 29, 1988

l:dfu28022                    8

PHLPSKD_00005151

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

In re Application of                                    Atty. Docket
PETER VOGEL                                             PHD 86-327

Serial No. 096,177                            Group Art Unit  217

Filed:  September 11, 1987          Examiner  B. Young

DEC 1 3 1988

GROUP 210

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

    Enclosed is an amendment in the above-identified application.

[ X ]    No additional fee is required.

[  ]    The fee has been calculated as shown below.

| CLAIMS AS AMENDED | | | | | |
|---|---|---|---|---|---|
|  | Claims remaining after amendment | Highest number previously paid for | Number extra | Rate | Additional Fee |
| Total Claims | Minus    20 | [1] = | | X $12 = | $ |
| Independent Claims | Minus    3 | [2] = | | X $34 = | $ |
| Multiple Dependent Claims, if any.  If not previously paid, $110. | | | | | $ |
| Total Additional fee for this amendment = | | | | | $ |

[1] If less than 20, enter 20.  [2] If less than 3, enter 3.

    Please charge any fees which may be required, except the issue fee, or credit any overpayment to Deposit Account No. 21-0450.

Michael E. Marion, Reg. 32,266
Associate Attorney for Applicants
914-332-0222  Ext. 241

CERTIFICATE OF MAILING

    I hereby certify that this correspondence is being deposited with the United States Postal Service as FIRST CLASS MAIL in an envelope addressed to the COMMISSIONER OF PATENTS AND TRADEMARKS, Washington, D.C. 20231.

on 12/8/88
(Date of Mailing)

(Signature)

Rev. 06/86
Amdcov.frm (P36)

PHLPSKD_00005152

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

PETER VOGEL

Serial No. 07/096,177

Filed: September 11, 1987

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Atty. Docket
PHD 88-327

# 13

Group Art Unit: 217

Examiner B. Young

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

REQUEST FOR ACKNOWLEDGEMENT

Sir:

Submitted herewith is the Issue Fee due on the
above-referenced case.  In the Notice of Allowability dated
August 28, 1989, the Examiner indicated the the Certified
Copy of the Priority Document upon which a claim of priority
under 35 USC 119 is being made, was not received.  However
the applicant submitted the Priority Documents consisting of
a Certified Copy of German Applications P3631252.5 filed on
September 13, 1986; P3638127.6 filed on November 8, 1986;
and P3717399.5 filed on May 23, 1987.  Enclosed is a copy of
that submission as well as a copy of the PTO stamped
postcard acknowledging receipt of these documents.

Applicant therefore requests acknowledgement of receipt
of the priority documents listed above.

Respectfully submitted,

PETER VOGEL

Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 241

LESG17050

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D.C. 20231
on _____

MICHAEL E. MARION, REG. 32,266

PHLPSKD_00005153

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Atty. Docket
PHD 86-327

In re Application of

PETER VOGEL                           Group Art Unit:

Serial No.  091,672                   Examiner:

Filed:  September 11, 1987

Title:  METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE
        REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231


                    SUBMISSION OF PRIORITY DOCUMENT

Dear Sir:

        Attached is a certified copy of German Applications

P 3631252.5 filed on September 13, 1986,

P 3638127.6 filed on November 8, 1986 and

P 3717399.5 filed on May 23, 1987

and from which priority under 35 U.S.C. 119 is claimed.


        Formal acknowledgment of the receipt of these certified

copies is respectfully requested.


                              Respectfully submitted,

Date:  November 3, 1987       PETER VOGEL

                              By _____
                              Gregory P. Gadson, Reg 31,254
                              Assoc.Attorney for Applicant
                              (914) 332-0222, Ext. 232

PHLPSKD_00005154

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 13. September 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 13. September 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133 der
Internationalen Patentklassifikation erhalten.



Aktenzeichen     36 31 252.5

München, den     27. April 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

A 9161
1.82

PHLPSKD_00005155



ZUSAMMENFASSUNG                                        PHD 86 327

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5    ununterbrochenen Teilfolgen vorkommt. Eine um 12% bessere
Bitratenreduktion als die, die bisher bekannte Verfahren
liefern, wird u.a. bei Videosignalen dadurch erreicht,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2, usw. zusammen mit dem sich der
10   Teilfolge anschließenden Signalwert oder zusammen mit dem
der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

15

20

25

30

PHLPSKD_00005156

PHILIPS PATENTVERWALTUNG GMBH                    PHD 86 327

BESCHREIBUNG


Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5   ununterbrochenen Teilfolgen vorkommt.


In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
10   No. 3, March 1984; S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
15   Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
20   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
25   aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten
würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
30   das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten

PHLPSKD_00005157

███████████████████████████████████████████

- 2 -                    PHD 86 327

seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
5  die Codeworte unterschiedliche Länge haben, statistische
Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
10  (runlength) 1, 2, 3 usw. vorkommen. Der Teilfolge mit der
größten Häufigkeit wird dann das kürzeste Huffman-Code-
wort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

15  Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
20  sind. Codiert werden nur die Beträge, weil betragsmäßig
gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die runlength zu codieren ist. Damit bei der
25  Decodierung die Codeworte der einen Tabelle von denen der
anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten runlenght ein gesondertes Codewort, das so-
genannte runlength prefix verwendet.

30  Der Erfindung liegt die Aufgabe zugrunde, bei einem
Signal mit den eingangs genannten Merkmalen, das als
Sonderfall ein bei der Bildcodierung auftretendes
Zwischensignal enthält, ein Codierverfahren anzugeben,
das zu eines größeren als bisher bekannten Bitratenreduk-
35  tion führt.

