# EXHIBIT 10

# Signals and Systems



Bernd Girod
Rudolf Rabenstein
Alexander Stenger

 WILEY

JA308

# Signals and Systems

**Bernd Girod**
*Universität Erlangen-Nürnberg*

JOHN WILEY & SONS, LTD
Chichester  •  Weinheim  •  New York  •  Brisbane  •  Singapore  •  Toronto

JA309

Copyright © 2001   by John Wiley & Sons Ltd
Baffins Lane, Chichester,
West Sussex, PO19 1UD, England

National  01243 779777
International  (+44) 1243 779777

e-mail (for orders and customer service enquiries): cs-books@wiley.co.uk

Visit our Home Page on http://www.wiley.co.uk
or
http://www.wiley.com

All Rights Reserved.  No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any
form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except under the terms
of the Copyright Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing
Agency, 90 Tottenham Court Road, London, W1P 9HE, UK, without the permission in writing of the Publisher, with the
exception of any material supplied specifically for the purpose of being entered and executed on a computer system, for
exclusive use by the purchaser of the publication.

Neither the authors nor John Wiley & Sons Ltd accept any responsibility or liability for loss or damage occasioned
to any person or property through using the material, instructions, methods or ideas contained herein, or acting or
refraining from acting as a result of such use.  The authors and Publisher expressly disclaim all implied warranties,
including merchantability of fitness for any particular purpose.  There will be no duty on the authors of Publisher to
correct any errors or defects in the software.

Designations used by companies to distinguish their products are often claimed as trademarks. In all instances where
John Wiley & Sons is aware of a claim, the product names appear in initial capital or capital letters.  Readers, however,
should contact the appropriate companies for more complete information regarding trademarks and registration.
Bernd Girod has asserted his right under the Copyright, Designs and Patents Act 1988 to be identified as the author of
this work.

*Other Wiley Editorial Offices*

John Wiley & Sons, Inc., 605 Third Avenue,
New York, NY 10158-0012, USA

Wiley-VCH Verlag GmbH
Pappelallee 3, D-69469 Weinheim, Germany

John Wiley & Sons (Australia) Ltd, 33 Park Road, Milton,
Queensland 4064, Australia

John Wiley & Sons (Canada) Ltd, 22 Worcester Road
Rexdale, Ontario, M9W 1L1, Canada

John Wiley & Sons (Asia) Pte Ltd, 2 Clementi Loop #02-01,
Jin Xing Distripark, Singapore 129809

*Library of Congress Cataloging-in-Publication Data*

Girod, Bernd
   [Einführung in der Systemtheorie, English]
   Systems and Signals / Bernd Girod, Rudolf Rabenstein, Alexander Stenger.
      p. cm.
   Includes bibliographical references and index.
   ISBN 0 471 98800 6
      1.  System theory. I. Rabenstein, Rudolf.  II.  Stenger, Alexander.  III  Title.
   Series

   Q295. G57 2001
   003–de21                                          2001024349

*British Library Cataloguing in Publication Data*

A catalogue record for this book is available from the British Library

ISBN 0 471 98800 6

Produced from LaTeX files supplied by the translator

Case 1:05-cv-00251-GMS    Document 129-14    Filed 11/06/2007    Page 5 of 5

average stock index) are whole numbers and so likewise discrete. In this case both the independent and the dependent variables are discrete.



Figure 1.4: Frequency of earned marks for a test in systems theory

The signals we have considered thus far have been quantities that depend on a *single* independent variable. However, there are quantities with dependencies on two or more variables. The greyscales of Figure 1.5 depend on both the $x$ and the $y$ co-ordinates. Here both axes represent independent variables. The dependent variable $s(x, y)$ is entered along one axis, but is a greyscale value between the extreme values black and white.

When we add motion to pictures, we have a dependency on three independent variables (Figure 1.6): two co-ordinates and time. We call these two- or three-dimensional (or generally multidimensional) signals. When greyscale values change continuously over space or over space and time, these are continuous signals.

All our examples have shown parameters (voltage, temperature, stock index, frequencies, greyscale) that change in relation to values of the independent variables. Thereby they transmit certain information. In this book we define a signal as follows:

---

**Definition 1:   Signal**

*A signal is a function or sequence of values that represents information.*

---

The preceding examples have shown that signals can assume different forms. Signals can be classified according to various criteria, the most important of which are summarised in Table 1.1.