# EXHIBIT 11


HOWREY LLP
DC092710

*Microsoft*

OVER 10,000 ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
      p. ; cm.
   ISBN 0-7356-1495-4
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

   AQ76.5. M52267   2002
   004'.03--dc21                                                           200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929



**COBOL** *n.* Acronym for **C**ommon **B**usiness-**O**riented **L**anguage. A verbose, English-like compiled programming language developed between 1959 and 1961 and still in widespread use today, especially in business applications typically run on mainframes. A COBOL program consists of an Identification Division, which specifies the name of the program and contains any other documentation the programmer wants to add; an Environment Division, which specifies the computers being used and the files used in the program for input and output; a Data Division, which describes the format of the data structures used in the program; and a Procedure Division, which contains the procedures that dictate the actions of the program. *See also* compiled language.

**cobweb site** *n.* A Web site that is far out of date. *See also* Web site.

**Cocoa** *n.* A set of object-oriented development tools and interfaces available on Mac OS X. Cocoa contains a set of frameworks, software components, and development tools used to construct applications for Mac OS X and provides programming interfaces in Java and Objective-C. Cocoa is based on NeXT's OpenStep and is integrated with Apple technologies.

**CODASYL** *n.* Acronym for **C**onference **o**n **D**ata **S**ystems **L**anguages. An organization founded by the U.S. Department of Defense. CODASYL is dedicated to the development of data-management systems and languages, among them the widely used COBOL.

**code**[1] *n.* **1.** Program instructions. Source code consists of human-readable statements written by a programmer in a programming language. Machine code consists of numerical instructions that the computer can recognize and execute and that were converted from source code. *See also* data, program. **2.** A system of symbols used to convert information from one form to another. A code for converting information in order to conceal it is often called a *cipher*. **3.** One of a set of symbols used to represent information.

**code**[2] *vb.* To write program instructions in a programming language. *See also* program.

**code access security** *n.* A mechanism provided by the runtime whereby managed code is granted permissions by security policy and these permissions are enforced, limiting what operations the code will be allowed to perform. To prevent unintended code paths from exposing a security vulnerability, all callers on the call stack must be granted the necessary permissions (possibly subject to override by assertion or denial).

**codec** *n.* **1.** Short for **co**der/**dec**oder. Hardware that can convert audio or video signals between analog and digital forms. **2.** Short for **co**mpressor/**dec**ompressor. Hardware or software that can compress and uncompress audio or video data. *See also* compress[2], uncompress. **3.** Hardware that combines the functions of definitions 1 and 2.

**code conversion** *n.* **1.** The process of translating program instructions from one form into another. Code may be converted at the source-language level (for example, from C to Pascal), at the hardware-platform level (for example, from working on the IBM PC to working on the Apple Macintosh), or at the language level (for example, from source code in C to machine code). *See also* code[1] (definition 1). **2.** The process of transforming data from one representation to another, such as from ASCII to EBCDIC or from two's complement to binary-coded decimal.

**Code Division Multiple Access** *n.* A form of multiplexing in which the transmitter encodes the signal, using a pseudo-random sequence that the receiver also knows and can use to decode the received signal. Each different random sequence corresponds to a different communication channel. Motorola uses Code Division Multiple Access for digital cellular phones. *Acronym:* CDMA. *Also called:* spread spectrum. *See also* multiplexing, transmitter.

**code page** *n.* In MS-DOS versions 3.3 and later, a table that relates the binary character codes used by a program to keys on the keyboard or to the appearance of characters on the display. Code pages are a means of providing support for character sets and keyboard layouts used in different countries. Devices such as the display and the keyboard can be configured to use a specific code page and to switch from one code page (such as United States) to another (such as Portugal) at the user's request.

**code profiler** *n.* A tool designed to aid developers in identifying and eliminating the code inefficiencies that cause bottlenecks and degrade performance in their applications. Code profilers analyze an executing application to determine both how long functions take to execute and how often they are called. Using a code profiler is a repetitive process in that the tool must be reused after each section of inefficient code has been found and corrected.

**coder** *n. See* programmer.

**Code Red worm** *n.* A fast-spreading and pernicious Internet worm first discovered in mid-2001. The Code Red

Scotland, it offers such features as WAIS search capability. *See also* HTTP server, WAIS.

**HTTP server** *n.* **1.** Server software that uses HTTP to serve up HTML documents and any associated files and scripts when requested by a client, such as a Web browser. The connection between client and server is usually broken after the requested document or file has been served. HTTP servers are used on Web and Intranet sites. *Also called:* Web server. *See also* HTML, HTTP, server (definition 2). *Compare* application server. **2.** Any machine on which an HTTP server program is running.

