# EXHIBIT 12

Case 1:06-cv-00251-GMS   Document 129-16   Filed 11/06/2007   Page 1 of 4

# Ninth New Collegiate Dictionary

*A Merriam-Webster*®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-Webster Inc.
PE1628.W5638     1985     423     84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

19RMcN86

: LOCAL  2 : of, relating to, or being subordinate forms or faces on a crystal which sometimes take the place of fundamental ones  3 : of, relating to, or substituted in adjacent sites in a molecule ⟨a ~ disulfide group⟩
**vi·cin·i·ty** \və-'sin-ət-ē\ n, pl **-ties** [MF vicinité, fr. L vicinitat-, vicinitas, fr. vicinus neighboring, fr. vicus row of houses, village; akin to Goth weihs village, Gk oikos, oikia house] (1560)  1 : the quality or state of being near : PROXIMITY  2 : a surrounding area or district : NEIGHBORHOOD  3 : NEIGHBORHOOD 3b
**vi·cious** \'vish-əs\ adj [ME, fr. MF vicieus, fr. L vitiosus full of faults, corrupt, fr. vitium vice] (14c)  1 : having the nature or quality of vice or immorality : DEPRAVED  2 : DEFECTIVE, FAULTY; also : INVALID  3 : IMPURE, NOXIOUS  4 a : dangerously aggressive : SAVAGE ⟨a ~ dog⟩  b : marked by violence or ferocity : FIERCE ⟨a ~ fight⟩  5 : MALICIOUS, SPITEFUL ⟨~ gossip⟩  6 : worsened by internal causes that reciprocally augment each other ⟨a ~ wage-price spiral⟩ — **vi·cious·ly** adv — **vi·cious·ness** n
**syn** VICIOUS, VILLAINOUS, INIQUITOUS, NEFARIOUS, CORRUPT, DEGENERATE mean highly reprehensible or offensive in character, nature, or conduct. VICIOUS may directly oppose virtuous in implying moral depravity, or may connote malignancy, cruelty, or destructive violence; VILLAINOUS applies to any evil, depraved, or vile conduct or characteristic; INIQUITOUS implies absence of all signs of justice or fairness; NEFARIOUS suggests flagrant breaching of time-honored laws and traditions of conduct; CORRUPT stresses a loss of moral integrity or probity causing betrayal of principle or sworn obligations; DEGENERATE suggests having sunk to an esp. vicious or enervated condition.
**vicious circle** n (ca. 1792)  1 : a chain of events in which the response to one difficulty creates a new problem that aggravates the original difficulty  2 : an argument or definition that assumes something that is to be proved or defined
**vi·cis·si·tude** \və-'sis-ə-,t(y)üd, vī-\ n [MF, fr. L vicissitudo, fr. vicissim in turn, fr. vicis change, alternation — more at WEEK] (1570)  1 a : the quality or state of being changeable : MUTABILITY  b : natural change or mutation visible in nature or in human affairs  2 a : a favorable or unfavorable event or situation that occurs by chance : a fluctuation of state or condition ⟨the ~s of daily life⟩  b : a difficulty or hardship attendant on a way of life, a career, or a course of action and usu. beyond one's control  c : alternating change : SUCCESSION
**vi·cis·si·tu·di·nous** \və-,sis-ə-'t(y)üd-nəs, (,)vī-, -ᵊn-əs\ adj [L vicissitudin-, vicissitudo] (ca. 1846) : marked by or filled with vicissitudes
**vic·tim** \'vik-təm\ n [L victima; akin to OHG wih holy, Skt vinakti he sets apart] (15c)  1 : a living being sacrificed to a deity or in the performance of a religious rite  2 : one that is acted on and usu. adversely affected by a force or agent ⟨the schools are ~s of the social system⟩: as a (1) : one that is injured, destroyed, or sacrificed under any of various conditions ⟨a ~ of cancer⟩ ⟨a ~ of the auto crash⟩  2 : one that is subjected to oppression, hardship, or