# EXHIBIT 14

# DATA COMPRESSION

*Techniques and Applications*
*Hardware and Software Considerations*

**GILBERT HELD**

*4-Degree Consulting,*
*Macon, Georgia, USA*

*A Wiley Heyden Publication*

John Wiley & Sons
Chichester · New York · Brisbane · Toronto · Singapore

Copyright © 1983 by Wiley Heyden Ltd.

Reprinted May 1984

All rights reserved.

No part of this book may be reproduced by any means, nor transmitted, nor translated into a machine language without the written permission of the publisher.

*Library of Congress Cataloging in Publication Data:*

Held, Gilbert, 1943–
    Data compression.

'A Wiley Heyden publication.'
Includes bibliographical references and index.
    1. Data compression (Computer science)  I. Title.
QA76.9.D33H44   1983        001.64'2        82–23783
ISBN 0 471 26248 X


*British Library Cataloguing in Publication Data:*


Held, Gilbert
    Data compression.
    1. Data compression (Computer science)
    I. Title
001.64'42       QA76.9.D33

    ISBN 0 471 26248 X


Photosetting by Thomson Press (India) Ltd., New Delhi and printed by Page Bros. (Norwich) Ltd., Norwich.

JA335

40

byte packing becomes a very appropriate technique for compressing financial data.

## 2.5 DIATOMIC ENCODING

As the name implies, diatomic encoding is a data-compression process whereby a pair of characters is replaced by a special character. The bit structure of the special character represents the encoded pair of characters and, thus, permits a 50 percent data reduction or a 2:1 compression ratio.

Since the number of special characters that can be employed to represent different types of compression is limited, the theoretical potential of obtaining a 50 percent data reduction by substituting 1 character for every pair of characters



*A. Diatomic encoding process*



*B. Diatomic encoding flow chart*

**Figure 2.16**  The diatomic encoding process

Case 1:06-cv-00251-GMS    Document 122-10    Filed 11/08/2007    Page 5 of 15

r compressing financial

ssion process whereby a
he bit structure of the
s and, thus, permits a 50

employed to represent
potential of obtaining a
every pair of characters

]

cannot be obtained. To maximize one's potential compression requires a prior understanding of one's data composition. Once one knows the expected frequency of occurrence of pairs of characters, then the most commonly encountered pairs can be selected as candidates for diatomic encoding. The actual number of pairs selected will depend upon the number of special characters available to represent those pairs of frequently occurring characters.

## Operation

A block diagram representation of the diatomic encoding process will be found in the top portion of Figure 2.16. In the lower portion of that illustration is a flow chart denoting the major processes required to encode data diatomically. Note that the flow chart assumes that a continuous input data stream occurs. In actuality, the input and output buffers would be of finite length. Since the output buffer will always be less than or equal to the character size of the input buffer, one may be able to assign a pointer which will be incremented through the input buffer. Upon reaching the end of that buffer, the contents of the output buffer will

**Table 2.6** Jewell character combination pairing

| Rank | Combination | Occurrences | Occurrences per thousand |
|------|-------------|-------------|--------------------------|
| 1 | E_ | 328 | 26.89 |
| 2 | _T | 292 | 23.94 |
| 3 | TH | 249 | 20.41 |
| 4 | _A | 244 | 20.00 |
| 5 | S_ | 217 | 17.79 |
| 6 | RE | 200 | 16.40 |
| 7 | IN | 197 | 16.15 |
| 8 | HE | 183 | 15.00 |
| 9 | ER | 171 | 14.02 |
| 10 | _I | 156 | 12.79 |
| 11 | _O | 153 | 12.54 |
| 12 | N_ | 152 | 12.46 |
| 13 | ES | 148 | 12.13 |
| 14 | _B | 141 | 11.56 |
| 15 | ON | 140 | 11.48 |
| 16 | T_ | 137 | 11.23 |
| 17 | TI | 137 | 11.23 |
| 18 | AN | 133 | 10.90 |
| 19 | D_ | 133 | 10.90 |
| 20 | AT | 119 | 9.76 |
| 21 | TE | 114 | 9.35 |
| 22 | _C | 113 | 9.26 |
| 23 | _S | 113 | 9.26 |
| 24 | OR | 112 | 9.18 |
| 25 | R_ | 109 | 8.94 |

*Note:* — represents a space character

EXT
ACTER

42

be transmitted while the input buffer will be refilled with additional non-compressed data.

