The subdivision of the current probability interval would ideally require a multiplication of the interval by the probability estimate for the LPS. Because this subdivision is done approximately, it is possible for the LPS sub-interval to be larger than the MPS sub-interval. When that happens a "conditional exchange" interchanges the assignment of the sub-intervals such that the MPS is given the larger sub-interval.

Since the encoding procedure involves addition of binary fractions rather than concatenation of integer code words, the more probable binary decisions can sometimes be coded at a cost of much less than one bit per decision.

### D.1.1.2  Conditioning of probability estimates

An adaptive binary arithmetic coder requires a statistical model – a model for selecting conditional probability estimates to be used in the coding of each binary decision. When a given binary decision probability estimate is dependent on a particular feature or features (the context) already coded, it is "conditioned" on that feature. The conditioning of probability estimates on previously coded decisions must be identical in encoder and decoder, and therefore can use only information known to both.

Each conditional probability estimate required by the statistical model is kept in a separate storage location or "bin" identified by a unique context-index S. The arithmetic coder is adaptive, which means that the probability estimates at each context-index are developed and maintained by the arithmetic coding system on the basis of prior coding decisions for that context-index.

### D.1.2  Encoding conventions and approximations

The encoding procedures use fixed precision integer arithmetic and an integer representation of fractional values in which X'8000' can be regarded as the decimal value 0.75. The probability interval, A, is kept in the integer range X'8000' $\leq$ A < X'10000' by doubling it whenever its integer value falls below X'8000'. This is equivalent to keeping A in the decimal range 0.75 $\leq$ A < 1.5. This doubling procedure is called renormalization.

The code register, C, contains the trailing bits of the bit stream. C is also doubled each time A is doubled. Periodically – to keep C from overflowing – a byte of data is removed from the high order bits of the C-register and placed in the entropy-coded segment.

Carry-over into the entropy-coded segment is limited by delaying X'FF' output bytes until the carry-over is resolved. Zero bytes are stuffed after each X'FF' byte in the entropy-coded segment in order to avoid the accidental generation of markers in the entropy-coded segment.

Keeping A in the range 0.75 $\leq$ A < 1.5 allows a simple arithmetic approximation to be used in the probability interval subdivision. Normally, if the current estimate of the LPS probability for context-index S is Qe(S), precise calculation of the sub-intervals would require:

$$Qe(S) \times A \qquad \text{Probability sub-interval for the LPS;}$$
$$A - (Qe(S) \times A) \qquad \text{Probability sub-interval for the MPS.}$$

Because the decimal value of A is of order unity, these can be approximated by

$$Qe(S) \qquad \text{Probability sub-interval for the LPS;}$$
$$A - Qe(S) \qquad \text{Probability sub-interval for the MPS.}$$

Whenever the LPS is coded, the value of A – Qe(S) is added to the code register and the probability interval is reduced to Qe(S). Whenever the MPS is coded, the code register is left unchanged and the interval is reduced to A – Qe(S). The precision range required for A is then restored, if necessary, by renormalization of both A and C.

With the procedure described above, the approximations in the probability interval subdivision process can sometimes make the LPS sub-interval larger than the MPS sub-interval. If, for example, the value of Qe(S) is 0.5 and A is at the minimum allowed value of 0.75, the approximate scaling gives one-third of the probability interval to the MPS and two-thirds to the LPS. To avoid this size inversion, conditional exchange is used. The probability interval is subdivided using the simple approximation, but the MPS and LPS sub-interval assignments are exchanged whenever the LPS sub-interval is larger than the MPS sub-interval. This MPS/LPS conditional exchange can only occur when a renormalization will be needed.

Each binary decision uses a context. A context is the set of prior coding decisions which determine the context-index, S, identifying the probability estimate used in coding the decision.

Whenever a renormalization occurs, a probability estimation procedure is invoked which determines a new probability estimate for the context currently being coded. No explicit symbol counts are needed for the estimation. The relative probabilities of renormalization after coding of LPS and MPS provide, by means of a table-based probability estimation state machine, a direct estimate of the probabilities.

JA422
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047481

ISO/IEC 10918-1 : 1993(E)

### D.1.3    Encoder code register conventions

The flow charts in this annex assume the register structures for the encoder as shown in Table D.2.

**Table D.2 – Encoder register connections**

|  | MSB |  |  | LSB |
|---|---|---|---|---|
| C-register | 0000cbbb, | bbbbbsss, | xxxxxxxx, | xxxxxxxx |
| A-register | 00000000, | 00000000, | aaaaaaaa, | aaaaaaaa |

The "a" bits are the fractional bits in the A-register (the current probability interval value) and the "x" bits are the fractional bits in the code register. The "s" bits are optional spacer bits which provide useful constraints on carry-over, and the "b" bits indicate the bit positions from which the completed bytes of data are removed from the C-register. The "c" bit is a carry bit. Except at the time of initialization, bit 15 of the A-register is always set and bit 16 is always clear (the LSB is bit 0).

These register conventions illustrate one possible implementation. However, any register conventions which allow resolution of carry-over in the encoder and which produce the same entropy-coded segment may be used. The handling of carry-over and the byte stuffing following X'FF' will be described in a later part of this annex.

### D.1.4    Code_1(S) and Code_0(S) procedures

When a given binary decision is coded, one of two possibilities occurs – either a 1-decision or a 0-decision is coded. Code_1(S) and Code_0(S) are shown in Figures D.1 and D.2. The Code_1(S) and Code_0(S) procedures use probability estimates with a context-index S. The context-index S is determined by the statistical model and is, in general, a function of the previous coding decisions; each value of S identifies a particular conditional probability estimate which is used in encoding the binary decision.



**Figure D.1 – Code_1(S) procedure**

JA423
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047482

ISO/IEC 10918-1 : 1993(E)



Figure D.2 – Code_0(S) procedure

The context-index S selects a storage location which contains Index(S), an index to the tables which make up the probability estimation state machine. When coding a binary decision, the symbol being coded is either the more probable symbol or the less probable symbol. Therefore, additional information is stored at each context-index identifying the sense of the more probable symbol, MPS(S).

For simplicity, the flow charts in this subclause assume that the context storage for each context-index S has an additional storage field for Qe(S) containing the value of Qe(Index(S)). If only the value of Index(S) and MPS(S) are stored, all references to Qe(S) should be replaced by Qe(Index(S)).

The Code_LPS(S) procedure normally consists of the addition of the MPS sub-interval A – Qe(S) to the bit stream and a scaling of the interval to the sub-interval, Qe(S). It is always followed by the procedures for obtaining a new LPS probability estimate (Estimate_Qe(S)_after_LPS) and renormalization (Renorm_e) (see Figure D.3).

However, in the event that the LPS sub-interval is larger than the MPS sub-interval, the conditional MPS/LPS exchange occurs and the MPS sub-interval is coded.

The Code_MPS(S) procedure normally reduces the size of the probability interval to the MPS sub-interval. However, if the LPS sub-interval is larger than the MPS sub-interval, the conditional exchange occurs and the LPS sub-interval is coded instead. Note that conditional exchange cannot occur unless the procedures for obtaining a new LPS probability estimate (Estimate_Qe(S)_after_MPS) and renormalization (Renorm_e) are required after the coding of the symbol (see Figure D.4).

JA424
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047483

ISO/IEC 10918-1 : 1993(E)



Figure D.3 – Code_LPS(S) procedure with conditional MPS/LPS exchange

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047484

ISO/IEC 10918-1 : 1993(E)



**Figure D.4 – Code_MPS(S) procedure with conditional MPS/LPS exchange**

### D.1.5    Probability estimation in the encoder

### D.1.5.1    Probability estimation state machine

The probability estimation state machine consists of a number of sequences of probability estimates. These sequences are interlinked in a manner which provides probability estimates based on approximate symbol counts derived from the arithmetic coder renormalization. Some of these sequences are used during the initial "learning" stages of probability estimation; the rest are used for "steady state" estimation.

Each entry in the probability estimation state machine is assigned an index, and each index has associated with it a Qe value and two Next_Index values. The Next_Index_MPS gives the index to the new probability estimate after an MPS renormalization; the Next_Index_LPS gives the index to the new probability estimate after an LPS renormalization. Note that both the index to the estimation state machine and the sense of the MPS are kept for each context-index S. The sense of the MPS is changed whenever the entry in the Switch_MPS is one.

The probability estimation state machine is given in Table D.3. Initialization of the arithmetic coder is always with an MPS sense of zero and a Qe index of zero in Table D.3.

The Qe values listed in Table D.3 are expressed as hexadecimal integers. To approximately convert the 15-bit integer representation of Qe to a decimal probability, divide the Qe values by $(4/3) \times (X'8000')$.

