

FIG. 20

KODAK_000095



FIG. 21
FIG. 23

READ/WRITE SEQUENCE

LOAD SHIFT REGISTER SEQUENCE

JA704

KODAK_000096

Case 1:06-cv-00251-GMS    Document 129-32    Filed 11/06/2007    Page 3 of 65



FIG. 7

KODAK_000097



FIG. 24

KODAK_000098



FIG. 25

KODAK_000099

FIG. 26



FIG. 27



NEXT BIT CLK

DATA

LATCH OUTPUT

PROM OUTPUT

LATCH

TERMINAL STATE BIT

SHIFT IN (LOAD FIFO)

FIG. 28

SHIFT OUT

FIFO OUT

ZERO CODE

NEXT COEFF CODE

JAM COUNTER

COUNT CLOCK

OVER FLOW

KODAK_000100



KODAK_000101

Case 1:06-cv-00251-GMS    Document 129-32    Filed 11/06/2007    Page 8 of 65



FIG. 30



JA710

KODAK_000102

RECEIVED

DEC 1 2 1988

GROUP 210

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application of                                    Atty. Docket
PETER VOGEL                                              PHD 86-327

Serial No.  096,177                      Group Art Unit 217

Filed: September 11, 1987                 Ex. B. Young

METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

AMENDMENT

Sir:

In response to the Office Action dated September 20,
1988, please amend the above-identified application as follows:

IN THE SPECIFICATION

Page 2,  lines 31 to 38, delete in their entirety, and
substitute the following:

--In the following embodiments, the
intermediate signal referred to results from the
transform coding of blocks of picture elements
(pixels).  The signal values of the intermediate
signal thus represent the transform coefficients.  As
stated above, the coefficient which occurs most
frequently in runs within the intermediate signal is
represented herein as having the signal value A.  In
the following embodiments, signal value A represents
the coefficient having the value of zero (referred to
hereinafter as the "zero-coefficient") because it
appears most frequently in runs after transform

1:dfu28022                      1

JA711

coding.  All coefficients not having a value of zero
will be referred to hereinafter as "non-zero
coefficients".

As used in the following description, a run
of zero coefficients and the non-zero coefficient
which immediately precedes or follows this run, is
referred to as an event.  Each non-zero coefficient
which is not preceded or followed by one or more zero
coefficients is also referred to as an event.
According to the invention these events are to be
coded.

It is to be noted that some events are more
likely to occur than others.  For example coefficients
having small values will occur more frequently than
coefficients having large values, and it is more
likely that a coefficient having a small value will be
preceded by a run of zero coefficients.

Page 3,  lines 1 through 9, delete in their entirety.

Page 4,  line 3,  delete "the probability of the event in which
three successive zeros";

lines 4 through 6, delete in their entirety and
substitute the following:

--If the probability of a coefficient having the value
2 occurring equals P1, and the probability of run of
three zero-coefficients occurring equals P2, and the
probability of the run of three zero-coefficients
occurring followed by a coefficient having the value

1:dfu28022                2

KODAK_000104



2, equals P3; probability P3 will not be equal to the
product of probabilities P1 and P2.--

### IN THE CLAIMS

Please cancel Claims 1 through 3 and amend Claims 4,
5, 7 and 9 as follows:

Claim 4, lines 1 and 2, change "1 characterized in that" to
--11 wherein--;
line 4,  delete "in that";
Claim 5, line 1,  change "1" to --12,--;
Claim 7, line 1,  change "6" to --12--;

Claim 9 (Amended)  A circuit arrangement [for performing the
method as claimed in Claim 1, characterized in that the binary
coded] for coding a signal comprising a run of zero
coefficients and a subsequent coefficient, wherein said
coefficients are applied with predetermined delays to the
address inputs of a memory (PROM) and to a first input (E1) of
a comparator circuit (K), in that a counter (Z) is provided
whose count is applied to further address inputs of the memory
(PROM) and to a second input (E2) of the comparator circuit
(K), in that the comparator circuit (K) supplies a counting
pulse to the counter (Z) from a first output (A1) if a zero
[value] coefficient is present at the first input (E1) and if
the count has not exceeded a value stored in a memory of the
comparator circuit (K) supplies a pulse from a second output
(A2) if the conditions for the supply of a counting pulse are

l:dfu28022                      3

JA713

KODAK_000105

not fulfilled, and in that the counter (Z) is reset by means of
the pulse at the second output (A2) of the comparator circuit
(K), and in that the codeword present at the outputs of the
memory (PROM) is transferred to an intermediate memory (FF).

Please add new Claims as follows:

Claim 11.— In a method of coding a signal for transmission at a
reduced bit rate, said signal comprising a plurality of
first coefficients having a value designated as signal value A
and occurring mostly in runs in said signal, and a plurality of
other coefficients having signal values which are not equal to
signal value A, characterized by the following steps:

a)  deriving from said signal, a plurality of events
each comprising a run of said first coefficients having a
respective run length, which is preceded or followed by at
least one other coefficient, and

b)  for each of said events, determining said
respective run length and assigning a code word to represent
said other coefficient and said run length.

Claim 12.  The method of claim 11, wherein said code words are
Huffman code words.

Claim 13.  A method for coding a signal for transmission at a
reduced bandwidth, comprising the steps of:

1:dfu28022                     4

JA714

KODAK_000106

a) transforming said signal into a sequence comprising zero coefficients occurring in runs and non-zero coefficients;

b) deriving from said sequence, a plurality of events each comprised of a run of zero coefficients having a respective run length, which is preceded or followed by at least one non-zero coefficient, and

c) for each of said events, determining the run length and assigning a code word to represent said run length and said non-zero coefficient.

Claim 9. The method of claim 8, comprising the additional steps of:

determining for each event, whether the run length of said run of zero coefficients exceeds a predetermined length and if so assigning the same code word to represent each said run length and respective non-zero coefficient.

Claim 10. The method of claim 8, comprising the additional steps of:

determining for each event, whether the non-zero coefficient exceeds a predetermined value and if so assigning the same code to represent said run length and said non-zero coefficient.

Claim 11. The method of claim 8, comprising the additional steps of:

determining whether the run length of each event exceeds a predetermined run length and if so, splitting said

1:dfu28022                    5

KODAK_000107

respective event into a plurality of sections so that each of said sections has a run length below said predetermined run length, and assigning a code word to each section.

Claim 17. An apparatus for coding a signal comprising a run of zero coefficients and a subsequent coefficient, said apparatus comprising:

    a) means for determining if the length of said run exceeds a predetermined length;

    b) splitting means coupled to said length determining means, for splitting a run which exceeds said predetermined length into a plurality of codable events; and

    c) coding means coupled to said splitting means for assigning a code word to represent each said codable event.

IN THE ABSTRACT

    Please delete the abstract and insert the following new one:

    A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded.

1:dfu28022        6

KODAK_000108

<u>REMARKS</u>

Reconsideration of the above referenced application is respectfully requested in light of the foregoing amendments to the specification and the claims and the remarks which follow.

Claims 1-3 have been cancelled and new claims 11-17 have been added.  Claims 4, 5, 7 and 9 have been amended herein.

In response to comments made by the Examiner regarding the Abstract of the Disclosure, the applicant has amended the application to replace the originally filed Abstract with a new version drafted in accordance with the Examiner's comments. The applicant respectfully submits that the Abstract is in proper form for allowance.

In the Office Action dated September 20, the Examiner rejected claims 1-10 under 35 U.S.C. 112, second paragraph. The applicant has cancelled claims 1-3 and has added new claims 11-17.  In addition, claims 4, 5, 7 and 9, have been amended accordingly.  Applicant respectfully submits that as amended herein claims 4-17 are patentable under 35 U.S.C. 112, second paragraph.

The Examiner also rejected claims 9 and 10 under 35 U.S.C. 112, fourth paragraph.  As amended herein claim 9 is now an independent claim and therefore both it and dependent claim 10 are patentable under 35 U.S.C. 112, fourth paragraph.

The Examiner rejected claim 1 under 35 U.S.C. 102(b) as being anticipated by Widergreen et al.  Although claim 1 has been cancelled, the applicant respectfully traverses this rejection.

1:dfu28022                                  7

KODAK_000109

Widergreen discloses the generation of a code word representative of the number of coefficients of a value zero in a run. Furthermore, in Widergreen, a run length start code is generated indicating that the subsequent code represents the length of a run of zero value coefficients. An end of block code is also generated indicating that the serialized 64 coefficients of a block of coefficients have been encoded. Widergreen, however, does not disclose the encoding of events comprising a run of zero value coefficients <u>and</u> the subsequent or preceding non-zero coefficient. Therefore, claims 4-17 are patentable under 35 U.S.C. 102(b) over Widergreen.

Applicant would like to bring to the Examiner's attention U.S. Patent No. 4,698,672 which may be material to the instant application. Applicant respectfully notes that the filing date of the '672 patent was October 27, 1986 and that the priority filing date of the instant application was prior to that date, September 13, 1986.

