- 4 -                    PHD 86 327

Die Zahlen in den Feldern geben an, wie oft das zugehö-
rige Ereignis in einem quantisierten Videosignal mit etwa
15 000 Signalwerten auftritt. Die Zuordnung von
Huffman-Codeworten macht die Tabelle offensichtlich:
5   das Ereignis L=0, B=1 bekommt das kürzeste Codewort; es
folgt das Ereignis L=1, B=1 mit dem nächstlängeren Code-
wort und so fort.

Trägt man in die Ereignisfelder der Tabelle statt der
10  Häufigkeiten die zugeordneten Codeworte ein, so ergibt
sich eine zweidimensionale Codierungstabelle. Sie ist
hier nicht angegeben, weil das Aufstellen solcher
Codierungstabellen zum handwerklichen Können des Fach-
mannes gehört. Ergänzend sei angemerkt, daß bei den
15  Ereignissen mit L größer oder gleich 9 oder mit B größer
oder gleich 9 nach dem zugeordneten Codewort noch maximal
11 Bits folgen, durch die der Empfänger eine genaue
Information über die Größe L bzw. über die Größe B
erhält.
20
Eine Codierung von Videosignalen nach der eben angedeu-
teten zweidimensionalen Codierungstabelle ergibt gegen-
über der eingangs beschriebenen Codierung eine zusätz-
liche Bitratenreduktion von 12%.
25




30



35

KODAK_000160





- 5 -                                    PHD 86 327

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5  brochenen Teilfolgen vorkommt,
dadurch gekennzeichnet,
daß jeder ununterbrochenen Teilfolge von Signalwerten A
mit der Länge 0, 1, 2 usw. zusammen mit dem sich der
Teilfolge anschließenden Signalwert oder zusammen mit dem
10  der Teilfolge vorangehenden Signalwert ein Huffman-Code-
wort zugeordnet wird.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
jeder ununterbrochenen Teilfolge von Signalwerten A
15  zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert das gleiche Huffman-Codewort zugeordnet
wird, wenn die Teilfolge eine vorgegebene Länge über-
schreitet.

20

3. Verfahren nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß es sich bei dem Signal um eine Folge von
Koeffizienten handelt, die sich nach der blockweisen
Cosinus-Transformation von Bildpunkten eines Videosigna-
25  les mit anschließender Quantisierung ergibt und daß der
Signalwert A der Wert Null ist.

4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
das Huffman-Codewort unabhängig von dem Vorzeichen des-
30  jenigen Koeffizienten ist, der sich auf die Folge von
Nullen anschließt oder ihr vorangeht, und daß das Vor-
zeichen durch ein gesondertes Bit codiert wird.

KODAK_000161

**Tabelle** 

| L | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ≥9 | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
| 8 | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 7 | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| 6 | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| 4 | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| 3 | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| 2 | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| 1 | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| 0 | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≥9 → B |

PHD 86 327

KODAK_000162

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

am 23. Mai 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wiedergabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizufügen, aber kein Bestandteil der Anmeldung ist, stimmt mit dem am 23. Mai 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die Symbole H 03 M 7/40, H 04 N 7/13 und H 04 N 1/415 der Internationalen Patentklassifikation erhalten.

Aktenzeichen P 37 17 399.5

München, den  16. Oktober 1987
Der Präsident des Deutschen Patentamts
im Auftrag

K. Konvalin

A 9161

PHD 87-109

ZUSAMMENFASSUNG

Verfahren zur Bitratenreduktion

Das beschriebene Verfahren zur Bitratenreduktion wird bei
der Codierung eines Signales eingesetzt, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5  unterbrochenen Teilfolgen vorkommt. Ein erster Schritt
der Codierung besteht darin, daß jeder ununterbrochenen
Teilfolge von Signalwerten A mit der Länge 0, 1, 2 usw.,
zusammen mit dem sich der Teilfolge anschließenden Sig-
nalwert ein Huffman-Codewort zugeordnet wird.

10  Ist das Signal in gleichlange Blöcke strukturiert, so
wird geprüft, welche Vorteile oder Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat. Überwiegen die Vorteile, dann wird das letzte Huff-
15  man-Codewort nicht übertragen und die Prüfung mit dem
vorangegangenen Huffman-Codewort als letztem Codewort
wiederholt.

Ein besonderer Anwendungsfall für das beschriebene Ver-
20  fahren ergibt sich bei der Codierung von Videosignalen,
insbesondere bei der Codierung der seriell anfallenden
Elemente sogenannter Koeffizientenblöcke. Ein Koeffi-
zientenblock besteht aus 64 Elementen. Am häufigsten
kommt hier der Signalwert 0 in ununterbrochenen Teilfol-
25  gen vor. Werden bei Anwendung des beschriebenen Verfah-
rens Huffman-Codeworte nicht übertragen, so werden auf
der Empfängerseite bei der Decodierung der empfangen
Huffman-Codeworte in Elemente des Koeffizientenblocks,
soviele Elemente mit dem Wert Null angeführt, bis sich
30  insgesamt 64 ergeben.

KODAK_000164



PHILIPS PATENTVERWALTUNG GMBH          PHD 87-109
                                       22.05.1987

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei der Codierung eines Signales, das aus einer Fol-
ge von digital dargestellten Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei jeder ununterbroche-
nen Teilfolge von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich der Teilfolge anschließenden
Signalwert oder zusammen mit dem der Teilfolge vorange-
henden Signalwert ein Huffman-Codewort zugeordnet wird.

10   Ein derartiges Verfahren ist in der deutschen Patentan-
meldung mit dem Aktenzeichen P 36 31 252.5 beschrieben.
Es wird bei der Codierung von Videosignalen angewendet
und dient dem Ziel, mit möglichst geringer Bitrate Video-
15   bilder ausreichender Qualität zu übertragen. Bevorzugte
Anwendungsgebiete hierfür sind Bildtelefon- oder Video-
konferenzsysteme.

Die Codierung von Videosignalen erfolgt (vergleiche hier-
20   zu z.B. die DE-A-36 13 343) in mehreren Schritten. Zu-
nächst werden gleichgroße Ausschnitte eines Videobildes -
repräsentiert durch quadratische Blöcke von Abtastwerten
der Bildpunkte - einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
25   eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
ein neuer Block von Zahlenwerten (Koeffizienten). Die An-
zahl der Koeffizienten - auch Elemente des Koeffizienten-
blocks genannt - ist ebenso groß wie die Zahl der Abtast-
30   werte von Bildpunkten, die zum ursprünglichen Block zu-

KODAK_000165

-2-              PHD 87-109

sammengefaßt sind. Gewöhnlich bestehen die Ausschnitte
aus den Videobildern aus 8 x 8-Blöcken, d.h., sie enthal-
ten die Abtastwerte von 64 Bildpunkten. Entsprechend ent-
hält auch der Koeffizientblock 64 Koeffizienten bzw. Ele-
5    mente.

Der Koeffizientenblock hat nun die Eigenschaft, daß ein
großer Teil seiner Elemente nahezu Null oder exakt Null
ist. Eine anschließende Quantisierung der Koeffizienten
10   macht dann in aller Regel den überwiegenden Teil der Ele-
mente zu Null, so daß eine darauffolgende, elementeweise
vorgenommene Huffman-Codierung schon deswegen eine erheb-
liche Bitratenreduktion bedeuten würde.

15   Wegen des häufigen Auftretens des Signalwertes Null in
ununterbrochenen Teilfolgen läßt sich noch eine weitere
Bitratenreduktion durchführen. Nach der deutschen Patent-
anmeldung 36 31 252.5 werden z.B. die 64 Koeffizienten
eines Blocks, die bei der Codierung von Videosignalen als
20   serielles Zwischensignal auftreten, in Ereignisse zer-
legt. Jedes Ereignis ist gekennzeichnet durch die Länge L
(runlength) einer ununterbrochenen Teilfolge von Nullen
und den von Null verschiedenen Betrag B des sich an-
schließenden Koeffizienten.

25

Entscheidend in der zitierten Patentanmeldung ist, daß
die Länge L der Teilfolgen von Nullen selbst den Wert
Null annehmen kann. Tritt z.B. ein Koeffizient vom Betra-
ge 1 auf, dem drei Nullen vorangehen, so entspricht dies
30   dem Ereignis (L=3, B=1) oder kürzer (3,1). Folgt auf den
Koeffizienten mit dem Betrag 1 ein Koeffizient vom Be-
trag 2, so wird das Auftreten des zweiten Koeffizienten
durch das Ereignis (L=0, B=2) bzw. (0,2) charakteri-
siert. Jedem Ereignis wird nun entsprechend seiner rela-
35   tiven Häufigkeit ein Huffman-Codewort zugeordnet. Die
Folge von Koeffizienten eines Blockes wird also in eine

KODAK_000166



Folge von m Ereignissen der Art

(L1, B1)
(L2, B2)
5    ...                                         (1)
(Lm, Bm)

aufgelöst. Wie groß die Anzahl m der Ereignisse ist,
hängt von den speziellen Werten der Koeffizienten ab. Be-
10  steht der gesamte Koeffizientenblock z.B. aus 63 Nullen
mit anschließendem Koeffizienten vom Betrag 1, so zer-
fällt er nur in ein Ereignis, nämlich (63,1). Da also von
vornherein nicht feststeht, in wieviele Ereignisse ein
Koeffizientenblock zerlegt wird, müssen schon aus diesem
15  Grunde die einzelnen Blöcke durch ein "end-of-block"-Sig-
nal voneinander getrennt werden. Auf der Empfangsseite
werden die übertragenen Huffman-Codeworte wieder in Er-
eignisse zurücktransformiert und diese Ereignisse wiede-
rum in eine Folge von Koeffizienten. Dem Empfänger ist
20  bekannt, daß zu einem Koeffizientenblock z.B. 64 Koeffi-
zienten gehören.

Der Erfindung liegt die Aufgabe zugrunde, Maßnahmen zur
weiteren Bitratenreduktion anzugeben, ohne daß dadurch
25  die Bildqualität in Mitleidenschaft gezogen wird.

Diese Aufgabe wird bei einem Verfahren der eingangs ge-
nannten Art dadurch gelöst, daß bei einem in gleichlange
Blöcke strukturierten Signal geprüft wird, welche Nach-
30  teile und Vorteile die Nichtübertragung des letzten Huff-
man-Codewortes eines Blockes hat und daß dann, wenn die
Vorteile überwiegen, das Huffman-Codewort nicht übertra-
gen wird und die gleiche Prüfung mit dem vorangegangen
Huffman-Codewort als letztem Huffman-Codewort wiederholt
35  wird.

