# EXHIBIT G

Case 1:06-cv-00251-GMS   Document 129-35   Filed 11/06/2007   Page 2 of 4

ANSI/IEEE Std 100-1984
Third Edition

# IEEE Standard Dictionary of Electrical and Electronics Terms

Frank Jay
Editor in Chief

J. A. Goetz,
Chairman
Standards Coordinating Committee
on Definitions (SCC 10)

### Membership

S. Aronow
D. C. Azbill
T. H. Barton
N. M. Blachman
L. R. Bloom
D. G. Bodnar
J. Brazee
R. L. Brereton
R. W. Brodersen
N. M. Burstein
E. F. Chelotti
F. A. Denbrock
A. J. Estin
P. Fasang
H. Fickenscher
E. S. Gillespie
D. W. Jackson
R. H. Krambeck
B. J. Leon*
F. J. Levitsky

C. H. Liu
E. E. Loebner
A. C. Lordi
A. Ludbrook
G. H. Mallinson
G. E. Martin
D. T. Michael
J. J. Mikos
A. J. Montalbano
E. I. Muehldorf
B. C. Nowlan
E. S. Patterson
J. G. Pearce
F. J. Saal
W. G. Schmidt
R. M. Showers
H. H. Smith
R. B. Squires
R. S. Turgel
C. E. White
W. T. Wintringham†

†Deceased
*Past-Chairman


Published by
The Institute of Electrical and Electronics Engineers, Inc.
New York, NY


Distributed in cooperation with
Wiley-Interscience, a division of John Wiley & Sons, Inc.

Library of Congress Catalog Number 84-081283

© Copyright 1984
**The Institute of Electrical and Electronics Engineers, Inc.**

*No part of this publication may be reproduced in any form,*
*in an electronic retrieval system or otherwise,*
*without the prior written permission of the publisher.*

August 10, 1984

SH09332

vibratory plow     1001     virtual cathode

**vibratory plow (cable plowing).** A plow utilizing induced periodic motion(s) of the blade in conjunction with drawbar pull for its movement through the soil. *Note:* Orbital and oscillating plows are types of vibratory plows that are commercially available.    52

**vibropendulous error (accelerometer).** A cross coupling rectification error caused by angular motion of the pendulum in a pendulous accelerometer in response to a linear vibratory input. The error varies with frequency and is maximum when the vibratory acceleration is applied in a plane normal to a pivot axis and at 45 degrees to the input axis.    46

**video (1) (radar).** Refers to the signal after envelope or phase detection, which in early radar was the displayed signal. Contains the relevant radar information after removal of the carrier frequency.    13
**(2) (television).** A term pertaining to the bandwidth and spectrum position of the signal resulting from television scanning. *Note:* In present usage, video means a bandwidth of the order of several megahertz, and a spectrum position that goes with a direct-current carrier. *See:* **signal wave.**    328

**video filter (non-real time spectrum analyzer) (spectrum analyzer).** A post detection low-pass filter.    68, 390

**video-frequency amplifier.** A device capable of amplifying such signals as comprise periodic visual presentation. *See:* **television.**    11

**video integration. (radar).** A method of utilizing the redundancy of repetitive video signals to improve the output signal-to-noise ratio, by summing successive signals.    13

**video mapping (radar).** The electronic superposition of geographic or other data on a radar display.    13

**video stretching (radar).** The increasing of the duration of a video pulse.    13

**video-telephone call (telephone switching systems).** A call between stations equipped to provide video-telephone service.    55

**vidicon.** A camera tube in which a charge-density pattern is formed by photoconduction and stored on that surface of the photoconductor that is scanned by an electron beam, usually of low-velocity electrons. *See:* **television.**    178, 190

**viewing area (oscilloscope).** The area of the phosphor screen of a cathode-ray tube that can be excited to emit light by the electron beam. *See:* **oscillograph; screen, viewing.**    184

**viewing time (storage tubes).** The time during which the storage tube is presenting a visible output corresponding to the stored information. *See:* **storage tube.**    174, 190

**viewing time, maximum usable (storage tubes).** The length of time during which the visible output of a storage tube can be viewed, without rewriting, before a specified decay occurs. *Note:* The qualifying adjectives **maximum usable** are frequently omitted in general usage when it is clear that maximum usable viewing time implied. *See:* **storage tube.**    174, 190

**virtual cathode (potential-minimum surface) (electron tubes).** A region in the space charge where there is a



Fig 2.2
Full Lightning Impulse



Fig 2.3
Lightning Impulse Chopped on the Front



Fig 2.4
Lightning Impulse Chopped on the Tail