# EXHIBIT H

ANSI/IEEE Std 100-1988
Fourth Edition

# IEEE Standard Dictionary of Electrical and Electronics Terms

Frank Jay
Editor in Chief

J. A. Goetz
Chairman
Standards Coordinating Committee
on Definitions (SCC 10)

## Membership

Ashcroft, D. L.
Azbill, D. C.
Ball, R. D.
Balaska, T. A.
Bauer, J. T., Jr.
Blasewitz, R. M.
Boberg, R. M.
Boulter, E. A.
Frewin, L. F.
Bucholz, W.
Buckley, F. J.
Cannon, J. B.
Cantrell, R. W.
Chartier, V. L.
Cherney, E. A.
Compton, O. R.
Costrell, L.
Davis, A. M.
Denbrock, F.
DiBlasio, R.
Donnan, R. A.
Duvall, L. M.
Elliott, C. J.
Erickson, C. J.
Flick, C.
Freeman, M.

Gelperin, D.
Guifridda, T. S.
Goldberg, A. A.
Graube, M.
Griffin, C. H.
Heirman, D. N.
Horch, J. W.
James, R. E.
Karady, G. G.
Key, T. S.
Kieburtz, R. B.
Kincaid, M. R.
Klein, R. J.
Klopfenstein, A.
Koepfinger, J. L.
Lensner, W.
Masiello, R. D.
Meitzler, A. H.
Michael, D. T.
Michaels, E. J.
Migliaro, H. W.
Mikulecky, H. W.
Moore, H. R.
Mukhedir, D.
Muller, C. R.
O'Donnell, R. M.
Petersons, O.

Radatz, J.
Reymers, H. E.
Roberts, D. E.
Rosenthal, S. W.
Rothenbukler, W. N.
Sabath, J.
Shea, R. F.
Showers, R. M.
Skomal, E. N.
Smith, T. R.
Smith, E. P.
Smolin, M.
Snyder, J. H.
Spurgin, A. J.
Stephenson, D.
Stepniak, F.
Stewart, R. G.
Swinth, K. L.
Tice, G. D.
Turgel, R. S.
Thomas, L. W., Sr.
Vance, E. E.
Wagner, C. L.
Walter, F. J.
Weinschel, B. O.
Zitovsky, S. A.



Published by
The Institute of Electrical and Electronics Engineers, Inc
New York, NY

Library of Congress Catalog Number 88-082198

ISBN: 1-55937-000-9

© Copyright 1988

**The Institute of Electrical and Electronics Engineers, Inc**

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

[text cut off at right edge:]

From their (
(AIEE) (1884)
defining techni
in 1963 to bec
    In 1928 the
Terms under th
National Stanc
*Standard Defi*
a second editi
it impracticab
limited to a sp
    Over the ye
definitions or
then-approved
    The 1972, 1
*and Electroni*
previously by
International I
    Most of the
been reaffirm
responsible fo
present time.
    The current

November 3, 1988

SH12070

**vestigial sideband (data transmission).** The transmitted portion of the sideband that has been largely suppressed by a transducer having a gradual cutoff in the neighborhood of the carrier frequency, the other sideband being transmitted without much suppression.   59

**vestigial-sideband modulation.** A modulation process involving a prescribed partial suppression of one of the two sidebands.   242

**vestigial-sideband transmission (facsimile).** That method of signal transmission in which one normal sideband and the corresponding vestigial sideband are utilized. *See:* **amplitude modulation; facsimile transmission.**   12

**vestigial-sideband transmitter.** A transmitter in which one sideband and a portion of the other are intentionally transmitted. *See:* **radio transmitter.**   111

**VF.** *See:* **voice frequency.**

**VHF.** *See:* **radio spectrum.**

**VHF radar.** *See:* **very-high-frequency radar.**

**vial (liquid-scintillation counters)(liquid-scintillation counting).** A glass or plastic sample container that meets the dimensional specifications of International Electrotechnical Commission (IEC) Pub 582-1977.   498, 422

**via net loss (vnl) (data transmission).** The net losses of trunks in the long distance switched telephone network of North America. The trunk is said to be in a via condition when it is an intermediate trunk in a longer switched connection.   59

**vibrating beam accelerometer (VBA) (inertial sensor).** A linear accelerometer whose proof mass is mechanically constrained by a force-sensitive beam resonator. The resultant oscillation frequency is a function of input acceleration.   46

**vibrating bell.** A bell having a mechanism designed to strike repeatedly when and as long as actuated. *See:* **protective signaling.**   328

