# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 3, 2007

The Honorable Gregory M. Sleet  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *U.S. Philips Corporation v. Eastman Kodak Company*,
C.A. No. 06-251-GMS

Dear Chief Judge Sleet:

Enclosed is a corrected version of pages 49-51 of Plaintiff's Markman presentation. This version corrects the error in calculations that was identified by Mr. Anzalone at the Markman hearing (see Transcript of November 20, 2007 hearing at page 17:11-13).

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

186336.1  
Encl.  
cc: Francis DiGiovanni, Esquire (by hand)  
Thomas W. Winland, Esquire (via electronic mail)  
John Allcock, Esquire (via electronic mail)  
Timothy W. Lohse, Esquire (via electronic mail)





# The '075 patent teaches splitting some events into multiple sections

**Run Length of Zero Coefficient**
L = 2

**Size of Non-Zero Coefficient**
B = 4

**Huffman Code Table (Figs. 3-5)**

| Nr. | B | L | code word | length |
|---|---|---|---|---|
| 37 | 2 | 9 | 000001010s | 10 |
| 38 | 3 | 3 | 000001011s | 10 |
| 39 | 4 | 2 | 000001100s | 10 |
| 40 | 5 | 1 | 000001101s | 10 |
| 41 | 6 | 1 | 000001110s | 10 |

**Huffman Code Word**: 000001100s

000001100 + = 0 → 000001000  (15, 0)(2, 4)

(16, 4)

Events: 000 +1 | 00 +2 | 00 -2 | +72 | -4 | 0 +2 | 0 +8 | 18 zeros 4

Codes: 01000 | 0011000 | 0011001 | 00001111 00111111 | 0011101 | 011100 | 000000 01110 | 00000 11000 ... 10110

51