## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. No. 06-00251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

1. **Expert Report of Charles J. Neuhauser, Ph.D;**

2. **Expert Report of Dr. Touradj Ebrahimi For U.S. Patent No. 4,901,075 on Invalidity;**

3. **Expert Report of Dr. Touradj Ebrahimi Regarding JPEG Standards Issues;**

were served as follows on December 14, 2007:

| **BY E-MAIL:** | **BY OVERNIGHT MAIL AND E-MAIL:** |
|---|---|
| Steven J. Balick | Matt Levy |
| Ashby & Geddes | Finnegan Henderson Farabow Garrett and |
| 500 Delaware Avenue, 8th Floor | Dunner LLP |
| P.O. Box 1150 | 901 New York Avenue, NW |
| Wilmington, DE 19899 | Washington, DC 20001 |

**BY E-MAIL**
Kenneth Frankel
Finnegan Henderson Farabow Garrett and
Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

| | |
|---|---|
| Dated: December 17, 2007 | /s/ Francis DiGiovanni |
| | Francis DiGiovanni (#3189) |
| | Kristen Healey Cramer (#4512) |
| | Connolly Bove Lodge & Hutz LLP |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | Wilmington, DE 19899 |
| | Phone (302) 658-9141 |
| | |
| | John Allcock |
| | Sean C. Cunningham |
| | Tim Lohse |
| | John D. Kinton |
| | Jesse Hindman |
| | DLA Piper US LLP |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| | Phone (619) 699-2700 |
| | |
| | *Attorneys for Defendant/Counterclaimant Eastman Kodak Company* |

568971-1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on December 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on December 17, 2007, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)