IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of January, 2008, **CORRECTED EXPERT REBUTTAL REPORT REGARDING STANDARDS ISSUES BY TIMOTHY D. SCHOECHLE, Ph.D.** was served upon the following counsel of record at the address and in the manner indicated:

Francis DiGiovanni, Esquire                                VIA ELECTRONIC MAIL
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE  19801


T. Jesse Hindman, Esquire                                  VIA ELECTRONIC MAIL
DLA Piper Rudnick Gray Cary
401 B Street
Suite 1700
San Diego, CA  92101

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*U.S. Philips Corporation*

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Joyce Craig
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: January 10, 2008
186719.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building, 8th Floor<br>1007 North Orange Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| John Allcock, Esquire<br>DLA Piper Rudnick Gray Cary<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101 | VIA ELECTRONIC MAIL |
| Timothy W. Lohse, Esquire<br>DLA Piper Rudnick Gray Cary<br>2000 University Avenue<br>East Palo Alto, CA 94303 | VIA ELECTRONIC MAIL |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon