IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-251-GMS |
| v. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER**

WHEREAS, the expert discovery cut-off in the captioned action is January 22, 2008 (D.I. 18);

WHEREAS, via stipulated order (D.I. 142) the Court previously, *inter alia*, extended the dates by which the parties' experts on the issue of damages could be deposed, with the latest of those damages expert depositions to take place on February 15, 2008;

WHEREAS, due to unexpected scheduling and availability issues on both sides, the parties now also have found themselves unable to complete the depositions of the non-damages experts by the January 22, 2008 deadline;

WHEREAS, in an effort to amicably resolve those issues, the parties have agreed to mutually ask the Court to extend the cut-off for all expert depositions to the February 15, 2008 date to which the final damages expert deposition previously had been extended;

WHEREAS, this request would not necessitate the alteration of any other date in the case schedule; and

WHEREAS, pursuant to Local Rule 16.4, it is hereby certified that trial counsel have sent a copy of this request to their respective clients; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for completion of all expert discovery shall be extended to February 15, 2008, but that all other dates reflected in the scheduling order (D.I. 18), as subsequently amended (D.I.s 87, 123, and 142), shall remain unchanged.

| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Francis DiGiovanni* |
| Steven J. Balick (I.D. #2114) | Francis DiGiovanni (#3189) |
| John G. Day (I.D. #2403) | Kristen Healey Cramer (#4512) |
| Tiffany Geyer Lydon (I.D. #3950) | The Nemours Building |
| 500 Delaware Avenue, 8th Floor | 1007 Orange Street |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899 | 302-658-9141 |
| 302-654-1888 | fdigiovanni@cblh.com |
| sbalick@ashby-geddes.com | kcramer@cblh.com |
| jday@ashby-geddes.com | *Attorneys for Defendant* |
| tlydon@ashby-geddes.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

187487.1