# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendant. ) | Civ. No. 06-00251-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: **REVISED NOTICE OF DEPOSITION AND SUBPOENA TO TIMOTHY D. SCHOECHLE** was served as follows on January 23, 2008:

| **BY E-MAIL:**<br>Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | **BY OVERNIGHT MAIL AND E-MAIL:**<br>Thomas W. Winland<br>Steven M. Anzalone<br>Frank A. DeCosta, III<br>Matthew Levy<br>Finnegan Henderson Farabow Garrett and Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 |
|---|---|
| **BY E-MAIL:**<br>Kenneth Frankel<br>Finnegan Henderson Farabow Garrett and Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 | |

Dated: January 24, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Kristen Healey Cramer (#4512)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

*Attorneys for Defendant/Counterclaimant Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on January 24, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)