IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ) <br> Defendant. ) | Civ. No. 06-00251-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: **REPORT OF ROBERT H. WALLACE EXPERT WITNESS FOR EASTMAN KODAK COMPANY** was served as follows on January 30, 2008:

| **BY E-MAIL:** <br> Steven J. Balick <br> John G. Day <br> Tiffany Geyer Lydon <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 | **BY OVERNIGHT MAIL AND E-MAIL:** <br> Thomas W. Winland <br> Steven M. Anzalone <br> Frank A. DeCosta, III <br> Matthew Levy <br> Finnegan Henderson Farabow Garrett and Dunner LLP <br> 901 New York Avenue, NW <br> Washington, DC 20001 |
|---|---|
| **BY E-MAIL:** <br> Kenneth Frankel <br> Finnegan Henderson Farabow Garrett and Dunner LLP <br> 901 New York Avenue, NW <br> Washington, DC 20001 | |

Dated: January 31, 2008

/s/ Kristen Healey Cramer
Francis DiGiovanni (#3189)
Kristen Healey Cramer (#4512)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone (619) 699-2700

*Attorneys for Defendant/Counterclaimant*
 *Eastman Kodak Company*

587447-1

## CERTIFICATE OF SERVICE

I, Kristen Healey Cramer, hereby certify that on January 31, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on January 31, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Kristen Healey Cramer
Kristen Healey Cramer (#4512)