IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00251-GMS |
| v. ) | |
| ) | |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT EASTMAN KODAK COMPANY'S MOTION *IN LIMINE* NO. 1:
MOTION TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING
PRIVILEGED OPINIONS OF COUNSEL**

NOW COMES Defendant Eastman Kodak Company ("Kodak"), through its undersigned counsel, respectfully moves this Court for an order excluding U.S. Philips Corporation ("Philips") from presenting any evidence or argument at trial regarding the opinion of counsel obtained by Eastman Kodak Company ("Kodak") regarding U.S. Patent 4,901,075 ("the '075 patent"). Kodak is not relying on its opinion of counsel as a defense to willful infringement in this case and Kodak has not waived the attorney-client privilege with respect to the opinion of counsel. In these circumstances, it would be improper for Philips to present any evidence or argument regarding Kodak's opinion letter. Any references to the opinion letter Kodak obtained would improperly suggest to the jury that Kodak has asserted the attorney-client privilege with respect to that opinion because the outcome of the letter is unfavorable. This is contrary to the law and would be

highly prejudicial. Philips should not be permitted to present any evidence or argument at trial regarding Kodak's opinion of counsel, or Kodak's alleged failure to obtain an opinion.

Dated: February 11, 2008                    Respectfully Submitted,


                                            /s/ Francis DiGiovanni
                                            Francis DiGiovanni (#3189)
                                            **CONNOLLY BOVE LODGE & HUTZ LLP**
                                            The Nemours Building
                                            1007 N. Orange Street
                                            Wilmington, DE  19899
                                            Phone (302) 658-9141
                                            e-mail: fdigiovanni@cblh.com

                                            John Allcock
                                            Sean C. Cunningham
                                            Tim Lohse
                                            John D. Kinton
                                            **DLA PIPER US LLP**
                                            401 B Street, Suite 1700
                                            San Diego, CA  92101-4297
                                            Tel:  619.699.2700
                                            Fax:  619.699.2701

                                            Attorneys for Defendant/Counterclaimant
                                            Eastman Kodak Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00251-GMS |
| v. ) | |
| ) | |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 1: MOTION TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING PRIVILEGED OPINIONS OF COUNSEL**

The Court, having considered Defendant's Motion *in Limine* No. 1, and for good cause appearing therefore, Defendant's Motion *in Limine* No. 1 to exclude all evidence and argument regarding privileged opinions of counsel is GRANTED, and all evidence and argument regarding Kodak's opinion of counsel is excluded from presentation or consideration at trial.

SO ORDERED this _____ day of _____, 2008

_____
Chief Judge Gregory M. Sleet
United States District Court for the District of Delaware

SD\1782769.1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on February 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 11, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)