IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | )<br>)   Case No. 06-0251 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF NICOLE WYLL IN SUPPORT OF DEFENDANT EASTMAN KODAK COMPANY'S MOTION *IN LIMINE* NO. 1: MOTION TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING PRIVILEGED OPINIONS OF COUNSEL [EXHIBIT B FILED UNDER SEAL]

I, Nicole Wyll, declare as follows:

1.  I am an associate with the law firm DLA Piper US LLP, attorneys of record for defendant Eastman Kodak Company ("Kodak") in the above matter. Unless the context indicates otherwise, I make this declaration based upon my own personal knowledge.

2.  Attached hereto as Exhibit A is a true and correct copy of pages 1 and 23 of Eastman Kodak Company's Log of Privileged Documents, version 5.

3.  Attached hereto as Exhibit B is a true and correct copy of pages 1, 17-19 and 35 of U.S. Philips Corporation's Supplemental Responses to Defendant Eastman Kodak Company's First Set of Interrogatories (Nos. 1-3, 5, 10-12).

4.  Attached hereto as Exhibit C is a true and correct copy of a letter I wrote to Matt Levy, counsel for U.S. Philips Corporation, on November 19, 2007.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated this 11 day of February, 2008, in San Diego, California.

_____
Nicole Wyll

# EXHIBIT A

U.S. Philips Corp. v. Eastman Kodak Company
United States District Court, District of Delaware
Case No. 1:06-cv-00251-GMS

## KODAK'S LOG OF PRIVILEGED DOCUMENTS[1]

Assertion of privilege with respect to each of the documents below should be deemed to assert the privilege with respect to all copies, wherever they may be found.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10/04/2004 | Emilio Mercado | Chad Snee, Esq. | Memo | Memo related to business overview including use of JPEG. | AC |
| 2 | 07/15/2002 | Sheila Popowych | Gregory Westbrook, Ken Parulski, Thomas Close, Esq., Douglas Hague, Esq., and Charles Snee, Esq. | Email | Email enclosing letter related to indemnification claims. | AC |
| 3 | 07/09/2002 | Douglas Hague, Esq. | Charles Snee, Esq. | Email | Email related to Philips' infringement claims and advice. | AC |
| 4 | 07/09/2002 | Thomas Close, Esq. | Douglas Hague, Esq., Willy C. Shih, Gregory Westbrook, Ken Parulski | Email | Email related to Philips' infringement claims and advice. | AC |
| 5 | 06/28/2002 | Charles Snee, Esq. | Willy Shih, Gregory Westbrook, Ken Parulski, Douglas Hague, Thomas Close Esq., and Tetsuya Kitazawa | Email | Email related to Philips' infringement claims and advice. | AC |
| 6 | 07/01/2002 | Willy C. Shih | Charles Snee, Esq., Douglas Hague, Esq., Gregory Westrook, J.J. Hawley, Ken Parulski, Pamela Crocker, Esq., T.H. Close, Esq., t_kitazawa@chinon.co.jp | Email | Email related to Philips' infringement claims and advice. | AC |

---

[1] As Kodak's investigation continues, Kodak reserves the right to modify and/or update its privilege log. This log is version 5.

SDI\773357.3

1

| | | | | | |
|---|---|---|---|---|---|
| 224 | 12/01/2004 | Carlye Brown | Stanley Fralick | Letter | Letter prepared at the instruction of counsel related to analysis of Widcom VTC-56 | AC |
| 225 | 11/01/2004 | S.C. Fralick, Ph.D. | | Report | Report prepared at the instruction of counsel related to Widcom VTC-56 | WP |
| 226 | 11/01/2004 | S.C. Fralick, Ph.D. | | Report | Report prepared at the instruction of counsel related to Widcom VTC-56 | WP |
| 227 | 2002 | Majid Rabbani | | Report & notes | Handwritten notes on report prepared at the instruction of CIG related to Widcom VTC-56 | WP |
| 228 | 9/15/2006 | David M. Woods, Esq. | Eastman Kodak Company | Legal Opinion | Opinion of counsel related to U.S. Patent No. 4,901,075 | AC |

23

SD\1773357.3

# THIS DOCUMENT WAS FILED UNDER SEAL

# EXHIBIT C



DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Nikki Wyll
nikki.wyll@dlapiper.com
T  619.699.2879
F  619.764.6679

November 19, 2007
*VIA EMAIL & OVERNIGHT DELIVERY*

OUR FILE NO. 223612-25

Matthew Levy
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413

### Re: U.S. Philips Corp. v. Eastman Kodak Co., Civil Action No. 06-251-GMS

Dear Matt:

Enclosed with this letter is Kodak's Log of Privileged Documents, version 5. This version includes an entry for the opinion of counsel which Kodak received regarding the '075 patent. This document was not included on previous versions of Kodak's privilege log due to the parties' agreement that any privileged documents which post-date the filing of the complaint would not be required to be entered on the log. Despite this agreement, we felt it necessary to include in the privilege log Kodak's opinion of counsel given the misstatements in Philips' recent supplemental interrogatory responses, particularly Interrogatory No. 2. By including the opinion of counsel on Kodak's privilege log, Kodak is in no way relying on the opinion or waiving any privileges or rights associated with the opinion.

If you have any questions or concerns, please call.

Regards,

**DLA Piper US LLP**

Nikki Wyll
Associate

Admitted to practice in California
SD\1774937.1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on February 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 11, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)