IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-00251-GMS |

**DEFENDANT EASTMAN KODAK COMPANY'S MOTION TO STAY LITIGATION OF U.S. PATENT NO. 4,901,075 PENDING COMPLETION OF PATENT REEXAMINATION**

Defendant and Counterclaim Plaintiff Eastman Kodak Company ("Kodak") hereby submits this Motion to Stay Litigation of U.S. Patent No. 4,901,075 Pending Completion of Patent Reexamination. Kodak brings this motion in light of its request for *ex parte* reexamination of U.S. Patent No. 4,901,075, filed with the United States Patent and Trademark Office on February 7, 2008. A stay of this litigation will promote judicial economy and will not prejudice Plaintiff U.S. Philips Corporation ("Philips"). In support of this motion, Kodak files its Opening Brief and the Declaration of Nicole Wyll.

Dated: February 11, 2008            Respectfully Submitted,

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899

SD\1782804.1

Phone (302) 658-9141
e-mail: fdigiovanni@cblh.com


John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendant/Counterclaimant
Eastman Kodak Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-00251-GMS |
| v. | ) |
| | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT EASTMAN KODAK COMPANY'S
STATEMENT PURSUANT TO LOCAL RULE 7.1.1
IN SUPPORT OF MOTION TO STAY LITIGATION OF U.S. PATENT NO.
4,901,075 PENDING COMPLETION OF PATENT REEXAMINATION**

I, Francis DiGiovanni, Esq., an attorney for defendant, hereby state that the parties attempted to reach an agreement on the matters set forth in defendant's Motion to Stay Pending Reexamination. Specifically, on February 8, 2008, Richard T. Mulloy, Esq., counsel for defendant, proposed the relief sought in this motion to Steven Anzalone, Esq., counsel to plaintiff, and Mr. Anzalone stated that plaintiff would oppose the motion.

Date:   February 11, 2008              /s/ Francis DiGiovanni
                                       Francis DiGiovanni (#3189)

SD\1782758.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-00251-GMS |
| v. | ) |
| | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING EASTMAN KODAK COMPANY'S MOTION TO STAY LITIGATION OF U.S. PATENT NO. 4,901,075 PENDING COMPLETION OF PATENT REEXAMINATION**

The Court, having considered Defendant's Motion to Stay Litigation of U.S. Patent No. 4,901,075 Pending Completion of Patent Reexamination ("Motion to Stay"), and for good cause appearing therefore, Defendant's Motion to Stay is GRANTED pending completion of the reexamination of U.S. Patent No. 4,901,075.

SO ORDERED this _____ day of _____, 2008

_____
Chief Judge Gregory M. Sleet
United States District Court for the District of Delaware

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 11, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)