IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-251-GMS |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of February, 2008, **NOTICE OF SUBPOENA TO TOURADJ EBRAHIMI** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building, 8th Floor<br>1007 North Orange Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| John Allcock, Esquire<br>DLA Piper Rudnick Gray Cary<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101 | VIA ELECTRONIC MAIL |
| Timothy W. Lohse, Esquire<br>DLA Piper Rudnick Gray Cary<br>2000 University Avenue<br>East Palo Alto, CA 94303 | VIA ELECTRONIC MAIL |

*Of Counsel:*

Thomas W. Winland
Steven M. Anzalone
Kenneth Frankel
Frank A. De Costa, III
Joyce Craig
Matthew Levy
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: February 13, 2008
172473.1

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff
U.S. Philips Corporation*