CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. PHILIPS CORPORATION, ) | | |
| Plaintiff, ) | Civil Action No. 06-251 (GMS) | |
| v. ) | | |
| EASTMAN KODAK COMPANY, ) | **REDACTED** | |
| Defendant. ) | | |

### DECLARATION OF MEGAN E. MCCARTHY IN SUPPORT OF DEFENDANT EASTMAN KODAK COMPANY'S MOTION IN LIMINE NO. 2 TO EXCLUDE PATENT LICENSE AGREEMENTS

I, Megan E. McCarthy, declare as follows:

1.  I am an associate with the law firm DLA Piper US LLP, attorneys of record for defendant Eastman Kodak Company ("Kodak") in the above matter. Unless the context indicates otherwise, I make this declaration based upon my own personal knowledge.

2.  Attached hereto as Exhibit A is a chart summarizing the relevant U.S. Patent No. 4,901,075 patent (the "'075 patent") license agreements entered into by Philips and various third parties.

3.  Attached hereto as Exhibit B are true and correct copies of assorted correspondence between Philips and third parties regarding applicability of the '075 patent, or its foreign counterparts, to the JPEG Standard.

4.  Attached hereto as Exhibit C is a summary of actions filed by Philips asserting the '075 patent or foreign counterparts against implementers of the JPEG Standard.

SD\1782789.1

5. Attached hereto as Exhibit D is a true and correct copy of
'between Koninklijke Philips Electronics N.V. and .

6. Attached hereto as Exhibit E is a true and correct copy of correspondence
between Philips and

between Koninklijke Philips Electronics N.V

7. Attached hereto as Exhibit F is a true and correct copy of the
. Koninklijke Philips Electronics N.V.

8. Attached hereto as Exhibit G is a true and correct copy of
between Koninklijke Philips Electronics N.V. and

9. Attached hereto as Exhibit H is a true and correct copy of correspondence
between Philips and

10. Attached hereto as Exhibit I is a true and correct copy of correspondence between
Philips and

11. Attached hereto as Exhibit J is a true and correct copy of correspondence between
Philips and

12. Attached hereto as Exhibit K is a true and correct copy of correspondence
between Philips and

13. Attached hereto as Exhibit L is a true and correct copy of correspondence
between Philips and

SD\1782789.1

**REDACTED**

14.     Attached hereto as Exhibit M is a true and correct copy of correspondence

between

## REDACTED

I declare under penalty of perjury that the forgoing is true and correct to the best of my

knowledge.

Dated February 11, 2008, in San Diego, California.

Megan E. McCarthy

# EXHIBIT A

### PHILIPS '075 PATENT RELATED LICENSE AGREEMENTS

| Licensee | Date | Bates Range |
|---|---|---|
| | | PH_PAN 0199926-0199934 |
| | | PH_PAN 0289480-0289492 |
| | | PHLPSKD_00079088-00079097 |
| | | PH_PAN 0206925-0206935 |
| | | PH_PAN 0226221-0226229 |
| | | PHLPSKD_00079165-00079173 |
| | | PH_PAN 0197768-0197797 |
| | | PH_PAN 0176767-0176777 |
| | | PH_PAN 0199993-0200007 |
| REDACTED | | PHLPSKD_00079213-00079230 |
| | | PH_LG 0172778-0172784; PH_PAN 0176691-0176702 |
| | | PH_PAN 0281758-0281775 |
| | | PH_PAN 0206914-0206924 |
| | | PH_PAN 0202256-0202265 |
| | | PH_PAN 0176811-PH_PAN 0176820 |
| | | PH_PAN 0190653-PH_PAN 0190660 |
| | | PH_PAN 0190661-0190670 |
| | | PH_PAN 0266122-0266131 |
| | | PH_PAN 0199935-0199947 |
| | | PH_PAN 0195912-0195924 |
| | | PHPSKD_00042369-00042380 |
| | | PH_PAN 0227986-0227997 |
| | | PH_PAN 0175231-0175244 |

# EXHIBIT B

**REDACTED**

# EXHIBIT C

Worldwide Actions Filed by U.S. Philips Corporation and Koninklijke Philips Electronics N.V regarding U.S. Patent No. 4,901,075 or Foreign Counterparts

| CASE NO. | PARTIES | VENUE |
|---|---|---|
| 06-CV-1402 | U.S. Philips Corporation v. Konica Minolta Holdings, Inc. et al. | U.S. District Court for the Southern District of New York |
| 2:06-CV-04583-NS | U.S. Philips Corporation v. Pantech Wireless, Inc. | U.S. District Court for the Eastern District of Pennsylvania |
| 06-CV-1402 | U.S. Philips Corporation v. LG Electronics, Inc. and LG Electronics Mobilecomm U.S.A., Inc. | U.S. District Court for the Southern District of New York |
| 4a O 145/06 | Philips Intellectual Property & Standards v. Kodak GmbH | Regional Court, 4th Civil Chamber, Dusseldorf, Germany |
| 4a O 83/06 | Koninklijke Philips Electronics N.V. v. Konica Minolta | Landgericht Dusseldorf, Germany |
| 4a O 04/06 | Koninklijke Philips Electronics N.V. v. LG Electronics | Landgericht Dusseldorf, Germany |
| 06/03373 | Koninklijke Philips Electronics N.V. v. Konica Minolta | Tribunal de Grande Instance de Paris, France |
| 06/03371 | Koninklijke Philips Electronics N.V. v. LG Electronics | Tribunal de Grande Instance de Paris, France |
| 2006/0957 | Komnklijke Philips Electronics N.V. v, Konica Minolta | Rechtbank's-Gravenhage, Netherlands |

| CASE NO. | PARTIES | VENUE |
|---|---|---|
| 2006/0955 | Koninklijke Philips Electronics N.V. v. LG Electronics | Rechtbank's-Gravenhage, Netherlands |
| 2006 Kahap 16005 | Koninklijke Philips Electronics N.V. v. LG Electronics Inc. | Seoul Central District Court |
| 2006 Kahap 16012 | Koninklijke Philips Electronics N.V. v. Pantech & Curitel Communications, Inc. and Pantech Co., Ltd. | Seoul Central District Court |
| HC07 C01064 | Koninklijke Philips Electronics N.V. v. LG Electronics UK and LG Electronics Inc. | The Royal Courts of Justice, High Court, Chancery Division (England) |
| 2006/0955 | Koninklijke Philips Electronics N.V. v. LG Electronics European Holdings BV, LG Electronics European Logistics and Services BV, LG Electronics European Shared Services BV, LG Electronics Jit Europe BV and LG Electronics Benelux Sales BV | The Hague District Court |

# EXHIBIT D

**REDACTED**

# EXHIBIT E

**REDACTED**

# EXHIBIT F

**REDACTED**

# EXHIBIT G

**REDACTED**

# EXHIBIT H

**REDACTED**

# EXHIBIT I

**REDACTED**

# EXHIBIT J

**REDACTED**

# EXHIBIT K

**REDACTED**

# EXHIBIT L

**REDACTED**

# EXHIBIT M

**REDACTED**

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 11, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)