

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 255-4316
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

February 21, 2007

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware 19801

<u>VIA E-FILING</u>

Re:   *U.S. Philips Corp. v. Eastman Kodak Co.*, C.A. No. 06-251-GMS

Dear Chief Judge Sleet,

In anticipation of the discovery teleconference scheduled for Friday, February 22, 2008 at 11:00 a.m., in the above captioned matter, the parties jointly submit the following items to be presented to the Court:

1. Whether Philips must produce the transcripts of the depositions taken or to be taken of its employees and 30(b)(6) witnesses in *U.S. Philips Corporation v. Konica Minolta Holdings, Inc.\LG Electronics, Inc. et al.*, 1:06-cv-01402-BSJ-THK;

2. Whether Philips has forfeited the attorney-client privilege under the crime-fraud exception;

3. Kodak requests clarification of the Court's form pretrial order, and specifically whether proposed *Findings of Fact and Conclusions of Law* are required; and

4. The scope of summary judgment letters.

Respectfully submitted,

/s/ Francis DiGiovanni

Francis DiGiovanni (#3189)

cc:   Clerk of the Court (by ECF)
John Allcock, Esq. (by ECF)
Steven J. Balick, Esq. (by ECF and hand)
Steven Anzalone, Esq. (by ECF)