PHLPSKD_00005158

- 3 -                    PHD 86 327

Diese Aufgabe wird dadurch gelöst, daß jeder ununter-
brochenen Teilfolge von Signalwerten A der Länge 0, 1,
zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit der Teilfolge vorangehenden
5   Signalwert ein Huffman-Codewort zugeordnet wird.

Vorteilhafte Ausgestaltungen der Erfindung enthalten die
Unteransprüche. Anhand eines Beispieles und der Tabellen
soll die Erfindung näher erläutert werden.

10

Wie der erfindungsgemäßen Lehre z.B. zu entnehmen ist,
wird das Auftreten einer ununterbrochenen Teilfolge von
Nullen, auch einer solchen mit der Länge Null, und des
sich dieser Teilfolge anschließenden Koeffizienten als
15   ein Ereignis angesehen. Jedes dieser Ereignisse tritt im
Videosignal mit einer charakteristischen Häufigkeit auf.
Wie z.B. Messungen ergeben haben, dominieren nach einer
längeren ununterbrochenen Teilfolge von Nullen Koeffi-
zienten mit kleinem Betrag Koeffizienten mit größerem
20   Betrag.

Tabelle 1 zeigt die Häufigkeitsverteilung der oben
angesprochenen Ereignisse bei einem cosinus-transformier-
ten und anschließend quantisierten Videosignal. Jedes
25   Feld der Tabelle stellt ein Ereignis dar, das durch die
Länge L der ununterbrochenen Teilfolgen von Nullen und
durch den Betrag B des sich anschließenden (quantisier-
ten) Koeffizienten charakterisiert ist. Die Beträge B
durchlaufen die natürlichen Zahlen ohne die Null und die
30   Länge L durchläuft die natürlichen Zahlen mit der Null.
Damit die Tabelle nicht beliebig groß wird, sind alle
Ereignisse mit B größer oder gleich 9 zu einem Gesamter-
eignis zusammengefaßt. Entsprechendes gilt für L größer
oder gleich 9.

35

PHLPSKD_00005159



- 4 -                    PHD 86 327

Die Zahlen in den Feldern geben an, wie oft das zugehö-
rige Ereignis in einem quantisierten Videosignal mit etwa
15 000 Signalwerten auftritt. Die Zuordnung von
Huffman-Codeworten macht die Tabelle offensichtlich:

5      das Ereignis L=0, B=1 bekommt das kürzeste Codewort; es
folgt das Ereignis L=1, B=1 mit dem nächstlängeren Code-
wort und so fort.

Trägt man in die Ereignisfelder der Tabelle statt der

10     Häufigkeiten die zugeordneten Codeworte ein, so ergibt
sich eine zweidimensionale Codierungstabelle. Sie ist
hier nicht angegeben, weil das Aufstellen solcher
Codierungstabellen zum handwerklichen Können des Fach-
mannes gehört. Ergänzend sei angemerkt, daß bei den

15     Ereignissen mit L größer oder gleich 9 oder mit B größer
oder gleich 9 nach dem zugeordneten Codewort noch maximal
11 Bits folgen, durch die der Empfänger eine genaue
Information über die Größe L bzw. über die Größe B
erhält.

20     Eine Codierung von Videosignalen nach der eben angedeu-
teten zweidimensionalen Codierungstabelle ergibt gegen-
über der eingangs beschriebenen Codierung eine zusätz-
liche Bitratenreduktion von 12%.

25

30

35

PHLPSKD_00005160

- 5 -                    PHD 86 327

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5   brochenen Teilfolgen vorkommt,
dadurch gekennzeichnet,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2 usw. zusammen mit dem sich der
Teilfolge anschließenden Signalwert oder zusammen mit dem
10  der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
jeder ununterbrochenen Teilfolge von Signalwerten A
15  zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert das gleiche Huffman-Codewort zugeordnet
wird, wenn die Teilfolge eine vorgegebene Länge über-
schreitet.

20

3. Verfahren nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß es sich bei dem Signal um eine Folge von
Koeffizienten handelt, die sich nach der blockweisen
Cosinus-Transformation von Bildpunkten eines Videosigna-
25  les mit anschließender Quantisierung ergibt und daß der
Signalwert A der Wert Null ist.

4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
das Huffman-Codewort unabhängig von dem Vorzeichen des-
30  jenigen Koeffizienten ist, der sich auf die Folge von
Nullen anschließt oder ihr vorangeht, und daß das Vor-
zeichen durch ein gesondertes Bit codiert wird.

PHLPSKD_00005161



**Tabelle**

| L ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 |

B

PHD 86 327

JA220

PHLPSKD_00005162

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg hat eine
Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 23. Mai 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue
Wiedergabe der ursprünglichen Unterlage dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 23. Mai 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 7/13 und H 04 N 1/415 der
Internationalen Patentklassifikation erhalten.

Aktenzeichen 7 17 399.5

München, den  16. Oktober 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

K. Konvalla

A 9161

PHLPSKD_00005163



PHD 87-109

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion wird bei
der Codierung eines Signales eingesetzt, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5    unterbrochenen Teilfolgen vorkommt. Ein erster Schritt
der Codierung besteht darin, daß jeder ununterbrochenen
Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw.,
zusammen mit dem sich der Teilfolge anschließenden Sig-
nalwert ein Huffman-Codewort zugeordnet wird.

10   Ist das Signal in gleichlange Blöcke strukturiert, so
wird geprüft, welche Vorteile oder Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat. Überwiegen die Vorteile, dann wird das letzte Huff-
15   man-Codewort nicht übertragen und die Prüfung mit dem
vorangegangenen Huffman-Codewort als letztem Codewort
wiederholt.