**HTTP status codes** *n.* Three-digit codes sent by an HTTP server that indicate the results of a request for data. Codes beginning with 1 respond to requests that the client may not have finished sending; with 2, successful requests; with 3, further action that the client must take; with 4, requests that failed because of client error; and with 5, requests that failed because of server error. *See also* 400, 401, 402, 403, 404, HTTP.

**HTTP streaming** *n.* The process of downloading streaming digital media using an HTTP server (a standard Internet server) rather than a server designed specifically to transmit streaming media. HTTP streaming downloads the media file onto a computer, which plays the downloaded file as it becomes available. *See also* real-time streaming.

**hub** *n.* In a network, a device joining communication lines at a central location, providing a common connection to all devices on the network. The term is an analogy to the hub of a wheel. *See also* active hub, switching hub.

**hue** *n.* In the HSB color model, one of the three characteristics used to describe a color. Hue is the attribute that most readily distinguishes one color from other colors. It depends on the frequency of a light wave in the visible spectrum. *See also* color model, HSB. *Compare* brightness, saturation (definition 2).

**Huffman coding** *n.* A method of compressing a given set of data based on the relative frequency of the individual elements. The more often a given element, such as a letter, occurs, the shorter, in bits, is its corresponding code. It was one of the earliest data compression codes and, with modifications, remains one of the most widely used codes for a large variety of message types.

**human engineering** *n.* The designing of machines and associated products to suit the needs of humans. *See also* ergonomics.

**human-machine interface** *n.* The boundary at which people make contact with and use machines; when applied to programs and operating systems, it is more widely known as the user interface.

**hung** *adj.* *See* hang.

**hybrid circuit** *n.* A circuit in which fundamentally different types of components are used to perform similar functions, such as a stereo amplifier that uses both tubes and transistors.

**hybrid computer** *n.* A computer that contains both digital and analog circuits.

**hybrid microcircuit** *n.* A microelectronic circuit that combines individual microminiaturized components and integrated components.

**hybrid network** *n.* A network constructed of different topologies, such as ring and star. *See also* bus network, ring network, star network, Token-Ring network, topology.

**Hybris virus** *n.* A slow-spreading but persistent self-updating Internet worm first detected in late 2000. The Hybris virus is activated whenever an infected computer is connected to the Internet. It attaches itself to all outgoing e-mail messages, maintains a list of all e-mail addresses in the headers of incoming e-mail messages, and sends copies of itself to all e-mail addresses on the list. Hybris is difficult to eradicate because it updates itself regularly, accessing and downloading updates and plug-ins from anonymous postings to the alt.comp.virus newsgroup. Hybris incorporates downloaded extensions into its code, and it e-mails its modified form to additional potential victims. Hybris often includes a spiral plug-in which produces a spinning disk on top of any active windows on a user's screen.

**HyperCard** *n.* An information-management software tool, designed for the Apple Macintosh, that implements many hypertext concepts. A HyperCard document consists of a series of cards, collected into a stack. Each card can contain text, graphical images, sound, buttons that enable travel from card to card, and other controls. Programs and routines can be coded as scripts in an object-oriented language called HyperTalk or developed as external code resources (XCMDs and XFCNs). *See also* hypertext, object-oriented programming, XCMD, XFCN.

**hyperlink** *n.* A connection between an element in a hypertext document, such as a word, a phrase, a symbol, or an image, and a different element in the document, another

frequently requested data) on computers running at bus speeds of 75 MHz or higher. *Acronym:* PB SRAM. *See also* burst (definition 2), L2 cache, pipelining, static RAM. *Compare* asynchronous static RAM, dynamic RAM, synchronous burst static RAM.

**pipeline processing** *n.* A method of processing on a computer that allows fast parallel processing of data. This is accomplished by overlapping operations using a *pipe*, or a portion of memory that passes information from one process to another. *See also* parallel processing, pipe (definition 1), pipelining (definition 3).

**pipelining** *n.* **1.** A method of fetching and decoding instructions (preprocessing) in which, at any given time, several program instructions are in various stages of being fetched or decoded. Ideally, pipelining speeds execution time by ensuring that the microprocessor does not have to wait for instructions; when it completes execution of one instruction, the next is ready and waiting. *See also* superpipelining. **2.** In parallel processing, a method in which instructions are passed from one processing unit to another, as on an assembly line, and each unit is specialized for performing a particular type of operation. **3.** The use of pipes in passing the output of one task as input to another until a desired sequence of tasks has been carried out. *See also* pipe (definition 1), pour.

**piracy** *n.* **1.** The theft of a computer design or program. **2.** Unauthorized distribution and use of a computer program.