mistreatment ⟨a frequent ~ of severe political attacks⟩  b : one that is tricked or duped ⟨a con man's ~⟩
**vic·tim·ize** \'vik-tə-,mīz\ vt **-ized; -iz·ing** (1830)  1 : to make a victim of  2 : to subject to deception or fraud : CHEAT — **vic·tim·i·za·tion** \,vik-tə-mə-'zā-shən\ n — **vic·tim·iz·er** \'vik-tə-,mī-zər\ n
**vic·tim·less** \'vik-təm-ləs\ adj (1971) : having no victim ⟨~ crimes⟩
**vic·tor** \'vik-tər\ n [ME, fr. L victor, pp. of vincere to conquer, win; akin to OE wigan to fight, OSlav věků strength] (14c) : one that defeats an enemy or opponent : WINNER — **victor** adj
**Victor** (ca. 1942) — a communications code word for the letter v
**vic·to·ria** \vik-'tōr-ē-ə, -'tȯr-\ n [Queen Victoria] (ca. 1844) : a low four-wheeled pleasure carriage for two with a calash top and a raised seat in front for the driver
**Victoria Cross** n (1856) : a bronze Maltese cross awarded to members of the British armed services for acts of remarkable valor
**Victoria Day** n [Queen Victoria] (1901)  1 : formerly May 24 and now the Monday preceding May 25 observed in Canada as a legal holiday  2 : COMMONWEALTH DAY
¹**Vic·to·ri·an** \vik-'tōr-ē-ən, -'tȯr-\ adj (1875)  1 : of, relating to, or characteristic of the reign of Queen Victoria of England or the art, letters, or tastes of her time  2 : typical of the moral standards, attitudes, or conduct of the age of Victoria esp. when considered stuffy or hypocritical
²**Victorian** n (1876) : a person living during Queen Victoria's reign; esp : a representative figure of that time
**Vic·to·ri·ana** \(,)vik-,tōr-ē-'an-ə, -,tȯr-, -'än-, -'ān-\ n [Queen Victoria + E -ana] (1950) : materials concerning or characteristic of the Victorian age; also : a collection of such materials
**Vic·to·ri·an·ism** \vik-'tōr-ē-ə-,niz-əm, -'tȯr-\ n (1905)  1 : a typical instance or product of Victorian expression, taste, or conduct  2 : the quality or state of being Victorian esp. in taste or conduct
**vic·to·ri·ous** \vik-'tōr-ē-əs, -'tȯr-\ adj (14c)  1 : having won a victory  b : of, relating to, or characteristic of victory  2 : evincing moral harmony or a sense of fulfillment : FULFILLED — **vic·to·ri·ous·ly** adv — **vic·to·ri·ous·ness** n
**vic·to·ry** \'vik-t(ə-)rē\ n, pl **-ries** [ME, fr. MF victorie, fr. L victoria, fr. fem. of (assumed) L victorius of winning or conquest, fr. L victus, pp. of vincere] (14c)  1 : the overcoming of an enemy or antagonist  2 : achievement of mastery or success in a struggle or endeavor against odds or difficulties
¹**vict·ual** \'vit-ᵊl\ n [alter. of ME vitaille, fr. MF, fr. LL victualia, pl., provisions, victuals, fr. neut. pl. of victualis of nourishment, fr. L victus nourishment, fr. victus, pp. of vivere to live — more at QUICK] (14c)  1 : food usable by man  2 pl : supplies of food : PROVISIONS
²**victual** vb **-ualed** or **-ualled; -ual·ing** or **-ual·ling** vt (14c) : to supply with food ~ vi  1 : EAT  2 : to lay in provisions
**vict·ual·ler** or **vict·ual·er** \'vit-ᵊl-ər\ n (14c)  1 : the keeper of a restaurant or tavern  2 : one that provisions an army, a navy, or a ship with food  3 : an army or navy provision ship
**vi·cu·ña** or **vi·cu·na** \vi-'kün-yə, vī-; vi-'k(y)ü-nə, və-\ n [Sp vicuña, fr. Quechua wikúña] (1593)  1 : a wild ruminant (Lama vicugna) of the Andes from Ecuador to Bolivia that is related to the domesticated llama and alpaca  2 a : the wool from the vicuña's fine lustrous undercoat  b : a fabric made of vicuña wool; also : a sheep's wool imitation of this