## Pair frequency of occurrence

The major problem in the implementation of diatomic encoding is in determining what pairs should be represented by special characters. To perform diatomic encoding and obtain a meaningful compression ratio requires the assignment of special characters to represent the most frequently occurring pairs of characters one will encounter in the original data stream. This means one must have some prior knowledge concerning the type of data to be operated upon so that one can base the assignment of special characters in a meaningful manner (Synderman and Hunt, 1970).

To assist readers in selecting the appropriate character pairs to replace with special characters, several tables of pair combinations are presented in this section. In Table 2.6, the reader will find a table containing the first 25 most frequently encountered pairs of characters in a 12, 198 character English language text (Aronson, 1977). This table, prepared by Jewell, denotes the rank, pair combination, number of occurrences of the pair and the occurrences per thousand data characters (Jewell, 1976).

Since many users of data transmission will transfer program files in addition to

**Table 2.7** Paired character compression analysis, basic data file of 9322 characters

| Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _P | 13 | NT | 13 | RI | 13 | _T | 12 | _ | 11 | _I | 8 |
| O_ | 7 | HE | 7 | _B | 6 | _S | 6 | T_ | 5 | N_ | 5 |
| _A | 5 | F_ | 5 | _E | 4 | AB | 4 | BU | 4 | EX | 4 |
| _L | 4 | IN | 4 | IO | 4 | NI | 4 | _N | 4 | _U | 4 |
| TO | 4 | TS | 4 | _F | 3 | R_ | 3 | S_ | 3 | ND | 3 |
| E_ | 3 | _R | 3 | OF | 3 | UR | 3 | OU | 3 | _C | 3 |
| SE | 3 | ET | 3 | _O | 3 | _D | 2 | NP | 2 | NS | 2 |
| EL | 2 | AC | 2 | ON | 2 | IR | 2 | OT | 2 | IT | 2 |
| LI | 2 | RO | 2 | LL | 2 | AT | 2 | NG | 2 | UT | 2 |
| IM | 1 | AL | 1 | AN | 1 | _K | 1 | BO | 1 | IU | 1 |
| LA | 1 | LD | 1 | BR | 1 | M_ | 1 | LO | 1 | LU | 1 |
| MB | 1 | CK | 1 | NE | 1 | CO | 1 | CT | 1 | NO | 1 |
| DO | 1 | ED | 1 | _X | 1 | NU | 1 | EN | 1 | OL | 1 |
| EQ | 1 | ER | 1 | OS | 1 | ES | 1 | Y_ | 1 | PP | 1 |
| PS | 1 | PT | 1 | _Y | 1 | GH | 1 | _G | 1 | SO | 1 |
| SS | 1 | ST | 1 | TA | 1 | TE | 1 | TH | 1 | TI | 1 |
| HI | 1 | HT | 1 | TU | 1 | UG | 1 | UI | 1 | UL | 1 |
| UN | 1 | IA | 1 | VA | 1 | XX | 1 | YE | 1 | YI | 1 |
| ZE | 1 | ** | 0 | ** | 0 | ** | 0 | ** | 0 | ** | 0 |