JA426
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047485

ISO/IEC 10918-1 : 1993(E)

## Table D.3 – Qe values and probability estimation state machine

| Index | Qe_Value | Next_Index LPS | Next_Index MPS | Switch_MPS | Index | Qe_Value | Next_Index LPS | Next_Index MPS | Switch_MPS |
|---|---|---|---|---|---|---|---|---|---|
| 0 | X'5A1D' | 1 | 1 | 1 | 57 | X'01A4' | 55 | 58 | 0 |
| 1 | X'2586' | 14 | 2 | 0 | 58 | X'0160' | 56 | 59 | 0 |
| 2 | X'1114' | 16 | 3 | 0 | 59 | X'0125' | 57 | 60 | 0 |
| 3 | X'080B' | 18 | 4 | 0 | 60 | X'00F6' | 58 | 61 | 0 |
| 4 | X'03D8' | 20 | 5 | 0 | 61 | X'00CB' | 59 | 62 | 0 |
| 5 | X'01DA' | 23 | 6 | 0 | 62 | X'00AB' | 61 | 63 | 0 |
| 6 | X'00E5' | 25 | 7 | 0 | 63 | X'008F' | 61 | 32 | 0 |
| 7 | X'006F' | 28 | 8 | 0 | 64 | X'5B12' | 65 | 65 | 1 |
| 8 | X'0036' | 30 | 9 | 0 | 65 | X'4D04' | 80 | 66 | 0 |
| 9 | X'001A' | 33 | 10 | 0 | 66 | X'412C' | 81 | 67 | 0 |
| 10 | X'000D' | 35 | 11 | 0 | 67 | X'37D8' | 82 | 68 | 0 |
| 11 | X'0006' | 9 | 12 | 0 | 68 | X'2FE8' | 83 | 69 | 0 |
| 12 | X'0003' | 10 | 13 | 0 | 69 | X'293C' | 84 | 70 | 0 |
| 13 | X'0001' | 12 | 13 | 0 | 70 | X'2379' | 86 | 71 | 0 |
| 14 | X'5A7F' | 15 | 15 | 1 | 71 | X'1EDF' | 87 | 72 | 0 |
| 15 | X'3F25' | 36 | 16 | 0 | 72 | X'1AA9' | 87 | 73 | 0 |
| 16 | X'2CF2' | 38 | 17 | 0 | 73 | X'174E' | 72 | 74 | 0 |
| 17 | X'207C' | 39 | 18 | 0 | 74 | X'1424' | 72 | 75 | 0 |
| 18 | X'17B9' | 40 | 19 | 0 | 75 | X'119C' | 74 | 76 | 0 |
| 19 | X'1182' | 42 | 20 | 0 | 76 | X'0F6B' | 74 | 77 | 0 |
| 20 | X'0CEF' | 43 | 21 | 0 | 77 | X'0D51' | 75 | 78 | 0 |
| 21 | X'09A1' | 45 | 22 | 0 | 78 | X'0BB6' | 77 | 79 | 0 |
| 22 | X'072F' | 46 | 23 | 0 | 79 | X'0A40' | 77 | 48 | 0 |
| 23 | X'055C' | 48 | 24 | 0 | 80 | X'5832' | 80 | 81 | 1 |
| 24 | X'0406' | 49 | 25 | 0 | 81 | X'4D1C' | 88 | 82 | 0 |
| 25 | X'0303' | 51 | 26 | 0 | 82 | X'438E' | 89 | 83 | 0 |
| 26 | X'0240' | 52 | 27 | 0 | 83 | X'3BDD' | 90 | 84 | 0 |
| 27 | X'01B1' | 54 | 28 | 0 | 84 | X'34EE' | 91 | 85 | 0 |
| 28 | X'0144' | 56 | 29 | 0 | 85 | X'2EAE' | 92 | 86 | 0 |
| 29 | X'00F5' | 57 | 30 | 0 | 86 | X'299A' | 93 | 87 | 0 |
| 30 | X'00B7' | 59 | 31 | 0 | 87 | X'2516' | 86 | 71 | 0 |
| 31 | X'008A' | 60 | 32 | 0 | 88 | X'5570' | 88 | 89 | 1 |
| 32 | X'0068' | 62 | 33 | 0 | 89 | X'4CA9' | 95 | 90 | 0 |
| 33 | X'004E' | 63 | 34 | 0 | 90 | X'44D9' | 96 | 91 | 0 |
| 34 | X'003B' | 32 | 35 | 0 | 91 | X'3E22' | 97 | 92 | 0 |
| 35 | X'002C' | 33 | 9 | 0 | 92 | X'3824' | 99 | 93 | 0 |
| 36 | X'5AE1' | 37 | 37 | 1 | 93 | X'32B4' | 99 | 94 | 0 |
| 37 | X'484C' | 64 | 38 | 0 | 94 | X'2E17' | 93 | 86 | 0 |
| 38 | X'3A0D' | 65 | 39 | 0 | 95 | X'56A8' | 95 | 96 | 1 |
| 39 | X'2EF1' | 67 | 40 | 0 | 96 | X'4F46' | 101 | 97 | 0 |
| 40 | X'261F' | 68 | 41 | 0 | 97 | X'47E5' | 102 | 98 | 0 |
| 41 | X'1F33' | 69 | 42 | 0 | 98 | X'41CF' | 103 | 99 | 0 |
| 42 | X'19A8' | 70 | 43 | 0 | 99 | X'3C3D' | 104 | 100 | 0 |
| 43 | X'1518' | 72 | 44 | 0 | 100 | X'375E' | 99 | 93 | 0 |
| 44 | X'1177' | 73 | 45 | 0 | 101 | X'5231' | 105 | 102 | 0 |
| 45 | X'0E74' | 74 | 46 | 0 | 102 | X'4C0F' | 106 | 103 | 0 |
| 46 | X'0BFB' | 75 | 47 | 0 | 103 | X'4639' | 107 | 104 | 0 |
| 47 | X'09F8' | 77 | 48 | 0 | 104 | X'415E' | 103 | 99 | 0 |
| 48 | X'0861' | 78 | 49 | 0 | 105 | X'5627' | 105 | 106 | 1 |
| 49 | X'0706' | 79 | 50 | 0 | 106 | X'50E7' | 108 | 107 | 0 |
| 50 | X'05CD' | 48 | 51 | 0 | 107 | X'4B85' | 109 | 103 | 0 |
| 51 | X'04DE' | 50 | 52 | 0 | 108 | X'5597' | 110 | 109 | 0 |
| 52 | X'040F' | 50 | 53 | 0 | 109 | X'504F' | 111 | 107 | 0 |
| 53 | X'0363' | 51 | 54 | 0 | 110 | X'5A10' | 110 | 111 | 1 |
| 54 | X'02D4' | 52 | 55 | 0 | 111 | X'5522' | 112 | 109 | 0 |
| 55 | X'025C' | 53 | 56 | 0 | 112 | X'59EB' | 112 | 111 | 1 |
| 56 | X'01F8' | 54 | 57 | 0 | | | | | |

JA427

CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047486

ISO/IEC 10918-1 : 1993(E)

### D.1.5.2  Renormalization driven estimation

The change in state in Table D.3 occurs only when the arithmetic coder interval register is renormalized. This must always be done after coding an LPS, and whenever the probability interval register is less than X'8000' (0.75 in decimal notation) after coding an MPS.

When the LPS renormalization is required, Next_Index LPS gives the new index for the LPS probability estimate. When the MPS renormalization is required, Next_Index_MPS gives the new index for the LPS probability estimate. If Switch_MPS is 1 for the old index, the MPS symbol sense must be inverted after an LPS.

### D.1.5.3  Estimation following renormalization after MPS

The procedure for estimating the probability on the MPS renormalization path is given in Figure D.5. Index(S) is part of the information stored for context-index S. The new value of Index(S) is obtained from Table D.3 from the column labeled Next_Index_MPS, as that is the next index after an MPS renormalization. This next index is stored as the new value of Index(S) in the context storage at context-index S, and the value of Qe at this new Index(S) becomes the new Qe(S). MPS(S) does not change.



Figure D.5 – Probability estimation on MPS renormalization path

JA428
CONFIDENTIAL BUSINESS INFORMATION       PHLPSKD_00047487

ISO/IEC 10918-1 : 1993(E)

### D.1.5.4    Estimation following renormalization after LPS

The procedure for estimating the probability on the LPS renormalization path is shown in Figure D.6. The procedure is similar to that of Figure D.5 except that when Switch_MPS(I) is 1, the sense of MPS(S) must be inverted.



**Figure D.6 – Probability estimation on LPS renormalization path**

### D.1.6    Renormalization in the encoder

The Renorm_e procedure for the encoder renormalization is shown in Figure D.7. Both the probability interval register A and the code register C are shifted, one bit at a time. The number of shifts is counted in the counter CT; when CT is zero, a byte of compressed data is removed from C by the procedure Byte_out and CT is reset to 8. Renormalization continues until A is no longer less than X'8000'.

JA429
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047488

ISO/IEC 10918-1 : 1993(E)



TISO1080-93/d045

**Figure D.7 – Encoder renormalization procedure**

The Byte_out procedure used in Renorm_e is shown in Figure D.8. This procedure uses byte-stuffing procedures which prevent accidental generation of markers by the arithmetic encoding procedures. It also includes an example of a procedure for resolving carry-over. For simplicity of exposition, the buffer holding the entropy-coded segment is assumed to be large enough to contain the entire segment.

In Figure D.8 BP is the entropy-coded segment pointer and B is the compressed data byte pointed to by BP. T in Byte_out is a temporary variable which is used to hold the output byte and carry bit. ST is the stack counter which is used to count X'FF' output bytes until any carry-over through the X'FF' sequence has been resolved. The value of ST rarely exceeds 3. However, since the upper limit for the value of ST is bounded only by the total entropy-coded segment size, a precision of 32 bits is recommended for ST.

Since large values of ST represent a latent output of compressed data, the following procedure may be needed in high speed synchronous encoding systems for handling the burst of output data which occurs when the carry is resolved.

JA430
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047489

ISO/IEC 10918-1 : 1993(E)



**Figure D.8 – Byte_out procedure for encoder**

When the stack count reaches an upper bound determined by output channel capacity, the stack is emptied and the stacked X'FF' bytes (and stuffed zero bytes) are added to the compressed data before the carry-over is resolved. If a carry-over then occurs, the carry is added to the final stuffed zero, thereby converting the final X'FF00' sequence to the X'FF01' temporary private marker. The entropy-coded segment must then be post-processed to resolve the carry-over and remove the temporary marker code. For any reasonable bound on ST this post processing is very unlikely.