On the basis of the above amendments and remarks, reconsideration of this application and its early allowance are respectfully requested.

Respectfully submitted,

PETER VOGEL

By _____

Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicants
(914) 332-0222, Ext. 241
November 29, 1988

1:dfu28022                    8

KODAK_000110

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

In re Application of
PETER VOGEL

Serial No. 096,177

Filed: September 11, 1987

DEC 1 3 1988

GROUP 210

Atty. Docket
PHD 86-327

Group Art Unit  217

Examiner  B. Young

Title:  METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Enclosed is an amendment in the above-identified application.

[ X ]     No additional fee is required.

[   ]     The fee has been calculated as shown below.

| CLAIMS AS AMENDED | | | | | |
|---|---|---|---|---|---|
| | Claims remaining after amendment | Highest number previously paid for. | Number extra | Rate | Additional Fee |
| Total Claims | Minus   20 | 1= | | X $12 = | $ |
| Independent Claims | Minus    3 | 2= | | X $34 = | $ |
| Multiple Dependent Claims, if any.  If not previously paid, $110. | | | | | $ |
| Total Additional fee for this amendment = | | | | | $ |

1 If less than 20, enter 20.   2 If less than 3, enter 3.

Please charge any fees which may be required, except the issue fee, or credit any overpayment to Deposit Account No. 21-0630.

Michael E. Marion, Reg. 32,266
Associate Attorney for Applicants
914-332-0222  Ext. 241

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as FIRST CLASS MAIL in an envelope addressed to the COMMISSIONER OF PATENTS AND TRADEMARKS, Washington, D.C. 20231.

on  12/8/88
(Date of Mailing)

(Signature)

Rev. 06/86
Amdcov.frm (P36)

KODAK_000111



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/289,177 | 09/11/87 | VOGEL | PHD 881327 |

```
┌                                              ┐
  THOMAS A. BRIODY
  U.S. PHILIPS CORPORATION
  580 WHITE PLAINS ROAD
  TARRYTOWN, NEW YORK 10591
└                                              ┘
```

| EXAMINER |
|---|
| YOUNG,B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | 7 |

DATE MAILED: 03/06/89

This is a communication from the examiner in charge of your application.
**COMMISSIONER OF PATENTS AND TRADEMARKS**

☑ This application has been examined    ☑ Responsive to communication filed on _12/12/88_    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1-17_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☑ Claims _1-3_ have been cancelled.

3. ☑ Claims _9 and 10_ are allowed.

4. ☑ Claims _4-8 and 11-17_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7-82)                    EXAMINER'S ACTION

KODAK_000112

Serial No. 096,177                           -2-
Art Unit 217

Claims 4-8 and 11 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Newly added claim 11 recites "occurring mostly in runs", which is vague and indefinite.

Claim 11 also recites "first coefficients having a value designated as signal value A", however, this is very vague. The "first coefficient" is referred to throughout the specification as the "zero-coefficient", which, is much less confusing and more distinctly describes the invention. Further, the "other coefficients" recited in the claim should be referred to as the "non-zero coefficients", which, is also the term utilized in the specification.

Claims 4, 6, and 7 also recite the "signal value A", which, is vague. Further, as noted in the preceding Office action, claims 4-8 are "replete with indefinite and vaguely worded language". For example, claim 5 recites that "the advantages and drawbacks... are checked in a signal having the structure of equally long blocks", however, the definition of "advantages and drawbacks" is not mentioned. This is what is referred to as vague and indefinite. The applicant's response states that the claims "have been amended", however, changing the dependency did not correct the vagueness.

Claim 8 recites "Huffman code word" and "zero run", which, have no antecedent basis.

JA721

KODAK_000113

Serial No. 096,177                                      -3-

Art Unit 217


The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless-

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 11-17 are rejected under 35 U.S.C. 102(b) as being clearly anticipated by Fukuoka.

Newly added claims 11-17 recite a method/apparatus for coding a signal. Fukuoka disclose a method/apparatus for coding a signal, said signal comprising zeroes and non-zeroes, including assigning code words to the run length of the coefficients (zeroes and non-zeroes) (see abstract). Further, the broadly written claims merely recite the classical and extremely well known method of Huffman Coding (which is acknowledged in claim 12).

Claims 9 and 10 are allowable over the prior art of record.

Any inquiry concerning this communication should be directed to Brian K. Young at telephone number 703-557-8694.

Young/dc

2/28/89


WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

KODAK_000114

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

| FORM PTO-892<br>(REV. 9-78) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | SERIAL NO.<br>096177 | GROUP ART UNIT<br>217 | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | 7 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S)<br>Vogel | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 1 6 1 9 3 4 | 7/78 | Fukuoka | 341 | 63 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT<br>SHTS. \| PP.<br>DWG \|SPEC. |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER<br>B. K. Young | DATE<br>2/23/89 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

KODAK_000115

# United States Patent [19]

Fukuoka

[11]  4,101,934

[45]  Jul. 18, 1978

| | | | |
|---|---|---|---|
| 4,003,041 | 1/1977 | van Dauren | 178/68 |
| 4,020,282 | 4/1977 | Halpern | 178/68 |

[54]  CODING SYSTEM

[75]  Inventor:  Kenji Fukuoka, Fussa, Japan

[73]  Assignee:  Olympus Optical Co., Ltd., Tokyo, Japan

[21]  Appl. No.:  741,994

[22]  Filed:  Nov. 15, 1976

[30]  Foreign Application Priority Data

Nov. 17, 1975 [JP]  Japan ............... 50-137215

[51]  Int. Cl.² ............... H04N 1/40; H04N 7/12; G08B 1/08

[52]  U.S. Cl. ............... 358/261; 178/68; 340/347 DD

[58]  Field of Search ............... 358/261, 260; 178/68; 340/347 DD

[56]  References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,906,485 | 9/1975 | Hong | 178/68 |
| 3,935,379 | 1/1976 | Thornburg | 358/261 |

Primary Examiner—Howard W. Britton

Attorney, Agent, or Firm—Haseltine, Lake & Waters

[57]  ABSTRACT

A coding system for effecting band compression transmission of a binary signal such as a facsimile picture signal is disclosed. The coding system is characterized by converting each block of that binary coded m-ary digit which is associated with a length composed of a train of "0" of a binary signal into a code word having that order which corresponds to an original order of the m-ary digit which means the block in one of two groups and converting each block of that binary coded digit which is associated with a length composed of a train of "1" of said binary signal into a code word having that order which corresponds to the original order of the m-ary digit which means the block in another group.

3 Claims, 6 Drawing Figures

RL = 1234
= (1001101000)(12)

1  Variable Length Coding System

1001101000₁
0000000000 1001010001₁
10 bits          11 bits     "0"--- 16   21 bits
"1"--- 5

2  Split Coding System

White (0)
RL   00100001100100000010
10011101000 10    "0"--- 13   18 bits
"1"--- 5

Block (1)
RL   101 100 111 01 001 10
100111010010    "0"--- 7    18 bits
"1"--- 11

3  Coding System According to the Invention

White (0) RL   101 000 011 101 000 110
0100110100110     "0"--- 10   18 bits
"1"--- 8

Block (1) RL   010 111 100 010 111 001
010011101001110     "0"--- 8    18 bits
"1"--- 10

KODAK_000116

U.S. Patent       July 18, 1978      Sheet 1 of 6       **4,101,934**

## FIG. 1

RL = 1234

= (1001101001012)

**1  Variable Length Coding System**



0000000000 1001101001

⎸← 10 bits →⎸← 11 bits →⎸

"0"— 16    21 bits
"1"— 5

**2  Split Coding System**

White (0)
RL



001 001 001 001 001 0010

1 00 11 01 00 10

"0"—13    18 bits
"1"— 5

Black (1)
RL

101 100 111 01 100 10

1 00 11 01 00 10

"0"—7    18 bits
"1"—11

**3  Coding System According to the Invention**

White (0) RL

101 000 011 101 000 110

01 00 11 00 10

"0"—10    18 bits
"1"— 8

Black (1) RL

010 111 100 010 111 001

01 00 11 01 00 10

"0"—8    18 bits
"1"—10

JA725



FIG.2



KODAK_000118


Case 1:05-cv-00251-GMS    Document 129-32    Filed 11/06/2007    Page 25 of 65

*FIG. 3*



KODAK_000119



FIG.4

JA728

KODAK_000120





FIG.5

KODAK_000121



FIG.6

JA730

KODAK_000122

1
4,101,934
2

## CODING SYSTEM

### FIELD OF THE INVENTION

This invention relates to a coding system for effecting band compression transmission of a binary signal such as a facsimile picture signal.

### PRIOR ART

The band compression transmission of the facsimile

the transmission line with substantially the same compression ratio as that of the conventional run length coding system maintained.

Another object of the invention is to provide a coding system which can effect a positive-negative inversion of a received record picture by a mere polarity inversion of a transmission code.