KODAK_000167

-4-                          PHD 87-109

Vorteilhafte Ausgestaltungen der Erfindung sind den Un-
teransprüchen zu entnehmen.

Anhand eines Ausführungsbeispiels soll die Erfindung nä-
5    her erläutert werden. Im Ausführungsbeispiel handelt es
sich bei dem zu codierenden Signal um die als Zwischen-
signal anfallende serielle Folge von digital dargestell-
ten Koeffizienten eines Koeffizientenblocks, wie er bei
Hybrid-Codierern (vergleiche DE-A-26 13 343) auftritt.
10    Der Einfachheit halber ist angenommen, daß es sich um 4 x
4-Blöcke handelt, ein Block also insgesamt 16 Elemente
enthält. Alle Daten, die zu einem Block gehören, sind von
den Daten des nächstfolgenden Blocks durch ein "end-of-
block"-Zeichen getrennt. Dieses Zeichen bzw. das entspre-
15    chende Codewort wird von der Zerlegung des zu codierenden
Signals nach Ereignissen ausgenommen.

Hat z.B. die Folge von Koeffizienten eines Blocks in de-
zimaler Darstellung die Gesalt

20    XX    4005000050000001    XX                    (2)

so zerfällt nach dem Schema (1) der Block in folgende Er-
eignisse:

25
(0,4)
(2,5)                                    (3)
(4,5)
(6,1)
30
Damit die Koeffizientenfolge eines Blocks überhaupt in
Ereignisse nach dem Schema (1) oder (3) zerlegt werden
kann, werden die Koeffizienten vor ihrer weiteren Verar-
beitung zwischengespeichert. Die zeitliche Reihenfolge
35    der Koeffizienten in den Schemata (1), (2), und (3) ent-

KODAK_000168



spricht der Reihenfolge ihrer schriftlichen Aufzeichnun-
gen (europäische Schreibrichtung vorausgesetzt). Die Zei-
chen XX im Beispiel nach dem Schema (2) sybolisieren die
"end-of-block"-Zeichen des vorangegangenen Blockes und

5.  des dargestellten Blocks.

Die von Null verschiedenen Koeffizienten im Schema (2)
sind alle positiv und als ganze Vielfache der kleinsten
Einheit, nämlich 1, dargestellt. Wie aus dem Schema (3)

10  ersichtlich, ist das letzte Ereignis das Ereignis (6,1).
Die den Ereignissen zugeordnete Huffman-Codeworte sind
nicht eingetragen.

Nun wird zunächst geprüft, welches Gewicht für den Em-
15  pfänger der Empfang des letzten Ereignisses, nämlich
(6,1) des Blocks nach (2) hat. Als allgemeine Erfahrungs-
regel hat sich bei der Bildcodierung herausgestellt, daß
die Übertragung von Ereignissen mit einer Folge von mehr
als fünf Nullen immer weniger lohnend wird, je kleiner
20  der Betrag des sich anschließenden Koeffizienten ist.
Stellt man die durch die Erfahrung gestützte Regel auf,
geprüfte Ereignisse, für die L>5 und B=1 ist, nicht zu
übertragen, so unterbleibt die Übertragung des letzten
Ereignisses. Sodann wird das vorangegangene Ereignis
25  (4,5) nach dem gleichen Kriterium überprüft. Im Beispiel
nach (2) ist dann für diesen Block die Prüfung beendet,
da das Ereignis (4,5) bzw. das zugeordnete Huffman-Code-
wort übertragen werden muß.

30  Nach der Decodierung der Huffman-Codeworte auf der Em-
pfängerseite lassen sich alle Koeffizienten des Blocks
nach dem Schema (2) wiedergewinnen, bis auf diejenigen,
die zu nicht übertragenen Ereignissen gehören. Da diese
jedoch zu den letzten Koeffizienten des Blocks gehören,
35  werden auf der Empfängerseite den decodierten Koeffizien-
ten so viele Koeffizienten vom Betrag Null angefügt, bis
die Gesamtzahl der Koeffizienten 16 beträgt.

KODAK_000169

-6-                          PHD 87-109

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung ei-
nes Signales, das aus einer Folge von digital dargestell-
ten Signalwerten besteht und das einen Signalwert A ent-
hält, der am häufigsten in ununterbrochenen Teilfolgen
5    vorkommt, wobei jeder ununterbrochenen Teilfolge von Sig-
nalwerten A mit der Länge 0, 1, 2 usw. zusammen mit dem
sich der Teilfolge anschließenden Signalwert oder zusam-
men mit dem der Teilfolge vorangehenden Signalwert ein
Huffman-Codewort zugeordnet wird,
10   dadurch gekennzeichnet,
daß bei einem in gleichlange Blöcke strukturierten Signal
geprüft wird, welche Vorteile und Nachteile die Nicht-
übertragung des letzten Huffman-Codewortes eines Blockes
hat und daß dann, wenn die Vorteile überwiegen, das Huff-
15   man-Codewort nicht übertragen wird und anschließend die
gleiche Prüfung mit dem vorangegangenen Huffman-Codewort
als letztem Huffman-Codewort wiederholt wird.

2. Verfahren nach Anspruch 1,
20   dadurch gekennzeichnet,
daß ein überprüftes Huffman-Codewort nicht übertragen
wird, wenn die Länge der zugehörigen Teilfolge von Sig-
nalwerten A eine vom Betrag des sich anschließenden Sig-
nalwertes abhängige Schranke übertrifft.

25   3. Verfahren nach Anspruch 1 oder 2,
dadurch gekennzeichnet,
daß es sich bei dem Signal um eine Folge von Koeffizien-
ten handelt, die sich nach der blockweisen Cosinus-Trans-
30

KODAK_000170



-7-                    PHD 87-109

formation von Bildpunkten eines Videosignales mit an-
schließender Quantisierung ergibt und daß der Signal-
wert A der Wert Null ist.

5      4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß
ein überprüftes Huffman-Codewort nicht übertragen wird,
wenn die Länge der zugehörigen Teilfolge von Nullen
größer als Fünf ist und der Betrag des sich anschließen-
den Signalwertes der kleinstmögliche Wert verschieden von
10    Null ist.


15


20


25


30


35

JA779

KODAK_000171



PHILIPS PATENTVERWALTUNG GMBH          PHD 86 336

BESCHREIBUNG

Verfahren zur Bitratenreduktion

Die Erfindung betrifft ein Verfahren zur Bitratenreduk-
tion bei Codierung eines Signales, das aus einer Folge
von digital dargestellten, endlich vielen Signalwerten
besteht und das einen Signalwert A enthält, der am
5      häufigsten in ununterbrochenen Teilfolgen vorkommt, wobei
ununterbrochenen Teilfolgen von Signalwerten A mit der
Länge 0, 1, 2 usw. zusammen mit dem sich den Teilfolgen
sich anschließenden Signalwert oder zusammen mit dem den
Teilfolgen vorangehenden Signalwert Huffman-Codeworte
10     zugeordnet werden.

In einem Artikel von Wen-Hsiung Chen und William K. Pratt
(Chen, Wen-Hsiung und Pratt, William K.: Scene Adaptive
Coder. IEEE Transactions on Communications, Vol. Com-32,
15     No. 3, March 1984, S. 225-232) ist eine Codierung von
Videosignalen beschrieben, die das Ziel hat, mit mög-
lichst geringer Bitrate Videobilder ausreichender Quali-
tät zu übertragen. Die Codierung erfolgt in mehreren
Schritten. Zunächst werden gleichgroße Ausschnitte eines
20     Videobildes, repräsentiert durch Blöcke von Abtastwerten
der Bildpunkte, einer diskreten Cosinus-Transformation
unterworfen. Bei dieser Transformation handelt es sich um
eine spezielle flächenhafte Fourier-Transformation. Aus
dem ursprünglichen Block entsteht nach der Transformation
25     ein neuer Block von Zahlenwerten (Koeffizienten). Dieser
Koeffizientenblock hat die Eigenschaft, daß ein großer
Teil seiner Elemente - also ein großer Teil der Koeffi-
zienten - nahezu Null oder exakt Null ist. Eine an-
schließende Quantisierung der Koeffizienten macht dann in
30     aller Regel den überwiegenden Teil der Elemente zu Null,
so daß eine darauf folgende Huffman-Codierung schon
deswegen eine erhebliche Bitratenreduktion bedeuten

KODAK_000172



- 2 -                                    PHD 86 336

würde. Zu einer weiteren Bitratenreduktion kommen die
Verfasser des oben erwähnten Artikels dadurch, daß sie
das häufige Auftreten von ununterbrochenen Teilfolgen von
Nullen in dem Zwischensignal, in dem die Koeffizienten
5    seriell angeordnet sind, durch eine Huffman-Codierung
ausnutzen.

Bekanntlich werden bei einer Huffman-Codierung, bei der
die Codeworte unterschiedliche Länge haben, statistische
Eigenschaften des zu codierenden Signales ausgenutzt. Im
10   vorliegenden Falle heißt das insbesondere, daß untersucht
wird, mit welcher Häufigkeit in dem oben erwähnten
Zwischensignal Teilfolgen von Nullen mit der Länge
(run-length) 1, 2, 3 usw. vorkommen. Der Teilfolge mit
der größten Häufigkeit wird dann das kürzeste Huffman-
15   Codewort zugeordnet. Der Folge mit der nächst geringeren
Häufigkeit wird das nächst größere Codewort zugeordnet
und sofort.

20   Zur Codierung des Zwischensignals werden in dem oben
erwähnten Artikel zwei Huffman-Code-Tabellen benötigt.
Aus einer ersten Tabelle geht hervor, wie die von Null
verschiedenen (quantisierten) Koeffizienten zu codieren
sind. Codiert werden nur die Beträge, weil betragsmäßig
25   gleich große Koeffizienten auch mit der gleichen Häufig-
keit vorkommen. Die Vorzeichen werden in einem gesonder-
ten Bit übertragen. Aus einer zweiten Tabelle geht her-
vor, wie die run-length zu codieren ist. Damit bei der
Decodierung die Codeworte der einen Tabelle von denen der
30   anderen zu unterscheiden sind, wird für die Kennzeichnung
der codierten run-lenght ein gesondertes Codewort, das
sogenannte run-length prefix verwendet.