**vibrating circuit (telegraph circuit).** An auxiliary local timing circuit associated with the main line receiving relay for the purpose of assisting the operation of the relay when the definition of the incoming signals is indistinct. *See:* **telegraphy.**   328

**vibrating-contact machine regulator (power switchgear).** A regulator that varies the excitation of an electric machine by changing the average time of engagement of vibrating contacts in the field circuit.   103

**vibrating-reed relay.** A relay in which the application of an alternating or a self-interrupted voltage to the driving coil produces an alternating or pulsating magnetic field that causes a reed to vibrate and operate contacts. *See:* **relay.**   259

**vibrating string accelerometer.** A device that employs one or more vibrating strings whose natural frequencies are affected as a result of acceleration acting on one or more proof masses.   46

**vibration.** An oscillation wherein the quantity is a parameter that defines the motion of a mechanical system. *See:* **oscillation.**   176

**vibration detection system (protective signaling).** A system for the protection of vaults by the use of one or more detector buttons firmly fastened to the inner surface in order to pick up and convert vibration, caused by burglarious attack on the structure, to electric impulses in a protection circuit. *See:* **protective signaling.**   328

**vibration meter.** An apparatus including a vibration pickup, calibrated amplifier, and output meter for the measurement of displacement, velocity, and acceleration of vibrations. *See:* **instrument.**   328

**vibration relay (power switchgear).** A relay that responds to the magnitude and frequency of a mechanical vibration.   103

**vibration test (rotating machinery).** a test taken on a machine to measure the vibration of any part of the machine under specified conditions.   63

**vibrato.** A family of tonal effects in music that depend upon periodic variations in one or more characteristics of the sound wave. *Note:* When the particular characteristics are known, the term **vibrato** should be modified accordingly, for example, **frequency vibrato; amplitude vibrato; phase vibrato** and so forth.   176

**vibrator (cable plowing).** That device which induces the vibration in a vibratory plow. *See:* **vibratory plow.**   52

**vibratory isolation (cable plowing).** Percentage reduction in force transmitted from vibration source to receiver by use of flexible mounting(s) (amount of isolation for a given unit varies with plow blade frequency).   52

**vibratory plow (cable plowing).** A plow utilizing induced periodic motion(s) of the blade in conjunction with drawbar pull for its movement through the soil. *Note:* Orbital and oscillating plows are types of vibratory plows that are commercially available.   52

**vibropendulous error (accelerometer).** A cross coupling rectification error caused by angular motion of the pendulum in a pendulous accelerometer in response to a linear vibratory input. The error varies with frequency and is maximum when the vibratory acceleration is applied in a plane normal to a pivot axis and at 45 degrees to the input axis.   46

**video (1) (radar).** Refers to the signal after envelope or phase detection, which in early radar was the displayed signal. Contains the relevant radar information after removal of the carrier frequency.   13

(2) **(television).** A term pertaining to the bandwidth and spectrum position of the signal resulting from television scanning. *Note:* In present usage, video means a bandwidth of the order of several megahertz, and a spectrum position that goes with a direct-current carrier. *See:* **signal wave.**   328

**video filter (non-real time spectrum analyzer) (spectrum analyzer).** A post detection low-pass filter.   390

**video-frequency amplifier.** A device capable of amplifying such signals as comprise periodic visual presentation. *See:* **television.**   11

**video integration. (radar).** A method of utilizing the redundancy of repetitive video signals to improve the output signal-to-noise ratio, by summing successive signals.   13

[right column partially cut off:]

**video mapping (rad**
geographic or oth
**video stretching (r**
of a video pulse.
**video-telephone ca**
call between stati
phone service.
**vidicon.** A camera
tern is formed by
surface of the ph
electron beam, us
**television.**
**viewing area (oscil**
screen of a cathc
emit light by the
**screen, viewing.**
**viewing time (sto**
the storage tube
sponding to the s

**viewing time, ma**
length of time d
storage tube can
a specified decay
tives **maximum u**
eral usage when i
ing time implied.
**virtual cathode (p**
**tubes).** A region
potential minimu
density, behaves
**tronic tube.**
**virtual duration (**
rent or voltage i
during which the
90 percent of its
**virtual duration o**
**rent (high voltag**
peak of a rectang
ing which the cu
peak value.
**virtual duration o**
**oxide surge arre**
**rester).** The virt
front is as follov
front duration le
on the front, cre
voltage to increa
(2) For voltage v
μs or more, the
from actual zer
current waves, 1
increase from 1(

**virtual front tim**
**impulse.**
**virtual front time**
front time $T_1$ of
times the interv
pulse is 10 and 9
tions are presen