Ein besonderer Anwendungsfall für das beschriebene Ver-
20   fahren ergibt sich bei der Codierung von Videosignalen,
insbesondere bei der Codierung der seriell anfallenden
Elemente sogenannter Koeffizientenblöcke. Ein Koeffi-
zientenblock besteht aus 64 Elementen. Am häufigsten
kommt hier der Signalwert 0 in ununterbrochenen Teilfol-
25   gen vor. Werden bei Anwendung des beschriebenen Verfah-
rens Huffman-Codeworte nicht übertragen, so werden auf
der Empfängerseite bei der Decodierung der empfangenen
Huffman-Codeworte in Elemente des Koeffizientenblocks,
soviele Elemente mit dem Wert Null angeführt, bis sich
30   insgesamt 64 ergeben.

PHLPSKD_00005164

PHILIPS PATENTVERWALTUNG GMBH                PHD 87-109
                                            22.05.1987

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer Fol-
ge von digital dargestellten Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei jeder ununterbroche-
nen Teilfolge von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert ein Huffman-Codewort zugeordnet wird.

10   Ein derartiges Verfahren ist in der deutschen Patentan-
meldung mit dem Aktenzeichen P 36 31 252.5 beschrieben.
Es wird bei der Codierung von Videosignalen angewendet
und dient dem Ziel, mit möglichst geringer Bitrate Video-
15   bilder ausreichender Qualität zu übertragen. Bevorzugte
Anwendungsgebiete hierfür sind Bildtelefon- oder Video-
konferenzsysteme.

Die Codierung von Videosignalen erfolgt (vergleiche hier-
20   zu z.B. die DE-A-36 13 343) in mehreren Schritten. Zu-
nächst werden gleichgroße Ausschnitte eines Videobildes -
repräsentiert durch quadratische Blöcke von Abtastwerten
der Bildpunkte - einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
25   eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
ein neuer Block von Zahlenwerten (Koeffizienten). Die An-
zahl der Koeffizienten - auch Elemente des Koeffizienten-
blocks genannt - ist ebenso groß wie die Zahl der Abtast-
30   werte von Bildpunkten, die zum ursprünglichen Block zu-

PHLPSKD_00005165



-2-                    PHD 87-109

sammengefaßt sind. Gewöhnlich bestehen die Ausschnitte
aus den Videobildern aus 8 x 8-Blöcken, d.h., sie enthal-
ten die Abtastwerte von 64 Bildpunkten. Entsprechend ent-
hält auch der Koeffizientblock 64 Koeffizienten bzw. Ele-
5   mente.

Der Koeffizientenblock hat nun die Eigenschaft, daß ein
großer Teil seiner Elemente nahezu Null oder exakt Null
ist. Eine anschließende Quantisierung der Koeffizienten
10   macht dann in aller Regel den überwiegenden Teil der Ele-
mente zu Null, so daß eine darauffolgende, elementeweise
vorgenommene Huffman-Codierung schon deswegen eine erheb-
liche Bitratenreduktion bedeuten würde.

15   Wegen des häufigen Auftretens des Signalwertes Null in
ununterbrochenen Teilfolgen läßt sich noch eine weitere
Bitratenreduktion durchführen. Nach der deutschen Patent-
anmeldung 36 31 252.5 werden z.B. die 64 Koeffizienten
eines Blocks, die bei der Codierung von Videosignalen als
20   serielles Zwischensignal auftreten, in Ereignisse zer-
legt. Jedes Ereignis ist gekennzeichnet durch die Länge L
(runlength) einer ununterbrochenen Teilfolge von Nullen
und dem von Null verschiedenen Betrag B des sich an-
schließenden Koeffizienten.

25

Entscheidend in der zitierten Patentanmeldung ist, daß
die Länge L der Teilfolgen von Nullen selbst den Wert
Null annehmen kann. Tritt z.B. ein Koeffizient vom Betra-
ge 1 auf, dem drei Nullen vorangehen, so entspricht dies
30   dem Ereignis (L=3, B=1) oder kürzer (3,1). Folgt auf den
Koeffizienten mit dem Betrag 1 ein Koeffizient vom Be-
trag 2, so wird das Auftreten des zweiten Koeffizienten
durch das Ereignis (L=0, B=2) bzw. (0,2) charakteri-
siert. Jedem Ereignis wird nun entsprechend seiner rela-
35   tiven Häufigkeit ein Huffman-Codewort zugeordnet. Die
Folge von Koeffizienten eines Blockes wird also in eine

PHLPSKD_00005166



Folge von m Ereignissen der Art

(L1, B1)

(L2, B2)                                    (1)

...

5     (Lm, Bm)

aufgelöst. Wie groß die Anzahl m der Ereignisse ist,
hängt von den speziellen Werten der Koeffizienten ab. Be-
10    steht der gesamte Koeffizientenblock z.B. aus 63 Nullen
mit anschließendem Koeffizienten vom Betrag 1, so zer-
fällt er nur in ein Ereignis, nämlich (63,1). Da also von
vornherein nicht feststeht, in wieviele Ereignisse ein
Koeffizientenblock zerlegt wird, müssen schon aus diesem
15    Grunde die einzelnen Blöcke durch ein 'end-of-block'-Sig-
nal voneinander getrennt werden. Auf der Empfangsseite
werden die übertragenen Huffman-Codeworte wieder in Er-
eignisse zurücktransformiert und diese Ereignisse wiede-
rum in eine Folge von Koeffizienten. Dem Empfänger ist
20    bekannt, daß zu einem Koeffizientenblock z.B. 64 Koeffi-
zienten gehören.