**.pit** *n.* A file extension for an archive file compressed with PackIT. *See also* PackIT.

**pitch** *n.* A measure, generally used with monospace fonts, that describes the number of characters that fit in a horizontal inch. *See also* characters per inch, screen pitch. *Compare* point[1] (definition 1).

**PivotChart** *adj.* A graphical tool in Microsoft Excel or Access that can be used to display data from a list or database in chart form. Based on user-selected information incorporated in an Excel PivotTable report or list, a PivotChart report provides the ability to chart the data interactively—for example, to "pivot" the chart's point of view from product sales by category to product sales by region or by salesperson. *See also* PivotTable.

**PivotTable** *adj.* An interactive table in Microsoft Excel or Access that can show the same data from a list or a database in more than one arrangement. A user can manipulate the rows and columns in a PivotTable to view or summarize the information in different ways for purposes of analysis. In Excel, a PivotTable report is the basis for creating a PivotChart report that displays the same data in chart form. *See also* PivotChart.

**pivot year** *n.* In Year 2000 windowing, a date in a 100-year period that serves as the point from which correct dates can be calculated in systems or software that can store only 2-digit years. For example, a pivot year of 1970 means that the numbers 70 through 99 are interpreted as the years 1970 to 1999, and the numbers 00 through 69 as the years 2000 through 2069. *See also* windowing.

**pixel** *n.* Short for picture (**pix**) **element**. One spot in a rectilinear grid of thousands of such spots that are individually "painted" to form an image produced on the screen by a computer or on paper by a printer. A pixel is the smallest element that display or print hardware and software can manipulate in creating letters, numbers, or graphics. See the illustration. *Also called:* pel.



***Pixel.*** *The letter A is actually made up of a pattern of pixels in a grid, as is the cat's eye.*

**pixel image** *n.* The representation of a color graphic in a computer's memory. A pixel image is similar to a bit image, which also describes a screen graphic, but a pixel image has an added dimension, sometimes called depth, that describes the number of bits in memory assigned to each on-screen pixel.

**VGA** *n.* Acronym for **V**ideo **G**raphics **A**dapter. A video adapter that duplicates all the video modes of the EGA (Enhanced Graphics Adapter) and adds several more. *See also* video adapter. *Compare* EGA.

**VHLL** *n.* Acronym for very-high-level language. *See* 4GL.

**VHSIC** *n. See* very-high-speed integrated circuit.

**vi¹** *n.* Short for **vi**sual. The first full-screen text editor under UNIX. The vi editor offers many powerful but not very intuitive keyboard commands. It is still in use on UNIX systems, despite the existence of other editors such as Emacs. *See also* editor, UNIX.

**vi²** *vb.* To edit a file using the vi editor. *See also* vi¹.

**VIA** *n. See* Virtual Interface Architecture.

**VI Architecture** *n. See* Virtual Interface Architecture.

**video** *adj.* Of or pertaining to the visual component of a television signal. In relation to computers, *video* refers to the rendering of text and graphics images on displays. *Compare* audio.

**video accelerator** *n. See* graphics engine (definition 1).

**video adapter** *n.* The electronic components that generate the video signal sent through a cable to a video display. The video adapter is usually located on the computer's main system board or on an expansion board, but it is sometimes built into the terminal. *Also called:* video adapter board, video board, video card, video controller, video display adapter.

**video adapter board** *n. See* video adapter.

**video board** *n. See* video adapter.

**video buffer** *n.* The memory on a video adapter that is used to store data to be shown on the display. When the video adapter is in a character mode, this data is in the form of ASCII character and attribute codes; when it is in a graphics mode, the data defines each pixel. *See also* bit image, bit plane, color bits, pixel image.

**video capture board** *n. See* video capture device.

**video capture card** *n. See* video capture device.

**video capture device** *n.* An expansion board that converts analog video signals to digital form and stores them in a computer's hard disk or other mass storage device. Some video capture devices are also capable of converting digital video to analog video for use in a VCR. *Also called:* video capture board, video capture card. *See also* expansion board.

**video card** *n. See* video adapter.

**video clip** *n.* A file that contains a short video item, usually an excerpt from a longer recording.

**video compression** *n.* Reduction of the size of files containing video images stored in digital form. If no compression were done, 24-bit color video at 640 x 480 pixels would occupy almost one megabyte per frame, or over a gigabyte per minute. Video compression can, however, be lossy without affecting the perceived quality of the image. *See also* lossy compression, Motion JPEG, MPEG.

**video conferencing** *n.* Teleconferencing in which video images are transmitted among the various geographically separated participants in a meeting. Originally done using analog video and satellite links, today video conferencing uses compressed digital images transmitted over wide area networks or the Internet. A 56K communications channel supports freeze-frame video; with a 1.544-Mbps (T1) channel, full-motion video can be used. *See also* 56K, desktop conferencing, freeze-frame video, full-motion video, T1, teleconferencing. *Compare* data conferencing.