**vi·de** \'vīd-ē, 'vē-,dā\ vb imper [L, fr. vidēre to see — more at WIT] (1565) : SEE — used to direct a reader to another item
**vi·de·li·cet** \və-'del-ə-,set, vī-; vi-'dā-li-,ket\ adv [ME, fr. L, fr. vidēre to see + licet it is permitted, fr. licēre to be permitted — more at LICENSE] (15c) : that is to say : NAMELY
¹**vid·eo** \'vid-ē-,ō\ n (1937)  1 : TELEVISION ⟨~ drama⟩; also : the visual portion of television  2 : VIDEOTAPE  esp : a recording of a motion picture or television program for playing through a television set
²**video** adj [L vidēre to see + E -o (as in audio)] (1938)  1 : being, relating to, or used in the transmission or reception of the television image ⟨~ channel⟩ — compare AUDIO  2 : being, relating to, or involving images on a television screen or computer display ⟨~ terminal⟩
**vid·eo·cas·sette** \'vid-ē-ō-kə-,set, -ka-\ n (1970) : a video tape recording mounted in a cassette
**videocassette recorder** n (ca. 1971) : a device for recording television programs onto videotape
**vid·eo·con·fer·ence** \-,kän-f(ə-)rən(t)s, -,färn(t)s\ n (1977) : a teleconference conducted by television — **vid·eo·con·fer·enc·ing** n
**vid·eo·disc** or **vid·eo·disk** \-,disk\ n [video + disc or disk] (1969) : a disc recording of a motion picture or a television production for playback through a home television set
**video game** n (1974) : an electronic game played by means of images on a video screen
**vid·eo·land** \-,land\ n (1967) : television as a medium or industry
**vid·eo·phone** \'vid-ē-ə-,fōn\ n (ca. 1950) : a telephone equipped for transmission of video as well as audio signals so that users can see each other
¹**vid·eo·tape** \'vid-ē-ō-,tāp\ n (1953)  1 : VIDEO TAPE RECORDING ⟨~ of a stage play⟩  2 : the magnetic tape used in a video tape recording
²**videotape** vt (ca. 1958) : to make a video tape recording of ⟨~ a show⟩ ⟨~ the president's speech⟩
**video tape recorder** n (1953) : a device for making a video tape recording — called also video recorder
**video tape recording** n (1957) : a recording of visual images and sound (as of a television production) made on magnetic tape
**vid·eo·tex** \-,teks\ also **vid·eo·text** \-,tekst\ n [video + text] (1979) : an interactive electronic system in which data is transmitted from a computer network over telephone or cable-television lines and is displayed on a subscriber's television or computer terminal screen
**video vé·ri·té** \-,ver-ə-'tā\ n (1969) : the filming or videotaping of a television program (as a documentary) so as to convey candid realism
**vi·dette** var of VEDETTE
**vid·icon** \'vid-i-,kän\ n, often cap [video + iconoscope] (1950) : a camera tube using the principle of photoconductivity
**vi·du·ity** \və-'d(y)ü-ət-ē\ n [ME (Sc) viduite, fr. MF viduité, fr. L viduitat-, viduitas, fr. vidua widow — more at WIDOW] (15c) : WIDOWHOOD
**vie** \'vī\ vb **vied; vy·ing** \'vī-iŋ\ [modif. of MF envier to invite, challenge, wager, fr. L invitare to invite] vi (1577) : to strive for superiority : CONTEND, COMPETE ~ vt, archaic : WAGER, HAZARD; also : to exchange in rivalry : MATCH  **syn** see RIVAL — **vi·er** \'vī(-ə)r\ n
**Vi·en·na sausage** \vē-,en-ə-\ n [Vienna, Austria] (ca. 1902) : a short slender frankfurter
**Viet·cong** \vē-'et-'käŋ, vyet-, ,vē-ət-, vēt-, -'kȯŋ\ n, pl **Vietcong** [Vietnamese Việt Nam cộng-san Vietnam communists] (ca. 1962) : a guerrilla member of the Vietnamese communist movement
**Viet·minh** \-'min\ n, pl **Vietminh** [Vietnamese Việt Nam Độc-Lập Đồng= Minh League for the Independence of Vietnam] (ca. 1945) : an adherent of the Vietnamese communist movement from 1941 to 1951
**Viet·nam·ese** \vē-,et-nə-'mēz, ,vyet-, ,vē-ət-, vēt-, -nä-, -'mēs\ n, pl **Vietnamese** (1947)  1 : a native or inhabitant of Vietnam  2 : the language of the largest group in Vietnam and the official language of the country — **Vietnamese** adj
¹**view** \'vyü\ n [ME vewe, fr. MF veue, vue, fr. OF, fr. veeir, voir to see, fr. L vidēre — more at WIT] (15c)  1 : the act of seeing or examining : INSPECTION; also : SURVEY ⟨a ~ of English literature⟩  2 a : a mode or manner of looking at or regarding something  b : an opinion or judgment colored by the feeling or bias of its holder ⟨in my ~ the conference has no chance of success⟩  3 : SCENE, PROSPECT ⟨the lovely ~ from the balcony⟩  4 : extent or range of vision : SIGHT ⟨tried to keep the ship in ~⟩ ⟨sat high in the bleachers to get a good ~⟩  5 : something that is looked toward or kept in sight : OBJECT ⟨studied hard with a ~ to getting an A⟩  6 : the foreseeable future ⟨no hope in ~⟩  7 : a pictorial representation  **syn** see OPINION — **in view of** : in regard to : in consideration of — **on view** : open to public inspection : on exhibition
²**view** vt (1523)  1 : to look at attentively : SCRUTINIZE, OBSERVE ⟨~ an exhibit⟩ ⟨~ the landscape⟩  2 a : SEE, WATCH ⟨~ a film⟩  b : to look on in a particular light : REGARD ⟨doesn't ~ himself as a rebel⟩  3 : to survey or examine mentally : CONSIDER ⟨~ all sides of a question⟩ — **view·able** \-ə-bəl\ adj
**view·data** \'vyü-,dāt-ə, -,dat-, -,dät-\ n (1978) : VIDEOTEX
**view·er** \'vyü-ər\ n (15c) : one that views: as  a : a person legally appointed to inspect and report on property  b : an optical device used in viewing  c : a person who watches television
**view·er·ship** \-,ship\ n (ca. 1954) : a television audience esp. with respect to size or makeup
**view·find·er** \'vyü-,fīn-dər\ n (ca. 1900) : FINDER 3
**view hal·loo** \,vyü-hə-'lü\ interj (1761) — used in fox hunting on seeing a fox break cover
**view·ing** n (ca. 1548) : an act of seeing, watching, or taking a look; esp : an act of watching television
**view·less** \'vyü-ləs\ adj (1603)  1 : not perceivable : INVISIBLE  2 : affording no view  3 : expressing no views or opinions — **view·less·ly** adv
**view·point** \-,pȯint\ n (1856) : POINT OF VIEW, STANDPOINT


vicuña 1