Total combinations found: 288

*Note:* —represents a space character

additional non-

g is in determining
perform diatomic
the assignment of
airs of characters
e must have some
on so that one can
nner (Synderman

rs to replace with
presented in this
, the first 25 most
r English language
tes the rank, pair
: occurrences per

files in addition to

of 9322 characters

| unt | Pair/Count | |
|---|---|---|
| 11 | _I | 8 |
| 5 | N_ | 5 |
| 4 | EX | 4 |
| 4 | _U | 4 |
| 3 | ND | 3 |
| 3 | _C | 3 |
| 2 | NS | 2 |
| 2 | IT | 2 |
| 2 | UT | 2 |
| 1 | IU | 1 |
| 1 | LU | 1 |
| 1 | NO | 1 |
| 1 | OL | 1 |
| 1 | PP | 1 |
| 1 | SO | 1 |
| 1 | TI | 1 |
| 1 | UL | 1 |
| 1 | YI | 1 |
| 0 | ** | 0 |

textual data, an analysis of the paired character composition of BASIC, COBOL and FORTRAN programs is presented. The analysis of these programs was obtained by the execution of the DATANALYSIS program written by 4-DEGREE CONSULTING located in Macon, Georgia. This program performs a compression susceptibility analysis upon data files and the paired character analysis is listed in Tables 2.7–2.10 is but one of several compression algorithms analysed by that software package. The listing of the software statements in the DATANALYSIS program will be found in Appendix B. Its use will facilitate the selection of one or more compression algorithms based upon an analysis of the susceptibility of one's anticipated or actual data traffic to several compression algorithms.

Table 2.7 shows the paired character compression analysis results based upon an examination of a 9322 character BASIC program. In general, most BASIC language programs contain a high proportion of input messages and prompts as well as output headings. This structure makes the paired character consistency form a modified English text paired character consistency. Normally, the degree of deviation from normal English textual data pairs results from the ratio of computation statements to Input/Output statements in the program. In Table

**Table 2.8** Paired character compression analysis, FORTAN data file of 20 465 characters

| Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _I | 167 | _F | 116 | TE | 106 | UT | 105 | OR | 99 | OU | 99 |
| RI | 96 | _W | 87 | MA | 86 | _C | 86 | IN | 86 | TP | 81 |
| IR | 69 | HA | 66 | _S | 61 | O_ | 60 | ER | 60 | C_ | 57 |
| IT | 51 | HE | 48 | EN | 46 | RA | 44 | _D | 42 | E_ | 42 |
| AL | 40 | RE | 39 | SI | 38 | IX | 38 | ON | 37 | _T | 36 |
| HS | 35 | HD | 34 | TO | 34 | SU | 33 | _R | 32 | T_ | 31 |
| IM | 30 | _B | 30 | TA | 30 | HB | 30 | HF | 30 | HN | 30 |
| HC | 30 | HO | 29 | HR | 29 | HG | 29 | HU | 29 | HV | 29 |
| TI | 29 | HH | 29 | HL | 29 | AR | 29 | HK. | 28 | HT | 28 |
| _N | 28 | HM | 28 | HW | 28 | HX | 28 | HY | 28 | HZ | 28 |
| IA | 28 | CT | 28 | HI | 28 | IP | 28 | HP | 28 | HQ | 28 |
| HJ | 28 | L_ | 27 | IO | 26 | _G | 26 | EQ | 25 | NT | 25 |
| _O | 25 | UB | 25 | IY | 25 | LE | 24 | _E | 24 | _P | 23 |
| AN | 23 | — | 23 | N_ | 23 | ND | 22 | CO | 22 | SE | 22 |
| _A | 22 | Y_ | 21 | AT | 21 | R_ | 20 | S_ | 20 | IS | 20 |
| RO | 20 | IC | 20 | NC | 20 | PR | 20 | ED. | 19 | TR | 18 |
| G_ | 18 | UR | 18 | ES | 18 | OT | 17 | ET | 16 | NG | 16 |
| NA | 16 | LY | 16 | TH | 15 | AC | 15 | PE | 14 | D_ | 14 |
| PU | 14 | UM | 14 | NU | 14 | CH | 14 | BL | 13 | IV | 13 |
| LI | 13 | _J | 13 | FI | 12 | PF | 12 | GO | 12 | _K | 12 |
| OW | 12 | ST | 12 | _M | 11 | IL | 11 | SS | 11 | LA | 11 |
| AI | 11 | EP | 11 | NS | 11 | DA | 11 | EA | 10 | EC | 10 |
| TS | 10 | TY | 10 | FO | 10 | UE | 10 | F_ | 10 | UN | 10 |