Referring to Figure D.8, the shift of the code register by 19 bits aligns the output bits with the low order bits of T. The first test then determines if a carry-over has occurred. If so, the carry must be added to the previous output byte before advancing the segment pointer BP. The Stuff_0 procedure stuffs a zero byte whenever the addition of the carry to the data already in the entropy-coded segments creates a X'FF' byte. Any stacked output bytes – converted to zeros by the carry-over – are then placed in the entropy-coded segment. Note that when the output byte is later transferred from T to the entropy-coded segment (to byte B), the carry bit is ignored if it is set.

JA431
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047490

If a carry has not occurred, the output byte is tested to see if it is X'FF'. If so, the stack count ST is incremented, as the output must be delayed until the carry-over is resolved. If not, the carry-over has been resolved, and any stacked X'FF' bytes must then be placed in the entropy-coded segment. Note that a zero byte is stuffed following each X'FF'.

The procedures used by Byte_out are defined in Figures D.9 through D.11.



Figure D.9 — Output_stacked_zeros procedure for encoder



Figure D.10 — Output_stacked_X'FF's procedure for encoder

JA432
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047491

ISO/IEC 10918-1 : 1993(E)



Figure D.11 – Stuff_0 procedure for encoder

### D.1.7    Initialization of the encoder

The Initenc procedure is used to start the arithmetic coder. The basic steps are shown in Figure D.12.



Figure D.12 – Initialization of the encoder

JA433

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047492

The probability estimation tables are defined by Table D.3. The statistics areas are initialized to an MPS sense of 0 and a Qe index of zero as defined by Table D.3. The stack count (ST) is cleared, the code register (C) is cleared, and the interval register is set to X'10000'. The counter (CT) is set to 11, reflecting the fact that when A is initialized to X'10000' three spacer bits plus eight output bits in C must be filled before the first byte is removed. Note that BP is initialized to point to the byte before the start of the entropy-coded segment (which is at BPST). Note also that the statistics areas are initialized for all values of context-index S to MPS(S) = 0 and Index(S) = 0.

> NOTE – Although the probability interval is initialized to X'10000' in both Initenc and Initdec, the precision of the probability interval register can still be limited to 16 bits. When the precision of the interval register is 16 bits, it is initialized to zero.

**D.1.8    Termination of encoding**

The Flush procedure is used to terminate the arithmetic encoding procedures and prepare the entropy-coded segment for the addition of the X'FF' prefix of the marker which follows the arithmetically coded data. Figure D.13 shows this flush procedure. The first step in the procedure is to set as many low order bits of the code register to zero as possible without pointing outside of the final interval. Then, the output byte is aligned by shifting it left by CT bits; Byte_out then removes it from C. C is then shifted left by 8 bits to align the second output byte and Byte_out is used a second time. The remaining low order bits in C are guaranteed to be zero, and these trailing zero bits shall not be written to the entropy-coded segment.



**Figure D.13 – Flush procedure**

JA434
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047493

ISO/IEC 10918-1 : 1993(E)

Any trailing zero bytes already written to the entropy-coded segment and not preceded by a X'FF' may, optionally, be discarded. This is done in the Discard_final_zeros procedure. Stuffed zero bytes shall not be discarded.

Entropy coded segments are always followed by a marker. For this reason, the final zero bits needed to complete decoding shall not be included in the entropy coded segment. Instead, when the decoder encounters a marker, zero bits shall be supplied to the decoding procedure until decoding is complete. This convention guarantees that when a DNL marker is used, the decoder will intercept it in time to correctly terminate the decoding procedure.



TISO1140-93/d052

**Figure D.14 – Clear_final_bits procedure in Flush**

JA435
CONFIDENTIAL BUSINESS INFORMATION      PHLPSKD_00047494

ISO/IEC 10918-1 : 1993(E)



**Figure D.15 – Discard_final_zeros procedure in Flush**

## D.2    Arithmetic decoding procedures

Two arithmetic decoding procedures are used for arithmetic decoding (see Table D.4).

The "Decode(S)" procedure decodes the binary decision for a given context-index S and returns a value of either 0 or 1. It is the inverse of the "Code_0(S)" and "Code_1(S)" procedures described in D.1. "Initdec" initializes the arithmetic coding entropy decoder.

**Table D.4 – Procedures for binary arithmetic decoding**

| Procedure | Purpose |
|-----------|---------|
| Decode(S) | Decode a binary decision with context-index S |
| Initdec | Initialize the decoder |

JA436
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047495

ISO/IEC 10918-1 : 1993(E)

### D.2.1    Binary arithmetic decoding principles

The probability interval subdivision and sub-interval ordering defined for the arithmetic encoding procedures also apply to the arithmetic decoding procedures.

Since the bit stream always points within the current probability interval, the decoding process is a matter of determining, for each decision, which sub-interval is pointed to by the bit stream. This is done recursively, using the same probability interval sub-division process as in the encoder. Each time a decision is decoded, the decoder subtracts from the bit stream any interval the encoder added to the bit stream. Therefore, the code register in the decoder is a pointer into the current probability interval relative to the base of the interval.

If the size of the sub-interval allocated to the LPS is larger than the sub-interval allocated to the MPS, the encoder invokes the conditional exchange procedure. When the interval sizes are inverted in the decoder, the sense of the symbol decoded must be inverted.

### D.2.2    Decoding conventions and approximations

The approximations and integer arithmetic defined for the probability interval subdivision in the encoder must also be used in the decoder. However, where the encoder would have added to the code register, the decoder subtracts from the code register.

### D.2.3    Decoder code register conventions

The flow charts given in this section assume the register structures for the decoder as shown in Table D.5:

#### Table D.5 – Decoder register conventions

|            | MSB        | LSB       |
|------------|------------|-----------|
| Cx register | xxxxxxxx,  | xxxxxxxx  |
| C-low      | bbbbbbbb,  | 00000000  |
| A-register | aaaaaaaa,  | aaaaaaaa  |

Cx and C-low can be regarded as one 32-bit C-register, in that renormalization of C shifts a bit of new data from bit 15 of C-low to bit 0 of Cx. However, the decoding comparisons use Cx alone. New data are inserted into the "b" bits of C-low one byte at a time.

NOTE – The comparisons shown in the various procedures use arithmetic comparisons, and therefore assume precisions greater than 16 bits for the variables. Unsigned (logical) comparisons should be used in 16-bit precision implementations.

### D.2.4    The decode procedure

The decoder decodes one binary decision at a time. After decoding the decision, the decoder subtracts any amount from the code register that the encoder added. The amount left in the code register is the offset from the base of the current probability interval to the sub-interval allocated to the binary decisions not yet decoded. In the first test in the decode procedure shown in Figure D.16 the code register is compared to the size of the MPS sub-interval. Unless a conditional exchange is needed, this test determines whether the MPS or LPS for context-index S is decoded. Note that the LPS for context-index S is given by 1 – MPS(S).

JA437

CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047496

ISO/IEC 10918-1 : 1993(E)

When a renormalization is needed, the MPS/LPS conditional exchange may also be needed. For the LPS path, the conditional exchange procedure is shown in Figure D.17. Note that the probability estimation in the decoder is identical to the probability estimation in the encoder (Figures D.5 and D.6).



Figure D.16 — Decode(S) procedure

For the MPS path of the decoder the conditional exchange procedure is given in Figure D.18.

CCITT Rec. T.81 (1992 E)    71

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047497

ISO/IEC 10918-1 : 1993(E)



Figure D.17 – Decoder LPS path conditional exchange procedure



Figure D.18 – Decoder MPS path conditional exchange procedure

72    CCITT Rec. T.81 (1992 E)

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047498

ISO/IEC 10918-1 : 1993(E)

### D.2.5    Probability estimation in the decoder

The procedures defined for obtaining a new LPS probability estimate in the encoder are also used in the decoder.

### D.2.6    Renormalization in the decoder

The Renorm_d procedure for the decoder renormalization is shown in Figure D.19. CT is a counter which keeps track of the number of compressed bits in the C-low section of the C-register. When CT is zero, a new byte is inserted into C-low by the procedure Byte_in and CT is reset to 8.

Both the probability interval register A and the code register C are shifted, one bit at a time, until A is no longer less than X'8000'.



Figure D.19 – Decoder renormalization procedure

JA440
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047499

ISO/IEC 10918-1 : 1993(E)

The Byte_in procedure used in Renorm_d is shown in Figure D.20. This procedure fetches one byte of data, compensating for the stuffed zero byte which follows any X'FF' byte. It also detects the marker which must follow the entropy-coded segment. The C-register in this procedure is the concatenation of the Cx and C-low registers. For simplicity of exposition, the buffer holding the entropy-coded segment is assumed to be large enough to contain the entire segment.

B is the byte pointed to by the entropy-coded segment pointer BP. BP is first incremented. If the new value of B is not a X'FF', it is inserted into the high order 8 bits of C-low.



Figure D.20 – Byte_in procedure for decoder

JA441
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047500

ISO/IEC 10918-1 : 1993(E)

The Unstuff_0 procedure is shown in Figure D.21. If the new value of B is X'FF', BP is incremented to point to the next byte and this next B is tested to see if it is zero. If so, B contains a stuffed byte which must be skipped. The zero B is ignored, and the X'FF' B value which preceded it is inserted in the C-register.

If the value of B after a X'FF' byte is not zero, then a marker has been detected. The marker is interpreted as required and the entropy-coded segment pointer is adjusted ("Adjust BP" in Figure D.21) so that 0-bytes will be fed to the decoder until decoding is complete. One way of accomplishing this is to point BP to the byte preceding the marker which follows the entropy-coded segment.



Figure D.21 – Unstuff_0 procedure for decoder

JA442
CONFIDENTIAL BUSINESS INFORMATION         PHLPSKD_00047501

ISO/IEC 10918-1 : 1993(E)

**D.2.7    Initialization of the decoder**

The Initdec procedure is used to start the arithmetic decoder. The basic steps are shown in Figure D.22.