The principle of various kinds of run length coding systems will now briefly be described with reference to the following Table I.

#### Table 1

| Natural binary digit | ① Variable length coding system | ② Split coding system | | ③ Coding system according to the invention | |
|---|---|---|---|---|---|
| | | White ("0") RL | Black ("1") RL | White ("0") RL | Black ("1") RL |
| 0 | | 000 | 100 | 000 | 111 |
| 1 | 10 | 001 | 101 | 100 | 010 |
| 10 | 11 | 010 | 110 | 110 | 100 |
| 11 | 010 | 011 | 111 | 011 | 100 |
| 100 | 011 | 001000 | 101100 | 100000 | 100011 |
| 101 | 00100 | 001001 | 101101 | 101010 | 010011 |
| 110 | 00101 | 001010 | 101110 | 101110 | 010010 |
| 111 | 00110 | 001011 | 101111 | 101100 | 010100 |
| 1000 | 00111 | 010000 | 110100 | 110000 | 010100 |
| 1001 | 0001000 | 010001 | 110101 | 110010 | 001110 |
| 1010 | 0001001 | 010010 | 110110 | 110110 | 001010 |
| 1011 | 0001010 | 010011 | 110111 | 100110 | 001010 |
| 1100 | 0001011 | 011000 | 111100 | 110100 | 001100 |
| 1101 | 0001100 | 011001 | 111101 | 100010 | 100111 |
| 1110 | 0001101 | 011010 | 111110 | 011010 | 100010 |
| 1111 | 0001111 | 011011 | 111111 | 011011 | 100100 |



picture signal has heretofore been eagerly desired for the purpose of reducing expensive circuit tariff and of speeding up information transmission. For this purpose, various kinds of coding systems have heretofore been proposed. These coding systems are mainly divided into the following five systems.

1. Run length coding system.
2. Information density conversion system.
3. Predictive coding system.
4. Multilevel transmission system.
5. Multiplex transmission system.

Among these systems, the run length coding system is relatively simple if compared with the other systems and has the advantage that band compression can be effected. The conventional run length coding system, however, has the disadvantage that there is a risk of the code error being occurred by the influence of direct current cut-off characteristics of the transmission line, and that the positive-negative inversion of a received record picture could not be effected by a mere polarity inversion of a transmission code.

### SUMMARY OF THE INVENTION

An object of the invention, therefore, to provide a coding system which belongs to a run length coding system, but can reliably be applied to a coding device in a relatively simple manner, which is not subjected to the influence of the direct current cut-off characteristics of

Referring to Table I, ① designates a conventional variable length coding system, ② a conventional split coding system and ③ one embodiment of the coding system according to the invention. All of these coding systems function to effect coding of a signal level of a binary signal such as a facsimile picture signal obtained by scanning an original picture, that is, a length composed of a series of black and white levels which is so-called run length which will hereinafter be abbreviated as RL.

The Table I shows RL codes of the coding systems ①, ② and ③. In each system, the RL codes are made longer than the natural binary digits to be able to separately be recognized to clearly show any two adjacent RL codes. If the RL code is of n given lengths, such problem of making clear the position between adjacent RL codes might be eliminated. In this case, however, the compression ratio becomes degraded.

In principle, a so-called compact code having a shortest average code length has been known as Shannon-Fano code or Huffman code. Such compact code, however, is not always suitable as codes which are applicable to coding system. On the one hand, as statistical property, the shorter RL is the higher probability is offered. As a result, if a shorter RL is represented by a

KODAK_000123

short code, it is possible to obtain a code which is substantially equal to the compact code.

In the conventional variable length coding system ①, each RL is coded irrespective of the original picture signal run represented by white or black. To a short RL 1 is allotted a specially short code "10" and to a short RL 2 is allotted a specially short code "11". When "0" is detected in the first bit, the second bit is decoded to a code "1" of 1 bit. When "1" is detected in the first bit, the second bit is decoded to a code "10" of 2 bits. RL larger than 3 is represented by a train of codes composed of "0" whose number is (n−1) bits which is smaller by 1 than the effective bit number n of a code representing the natural binary digit and a code (RL-1)/2 representing the natural binary digit having a value given by subtracting 1 from RL. For example, RL 10 is coded to "0001001" composed of three "0" which is smaller by 1 than the effective bit number 4 and a code "1001" representing the natural binary digit of a value 9 which is obtained by subtracting 1 from 10. RL may be decoded by obtaining a number n−1 of successive "0" from the top of a code to be decoded and by adding 1 to the natural binary digit composed of effective bits having n bits. In this coding system, RL having n bits represented by the natural binary digit is coded to (2n−1) bits or (2n−3) bits. Black RL is discriminated from white RL by inserting a flag bit representing black or white RL of the original picture into the synchronizing signal to determine whether the first RL code following thereto in a train of received RL codes is black or white.

The following successive RL codes are discriminated such that these successive RL codes are black when the RL code preceding thereto is white and that these successive RL codes are white when the RL codes preceding thereto is black.

In the conventional split coding system ② shown in the Table I, the natural binary digit RL (2) is split from its lower position into a given bit number of blocks. When the number in the block at the uppermost position is smaller than a given number of bits, "0" whose number is equal to the insufficient number is added as a dummy to the upper position. In the example shown in the Table I, a block is composed of 2 bits. When RL represents white, "0" is added as a flag bit to each block, and when RL represents black, "1" is added as a flag bit to each block. The white RL 9, for example, is coded into "010001" by splitting the natural binary digit "1001" from the lower position into two blocks "10" and "01", adding white flag bit "0" to each of these blocks "10" and "01" to obtain "010" and "001", respectively, and then coding them into "010001". The black RL 9 may be coded to "110101" in the same manner.

In the case of decoding, the received signal is split into blocks each including bits which are obtained by adding 1 bit as a flag bit to a given bit number of the above mentioned block (3 bits in the example shown in the Table I). The flag bit in each block is so examined that a series of blocks whose flag bit has a same value are assembled. RL is represented by those natural binary digit values which are remained when each flag bit is removed from the blocks. The flag bit functions to represent white or black. In the split coding system ②, RL code of n bits represented by the natural binary digit is coded into n(K+1)/K bits (decimal portion is counted as one bit) where K is a bit representing a block.

The invention will now be described with reference to its ability of eliminating the influence of the direct current cut-off characteristics of the transmission line with substantially the same compression ratio as that of the conventional run length coding system and its ability of effecting a positive-negative inversion of a received record picture by a polarity inversion of a transmission code.

In the conventional variable length coding system ①, "0" is intentionally continued in succession, so that it is clear that this coding system includes a plenty of direct current components or low frequency band components. As a result, the conventional variable length coding system ① is not suitable for a transmission line having a direct current cut-off characteristics. In addition, the conventional variable length coding system ① has levels which are the same with each other and continues for a long duration, so that there is a risk of synchronization of bits being degraded in timing.

On the contrary, the split coding system ② has same continuous levels which are relatively short in length, so that the synchronization of bits is effected in good timing and hence such ability is superior to that of the variable length coding system ①. In the split coding system ② however, "0" is added as a flag bit to the white RL and "1" is added as a flag bit to the black RL, so that the white code has a plenty of "0" and the black code has a plenty of "1". As a result, the converted code includes a low frequency band component with a period of changing from black to white and vice versa, so that if an original picture signal having a plenty of white or black is coded, a considerably large amount of direct current component is produced. Thus, there is a risk of fidelity of a information transmission being degraded in a transmission line having a direct current cut-off characteristics.

In addition, in both the variable length coding system ① and the split coding system ② if the signal polarity of the transmission code is inverted, the meaning of the code becomes entirely different one and hence the picture image becomes meaningless.

On the contrary, the coding system according to the invention ③ is capable of improving the above mentioned direct current cut-off characteristics of the transmission line and effecting positive-negative inversion of the received record picture by merely inverting the signal polarity of the transmission code.

The principle of the coding system according to the invention ③ will now be described. In order to make the code strong against the direct current cut-off characteristics of the transmission line, use is made of a train of codes per se which do not include a direct current component nor a low frequency band component. For this purpose, in the coding system according to the invention ③ in the case of coding RL, if the white RL and the black RL are alternately present, the frequency of appearance of "0" and "1" constituting these white and black RL is made equal with each other. In addition, even when the white RL code only is produced in succession or the black RL code only is produced in succession, the frequency of appearance of "0" and "1" is made equal with each other.

The use of such measures ensures elimination of the direct current component and reduction of the low frequency band component.

In accordance with the invention, the following coding process is effected for the purpose of attaining the above mentioned object. At first, white and black RL to

KODAK_000124

5                                                      6

4,101,934

be coded is represented by a binary coded m-ary digit. This m-ary digit is divided from its lower position into blocks each composed of $n$ bits, that is, block units. If the block at the uppermost position is smaller than $n$ bits, "0" which is equal to the shortage of bits is added as dummy to the upper position.