Ein verbessertes Codierungsverfahren wird in der deut-
35   schen Patentanmeldung mit dem Aktenzeichen P 36 31 252.5
angegeben. Nach dieser Anmeldung wird das zu codierende
Signal in Ereignisse zerlegt, die durch eine zweidimen-

KODAK_000173

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die PHILIPS PATENTVERWALTUNG GMBH in 2000 Hamburg
hat eine Patentanmeldung unter der Bezeichnung

"Verfahren zur Bitratenreduktion"

als Zusatz zur Patentanmeldung P 36 31 252.5

am 8. November 1986 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Pa-
tentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung bei-
zufügen, aber kein Bestandteil der Anmeldung ist, stimmt
mit dem am 8. November 1986 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole H 03 M 7/40, H 04 N 1/415 und H 04 N 7/133
der Internationalen Patentklassifikation erhalten.

München, den   26. August 1987
Der Präsident des Deutschen Patentamts
Im Auftrag

Grüner

Aktenzeichen P 36 38 127.6

A 9181
1.82

JA782

KODAK_000174

-9-                                    PHD 86 336

ZUSAMMENFASSUNG


Verfahren zur Bitratenreduktion


Das beschriebene Verfahren zur Bitratenreduktion ist bei
der Codierung eines Signales anwendbar, das aus einer
Folge von digital dargestellten Signalwerten besteht und
das einen Signalwert A enthält, der am häufigsten in un-
5    unterbrochenen Teilfolgen vorkommt. Diese Teilfolgen wer-
den zusammen mit dem sich anschließenden Signalwert, der
ebenfalls der Wert A sein darf, als Ereignisse angesehen,
denen Huffman-Codeworte zuzuordnen sind.


10   Damit z.B. bei Videosignalen die maximale Länge der Huff-
man-Codeworte auf 16 Bit beschränkt bleibt, wird die Ge-
samtheit aller Ereignisse in zwei Bereiche eingeteilt,
von denen der erste Bereich nur aus sogenannten codierba-
ren Ereignissen besteht. Fällt ein Ereignis z.B. in den
15   zweiten Bereich, so wird es in Teilereignisse zerlegt,
die alle im ersten Bereich liegen.


20


25


30

KODAK_000175

TABELLE II
(Fortsetzung 2).                    PHD 86 336

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

KODAK_000176

TABELLE II          PHD 86 336
(Fortsetzung 1)

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

KODAK_000177

TABELLE II     PHD 86 336

| Nr. | B | L | Codewort | Länge |
|---|---|---|---|---|
| 1 | – | – | 11        (end of block) | 2 |
| 2 | 1 | 0 | 010s | 4 |
| 3 | 1 | 1 | 1000s | 5 |
| 4 | 1 | 2 | 1001s | 5 |
| 5 | 2 | 0 | 1010s | 5 |
| 6 | 0 | 15 | 10110 | 5 |
| 7 | 1 | 3 | 10111s | 6 |
| 8 | 1 | 4 | 01100s | 6 |
| 9 | 1 | 5 | 01101s | 6 |
| 10 | 2 | 1 | 01110s | 6 |
| 11 | 3 | 0 | 01111s | 6 |
| 12 | 1 | 6 | 001000s | 7 |
| 13 | 1 | 7 | 001001s | 7 |
| 14 | 1 | 8 | 001010s | 7 |
| 15 | 1 | 9 | 001011s | 7 |
| 16 | 2 | 2 | 001100s | 7 |
| 17 | 3 | 1 | 001101s | 7 |
| 18 | 4 | 0 | 001110s | 7 |
| 19 | 5 | 0 | 001111s | 7 |
| 20 | 1 | 10 | 0001000s | 8 |
| 21 | 1 | 11 | 0001001s | 8 |
| 22 | 1 | 12 | 0001010s | 8 |
| 23 | 1 | 13 | 0001011s | 8 |
| 24 | 1 | 14 | 0001100s | 8 |
| 25 | 2 | 3 | 0001101s | 8 |
| 26 | 2 | 4 | 0001110s | 8 |
| 27 | 6 | 0 | 0001111s | 8 |
| 28 | 1 | 15 | 00001000s | 9 |
| 29 | 2 | 5 | 00001001s | 9 |
| 30 | 3 | 2 | 00001010s | 9 |
| 31 | 4 | 1 | 00001011s | 9 |
| 32 | 7 | 0 | 00001100s | 9 |
| 33 | 8 | 0 | 00001101s | 9 |

KODAK_000178

**Tabelle I**     PHD 86 336

| L | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | | 8 | 9 | 9 | 16 | 16 |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | B |

JA787

KODAK_000179

- 8 -                    PHD 86 336

PATENTANSPRÜCHE

1. Verfahren zur Bitratenreduktion bei der Codierung
eines Signales, das aus einer Folge von digital darge-
stellten, endlich vielen Signalwerten besteht und das
einen Signalwert A enthält, der am häufigsten in ununter-
5    brochenen Teilfolgen vorkommt, wobei ununterbrochenen
Teilfolgen von Signalwerten A mit der Länge 0, 1, 2
usw. zusammen mit dem sich den Teilfolgen anschließenden
Signalwert oder zusammen mit dem den Teilfolgen voran-
gehenden Signalwert Huffman-Codeworte zugeordnet werden,
10   dadurch gekennzeichnet,
daß dann, wenn eine Teilfolge von Signalwerten A zusammen
mit dem vorangehenden oder sich anschließenden Signalwert
eine vorgegebene Länge überschreitet, diese gesamte
Wertefolge so in Abschnitte zerlegt wird, daß die Länge
15   eines jeden Abschnittes unter einem vorgegebenen Wert
liegt, und daß jedem Abschnitt ein Huffman-Codewort
zugeordnet ist.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
20   es sich bei dem Signal um eine Folge von Koeffizienten
handelt, die sich nach der blockweisen Cosinus-Transfor-
mation von Bildpunkten eines Videosignales mit
anschließender Quantisierung ergibt, und daß der Signal-
wert A der Wert 0 ist.
25

30

KODAK_000180

- 7 -                    PHD 86 336

codierbaren gehören. Die nichtcodierbaren Ereignisse
werden dann in codierbare zerlegt. Das angekreuzte nicht-
codierbare Ereignis (8, 7) in Tabelle I wird z.B. in die
Ereignisse (0, 7) und (7, 0) zerlegt. Für die Zerlegung
5    gibt es mehrere Möglichkeiten; die einfachste ist die
hier angegebene "Projektion auf die Ereignisachsen".

Die Zahlen in den Ereignisfeldern, die zu den codierbaren
Ereignissen gehören, bedeuten die Länge - also die Anzahl
10   der Bits - der Huffman-Codeworte, mit denen die Ereig-
nisse codiert werden. Die Codeworte enthalten auch das
Vorzeichen der Koeffizienten und gegebenenfalls Angaben
über die Größe des Betrages B; keines von ihnen ist
länger als 16 Bit. Bei der Aufstellung der
15   Huffman-Codeworte wurde unterstellt, daß Koeffizienten
mit Beträgen größer als 136 nicht vorkommen.

Tabelle II zeigt die genaue Struktur der verwendeten
Huffman-Codeworte. Das erste Codewort stellt den codier-
20   ten und oben schon erwähnten Signalwert zu Kennzeichnung
eines Blockendes dar. Die erste Spalte der Tabelle II
enthält eine laufende Nummer, die zweite Spalte den
Betrag B der Koeffizienten und die dritte die Länge der
Nullfolgen. Die beiden letzten Angaben zusammen ergeben
25   die "Koordinaten" eines codierbaren Ereignisses nach
Tabelle I. In der vierten Spalte der Tabelle II sind die
Codeworte bitweise angegeben. Das Bit s bedeutet das
Vorzeichenbit, die mit "-" versehenen Stellen sind bedeu-
tungslos und in die mit "+" versehenen Stellen werden die
30   codierten Beträge der Koeffizienten eingetragen, sofern
sie größer als acht sind. Die letzte Spalte gibt noch
einmal die Länge der Huffman-Codeworte wieder.

35

KODAK_000181

- 6 -                     PHD 86 336

dieser Abschnitte wird nun als Ereignis angesehen, das
durch ein Huffman-Codewort codiert wird. Die Länge eines
jeden dieser Abschnitte liegt unter einem vorgebbaren
Wert, auf den weiter unten eingegangen wird.

5

Der Versinnbildlichung dieser Zerlegung dient die Tabel-
le I. In waagerechter Richtung sind alle vorkommenden
Beträge B - einschließlich der Betrag 0 - von Koeffizien-
ten aufgetragen. In senkrechter Richtung ist die Länge -
10   ebenfalls angefangen bei 0 - von ununterbrochenen Teil-
folgen von Koeffizienten mit dem Betrage 0 aufgetragen.

Die eingetragenen "Ereignisfelder" symbolisieren die
Ereignisse (m, n), d.h. m Nullen gefolgt von einem
15   Koeffizenten vom Betrage n. Das Ereignis (0, 3) z.B.
bedeutet, daß einem Koeffizienten vom Betrage 3 eine
Teilfolge der Länge 0 vorangegangen ist, was gleichbedeu-
tend damit ist, daß vor ihm kein Koeffizient vom Betrage
0 steht. Isoliert stehende Nullen im Signal werden durch
20   das Ereignis (0, 0) symbolisiert. Die Angabe (3, n) u.a.
bedeutet das Ereignis, daß auf drei aufeinanderfolgende
Nullen ein Koeffizient vom Betrage n folgt. Da für n auch
der Wert Null zugelassen ist, bedeutet das Ereignis (3,
0) vier aufeinanderfolgenden Nullen.

25

Die Tabelle I enthält einen fettgedruckten Polygonzug,
der die Ereignisfelder in zwei Bereiche teilt. Der linke
Bereich enthält die nach der Erfindung codierbaren Ereig-
nisse, der rechte Bereich die nichtcodierbaren Ereig-
30   nisse. Die maximale Länge, die ein Abschnitt von Signal-
werten haben darf - er entspricht also einem codierbaren
Ereignis - ist 16; es handelt sich um die Ereignisse (0,
15); (1, 15) und (2, 15). Alle anderen codierbaren
Ereignisse entsprechen Signalabschnitten, die kürzer
35   sind. Die Einteilung in codierbare und nichtcodierbare
Ereignisse ist nicht völlig willkürlich; die am
häufigsten auftretenden Ereignisse müssen zu den

KODAK_000182

- 5 -                    PHD 86 336

Eine vorteilhafte Ausgestaltung der Erfindung enthält der
Unteranspruch.