Der Erfindung liegt die Aufgabe zugrunde, Maßnahmen zur
weiteren Bitratenreduktion anzugeben, ohne daß dadurch
25    die Bildqualität in Mitleidenschaft gezogen wird.

Diese Aufgabe wird bei einem Verfahren der eingangs ge-
nannten Art dadurch gelöst, daß bei einem in gleichlange
Blöcke strukturierten Signal geprüft wird, welche Nach-
30    teile und Vorteile die Nichtübertragung des letzten Huff-
man-Codewortes eines Blockes hat und daß dann, wenn die
Vorteile überwiegen, das Huffman-Codewort nicht übertra-
gen wird und die gleiche Prüfung mit dem vorangegangen
Huffman-Codewort als letztem Huffman-Codewort wiederholt
35    wird.

PHLPSKD_00005167

-4-                    PHD 87-109.

Vorteilhafte Ausgestaltungen der Erfindung sind den Un-
teransprüchen zu entnehmen.

Anhand eines Ausführungsbeispiels soll die Erfindung nä-
5  her erläutert werden. Im Ausführungsbeispiel handelt es
sich bei dem zu codierenden Signal um die als Zwischen-
signal anfallende serielle Folge von digital dargestell-
ten Koeffizienten eines Koeffizientenblocks, wie er bei
Hybrid-Codierern (vergleiche DE-A-26 13 343) auftritt.
10 Der Einfachheit halber ist angenommen, daß es sich um 4 x
4-Blöcke handelt, ein Block also insgesamt 16 Elemente
enthält. Alle Daten, die zu einem Block gehören, sind von
den Daten des nächstfolgenden Blocks durch ein "end-of-
block"-Zeichen getrennt. Dieses Zeichen bzw. das entspre-
15 chende Codewort wird von der Zerlegung des zu codierenden
Signals nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines Blocks in de-
zimaler Darstellung die Gesalt
20
   XX    4005000050000001   XX              (2)

so zerfällt nach dem Schema (1) der Block in folgende Er-
eignisse:
25
   (0,4)
   (2,5)                                     (3)
   (4,5)
   (6,1).
30
Damit die Koeffizientenfolge eines Blocks überhaupt in
Ereignisse nach dem Schema (1) oder (3) zerlegt werden
kann, werden die Koeffizienten vor ihrer weiteren Verar-
beitung zwischengespeichert. Die zeitliche Reihenfolge
35 der Koeffizienten in den Schemata (1), (2), und (3) ent-

PHLPSKD_00005168

-5-                        PHD 87-109

spricht der Reihenfolge ihrer schriftlichen Aufzeichnun-
gen (europäische Schreibrichtung vorausgesetzt). Die Zei-
chen XX im Beispiel nach dem Schema (2) sybolisieren die
"end-of-block"-Zeichen des vorangegangenen Blockes und
5    des dargestellten Blockes.

Die von Null verschiedenen Koeffizienten im Schema (2)
sind alle positiv und als ganze Vielfache der kleinsten
Einheit, nämlich 1, dargestellt. Wie aus dem Schema (3)
10   ersichtlich, ist das letzte Ereignis das Ereignis (6,1).
Die den Ereignissen zugeordnete Huffman-Codeworte sind
nicht eingetragen.

Nun wird zunächst geprüft, welches Gewicht für den Em-
15   pfänger der Empfang des letzten Ereignisses, nämlich
(6,1) des Blocks nach (2) hat. Als allgemeine Erfahrungs-
regel hat sich bei der Bildcodierung herausgestellt, daß
die Übertragung von Ereignissen mit einer Folge von mehr
als fünf Nullen immer weniger lohnend wird, je kleiner
20   der Betrag des sich anschließenden Koeffizienten ist.
Stellt man die durch die Erfahrung gestützte Regel auf,
geprüfte Ereignisse, für die L>5 und B=1 ist, nicht zu
übertragen, so unterbleibt die Übertragung des letzten
Ereignisses. Sodann wird das vorangegangene Ereignis
25   (4,5) nach dem gleichen Kriterium überprüft. Im Beispiel
nach (2) ist dann für diesen Block die Prüfung beendet,
da das Ereignis (4,5) bzw. das zugeordnete Huffman-Code-
wort übertragen werden muß.

30   Nach der Decodierung der Huffman-Codeworte auf der Em-
pfängerseite lassen sich alle Koeffizienten des Blocks
nach dem Schema (2) wiedergewinnen, bis auf diejenigen,
die zu nicht übertragenen Ereignissen gehören. Da diese
jedoch zu den letzten Koeffizienten des Blocks gehören,
35   werden auf der Empfängerseite den decodierten Koeffizien-
ten so viele Koeffizienten vom Betrag Null angefügt, bis
die Gesamtzahl der Koeffizienten 16 beträgt.

PHLPSKD_00005169



-6-                                   PHD 87-109

<u>PATENTANSPRÜCHE</u>

1. Verfahren zur Bitratenreduktion bei der Codierung ei-
nes Signales, das aus einer Folge von digital dargestell-
ten Signalwerten besteht und das einen Signalwert A ent-
hält, der am häufigsten in ununterbrochenen Teilfolgen
5      vorkommt, wobei jeder ununterbrochenen Teilfolge von Sig-
nalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem
sich der Teilfolge anschließenden Signalwert oder zusam-
men mit dem der Teilfolge vorangehenden Signalwert ein
Huffman-Codewort zugeordnet wird,
10     <u>dadurch gekennzeichnet,</u>
daß bei einem in gleichlange Blöcke strukturierten Signal
geprüft wird, welche Vorteile und Nachteile die Nicht-
Übertragung des letzten Huffman-Codewortes eines Blockes
hat und daß dann, wenn die Vorteile überwiegen, das Huff-
15     man-Codewort nicht übertragen wird und anschließend die
gleiche Prüfung mit dem vorangegangenen Huffman-Codewort
als letztem Huffman-Codewort wiederholt wird.