**video controller** *n. See* video adapter.

**video digitizer** *n.* A device used in computer graphics that uses a video camera, rather than a scan head, to capture a video image and then stores it in memory with the aid of a special-purpose circuit board. *See also* digitize. *Compare* digital camera.

**videodisc** *n.* An optical disc used to store video images and associated audio information. *See also* CD-ROM.

**video display** *n.* Any device capable of displaying, but not printing, text or graphics output from a computer.

**video display adapter** *n. See* video adapter.

**video display board** *n.* A video adapter implementation using an expansion board rather than the computer's main system board. *See also* video adapter.

**video display card** *n. See* video display board.

**video display metafile** *n.* A file containing video display information for the transport of images from one system to another. *Acronym:* VDM.

**video display page** *n.* A portion of a computer's video buffer that holds one complete screen image. If the buffer can hold more than one page, or frame, screen updates can be completed more rapidly because an unseen page can be filled while another is being displayed.

**video display terminal** *n. See* VDT.



JA317

**video display tube** *n. See* CRT.

**video display unit** *n. See* monitor.

**video DRAM** *n. See* video RAM.

**video driver** *n.* Software that provides the interface between the video adapter hardware and other programs, including the operating system. The user can access the video driver to specify the resolution and color-bit depth of images on the monitor during the setup process. *See also* driver, monitor, video adapter.

**video editor** *n.* A device or program used to modify the contents of a video file.

**Video Electronics Standards Association** *n. See* VESA[2].

**video game** *n. See* computer game.

**Video Graphics Adapter** or **Video Graphics Array** *n. See* VGA.

**video graphics board** *n.* A video adapter that generates video signals for displaying graphical images on a video screen.

**video look-up table** *n. See* color look-up table.

**video memory** *n.* Memory from which a display image is created, located in the video adapter or video subsystem. If both the video processor and the central processing unit (CPU) have access to video memory, images are produced by the CPU's modification of video memory. Video circuitry normally has priority over the processor when both attempt to read or write to a video memory location, so updating video memory is often slower than accessing main memory. *See also* video RAM.

**video mode** *n.* The manner in which a computer's video adapter and monitor display on-screen images. The most common modes are text (character) mode and graphics mode. In text mode, characters include letters, numbers, and some symbols, none of which are "drawn" on screen dot by dot. In contrast, graphics mode produces all screen images, whether text or art, as patterns of pixels (dots) that are drawn one pixel at a time.

**videophone** *n.* A device equipped with camera and screen, as well as a microphone and speaker, capable of transmitting and receiving video signals as well as voice over a telephone line. Using conventional telephone lines, a videophone can transmit only freeze-frame video. *See also* freeze-frame video.

**video port** *n.* A cable connector or port on a computer that outputs video signals to a monitor.

**video RAM** *n.* A special type of dynamic RAM (DRAM) used in high-speed video applications. Video RAM uses separate pins for the processor and the video circuitry, providing the video circuitry with a back door to the video RAM. The video circuitry can access the video RAM serially (bit by bit), which is more appropriate for transferring pixels to the screen than is the parallel access provided by conventional DRAM. *Acronym:* VRAM. *See also* dynamic RAM.

**video server** *n.* A server designed to deliver digital video-on-demand and other broadband interactive services to the public over a wide area network.

**video signal** *n.* The signal sent from a video adapter or other video source to a raster display. The signal can include horizontal and vertical synchronization signals, as well as image information. *See also* composite video display, RGB monitor.

**video terminal** *n. See* terminal (definition 1).

**videotex** *n.* An interactive information retrieval service designed to be accessed by subscribers over telephone lines. Information can be displayed on a home television screen or a videotex terminal. Subscribers use keypads to choose from menus and to request specific screens, or pages. *Also called:* videotext.

**videotext** *n. See* videotex.

**Vienna Definition Language** *n. See* VDL.

**view[1]** *n.* **1.** The display of data or an image from a given perspective or location. **2.** In relational database management systems, a logical table created through the specification of one or more relational operations on one or more tables. A view is equivalent to a divided relation in the relational model. *See also* relational database, relational model.

**view[2]** *vb.* To cause an application to display information on a computer screen.

**viewer** *n.* An application that displays or otherwise outputs a file in the same way as the application that created the file. An example of a viewer is a program to display the images stored in GIF or JPEG files. *See also* GIF, JPEG.

**viewport** *n.* In computer graphics, a view of a document or an image. A viewport is similar to the view in a window, but usually only part of the document or graphical image is visible. *Compare* window.

**vine** *n.* A means of distributing audiotape copies that is similar to a tape tree. Because vine tapes are digital in for-