Total combinations found:   4370

*Note:* —represents a space character

44

2.7, note that '__P' 'NT' and 'RI' are the most commonly encountered pairs. All three pairs come from PRINT statements in the program with the pair '__P' resulting from a programmer using a space to precede each PRINT statement. Similarly, the BASIC language statement of the form 'IF X:Y THEN' can be denoted by the frequently encountered pairs '__I', 'F__' and 'HE'.

In Table 2.8, the results of a similar analysis of a 20 465 character FORTRAN program is presented while Table 2.9 denotes the pairs encountered when a 54 417 character COBOL program was analysed. In the FORTRAN program analysis, common pairs result from such frequently used statements as 'FORMAT', 'WRITE' and 'READ'. Similarly, common pairs encountered in the COBOL program are normally a result of the 'PICTURE IS' statement. Finally, Table 2.10 shows the results of an analysis of the merger of the individual BASIC, FORTRAN and COBOL programs into one entity. Here, the 230 paired characters represent 16 266 total combinations. Since the file contained a total of 84 204 data characters, diatomic compression of the 230 most frequently encountered pairs would result in a 19.3 percent (16 266/84 204) data reduction. Note that the 12 most frequently encountered pairs represent a potential data

**Table 2.9** Paired character compression analysis, COBOL program containing 54 417 characters

| Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | | Pair/Count | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| __P | 542 | __F | 391 | IC | 342 | AL | 316 | IN | 309 | RE | 297 |
| E__ | 286 | __V | 251 | __X | 243 | __W | 239 | LE | 235 | R__ | 235 |
| __T | 231 | IL | 229 | UE | 229 | TE | 221 | PG | 212 | __O | 211 |
| NT | 204 | M__ | 190 | AR | 186 | RO | 186 | O__ | 182 | UT | 178 |
| CN | 164 | __C | 164 | CT | 156 | LN | 153 | RI | 152 | __M | 151 |
| CH | 149 | __L | 148 | OV | 144 | C1 | 141 | FO | 139 | TY | 137 |
| __B | 136 | OR | 129 | __S | 129 | __I | 122 | __A | 118 | TO | 110 |
| ER | 109 | G__ | 108 | NG | 106 | RM | 102 | EF | 101 | CE | 97 |
| AD | 91 | __ | 91 | VA | 90 | PA | 88 | ES | 87 | AC | 84 |
| NC | 84 | T__ | 82 | F__ | 79 | AN | 79 | TA | 67 | DV | 66 |
| FI | 63 | S__ | 61 | WR | 60 | TI | 59 | ST | 57 | __E | 55 |
| Y__ | 54 | PU | 52 | __R | 50 | BU | 49 | QU | 48 | OM | 46 |
| ON | 44 | OT | 43 | AT | 43 | OF | 42 | CO | 40 | RK | 40 |
| LS | 36 | CD | 35 | D__ | 35 | NE | 35 | AS | 34 | OU | 33 |
| __Z | 33 | __G | 33 | ME | 32 | IV | 30 | RP | 30 | EN | 30 |
| ND | 29 | __U | 28 | BE | 27 | OP | 27 | L__ | 25 | H__ | 24 |
| EL | 24 | TP | 23 | SE | 23 | CA | 22 | __H | 22 | __D | 22 |
| TH | 22 | DD | 21 | TR | 20 | ET | 20 | VE | 20 | VI | 20 |
| EC | 20 | YI | 20 | __N | 19 | GS | 19 | IT | 19 | C__ | 19 |
| GE | 18 | WA | 18 | UA | 18 | SH | 18 | __K | 17 | IM | 17 |
| RA | 17 | RS | 17 | MO | 16 | DE | 16 | GI | 15 | EX | 15 |
| ED | 15 | MP | 15 | CC | 15 | WO | 15 | EQ | 15 | UN | 15 |
| LI | 14 | IO | 14 | __Q | 14 | UR | 14 | DI | 13 | FL | 13 |