**Figure D.22 – Initialization of the decoder**

The estimation tables are defined by Table D.3. The statistics areas are initialized to an MPS sense of 0 and a Qe index of zero as defined by Table D.3. BP, the pointer to the entropy-coded segment, is then initialized to point to the byte before the start of the entropy-coded segment at BPST, and the interval register is set to the same starting value as in the encoder. The first byte of compressed data is fetched and shifted into Cx. The second byte is then fetched and shifted into Cx. The count is set to zero, so that a new byte of data will be fetched by Renorm_d.

NOTE – Although the probability interval is initialized to X'10000' in both Initenc and Initdec, the precision of the probability interval register can still be limited to 16 bits. When the precision of the interval register is 16 bits, it is initialized to zero.

**D.3    Bit ordering within bytes**

The arithmetically encoded entropy-coded segment is an integer of variable length. Therefore, the ordering of bytes and the bit ordering within bytes is the same as for parameters (see B.1.1.1).

JA443
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047502

## Annex E

### Encoder and decoder control procedures

(This annex forms an integral part of this Recommendation | International Standard)

This annex describes the encoder and decoder control procedures for the sequential, progressive, and lossless modes of operation.

The encoding and decoding control procedures for the hierarchical processes are specified in Annex J.

NOTES

1    There is **no requirement** in this Specification that any encoder or decoder shall implement the procedures in precisely the manner specified by the flow charts in this annex. It is necessary only that an encoder or decoder implement the **function** specified in this annex. The sole criterion for an encoder or decoder to be considered in compliance with this Specification is that it satisfy the requirements given in clause 6 (for encoders) or clause 7 (for decoders), as determined by the compliance tests specified in Part 2.

2    Implementation-specific setup steps are not indicated in this annex and may be necessary.

## E.1    Encoder control procedures

### E.1.1    Control procedure for encoding an image

The encoder control procedure for encoding an image is shown in Figure E.1.



**Figure E.1 – Control procedure for encoding an image**

JA444
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047503

ISO/IEC 10918-1 : 1993(E)

### E.1.2    Control procedure for encoding a frame

In all cases where markers are appended to the compressed data, optional X'FF' fill bytes may precede the marker.

The control procedure for encoding a frame is oriented around the scans in the frame. The frame header is first appended, and then the scans are coded. Table specifications and other marker segments may precede the $SOF_n$ marker, as indicated by [tables/miscellaneous] in Figure E.2.

Figure E.2 shows the encoding process frame control procedure.



Figure E.2 – Control procedure for encoding a frame

### E.1.3    Control procedure for encoding a scan

A scan consists of a single pass through the data of each component in the scan. Table specifications and other marker segments may precede the SOS marker. If more than one component is coded in the scan, the data are interleaved. If restart is enabled, the data are segmented into restart intervals. If restart is enabled, a $RST_m$ marker is placed in the coded data between restart intervals. If restart is disabled, the control procedure is the same, except that the entire scan contains a single restart interval. The compressed image data generated by a scan is always followed by a marker, either the EOI marker or the marker of the next marker segment.

JA445
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047504

Figure E.3 shows the encoding process scan control procedure. The loop is terminated when the encoding process has coded the number of restart intervals which make up the scan. "m" is the restart interval modulo counter needed for the $RST_m$ marker. The modulo arithmetic for this counter is shown after the "Append $RST_m$ marker" procedure.



Figure E.3 – Control procedure for encoding a scan

JA446
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047505

ISO/IEC 10918-1 : 1993(E)

### E.1.4    Control procedure for encoding a restart interval

Figure E.4 shows the encoding process control procedure for a restart interval. The loop is terminated either when the encoding process has coded the number of minimum coded units (MCU) in the restart interval or when it has completed the image scan.



**Figure E.4 – Control procedure for encoding a restart interval**

The "Reset_encoder" procedure consists at least of the following:

    a)   if arithmetic coding is used, initialize the arithmetic encoder using the "Initenc" procedure described in D.1.7;

    b)   for DCT-based processes, set the DC prediction (PRED) to zero for all components in the scan (see F.1.1.5.1);

    c)   for lossless processes, reset the prediction to a default value for all components in the scan (see H.1.1);

    d)   do all other implementation-dependent setups that may be necessary.

The procedure "Prepare_for_marker" terminates the entropy-coded segment by:

    a)   padding a Huffman entropy-coded segment with 1-bits to complete the final byte (and if needed stuffing a zero byte) (see F.1.2.3); or

    b)   invoking the procedure "Flush" (see D.1.8) to terminate an arithmetic entropy-coded segment.

    NOTE – The number of minimum coded units (MCU) in the final restart interval must be adjusted to match the number of MCU in the scan. The number of MCU is calculated from the frame and scan parameters. (See Annex B.)

JA447
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047506

ISO/IEC 10918-1 : 1993(E)

**E.1.5    Control procedure for encoding a minimum coded unit (MCU)**

The minimum coded unit is defined in A.2. Within a given MCU the data units are coded in the order in which they occur in the MCU. The control procedure for encoding a MCU is shown in Figure E.5.



**Figure E.5 – Control procedure for encoding a minimum coded unit (MCU)**

In Figure E.5, Nb refers to the number of data units in the MCU. The order in which data units occur in the MCU is defined in A.2. The data unit is an $8 \times 8$ block for DCT-based processes, and a single sample for lossless processes.

The procedures for encoding a data unit are specified in Annexes F, G, and H.

**E.2    Decoder control procedures**

**E.2.1    Control procedure for decoding compressed image data**

Figure E.6 shows the decoding process control for compressed image data.

Decoding control centers around identification of various markers. The first marker must be the SOI (Start Of Image) marker. The "Decoder_setup" procedure resets the restart interval (Ri = 0) and, if the decoder has arithmetic decoding capabilities, sets the conditioning tables for the arithmetic coding to their default values. (See F.1.4.4.1.4 and F.1.4.4.2.1.) The next marker is normally a $SOF_n$ (Start Of Frame) marker; if this is not found, one of the marker segments listed in Table E.1 has been received.

JA448
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047507

ISO/IEC 10918-1 : 1993(E)



Figure E.6 – Control procedure for decoding compressed image data

Table E.1 – Markers recognized by "Interpret markers"

| Marker | Purpose |
|--------|---------|
| DHT | Define Huffman Tables |
| DAC | Define Arithmetic Conditioning |
| DQT | Define Quantization Tables |
| DRI | Define Restart Interval |
| $APP_n$ | Application defined marker |
| COM | Comment |

Note that optional X'FF' fill bytes which may precede any marker shall be discarded before determining which marker is present.

JA449

CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047508

The additional logic to interpret these various markers is contained in the box labeled "Interpret markers". DHT markers shall be interpreted by processes using Huffman coding. DAC markers shall be interpreted by processes using arithmetic coding. DQT markers shall be interpreted by DCT-based decoders. DRI markers shall be interpreted by all decoders. APPn and COM markers shall be interpreted only to the extent that they do not interfere with the decoding.

By definition, the procedures in "Interpret markers" leave the system at the next marker. Note that if the expected SOI marker is missing at the start of the compressed image data, an error condition has occurred. The techniques for detecting and managing error conditions can be as elaborate or as simple as desired.

### E.2.2    Control procedure for decoding a frame

Figure E.7 shows the control procedure for the decoding of a frame.



TISO1290-93/d087

**Figure E.7 – Control procedure for decoding a frame**

The loop is terminated if the EOI marker is found at the end of the scan.

The markers recognized by "Interpret markers" are listed in Table E.1. Subclause E.2.1 describes the extent to which the various markers shall be interpreted.

JA450
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047509

ISO/IEC 10918-1 : 1993(E)

### E.2.3    Control procedure for decoding a scan

Figure E.8 shows the decoding of a scan.

The loop is terminated when the expected number of restart intervals has been decoded.



Figure E.8  –  Control procedure for decoding a scan

CONFIDENTIAL BUSINESS INFORMATION      PHLPSKD_00047510

ISO/IEC 10918-1 : 1993(E)

### E.2.4    Control procedure for decoding a restart interval

The procedure for decoding a restart interval is shown in Figure E.9. The "Reset_decoder" procedure consists at least of the following:

    a)   if arithmetic coding is used, initialize the arithmetic decoder using the "Initdec" procedure described in D.2.7;

    b)   for DCT-based processes, set the DC prediction (PRED) to zero for all components in the scan (see F.2.1.3.1);

    c)   for lossless process, reset the prediction to a default value for all components in the scan (see H.2.1);

    d)   do all other implementation-dependent setups that may be necessary.



**Figure E.9 – Control procedure for decoding a restart interval**

At the end of the restart interval, the next marker is located. If a problem is detected in locating this marker, error handling procedures may be invoked. While such procedures are optional, the decoder shall be able to correctly recognize restart markers in the compressed data and reset the decoder when they are encountered. The decoder shall also be able to recognize the DNL marker, set the number of lines defined in the DNL segment, and end the "Decode_restart_interval" procedure.

    NOTE – The final restart interval may be smaller than the size specified by the DRI marker segment, as it includes only the number of MCUs remaining in the scan.

JA452
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047511

ISO/IEC 10918-1 : 1993(E)

### E.2.5    Control procedure for decoding a minimum coded unit (MCU)

The procedure for decoding a minimum coded unit (MCU) is shown in Figure E.10.

In Figure E.10 Nb is the number of data units in a MCU.

The procedures for decoding a data unit are specified in Annexes F, G, and H.



Figure E.10 – Control procedure for decoding a minimum coded unit (MCU)

JA453
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047512

## Annex F

### Sequential DCT-based mode of operation

(This annex forms an integral part of this Recommendation | International Standard)

This annex provides a **functional specification** of the following coding processes for the sequential DCT-based mode of operation:

1) baseline sequential;

2) extended sequential, Huffman coding, 8-bit sample precision;

3) extended sequential, arithmetic coding, 8-bit sample precision;

4) extended sequential, Huffman coding, 12-bit sample precision;

5) extended sequential, arithmetic coding, 12-bit sample precision.