That is, in the coding system according to the invention③ shown in the Table I, $m$ is 4 (quaternary) and $n$ is 2 bits. Each block thus obtained is converted into a code word which corresponds to 0, 1, . . . , $m$—1 of the m-ary digits. In this case, as these codes $m$ of white pel and $m$ of black pel, and hence $2m$ are required. Pel is an abreviation of a picture element.

As a result, these code words are required to be constituted by cord words composed of at least $n+1$ bits. If use is made of a given length of code word for the purpose of discriminating adjacent positions of code words from each other, the length of the code word is required to be longer than $(n+1)$ bits. As a result, it is clear that $2m$ codes can be selected without overlapping from a original set composed of code words each having a given length of longer than $l(\equiv n+1)$ bit, and that these $2m$ codes can be converted into m-ary digit which can be taken by each block in correspondence with white and black, whereby code words can be discriminated from each other and hence can be decoded.

In order to obtain the object of the invention, it is necessary not only to effect any corresponding conversion, but also to satisfy the following conditions. That is, one original set of m-ary code words given to a block representing a white RL is made a first group and another original set of m-ary code words given to a block representing a black RL is made a second group. In this case, in each group, the number of "0" constituting all of the code words belonging to each group is brought into agreement with the number of "1". As a result, even when code words representing white, for example, are continued or even when code words representing black pel are continued, the probability of frequency of appearance of "0" becomes the same as that of "1". Thus, it is possible to substantially suppress the direct current component which is the cause of the influence of the direct current cut-off characteristics of the transmission line and eliminate the low frequency band component. In the coding system according to the invention ③ in which RL is represented by binary coded quaternary digit, the number of bits is made 2 and use is made of a code word composed of 3 bits, 4 code words "000", "101", "110" and "011" are selected as the first group of code words which correspond to the original element of the quaternary digit 0, 1, 2 and 3 of the white block and 4 code words "111", "010", "001" and "100" are selected as the second group of code words which correspond to the original element of quaternary digit 0, 1, 2 and 3 such that the number of "0" constituting the code words belonging to the first group and the number of "1" constituting the code words belonging to the second group are equal to 6, respectively.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described in greater detail with reference to the accompanying drawings, wherein:

FIG. 1 is a diagram illustrating a train of codes obtained by two conventional coding systems and the coding system according to the invention in the case of RL=1234;

FIGS. 2, 3 and 4 are block diagrams showing three embodiments of a coding device for carrying out the coding system according to the invention; and

FIGS. 5 and 6 are block diagrams showing two embodiments of a decoding device for decoding the codes obtained by the coding system according to the invention.

DETAILED DESCRIPTION

The conventional variable length coding system① and the conventional split coding system② will now be compared with the coding system according to the invention③ in the case of coding RL of 1234, that is, a natural binary digit "10011010010", for example, into a series of codes.

As shown in FIG. 1, in the variable length coding system① the natural binary digit is converted into 24 bit code composed of 0 of 10 bits which is smaller 1 than the effective bit number 11 and added to the top of a natural binary digit "10011010001" which is smaller 1 than RL 1234. As a result, the number of "0" becomes 16 and the number of "1" becomes 5 and these numbers of "0" and "1" are extremely unbalanced. In addition, 10 bits of "0" are concentrated into one position, so that irregular synchronization of bits might occur.

In the split coding system② shown in FIG. 1, the binary bits of RL 1234 is divided from its lower position into 6 blocks each including 2 bits. When RL 1234 is white, a flag bit of "0" is added to each block to obtain 18 bits. When RL 1234 is black, a flag bit of "1" is added to each block to obtain 18 bits. Thus, the binary bits of RL 1234 are coded into a code of 18 bits. When the RL 1234 represents white pel ("0"), the number of "0" becomes 13 and the number of "1" becomes 5. When the RL 1234 represents black ("1"), the number of "0" becomes 7 and the number of "1" becomes 11. Thus, the split coding system② also causes unbalance.

On the contrary, in the coding system according to the invention③ shown in FIG. 1, the binary bits of RL 1234 as the binary coded quaternary bit is divided from its lower position into 6 blocks each including 2 bits. When the RL 1234 is white, these 6 blocks are converted into code words which correspond to a first group of bits shown in the column③ in Table I. When the RL 1234 is black, these 6 blocks are converted into code words which correspond to a second group of bits shown in the column③ in Table I. As a result, when the RL 1234 represents white, the number of "0" becomes 10 bits and the number of "1" becomes 8 bits and when the RL 1234 represents black, the number of "0" becomes 8 and the number of "1" becomes 10. As seen from the above comparison, the balance between the number of "0" and the number of "1" in the coding system according to the invention③ is far superior to those in the conventional coding systems① and②. The unbalanced component in the coding system according to the invention③ is generally continuously present in front of and in the rear of the other RL code, so that the unbalanced component appears as the low frequency band component in a spectrum of the transmission code signal.

As to the direct current component in the coding system according to the invention③ since the same number of "0" and "1" is allotted to the code, the probability of appearance of "0" and "1" for a sufficiently long series of codes is equal with each other. As a result, the direct current component is also suppressed. In the split coding system② the code for that part of an origi-

KODAK_000125

7

4,101,934

8

nal picture which includes a plenty of white pels is concentrated into "0" and the code for that part of the original picture which includes a plenty of blacks pels is concentrated into "1". As a result, the split coding system ② can not sufficiently suppress the direct current component or a very low frequency component. On the contrary, the coding system according to the invention ③ is capable of suppressing the direct current component of the original picture even when it contains a plenty of white pels or black pels.

In addition, in the coding system according to the invention ③ shown in the Table I, the code word belonging to the first group representing the white RL and the code word belonging to the second group representing the black RL, both the cord words meaning the same RL, are complementary with each other, that is, "0" belonging to the first group is replaced by "1" belonging to the second group and vice versa. As a result, it is possible to effect positive-negative inversion of the received reproduced picture by the signal polarity inversion of the transmission code.

The coding system according to the invention ③ shown in the Table I is of binary coded quaternary digit, i.e. $l=3$, $m=4$, $n=2$.

Another embodiments of the coding system according to the invention will now be described with reference to the following Table II.

**Table II**

| RL | ④ $l=4, m=4, n=2$ | | | ⑤ $l=4, m=3, n=2$ | | |
|---|---|---|---|---|---|---|
| | Binary coded quaternary digit | White ("0") RL | Black ("1") RL | Binary coded ternary digit | White ("0") RL | Black ("1") RL |
| 0 | 00 | 1001 | 0110 | 00 | 1001 | 0110 |
| 1 | 01 | 0101 | 1010 | 01 | 0101 | 1010 |
| 2 | 10 | 0011 | 1100 | 10 | 0011 | 1100 |
| 3 | 11 | 0001 | 1110 | 0100 | 10011001 | 10100110 |
| 4 | | 01011001 | 10100110 | 0101 | 01010101 | 10101010 |
| 5 | | 01010101 | 10101010 | 0110 | 01010011 | 10101100 |
| 6 | | 01010011 | 10101100 | 1000 | | |
| 7 | | 0111 | 01010001 | 10101110 | | |
| 8 | 1000 | | | | | |

In another embodiment of the coding system according to the invention ④ shown in Table II, the original set of the code words is made large by giving $m=4$, and $n$ being remained the same as in the previous embodiment by giving $m=4$ and $n=2$. In the present embodiment, [1001], [0101], [0011] and [0001] for the white RL and [0110], [1010], [1100] and [1110] for the black RL are selected from a original set of code words each including 4 bits with respect to the original elements [00], [01], [10] and [11] of the binary quaternary digit which represents RL, respectively, and each block is converted in correspondence with the above selected code words. In the present embodiment, the code words selected from the original set of the 4 bits code words include the number of "0" which is equal to the number of "1" except the code words "0001" given for the white "11" and "1110" given for the black "11". As a result, the code words contain substantially no direct current component. Thus, the present embodiment en-

sures a more sufficient suppression of the direct current component or the low frequency band component if compared with that of the previous embodiment ③ shown in the Table I.

In a further embodiment of the coding system according to the invention ⑤ shown in the Table II, $l=4$, $m=3$ and $n=2$ and RL code is represented by binary coded ternary digit. In the present embodiment, [1001], [0101] and [0011] for the white RL and [0110], [1010] and [1100] for the black RL are selected from the original set of code words each including 4 bits on the basis of original elements [00], [01] and [10] of the binary coded ternary digit which represents RL, respectively. As a result, it is possible to allot those code words only which do not completely include the direct current component for all of the blocks. However, in the present embodiment, the compression ratio becomes degraded.

In the above described embodiments of the coding system according to the invention, each constant $l$, $m$ and $n$ is not limited to the above value, and various values of positive integer may be given to these constants.

The invention will now be described with reference to a concrete construction of a device for carrying out the coding system according to the invention.