5    Anhand der Tabellen und anhand eines Ausführungsbeispie-
les soll die Erfindung näher erläutert werden. Die Tabel-
le I ist eine Ereignistabelle und die Tabelle II eine
Codierungstabelle.

Bei dem Beispiel handelt es sich um die Codierung des bei
10   der Verarbeitung von Videosignalen auftretenden Zwischen-
signales, das aus einer Folge von digital dargestellten
Koeffizienten einer speziellen flächenhaften Fourier-
Transformation von Bildausschnitten (Blöcken) besteht. In
dem seriellen Signal kommt der Koeffizient mit dem Wert 0
15   am häufigsten in ununterbrochenen (endlichen) Teilfolgen
des gesamten Signals vor. Die Signalwerte dieses Blockes
werden durch einen gesonderten Signalwert abgeschlossen,
der das Ende des Blockes (end of block) kennzeichnet.

20   Definiert man als zu codierendes Ereignis eine ununter-
brochene Folge von m Nullen im Signal mit anschließendem
Koeffizienten vom Betrage n - abgekürzt (m, n) - so
ergibt sich eine endliche, aber eine sehr große zwei-
dimensionale Manigfaltigkeit von zu codierenden Ereig-
25   nissen, da in der Praxis auch nicht beliebig große
Beträge B von Koeffizienten vorkommen. Folglich sind auch
die zu verwendenden Huffman-Codeworte theoretisch nach
Anzahl und Länge sehr groß. Zur Reduzierung der Gesamt-
zahl der zu codierenden Ereignisse wird beim erfindungs-
30   gemäßen Verfahren davon ausgegangen, daß z.B. eine Teil-
folge von 19 Nullen mit anschließenden Koeffizienten vom
Betrage 7 sich in Abschnitte zerlegen läßt, von denen der
erste eine ununterbrochene Teilfolge von 16 Nullen, der
zweite eine ununterbrochene Teilfolge von 3 Nullen ist
35   und der dritte eine Teilfolge mit keiner Null und an-
schließendem Koeffizienten vom Betrage 7 darstellt. Jeder

KODAK_000183

Empfänger zur Decodierung ohne Informationsverlust die
genaue Länge einer Nullfolge oder den genauen Betrag
eines Koeffizienten wissen muß, wird an das Huffman-Code-
wort ein Zusatzcodewort gehängt, dem die genaue Länge
5   oder der genaue Betrag oder beides zu entnehmen ist.

Durch das Huffman-Codewort und die Zusatzinformation wird
ein scharf umrissener Sachverhalt codiert. Da die Anzahl
der Bits derartiger Kombinationen ebenfalls von den
10   statistischen Eigenschaften des Signals abhängig ist,
sollen hier solche Kombinationen ebenfalls als Huffman-
Codeworte bezeichnet werden, die als ganzes dem Empfänger
bzw. Decodierer vorliegen müssen, damit der Sachverhalt,
der ihnen zugrundeliegt eindeutig auf der Empfängerseite
15   erkannt werden kann.

Die in diesem Sinne definierten Huffman-Codeworte können
bei dem Verfahren nach der zitierten deutschen Patentan-
meldung bis zu 30 Bit lang werden. Da die Verarbeitung
20   von maximal 16 Bit langen Codeworten keine besonderen
Einrichtungen erforderlich macht, sondern z.B. mit einem
16-Bit-Mikroprozessor möglich ist, liegt der Erfindung
die Aufgabe zugrunde, ein Verfahren zur Bitratenreduktion
der eingangs genannten Art anzugeben, bei dem ohne
25   Informationsverlust und ohne nennenswerte Vergrößerung
der erforderlichen Übertragungsbitrate Huffman-Codeworte
von maximal 16 Bit möglich sind.

Ausgehend von einem Verfahren der eingangs genannten Art
30   wird diese Aufgabe dadurch gelöst, daß dann, wenn eine
Teilfolge von Signalwerten A zusammen mit dem vorangehen-
den oder sich anschließenden Signalwert eine vorgegebene
Länge überschreitet, diese gesamte Wertefolge so in
Abschnitte zerlegt wird, daß die Länge eines jeden
35   Abschnittes unter einem vorgegebenen Wert liegt, und daß
jedem Abschnitt ein Huffman-Codewort zugeordnet ist.

KODAK_000184

- 3 -                           PHD 86 336

sionale Tabelle versinnbildlicht sind. In einer waage-
rechten Richtung sind die Beträge B der Koeffizienten,
angefangen beim Betrag 1, aufgetragen und in einer senk-
rechten Richtung die Länge L (run-length) ununter-
5  brochener Teilfolgen von Nullen, angefangen bei der Länge
0. Jedes zusammengesetzte durch spezielle Werte von L und
B gekennzeichnete Ereignis ist durch seine relative
Häufigkeit charakterisiert; aus den relativen Häufig-
keiten der Ereignisse ergibt sich dann zwangsläufig,
10 durch welche Huffman-Codeworte ein bestimmtes Ereignis,
z.B. drei aufeinanderfolgende Nullen gefolgt von einem
Koeffizienten mit dem Betrage 2, zu codieren ist.

Das Codierungsverfahren bewirkt eine stärkere Bitraten-
15 reduktion als das Verfahren von Chen et al., weil z.B.
die Wahrscheinlichkeit des Ereignisses, bei dem drei auf-
einanderfolgende Nullen mit anschließendem Koeffizienten
vom Betrage 2 auftreten, verschieden ist vom Produkt der
Wahrscheinlichkeit, mit der drei aufeinanderfolgende
20 Nullen auftreten, und der Wahrscheinlichkeit, mit der ein
Koeffizient vom Betrage 2 überhaupt auftritt.

Das in der erwähnten deutschen Patentanmeldung beschrie-
bene Verfahren sieht eine Begrenzung der zweidimensiona-
25 len Ereignistabelle bzw. Codierungstabelle auf folgende
Weise vor: alle Teilfolgen von Nullen mit gleich großem
anschließenden Betrag eines Koeffizienten werden dann als
ein Ereignis angesehen, wenn die Länge der Teilfolge von
Nullen größer als acht ist; ebenso werden alle Nullfolgen
30 gleicher Länge dann als ein Ereignis angesehen, wenn der
sich anschließende Betrag eines Koeffizienten größer als
acht ist.

Bei den eben aufgezählten Ereignissen handelt es sich -
35 wie eine Tabelle in der erwähnten Patentanmeldung zeigt -
um relativ seltene Ereignisse; sie werden daher mit
relativ langen Huffman-Codeworten codiert. Da der

KODAK_000185



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

                           Docket No

In re Application of              PHD 88-327

PETER VOGAL                 Group: 217

Serial No. 07/096,177        Examiner: B. Young

Filed: September 11, 1987     Batch No. V59

Title: METHOD AND APPARATUS FOR BIT RATE REDUCTION

Honorable Commissioner of Patents and Trademarks
Washington, D.C.  20231

### MAILING CERTIFICATE UNDER 37 CFR 1.8(a)

Sir:

    I hereby certify that this correspondence (Issue Fee)
is being deposited with the United States Postal Services as
first class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231, on
11/17/89 .

                        Michael E. Marion, Reg. 32,266
                        Assoc.Attorney for Applicant

                        (Signature)

                        11/17/89
                        (Date)

JA794

KODAK_000186

PART B - ISSUE FEE TRANSMITTAL

**MA.**    **INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter.  See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| THOMAS A. BRIODY U.S. PHILIPS CORPORATION 580 WHITE PLAINS ROAD TARRYTOWN, NEW YORK 10591 | INVENTOR'S NAME _____ Street Address _____ City, State and ZIP Code _____ CO-INVENTOR'S NAME _____ Street Address _____ City, State and ZIP Code _____ ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/096,177 | 09/11/87 | 113 | YOUNG, B | 217 | 08/28/89 |

First Named Applicant **VOGEL, PETER**

TITLE OF INVENTION **METHOD AND APPARATUS FOR BIT RATE REDUCTION** **(AS AMENDED)**

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| PHD 86-327 | 341-063.000 | V59 | UTILITY | NO | $620.00 | 11/28/89 |

| 3. Further correspondence to be mailed to the following: | 4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. |
|---|---|
| U. S. Philips Corporation 580 White Plains Road Tarrytown, NY  10591 | 1 Michael E. Marion 2 _____ 3 _____ |

DO NOT USE THIS SPACE

| S 20337 | 11/30/89 | 07096177 | | 14-1270 | 020 | 142 | 620.00CH |
| S 20338 | 11/30/89 | 07096177 | | 14-1270 | 020 | 501 | 15.00CH |

| 5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type) | 6a. The following fees are enclosed: |
|---|---|
| (1) NAME OF ASSIGNEE: U. S. Philips Corporation (2) ADDRESS: (City & State or Country) 100 East 42nd Street, New York, NY  10017 (3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION Delaware | ☐ Issue Fee   ☐ Advanced Order - # of Copies _____ |
| | 6b. The following fees should be charged to:  (Minimum of 10) DEPOSIT ACCOUNT NUMBER 14-1270 (Enclose Part C) ☒ Issue Fee   ☒ Advanced Order - # of Copies  10 ☐ Any Deficiencies in Enclosed Fees :  (Minimum of 10) |

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

THE COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record)    (Date) 11/17/89

PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV 12-88)(OMB Clearance is pending)

JA795

KODAK_000187

### Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _____

(Date)

_____
(Name of person making deposit)

_____
(Signature)

_____
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)

KODAK_000188

DOCKET NO. *PHD 86-327* DIV. *II A*    SER. NO. *096,177*

TRADEMARK

PLEASE DATE STAMP AND RETURN TO
ACKNOWLEDGE RECEIPT OF NOTED DOCUMENTS

*Priority Documents  P 3631252.5,
P 3638127.6  and  P 3712399.5,*

| | | | |
|---|---|---|---|
| New Application | ☐ | Amendment | ☐ |
| No. Pages Spec. | | Issue Fee | |
| (including claims) | | Notice of Appeal | |
| Con. Doc. | ☐ | Extension | ☐ |
| Drawings | Inf. ☐ | Mailing Cert. | |
| No. Sh. | For. ☐ | Assignment | ☐ |
| Power of Att. | ☐ | Missing Decl | ☐ |

MLG. Date *11·2·87 pv 7h*

KODAK_000189



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/096,177 | 09/11/87 | VOGEL | P | HD 86,327 |

THOMAS A. BRIODY
U.S. PHILIPS CORPORATION
580 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

| EXAMINER |
|---|
| YOUNG,B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 217 | # 14 |

DATE MAILED:
12/12/89

## PRIORITY ACKNOWLEDGMENT

☒ 1. Receipt is acknowledged of papers submitted under 35 U.S.C. 119. The papers have been placed of record in the file.