2. Verfahren nach Anspruch 1,
20     <u>dadurch gekennzeichnet,</u>
daß ein überprüftes Huffman-Codewort nicht übertragen
wird, wenn die Länge der zugehörigen Teilfolge von Sig-
nalwerten A eine vom Betrag des sich anschließenden Signal-
wertes abhängige Schranke übertrifft.

25
3. Verfahren nach Anspruch 1 oder 2,
<u>dadurch gekennzeichnet,</u>
daß es sich bei dem Signal um eine Folge von Koeffizien-
ten handelt, die sich nach der blockweisen Cosinus-Trans-
30

PHLPSKD_00005170

PHLPSKD_00005171



-7-                    PHD 87-109

formation von Bildpunkten eines Videosignales mit an-
schließender Quantisierung ergibt und daß der Signal-
wert A der Wert Null ist.

5    4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
ein überprüftes Huffman-Codewort nicht übertragen wird,
wenn die Länge der zugehörigen Teilfolge von Nullen
größer als Fünf ist und der Betrag des sich anschließen-
den Signalwertes der kleinstmögliche Wert verschieden von
10   Null ist.

15

20

25

30

35

PHLPSKD_00005172

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

als Zusatz zur Patentanmeldung P 36 31 252.5

am 8. November 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 8. November 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133
der Internationalen Patentklassifikation erhalten.

Aktenzeich  P 36 38 127.6

München, den   26. August 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Grüner

A 9181
1.82

PHLPSKD_00005173



-9-                    PHD 86 336

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5   unterbrochenen Teilfolgen vorkommt. Diese Teilfolgen wer-
den zusammen mit dem sich anschließenden Signalwert, der
ebenfalls der Wert A sein darf, als Ereignisse angesehen,
denen Huffman-Codeworte zuzuordnen sind.

10  Damit z.B. bei Videosignalen die maximale Länge der Huff-
man-Codeworte auf 16 Bit beschränkt bleibt, wird die Ge-
samtheit aller Ereignisse in zwei Bereiche eingeteilt,
von denen der erste Bereich nur aus sogenannten codierba-
ren Ereignissen besteht. Fällt ein Ereignis z.B. in den
15  zweiten Bereich, so wird es in Teilereignisse zerlegt,
die alle im ersten Bereich liegen.

20

25

30

PHLPSKD_00005174

PHILIPS PATENTVERWALTUNG GMBH                    PHD 86 336

**BESCHREIBUNG**

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei Codierung eines Signales, das aus einer Folge
von digital dargestellten, endlich vielen Signalwerten
besteht und das einen Signalwert A enthält, der am
5    häufigsten in ununterbrochenen Teilfolgen vorkommt, wobei
ununterbrochenen Teilfolgen von Signalwerten A mit der
Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen
sich anschließenden Signalwert oder zusammen mit dem den
Teilfolgen vorangehenden Signalwert Huffman-Codeworte
10   zugeordnet werden.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
15   No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
20   Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
25   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
30   aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten

PHLPSKD_00005175

- 2 -                              PHD 86.336

würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten
5   seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
die Codeworte unterschiedliche Länge haben, statistische
10  Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
(run-length) 1, 2, 3 usw. vorkommen. Der Teilfolge mit
15  der größten Häufigkeit wird dann das kürzeste Huffman-
Codewort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

20  Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
sind. Codiert werden nur die Beträge, weil betragsmäßig
25  gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die run-length zu codieren ist. Damit bei der
Decodierung die Codeworte der einen Tabelle von denen der
30  anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten run-lenght ein gesondertes Codewort, das
sogenannte run-length prefix verwendet.

Ein verbessertes Codierungsverfahren wird in der deut-
35  schen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5
angegeben. Nach dieser Anmeldung wird das zu codierende
Signal in Ereignisse zerlegt, die durch eine zweidimen-

PHLPSKD_00005176

sionale Tabelle versinnbildlicht sind. In einer waage-
rechten Richtung sind die Beträge B der Koeffizienten,
angefangen beim Betrag 1, aufgetragen und in einer senk-
rechten Richtung die Länge L (run-length) ununter-
5   brochener Teilfolgen von Nullen, angefangen bei der Länge
0. Jedes zusammengesetzte durch spezielle Werte von L und
B gekennzeichnete Ereignis ist durch seine relative
Häufigkeit charakterisiert; aus den relativen Häufig-
keiten der Ereignisse ergibt sich dann zwangsläufig,
10  durch welche Huffman-Codeworte ein bestimmtes Ereignis,
z.B. drei aufeinanderfolgende Nullen gefolgt von einem
Koeffizienten mit dem Betrage 2, zu codieren ist.

Das Codierungsverfahren bewirkt eine stärkere Bitraten-
15  reduktion als das Verfahren von Chen et al., weil z.B.
die Wahrscheinlichkeit des Ereignisses, bei dem drei auf-
einanderfolgende Nullen mit anschließendem Koeffizienten
vom Betrage 2 auftreten, verschieden ist vom Produkt der
Wahrscheinlichkeit, mit der drei aufeinanderfolgende
20  Nullen auftreten, und der Wahrscheinlichkeit, mit der ein
Koeffizient vom Betrage 2 überhaupt auftritt.