Total combinations found: 12 509

*Note:* __represents a space character

untered pairs. All
th the pair '__P'
RINT statement.
Y THEN' can be
'HE'.
icter FORTRAN
red when a 54 417
rogram analysis,
as 'FORMAT',
in the COBOL
t. Finally, Table
dividual BASIC,
the 230 paired
atained a total of
most frequently
) data reduction.
a potential data

containing 54 417

| t | Pair/Count |
|---|---|
| 9 | RE   297 |
| 5 | R__  235 |
| 2 | __O  211 |
| 2 | UT   178 |
| 2 | __M  151 |
| ) | TY   137 |
| 3 | TO   110 |
| l | CE   97 |
| 7 | AC   84 |
| 7 | DV   66 |
| 7 | __E  55 |
| ; | OM   46 |
| ) | RK   40 |
| ) | OU   33 |
| ) | EN   30 |
| : | H__  24 |
| : | __D  22 |
|   | VI   20 |
|   | C__  19 |
|   | IM   17 |
|   | EX   15 |
|   | UN   15 |
|   | FL   13 |

**Table 2.10** Paired character compression analysis, combined 84 204 character file

| Pair/Count | Pair/Count | Pair/Count | Pair/Count | Pair/Count | Pair/Count |
|---|---|---|---|---|---|
| __P 578 | __F 510 | IN 399 | IC 362 | AL 357 | RE 336 |
| E__ 331 | TE 328 | __W 326 | __I 297 | UT 285 | __T 279 |
| RI 261 | LE 259 | R__ 258 | __V 255 | __C 253 | __X 252 |
| O__ 249 | NT 242 | IL 240 | UE 239 | __O 239 | OR 231 |
| AR 215 | PG 212 | RO 208 | __S 196 | M__ 194 | CT 185 |
| __B 172 | ER 170 | CN 164 | CH 163 | __M 162 | __L 159 |
| LN 153 | FO 149 | TO 148 | TY 147 | __A 145 | OV 144 |
| CI 141 | OU 135 | G__ 126 | __ 125 | NG 124 | T__ 118 |
| CE 107 | ES 106 | RM 105 | TP 104 | NC 104 | AN 103 |
| EF 102 | AC 101 | PA 98 | TA 98 | MA 94 | F__ 94 |
| AD 91 | VA 91 | TI 89 | __R 85 | S__ 84 | __E 83 |
| ON 83 | EN 77 | HA 77 | C__ 76 | Y__ 76 | FI 75 |
| IT 72 | IR 71 | ST 70 | DV 66 | PU 66 | AT 66 |
| __D 66 | CO 63 | OT 62 | HE 62 | RA 61 | __G 60 |
| WR 60 | QU 56 | ND 54 | OF 54 | BU 54 | OM 53 |
| L__ 52 | __N 51 | D__ 49 | SE 48 | IM 48 | IO 44 |
| IV 43 | SI 41 | NE 41 | EQ 41 | RK 40 | N__ 40 |
| ET 39 | IX 38 | TH 38 | TR 38 | ME 38 | HD 37 |
| AS 37 | LS 36 | HR 36 | UB 35 | HS 35 | CD 35 |
| __U 35 | ED 35 | __Z 34 | SU 33 | HO 33 | HP 32 |
| HY 32 | UR 32 | IA 31 | IS 31 | HI 31 | OP 31 |
| HF 30 | HB 30 | HN 30 | PR 30 | HC 30 | RP 30 |
| __K 30 | EC 30 | LI 29 | HV 29 | HH 29 | BE 29 |

Total combinations found: 16 266

*Note:* __ represents a space character

reduction of 4388 characters or approximately 25 percent of the theoretical
reduction obtainable by diatomically encoding the 230 most frequently en-
countered pairs. From this, it is apparent that diatomic encoding can be
effectively used in conjunction with other compression techniques by selecting
only a portion of the most frequently expected pairs of characters for
representation by special compression indicator characters.