For each of these, the encoding process is specified in F.1, and the decoding process is specified in F.2. The functional specification is presented by means of specific flow charts for the various procedures which comprise these coding processes.

> NOTE – There is **no requirement** in this Specification that any encoder or decoder which embodies one of the above-named processes shall implement the procedures in precisely the manner specified by the flow charts in this annex. It is necessary only that an encoder or decoder implement the **function** specified in this annex. The sole criterion for an encoder or decoder to be considered in compliance with this Specification is that it satisfy the requirements given in clause 6 (for encoders) or clause 7 (for decoders), as determined by the compliance tests specified in Part 2.

### F.1    Sequential DCT-based encoding processes

### F.1.1    Sequential DCT-based control procedures and coding models

### F.1.1.1    Control procedures for sequential DCT-based encoders

The control procedures for encoding an image and its constituent parts – the frame, scan, restart interval and MCU – are given in Figures E.1 to E.5. The procedure for encoding a MCU (see Figure E.5) repetitively calls the procedure for encoding a data unit. For DCT-based encoders the data unit is an $8 \times 8$ block of samples.

### F.1.1.2    Procedure for encoding an $8 \times 8$ block data unit

For the sequential DCT-based processes encoding an $8 \times 8$ block data unit consists of the following procedures:

a) level shift, calculate forward $8 \times 8$ DCT and quantize the resulting coefficients using table destination specified in frame header;

b) encode DC coefficient for $8 \times 8$ block using DC table destination specified in scan header;

c) encode AC coefficients for $8 \times 8$ block using AC table destination specified in scan header.

### F.1.1.3    Level shift and forward DCT (FDCT)

The mathematical definition of the FDCT is given in A.3.3.

Prior to computing the FDCT the input data are level shifted to a signed two's complement representation as described in A.3.1. For 8-bit input precision the level shift is achieved by subtracting 128. For 12-bit input precision the level shift is achieved by subtracting 2048.

### F.1.1.4    Quantization of the FDCT

The uniform quantization procedure described in Annex A is used to quantize the DCT coefficients. One of four quantization tables may be used by the encoder. No default quantization tables are specified in this Specification. However, some typical quantization tables are given in Annex K.

The quantized DCT coefficient values are signed, two's complement integers with 11-bit precision for 8-bit input precision and 15-bit precision for 12-bit input precision.

JA454
**CONFIDENTIAL BUSINESS INFORMATION**    **PHLPSKD_00047513**

ISO/IEC 10918-1 : 1993(E)

### F.1.1.5    Encoding models for the sequential DCT procedures

The two dimensional array of quantized DCT coefficients is rearranged in a zig-zag sequence order defined in A.3.6. The zig-zag order coefficients are denoted ZZ (0) through ZZ(63) with:

$$ZZ(0) = Sq_{00}$$
$$ZZ(1) = Sq_{01}$$
$$ZZ(2) = Sq_{10}$$
$$\cdot$$
$$\cdot$$
$$\cdot$$
$$ZZ(63) = Sq_{77}$$

$Sq_{vu}$ are defined in Figure A.6.

Two coding procedures are used, one for the DC coefficient ZZ(0) and the other for the AC coefficients ZZ(1)..ZZ(63). The coefficients are encoded in the order in which they occur in zig-zag sequence order, starting with the DC coefficient. The coefficients are represented as two's complement integers.

### F.1.1.5.1    Encoding model for DC coefficients

The DC coefficients are coded differentially, using a one-dimensional predictor, PRED, which is the quantized DC value from the most recently coded $8 \times 8$ block from the same component. The difference, DIFF, is obtained from

$$DIFF = ZZ(0) - PRED$$

At the beginning of the scan and at the beginning of each restart interval, the prediction for the DC coefficient prediction is initialized to 0. (Recall that the input data have been level shifted to two's complement representation.)

### F.1.1.5.2    Encoding model for AC coefficients

Since many coefficients are zero, runs of zeros are identified and coded efficiently. In addition, if the remaining coefficients in the zig-zag sequence order are all zero, this is coded explicitly as an end-of-block (EOB).

### F.1.2    Baseline Huffman encoding procedures

The baseline encoding procedure is for 8-bit sample precision. The encoder may employ up to two DC and two AC Huffman tables within one scan.

### F.1.2.1    Huffman encoding of DC coefficients

### F.1.2.1.1    Structure of DC code table

The DC table consists of a set of Huffman codes (maximum length 16 bits) and appended additional bits (in most cases) which can code any possible value of DIFF, the difference between the current DC coefficient and the prediction. The Huffman codes for the difference categories are generated in such a way that no code consists entirely of 1-bits (X'FF' prefix marker code avoided).

The two's complement difference magnitudes are grouped into 12 categories, SSSS, and a Huffman code is created for each of the 12 difference magnitude categories (see Table F.1).

For each category, except SSSS = 0, an additional bits field is appended to the code word to uniquely identify which difference in that category actually occurred. The number of extra bits is given by SSSS; the extra bits are appended to the LSB of the preceding Huffman code, most significant bit first. When DIFF is positive, the SSSS low order bits of DIFF are appended. When DIFF is negative, the SSSS low order bits of (DIFF − 1) are appended. Note that the most significant bit of the appended bit sequence is 0 for negative differences and 1 for positive differences.

### F.1.2.1.2    Defining Huffman tables for the DC coefficients

The syntax for specifying the Huffman tables is given in Annex B. The procedure for creating a code table from this information is described in Annex C. No more than two Huffman tables may be defined for coding of DC coefficients. Two examples of Huffman tables for coding of DC coefficients are provided in Annex K.

JA455
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047514

ISO/IEC 10918-1 : 1993(E)

Table F.1 – Difference magnitude categories for DC coding

| SSSS | DIFF values |
|------|-------------|
| 0 | 0 |
| 1 | −1,1 |
| 2 | −3,−2,2,3 |
| 3 | −7..−4,4..7 |
| 4 | −15..−8,8..15 |
| 5 | −31..−16,16..31 |
| 6 | −63..−32,32..63 |
| 7 | −127..−64,64..127 |
| 8 | −255..−128,128..255 |
| 9 | −511..−256,256..511 |
| 10 | −1 023..−512,512..1 023 |
| 11 | −2 047..−1 024,1 024..2 047 |

### F.1.2.1.3    Huffman encoding procedures for DC coefficients

The encoding procedure is defined in terms of a set of extended tables, XHUFCO and XHUFSI, which contain the complete set of Huffman codes and sizes for all possible difference values. For full 12-bit precision the tables are relatively large. For the baseline system, however, the precision of the differences may be small enough to make this description practical.

XHUFCO and XHUFSI are generated from the encoder tables EHUFCO and EHUFSI (see Annex C) by appending to the Huffman codes for each difference category the additional bits that completely define the difference. By definition, XHUFCO and XHUFSI have entries for each possible difference value. XHUFCO contains the concatenated bit pattern of the Huffman code and the additional bits field; XHUFSI contains the total length in bits of this concatenated bit pattern. Both are indexed by DIFF, the difference between the DC coefficient and the prediction.

The Huffman encoding procedure for the DC difference, DIFF, is:

$$SIZE = XHUFSI(DIFF)$$

$$CODE = XHUFCO(DIFF)$$

$$code\ SIZE\ bits\ of\ CODE$$

where DC is the quantized DC coefficient value and PRED is the predicted quantized DC value. The Huffman code (CODE) (including any additional bits) is obtained from XHUFCO and SIZE (length of the code including additional bits) is obtained from XHUFSI, using DIFF as the index to the two tables.

### F.1.2.2   Huffman encoding of AC coefficients

### F.1.2.2.1    Structure of AC code table

Each non-zero AC coefficient in ZZ is described by a composite 8-bit value, RS, of the form

$$RS = binary\ 'RRRRSSSS'$$

JA456
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047515

ISO/IEC 10918-1 : 1993(E)

The 4 least significant bits, 'SSSS', define a category for the amplitude of the next non-zero coefficient in ZZ, and the 4 most significant bits, 'RRRR', give the position of the coefficient in ZZ relative to the previous non-zero coefficient (i.e. the run-length of zero coefficients between non-zero coefficients). Since the run length of zero coefficients may exceed 15, the value 'RRRRSSSS' = X'F0' is defined to represent a run length of 15 zero coefficients followed by a coefficient of zero amplitude. (This can be interpreted as a run length of 16 zero coefficients.) In addition, a special value 'RRRRSSSS' = '00000000' is used to code the end-of-block (EOB), when all remaining coefficients in the block are zero.

The general structure of the code table is illustrated in Figure F.1. The entries marked "N/A" are undefined for the baseline procedure.



**Figure F.1 – Two-dimensional value array for Huffman coding**

The magnitude ranges assigned to each value of SSSS are defined in Table F.2.

**Table F.2 – Categories assigned to coefficient values**

| SSSS | AC coefficients |
|------|-----------------|
| 1 | −1,1 |
| 2 | −3,−2,2,3 |
| 3 | −7..−4,4..7 |
| 4 | −15..−8,8..15 |
| 5 | −31..−16,16..31 |
| 6 | −63..−32,32..63 |
| 7 | −127..−64,64..127 |
| 8 | −255..−128,128..255 |
| 9 | −511..−256,256..511 |
| 10 | −1 023..−512,512..1 023 |

The composite value, RRRRSSSS, is Huffman coded and each Huffman code is followed by additional bits which specify the sign and exact amplitude of the coefficient.