In FIG. 2 is shown one embodiment of the device for carrying out the coding system according to the invention. A binary signal V representing white and black to be coded is supplied from an input terminal 1 to a controller 2 which delivers a count up pulse CU to a run length counter 3 during a period of a white run length or a black run length of the binary signal V. When a changing point between white and black is detected by the controller 2, a load signal LO is supplied from the controller 2 to a shift register 4 to which the content RL of the run length counter 3 is also transferred. Then, the run length counter 3 becomes cleared by a clear pulse CL supplied from the controller 2 to continue its counting operation in succession. A shift pulse SH supplied from the controller 2 to the shift register 4 causes the content RL of the run length counter 3 transferred to the shift register 4 to shift $n$ bits toward the most significant bit side (MSB side) at a block (in FIG. 2, $n=2$). The shift register 4 delivers the $n$ bits at a block from its MSB side to a code converter 5 to which is also supplied from the controller 2 a black and white information B/W associated with the block concerned. In the code converter 5, each block is converted into a corresponding code word of white or black in accordance with a code conversion Table I, column ③ Table II, column ④ or column ⑤ and these code words are delivered to a parallel-serial converter 6. Such code conversion may be carried out by a well known transistor transistor logic gate (TTL gate), programmable logic array (PLA), etc. The parallel-serial converter 6 functions to change the code data in successive blocks thus converted into code from parallel to serial and the serial code data in successive blocks Vo is delivered to an output terminal 8.

In the case of changing the code data in successive blocks from parallel to serial while converting codes $n$ bits by $n$ bits from the upper bit of the content RL of the run length counter 3, the RL data of the block of $n$ bits supplied from the shift register 4 to the input terminal of the code converter 5 is also supplied to a zero detector 7 which functions to supervise the RL data of the block

KODAK_000126

9
4,101,934
10

of n bits such that an upper redundant data which corresponds to "0" is disregarded without changing it to a serial data. When the zero detector 7 detects a non-zero significant data of n bits, the zero detector 7 delivers an output Z to the parallel-serial converter 6 so as to start its operation. When the coding operation of the content RL of the run length counter 3, that is, the content of the shift register 4 is terminated, the controller 2 delivers a stop signal HA to the parallel-serial converter 6. As a result, the parallel-serial converter 6 becomes stopped and ready for arrival of the significant RL data.

In the similar manner, the successive contents RL of the run length counter 3 will be coded. In this way, at an output terminal 8 of the parallel-serial converter 6 is obtained a coded output Vo of the binary signal V supplied to the input terminal 1 of the controller 2.

In the above described embodiment shown in FIG. 2, the RL data of the run length counter 3 is supplied to one code converter 5 in succession at every block including n bits from MSB side and coded in succession.

In FIG. 3 is shown another embodiment of the device for carrying out the coding system according to the invention. In the present embodiment, the RL data of the run length counter 3 is divided into blocks each including n bits from the least significant side (the LSB side) and all these blocks are supplied to a plurality of code converters 5, 5, 5 . . . by which the RL data is coded. In FIGS. 2 and 3, the same reference numerals and symbols designate the same elements and signals. In the same manner as in the embodiment shown in FIG. 2, the binary signal V representing white and black is supplied from an input terminal 1 to the controller 2.

The run length counter 3 functions to count the white run length or the black run length of the binary signal V. After termination of the count of run length, the content RL of the run length counter 3 is transferred from the LSB side to that code converter 5 which corresponds to each of blocks including n bits. At the same time, to each of these code converters 5 is supplied the black and white information B/W.

The same code conversion as in the previous embodiment shown in FIG. 2 is effected in each of the code converters 5 which corresponds to each block and the code data thus obtained is loaded to the shift register 4. The code data loaded to the shift register 4 is shifted from the LSB side to the output terminal 8 to obtain the coded output Vo. In this case, "0" is supplemented from the MSB side. After the termination of shift of the significant portions, all of the parallel outputs from the shift register 4 become "0" which is detected by the zero detector 7. Then, the zero detector 7 delivers the output signal Z to the controller 2 so as to stop the coding operation of the RL data after the code data of the final significant block has been delivered. The coding operations will be continued in the similar manner.

In FIG. 4 is shown a further embodiment of the device for carrying out the coding system according to the invention. In FIGS. 2, 3 and 4, the same reference numerals and symbols designate the same elements and signals. In the embodiment shown in FIG. 3, the data of each block are converted in parallel and at the same time into codes. On the contrary, in the embodiment shown in FIG. 4, the RL data is loaded to the shift register 4 which functions to shift as a block unit from the LSB side to the code converter 5. The code converter 5 effects code conversion in succession. In the present embodiment, the code data thus obtained are accumulated in the form of words in a buffer memory 9

whose output is supplied to the parallel-serial converter 6 and converted into the serial data. The coding operation with respect to one RL data is terminated in the same manner as in the embodiment shown in FIG. 3.

In FIG. 5 is shown one embodiment of a decoding device for decoding the codes obtained by the coding system according to the invention. The code data Vo arrived as the serial data at an input terminal 10 are supplied to a serial-parallel converter 11 which functions to convert the serial data into a parallel data with a code word having a given length which is then accumulated in the form of word in a buffer memory 12. The content of the buffer memory 12 is inverted into word unit, that is, block unit by a code converter 13 which functions to discriminate white from black and vice versa so as to supply the data on the block which constitutes the same RL as n bit portions of binary coded m-ary digit to a shift register 14 and shift it to the MSB side.

In the embodiment shown in FIG. 5, the RL data is assumed to be transmitted in succession from the MSB side. When inversion of white and black is discriminated and detected by the code converter 13, a load signal LO is delivered from a controller 15 to a run length counter 16. The load signal LO causes the RL data decoded in the shift register 14 to be loaded to the run length counter 16. Then, the clear pulse CL is delivered from the controller 15 to the shift register 14 to clear it. As a result, the decoding operation of one of the RL data is terminated and then the inversion of the next RL data is effected.

The run length counter 16 serves to continuously count down a count down pulse CD supplied from the controller 15 until a zero detector 17 functions to detect that all of the contents of the run length counter 16 become "0". During this time, the level corresponding to the inversion output relating to white and black is delivered from the code converter 13 is maintained, whereby the black and white RL signal V is reproduced at an output terminal 18. Then, the above described steps are repeated and the code data Vo becomes completely decoded to the RL signal V.

In FIG. 6 is shown another embodiment of the decoding device for decoding the codes obtained by the coding system according to the invention. In the present embodiment, the RL data Vo is assumed to be transmitted in succession from the LSB side. The code data Vo arrived as the serial data at the input terminal 10 are supplied to the serial-parallel converter 11 which functions to convert the serial data into the parallel data in the form of word unit which is then accumulated in the buffer memory 12. The content of the buffer memory 12 is inverted in word unit, that is, block unit by the code converter 13 and then supplied to the shift register 14. If this data contains an initial white or black RL data, that is, LSB, the controller 15 causes this data to be loaded to the run length counter 16 and the shift register 14 becomes cleared.

Let the RL value to be received be RL=1234, that is, a binary digit of "10011010010". The initial received data is "10", so that this information per se means RL=2. As a result, this data loaded in the run length counter 16 is converted into a time information of the black and white data by the count down method in the same manner as described with reference to the embodiment shown in FIG. 5. After termination of the data processing of the first block, "1" is added to and memorized in a counter 19 provided in the controller 15.

KODAK_000127

11

4,101,934

12

The data of the next block read out from the buffer memory 12 is treated in the same manner and "00" as the RL of the second block is loaded to the shift register 14. This data is the second data in the content of the counter 19 provided in the controller 15 and means "0000" by taking the effective number of digits in practice into consideration. As a result, the controller 15 functions to shift $n = 2$ bits for one block toward the MSB side and "0000" is loaded to the run length counter 16. The zero detector 17 functions to deliver its output, so that the count down is not effected. After termination of the treatment of the second block, "1" is added to the counter 19 provided in the controller 15. In the same steps as described above, RL data "01" of the next block is prepared in the shift register 14 and the content "2" of the counter 19 provided in the controller 15 causes shift of two blocks.

As a result, the real RL value "010000" thus converted is loaded to the run length counter 16. Then, the run length counter 16 is counted down by the two blocks and functions to add the time information of the black and white data.

As described above, the RL is decoded as the time information. When the black and white are inverted, the code converter 13 functions to deliver an output to the controller 15 and the counter 19 provided in the controller 15 is cleared. Thus, the next RL is decoded.

It is a matter of course that alternations and modifications may be made to the above described two decoding devices.