☐ 2. Applicant's claim for priority, based on papers filed in parent application Serial No. _____ submitted under 35 U.S.C. 119, is acknowledged.

☐ 3. The priority papers, submitted _____, are not acknowledged since they were filed later than the date on which the issue fee was paid. To have the priority papers considered for entry, a petition must be filed in accordance with 37 CFR 1.55(b) requesting their entry together with the fee set forth in 37 CFR 1.17(i).

Manager, Publishing Division
Office of Publications

Form PTOL-147 (Rev.10-83)

JA798

KODAK_000190

Form PTO-875
Rev 1-86

**U.S. DEPARTMENT OF COMMERCE**
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

| SERIAL NO. | FILING DATE |
|---|---|
| 096177 | 9-11-87 |

APPLICANT (FIRST NAMED): Vogl

## CLAIMS AS FILED - PART I

| | NO. FILED | NO. EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 10 | -20- | X8= | $ | OR | X12= | $ |
| INDEP. CLAIMS | | -3- | X17= | $ | OR | X34= | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | X55= | $ | OR | X110 | $ |
| *If difference in col. 1 is less than zero, enter "0" in col. 2 | | | | TOTAL | OR | TOTAL | $340 |

## CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 10 | MINUS ** 20 | | -5 | $ | OR | -10 | $ |
| INDEP. | | MINUS *** 3 | | -15 | $ | OR | -30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | -50 | $ | OR | -100 | $ |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 14 | MINUS ** 20 | | -5 | $ | OR | -10 | $ |
| INDEP. | 3 | MINUS *** 3 | | -15 | $ | OR | -30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | -50 | $ | OR | -100 | $ |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 13 | MINUS ** 20 | | -5 | $ | OR | -10 | |
| INDEP. | 3 | MINUS *** 3 | 2 | -15 | $ | OR | -30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | -50 | $ | OR | -100 | $ |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3
** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

JA799

KODAK_000191

'87 09/08 09:27

096177

1/5



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **9** | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
| **8** | 252 | 16 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| **7** | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| **6** | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| **4** | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| **3** | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| **2** | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| **1** | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| **0** | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** |

FIG. 1

1 -V- PHO 86-327 C

KODAK_000192



KODAK_000193

096177

'87 09/08 09:27

2/5



| L | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 5 | 9 | 16 | | | | | | | | |
| 14 | 16 | 8 | 16 | | | | | | | | |
| 13 | 16 | 8 | 11 | | | | | | | | |
| 12 | 16 | 8 | 11 | | | | | | | | |
| 11 | 16 | 8 | 11 | | | | | | | | |
| 10 | 16 | 8 | 11 | 16 | | | | | | | |
| 9 | 16 | 7 | 10 | 16 | 16 | | | | | | |
| 8 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 7 | 16 | 7 | 10 | 12 | 16 | | | | | | |
| 6 | 16 | 7 | 9 | 12 | 16 | | | | | | |
| 5 | 16 | 6 | 9 | 11 | 12 | 16 | | | | | |
| 4 | 16 | 6 | 8 | 11 | 12 | 16 | | | | | |
| 3 | 16 | 6 | 8 | 10 | 11 | 12 | 16 | | | | |
| 2 | 16 | 5 | 7 | 9 | 10 | 11 | 12 | 16 | 16 | | |
| 1 | 16 | 5 | 6 | 7 | 9 | 10 | 10 | 11 | 12 | | |
| 0 | 10 | 4 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 16 | 16 |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

B

FIG. 2

2 - V - PHD 86 - 327ᶜ

KODAK_000194



KODAK_000195

'87 99/08 89:27.

096177s

## 3/5

| Nr. | B | L | code word | | length |
|---|---|---|---|---|---|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 34 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

## FIG. 3

3-V-PHD 86-327C

KODAK_000196



KODAK_000197

'87 89/89 09:28

096177

4/5

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

4-Ⅴ-PHD 86-327$^C$

KODAK_000198



KODAK_000199

'87 09/08 09:28

0961777 '87

## 5/5

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000--- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



## FIG.6

5-Ⅴ-PHD 86-327$^C$

KODAK_000200



KODAK_000201

'87 09/08 89127                                      096177

1/5

| L   |      |      |     |     |     |    |    |    |     |
|-----|------|------|-----|-----|-----|----|----|----|-----|
| ≥9  | 1253 | 55   | 5   | 4   | 0   | 0  | 0  | 0  | 0   |
| 8   | 252  | 16   | 1   | 1   | 1   | 0  | 1  | 0  | 0   |
| 7   | 316  | 35   | 6   | 0   | 1   | 0  | 0  | 0  | 0   |
| 6   | 389  | 35   | 5   | 0   | 0   | 0  | 0  | 0  | 0   |
| 5   | 516  | 65   | 12  | 3   | 3   | 1  | 2  | 0  | 1   |
| 4   | 567  | 94   | 29  | 9   | 1   | 2  | 1  | 0  | 0   |
| 3   | 791  | 118  | 29  | 11  | 2   | 2  | 1  | 0  | 0   |
| 2   | 1095 | 216  | 54  | 22  | 9   | 3  | 0  | 1  | 2   |
| 1   | 1786 | 510  | 176 | 77  | 28  | 20 | 8  | 8  | 16  |
| 0   | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

       1    2    3    4    5    6    7    8   ≥9
                                             B

FIG. 1

1 - V - PHO 86-327 C

KODAK_000202

JA810



KODAK_000203

'87 09/88 09:27

096177.

2/5



FIG. 2

2 - Ⅴ - PHD 86-327

KODAK_000204



JA813

KODAK_000205

096177
85

'87 89/88 89:27

## 3/5

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

## FIG. 3

3-V-PHD 86-327 C

KODAK_000206



KODAK_000207

'87 09/08 09:28                                    096177    86.

4/5

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

4-Ⅴ-PHD 86-327 C

KODAK_000208



KODAK_000209

096177

'87 09/08 09:28                                                        87

## 5/5

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 66 | 0 | 6 | 00000000100101-- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100-- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s- | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



## FIG.6

5-$\overline{V}$-PHD 86-327$^{C}$

KODAK_000210



KODAK_000211

| 19.2.2 | Cross Reference ubclass | 261.1 |
| 20. | International Class Type | 4 |
| 21.1.1 | International Class | H03M |
| 21.2.1 | International Subclass | 7/46 |
| 22.1.1 | Field of Search Class | 340 |
| 22.2.1 | Field of Search Subclass | 347 DD |
| 22.1.2 | Field of Search Class | 358 |
| 22.2.2 | Field of Search Subclass | 13;136;138;261.2;261.3;261.4;263;261.1 |
| 22.1.3 | Field of Search Class | 341 |
| 22.2.3 | Field of Search Subclass | 63;106 |
| 22.1.4 | Field of Search Class | 375 |
| 22.2.4 | Field of Search Subclass | 25 |
| 23. | Print Claim Number | 1 |
| 24. | Total Claims | 13 |
| 26.1.1 | Line 1 Address | U. S. Philips Corporation |
| 26.2.1 | Line 2 Address | 580 White Plains Road |
| 26.3.1 | Line 3 Address | Tarrytown, NY 10591 |
| 27.1.1 | Attorney | Marion; Michael E. |
| 28. | Number of Extra Copies | 10 |
| 29.1.1 | Assignee Name | U. S. Philips Corporation |
| 29.2.1 | Assignee Code | 02 |
| 29.3.1 | Assignee City | New York |
| 29.4.1 | Assignee State | NY |
| 30.1.1 | Inventor Name | Vogel; Peter |
| 30.3.1 | Inventor City | Diepersdorf |
| 30.5.1 | Inventor Country/Zip | DEX |
| 32.1.1 | U.S. Patent Number | 4,316,222 |
| 32.2.1 | U.S. Patent Date | 02/00/1982 |
| 32.3.1 | U.S. Patentee Name | Subramaniam |
| 32.4.1 | U.S. Patent Class | 358 |

KODAK_000212

| 32.5.1 | U.S. Patent Subclass | 261.4 |
| 32.1.2 | U.S. Patent Number | 4,698,672 |
| 32.2.2 | U.S. Patent Date | 10/00/1987 |
| 32.3.2 | U.S. Patentee Name | Chen et al. |
| 32.4.2 | U.S. Patent Class | 358 |
| 32.5.2 | U.S. Patent Subclass | 136 |
| 32.1.3 | U.S. Patent Number | 4,101,934 |
| 32.2.3 | U.S. Patent Date | 07/00/1978 |
| 32.3.3 | U.S. Patentee Name | Fukuoka |
| 32.4.3 | U.S. Patent Class | 341 |
| 32.5.3 | U.S. Patent Subclass | 63 |
| 32.1.4 | U.S. Patent Number | 4,394,774 |
| 32.2.4 | U.S. Patent Date | 07/00/1983 |
| 32.3.4 | U.S. Patentee Name | Widergren et al. |
| 32.4.4 | U.S. Patent Class | 340 |
| 32.5.4 | U.S. Patent Subclass | 347 DD |
| 35. | Abstract Code | 1 |
| 36. | Abstract | |

A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded.