Das in der erwähnten deutschen Patentanmeldung beschrie-
bene Verfahren sieht eine Begrenzung der zweidimensiona-
25  len Ereignistabelle bzw. Codierungstabelle auf folgende
Weise vor: alle Teilfolgen von Nullen mit gleich großem
anschließenden Betrag eines Koeffizienten werden dann als
ein Ereignis angesehen, wenn die Länge der Teilfolge von
Nullen größer als acht ist; ebenso werden alle Nullfolgen
30  gleicher Länge dann als ein Ereignis angesehen, wenn der
sich anschließende Betrag eines Koeffizienten größer als
acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich -
35  wie eine Tabelle in der erwähnten Patentanmeldung zeigt -
um relativ seltene Ereignisse; sie werden daher mit
relativ langen Huffman-Codeworten codiert. Da der

PHLPSKD_00005177



Empfänger zur Decodierung ohne Informationsverlust die
genaue Länge einer Nullfolge oder den genauen Betrag
eines Koeffizienten wissen muß, wird an das Huffman-Code-
wort ein Zusatzcodewort gehängt, dem die genaue Länge
5  oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird
ein scharf umrissener Sachverhalt codiert. Da die Anzahl
der Bits derartiger Kombinationen ebenfalls von den
0  statistischen Eigenschaften des Signals abhängig ist,
sollen hier solche Kombinationen ebenfalls als Huffman-
Codeworte bezeichnet werden, die als ganzes dem Empfänger
bzw. Decodierer vorliegen müssen, damit der Sachverhalt,
der ihnen zugrundeliegt eindeutig auf der Empfängerseite
15  erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können
bei dem Verfahren nach der zitierten deutschen Patentan-
meldung bis zu 30 Bit lang werden. Da die Verarbeitung
20  von maximal 16 Bit langen Codeworten keine besonderen
Einrichtungen erforderlich macht, sondern z.B. mit einem
16-Bit-Mikroprozessor möglich ist, liegt der Erfindung
die Aufgabe zugrunde, ein Verfahren zur Bitratenreduktion
der eingangs genannten Art anzugeben, bei dem ohne
25  Informationsverlust und ohne nennenswerte Vergrößerung
der erforderlichen Übertragungsbitrate Huffman-Codeworte
von maximal 16-Bit möglich sind.

Ausgehend von einem Verfahren der eingangs genannten Art
30  wird diese Aufgabe dadurch gelöst, daß dann, wenn eine
Teilfolge von Signalwerten A zusammen mit dem vorangehen-
den oder sich anschließenden Signalwert eine vorgegebene
Länge überschreitet, diese gesamte Wertefolge so in
Abschnitte zerlegt wird, daß die Länge eines jeden
35  Abschnittes unter einem vorgegebenen Wert liegt, und daß
jedem Abschnitt ein Huffman-Codewort zugeordnet ist.

PHLPSKD_00005178

- 5 -                    PHD 86 336

Eine vorteilhafte Ausgestaltung der Erfindung enthält der
Unteranspruch.

Anhand der Tabellen und anhand eines Ausführungsbeispie-
5  les soll die Erfindung näher erläutert werden. Die Tabel-
le I ist eine Ereignistabelle und die Tabelle II eine
Codierungstabelle.

Bei dem Beispiel handelt es sich um die Codierung des bei
10  der Verarbeitung von Videosignalen auftretenden Zwischen-
signales, das aus einer Folge von digital dargestellten
Koeffizienten einer speziellen flächenhaften Fourier-
Transformation von Bildausschnitten (Blöcken) besteht. In
dem seriellen Signal kommt der Koeffizient mit dem Wert 0
15  am häufigsten in ununterbrochenen (endlichen) Teilfolgen
des gesamten Signals vor. Die Signalwerte dieses Blockes
werden durch einen gesonderten Signalwert abgeschlossen,
der das Ende des Blockes (end of block) kennzeichnet.

20  Definiert man als zu codierendes Ereignis eine ununter-
brochene Folge von m Nullen im Signal mit anschließendem
Koeffizienten vom Betrage n - abgekürzt (m, n) - so
ergibt sich eine endliche, aber eine sehr große zwei-
dimensionale Manigfaltigkeit von zu codierenden Ereig-
25  nissen, da in der Praxis auch nicht beliebig große
Beträge B von Koeffizienten vorkommen. Folglich sind auch
die zu verwendenden Huffman-Codeworte theoretisch nach
Anzahl und Länge sehr groß. Zur Reduzierung der Gesamt-
zahl der zu codierenden Ereignisse wird beim erfindungs-
30  gemäßen Verfahren davon ausgegangen, daß z.B. eine Teil-
folge von 19 Nullen mit anschließenden Koeffizienten vom
Betrage 7 sich in Abschnitte zerlegen läßt, von denen der
erste eine ununterbrochene Teilfolge von 16 Nullen, der
zweite eine ununterbrochene Teilfolge von 3 Nullen ist
35  und der dritte eine Teilfolge mit keiner Null und an-
schließenden Koeffizienten vom Betrage 7 darstellt. Jeder

JA237

PHLPSKD_00005179

- 6 -                          PHD 86 336

dieser Abschnitte wird nun als Ereignis angesehen, das
durch ein Huffman-Codewort codiert wird. Die Länge eines
jeden dieser Abschnitte liegt unter einem vorgebbaren
Wert, auf den weiter unten eingegangen wird.