**Communications hardware implementation**

The use of a diatomic data-compression technique was implemented by Infotron
Systems in combination with several other compression algorithms on their
TL780 statistical multiplexer.

In a conventional time division multiplexer, data from each input channel is
assigned to a slot on the high-speed multiplexed output line, regardless of
whether or not the bandwidth is used. Since each input line is assigned a
corresponding time slot, implementing compression on the high speed link will
not increase any individual line efficiency. If compression is implemented on the
low-speed line side, normally referenced as the channel side or level, the efficiency

60

**Table 2.13** Fixed coin-toss representing four-symbol alphabet. Probability of Head = 0.25; Probability of Tail = 0.75

| Coin toss outcome | Alphabet symbol | Outcome probability | Representative code |
|---|---|---|---|
| TT | $X_1$ | 0.5625 | 00 |
| TH | $X_2$ | 0.1875 | 01 |
| HT | $X_3$ | 0.1875 | 10 |
| HH | $X_4$ | 0.0625 | 11 |

fixed such that only tails (T) occurs, the only symbol required in our alphabet would be $X_1$. Under this condition, we would never have to do any coin tossing to determine the outcome since the result is always known in advance. The entropy of this one-symbol alphabet can be computed as follows:

$$H_{avg} = - \sum_{i=1}^{4} P_i \log_2 P_i = - \sum_{i=1}^{1} \log_2 1 = 0.$$

In this case, since the outcome is known in advance the symbol provides no information; hence, its entropy is zero.

We can again fix the coin toss experiment; however, this time we will fix it so the probability of tails (T) occurring is increased to 0.75, leaving a 0.25 probability of heads occurring. Under these circumstances, the tabular results of the coin toss outcomes representing a four-symbol alphabet would be as listed in Table 2.13. Although the representative code, number of coin toss outcomes and alphabet symbols have remained the same, the outcome probabilities have changed. Thus, the probability of two tails is now 0.75 times 0.75 or 0.5625 and so on. The entropy of this four-symbol alphabet is now:

$$H_{avg} = - \sum_{i=1}^{4} P_i \log_2 P_i = 0.5625 \log_2 0.5625 + 0.1875 \log_2 0.1875$$

$$+ 0.1875 \log_2 0.1875 + 0.0625 \log_2 0.0625 = 1.62 \text{ bits per symbol.}$$

In comparison with the first coin-toss experiment, the average number of bits required to represent a symbol from the four-symbol alphabet has been reduced by 0.38. This indicates that using another type of coding scheme to represent the four-symbol alphabet could result in an approximate 20 percent reduction from the two bits per symbol previously used to represent the four-symbol alphabet. To obtain this reduction, we must assign short codes to the most frequently occurring symbols of the alphabet and longer codes to the less frequently encountered symbols. This method will result in a long string of data symbols having, on the average, fewer bits per symbol and is the foundation for what is known as Huffman coding. (Dishon, 1977; Moilanen, 1978).

**Huffman coding**

Huffman coding is a statistical data-compression technique whose employment will reduce the average code length used to represent the symbols of an alphabet

ɔl alphabet.
= 0.75

esentative
code

| | |
|---|---|
| | 00 |
| | 01 |
| | 10 |
| | 11 |

iired in our alphabet
lo any coin tossing to
idvance. The entropy

0.

symbol provides no

; time we will fix it so
ing a 0.25 probability
esults of the coin toss
s listed in Table 2.13.
tcomes and alphabet
i have changed. Thus,
nd so on. The entropy

·g₂ 0.1875

bits per symbol.

erage number of bits
bet has been reduced
heme to represent the
rcent reduction from
our-symbol alphabet.
the most frequently
o the less frequently
ring of data symbols
undation for what is
8).

e whose employment
mbols of an alphabet.