The AC code table consists of one Huffman code (maximum length 16 bits, not including additional bits) for each possible composite value. The Huffman codes for the 8-bit composite values are generated in such a way that no code consists entirely of 1-bits.

JA457
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047516

The format for the additional bits is the same as in the coding of the DC coefficients. The value of SSSS gives the number of additional bits required to specify the sign and precise amplitude of the coefficient. The additional bits are either the low-order SSSS bits of ZZ(K) when ZZ(K) is positive or the low-order SSSS bits of ZZ(K) – 1 when ZZ(K) is negative. ZZ(K) is the Kth coefficient in the zig-zag sequence of coefficients being coded.

### F.1.2.2.2    Defining Huffman tables for the AC coefficients

The syntax for specifying the Huffman tables is given in Annex B. The procedure for creating a code table from this information is described in Annex C.

In the baseline system no more than two Huffman tables may be defined for coding of AC coefficients. Two examples of Huffman tables for coding of AC coefficients are provided in Annex K.

### F.1.2.2.3    Huffman encoding procedures for AC coefficients

As defined in Annex C, the Huffman code table is assumed to be available as a pair of tables, EHUFCO (containing the code bits) and EHUFSI (containing the length of each code in bits), both indexed by the composite value defined above.

The procedure for encoding the AC coefficients in a block is shown in Figures F.2 and F.3. In Figure F.2, K is the index to the zig-zag scan position and R is the run length of zero coefficients.

The procedure "Append EHUFSI(X'F0') bits of EHUFCO(X'F0')" codes a run of 16 zero coefficients (ZRL code of Figure F.1). The procedure "Code EHUFSI(0) bits of EHUFCO(0)" codes the end-of-block (EOB code). If the last coefficient (K = 63) is not zero, the EOB code is bypassed.

CSIZE is a procedure which maps an AC coefficient to the SSSS value as defined in Table F.2.

### F.1.2.3    Byte stuffing

In order to provide code space for marker codes which can be located in the compressed image data without decoding, byte stuffing is used.

Whenever, in the course of normal encoding, the byte value X'FF' is created in the code string, a X'00' byte is stuffed into the code string.

If a X'00' byte is detected after a X'FF' byte, the decoder must discard it. If the byte is not zero, a marker has been detected, and shall be interpreted to the extent needed to complete the decoding of the scan.

Byte alignment of markers is achieved by padding incomplete bytes with 1-bits. If padding with 1-bits creates a X'FF' value, a zero byte is stuffed before adding the marker.

### F.1.3    Extended sequential DCT-based Huffman encoding process for 8-bit sample precision

This process is identical to the Baseline encoding process described in F.1.2, with the exception that the number of sets of Huffman table destinations which may be used within the same scan is increased to four. Four DC and four AC Huffman table destinations is the maximum allowed by this Specification.

### F.1.4    Extended sequential DCT-based arithmetic encoding process for 8-bit sample precision

This subclause describes the use of arithmetic coding procedures in the sequential DCT-based encoding process.

> NOTE – The arithmetic coding procedures in this Specification are defined for the maximum precision to encourage interchangeability.

The arithmetic coding extensions have the same DCT model as the Baseline DCT encoder. Therefore, Annex F.1.1 also applies to arithmetic coding. As with the Huffman coding technique, the binary arithmetic coding technique is lossless. It is possible to transcode between the two systems without either FDCT or IDCT computations, and without modification of the reconstructed image.

The basic principles of adaptive binary arithmetic coding are described in Annex D. Up to four DC and four AC conditioning table destinations and associated statistics areas may be used within one scan.

The arithmetic encoding procedures for encoding binary decisions, initializing the statistics area, initializing the encoder, terminating the code string, and adding restart markers are listed in Table D.1 of Annex D.

JA458
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047517

ISO/IEC 10918-1 : 1993(E)



Figure F.2 – Procedure for sequential encoding of AC coefficients with Huffman coding

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047518

ISO/IEC 10918-1 : 1993(E)



Figure F.3 – Sequential encoding of a non-zero AC coefficient

Some of the procedures in Table D.1 are used in the higher level control structure for scans and restart intervals described in Annex E. At the beginning of scans and restart intervals, the probability estimates used in the arithmetic coder are reset to the standard initial value as part of the Initenc procedure which restarts the arithmetic coder. At the end of scans and restart intervals, the Flush procedure is invoked to empty the code register before the next marker is appended.

### F.1.4.1    Arithmetic encoding of DC coefficients

The basic structure of the decision sequence for encoding a DC difference value, DIFF, is shown in Figure F.4.

The context-index S0 and other context-indices used in the DC coding procedures are defined in Table F.4 (see F.1.4.4.1.3). A 0-decision is coded if the difference value is zero and a 1-decision is coded if the difference is not zero. If the difference is not zero, the sign and magnitude are coded using the procedure Encode_V(S0), which is described in F.1.4.3.1.

### F.1.4.2    Arithmetic encoding of AC coefficients

The AC coefficients are coded in the order in which they occur in the zig-zag sequence ZZ(1,...,63). An end-of-block (EOB) binary decision is coded before coding the first AC coefficient in ZZ, and after each non-zero coefficient. If the EOB occurs, all remaining coefficients in ZZ are zero. Figure F.5 illustrates the decision sequence. The equivalent procedure for the Huffman coder is found in Figure F.2.

JA460
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047519

ISO/IEC 10918-1 : 1993(E)



Figure F.4 – Coding model for arithmetic coding of DC difference

The context-indices SE and S0 used in the AC coding procedures are defined in Table F.5 (see F.1.4.4.2). In Figure F.5, K is the index to the zig-zag sequence position. For the sequential scan, Kmin is 1 and Se is 63. The V = 0 decision is part of a loop which codes runs of zero coefficients. Whenever the coefficient is non-zero, "Encode_V(S0)" codes the sign and magnitude of the coefficient. Each time a non-zero coefficient is coded, it is followed by an EOB decision. If the EOB occurs, a 1-decision is coded to indicate that the coding of the block is complete. If the coefficient for K = Se is not zero, the EOB decision is skipped.

### F.1.4.3    Encoding the binary decision sequence for non-zero DC differences and AC coefficients

Both the DC difference and the AC coefficients are represented as signed two's complement integer values. The decomposition of these signed integer values into a binary decision tree is done in the same way for both the DC and AC coding models.

Although the binary decision trees for this section of the DC and AC coding models are the same, the statistical models for assigning statistics bins to the binary decisions in the tree are quite different.

### F.1.4.3.1    Structure of the encoding decision sequence

The encoding sequence can be separated into three procedures, a procedure which encodes the sign, a second procedure which identifies the magnitude category, and a third procedure which identifies precisely which magnitude occurred within the category identified in the second procedure.

At the point where the binary decision sequence in Encode_V(S0) starts, the coefficient or difference has already been determined to be non-zero. That determination was made in the procedures in Figures F.4 and F.5.

Denoting either DC differences (DIFF) or AC coefficients as V, the non-zero signed integer value of V is encoded by the sequence shown in Figure F.6. This sequence first codes the sign of V. It then (after converting V to a magnitude and decrementing it by 1 to give Sz) codes the magnitude category of Sz (code_log2_Sz), and then codes the low order magnitude bits (code_Sz_bits) to identify the exact magnitude value.

JA461
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047520

ISO/IEC 10918-1 : 1993(E)

There are two significant differences between this sequence and the similar set of operations described in F.1.2 for Huffman coding. First, the sign is encoded before the magnitude category is identified, and second, the magnitude is decremented by 1 before the magnitude category is identified.



TISO1370-93/d075

**Figure F.5 – AC coding model for arithmetic coding**

JA462
CONFIDENTIAL BUSINESS INFORMATION         PHLPSKD_00047521

ISO/IEC 10918-1 : 1993(E)



TISO1380-93/d076

Figure F.6 – Sequence of procedures in encoding non-zero values of V

#### F.1.4.3.1.1    Encoding the sign

The sign is encoded by coding a 0-decision when the sign is positive and a 1-decision when the sign is negative (see Figure F.7).

The context-indices SS, SN and SP are defined for DC coding in Table F.4 and for AC coding in Table F.5. After the sign is coded, the context-index S is set to either SN or SP, establishing an initial value for Encode_log2_Sz.

#### F.1.4.3.1.2    Encoding the magnitude category

The magnitude category is determined by a sequence of binary decisions which compares Sz against an exponentially increasing bound (which is a power of 2) in order to determine the position of the leading 1-bit. This establishes the magnitude category in much the same way that the Huffman encoder generates a code for the value associated with the difference category. The flow chart for this procedure is shown in Figure F.8.

The starting value of the context-index S is determined in Encode_sign_of_V, and the context-index values X1 and X2 are defined for DC coding in Table F.4 and for AC coding in Table F.5. In Figure F.8, M is the exclusive upper bound for the magnitude and the abbreviations "SLL" and "SRL" refer to the shift-left-logical and shift-right-logical operations – in this case by one bit position. The SRL operation at the completion of the procedure aligns M with the most significant bit of Sz (see Table F.3).

The highest precision allowed for the DCT is 15 bits. Therefore, the highest precision required for the coding decision tree is 16 bits for the DC coefficient difference and 15 bits for the AC coefficients, including the sign bit.