What is claimed is:

1. A coding method comprising forming an assembly of code words prepared by converting a length composed of a train of "0" and a length composed of a train of "1" into a binary coded m-ary digit composed of $m$ its original elements each represented by a binary code including $n$ bits, said "0" and "1" being a binary signal of facsimile to be coded, dividing said binary coded m-ary digit code into blocks each including $n$ bits, said blocks each including an original unit, selecting $2m$ code words without permitting any overlap thereof from an original set of binary code words having a given length of at least $n+1$ bits, dividing said $2m$ code words into two groups each including $m$ code words, bringing the number of "0" constituting all of the code words belonging to each group into agreement with the number of "1" thereof, and arranging in order each of the code words belonging to each group, said coding method further comprising converting each block of that binary coded m-ary digit which is associated with said length composed of a train of "0" of said binary signal into a code word having that order which corresponds to the original order of the m-ary digit which means said block in one of said groups and converting each block of that binary coded m-ary digit which is associated with said length composed of a train of "1" of said binary signal into a code word having that order which corresponds to said original order of the m-ary digit which means said block in another group.

2. A coding method as claimed in claim 1, wherein those code words which are in the same order in said two groups are complementary with each other.

3. A coding method as claimed in claim 1, wherein a coded binary signal is decoded by converting inversely each code word of said binary signal to obtain a block composed of information representing a group to which belongs said code word and said binary coded m-ary digit which corresponds to the order of said code word, making continuous each block thus obtained for the same group on the basis of that information which represents said group this converting into a binary coded m-ary digit code which represents a length composed of a train of "0" or a length composed of a train of "1" and converting that numerical value which represents said binary coded m-ary digit code into said length composed of a train of "0" or said length composed of a train of "1".

* * * * *

KODAK_000128



RECEIVED

JUN 1 2 1989

GROUP 210

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

PETER VOGEL

Serial No. 07/096,177

Filed: September 11, 1987

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Atty. Docket

PHD 86-327

Group Art Unit 217

Ex. B. Young

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

<u>AMENDMENT</u>

Sir:

Applicant respectfully requests reconsideration of the
above-referenced application in view of the following
amendment:

<u>IN THE SPECIFICATION</u>

Page 1, line 15, change "part" to --number--;

line 16, change "part" to --number--; change "is" to
--are--;

line 27, change "it is investigated at what" to
--the--; after "frequency" insert --with
which--;

line 28, after "signal" insert --is investigated--;

Page 2, line 2, change "(quantied)" to --(quantized)--;

line 15, change "solved in that" to --achieved by
assigning--; delete "is" (last occurrence);

line 16, delete "assigned"; change "signal values A"
to --signals having the value A," where A

06/14/89   094497                21-0450  010  102        22.00CH

LGBA31021                                1

KODAK_000129



C¹ canc'ld

equals for example, zero, and--; change "the"
to --a--;

(amended twice) line 39, delete "represents";
line 40, delete "the coefficient having the value of"
and substitute therefor --equals zero or
approximately zero--;

C 2

Page 3, line 14, change "(quantised)" to --(quantized)--;
Page 8, line 32, change "addres" to --address--.

IN THE CLAIMS

Cancel claims 4 and 5 without prejudice, amend claims
6, 7, 8 and 11 and add new claim 18:

Claim 6, line 1, change "5" to --12--;
line 2, delete "checked";
line 3, change "signal values A" to
--zero-coefficients--;
line 4, change "signal value" to
--non-zero-coefficient--.

Claim 7, line 4, delete "and in that the signal value A is the
zero value,";
line 7, change "signal value" to --non-zero
coefficient--;

C³ canc'ld

7. (twice amended) A method as claimed in Claim [4] 12,
characterized in that the [Hufmann] Huffman codeword is
independent of the sign of that non-zero coefficient which

LGBA31021                                    2

KODAK_000130

C 3
coned

succeeds or precedes the [zero] run of zero-coefficients and in
that the sign is coded by a separate bit.

C 4

~~11.~~  (amended) In a method of coding a signal comprising a
sequence of coefficients which results after a blockwise
transform of pixels of a video signal with subsequent
quantization, for transmission at a reduced bit rate, said
signal comprising a plurality of zero [first] coefficients
[having a value designated as signal value A and occurring
mostly in runs in said signal], and a plurality of [other]
non-zero coefficients [having signal·values which are not equal
to signal value A, characterized by] said method comprising the
[following] steps of:

    a)  deriving from said signal, a plurality of events
each comprising a run of said [first] zero- coefficients having
a respective run length[, which is] and preceded or followed by
at least one [other] non-zero coefficient, and

    b)  for each of said events, determining said
respective run length and assigning a code word to represent
said [other] non-zero coefficient·and said run length.

C 5
creted

~~16.~~      In a method of coding a signal comprising a sequence
of coefficients which results after a blockwise transform of
pixels of a video signal with subsequent quantization, for
transmission at a reduced bit rate, said signal comprising a
plurality of first coefficients having a signal value A and
occurring in runs most frequently in said signal, and a

LGBA31021                    3

JA739

KODAK_000131

plurality of second coefficients having values not equal to A, said method comprising the steps of:

a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run length.

## REMARKS

Applicant respectfully requests reconsideration of the above-referenced application in view of the amendments herein and the remarks which follow.

In the Office Action dated March 6, 1989 the Examiner rejected claims 4-8 and 11 under 35 U.S.C. 112, second paragraph. Claims 4 and 5 have been cancelled herein and claims 6, 7, 8 and 11 have been amended herein to address the Examiner's remarks. In particular, references to "first coefficient" and "other coefficients" have been replaced by "zero-coefficient" and "non-zero coefficient" respectively. However, new claim 18 has been added which restates claim 11 in terms of "coefficients having a signal value A". As stated in the specification as amended previously on December 8, 1988 and as originally filed, the invention comprises the possibility that the value which occurs most frequently in the signal can be a value other than zero. Hence, reference to a value A. In the examples shown herein that value was zero, however, the

LGBA31021                                        4

KODAK_000132

Applicant respectfully wishes to make it clear that the invention also comprises the situation where this value is other than zero. Claim 8 has been amended herein to remove the lack of antecedent basis referred to by the Examiner.

Applicant submits therefore, that claims 6, 7, 8 and 11 are patentable under 35 U.S.C. 112, second paragraph.

The Examiner rejected claims 11-17 under 35 U.S.C. 102(b) over Fukuoka. The Applicant respectfully traverses the Examiner's rejection. The Fukuoka patent discloses a plurality of binary run length coding methods (one and zeros). In each of these methods, a run is defined as a series of equal elements, for instance a run of "zero" elements may consist of one, two, or three, or even 100 zeros. Similarly run of "one" elements may consist of one or 2 or three, etc. ones. All of these methods are more or less modifications of the run length Huffman coding method. In the instant invention, the coefficients are not limited to either ones or zeros, i.e. they are not merely binary. They can have any one of the values zero, one, two, three and up to, for example, 256 if eight bits are used to code them. As specifically described in the claims, for example claim 11, the method comprises the step of deriving from said signal a plurality of events each comprising not only a run of zero coefficients but a run of zero coefficients having a respective run length which is preceded or followed by at least one non-zero coefficient. In other words, we define events, and an event is constituted for example, by a run of zero coefficients and the subsequent or preceding non-zero coefficient. Consider an event 000000C

LGBA31021                      5

KODAK_000133

where each zero indicates a zero coefficient and the "C"
indicates a non-zero coefficient.  According to the teachings
of Fukuoka there would be assigned a code word to the run of
six zeros and a further codeword to the non-zero coefficient.
However, in accordance with the instant invention, there is
assigned only one codeword to the entire event.  This codeword
depends on the number of zero coefficients (in this case six)
and the value of the non-zero coefficient.  Different codewords
are assigned to events having the same number of zero
coefficients but different values of the non-zero coefficient.

As discussed above, claim 11 has been amended to
describe the coefficients in terms of zero coefficient and
non-zero coefficient, however the arguments with regard to
Fukuoka are equally valid for new claim 18 which maintains the
"signal value A" language.

It is therefore respectfully submitted that claims
11-18 are patentable over Fukuoka under 35 U.S.C. 102(b).

The Examiner has already stated the claims 9 and 10
are allowable over the prior art and therefore allowance of
claims 6-18 is respectfully requested.

Respectfully submitted,

PETER VOGEL

By [signature]
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 241
June 2, 1989

LGBA31021                          6

JA742

KODAK_000134



#82

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

In re Application of                          Atty. Docket

PETER VOGEL                          PHD 86-327    JUN 19 1989

Serial No. 096,177                  Group Art Unit 217    GROUP 210

Filed: September 11, 1987          Ex. B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

LETTER

Sir:

Pursuant to the duty of disclosure set forth in 37 CFR
1.56, applicant calls to the attention of the Patent and
Trademark Office an official document issued abroad in
reference to a corresponding foreign application.  A copy of
such document is enclosed.

The enclosed document is being called to the attention
of the Patent and Trademark Office solely to comply with the
duty of disclosure set forth in 37 CFR 1.56 and is not in any
way intended to be construed as an admission by the
applicant(s) that any of the documents listed is material to
the present application.