KODAK_000213

Header Proof Print - #1                    12/28/8   11:16:03

| | | |
|---|---|---|
| 1. | Patent Number | 049010754 |
| 2. | Application Type | 1 |
| 3. | Issue Date | 02/13/90 |
| 4. | Serial Number | 7096177 |
| 5. | Filing Date | 09/11/87 |
| 6.1.1 | Foreign Priority Ctry. Code | DEX |
| 6.2.1 | Priority Date | 09/13/86 |
| 6.3.1 | Priority Application Number | 3631252 |
| 6.1.2 | Foreign Priority Ctry. Code | DEX |
| 6.2.2 | Priority Date | 11/08/86 |
| 6.3.2 | Priority Application Number | 3638127 |
| 6.1.3 | Foreign Priority Ctry. Code | DEX |
| 6.2.3 | Priority Date | 05/23/87 |
| 6.3.3 | Priority Application Number | 3717399 |
| 7. | State/Country Number | 084 |
| 8. | Title | Method and apparatus for bit rate reduction |
| 9. | Entity | LR |
| 11. | Assistant Examiner | Young, Brian |
| 12. | Primary Examiner | Shoop, Jr.; William M. |
| 13. | Number of Sheets | 5 |
| 14. | Number of Figures | 6 |
| 16. | Date Fee Paid | 11/27/89 |
| 17. | Class/Subclass | 341/63 |
| 18. | Group Art Unit Number | 217 |
| 19.1.1 | Cross Reference Class | 341 |
| 19.2.1 | Cross Reference Subclass | 59 |
| 19.1.2 | Cross Reference Class | 358 |

KODAK_000214



PTO UTILITY GRANT
Paper Number 15

The Commissioner of Patents
and Trademarks

Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.

Therefore, this

United States Patent

Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.

Acting Commissioner of Patents and Trademarks

Attest

KODAK_000215

# United States Patent [19]

## Vogel

[11] Patent Number: **4,901,075**

[45] Date of Patent: **Feb. 13, 1990**

[54] **METHOD AND APPARATUS FOR BIT RATE REDUCTION**

[75] Inventor: Peter Vogel, Diepersdorf, Fed. Rep. of Germany

[73] Assignee: U. S. Philips Corporation, New York, N.Y.

[21] Appl. No.: 96,177

[22] Filed: Sep. 11, 1987

[30] **Foreign Application Priority Data**

Sep. 13, 1986 [DE] Fed. Rep. of Germany ........ 3631252
Nov. 8, 1986 [DE] Fed. Rep. of Germany ........ 3638127
May 23, 1987 [DE] Fed. Rep. of Germany ........ 3717399

[51] Int. Cl.⁴ ............................................ H03M 7/46
[52] U.S. Cl. ............................... 341/63; 341/59; 358/261.1
[58] Field of Search ............. 340/347 DD; 358/13, 358/136, 138, 261.2, 261.3, 261.4, 263, 261.1; 341/63, 106; 375/25

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,101,934 | 7/1978 | Fukuoka | 341/63 |
| 4,316,222 | 2/1982 | Subramaniam | 358/261.4 |
| 4,394,774 | 7/1983 | Widergren et al. | 340/347 DD |
| 4,698,672 | 10/1987 | Chen et al. | 358/136 |

*Primary Examiner*—William M. Shoop, Jr.
*Assistant Examiner*—Brian K. Young
*Attorney, Agent, or Firm*—Michael E. Marion

[57] **ABSTRACT**

A method and apparatus for coding a signal for transmission in order to achieve improved reduction in the bit rate. A signal is a transform coded in order to form a sequence of zero coefficients and non-zero coefficients, and run lengths of zero coefficients together with preceding or subsequent non-zero coefficients are grouped as events and coded.

**13 Claims, 5 Drawing Sheets**



KODAK_000216



U.S. Patent    Feb. 13, 1990    Sheet 1 of 5    4,901,075

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ≧9 |
|---|---|---|---|---|---|---|---|---|---|
| **≧9** | 1253 | 55 | 5 | 4 | 0 | 0 | 0 | 0 | 0 |
| **8** | 252 | 15 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| **7** | 316 | 35 | 6 | 0 | 1 | 0 | 0 | 0 | 0 |
| **6** | 389 | 35 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** | 516 | 65 | 12 | 3 | 3 | 1 | 2 | 0 | 1 |
| **4** | 567 | 94 | 29 | 9 | 1 | 2 | 1 | 0 | 0 |
| **3** | 791 | 118 | 29 | 11 | 2 | 2 | 1 | 0 | 0 |
| **2** | 1095 | 216 | 54 | 22 | 9 | 3 | 0 | 1 | 2 |
| **1** | 1786 | 510 | 176 | 77 | 28 | 20 | 8 | 8 | 16 |
| **0** | 3635 | 1379 | 635 | 302 | 164 | 96 | 57 | 37 | 173 |

L (vertical axis), B (horizontal axis)

FIG. 1

KODAK_000217



FIG. 2

KODAK_000218

| Nr. | B | L | code word | | length |
|-----|---|---|-----------|---|--------|
| 1 | – | – | 11 | (end of block) | 2 |
| 2 | 1 | 0 | 010s | | 4 |
| 3 | 1 | 1 | 1000s | | 5 |
| 4 | 1 | 2 | 1001s | | 5 |
| 5 | 2 | 0 | 1010s | | 5 |
| 6 | 0 | 15 | 10110 | | 5 |
| 7 | 1 | 3 | 10111s | | 6 |
| 8 | 1 | 4 | 01100s | | 6 |
| 9 | 1 | 5 | 01101s | | 6 |
| 10 | 2 | 1 | 01110s | | 6 |
| 11 | 3 | 0 | 01111s | | 6 |
| 12 | 1 | 6 | 001000s | | 7 |
| 13 | 1 | 7 | 001001s | | 7 |
| 14 | 1 | 8 | 001010s | | 7 |
| 15 | 1 | 9 | 001011s | | 7 |
| 16 | 2 | 2 | 001100s | | 7 |
| 17 | 3 | 1 | 001101s | | 7 |
| 18 | 4 | 0 | 001110s | | 7 |
| 19 | 5 | 0 | 001111s | | 7 |
| 20 | 1 | 10 | 0001000s | | 8 |
| 21 | 1 | 11 | 0001001s | | 8 |
| 22 | 1 | 12 | 0001010s | | 8 |
| 23 | 1 | 13 | 0001011s | | 8 |
| 24 | 1 | 14 | 0001100s | | 8 |
| 25 | 2 | 3 | 0001101s | | 8 |
| 26 | 2 | 4 | 0001110s | | 8 |
| 27 | 6 | 0 | 0001111s | | 8 |
| 28 | 1 | 15 | 00001000s | | 9 |
| 29 | 2 | 5 | 00001001s | | 9 |
| 30 | 3 | 2 | 00001010s | | 9 |
| 31 | 4 | 1 | 00001011s | | 9 |
| 32 | 7 | 0 | 00001100s | | 9 |
| 33 | 8 | 0 | 00001101s | | 9 |

FIG. 3

KODAK_000219

| Nr. | B | L | code word | length |
|-----|---|---|-----------|--------|
| 34 | 2 | 6 | 00001110s | 9 |
| 35 | 2 | 7 | 000001000s | 10 |
| 36 | 2 | 8 | 000001001s | 10 |
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |
| 42 | 0 | 0 | 0000011111 | 10 |
| 43 | 2 | 10 | 0000011110s | 11 |
| 44 | 3 | 4 | 0000001000s | 11 |
| 45 | 3 | 5 | 0000001001s | 11 |
| 46 | 4 | 3 | 0000001010s | 11 |
| 47 | 5 | 2 | 0000001011s | 11 |
| 48 | 7 | 1 | 0000001100s | 11 |
| 49 | 2 | 11 | 0000001101s | 11 |
| 50 | 2 | 12 | 0000001110s | 11 |
| 51 | 2 | 13 | 0000001111s | 11 |
| 52 | 3 | 6 | 00000001000s | 12 |
| 53 | 3 | 7 | 00000001001s | 12 |
| 54 | 3 | 8 | 00000001010s | 12 |
| 55 | 4 | 4 | 00000001011s | 12 |
| 56 | 4 | 5 | 00000001100s | 12 |
| 57 | 5 | 3 | 00000001101s | 12 |
| 58 | 6 | 2 | 00000001110s | 12 |
| 59 | 8 | 1 | 00000001111s | 12 |
| 60 | 9 | 0 | 00001111s+++++++ | 16 |
| 61 | 0 | 1 | 00000000100000-- | 16 |
| 62 | 0 | 2 | 00000000100001-- | 16 |
| 63 | 0 | 3 | 00000000100010-- | 16 |
| 64 | 0 | 4 | 00000000100011-- | 16 |
| 65 | 0 | 5 | 00000000100100-- | 16 |

FIG. 4

KODAK_000220

U.S. Patent    Feb. 13, 1990    Sheet 5 of 5    4,901,075

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 66 | 0 | 6 | 00000000100101--- | 16 |
| 67 | 0 | 7 | 00000000100110-- | 16 |
| 68 | 0 | 8 | 00000000100111-- | 16 |
| 69 | 0 | 9 | 00000000101000-- | 16 |
| 70 | 0 | 10 | 00000000101001-- | 16 |
| 71 | 0 | 11 | 00000000101010-- | 16 |
| 72 | 0 | 12 | 00000000101011-- | 16 |
| 73 | 0 | 13 | 00000000101100--- | 16 |
| 74 | 0 | 14 | 00000000101101-- | 16 |
| 75 | 2 | 14 | 00000000101110s- | 16 |
| 76 | 2 | 15 | 00000000101111s- | 16 |
| 77 | 3 | 9 | 00000000110000s- | 16 |
| 78 | 3 | 10 | 00000000110001s- | 16 |
| 79 | 4 | 6 | 00000000110010s- | 16 |
| 80 | 4 | 7 | 00000000110011s- | 16 |
| 81 | 4 | 8 | 00000000110100s- | 16 |
| 82 | 4 | 9 | 00000000110101s- | 16 |
| 83 | 5 | 4 | 00000000110110s- | 16 |
| 84 | 5 | 5 | 00000000110111s- | 16 |
| 85 | 6 | 3 | 00000000111000s~ | 16 |
| 86 | 7 | 2 | 00000000111001s- | 16 |
| 87 | 8 | 2 | 00000000111010s- | 16 |

## FIG. 5



## FIG. 6

KODAK_000221

4,901,075

1

# METHOD AND APPARATUS FOR BIT RATE REDUCTION

## BACKGROUND OF THE INVENTION

The invention relates to a method and a circuit arrangement for bit rate reduction. Bit rate reduction is carried out when coding a signal, which comprises a series of digital signal values and has a signal value A, occurring most frequently in runs.