5       Der Versinnbildlichung dieser Zerlegung dient die Tabel-
le I. In waagerechter Richtung sind alle vorkommenden
Beträge B - einschließlich der Betrag 0 - von Koeffizien-
ten aufgetragen. In senkrechter Richtung ist die Länge -
10      ebenfalls angefangen bei 0 - von ununterbrochenen Teil-
folgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die
Ereignisse (m, n), d.h. m Nullen gefolgt von einem
15      Koeffizienten vom Betrage n. Das Ereignis (0, 3) z.B.
bedeutet, daß einem Koeffizienten vom Betrage 3 eine
Teilfolge der Länge 0 vorangegangen ist, was gleichbedeu-
tend damit ist, daß vor ihm kein Koeffizient vom Betrage
0 steht. Isoliert stehende Nullen im Signal werden durch
20      das Ereignis (0, 0) symbolisiert. Die Angabe (3, n) u.a.
bedeutet das Ereignis, daß auf drei aufeinanderfolgende
Nullen ein Koeffizient vom Betrage n folgt. Da für n auch
der Wert Null zugelassen ist, bedeutet das Ereignis (3,
0) vier aufeinanderfolgenden Nullen.

25      Die Tabelle I enthält einen fettgedruckten Polygonzug,
der die Ereignisfelder in zwei Bereiche teilt. Der linke
Bereich enthält die nach der Erfindung codierbaren Ereig-
nisse, der rechte Bereich die nichtcodierbaren Ereig-
30      nisse. Die maximale Länge, die ein Abschnitt von Signal-
werten haben darf - er entspricht also einem codierbaren
Ereignis - ist 16; es handelt sich um die Ereignisse (0,
15), (1, 15) und (2, 15). Alle anderen codierbaren
Ereignisse entsprechen Signalabschnitten, die kürzer
35      sind. Die Einteilung in codierbare und nichtcodierbare
Ereignisse ist nicht völlig willkürlich; die am
häufigsten auftretenden Ereignisse müssen zu den

PHLPSKD_00005180

codierbaren gehören. Die nichtcodierbaren Ereignisse
werden dann in codierbare zerlegt. Das angekreuzte nicht-
codierbare Ereignis (8, 7) in Tabelle I wird z.B. in die
Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung
5     gibt es mehrere Möglichkeiten; die einfachste ist die
hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren
Ereignissen gehören, bedeuten die Länge - also die Anzahl
10    der Bits - der Huffman-Codeworte, mit denen die Ereig-
nisse codiert werden. Die Codeworte enthalten auch das
Vorzeichen der Koeffizienten und gegebenenfalls Angaben
über die Größe des Betrages B; keines von ihnen ist
länger als 16 Bit. Bei der Aufstellung der
15    Huffman-Codeworte wurde unterstellt, daß Koeffizienten
mit Beträgen größer als 136 nicht vorkommen.

Tabelle II zeigt die genaue Struktur der verwendeten
Huffman-Codeworte. Das erste Codewort stellt den codier-
20    ten und oben schon erwähnten Signalwert zu Kennzeichnung
eines Blockendes dar. Die erste Spalte der Tabelle II
enthält eine laufende Nummer, die zweite Spalte den
Betrag B der Koeffizienten und die dritte die Länge der
Nullfolgen. Die beiden letzten Angaben zusammen ergeben
25    die "Koordinaten" eines codierbaren Ereignisses nach
Tabelle I. In der vierten Spalte der Tabelle II sind die
Codeworte bitweise angegeben. Das Bit s bedeutet das
Vorzeichenbit, die mit "-" versehenen Stellen sind bedeu-
tungslos und in die mit "+" versehenen Stellen werden die
30    codierten Beträge der Koeffizienten eingetragen, sofern
sie größer als acht sind. Die letzte Spalte gibt noch
einmal die Länge der Huffman-Codeworte wieder.

35

PHLPSKD_00005181



- 8 -                          PHD 86 336

<u>PATENTANSPRÜCHE</u>

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5  brochenen Teilfolgen vorkommt, wobei ununterbrochenen
Teilfolgen von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich den Teilfolgen anschließenden
Signalwert oder zusammen mit dem den Teilfolgen voran-
gehenden Signalwert Huffman-Codeworte zugeordnet werden,
10  <u>dadurch gekennzeichnet,</u>
daß dann, wenn eine Teilfolge von Signalwerten A zusammen
mit dem vorangehenden oder sich anschließenden Signalwert
eine vorgegebene Länge überschreitet, diese gesamte
Wertefolge so in Abschnitte zerlegt wird, daß die Länge
15  eines jeden Abschnittes unter einem vorgegebenen Wert
liegt, und daß jedem Abschnitt ein Huffman-Codewort
zugeordnet ist.

2. Verfahren nach Anspruch 1, <u>dadurch gekennzeichnet,</u> daß
20  es sich bei dem Signal um eine Folge von Koeffizienten
handelt, die sich nach der blockweisen Cosinus-Transfor-
mation von Bildpunkten eines Videosignales mit
anschließender Quantisierung ergibt, und daß der Signal-
wert A der Wert 0 ist.

25

30

PHLPSKD_00005182



**TABELLE II**          PHD 86 336

| Nr. | B | L | Codewort | | Länge |
|---|---|---|---|---|---|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

PHLPSKD_00005183



Tabelle I    PHD 86 336

PHLPSKD_00005184



TABELLE II          PHD 86 336
(Fortsetzung 2)

| Nr. | B | L | Codewort | Länge |
|-----|---|---|----------|-------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

PHLPSKD_00005185



**TABELLE II**    PHD 86 336
(Fortsetzung 1)

| Nr. | B | L | Codewort | Länge |
|-----|---|---|----------|-------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