The alphabet can be the English language alphabet or a type of data-coded alphabet such as the ASCII or EBCDIC character sets.

The Huffman code is an optimum code since it results in the shortest average code length of all statistical encoding techniques. In addition, Huffman codes have a prefix property which means that no short code group is duplicated as the beginning of a longer group. This means that if one character is represented by the bit combination 100, then 10001 cannot be the code for another letter since in scanning the bit stream from left to right the decoding algorithm would interpret the 5 bits as the 100 bit configuration character followed by a 01 bit configuration character.

The Huffman code can be developed through the utilization of a tree structure as illustrated in Figure 2.27. Here, the symbols are first listed in descending order of frequency of occurrence. The groups with the smallest frequencies ($X_3$ and $X_4$) are combined into a node with a joint probability of occurrence of 0.25. Next, that node is merged with the next lowest probability of occurrence symbol or pair of symbols. In this illustration, the pair $X_3 X_4$ is merged with $X_2$ to produce a node whose joint probability is 0.4375. Finally, the node representing the probabilities of occurrence of $X_2$, $X_3$ and $X_4$ is merged with $X_1$, resulting in a node whose probability of occurrence is unity. This master node represents the probability of occurrence of all four characters in the character set. By assigning binary 0's and 1's to every segment emanating from each node, one can derive the Huffman code for each character. The code is obtained by tracing from the 1.0 probability node to each character symbol, noting the 1's and 0's encountered.

The average number of bits per symbol can be calculated by multiplying the Huffman code lengths by their probability of occurrence. Thus, the code uses:

$$1*0.5625 + 2*0.1875 + 3*0.1875 + 3*0.0625$$

or 1.63 bits per symbol. Note that the Huffman code result of 1.63 bits per symbol

**Figure 2.27** Huffman code development employing a tree structure. Huffman codes can be developed by employing a tree structure. The Huffman code resulting from this construction method is derived by tracing from the 1.0 probability node to each source character (symbol), noting 1's and 0's encountered

62



Encoded message  | 0  | 10  | 0  | 111  | 10  | 110  | 0 |

Decoded message  | $X_1$  | $X_2$  | $X_1$  | $X_4$  | $X_2$  | $X_3$  | $X_1$ |

**Figure 2.28** Instantaneous decoding property. One of the key properties of the Huffman technique is the fact that encoded data can be instantly decoded

closely approaches the entropy of 1.62 bits per symbol (Dishon, 1977; Moilanen, 1978).

A key property of the Huffman code is that it can be instantaneously decoded as the coded bits in the compressed data stream are encountered. An example of the instantaneous decoding property is illustrated in Figure 2.28. Here, the compressed data stream can be decoded immediately by reading left to right without waiting for the end of the block of data to occur.

The substitution of a number of bits representing a particular data character or group of characters is a fairly simple process when the number of substitutions is limited. As the number of substitutions increases, the complexity of the substitution process increases. In Figure 2.29 and 2.30, the development of a Huffman code for the English alphabet is illustrated. The tree structure used to develop the code shown in Figure 2.29 is produced as follows:

A. The character set is arranged in a column on the left in order of decreasing frequency of occurrence with the frequency placed in a column next to each character.

B. Commencing at the bottom of the table, lines are drawn horizontally from each character frequency. The lines with the two lowest frequencies of occurrence are merged and their associated frequencies are added to obtain a composite frequency. This composite frequency is entered on a single new line and reflects the combined frequency of the previously paired characters.

C. The process of combining the two lowest frequency lines into a single line containing combined frequencies is continued until all the lines have been merged.