JA463
CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047522

ISO/IEC 10918-1 : 1993(E)



**Figure F.7 – Encoding the sign of V**

**Table F.3 – Categories for each maximum bound**

| Exclusive upper bound (M) | Sz range | Number of low order magnitude bits |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 1 | 0 |
| 4 | 2,3 | 1 |
| 8 | 4,...,7 | 2 |
| 16 | 8,...,15 | 3 |
| 32 | 16,...,31 | 4 |
| 64 | 32,...,63 | 5 |
| 128 | 64,...,127 | 6 |
| 256 | 128,...,255 | 7 |
| 512 | 256,...,511 | 8 |
| 1 024 | 512,...,1 023 | 9 |
| 2 048 | 1 024,...,2 047 | 10 |
| 4 096 | 2 048,...,4 095 | 11 |
| 8 192 | 4 096,...,8 191 | 12 |
| 16 384 | 8 192,...,16 383 | 13 |
| 32 768 | 16 384,...,32 767 | 14 |

JA464
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047523

ISO/IEC 10918-1 : 1993(E)



Figure F.8 – Decision sequence to establish the magnitude category

JA465
CONFIDENTIAL BUSINESS INFORMATION     PHLPSKD_00047524

ISO/IEC 10918-1 : 1993(E)

**F.1.4.3.1.3    Encoding the exact value of the magnitude**

After the magnitude category is encoded, the low order magnitude bits are encoded. These bits are encoded in order of decreasing bit significance. The procedure is shown in Figure F.9. The abbreviation "SRL" indicates the shift-right-logical operation, and M is the exclusive bound established in Figure F.8. Note that M has only one bit set – shifting M right converts it into a bit mask for the logical "AND" operation.

The starting value of the context-index S is determined in Encode_log2_Sz. The increment of S by 14 at the beginning of this procedure sets the context-index to the value required in Tables F.4 and F.5.



**Figure F.9 – Decision sequence to code the magnitude bit pattern**

JA466
CONFIDENTIAL BUSINESS INFORMATION      PHLPSKD_00047525

ISO/IEC 10918-1 : 1993(E)

#### F.1.4.4    Statistical models

An adaptive binary arithmetic coder requires a statistical model. The statistical model defines the contexts which are used to select the conditional probability estimates used in the encoding and decoding procedures.

Each decision in the binary decision trees is associated with one or more contexts. These contexts identify the sense of the MPS and the index in Table D.3 of the conditional probability estimate Qe which is used to encode and decode the binary decision.

The arithmetic coder is adaptive, which means that the probability estimates for each context are developed and maintained by the arithmetic coding system on the basis of prior coding decisions for that context.

#### F.1.4.4.1    Statistical model for coding DC prediction differences

The statistical model for coding the DC difference conditions some of the probability estimates for the binary decisions on previous DC coding decisions.

#### F.1.4.4.1.1    Statistical conditioning on sign

In coding the DC coefficients, four separate statistics bins (probability estimates) are used in coding the zero/not-zero (V = 0) decision, the sign decision and the first magnitude category decision. Two of these bins are used to code the V = 0 decision and the sign decision. The other two bins are used in coding the first magnitude decision, $Sz < 1$; one of these bins is used when the sign is positive, and the other is used when the sign is negative. Thus, the first magnitude decision probability estimate is conditioned on the sign of V.

#### F.1.4.4.1.2    Statistical conditioning on DC difference in previous block

The probability estimates for these first three decisions are also conditioned on Da, the difference value coded for the previous DCT block of the same component. The differences are classified into five groups: zero, small positive, small negative, large positive and large negative. The relationship between the default classification and the quantization scale is shown in Figure F.10.



Figure F.10 – Conditioning classification of difference values

The bounds for the "small" difference category determine the classification. Defining L and U as integers in the range 0 to 15 inclusive, the lower bound (exclusive) for difference magnitudes classified as "small" is zero for L = 0, and is $2^{L-1}$ for L > 0.

The upper bound (inclusive) for difference magnitudes classified as "small" is $2^U$.

L shall be less than or equal to U.

These bounds for the conditioning category provide a segmentation which is identical to that listed in Table F.3.

#### F.1.4.4.1.3    Assignment of statistical bins to the DC binary decision tree

As shown in Table F.4, each statistics area for DC coding consists of a set of 49 statistics bins. In the following explanation, it is assumed that the bins are contiguous. The first 20 bins consist of five sets of four bins selected by a context-index S0. The value of S0 is given by DC_Context(Da), which provides a value of 0, 4, 8, 12 or 16, depending on the difference classification of Da (see F.1.4.4.1.2). The remaining 29 bins, X1,...,X15,M2,...,M15, are used to code magnitude category decisions and magnitude bits.

JA467
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047526

Table F.4 – Statistical model for DC coefficient coding

| Context-index | Value | Coding decision |
|---|---|---|
| S0 | DC_Context(Da) | V = 0 |
| SS | S0 + 1 | Sign of V |
| SP | S0 + 2 | Sz < 1 if V > 0 |
| SN | S0 + 3 | Sz < 1 if V < 0 |
| X1 | 20 | Sz < 2 |
| X2 | X1 + 1 | Sz < 4 |
| X3 | X1 + 2 | Sz < 8 |
| . | . | . |
| . | . | |
| X15 | X1 + 14 | Sz < $2^{15}$ |
| M2 | X2 + 14 | Magnitude bits if Sz < 4 |
| M3 | X3 + 14 | Magnitude bits if Sz < 8 |
| . | . | . |
| . | . | |
| M15 | X15 + 14 | Magnitude bits if Sz < $2^{15}$ |

#### F.1.4.4.1.4    Default conditioning for DC statistical model

The bounds, L and U, for determining the conditioning category have the default values L = 0 and U = 1. Other bounds may be set using the DAC (Define Arithmetic coding Conditioning) marker segment, as described in Annex B.

#### F.1.4.4.1.5    Initial conditions for DC statistical model

At the start of a scan and at the beginning of each restart interval, the difference for the previous DC value is defined to be zero in determining the conditioning state.

#### F.1.4.4.2    Statistical model for coding the AC coefficients

As shown in Table F.5, each statistics area for AC coding consists of a contiguous set of 245 statistics bins. Three bins are used for each value of the zig-zag index K, and two sets of 28 additional bins X2,...,X15,M2,...,M15 are used for coding the magnitude category and magnitude bits.

The value of SE (and also S0, SP and SN) is determined by the zig-zag index K. Since K is in the range 1 to 63, the lowest value for SE is 0 and the largest value for SP is 188. SS is not assigned a value in AC coefficient coding, as the signs of the coefficients are coded with a fixed probability value of approximately 0.5 (Qe = X'5A1D', MPS = 0).

The value of X2 is given by AC_Context(K). This gives X2 = 189 when K ≤ Kx and X2 = 217 when K > Kx, where Kx is defined using the DAC marker segment (see B.2.4.3).

Note that a X1 statistics bin is not used in this sequence. Instead, the 63 × 1 array of statistics bins for the magnitude category is used for two decisions. Once the magnitude bound has been determined – at statistics bin Xn, for example – a single statistics bin, Mn, is used to code the magnitude bit sequence for that bound.

#### F.1.4.4.2.1    Default conditioning for AC coefficient coding

The default value of Kx is 5. This may be modified using the DAC marker segment, as described in Annex B.

#### F.1.4.4.2.2    Initial conditions for AC statistical model

At the start of a scan and at each restart, all statistics bins are re-initialized to the standard default value described in Annex D.

JA468
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047527

ISO/IEC 10918-1 : 1993(E)

Table F.5 – Statistical model for AC coefficient coding

| Context-index | Value | Coding decision |
|---|---|---|
| SE | $3 \times (K - 1)$ | K = EOB |
| S0 | SE + 1 | V = 0 |
| SS | Fixed estimate | Sign of V |
| SN,SP | S0 + 1 | Sz < 1 |
| X1 | S0 + 1 | Sz < 2 |
| X2 | AC_Context(K) | Sz < 4 |
| X3 | X2 + 1 | Sz < 8 |
| . | . | . |
| . | . | . |
| X15 | X2 + 13 | $Sz < 2^{15}$ |
| M2 | X2 + 14 | Magnitude bits if Sz < 4 |
| M3 | X3 + 14 | Magnitude bits if Sz < 8 |
| . | . | . |
| . | . | . |
| M15 | X15 + 14 | Magnitude bits if $Sz < 2^{15}$ |

### F.1.5    Extended sequential DCT-based Huffman encoding process for 12-bit sample precision

This process is identical to the sequential DCT process for 8-bit precision extended to four Huffman table destinations as documented in F.1.3, with the following changes.

### F.1.5.1    Structure of DC code table for 12-bit sample precision

The two's complement difference magnitudes are grouped into 16 categories, SSSS, and a Huffman code is created for each of the 16 difference magnitude categories.

The Huffman table for DC coding (see Table F.1) is extended as shown in Table F.6.

Table F.6 – Difference magnitude categories for DC coding

| SSSS | Difference values |
|---|---|
| 12 | −4 095..−2 048,2 048..4 095 |
| 13 | −8 191..−4 096,4 096..8 191 |
| 14 | −16 383..−8 192,8 192..16 383 |
| 15 | −32 767..−16 384,16 384..32 767 |

### F.1.5.2    Structure of AC code table for 12-bit sample precision

The general structure of the code table is extended as illustrated in Figure F.11. The Huffman table for AC coding is extended as shown in Table F.7.

JA469
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047528



**Figure F.11 – Two-dimensional value array for Huffman coding**

**Table F.7 – Values assigned to coefficient amplitude ranges**

| SSSS | AC coefficients |
|------|-----------------|
| 11 | −2 047..−1 024,1 024..2 047 |
| 12 | −4 095..−2 048,2 048..4 095 |
| 13 | −8 191..−4 096,4 096..8 191 |
| 14 | −16 383..−8 192,8 192..16 383 |

#### F.1.6    Extended sequential DCT-based arithmetic encoding process for 12-bit sample precision

The process is identical to the sequential DCT process for 8-bit precision except for changes in the precision of the FDCT computation.

The structure of the encoding procedure is identical to that specified in F.1.4 which was already defined for a 12-bit sample precision.