Respectfully submitted,

By _____
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicants
(914) 332-0222, Ext. 241

Rev. 2/89
priorart.frm (P48)

JA743

KODAK_000135

| EUROPÄISCHES PATENTAMT Zweigstelle in Den Haag Recherchenabteilung | EUROPEAN PATENT OFFICE Branch at The Hague Search Division | OFFICE EUROPEEN DES BREVETS Département à La Haye Division de la recherche | ✉ P.B. Patentlaan 2 2280 HV RIJSWIJK (ZH) Pays-Bas / Netherlands / Niederlande Telex 31651 ☎ (070) 40 20 40 BBEVPATENT |

Philips Patentverwaltung
2L....
am 2 2 MAI 1989
Frist:

**29 MEI 1989**

Peuckert, Hermann, Dipl.-Ing.
Philips Patentverwaltung GmbH
Wendenstrasse 35
Postfach 10 51 49
D-2000 Hamburg 1
REPUBLIQUE FEDERALE D'ALLEMAGNE

| Datum/Date 18.05.89 |

| Zeichen/Ref/Réf PHD 86 327 EP | Anmeldung Nr./Application No./Demande n°//Patent Nr./Patent No./Brevet n° 87201717.3- |
| Anmelder/Applicant/Demandeur/Patentinhaber/Proprietor/Titulaire Philips Patentverwaltung GmbH, et al | |

## MITTEILUNG

Das Europäische Patentamt übermittelt hiermit

☑ den europäischen Recherchenbericht

☐ die Erklärung nach Regel 45 des Europäischen Patentübereinkommens

☐ den europäischen Teilrecherchenbericht nach Regel 45 des Europäischen Patentübereinkommens

☐ den ergänzenden europäischen Recherchenbericht betreffend die internationale Anmeldung

zu der obengenannten europäischen Patentanmeldung; Kopien von den im Recherchenbericht angeführten Schriften
werden in der Anlage beigefügt.

Die folgenden Gegenstände wurden von der Recherchenabteilung wie vom Anmelder angegeben genehmigt.

☑ Zusammenfassung          ☑ Bezeichnung          ☑ Abbildung

☐ Die Zusammenfassung wurde von der Recherchenabteilung abgeändert und der endgültige Wortlaut ist dieser Mitteilung
beigefügt.

☐ Die folgende Abbildung wird mit der Zusammenfassung veröffentlicht, weil sie nach Auffassung der Recherchenabteilung die
Erfindung besser kennzeichnet als die vom Anmelder angegebene.

Abbildung:

☐ Zusätzliche Kopie(n) von den im europäischen Recherchenbericht angeführten Schriften.

| EPA Form 1507    08.86 |

JA744

KODAK_000136



Europäisches
Patentamt

# EUROPÄISCHER RECHERCHENBERICHT

Nummer der Anmeldung

EP 87 20 1717

## EINSCHLÄGIGE DOKUMENTE

| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl.4) |
|---|---|---|---|
| X | US-A-4 316 222 (SUBRAMANIAM) <br> * Figuren 2A,2B; Spalte 2, Zeile 30 - Spalte 4, Zeile 68 * | 1-3 | H 03 M 7/42 <br> H 04 N 7/133 |
| A | * Figuren 3A-3C; Seite 5, Zeile 1 - Seite 9, Zeile 22 * | 9,10 | |
| D,A | IEEE TRANSACTIONS ON COMMUNICATIONS, Band COM-32, Nr. 3, März 1984, Seiten 225-232, IEEE, New York, US; W.-H. CHEN et al.: "Scene adaptive coder" <br> * Insgesamt * | 1-4 | |
| P,X | US-A-4 698 672 (CHEN et al.) <br> * Figuren 1-3; Spalte 4, Zeile 30 - Spalte 20, Zeile 68 * | 1,2,4-7 ,9,10 | |

RECHERCHIERTE
SACHGEBIETE (Int. Cl.4)

H 03 M
H 04 N

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| DEN HAAG | 06-04-1989 | FEUER F.S. |

### KATEGORIE DER GENANNTEN DOKUMENTE

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur

T : der Erfindung zugrunde liegende Theorien oder Grundsätze
E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

EPO FORM 1503 03.82 (P0452)

KODAK_000137

ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.

EP  87 20 1717

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten
Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der Datei des Europäischen Patentamts am 09/05/89
Diese Angaben dienen nur zur Unterrichtung und erfolgen ohne Gewähr.

| Im Recherchenbericht<br>angeführtes Patentdokument | Datum der<br>Veröffentlichung | Mitglied(er) der<br>Patentfamilie | Datum der<br>Veröffentlichung |
|---|---|---|---|
| US-A- 4316222 | 16-02-82 | EP-A,B  0030437<br>JP-A-  56087983<br>CA-A-   1162289 | 17-06-81<br>17-07-81<br>14-02-84 |
| US-A- 4698672 | 06-10-87 | EP-A-   0266049<br>JP-A-  63148789 | 04-05-88<br>21-06-88 |

EPO FORM P0461

Für nähere Einzelheiten zu diesem Anhang : siehe Amtsblatt des Europäischen Patentamts, Nr. 12/82

JA746

KODAK_000138

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | PHD 86,327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| | EXAMINER |
|---|---|
| | YOUNG,B |
| ART UNIT | PAPER NUMBER |
| 217 | 9 |

DATE MAILED: 09/28/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *the amendment filed 6/7/89*
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are _____ *6-18*
4. ☐ The drawings filed on _____ are acceptable.
5. ☑ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received. ☑ not been received. ☐ been filed in parent application Serial No. _____, filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☑ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. *5* . CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☑ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
— Examiner's Amendment
— Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
✓ Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449

— Notice of Informal Application, PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

WILLIAM M. SHOOP, JR.
SUPERVISORY PRIMARY EXAMINER
ART UNIT 217

PTOL-37 (REV. 2-88)    JA747    USCOMM-DC 85-3744

KODAK_000139

TO SEPARATE, RIP V TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892<br>(REV. 3-78) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | SERIAL NO.<br>07096,177 | GROUP ART UNIT<br>217 | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | 9 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 3 1 6 2 2 2 | 2/82 | Subramaniam | 358 | 261.4 | |
| * | B | 4 6 9 8 6 7 2 | 10/87 | Chan et al. | 358 | 136 | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT<br>SHTS.<br>DWG | PP.<br>SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER<br>B.K. Young | DATE<br>8/24/89 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)
JA748

KODAK_000140



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*# 10*

THOMAS A. BRIDDY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 013 | YOUNG, B | 217 | 08/28/89 |

First Named Applicant VOGEL, PETER

TITLE OF INVENTION METHOD AND APPARATUS FOR BIT RATE REDUCTION (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | PHD 86,327 | 341-063.000 | V59 | UTILITY | NO | $620.00 | 11/28/89 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

   A. If the Status is changed, pay twice the amount of the
   FEE DUE shown above and notify the Patent and
   Trademark Office of the change in status, or
   B. If the Status is the same, pay the FEE DUE shown
   above.

If the SMALL ENTITY is shown as NO:
   A. Pay FEE DUE shown above, or
   B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER:** Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.

PTOL-85 (REV 12-88)/CMS Clearance is pending)

PATENT AND TRADEMARK OFFICE COPY

KODAK_000141



9/28/89
#12 4/20

Gp 217

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of
PETER VOGEL

Atty. Docket 89-327

Date of Notice of Allowance: August 28, 1989

Serial No. 07/096,177                    Batch No

Filed:  September 11, 1987          Group Art Unit 217

Examiner  B. Young

METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

LETTER TO OFFICIAL DRAFTSMAN

Sir:
    Enclosed is (are) 5 sheet(s) of formal drawings

for filing in the above-identified application.

Respectfully submitted,

PETER VOGEL

By _____
Michael E. Marion, Reg. 32,266
Assoc. Attorney for Applicant(s)
(914) 332-0222 Ext. 241

RECEIVED
SEP 20 1989
GROUP 210

CERTIFICATE OF MAILING

        I hereby certify that this correspondence is being
deposited this date with the United States Postal Service as
first-class mail in an envelope addressed to:

COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

On  9/12/89
    (Mailing Date)

By _____
   (Signature)

Rev. 7/87
frmldrwg.frm (P42)