An Article by Wen-Hsiung Chen and William K. Pratt (Chen, Wen-Hsiung and Pratt, William K.; Scene Adaptive Coder IEEE Transactions on Communications, vol. Com-32, No. 3, March 1984, pages 225–232) describes a coding process of video signals for the purpose of transmitting video pictures of satisfactory quality at a minimum possible bit rate. Coding is effected in several steps. First, equally large video picture sections which are represented by blocks of pixels are subjected to a Discrete Cosine Transform. In this transform process, a special two-dimensional Fourier transform is used. By the transform, a new block of values (coefficients) is obtained from the original block. This coefficient block has the property that a large number of its elements—thus a large number of the coefficients—are approximately 0 or exactly 0. A subsequent quantization of the coefficients always renders the greater part of the elements 0 so that a subsequent Huffman coding would therefore already involve a considerable bit rate reduction. The authors of the above-mentioned Article achieve a further bit rate reduction in that the frequent occurrence of zero runs in the intermediate signal in which the coefficients are serially arranged is utilized by means of a Huffman coding.

It is known that in a Huffman coding in which the codewords have different lengths, statistic properties of the signal to be coded are utilized. In the present case this particularly implies that the frequency with which zero runs having lengths 1, 2, 3, etc. occur in the above-mentioned intermediate signal is investigated. The shortest Huffman codeword is then assigned to the run that occurs most frequently. The next larger codeword is assigned to the run that occurs less frequently, and so forth.

For coding the intermediate signal two Huffman code tables are required according to the above-mentioned Article. A first table shows how the (quantized) coefficients different from 0 are to be coded. Only the coefficient values are coded because equally large coefficients also occur at the same frequency. The signs are transmitted in a separate bit. A second table shows how the run length is to be coded. In order that the codewords of one table can be distinguished from those of the other table during decoding, a separate codeword, the so-called run length prefix, is used for the identification of the coded run length.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide a coding method for a signal of the kind mentioned in the opening paragraph and comprising in a special case, an intermediate signal resulting from a picture coding operation, leading to a bit rate reduction which is larger than that hitherto known.

This object is achieved by assigning a Huffman codeword to each run of signals having the value A, where A having length 0, 1, 2 etc., together with the signal

2

value subsequent to the run or together with the signal value preceding the run.

Advantageous embodiments of the invention, particularly for exeptional cases of the signal characterized in the opening paragraph as well as a circuit arrangement for carrying out the method according to the invention, can be derived from the sub-claims.

## BRIEF DESCRIPTION OF THE DRAWING

The invention will now be described in greater detail by way of examples with reference to the accompanying drawings in which

FIG. 1 is a table stating the occurrence of events,

FIG. 2 is a further table elucidating the split-up of the events,

FIG. 3 to FIG. 5 show a coding table, and

FIG. 6 shows the circuit diagram of arrangements for coding video signals according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

In the following embodiments, the intermediate signal referred to results from the transform coding of blocks of picture elements (pixels). The signal values of the intermediate signal thus represent the transform coefficients. As stated above, the coefficient which occurs most frequently in runs within the intermediate signal is represented herein as having the signal value A. In the following embodiments, signal value A equals zero or approximately zero zero (referred to hereinafter as the "zero-coefficient") because it appears most frequently in runs after transform coding. All coefficients not having a value of zero will be referred to hereinafter as "non-zero coefficients".

As used in the following description, a run of zero coefficients and the non-zero coefficient which immediately precedes or follows this run, is referred to as an event. Each non-zero coefficient which is not preceded or followed by one or more zero coefficients is also referred to as an event. According to the invention these events are to be coded.

It is to be noted that some events are more likely to occur than others. For example coefficients having small values will occur more frequently than coefficients having large values, and it is more likely that a coefficient having a small value will be preceded by a run of zero coefficients.

FIG. 1 shows the frequency distribution of the above-mentioned events in the case of a cosine-transformed and subsequently quantized video signal. Each field of the table represents an event characterized by the zero run length L and by the value B of the subsequent (quantized) coefficient. The values B proceed through the natural numbers without the zero and the length L proceeds through the natural numbers with the zero. In order that the table does not become arbitrarily large, all events with B larger than or equal to 9 are combined to an overall event. The same applies to L when larger than or equal to 9.

The numbers in the different fields indicate how often the associated event occurs in a quantized video signal with approximately 15000 signal values. The assignment of Huffman codewords is shown in the table: the series L=0, B=1 acquires the shortest codeword; this is followed by the series L=1, B=1 with the next longer codeword, and so forth.

KODAK_000222

4,901,075

3

If the assigned codewords instead of the frequencies are introduced in the event fields of the table, a two-dimensional coding table is obtained. It is not shown for the events according to FIG. 1 because such coding tables can generally be set up by those skilled in the art. For the sake of completeness it is to be noted that a maximum number of 11 bits follows for the events in which L is larger than or equal to 9 or in which B is larger than or equal to 9 after the assigned Huffman codeword, which bits give the receiver accurate information about the value of L and the value of B, respectively.

An additional bit rate reduction of 12% is obtained when coding video signals in accordance with the above-mentioned two dimensional coding table as compared with the coding method described in the opening paragraph.

This additional bit rate reduction is possible because, for example if the probability of a coefficient having the value 2 occurring equals P1, and the probability of run of three zero-coefficients occurring equals P2, and the probability of the run of three zero-coefficients occurring followed by a coefficient having the value 2, equals P3; probability P3 will not be equal to the product of probabilities P1 and P2.

The limitation of FIG. 1 will now be considered in greater detail. As is evident from the above-mentioned embodiments the number of the events to be coded in accordance with FIG. 1 is kept within efficient limits because all zero runs with an equally large subsequent value of a coefficient are considered as an event if the run length L is larger than eight.

Similarly, all zero runs of equal length are considered as an event if the subsequent value B of a coefficient is larger than eight.

As is shown in FIG. 1, relatively rarely occurring events are concerned, and therefore they are coded with relatively long Huffman codewords. Since the receiver for decoding should know the exact zero run length or the exact value of a coefficient without any loss of information, an additional codeword is added to the Huffman codeword—as already indicated above—from which the exact length or the exact value or both can be derived.

A clearly defined state is encoded by the Huffman codeword and the additional information. Since the number of bits of such combinations is also dependent on the statistic properties of the signal, such combinations should also be present at the receiver and the decoder in order that the state which is based on these combinations can unambiguously be recognized at the receiver end.

The Huffman codewords defined in this sense may be up to 30 bits long. Since the processing of codewords which are at most 16 bits long does not require any special arrangements, but is possible, for example with a 16-bit microprocessor, given events are split into sub-events—to improve the method described so far—such that codewords whose length is at most 16 bits are sufficient for coding all events and sub-events. This split-up will now be described in greater detail.

Firstly, an event to be coded consisting of an L=Lm zero run with subsequent coefficient of the value B=Bm is designated by (Lm, Bm). In contrast to the foregoing, Bm=0 is now also explicitly admitted. It is true that the two-dimensional diversity of events (Lm, Bm) occurring in practice is finite, because arbitrarily large values of coefficients do not occur, but it is very

4

large. Consequently, the Huffman codewords to be used are correspondingly large as regards number and length. To reduce the overall number of the events to be coded the starting point is that, for example a run of 19 zeros with subsequent coefficient of the value 7 can be split up into sections, the first of which represents a run of 16 zeros, the second of which represents a run of 3 zeros and the third of which is a run without a zero and subsequent coefficient of the value 7. Each of these sections is now considered as a sub-event which is coded by a Huffman codeword. The length of each section is below a given value which can be predetermined and which will be further dealt with below.

This split-up is illustrated in FIG. 2. In the horizontal direction all occurring values B—including the value 0—of the coefficients are shown. In the vertical direction the length—also starting at 0—of coefficient runs of the value 0 is shown. The "events Fields" shown symbolize the event (Lm, Bm) i.e. Lm zeros followed by a coefficient of the value Bm. The event (0, 3) for example, means that a coefficient of the value 3 is preceded by a run length 0 which means that there is no coefficient of the value 0 preceding. Isolated zeros in the signal are symbolized by the event (0, 0). The reference (3, Bm) refers inter alia to the event in which a coefficient of the value Bm is succeeded by three successive zeros. Since the value of zero is also admitted for Bm, the event (3, 0) means that there are four successive zeros.

FIG. 2 shows a polygonal curve in a solid line dividing the series fields into two ranges. The left-hand range comprises the events which are referred to as being codable and the right-hand range shows the events which are referred to as non-codable. The maximum length for a section of signal values—corresponding to a codable event—is 16; the events (0, 15), (1, 15) and (2, 15) are involved. All other codable events correspond to signal sections which are shorter. The division into codable and non-codable events is not completely arbitrary; the most frequently occurring event should be associated with the codable ones. The crossed non-codable event (8, 7) is split, for example, into the events (0, 7) and (7, 0). There are various possibilities for the split-up; the simplest is the indicated "projection on the event axes".

The numbers in the event fields which are associated with the codable events signify the length—hence the number of bits—of the Huffman codewords with which the events are coded. The codewords also comprise the signs of the coefficients and possibly data about the magnitude of the value B; none of them is longer than 16 bits. In setting up the Huffman codewords it was assumed that coefficients having values of more than 136 do not occur.

FIGS. 3 to 5 show the exact structure of the Huffman codewords used. The first codeword 11 represents the coded signal value for characterizing a block end; at the transmission it succeeds the last codeword which is associated with a coefficient block. The first column of these figures states consecutive numbers, the second column states the values B of the coefficients and the third states the lengths L of the zero runs. The two latter data combined result in the "coordinates" of a codable event according to FIG. 2. In the fourth column of FIGS. 3–5 the code words are shown bitwise. The bit s denotes the sign bit, the positions indicated by "–" are meaningless, and the positions indicated by "+" comprise the coded values of the coefficients in so

KODAK_000223

4,901,075

| 5 | 6 |

far as they are larger than eight. The last column once more states the length of the Huffman codewords.

A possibility of further reducing the bit rate results from the fact that—as in the present embodiment—the signal to be coded is structured in accordance with blocks. As already indicated, the coefficients of a coefficient block are separated from those of the next block by an "end-of-block" signal. Also this "end-of-block" signal is converted into a codeword (compare FIG. 3) while the sequence of m (codable) events of the type

$$
\begin{array}{ll}
(L1, B1) & \\
(L2, B2) & \\
\vdots & (1) \\
(Lm, Bm) &
\end{array}
$$

and into a sequence of assigned codewords. The number m of the events is dependent on the special values of the coefficients. If the overall coefficient block comprises, for example 63 zeros with subsequent coefficients of the value 1, it is split up into only one event, namely (63, 1) or into several codable events according to FIG. 2. As it is not known in advance into how many codable events a coefficient block is split, the separate blocks must for this reason already be separated from one another by means of an "end-of-block" signal. At the receiver end the transmitted Huffman codewords are retransformed into events and these events are again converted into a sequence of coefficients. The receiver knows that, for example, 64 coefficients are associated with a coefficient block.