PHLPSKD_00005186





PHD 86-327
PETER VOGEL
Sheet 1 of 5

4901075

**U.S. Patent**   Feb. 13, 1990   Sheet 1 of 5   **4,901,075**

| L | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

B →

FIG. 1

PHLPSKD_00005187



PHLPSKD_00005188

PHD. 86-327
PETER VOGEL
Sheet 2 of 5

FIG. 2

PHLPSKD_00005189



PHLPSKD_00005190

PROVED  O.G. FIG.
-BY
FISMAN  CLASS SUBCLASS

PHD 86-327
PETER VOGEL
Sheet 3 of 5

0%177

**U.S. Patent**     Feb. 13, 1990     Sheet 3 of 5     **4,901,075**

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

PHLPSKD_00005191



PHLPSKD_00005192

PHD 86-327
PETER VOGEL
Sheet 4 of 5

**U.S. Patent**  Feb. 13, 1990   Sheet 4 of 5   **4,901,075**

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

# FIG. 4

JA251

PHLPSKD_00005193



PHLPSKD_00005194

Case 1:06-cv-00251-GMS    Document 129-12    Filed 11/06/2007    Page 59 of 65



PHD 86-327
PETER VOGEL
Sheet 5 of 5

096171

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

FIG. 5



FIG.6

PHLPSKD_00005195



PHLPSKD_00005196



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | HD 86,327 |

OMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| EXAMINER |
|---|
| YOUNG, B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | # 14 |

DATE MAILED:
12/12/89

## PRIORITY ACKNOWLEDGMENT

☑ 1. Receipt is acknowledged of papers submitted under 35 U.S.C. 119. The papers have been placed of record in the file.

☐ 2. Applicant's claim for priority, based on papers filed in parent application Serial No. _____ submitted under 35 U.S.C. 119, is acknowledged.

☐ 3. The priority papers, submitted _____, are not acknowledged since they were filed later than the date on which the issue fee was paid. To have the priority papers considered for entry, a petition must be filed in accordance with 37 CFR 1.55(b) requesting their entry together with the fee set forth in 37 CFR 1.17(i).

Manager, Publishing Division
Office of Publications

Form PTOL-147 (Rev.10-83)

PHLPSKD_00005197



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Docket No

In re Application of                          PHD 88-327

PETER VOGAL                                   Group: 217

Serial No. 07/096,177                         Examiner: B. Young

Filed: September 11, 1987                      Batch No. V59

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

<u>MAILING CERTIFICATE UNDER 37 CFR 1.8(a)</u>

Sir:

 I hereby certify that this correspondence (Issue Fee)
is being deposited with the United States Postal Services as
first class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231, on
_11/17/89_____ .


       Michael E. Marion, Reg. 32,266
       Assoc.Attorney for Applicant

       _____
       (Signature)

       _11/17/89_____
       (Date)

JA256

PHLPSKD_00005198

DOCKET NO. *PHD86-327* DIV. *IIA*    SER. NO. *096,177*

TRADEMARK _____

PLEASE DATE STAMP AND RETURN TO
ACKNOWLEDGE RECEIPT OF NOTED DOCUMENTS

*Priority Documents   P 3631252.5*
*P 3638127.6  and  P 3712399.5*

New Application............. ☐    Amendment................... ☐
    No. Pages Spec._____    Issue Fee.................. ☐
    (including claims)    Notice of Appeal....... ☐
Con. Doc....................... ☐    Extension.................. ☐
Drawings           Inf. ☐    Mailing  Cert.......... ☐
    No. Sh..............For. ☐    Assignment............. ☐
Power of Att................. ☐    Missing  Decl.......... ☐
MLG. Date *11-2-87 pv* ⑦

JA257

PHLPSKD_00005199

**PART B - ISSUE FEE TRANSMITTAL**

**INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)

INVENTOR'S NAME _____

Street Address _____

City, State and ZIP Code _____

CO-INVENTOR'S NAME _____

Street Address _____

City, State and ZIP Code _____

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/ /013 | | YOUNG, B | 217 | 08/28/89 |

First Named Applicant VOGEL, PETER

TITLE OF INVENTION  METHOD AND APPARATUS FOR BIT RATE REDUCTION (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| PHD 86,327 | 341-863.000 | U59 | UTILITY | NO | $620.00 | 11/28/89 |

3. All further correspondence to be mailed to the following:

U.S. Philips Corporation
100 White Plains Road
Tarrytown, NY  10591

4. For printing on the patent front page, list the names (of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 Michael E. Marion

2 _____

3 _____

DO NOT USE THIS SPACE

PALM 20337  11/30/89  07096177   14-1270  020  142   620.00CH
PALM 20338  11/30/89  07096177   14-1270  020  501    15.00CH

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

NAME OF ASSIGNEE

U.S. Philips Corporation

ADDRESS: (City & State or Country)

100 East 42nd Street, New York, NY  10017

STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION

Delaware

☐ This application is NOT assigned.

☐ Assignment previously submitted to the Patent and Trademark Office.

☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:

☐ Issue Fee   ☐ Advanced Order - # of Copies ___ (Minimum of 10)

6b. The following fees should be charged to:

DEPOSIT ACCOUNT NUMBER  14-1270
(Enclose Part C)

☒ Issue Fee   ☒ Advanced Order - # of Copies  10  (Minimum of 10)

☐ Any Deficiencies in Enclosed Fees ___ (Minimum of 10)

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of Attorney or Agent of record) _____  (Date) 11/17/89

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL REV 12-88 (OMB Clearance is pending)

PHLPSKD_00005200

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

> Box ISSUE FEE
> Commissioner of Patents and Trademarks
> Washington, D.C. 20231

on _____
                              (Date)

_____
(Name of person making deposit)

_____
(Signature)

_____
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

IVERSE PTOL-85B (REV 12-96)(OMB Clearance is pending)

PHLPSKD_00005201