After the tree has been developed, the Huffman code for each character can be assigned by placing a 0 bit to one side of each nodal point and a 1 bit to the other path emanating from that point towards the left-hand symbol. The assignment of 0 and 1 bits is arbitrary. The appropriate bit sequence assigned to each data character is then determined by tracing the route from the master nodal point where the probability of all character frequencies of occurrence is unity back

Case 1:06-cv-0025?-?-??? Document 172-18 Filed 11/02/2??? Page 13 of 15



perties of the Huffman
tly decoded

ion, 1977; Moilanen,

antaneously decoded
tered. An example of
gure 2.28. Here, the
reading left to right

lar data character or
er of substitutions is
complexity of the
e development of a
ree structure used to
ows:

order of decreasing
column next to each

vn horizontally from
owest frequencies of
are added to obtain a
ered on a single new
sly paired characters.
nes into a single line
l the lines have been

ach character can be
nd a 1 bit to the other
l. The assignment of 0
signed to each data
e master nodal point
ence is unity back to



**Figure 2.29** Developing a tree structure for the alphabet

the starting node for the appropriate character, noting the bits assigned to the
path. The assignment of bits to the paths and the resulting Huffman coded values
for the English alphabet are illustrated in Figure 2.30.

The number of bits required to encode a letter using the Huffman technique
can be determined from the following formula:

$$b = f(-\log_2 P)$$

64



**Figure 2.30** Assigning the Huffman code

where:

$P$ = probability of occurrence of the letter,

$f(x)$ = the closest integer greater than or equal to $x$.

Since the probability of E is 0.13 and $-\log_2 0.13$ is 2.94, then the integer greater than or equal to 2.94 is 3. Thus, 3 bits are required to encode the letter E (Peters 1978).

Case 1:05-cv-00851-GMS    Document 129-18    Filed 11/06/2007    Page 15 of 15



58

0

1.0

1

305

0

420

0

.115    1

1

:ode

tter,

equal to *x*.

4, then the integer greater
ode the letter E (Peterson,

## Information requirements

To develop a Huffman code whose average code length will approach its entropy requires the frequency distribution of the characters or symbols to be encoded to be known in advance. Since the frequency distribution of a data stream is proportional to the end use of the stream, this factor can result in a preselected frequency distribution used to develop a Huffman code resulting in a code far from optimum during certain data transmission sequences. As an example, the frequency distribution of English text, such as that resulting from a data file used for computerized typesetting, may be quite different from the data file containing the results of a FORTRAN program compilation. In the first instance, the distribution of characters should follow the distribution of normal English, with E the most frequently occurring character while Z is one of the least frequently characters. For the FORTRAN compilation, special characters such as parenthesis, + for addition, − for subtraction, ∗ for multiplication and/for division have a high degree of occurrence not normally encountered in English text.

To compensate for frequency distribution differences, several encoding schemes can be considered. First, the analysis of mixed data files can· be conducted employing the computer program listed in Appendix B. This will enable one to ascertain the appropriate relationship between the frequency of occurrence of characters of different types of data.

A second method to consider is an adaptive Huffman encoding technique. Such a technique would first require a frequency analysis of a large block of data which would then be encoded based upon that distribution. Prior to the transmission of the encoded data, a table of the symbols and Huffman codes developed for each symbol must be transmitted to enable the encoded data to be successfully decoded. With a little imagination, one can visualize that frequently changing data streams would result in numerous tables as well as encoded data being transmitted. These tables can be considered as overhead, resulting in the compression frequency decreasing as the number of data-stream frequency distributions change per unit time. Another problem encountered with the adaptive Huffman coding technique is determining the size of the data stream to sample and the sample intervals. The larger the sample, the greater the processing requirement becomes. If the data is to be transmitted, a buffer area is required to place the sample into while the frequency analysis is conducted. Concerning the sample interval, if three FORTRAN jobs are followed by an English text job, all of equal size, $T$, sampling at $T$, $T+2$ and $T+4$ would result in the English text job being excluded from the sample. Since a remote batch terminal operator submits jobs and pulls system output, he or she knows ahead of time the type of job that will be transmitted to or received from the computer. For this type of operating situation, predefined frequency distributions can be selected by the operator and conveyed to the opposite end of the transmission link by the transmission of a special code.

A third method of compensating for frequency distribution differences is by the use of a plain text code. The plain text code is used to indicate that the character