### F.2    Sequential DCT-based decoding processes

#### F.2.1    Sequential DCT-based control procedures and coding models

##### F.2.1.1    Control procedures for sequential DCT-based decoders

The control procedures for decoding compressed image data and its constituent parts – the frame, scan, restart interval and MCU – are given in Figures E.6 to E.10. The procedure for decoding a MCU (Figure E.10) repetitively calls the procedure for decoding a data unit. For DCT-based decoders the data unit is an 8 × 8 block of samples.

##### F.2.1.2    Procedure for decoding an 8 × 8 block data unit

In the sequential DCT-based decoding process, decoding an 8 × 8 block data unit consists of the following procedures:

       a)   decode DC coefficient for 8 × 8 block using the DC table destination specified in the scan header;

       b)   decode AC coefficients for 8 × 8 block using the AC table destination specified in the scan header;

       c)   dequantize using table destination specified in the frame header and calculate the inverse 8 × 8 DCT.

##### F.2.1.3    Decoding models for the sequential DCT procedures

Two decoding procedures are used, one for the DC coefficient $ZZ(0)$ and the other for the AC coefficients $ZZ(1)...ZZ(63)$. The coefficients are decoded in the order in which they occur in the zig-zag sequence order, starting with the DC coefficient. The coefficients are represented as two's complement integers.

JA470
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047529

ISO/IEC 10918-1 : 1993(E)

### F.2.1.3.1    Decoding model for DC coefficients

The decoded difference, DIFF, is added to PRED, the DC value from the most recently decoded $8 \times 8$ block from the same component. Thus ZZ(0) = PRED + DIFF.

At the beginning of the scan and at the beginning of each restart interval, the prediction for the DC coefficient is initialized to zero.

### F.2.1.3.2    Decoding model for AC coefficients

The AC coefficients are decoded in the order in which they occur in ZZ. When the EOB is decoded, all remaining coefficients in ZZ are initialized to zero.

### F.2.1.4    Dequantization of the quantized DCT coefficients

The dequantization of the quantized DCT coefficients as described in Annex A, is accomplished by multiplying each quantized coefficient value by the quantization table value for that coefficient. The decoder shall be able to use up to four quantization table destinations.

### F.2.1.5    Inverse DCT (IDCT)

The mathematical definition of the IDCT is given in A.3.3.

After computation of the IDCT, the signed output samples are level-shifted, as described in Annex A, converting the output to an unsigned representation. For 8-bit precision the level shift is performed by adding 128. For 12-bit precision the level shift is performed by adding 2 048. If necessary, the output samples shall be clamped to stay within the range appropriate for the precision (0 to 255 for 8-bit precision and 0 to 4 095 for 12-bit precision).

### F.2.2    Baseline Huffman Decoding procedures

The baseline decoding procedure is for 8-bit sample precision. The decoder shall be capable of using up to two DC and two AC Huffman tables within one scan.

### F.2.2.1    Huffman decoding of DC coefficients

The decoding procedure for the DC difference, DIFF, is:

$$T = DECODE$$

$$DIFF = RECEIVE(T)$$

$$DIFF = EXTEND(DIFF,T)$$

where DECODE is a procedure which returns the 8-bit value associated with the next Huffman code in the compressed image data (see F.2.2.3) and RECEIVE(T) is a procedure which places the next T bits of the serial bit string into the low order bits of DIFF, MSB first. If T is zero, DIFF is set to zero. EXTEND is a procedure which converts the partially decoded DIFF value of precision T to the full precision difference. EXTEND is shown in Figure F.12.

**104**    CCITT Rec. T.81 (1992 E)

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047530

ISO/IEC 10918-1 : 1993(E)



**Figure F.12 – Extending the sign bit of a decoded value in V**

**F.2.2.2    Decoding procedure for AC coefficients**

The decoding procedure for AC coefficients is shown in Figures F.13 and F.14.

JA472
CONFIDENTIAL BUSINESS INFORMATION      PHLPSKD_00047531

ISO/IEC 10918-1 : 1993(E)



Figure F.13 – Huffman decoding procedure for AC coefficients

JA473
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047532

ISO/IEC 10918-1 : 1993(E)



**Figure F.14 – Decoding a non-zero AC coefficient**

The decoding of the amplitude and sign of the non-zero coefficient is done in the procedure "Decode_ZZ(K)", shown in Figure F.14.

DECODE is a procedure which returns the value, RS, associated with the next Huffman code in the code stream (see F.2.2.3). The values SSSS and R are derived from RS. The value of SSSS is the four low order bits of the composite value and R contains the value of RRRR (the four high order bits of the composite value). The interpretation of these values is described in F.1.2.2. EXTEND is shown in Figure F.12.

### F.2.3    The DECODE procedure

The DECODE procedure decodes an 8-bit value which, for the DC coefficient, determines the difference magnitude category. For the AC coefficient this 8-bit value determines the zero run length and non-zero coefficient category.

Three tables, HUFFVAL, HUFFCODE, and HUFFSIZE, have been defined in Annex C. This particular implementation of DECODE makes use of the ordering of the Huffman codes in HUFFCODE according to both value and code size. Many other implementations of DECODE are possible.

> NOTE – The values in HUFFVAL are assigned to each code in HUFFCODE and HUFFSIZE in sequence. There are no ordering requirements for the values in HUFFVAL which have assigned codes of the same length.

The implementation of DECODE described in this subclause uses three tables, MINCODE, MAXCODE and VALPTR, to decode a pointer to the HUFFVAL table. MINCODE, MAXCODE and VALPTR each have 16 entries, one for each possible code size. MINCODE(I) contains the smallest code value for a given length I, MAXCODE(I) contains the largest code value for a given length I, and VALPTR(I) contains the index to the start of the list of values in HUFFVAL which are decoded by code words of length I. The values in MINCODE and MAXCODE are signed 16-bit integers; therefore, a value of $-1$ sets all of the bits.

The procedure for generating these tables is shown in Figure F.15. The procedure for DECODE is shown in Figure F.16. Note that the 8-bit "VALUE" is returned to the procedure which invokes DECODE.

JA474
CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047533

ISO/IEC 10918-1 : 1993(E)



Figure F.15 – Decoder table generation

JA475

CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047534

ISO/IEC 10918-1 : 1993(E)



Figure F.16 – Procedure for DECODE

JA476
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047535

ISO/IEC 10918-1 : 1993(E)

### F.2.2.4   The RECEIVE procedure

RECEIVE(SSSS) is a procedure which places the next SSSS bits of the entropy-coded segment into the low order bits of DIFF, MSB first. It calls NEXTBIT and it returns the value of DIFF to the calling procedure (see Figure F.17).



**Figure F.17 – Procedure for RECEIVE(SSSS)**

### F.2.2.5   The NEXTBIT procedure

NEXTBIT reads the next bit of compressed data and passes it to higher level routines. It also intercepts and removes stuff bytes and detects markers. NEXTBIT reads the bits of a byte starting with the MSB (see Figure F.18).

Before starting the decoding of a scan, and after processing a RST marker, CNT is cleared. The compressed data are read one byte at a time, using the procedure NEXTBYTE. Each time a byte, B, is read, CNT is set to 8.

The only valid marker which may occur within the Huffman coded data is the $RST_m$ marker. Other than the EOI or markers which may occur at or before the start of a scan, the only marker which can occur at the end of the scan is the DNL (define-number-of-lines).

Normally, the decoder will terminate the decoding at the end of the final restart interval before the terminating marker is intercepted. If the DNL marker is encountered, the current line count is set to the value specified by that marker. Since the DNL marker can only be used at the end of the first scan, the scan decode procedure must be terminated when it is encountered.

CONFIDENTIAL BUSINESS INFORMATION          PHLPSKD_00047536

ISO/IEC 10918-1 : 1993(E)



**Figure F.18 – Procedure for fetching the next bit of compressed data**

### F.2.3    Sequential DCT decoding process with 8-bit precision extended to four sets of Huffman tables

This process is identical to the Baseline decoding process described in F.2.2, with the exception that the decoder shall be capable of using up to four DC and four AC Huffman tables within one scan. Four DC and four AC Huffman tables is the maximum allowed by this Specification.

### F.2.4    Sequential DCT decoding process with arithmetic coding

This subclause describes the sequential DCT decoding process with arithmetic decoding.

The arithmetic decoding procedures for decoding binary decisions, initializing the statistical model, initializing the decoder, and resynchronizing the decoder are listed in Table D.4 of Annex D.

Some of the procedures in Table D.4 are used in the higher level control structure for scans and restart intervals described in F.2. At the beginning of scans and restart intervals, the probability estimates used in the arithmetic decoder are reset to the standard initial value as part of the Initdec procedure which restarts the arithmetic coder.

JA478
CONFIDENTIAL BUSINESS INFORMATION    PHLPSKD_00047537

ISO/IEC 10918-1 : 1993(E)

The statistical models defined in F.1.4.4 also apply to this decoding process.

The decoder shall be capable of using up to four DC and four AC conditioning tables and associated statistics areas within one scan.

### F.2.4.1    Arithmetic decoding of DC coefficients

The basic structure of the decision sequence for decoding a DC difference value, DIFF, is shown in Figure F.19. The equivalent structure for the encoder is found in Figure F.4.



Figure F.19 – Arithmetic decoding of DC difference

The context-indices used in the DC decoding procedures are defined in Table F.4 (see F.1.4.4.1.3).

The "Decode" procedure returns the value "D" of the binary decision. If the value is not zero, the sign and magnitude of the non-zero DIFF must be decoded by the procedure "Decode_V(S0)".

### F.2.4.2    Arithmetic Decoding of AC coefficients

The AC coefficients are decoded in the order that they occur in ZZ(1,...,63). The encoder procedure for the coding process is found in Figure F.5. Figure F.20 illustrates the decoding sequence.

112    CCITT Rec. T.81 (1992 E)

CONFIDENTIAL BUSINESS INFORMATION        PHLPSKD_00047538