JA750

KODAK_000142

PHD 86-327
PETER VOGEL
Sheet 1 of 5

**U.S. Patent**      Feb. 13, 1990      Sheet 1 of 5      **4,901,075**



FIG. 1

KODAK_000143



KODAK_000144

O.G. FIG.
CLASS SUBCLASS

EHD 86-327
PETER VOGEL
Sheet 2 of 5

086.177

**U.S. Patent**        Feb. 13, 1990        Sheet 2 of 5        **4,901,075**



FIG. 2

KODAK_000145



KODAK_000146

Case 1:06-cv-00251-GMS    Document 129-32    Filed 11/06/2007    Page 53 of 65

U.S. Pat.
CLASS SUBCLASS

PHD 86-327
PETER VOGEL
Sheet 3 of 5

096177

**U.S. Patent**  Feb. 13, 1990  Sheet 3 of 5  **4,901,075**



| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 1 | – | – | 11 (end of block) | 2 |
| 2 | 1 | 0 | 010s | 4 |
| 3 | 1 | 1 | 1000s | 5 |
| 4 | 1 | 2 | 1001s | 5 |
| 5 | 2 | 0 | 1010s | 5 |
| 6 | 0 | 15 | 10110 | 5 |
| 7 | 1 | 3 | 10111s | 6 |
| 8 | 1 | 4 | 01100s | 6 |
| 9 | 1 | 5 | 01101s | 6 |
| 10 | 2 | 1 | 01110s | 6 |
| 11 | 3 | 0 | 01111s | 6 |
| 12 | 1 | 6 | 0010000s | 7 |
| 13 | 1 | 7 | 001001s | 7 |
| 14 | 1 | 8 | 001010s | 7 |
| 15 | 1 | 9 | 001011s | 7 |
| 16 | 2 | 2 | 001100s | 7 |
| 17 | 3 | 1 | 001101s | 7 |
| 18 | 4 | 0 | 001110s | 7 |
| 19 | 5 | 0 | 001111s | 7 |
| 20 | 1 | 10 | 0001000s | 8 |
| 21 | 1 | 11 | 0001001s | 8 |
| 22 | 1 | 12 | 0001010s | 8 |
| 23 | 1 | 13 | 0001011s | 8 |
| 24 | 1 | 14 | 0001100s | 8 |
| 25 | 2 | 3 | 0001101s | 8 |
| 26 | 2 | 4 | 0001110s | 8 |
| 27 | 6 | 0 | 0001111s | 8 |
| 28 | 1 | 15 | 00001000s | 9 |
| 29 | 2 | 5 | 00001001s | 9 |
| 30 | 3 | 2 | 00001010s | 9 |
| 31 | 4 | 1 | 00001011s | 9 |
| 32 | 7 | 0 | 00001100s | 9 |
| 33 | 8 | 0 | 00001101s | 9 |

FIG. 3

JA755

KODAK_000147



MAIL ROOM
SEP
15
1989
PAT. & TRADEMARK OF.

KODAK_000148

PHD 86-327
PETER VOGEL
Sheet 4 of 5

**U.S. Patent**       Feb. 13, 1990       Sheet 4 of 5       4,901,075

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

KODAK_000149



MAIL ROOM
SEP 15 1989
PAT. & TRADEMARK OFF.

KODAK_000150

PHD 86-327
PETER VOGEL
Sheet 5 of 5

**U.S. Patent**      Feb. 13, 1990      Sheet 5 of 5      **4,901,075**

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

**FIG. 5**



**FIG.6**

KODAK_000151

MAIL ROOM
SEP
15
1989
PAT. & TRADEMARK OFFICE

89 SEP 22 PM 10: 51
RECEIVED
PATENT & TRADEMARK OFFICE
DRAFTING BRANCH

KODAK_000152

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                             Atty. Docket
                                                 PHD 88-327
PETER VOGEL

Serial No. 07/096,177              Group Art Unit: 217

Filed: September 11, 1987          Examiner B. Young

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

<u>REQUEST FOR ACKNOWLEDGEMENT</u>

Sir:

Submitted herewith is the Issue Fee due on the

above-referenced case.  In the Notice of Allowability dated

August 28, 1989, the Examiner indicated the the Certified

Copy of the Priority Document upon which a claim of priority

under 35 USC 119 is being made, was not received.  However

the applicant submitted the Priority Documents consisting of

a Certified Copy of German Applications P3631252.5 filed on

September 13, 1986; P3638127.6 filed on November 8, 1986;

and P3717399.5 filed on May 23, 1987.  Enclosed is a copy of

that submission as well as a copy of the PTO stamped

postcard acknowledging receipt of these documents.


Applicant therefore requests acknowledgement of receipt

of the priority documents listed above.


                                   Respectfully submitted,

                                   PETER VOGEL

                                   _____
                                   Michael E. Marion, Reg. 32,266
                                   Assoc. Attorney for Applicant
                                   (914) 332-0222, Ext. 241

LESG17050

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D.C. 20231
on _____

_____
MICHAEL E. MARION, REG. 32,266

JA761

KODAK_000153

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Atty. Docket
PHD 86-327

In re Application of

PETER VOGEL

Serial No. 091,672

Filed: September 11, 1987

Title: METHOD OF AND CIRCUIT ARRANGEMENT FOR BITRATE REDUCTION

Group Art Unit:

Examiner:

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

## SUBMISSION OF PRIORITY DOCUMENT

Dear Sir:

Attached is a certified copy of German Applications

P 3631252.5 filed on September 13, 1986,

P 3638127.6 filed on November 8, 1986 and

P 3717399.5 filed on May 23, 1987

and from which priority under 35 U.S.C. 119 is claimed.

Formal acknowledgment of the receipt of these certified copies is respectfully requested.

Respectfully submitted,

PETER VOGEL

By _Gregory P. Gadson_

Date: November 3, 1987

Gregory P. Gadson, Reg 31,254
Assoc. Attorney for Applicant
(914) 332-0222, Ext. 232

KODAK_000154

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 13. September 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 13. September 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133 der
Internationalen Patentklassifikation erhalten.



Aktenzeichen: 36 31 252.5

München, den    27. April 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Kohler

A 9161
1.82

KODAK_000155

ZUSAMMENFASSUNG                                    PHD 86 327

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5   ununterbrochenen Teilfolgen vorkommt. Eine um 12% bessere
Bitratenreduktion als die, die bisher bekannte Verfahren
liefern, wird u.a. bei Videosignalen dadurch erreicht,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2, usw. zusammen mit dem sich der
10  Teilfolge anschließenden Signalwert oder zusammen mit dem
der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

15

20

25

30

KODAK_000156



- 2 -                          PHD 86 327

seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
5    die Codeworte unterschiedliche Länge haben, statistische
Eigenschaften des zu codierenden Signales ausgenutzt. Im
vorliegenden Falle heißt das insbesondere, das untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
10   (runlength) 1, 2, 3 usw. vorkommen. Der Teilfolge mit der
größten Häufigkeit wird dann das kürzeste Huffman-Code-
wort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

15   Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
20   sind. Codiert werden nur die Beträge, weil betragsmäßig
gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die runlength zu codieren ist. Damit bei der
25   Decodierung die Codeworte der einen Tabelle von denen der
anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten runlenght ein gesondertes Codewort, das so-
genannte runlength prefix verwendet.

30   Der Erfindung liegt die Aufgabe zugrunde, bei einem
Signal mit den eingangs genannten Merkmalen, das als
Sonderfall ein bei der Bildcodierung auftretendes
Zwischensignal enthält, ein Codierverfahren anzugeben,
das zu einer größeren als bisher bekannten Bitratenreduk-
35   tion führt.

KODAK_000157

PHILIPS PATENTVERWALTUNG GMBH          PHD 86 327

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in
5   ununterbrochenen Teilfolgen vorkommt.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
10   No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
15   Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
20   ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
25   aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten
würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
30   das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten

KODAK_000158



- 3 -                    PHD 86 327

Diese Aufgabe wird dadurch gelöst, daß jeder ununter-
brochenen Teilfolge von Signalwerten A der Länge 0, 1,
zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit der Teilfolge vorangehenden
5    Signalwert ein Huffman-Codewort zugeordnet wird.

Vorteilhafte Ausgestaltungen der Erfindung enthalten die
Unteransprüche. Anhand eines Beispieles und der Tabellen
soll die Erfindung näher erläutert werden.
10

Wie der erfindungsgemäßen Lehre z.B. zu entnehmen ist,
wird das Auftreten einer ununterbrochenen Teilfolge von
Nullen, auch einer solchen mit der Länge Null, und des
sich dieser Teilfolge anschließenden Koeffizienten als
15    ein Ereignis angesehen. Jedes dieser Ereignisse tritt im
Videosignal mit einer charakteristischen Häufigkeit auf.
Wie z.B. Messungen ergeben haben, dominieren nach einer
längeren ununterbrochenen Teilfolge von Nullen Koeffi-
zienten mit kleinem Betrag Koeffizienten mit größerem
20    Betrag.

Tabelle 1 zeigt die Häufigkeitsverteilung der oben
angesprochenen Ereignisse bei einem cosinus-transformier-
ten und anschließend quantisierten Videosignal. Jedes
25    Feld der Tabelle stellt ein Ereignis dar, das durch die
Länge L der ununterbrochenen Teilfolgen von Nullen und
durch den Betrag B des sich anschließenden (quantisier-
ten) Koeffizienten charakterisiert ist. Die Beträge B
durchlaufen die natürlichen Zahlen ohne die Null und die
30    Länge L durchläuft die natürlichen Zahlen mit der Null.
Damit die Tabelle nicht beliebig groß wird, sind alle
Ereignisse mit B größer oder gleich 9 zu einem Gesamt-
ereignis zusammengefaßt. Entsprechendes gilt für L größer
oder gleich 9.

35

KODAK_000159