For further explanation for the sake of simplicity, it is assumed that 4×4 blocks are concerned, so that one block comprises a total of 16 coefficients. All data associated with a block are separated from the data of the subsequent block by an "end of block" sign. This sign and the corresponding codeword is excepted from the split-up of the signal to be coded in accordance with the events. If, for example the sequence of coefficients of a block in a decimal representation has the form of

$$ \text{XX } 400500005000001 \text{ XX,} \qquad (2) $$

The block is split up according to scheme (1) into the following events.

$$
\begin{array}{ll}
(0, 4) & \\
(2, 5)(4, 5) & (3) \\
(6, 1) &
\end{array}
$$

In order that the coefficient sequence of a block can at any rate be split into events in accordance with scheme (1) or (3) above, the coefficients are temporarily stored before they are further processed. The temporal sequence of the coefficients in scheme (2) and that of the events in schemes (1) and (3) corresponds to the sequence of their written registration (European writing direction indicated). The symbols XX in the embodiment according to scheme (2) symbolize the "end-of-block" signs of the previous block and the represented block.

The coefficients in scheme (2) which are different from 0 are all positive and are represented as integral multiples of the smallest unit, namely 1. As can be seen from scheme (3), the last event is the event (6, 1). The Huffman codewords assigned to the events are not indicated.

Firstly, the weight of reception of the last event, namely (6, 1) of the block according to (2) is checked

for the receiver. In the coding of pictures general experience has proved that the transmission of events with a run of more than five zeros become less worthwhile as the value of the subsequent coefficient is smaller. If in accordance with the rule based on experience, checked events for which L=5 and B=1 are not transmitted, the transmission of the last event does not take place. In that case the preceding series (4, 5) is checked in accordance with the same criterion. In the example according to (2) the check for this block is ended because the event (4, 5) and the assigned Huffman codeword must be transmitted.

After decoding the Huffman codewords at the receiver end all coefficients of the block according to scheme (2) can be recovered, but for those which are associated with non-transmitted events. However, since these are associated with the last coefficients of the block, the decoded coefficients at the receiver end are augmented with coefficients of the value 0 until the overall number of coefficients is 16.

FIG. 6 shows a circuit arrangement realising a simple split-up of the sequence of coefficients in accordance with codable events. The supply of clock pulses and details of the logic operation of binary values are not shown because they are known to those skilled in the art. In the circuit arrangement according to FIG. 6 events are coded which consist of a run of coefficients of the value zero and a subsequent coefficient. If the run length L in the signal to be coded exceeds a predetermined length Lmax, the associated event cannot be encoded and is split into codable events. Due to the predetermined maximum length Lmax which is independent of the subsequent coefficient, no delays or intermediate storages of the coefficients are required.

The coefficients are serially applied from an input E via a multiple lead e to the address inputs of an addressable memory PROM and to a first input E1 of a comparator circuit K. The multiple lead e comprises as many wires as bits are required for the binary representation of a coefficient. A coding table is filed in the memory PROM.

The position of a counter Z is applied to a second input E2 of the comparator K—via a multiple lead f. The multiple lead f is simultaneously connected to further address inputs of the memory PROM.

It is assumed that a coefficient which is different from zero is present at the input E1. In this case the comparator circuit K supplies a pulse from an output A2, which pulse is applied via a lead a to the reset input R of the counter Z and to the clock input C2 of a flipflop circuit FF. The counter is reset to the zero position with this pulse and the codeword which is present at the output of the memory PROM is bit-parallel taken over in the flipflop circuit FF. The codeword can be derived from the output A of the circuit arrangement according to FIG. 6. The codewords present at output A are not the ultimate Huffman codewords because all of them have the same length. To convert codewords of the same length into codewords of unequal length, and conversely—the latter conversion is required at the receiver end—reference is made to patent applications DE 35 10 902, DE 35 10 901 and DE 36 32 682.

If a zero is present at the input E1, the comparator circuit K supplies a counting pulse from a further output A1 and applies it to the clock input C1 of the counter Z which increases it count by one unit. The comparator circuit K continuously compares the actual

KODAK_000224

4,901,075

7

counting with the value Lmax which is stored in one of its memories not shown. If the count reaches the value Lmax, the supply of a further counting pulse does not take place. Instead, the reset or transfer pulse is supplied from the output A2.

The complete coefficients—thus also their signs—are processed in the circuit arrangement according to FIG. 6. In a modification the signs of the coefficients are applied via a separate wire to the output A of the circuit arrangement and to accept them from a comparison by the comparator circuit K and from determining the codewords by the programmable memory PROM.

What is claimed is:

1. A circuit arrangement for coding a signal comprising a run of zero coefficients and a subsequent coefficient, wherein said coefficients are applied with predetermined delays to the address inputs of a memory (PROM) and to a first input (E1) of a comparator circuit (K), in that a counter (Z) is provided whose count is applied to further address inputs of the memory (PROM) and to a second input (E2) of the comparator circuit (K), in that the comparator circuit (K) supplies a counting pulse to the counter (Z) from a first output (A1) if a zero coefficient is present at the first input (E1) and if the count has not exceeded a value stored in a memory of the comparator circuit (K) supplies a pulse from a second output (A2) if the conditions for the supply of a counting pulse are not fulfilled, and in that the counter (Z) is reset by means of the pulse at the second output (A2) of the comparator circuit (K), and in that the codeword present at the outputs of the memory (PROM) is transferred to an intermediate memory (FF).

2. A circuit arrangement as claimed in claim 1, characterized in that the values of the coefficients are applied to the address inputs of the memory (PROM) and the comparator circuit (K) and in that the sign bits of the coefficients are supplied through a separate wire to the output (A) of the circuit arrangement.

3. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of zero coefficients, and a plurality of non-zero coefficients said method comprising the steps of:

(a) deriving from said signal, a plurality of events each comprising a run of said zero-coefficients having a respective run length and preceded or followed by at least one non-zero coefficient, and

(b) for each of said events, determining said respective run length and assigning a code word to represent said non-zero coefficient and said run length.

4. The method of claim 3, wherein said code words are Huffman code words.

5. A method as claimed in claim 4, characterized in that a Huffman codeword is not transmitted if the length of the associated run of zero-coefficients exceeds a barrier which is dependent on the magnitude of the subsequent non-zero-coefficients.

6. A method as claimed in claim 4, characterized in that the signal comprises a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantisation and in that a checked Huffman codeword is not transmitted if the length of the associated zero run is larger than five and

8

if the magnitude of the subsequent non-zero-coefficient has the smallest possible value different from zero.

7. A method as claimed in claim 4, characterized in that the Huffman codeword is independent of the sign of that non-zero coefficient which succeeds or precedes the run of zero-coefficients and in that the sign is coded by a separate bit.

8. A method for coding a signal for transmission at a reduced bandwidth, comprising the steps of:

(a) transforming said signal into a sequence comprising zero coefficients occurring in runs and non-zero coefficients;

(b) deriving from said sequence, a plurality of events each comprised of a run of zero coefficients having a respective run length, which is preceded or followed by at least one non-zero coefficient, and

(c) for each of said events, determining the run length and assigning a code word to represent said run length and said non-zero coefficient.

9. The method of claim 8, comprising the additional steps of:

determining for each event, whether the run length of said run of zero coefficients exceeds a predetermined length and if so assigning the same code word to represent each said run length and respective non-zero coefficient.

10. The method of claim 8, comprising the additional steps of:

determining for each event, whether the non-zero coefficient exceeds a predetermined value and if so assigning the same code to represent said run length and non-zero coefficient.

11. The method of claim 8, comprising the additional steps of:

determining whether the run length of each event exceeds a predetermined run length and if so, splitting said respective event into a plurality of sections so that each of said sections has a run length below said predetermined run length, and assigning a code word to each section.

12. An apparatus for coding a signal comprising a run of zero coefficients and a subsequent coefficient, said apparatus comprising:

(a) means for determining if the length of said run exceeds a predetermined length;

(b) splitting means coupled to said length determining means, for splitting a run which exceeds said predetermined length into a plurality of codable events; and

(c) coding means coupled to said splitting means for assigning a code word to represent each said codable event.

13. In a method of coding a signal comprising a sequence of coefficients which results after a blockwise transform of pixels of a video signal with subsequent quantization, for transmission at a reduced bit rate, said signal comprising a plurality of first coefficients having a signal value A and occurring in runs most frequently in said signal, and a plurality of second coefficients having values not equal to A, said method comprising the steps of:

(a) deriving from said signal, a plurality of events each comprising a run of said first coefficients having a respective run length, which is preceded or followed by at least one second coefficient, and

(b) for each of said events, determining said respective run lengths and assigning a code word to represent said second coefficient and said run length.

* * * * *

KODAK_000225

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 349DP | 9/3/88 | BKX |
| 358 | 13 | | |
| " | 136 | | |
| " | 138 | | |
| 341 | 63 | 2/23/89 | BKX |
| " | 106 | | |
| 358 | 261.1 | | |
| 375 | 25 | | |
| 358 | 261.2 | | |
| | 261.3 | | |
| | 261.4 | | |
| | 263 | | |
| above | updated | 8/29/89 | BKX |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| above | searched | 8/29/89 | BKX |

KODAK_000226



KODAK_000227

Staple Issue Slip Here



### INDEX OF CLAIMS

KODAK_000228

APPROVED FOR LICENSE ☐

INITIALS

09617

Entered
or
Counted

Received
or
Mailed

# CONTENTS

1. Application                    papers.
2. *Ptn (during Pros?)*          10-13-87
3. *Decl of Surcharge*           10-26-87
4. *Amdt A*                      9-11-88
5. Rejection, 3 months           9-20-88
6. *Amdt B*                      12-12-88
7. *Rej, 3 months*               3-6-89
8. *Amdt C*                      6-7-89
9. *Notice of Allowability*      8-14-89
10. *Notice of Allowance*        8-14-89
11. *Ack of Allowance*           9-7-89
12. *Formal drwgs (5 sht)*       9/15/89
13. *Priority Papers*            10/27/89
14. *Acknowledgement*            10/13/89

PTO GRANT  FEB 13 1990

15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

JA837

KODAK_000229



KODAK_000230

JA838