IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION,      )<br><br>Plaintiff,      )<br><br>v.      )<br><br>EASTMAN KODAK COMPANY,      )<br><br>Defendant.      ) | Civil Action No. 06-251 (GMS) |

**DECLARATION OF NICOLE WYLL IN SUPPORT OF DEFENDANT EASTMAN KODAK COMPANY'S OPPOSITION TO PHILIPS' MOTION *IN LIMINE* NO. 4: TO EXCLUDE REFERENCES TO KODAK'S STATE LAW COUNTERCLAIMS IN FRONT OF THE JURY [EXHIBITS C & D FILED UNDER SEAL]**

I, Nicole Wyll, declare as follows:

    1.    I am an associate with the law firm DLA Piper US LLP, attorneys of record for defendant Eastman Kodak Company ("Kodak") in the above matter. Unless the context indicates otherwise, I make this declaration based upon my own personal knowledge.

    2.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr. Touradj Ebrahimi Regarding JPEG Standards Issues.

    3.    Attached hereto as Exhibit B is a true and correct copy of selected pages from the deposition of Dr. Peter Vogel on October 24, 2007.

    4.    Attached hereto as Exhibit C is a true and correct copy of "Unofficial Copy of DIS 10918-1" bearing the bates number PHLPSKD_00070739.

    5.    Attached hereto as Exhibit D is a true and correct copy of pages 1-5 and 31 of Mark Peterson's Expert Report on Damages, on behalf of U.S. Philips Corporation.

6.      Attached hereto as Exhibit E is a true and correct copy of Kodak's Proposed Final Jury Instructions, Section 5.4.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated February 25, 2008, in San Diego, California.

Nicole Wyll

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U.S. PHILIPS CORPORATION,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Civil Action No. 06-00251-GMS
　　　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
EASTMAN KODAK COMPANY,　　.　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　　　)

**EXPERT REPORT OF DR. TOURADJ EBRAHIMI**

**REGARDING JPEG STANDARDS ISSUES**

## I.    INTRODUCTION

1.    Counsel for Defendant Eastman Kodak Company ("Kodak") has retained me as an expert in connection with this litigation. I may testify at trial or other court proceedings regarding the subject matter set forth in this report. A current version of my curriculum vitae including a list of all publications I have authored or coauthored is attached as Appendix A.

2.    I understand that Plaintiff U.S. Philips Corporation ("Philips") claims that Kodak's products that implement the baseline sequential mode of JPEG's international standard for still image compression (the "JPEG Standard")[1] infringe Philips' U.S. Patent No. 4,901,075, entitled "Method and Apparatus for Bit Rate Reduction" ("the '075 patent") as well as the '075 patent's foreign counterparts.

3.    The purpose of this report is to describe and explain the standards-setting process with emphasis on the development of the JPEG Standard. This report also discusses the intellectual property and licensing policies of the Standards Setting Organizations ("SSO") responsible for developing and promulgating the JPEG Standard including the International Telegraph and Telephone Consultative Committee ("CCITT")[2] and International Organization for Standardization ("ISO")[3], and their JPEG related subcommittees as well as the Joint Photographic Experts Group ("JPEG") itself.

4.    The opinions in this report reflect my independent judgment based upon my past experience and research as well as the materials that I have reviewed in preparing this report, a list of which is attached as Appendix B.

---

[1] The JPEG Standard is published in two identical standards: (a) CCITT Recommendation T.81, published September 21, 1992; and (b) ISO/IEC International Standard 10918-1, published February 15, 1994.
[2] In 1992, CCITT became ITU-T which stands for International Telecommunication Union - Telecommunication Standardization Sector.
[3] The International Electrotechnical Commission ("IEC") was also involved in the development of the JPEG Standard, but in large part delegated standardization activities to JTC1 which is a joint technical committee formed between ISO and IEC.

5.     My fees charged for preparation of this report ($300 per hour) are not contingent on any particular findings and are due regardless of outcome.

6.     Based on my experience and review of the relevant materials, I have reached three general conclusions: (1) Philips' participation in the JPEG standards-setting process gave rise to a duty to disclose patents and patent applications applicable to the JPEG Standard; (2) Philips' conduct in failing to disclose the '075 patent, and its subsequent attempt to enforce that patent against the JPEG Standard, violates the patent policies of JPEG as set forth by ISO and CCITT; and (3) the JPEG committee would have adopted an alternative encoding technique for the JPEG Standard had Philips (a) complied with the patent policies and disclosed what it now contends is an essential patent to the JPEG Standard and (b) refused to offer a license on a royalty-free basis.

## II.    QUALIFICATIONS

7.     I am a Professor of Image Processing at the Swiss Federal Institute of Technology (EPFL), in Lausanne, Switzerland, involved in teaching and research in the field of Multimedia Signal Processing.  Before joining EPFL as a faculty member in 1994, I was with AT&T Bell Laboratories Research Center in Holmdel, NJ, USA, where I worked on video compression techniques for communication.  Prior to that, I was with Sony Corporation in Tokyo, Japan, working at its Corporate Research Center in the area of image and video compression for storage applications.  I hold a Masters of Science Degree from EPFL in Electrical Engineering with specialization in Image Processing, and a PhD from EPFL on Video Compression.

8.     During my career I have been closely involved in various standardization projects relating to image and video compression.  I am currently the Head of the Swiss Delegation to JPEG and MPEG, as well as SC29 which is the body overseeing the work of these two standardization committees.  My duties as Head of the Swiss Delegation include coordination of

3

Swiss input to the development of MPEG and JPEG standards, and voting on behalf of the Swiss National Body.

9.    I have been and continue to be the chair of various technical subgroups within the JPEG and MPEG standardization committees, which include chairman of requirements in JPEG, editor of the secure JPEG 2000 standard, and editor of the MPEG-4 video standard. I also chaired the joint Ad Hoc Group between ISO/IEC and ITU-T experts in charge of examining proposals for inclusion of new Amendments to the JPEG Standard.

10.    For more than a decade I have been acting as the convener (chairman) of the Advisory Group on Management (AGM) in SC29, which is in charge of various matters that affect the activities of SC29 and its Working Groups (JPEG and MPEG). Such matters include areas of overlap and coordination between MPEG and JPEG, as well as intellectual property related issues including patent disclosure, and licensing guidelines.

11.    I have received several awards and distinctions in the area of image and video compression standardization. Examples include four ISO certificates for outstanding contributions to JPEG 2000, Secure JPEG 2000, JPEG 2000 reference software, and the MPEG-4 video standard. I have received the first prize for best publication of the IEEE Transactions on Consumer Electronics in 2000 for a paper describing the JPEG 2000 standard. I have been author or co-author of more than 150 publications (books, book chapters, journal papers, conference proceedings), and hold several patents. I regularly teach courses at graduate levels in European Universities (Switzerland, France, and Italy) on image and video compression which include detailed description of the JPEG Standard.

## III.    THE IMPORTANCE OF STANDARDS SETTING

12.    For any set of technology products that work together in an application, standards play a crucial role in defining how different parts of a system fit together. The principal goal of such standards is to provide interoperability on the standardized interfaces among products manufactured by different companies. Ideally, companies that implement a standard or features of a standard can make products by simply referencing the standard without the need to communicate separately with every other company with which their products may need to work. This ensures that their products will interoperate with other products that implement the standard.

13.    One common practice is to define a set of specifications—i.e. conventions, rules or parameters—that govern how the technology functions. So long as various components conform to those specifications, the related technology components will be "interoperable" and work effectively and efficiently with all other components conforming to the standard. Thus, for decades, technology manufacturers have been members of SSOs that exist to create a common set of standards that all members can follow. In return, the SSOs require that their members disclose patents that are applicable to any standard and, at the very least, agree to license those patents on Reasonable And Non Discriminatory ("RAND") terms.

14.    Once technologies for a given standard are selected, the patents essential or potentially essential to practice that standard gain value because competing technologies are effectively eliminated from the marketplace. Once capital investments (on the order of billions of dollars) are made to comply with the standard, product manufacturers become locked into the technology and become vulnerable to holders of purportedly essential patents. This lock-in confers upon patent holders the ability, if unrestrained, to extract royalties from prospective licensees using

litigation or the threat of litigation. SSOs protect their members and the public from such opportunistic behavior by obligating members to (1) disclose applicable patents prior to publication of standards; and (2) at the very least (depending on the SSO) license their essential patents on RAND terms. These obligations prevent the patent holder from appropriating for itself (rather than consumers) the value of having an industry standard.

15.     Standard-setting involves four key components: (1) identification of standardization topic and preparation of call for proposals; (2) evaluation of proposed technologies; (3) patent disclosure and clearance; and (4) approval and adoption of the standard. The patent disclosure and clearance process is typically completed before the standard is adopted and implemented to ensure that no member may use its patents to impede competition or exclude participants from the marketplace, such as by charging exorbitant royalty rates for patents that must be used by all market participants because they are essential to practice the standard. If members do not agree to license their essential patents on at least RAND terms, SSOs typically look to alternative technologies that are not encumbered by patents or for which RAND assurances can be obtained.

## IV.    THE IMPORTANCE OF PATENT DISCLOSURE AND LICENSING POLICIES

16.     In order for SSOs to promote successful standards, they must try to ensure that implementers of the standard are free to practice the standard without fear of being sued for patent infringement. SSOs generally regulate the use of patents in standards under consideration by adopting patent disclosure and licensing policies that apply to their members. For example, ISO and CCITT have implemented patent disclosure rules whereby members are required to disclose the existence of patents applicable to standards under consideration.

17.     In addition, many SSO patent policies require member patentees to license essential patents on at least RAND terms. If a commitment to license on RAND terms for a patent that is

6

deemed essential or potentially essential to implementing the standard cannot be obtained, the standard may be rewritten to exclude the patented technology or be withdrawn. ISO and CCITT have implemented such rules.

18.    SSO patent policies are directly related to the purposes of standardization itself—to provide open technology specifications intended for widespread implementation resulting in interoperability of products produced by companies and industries worldwide. And the technical solutions chosen for a particular standard are often equivalent or nearly equivalent to other proposed solutions. In fact, much of the value attributable to the underlying technology is often simply the result of having been selected for the standard.

## V.    THE JPEG STANDARD

19.    The JPEG Standard is an international standard that has played a key role in the rapid growth of the digital imaging industry over the past 15 years. Since its formal adoption in 1992, hundreds and hundreds of manufacturers worldwide have implemented the JPEG Standard in their products. Although it is difficult to pinpoint the worldwide revenue for all products incorporating the JPEG Standard, it is in the many billions of dollars. The widespread use of the JPEG Standard is largely the result of the universal understanding that it is an "open" standard, unencumbered by patents and free from royalty demands.

20.    JPEG refers to the collaborative efforts and joint committee of CCITT and ISO, each a leading international standard-setting organization. Each organization dedicated a subcommittee to developing a worldwide standard for still image compression and decompression—CCITT Study Group VIII and ISO Working Group 8, which later became Working Group 10.[4] In 1986,

---

[4] Work relating to JPEG is currently conducted under JTC1/SC29 Working Group 1.

21.    CCITT Study Group VIII and ISO Working Group 8 began collaborating and formed a joint committee referred to as JPEG or "Joint Photographic Experts Group."

22.    The JPEG Standard is published in two identical standards: (a) CCITT Recommendation T.81, published September 21, 1992; and (b) ISO/IEC International Standard 10918-1, published February 15, 1994.  The JPEG Standard provides compatibility for compression, decompression, transmission and storage of digital still images and interoperability among and between products from various manufacturers worldwide.

23.    Products that incorporate the JPEG Standard include a wide variety of hardware devices and software applications such as personal computers, personal digital assistants, digital cameras, digital camcorders, cellular telephones, internet browsers, document or photo viewers, editing software, printers, scanners, fax machines and the like.  The most common representation of the JPEG Standard is the well-known ".jpg" file extension used for JPEG-formatted image files.

24.    Since its adoption as an international standard, hundreds of companies throughout the United States and the world (Kodak, HP, Xerox, Canon, and Fujitsu to name a few) have embraced the JPEG Standard, investing a great deal of money researching and developing JPEG-compliant products and services.  Private consumers and businesses have also become dependent on the JPEG Standard.  In fact, the JPEG Standard has become one of the most ubiquitous standards in the digital age.

25.    Early implementers of the standard include C-Cube Microsystems, which in December 1990 announced a JPEG-enabled image processor, and Xing Technology, which in March 1991 implemented the JPEG Standard in a software program called VT-Compress.  (Kodak_013514-15; Kodak_013517-18.)  Adobe Systems, a prominent software company, also embraced the JPEG Standard early on.  By 1990, Adobe had incorporated the JPEG Standard in its

8

PostScript® Language software (Kodak_013521) and by 1994 had incorporated the JPEG Standard into its successful Photoshop® software. (Kodak_023500-02.) Beginning in 1991, Kodak introduced the first digital SLR camera system that implemented JPEG. (Kodak_011347; Sasson depo. at 33:9-34:14, 37:22-38:2.) Since then, JPEG has become ingrained in every major operating system and internet browser, in nearly every graphics software program, in most internet websites, in most digital cameras, cellular telephones, printers, scanners, fax machines, and in many other products. Billions of .jpg files exist today.

26.    The widespread use of the JPEG Standard was not unexpected. International standards are developed so that companies, industries and nations will embrace the standard, resulting in increased marketability, reliability, interoperability and compatibility of products. The JPEG Standard's prevalence also reflects the nature and composition of JPEG, an international collaboration of the world's largest companies involved in the digital media industries, such as IBM, AT&T, Sony, Hitachi, Bull, DEC, NEC, Siemens, Mitsubishi, Xerox, Philips and Kodak. The nations represented in the JPEG related committees included the United States, Britain, Germany, the Netherlands, France, Italy, Japan, Canada and South Korea. It is no surprise that once JPEG adopted the standard, JPEG's members developed conforming products on a massive scale.

27.    Customer demand for interoperability also contributed to the success of the JPEG Standard. Consumers not only want interoperability among their own digital cameras, personal computers and other digital devices, but also interoperability with digital equipment used by friends, family and colleagues. Similarly, businesses want compatibility and interoperability in their offices and with other businesses and consumers. Also, much of the graphical content available on the Internet today consists of JPEG images. Without the availability of an

international and universal standard, the widespread availability of graphical content on the Web would be greatly diminished. JPEG provided the necessary mechanism for coordinating the evolution of the digital still-image and related component industries into a universal standard. Once JPEG adopted the standard, consumers, businesses and the world followed.

## VI.    THE JPEG RELATED STANDARDS SETTING ORGANIZATIONS AND SUBCOMMITTEES

28.    ISO is a network of national standards institutes of 147 countries, with a Central Secretariat in Geneva, Switzerland. It is the world's largest developer of standards. ISO's work ranges from standards for traditional activities, such as agriculture and construction, to the newest information technology developments. (Kodak_012457-58.)

29.    ISO is divided into different Technical Committees ("TC"). Each TC is composed of one or more Sub Committees ("SC"), and each SC can have one or more Working Groups. Work relating to JPEG is currently performed within Working Group 1[5] of Sub Committee 29 of JTC1. The "J" in JTC1 stands for a "Joint" as this Technical Committee is joint with IEC – International Electrotechnical Commission, which is another standardization organization also based in Geneva. (See www.iec.ch.)

30.    Efforts to develop the JPEG Standard within ISO began in 1982 when ISO Working Group 8 was established and assigned the task of identifying picture coding mechanisms and encoding principles for graphic and photographic images. (Kodak_183574.) Soon a subgroup of ISO Working Group 8, known as the "Photographic Experts Group" (PEG), began analyzing options for standardizing a compression technique for still images. PEG became JPEG (the

---

[5] Although ISO work relating to JPEG is currently conducted within Working Group 1, that work began under Working Group 8, which was later transferred to Working Group 10.

31.    "Joint Photographic Experts Group") in 1986 when ISO Working Group 8 began

collaborating with CCITT Study Group VIII. (Kodak_061288; Kodak_183575.)

32.    According to ISO records, Philips representative L.J.W. van Loon (of Philips

Telecommunicate Industrie) attended the first Working Group 8 meeting held at the British

Standards Institution ("BSI") in London during February 1983 (Kodak_184114), and was

recognized as a contributing member of Working Group 8 during the April 1984 meeting in

Tokyo. (Kodak_184122.) ISO Working Group 8 also recognized Philips' contributions in June

1986 by sending a letter to Philips representative Loek Zeckendorf (of Philips Data Systems)

thanking him for his "contribution" to the committee's "Draft Proposals for Identifying Picture,

Coding Methods and Encoding Principles for Picture Coding." (Kodak_184177.)

33.    CCITT is a permanent organ of the International Telecommunications Union, a standard-

setting body in the field of telecommunications. CCITT is organized into Study Groups, each

focusing on a different area of technology. CCITT Study Group VIII focused on standardizing

the compression and decompression of still images and was also the first to publish the JPEG

Standard as an official CCITT Recommendation, T.81, in September 1992. Within Study Group

VIII, Question 16 was formed as a subgroup devoted to the study and development of the JPEG

Standard. (Sebestyen depo. at 89:24-90:6; Kodak_182147-53; Kodak_183005-07.)

34.    According to JPEG records, Philips representatives attended and participated in CCITT

Study Group VIII meetings as early as June 1985 (Kodak_181945) through at least the early

1990s. And Philips was one of approximately thirteen member/attendees of the Question 16

subgroup. (Kodak_183011-12.) The relevant CCITT records indicate that Philips voted for

approval of the CCITT version of the JPEG Standard at least once during the drafting phase.

Specifically, Karl-Heinz Wenzel (of Philips Kommunikations Industrie AG) attended an October

1991 CCITT Study Group VIII meeting in Geneva where the subcommittee approved CCITT

Recommendation T.81. (Kodak_182147; Kodak_182181; Kodak_182191; Kodak_183006;

Kodak_183011-12.)

35.    According to the relevant records, Philips was also a member of CCITT Study Group

XV, which developed Recommendation H.261, a precursor to the MPEG standard. MPEG, short

for "Motion Picture Experts Group," is an ISO/IEC standards effort similar to JPEG, which

standardized the compression of video and audio rather than still images. The ISO/IEC JPEG

committee coordinated its efforts and initiated a "formal liaison" with Study Group XV.

(Kodak_184220.) CCITT records show that Philips participated in CCITT Study Group XV

meetings from as early as July 1985 (Kodak_013095) through at least the early 1990s.

36.    British Standards Institute ("BSI") is the the national standards body of the United

Kingdom that works with government, businesses and consumers to represent United Kingdom

interests and facilitate the production of British, European and international standards.

(Kodak_023524; Kodak_023525.) IST/37 is the BSI subcommittee responsible for standards

relating to coding picture, audio, multimedia and hypermedia information. IST/37 also

represented the United Kingdom in the international committee ISO/IEC JTC1/SC29 that

oversaw the development of CCITT and ISO standards for JPEG. (Kodak_181536.) My review

of the relevant materials indicates that by the early 1990s, Philips was an active member of

BSI's IST/37 and actually chaired the committee for a period of time. (Kodak_184550.)

Further, those materials also indicate that a Philips representative chaired at least one meeting

when IST/37 voted to approve a draft of the JPEG Standard. (Kodak_075840.)

## VII.    PHILIPS' PARTICIPATION IN JPEG STANDARDIZATION

37.    As briefly discussed above and more fully set forth below, the historical records related to adoption of the JPEG Standard show that Philips was both a member of the relevant JPEG related committees and an active participant in the development and adoption of the JPEG Standard. My review of those records shows Philips' attendance and participation in the JPEG related committees, which is summarized in a chart attached as Appendix C.

38.    Specifically, those JPEG related committee records and meeting reports indicate that at least several times, Philips voted for or otherwise approved selection of the technique that was adopted as the JPEG Standard. The records indicate that in January 1988, the JPEG committee evaluated the three finalists for the JPEG baseline system—ADCT, ABAC and BSPC, proposed by ESPRIT 563-PICA, IBM, and the Japanese Natural Image Standardization Group, respectively. (Kodak_184250-51.) Although the committee concluded there was technically "no big difference" among the three candidates, ADCT received the highest marks on subjective testing, and therefore, the JPEG committee made ADCT its "first candidate" for standardization. (Kodak_184251.) Philips representative Norman Richards (of Philips Research Laboratories) is listed as attending the January 1988 JPEG committee meeting and apparently participated in the committee's unanimous vote for ADCT as the compression technique for the JPEG Standard. (Kodak_184293.) The significance of this meeting is memorialized in a photo entitled "The Historic Moment" which is signed by Philips' representative Mr. Richards. (Kodak_184261; Richards depo. at 35:12-36:17.)

39.    In October 1991, an unofficial copy of Draft International Standard ("DIS") 10918-1 was distributed by JPEG chairman Gregory Wallace to CCITT Study Group VIII as the "camera-ready copy of Draft Recommendation T.81." (PHLPSKD_00070739) Philips produced a copy

of this document with Peter Vogel's, the named inventor of the '075 patent, handwriting on it. (*Id.*; Vogel depo. at 126:9-127:2.) Mr. Vogel testified that he assumed that he had handwritten "U.S. 4,901,075, February 1990, Claims 3, 4, 7 and 8" at the top of DIS 10918-1 because he believed that the '075 patent applied to the JPEG standard. (Vogel depo. at 127:24-128:10.) Peter Vogel also testified that "he would guess" that the reason he wrote "Philips International BV, Corporate Patents and Trademarks" on the subject document was that he had forwarded it to Philips' patent department. (*Id.* at 129:1-11.)

40.    CCITT records indicate that also in October 1991, Philips representative Karl Heinz Wenzel attended a CCITT Study Group VIII meeting in Geneva. (Kodak_182191.) Mr. Wenzel's employer—Philips Kommunikations Industrie AG (PKI)—is the same German Philips subsidiary that employed Mr. Vogel. (Vogel depo. at 16:23-17:5; Kodak_074784-93.) The meeting report states that the participants concluded that the Draft Recommendation T.81 should be "processed for approval" in accordance with organization rules. (Kodak_182181.) The report also indicates that at the meeting IBM disclosed a proposed licensing arrangement for its T.81 related patents—IBM stated it would license those patents for a one-time fee of $5,000 or $10,000. (Kodak_182189-90.)

41.    ISO records indicate that Philips also voted at least once for approval of a draft of JPEG 10918-2, which relates to compliance testing of the JPEG Standard—an important component of the overall JPEG Standard. Philips representatives Erik Schylander (of Philips Consumer Electronics), Jan Van Der Meer (of Philips Consumer Electronics) and Dr. John Morris (of Philips Research Laboratories) attended a Working Group 8 Plenary meeting in Tokyo during November 1991, representing the Netherlands and United Kingdom respectively. (Kodak_183665.) The Tokyo meeting report indicates "unanimous" passage of the draft JPEG

14

10918-2 standard for final resolution. (Kodak_183681.) As voting members, Messrs. Schylander and Van Der Meer, as well as Dr. Morris, presumably approved this resolution on behalf of Philips and their member countries.

42.    The record also indicates that Philips voted for approval of the JPEG Standard in connection with its participation in BSI. Specifically, on June 11, 1992, Philips representative Dr. John Morris (of Philips Research Laboratories) chaired the fourth meeting of BSI IST/37. During the meeting, the European membership considered a draft of the JPEG Standard and voted to approve the draft "without comments." (Kodak_075840.)

## VIII.    PHILIPS' PARTICIPATION IN THE STANDARDS-SETTING PROCESS CREATED A DUTY TO DISCLOSE PATENTS AND PATENT APPLICATIONS APPLICABLE TO THE JPEG STANDARD

43.    As a member of CCITT Study Group VIII, ISO Working Group 8, otherwise referred to as the JPEG committee, Philips representatives, like the other participants, had a duty to disclose any patents and patent applications relevant to JPEG. This duty arose from the committees' written patent policies and from requests for disclosure during development and adoption of the JPEG Standard. In addition, the conduct and understanding of other committee members demonstrated an expectation that standards setting members would participate in good faith and disclose any potentially relevant patent interests. Philips' own conduct in disclosing its patent applications in the context of MPEG standardization also demonstrates Philips' knowledge of and compliance with this duty and expectation of disclosure.

44.    I understand that the Philips patent at issue in this case, the '075 patent, issued to Peter Vogel on February 13, 1990. That patent claims priority to three German patent applications: No. 3,631,252, filed September 13, 1986; No. 3,638,127, filed November 8, 1986; and No. 3,717,399, filed May 23, 1987. (Kodak_074784-93.)

15

45.    Since at least December 1983, formal CCITT patent policy has required Study Group

members to disclose any known patents and patent applications concerning subject matter under

consideration for standardization.  CCITT minimum requirements state that members are

required to make those patents available to members and to grant licenses on a nondiscriminatory

basis and for reasonable fees.  These requirements appear in a document titled "CCITT Patent

Policy" which provides as follows:

> These rules stipulate that Study Group members should inform the meeting if they know of any patent concerning a subject under study.  If such a patent exists, the patent holder is required to make the patent available to members.  The minimum requirements are, to grant licenses on a non-discriminatory basis and for reasonable fees.  Such a statement by the patent holder is usually published as a meeting document.  Members of the Study Group are then free to negotiate a license agreement with the patent holder until the next  Plenary Assembly when the draft Recommendation concerned is submitted by the Study Group for approval by the Plenary.

(Kodak_183599.)  CCITT patent policy is also discussed in a February 1988 memorandum titled

"Statement on CCITT Patent Policy," which emphasizes the importance of avoiding commercial

abuse by patent holders and states that "the fullest available information should be disclosed."

(Kodak_012533.)  CCITT member organizations formulating a standard are obligated to "draw

the CCITT's attention to any known patent and similar rights on a worldwide basis or any known

pending applications[.]"  (*Id.*)  The document describes three "cases" that may arise:

> 2.1  The patent holder waives his rights; hence the CCITT
> Recommendation is accessible to everybody subject to no
> particular conditions, no royalties are due, etc.,
>
> 2.2  The patent holder is not prepared to waive his rights but would
> be willing to negotiate licenses under patent or similar rights on a
> non-discriminatory basis with applicants throughout the world on
> reasonable terms and conditions (to be performed <u>outside</u> the
> CCITT),
>
> 2.3  The patent holder is not willing to comply with the provision
> of para. 2.1 or 2.2; in such case no CCITT Recommendation can
> be established.

(Kodak_012533-34.)  In my opinion, as a CCITT Study Group VIII member, Philips had a duty

to disclose the '075 patent to the extent it concerns (as Philips now claims it does) the subject

matter of the JPEG Standard.  In addition to disclosure, CCITT patent policy also required

Philips to make its patent available on a nondiscriminatory basis and for reasonable fees.

(Kodak_183599.)

46.      The JPEG committee also required its members to disclose applicable patents.  A

document designated as "JPEG-637" provides at least a partial summary of JPEG's patent

policy:

> (1)    List in standard only Patents which <u>someone</u> believes <u>must</u>
>        be used for every implementation of any of the modes of
>        operation;
>
> (2)    Do not list in standard a patent which <u>everyone</u> believes
>        need not be used for every implementation for a mode of
>        operation.
>
> JPEG Policy on Members' Statements:  Make patent restatements
> at time of release of each phase of standard for any known patent
> or patent application which might be in (1) above.

(Kodak_183587.)  Therefore, as a JPEG member, Philips was required at each phase of release to

disclose any patents or patent applications it believed were necessary for implementation of the

JPEG Standard.  Additionally, the ISO patent policy strongly discouraged inclusion of patented

items:

> If the proposal is accepted on technical grounds, the proposing
> member body should ask any known patent holder for a statement
> that he would be willing to negotiate licenses under patent and like
> rights with applicants throughout the world on reasonable terms
> and conditions.…  If the patent holder does not provide such a
> statement, the technical committee should only proceed with the
> inclusion of a patented item if Council decides that exceptional
> circumstances justify this.

(Kodak_011681.)

17

47.    As set forth above, formal published CCITT and JPEG patent policies required Philips to disclose patents applicable to the JPEG Standard. Furthermore, in the case of the JPEG Standard, ISO and CCITT were seeking the development and adoption of a standard which was free from any royalty and licensing demands. And the reluctance to standardize technologies that cannot be licensed on at least RAND terms, expressed in both the CCITT and ISO patent policies, further evidences the overall policies of disclosure. Based on these formal patent rules, a reasonable person would have recognized that participation in these committees carried an obligation to disclose applicable patents or patent applications.

48.    In addition to the written formal policies outlined above, the records I have seen show that during meetings of the JPEG related committees, participants were frequently requested to disclose their patents. Dr. Istvan Sebestyen, JPEG committee member and Special Rapporteur (i.e., chairman) of CCITT Study Group VIII, testified that the issue of patent disclosure was discussed at almost every JPEG meeting and that meeting participants were repeatedly requested to disclose any relevant patents. (Sebestyen depo. at 41:7-9, 41:21-42:12, 55:17-56:12.) This fact is corroborated by the testimony of former Kodak representative Michael Nier and IBM representative Joan Mitchell. (Mitchell depo. at 93:21-94:12, 98:13-17, 109:7-110:1; Nier Depo at 57:18-58:3.) Various committee records show that Philips attended several of these meetings and therefore was directly requested to disclose JPEG-related patents.

49.    For example, JPEG records indicate that in May 1988, Philips representative Gerald Weth (Philips Kommunikations Industrie (PKI) AG) attended a JPEG meeting in Ottawa, Canada that included a presentation of the draft functional specification of the JPEG Standard. At this meeting, the Working Group 8 chairman distributed a memo titled "Patent Policy on the JPEG Standard" which stated:

> We would like to make great efforts to find out relevant patents,
> and if one or more such patents will be found, we would like to ask
> patent holders to declare to be obedient to the patent policy of ISO
> and CCITT. However, complete survey cannot be done before
> standardization, thus I would like to suggest [sic] following. To
> ask each national member body to adopt our patent policy. The
> holders of patents which are relevant to the standard should first
> clarify the existence of patents, then should declare in ISO/CCITT
> meeting that they are obedient to the policy even if they are aware
> of the fact after the standardization. (Kodak_184310.)

50.     The Ottawa meeting report also indicates that the results of an independent patent search

were presented at this meeting. The report notes that ADCT, the technique adopted for the JPEG

Standard, looked "safe" from patent claims—no patents covering the proposed technique were

found. (Kodak_184315; Kodak_184337.) JPEG also asked its members to conduct patent

searches of their own and to disclose the existence of applicable patents. (Mitchell Depo at

93:21-94:12, 95:18-24.) The discussion of patents was summarized in section 7.3 of the Ottawa

meeting report:

---

**7.3    Patent Issues**
**N730, N741**

It was reported in N741 that the patent search instigated by DEC had so far not turned up
any obviously applicable patents. Known patents appeared to relate to moving picture coding.
Members were advised to have searches of their own performed.

---

(Kodak_184337.)

51.     Other records show that Philips representative Karl Heinz Wenzel (PKI) attended a

March, 1991 CCITT Study Group VIII meeting in Geneva. (Kodak_182117.) The relevant

reports indicate that at this meeting, the Question 16 subgroup reviewed the draft JPEG standard

and issued a patent statement to JPEG emphasizing the importance of identifying all patents

necessary to practice the standard and requesting that the standard include a statement of patent

positions. (Kodak_182143.) I understand that the same German Philips subsidiary whose

representatives attended each of the aforementioned meetings, Philips Kommunikations Industrie

AG, also employed Peter Vogel. (Vogel depo. at 16:23-17:5; Kodak_074784-93.)

52.    In 1989, JPEG published a call for disclosure of applicable patents. (Kodak_183549.)

Several JPEG members—including IBM, DEC, Mitsubishi, NEC, CCETT, SAT and Kodak—

responded by either disclosing applicable patents or stating they were unaware of patents.

(Kodak_013283-90; Mitchell depo. at 100:16-101:21.)

53.    On August 4, 1991, the JPEG chairman issued a memorandum to JPEG requesting that

all members disclose:

> All patents which you believe, with reasonable likelihood,
> MUST be used in EVERY implementation (whether encoder or
> decoder) of any one or more of the 29 defined coding processes
> specified at the start of Annexes F through J of CD 10918-1.

(Kodak_183589.) The JPEG chairman also asked members to identify all applicable patents

"that you know of, whether they are held by you, by another member of your company or

organization, or by any individual, company, or organization anywhere in the world."

(Kodak_183589.) Several JPEG members, including Mitsubishi, Autograph, IBM and Kodak,

responded to this call for patents. (Kodak_182971-75.)

54.    On August 19, 1991, JPEG's chairman sent another memorandum to members attaching

a draft of a new annex, Annex L, proposing it be added to the JPEG Standard. The

memorandum explained that "it has been widely requested that…all known patents which are

believed to be required for implementation of any specified coding process, be listed in [the

JPEG Standard]." (Kodak_183590-91.) Notably, on a copy of Draft International Standard

("DIS") 10918-1 produced in this litigation by Philips, "P. Vogel U.S. 4, 901,075" is handwritten

into Annex L. (PHLPSKD_00070409.)

55.    In September 1988, Philips disclosed to CCITT Study Group XV (the subcommittee

working on the precursor to the MPEG video standard) the three German patent applications to

which the '075 patent claims priority. (Kodak_184066.) And Philips later agreed to license its

applicable patents to MPEG users on reasonable and nondiscriminatory terms. (Kodak_184071;

Kodak_184073.) Philips made similar licensing statements to ISO Working Group 11, the

ISO/IEC MPEG subcommittee. (Kodak_184691; Kodak_184692.) Notably, CCITT Study

Group XV shares the same disclosure policies as CCITT Study Group VIII—disclosure policies

that apply to CCITT generally. In my expert opinion, Philips' disclosure to MPEG demonstrates

its understanding that participation in these standard-setting committees carried with it an

obligation and expectation of patent disclosure.

56.    It should be noted here that certain published patent policy statements from the JPEG

related committees indicate specific patent disclosure requirements applicable to "proposers" of

techniques for standardization. (Kodak_184202; Kodak_068816-17.) Based on my own

experience with JPEG standardization as well as the deposition testimony of Richard Clark, these

obligations imposed on technical "proposers" are coextensive with the obligations applicable to

all committee members, and are in place to promote full and immediate patent disclosure at the

time a particular technique is initially proposed. (Clark depo. at 171:23-172:23) In sum, patent

disclosure obligations are applicable to both proposers of any techniques for standardization and

all committee members.

## IX.    PHILIPS VIOLATED THE PATENT POLICIES OF THE JPEG RELATED COMMITTEES

57.    I understand that Philips did not disclose the '075 patent to any of the JPEG related

committees. In my expert opinion, based on my review of the relevant records (which establish

Philips' membership and participation in the JPEG related committees) Philips' failure to

21

disclose the patent and its current attempt to sue on the patent violate the JPEG related

committees' patent policies. As discussed above, these disclosure policies are evidenced by the

JPEG related committees' formal written disclosure policies, numerous requests for members to

disclose their patents and patent disclosure by other JPEG related committee participants as well

as Philips' own disclosure in the context of MPEG standardization.

58.    Given the cooperative environment of the standard-setting process, it is my opinion that

members of the JPEG related committees reasonably expected Philips would act in good faith.

Furthering the belief in the industry that the JPEG Standard was free from patent claims, Philips

waited 14 years following formal adoption of the JPEG Standard before asserting the '075 patent

in court against Kodak. During that time, consumers, companies and industries became deeply

locked into the standard. Further, companies like Kodak spent billions of dollars developing

products and technologies that are compliant with the standard.

59.    To be clear, it is my opinion that implementers of the JPEG Standard do not infringe the

properly construed claims of the '075 patent. It is also my expert opinion that the patent is not

essential to practice the JPEG Standard. I intend to address these technical issues in greater

detail in a later report. However, I understand that Philips believes that the '075 patent covers

the JPEG Standard. As a result of that belief, Philips was obligated to disclose that patent to the

JPEG related committees and their members. Philips failed to do so.

## X.    JPEG WOULD HAVE ADOPTED AN ALTERNATIVE TECHNIQUE HAD PHILIPS DISCLOSED ITS PATENTS OR PATENT APPLICATIONS

60.    Based on my experience in standardization practice and my review of the relevant

materials, it is my opinion that, if Philips disclosed its current position regarding its patents

during the standard-setting process and failed to provide royalty free licenses on a

nondiscriminatory basis, the JPEG committees would have chosen one of the readily available alternative techniques for the JPEG Standard.

61.    Of relevance are the JPEG related standard-setting committee policies.  For example, the ISO Working Group 8 patent policy provided that unless a patent holder states a willingness to offer licenses on a worldwide basis and on reasonable terms and conditions, "the technical committee should only proceed with the inclusion of [the] patented item if Council decides that exceptional circumstances justify this." (Kodak_011681.)  And unless a patentee offers reasonable and nondiscriminatory licensing assurances, CCITT patent policy outright prohibits adoption of patented techniques.  (Kodak_012533-34.)  JPEG patent policy further provides:

```
Intellectual Property (Patents)

Before a photographic technique can be considered for
standardisation the proposer must state if the technique is the
subject of any patents.  The ISO directive states that a proposal
for an international standard may include a patent if the following
procedure is complied with -

    1   member bodies putting forward proposals must draw the
        committees attention to any patents that are applicable

    2   the patent holder must state that he is willing to
        negotiate licenses throughout the world on reasonable
        terms and conditions.

The relevant section of the ISO directive giving the precise
details of the conditions is attached.
```

(Kodak_184202.)

62.    The deposition testimony in this case supports my opinion that had Philips disclosed and demanded any royalties, the JPEG committees would have chosen a different technique.  Dr. Joan Mitchell, editor of the JPEG Standard Specification, testified that JPEG chose the ADCT Huffman coding algorithm based on the understanding that it was patent free.  (Mitchell depo. at 91:18-92:10.)  Similarly, Dr. Istvan Sebestyen, the Special Rapporteur (i.e., chairman) of CCITT Study Group VIII and JPEG liaison, testified that the committee desired a standard where the

baseline was royalty free. (Sebestyen depo. at 73:22-74:22). As emphasized by Michael Nier, Kodak representative to JPEG, it was "extremely important that there be at least one version on implementation that was royalty free." (Nier depo. at 72:20-25.)

63.    My opinion is further based on the availability of suitable alternatives to the ADCT technique ultimately adopted by JPEG. JPEG considered at least twelve different compression techniques, several of which offered comparable or even superior performance. And the accused 2-D VLC technique is only one step of a multi-step process; that is, it is only a small portion of the overall standard.

64.    One of these alternatives was IBM's ABAC technique, which offered at least equivalent, if not superior performance to the chosen technique. According to the relevant materials, IBM wrote that the other two finalists for the JPEG Standard's baseline system, ABAC and GBTC "also produced excellent results and would be alternatives if any functional deficiencies be found in the ADCT based approach." (Kodak_183410.) Another report in March 1988 states that "the performance of all three algorithms was remarkably high and exceeded all earlier expectations." (Kodak_067940.) Based on several performance tests of which I am personally aware and as corroborated during Dr. Joan Mitchell's deposition, IBM's arithmetic coding technique offered at least a 10 percent performance advantage over ADCT. (Mitchell depo. at 88:18-89:25.) The materials I have reviewed show that the JPEG related committees did not select ABAC for the JPEG baseline system, but instead included it in an optional portion of the standard, because IBM did not offer its ABAC patents on a royalty-free basis. (Mitchell depo. at 91:18-92:10.) IBM's price for its ABAC patents was a one-time fee of $5,000 for patents that would be "necessarily infringed" and $10,000 for additional patents that would be useful in the efficient implementation of the standard. (Kodak_184095.)

65.    JPEG also considered a technique known as "One-Dimensional Variable Length Coding" (or "1-D VLC"), which offered approximately an average of a five-percent decrease in performance from the ADCT technique (which included 2-D VLC) adopted by JPEG.  JPEG could have switched to 1-D VLC had it been informed of Philips' patent claims and its refusal to license the patent on a royalty-free basis.  In fact, a June 1988 letter from NEC recommended this course after finding a different patent that included 2-D VLC: "We found one patent which include 2-D VLC (two dimensional variable length coder).  We worry if 2-D VLC...in ADCT conflicts with this patent.  If this is truth, we should use 1-D VLC." (Kodak_183558.) Ultimately it was determined that the patent identified by NEC only related to video and not still image compression.  However, these statements demonstrate that JPEG's goal was to develop an open standard that could be practiced on a royalty-free basis.

66.    The apparent lack of royalty and license fees applicable to ADCT made it the front runner for adoption as the JPEG Standard.  ABAC or 1-D VLC were acceptable alternatives.  It is my opinion that, as demonstrated by JPEG's resistance to IBM's patented ABAC technique and the other materials described above, JPEG would have rejected ADCT had the committee been aware of Philips' patents and present royalty demands.

## XI.    CONCLUDING REMARKS

67.    Based on my own experience and review of the information presently available to me, it is my expert opinion that, consistent with the overall objective of ISO and CCITT of developing standards that are accessible to all users and not subject to potential abuse by a patent holder, JPEG policies, as set forth by ISO and CCITT, required members to disclose any known patents relevant to standards under consideration and to make such patents available on at least RAND terms.

68.    It is my further opinion and belief that Philips, despite its involvement in JPEG standardization, failed to disclose the '075 patent to the relevant JPEG related committees. In my opinion, to the extent that Philips now claims implementers of the JPEG Standard infringe its patent, this failure to disclose runs counter to the standards-setting policies and procedures of ISO, CCITT and JPEG and to the fundamental purpose behind these organizations.

69.    Finally, based on ISO, CCITT and JPEG's policies relating to inclusion of patented techniques, the availability of suitable alternatives and JPEG's decision not to use IBM's ABAC technique, it is my opinion that, if Philips properly disclosed its patents and had refused to offer royalty-free licenses on a nondiscriminatory basis, JPEG would have chosen an alternative technique over ADCT for the JPEG Standard's baseline.

70.    I reserve the right to adjust or supplement my Report in light of any additional documents or deposition testimony that may be brought to my attention after submission of this Report. I also reserve the right to supplement my analysis in light of any critique of my Report or opinions advanced by an expert on behalf of Philips.

71.    To date, I have not prepared any exhibits summarizing opinions or illustrating points made in this Report, but I expect to do so for use at trial in accordance with the Court's rules. Examples of these visual aids and demonstrative exhibits include, for example, deposition testimony and deposition exhibits, articles, tables, charts, diagrams, photographs, videos and animated or computer generated video.


Dated: December 14, 2007

_____
Dr. Touradj Ebrahimi

26

# APPENDIX A

# CURRICULUM VITAE

# Touradj Ebrahimi

December 2007

| | |
|---|---|
| *Civil Status* | Married with two children |
| *Age* | 42 |
| *Nationality* | Swiss |
| *Address* | Bd de la Forêt 32 |
| | CH-1009 Pully |
| | Switzerland |
| *Phone* | +41 79 331 9993 |
| *Fax* | +41 21 693 7600 |
| *Email* | Touradj.Ebrahimi@epfl.ch |
| *Web* | http://www.ebrahimi.ch |



## Education and degrees

*IMD, ETHZ, EPFL*
Leadership Competences Program (1995)

*Swiss Federal Institute of Technology (EPFL)*
Ph.D. in Video Compression (1992)

*Swiss Federal Institute of Technology (EPFL)*
M.Sc. in Electrical Engineering (1989)

## Present and past positions

*EMITALL S.A.*
Founder, Chairman and Technical Advisor
October 2002 to present
Montreux, Switzerland

*EMITALL Surveillance S.A.*
Founder, Chairman and Technical Advisor
July 2005 to present
Montreux, Switzerland

*Swiss Federal Institute of Technology (EPFL)*
<u>Titular Professor</u>
October 1994 to present
Lausanne, Switzerland

*AT&T Bell Laboratories*
<u>Consultant</u>
November 1993 to October 1994
Holmdel, NJ, USA

*Sony Corporation*
<u>Research Engineer</u>
October 1992 to October 1993
Tokyo, Japan

*Swiss Federal Institute of Technology (EPFL)*
<u>Research and teaching assistant</u>
February 1989 to October 1992
Lausanne, Switzerland

*University of Southern California (USC)*
<u>Visiting Researcher</u>
June 1990 to September 1990
Los Angeles, CA, USA

**Other activities**

- Associate Editor of IEEE Transactions on Multimedia 2003-2005
- Member of the Editorial board for IEEE Signal Processing Magazine 2003 -2005
- Associate Editor of EURASIP's Journal of Applied Signal Processing 2003-2005
- Associate Editor of SPIE's Optical Engineering Magazine 2001-2004
- Area Editor of Eurasip's Image Communication Journal since 2001-2006
- Associate Editor of IEEE Transactions on Image Processing 1999-2003
- Head of Swiss delegation to ISO/IEC JTC1/SC29.
- Head of Swiss Delegation to ISO/IEC JTC1/SC29/WG1 (JPEG)
- Head of Swiss Delegation to ISO/IEC JTC1/SC29/WG11 (MPEG)
- Chair of several technical subgroups at MPEG and JPEG standardization committees.
- Editor of MPEG-4 standard (Visual)
- Editor of Secure JPEG 2000 standard
- Member of scientific advisory board of several high-tech companies in the field of information technology, multimedia and communications.

- Expert/evaluator of the European Commission for various European projects and grants
- Expert/evaluator of the Greek Ministry of Development for Research and Development projects and Centers
- Expert/evaluator of the Belgian federal funding agency and Wallonnie region for Research and Development projects
- Consultant in several companies active in information technologies and communications
- General co-chair of SPIE International Conference on Image and Video Processing and Coding, January 2003, San Jose, CA, USA
- Genral co-chair of SPIE/IS&T International Conference on Visual Communications and Image Processing (VCIP 2003), July 2003, Lugano, Switzerland
- General co-chair of Workshop on Image Analysis and Multimedia Interactive Systems (WIAMIS 2005), April 2005, Montreux
- General co-chair of International Conference on Video and Image Processing (ICVIP 2005), April 2005, Montreux
- Co-chair of First MPEG Workshop on Future Directions in Video Compression, April 2005, Busan, Korea
- Co-chair of Second MPEG Workshop on Future Directions in Video Compression, October 2005, Nice, France

## Awards

- The Swiss national award of the Association of Electrical Engineers and the IEEE chapter on communications.
- PROFIL - Swiss National Science Foundation Grant for advanced researchers
- ISO-Certificate for outstanding contributions to MPEG-4 standardization
- Best paper award for publication at IEEE Transactions on Consumer Electronics, November 2000
- Three ISO-Certificates for outstanding contributions to JPEG 2000 standardization
- Fellow of SPIE

## Publications and patents

| | |
|---|---|
| Books | 3 |
| Book chapters | 5 |
| Journal papers | 54 |
| Conference papers | 129 |
| Patents | 18 |

**Publications Since 1997**

J. Pedro, L. Soares, C. Brites, J. Ascenso, F. Pereira, C. Bandeirinha, S. Ye, F. Dufaux, and T. Ebrahimi. Studying Error Resilience Performance for a Feedback Channel Based Transform Domain Wyner-Ziv Video Codec. In Picture Coding Symposium (PCS'07), Lisbon, Portugal, 2007.

C. Guillemot, F. Pereira, L. Torres, T. Ebrahimi, R. Leonardi, and J. Ostermann. Distributed Monoview and Multiview Video Coding. IEEE Signal Processing Magazine, 24(5):67-76, 2007.

C. Torralbo Gimeno, D. Marimon, and T. Ebrahimi. Camera Tracking using natural feature point matching for Augmented Reality. 2007.

U. Hoffmann, J.-M. Vesin, and T. Ebrahimi. Recent Advances in Brain-Computer Interfaces. In IEEE International Workshop on Multimedia Signal Processing (MMSP07), 2007.

D. Marimon and T. Ebrahimi. Rotation Correlation Maps. EURASIP Journal on Image and Video Processing, (75862), 2007.

M. Ouaret, F. Dufaux, and T. Ebrahimi. Codec-Independent Scalable Distributed Video Coding. In ICIP Proceedings, 2007.

M. Ouaret, F. Dufaux, and t. Ebrahimi. On Comparing Image and Video Compression Algorithms. In VPQM Proceedings, 2007.

M. Ouaret, F. Dufaux, and T. Ebrahimi. Multiview Distributed Video Coding with Encoder Driven Fusion. In EUSIPCO Proceedings, Poznan-Poland, 2007.

F. De Simone, M. Ouaret, F. Dufaux, A. G. Tescher, and T. Ebrahimi. A comparative study of JPEG 2000, AVC/H.264, and HD Photo. In SPIE Optics and Photonics, Applications of Digital Image Processing XXX, volume 6696, 2007.

F. Dufaux, M. Ouaret, and T. Ebrahimi. Recent Advances in Multi-view Distributed Video Coding. In SPIE Mobile Multimedia/Image Processing for Military and Security Applications, 2007.

F. Dufaux, M. Ansorge, and T. Ebrahimi. Overview of JPSearch: a Standard for Image Search and Retrieval. In 5th International Workshop on Content-based Multimedia Indexing (CBMI-2007), 2007.

D. Marimon and T. Ebrahimi. Efficient rotation-discriminative template matching. In 12th Iberoamerican Congress on Pattern Recognition (CIARP), Lecture Notes in Computer Science (LNCS), pages 221-230, Viña del Mar-Valparaiso, Chile, 2007. Springer-Verlag.

U. Hoffmann, J.-M. Vesin, T. Ebrahimi, and K. Diserens. An efficient P300-based brain-computer interface for disabled subjects. Journal of Neuroscience Methods, 2007.

D. Marimon and T. Ebrahimi. Orientation histogram-based matching for Region Tracking. In Eighth International Workshop on Image Analysis for Multimedia Interactive Services (WIAMIS 2007), 2007.

D. Marimon and T. Ebrahimi. Combination of video-based camera trackers using a dynamically adapted particle filter. In Proc. 2nd International Conference on Computer Vision Theory and Applications (VISAPP07), pages 363-370, 2007.

D. Marimon, Y. Maret, Y. Abdeljaoued, and T. Ebrahimi. Particle filter-based camera tracker fusing marker- and feature point-based cues. In Proc. of the IS&T/SPIE Electronic Imaging Conf. on Visual Communications and Image Processing, Lecture Notes in Computer Science, 2007.

D. Marimon, Y. Abdeljaoued, B. Palacios, and T. Ebrahimi. Feature point tracking combining the Interacting Multiple Model filter and an efficient assignment algorithm. In Proc. of the IS&T/SPIE Electronic Imaging Conf. on Visual Communications and Image Processing, Lecture Notes in Computer Science, 2007.

M. Corsini, E. Drelie Gelasca, T. Ebrahimi, and M. Barni. Watermarked 3D Mesh Quality Assessment. IEEE Transactions on Multimedia, 9(2):247-256, 2007.

G. Lavoué, E. D. Gelasca, F. Dupont, A. Baskurt, and T. Ebrahimi. Perceptually driven 3D distance metrics with application to watermarking. In Proceedings of SPIE, volume 6312, page 63120L, 2006.

E. Drelie Gelasca and T. Ebrahimi. On Evaluating Video Object Segmentation Quality: A Perceptually driven Objective Metric. Technical report, 2006.

F. Dufaux and T. Ebrahimi. Toward a secure JPEG. In Proceedings of SPIE, Applications of Digital Image Processing, volume 6312, page 63120K, 2006.

A. N. Skodras and T. Ebrahimi. JPEG2000 image coding system theory and applications. In IEEE INTERNATIONAL SYMPOSIUM ON CIRCUITS AND SYSTEMS, volume 1-11, pages 3866-3869, 2006.

M. Ouaret, F. Dufaux, and T. Ebrahimi. Fusion-based Multiview Distributed Video Coding. In 4th ACM International Workshop on Video Surveillance and Sensor Networks, Lecture Notes in Computer Science. IEEE, 2006.

F. Dufaux and T. Ebrahimi. Region-Based Transform-Domain Video Scrambling. In SPIE Proc. Visual Communications and Image Processing 2006, Lecture Notes in Computer Science. IEEE, 2006.

J. Apostolopoulos, S. Wee, F. Dufaux, T. Ebrahimi, Q. Sun, and Z. Zhang. The Emerging JPEG 2000 Security (JPSEC) Standard. In IEEE Int. Symp. on Circuits and Systems (ISCAS), Lecture Notes in Computer Science. IEEE, 2006.

F. Dufaux, M. Ouaret, Y. Abdeljaoued, A. Navarro, F. Vergnenegre, and T. Ebrahimi. Privacy Enabling Technology for Video Surveillance. In SPIE Mobile Multimedia/Image Processing for Military and Security Applications, Lecture Notes in Computer Science. IEEE, 2006.

F. Dufaux and T. Ebrahimi. Scrambling for Video Surveillance with Privacy. In IEEE Workshop on Privacy Research in Vision, Lecture Notes in Computer Science. IEEE, 2006.

M. Ouaret, F. Dufaux, and T. Ebrahimi. On Comparing JPEG 2000 and Intraframe AVC. In SPIE Applications of Digital Image Processing XXIX, Lecture Notes in Computer Science. IEEE, 2006.

F. Dufaux and T. Ebrahimi. Recent Advances in MPEG-7 Cameras. In SPIE Applications of Digital Image Processing XXIX, Lecture Notes in Computer Science. IEEE, 2006.

Y. Maret, D. Marimon, F. Dufaux, and T. Ebrahimi. Hierarchical Indexing using R-trees for Replica Detection. In Proceedings of the SPIE, volume 6312, page 63120I, 2006.

E. Drelie Gelasca, M. KARAMAN, T. Ebrahimi, and T. Sikora. A Framework for Evaluating Video Object Segmentation Algorithms. In Proceedings of the 2006 Conference on Computer Vision and Pattern Recognition Workshop, Lecture Notes in Computer Science, pages 198- 198. IEEE, 2006.

E. Drelie Gelasca and T. Ebrahimi. Application Dependent Video Segmentation Evaluation - A Case Study for Video Surveillance. In Proc. of the 14-th European Signal Processing Conference (EUSIPCO 2006), 2006.

Y. Maret, S. Nikolopoulos, F. Dufaux, T. Ebrahimi, and N. Nikolaidis. A Novel Replica Detection System using Binary Classifiers, R-trees, and PCA. In International Conference on Image Processing, Parallel Computing in Electrical Engineering. IEEE, 2006.

U. Hoffmann, J. Vesin, and T. Ebrahimi. Spatial filters for the classification of event-related potentials. In Proceedings of ESANN 2006, 2006.

E. Drelie Gelasca and T. Ebrahimi. On Evaluating Metrics For Video Segmentation Algorithms. In VPQM 2006 Second International Workshop on Video Processing and Quality Metrics for Consumer Electronics, Parallel Computing in Electrical Engineering, http://www.intel.com, 2006. INTEL.

Y. Maret and T. Ebrahimi. Enjeux de la securite multimedia. In Enjeux de la securite multimedia, pages 173-186. Hermes, 2006.

J. Vesin, U. Hoffmann, and T. Ebrahimi. Human-Brain Interface: Signal Processing and Machine Learning. In Encyclopedia of Biomedical Engineering. John Wiley and Sons Ltd, 2006.

Y. Maret, F. Dufaux, and T. Ebrahimi. Adaptive Image Replica Detection based on Support Vector Classifiers. Signal Processing : Image Communication, 21(8):688-703, 2006.

F. Dufaux and T. Ebrahimi. Smart video surveillance system preserving privacy. In Proceedings of SPIE, volume 5685, pages 54-63, 2005.

A. Cavallaro, E. Salvador, and T. Ebrahimi. Shadow-aware object-based video processing. IEE Proceedings - Vision, Image and Signal Processing, 152(4):398- 406, 2005.

F. Dufaux and T. Ebrahimi. Scrambling for Anonymous Visual Communications. In SPIE Applications of Digital Image Processing XXVIII, Lecture Notes in Computer Science. IEEE, 2005.

Y. Maret, S. Nikolopoulos, F. Dufaux, C. Costace, T. Ebrahimi, and N. Nikolaidis. Reduced Complexity Replica Detection Systems using Binary Classifiers and R-trees. In Proc. of Int'l Workshop on Immersive Communication and Broadcast Systems, Hermes, Collection Informatique. IEEE, 2005.

E. Drelie Gelasca, T. Ebrahimi, M. Corsini, and M. Barni. Objective Evaluation of the Perceptual Quality of 3D Watermarking. In IEEE International Conference on Image Processing (ICIP), SIMILAR Dreams : multimodal interfaces in our future life. IEEE, 2005.

Y. Abdeljaoued, D. Marimon, and T. Ebrahimi. Tracking and User Interface for Mixed Reality. In 3D Videocommunication : Algorithms, concepts and real-time systems in human centered communication, pages 315-332. John Wiley and Sons Ltd, 2005.

Y. Maret, F. Dufaux, and T. Ebrahimi. Image Replica Detection based on Support Vector Classifier. In Proceedings of the SPIE 50th Annual Meeting, Applications of Digital Image Processing XXVIII, ISCAS. IEEE, 2005.

O. Steiger, T. Ebrahimi, and A. Cavallaro. Surveillance Video for Mobile Devices. In Proceedings of IEEE International Conference on Advanced Video and Signal Based Surveillance, AVSS'05, ISCAS. IEEE, 2005.

A. Cavallaro, O. Steiger, and T. Ebrahimi. Semantic Video Analysis for Adaptive Content Delivery and Automatic Description. IEEE Transactions on Circuits and Systems for Video Technology, 15(10):1200-1209, 2005.

Y. Maret, G. Garcia Molina, and T. Ebrahimi. Identification of Image Variations based on Equivalence Classes. In SPIE Visual Communications and Image Processing 2005, ISCAS. SPIE, 2005.

O. Steiger, A. Cavallaro, and T. Ebrahimi. Evaluating Perceptually Prefiltered Video. In Proceedings of IEEE Conference on Multimedia and Expo, ICME 2005, ISCAS. SPIE, 2005.

D. Marimon, Y. Abdeljaoued, and T. Ebrahimi. Online Registration Tool and Markerless Tracking for Augmented Reality. In Workshop on Image Analysis for Multimedia Interactive Services (WIAMIS 2005), ISCAS, 2005.

O. Steiger, A. Cavallaro, and T. Ebrahimi. Real-Time Generation of Annotated Video for Surveillance. In Proceedings of IEE Workshop on Image Analysis for Multimedia Interactive Services, WIAMIS 2005, ISCAS. SPIE, 2005.

M. Corsini, E. Drelie Gelasca, and T. Ebrahimi. A Multi-Scale Roughness Metric for 3D Watermarking Quality Assessment. In Workshop on Image Analysis for Multimedia Interactive Services 2005, April 13-15, Montreux, Switzerland., ISCAS. SPIE, 2005.

Y. Maret, G. Garcia Molina, and T. Ebrahimi. Images Identification Based on Equivalence Classes. In Workshop on Image Analysis for Multimedia Interactive Services (WIAMIS 2005), ISCAS. SPIE, 2005.

U. Hoffmann, G. Garcia, J. Vesin, K. Diserens, and T. Ebrahimi. A Boosting Approach to P300 Detection with Application to Brain-Computer Interfaces. In Proceedings of the IEEE EMBS Conference on Neural Engineering, ISCAS. SPIE, 2005.

E. Drelie Gelasca, D. Tomasic, and T. Ebrahimi. Which Colors Best Catch Your Eyes: a Subjective Study of Color Saliency. In Fisrt International Workshop on Video Processing and Quality Metrics for Consumer Electronics, Scottsdale, Arizona, USA, ISCAS. SPIE, 2005.

A. Cavallaro, O. Steiger, and T. Ebrahimi. Tracking Video Objects in Cluttered Background. IEEE Transactions on Circuits and Systems for Video Technology, 15(4):575-584, 2005.

Y. Maret, F. Dufaux, and T. Ebrahimi. Image Replica Detection based on Binary Support Vector Classifier. Technical report, Ecublens, 2005.

B. Palacios, D. Marimon, and T. Ebrahimi. Robust Feature Point Extraction and Tracking for Augmented Reality. 2005.

P. Berges, D. Marimon, and T. Ebrahimi. Hybrid Tracking for Augmented Reality. 2005.

O. Steiger, M. Schneider Fontan, D. Marimon, Y. Abdeljaoued, T. Ebrahimi, S. Dominguez, J. San Pedro Wandelmer, N. Denis, F. Granelli, and F. De Natale. Personalized Content Preparation and Delivery for Universal Multimedia Access. Technical report, 2005.

F. Dufaux and T. Ebrahimi. Video surveillance using JPEG 2000. In Proceedings of the SPIE, volume 5588, pages 268-275, 2004.

A. Cavallaro, E. Salvador, and T. Ebrahimi. Detecting shadows in image sequences. In European Conference on Visual Media Production, pages 165 - 174, 2004.

A. Cavallaro and T. Ebrahimi. Interaction between High-Level and Low-Level Image Analysis for Semantic Video Object Extraction. EURASIP Journal on Applied Signal Processing, 2004(6):786-797, 2004.

Y. Abdeljaoued and T. Ebrahimi. Feature point extraction using scale-space representation. In International Conference on Image Processing, volume 5, pages 3053- 3056, 2004.

F. Dufaux, S. Wee, J. Apostolopoulos, and T. Ebrahimi. JPSEC for Secure Imaging in JPEG 2000. In SPIE Proc. Applications of Digital Image Processing XXVII, Motion analysis and image sequence processing. SPIE, 2004.

F. Dufaux and T. Ebrahimi. Error-Resilient Video Coding Performance Analysis of Motion JPEG 2000 and MPEG-4. In SPIE Proc. Visual Communications and Image Processing'2004, Motion analysis and image sequence processing. SPIE, 2004.

P. Marziliano, F. Dufaux, S. Winkler, and T. Ebrahimi. Perceptual Blur and Ringing Metrics: Application to JPEG2000. Signal Processing : Image Communication, 19(2):163-172, 2004.

U. Hoffmann, G. Garcia, J. Vesin, and T. Ebrahimi. Application of the Evidence Framework to Brain-Computer Interfaces. In Proceedings of the 26th IEEE Engineering in Medicine and Biology Conference, Motion analysis and image sequence processing. IEEE, 2004.

E. Drelie Gelasca, T. Ebrahimi, M. Farias, M. Carli, and S. Mitra. Towards Perceptually Driven Segmentation Evaluation Metrics. In CVPR 2004 Workshop (Perceptual Organization in Computer Vision), International Journal of Imaging Systems and Technology. IEEE, 2004.

E. Drelie Gelasca, T. Ebrahimi, M. Farias, and S. Mitra. Impact of Topology Changes in Video Segmentation Evaluation. In Workshop on Image Analysis for Multimedia Interactive Services, International Journal of Imaging Systems and Technology. IEEE, 2004.

E. Drelie Gelasca, T. Ebrahimi, M. Farias, M. Carli, and S. Mitra. Annoyance of Spatio-Temporal Artifacts in Segmentation Quality Assessment. In International Conference on Image Processing, International Journal of Imaging Systems and Technology. IEEE, 2004.

A. Cavallaro, O. Steiger, and T. Ebrahimi. Perceptual Prefiltering for Video Coding. In Proceedings of IEEE International Symposium on Intelligent Multimedia, Video and Speech Processing, ISIMP'04, New Frontiers Telecommunications, pages 510-513. IEEE, 2004.

Y. Maret and T. Ebrahimi. Data Hiding on 3D Polygonal Meshes. In ACM Multimedia & Security Workshop, Databases and Information Systems, pages 68-74. ACM, 2004.

A. Cavallaro, E. Salvador, and T. Ebrahimi. Shadow detection in image sequences. In Proc. of IEE Conference on Visual Media Production (CVMP), London, Proc. Intl. Soc. Mag. Reson. Med. IEEE, 2004.

E. Salvador, A. Cavallaro, and T. Ebrahimi. Cast shadow segmentation using invariant colour features. Computer Vision and Image Understanding, 95(2):238-259, 2004.

G. Garcia, U. Hoffmann, J. Vesin, and T. Ebrahimi. Direct Brain-Computer Communication Through EEG Signals. Technical report, Ecublens, 2004.

M. Corsini, E. Drelie Gelasca, and T. Ebrahimi. Watermarked 3D Object Quality Assessment. Technical report, 2004.

E. Kasutani and T. Ebrahimi. New Frontiers in Universal Multimedia Access. Technical report, Ecublens, 2004.

E. Kasutani and T. Ebrahimi. Balancing Video and Metadata Adaptation for Universal Multimedia Access. Technical report, Ecublens, 2004.

E. Kasutani and T. Ebrahimi. Investigation Report on Universal Multimedia Access. Technical report, Ecublens, 2004.

O. Steiger, A. Cavallaro, and T. Ebrahimi. MPEG-7 Description for Scalable Video Reconstruction. Technical report, Ecublens, 2004.

T. Ebrahimi and D. Giusto. Introduction to special section on JPEG 2000 digital imaging. IEEE Transactions on Consumer Electronics, 49(4):771 - 772, 2003.

A. Vetro, C. Christopoulos, and T. Ebrahimi. From the guest editors - Universal multimedia access. IEEE Signal Processing Magazine, 20(2):16 - 16, 2003.

J. Freudiger, G. Garcia, T. Koenig, and T. Ebrahimi. Brain states analysis for direct brain-computer communication. Technical report, 2003.

G. N. Garcia, T. Ebrahimi, and J.-M. Vesin. Human-Computer adaptation for EEG based communication. In IEEE Engineering in Medicine and Biology Conference, 2003.

D. Santa-Cruz, R. Grosbois, and T. Ebrahimi. JJ2000: The JPEG 2000 Reference Implementation in Java. In Proceedings of the First International JPEG 2000 Workshop, number 46-49, 2003.

T. Ebrahimi and B. Macq. Special Issue on Image security: secure imaging - is it necessary? Signal Processing: Image Communication, 18(4):233-234, 2003.

F. Dufaux and T. Ebrahimi. Securing JPEG 2000 compressed images. In Proceding of SPIE, Applications of Digital Image Processing, volume 5203 of PROCEEDINGS OF THE SOCIETY OF PHOTO-OPTICAL INSTRUMENTATION ENGINEERS (SPIE), pages 397-406, 2003.

A. Cavallaro and T. Ebrahimi. Object-based video: extraction tools, evaluation metrics, and applications. In Proceedings of SPIE, Visual Communications and Image Processing, volume 5150, pages 1-8, 2003.

E. Durucan and T. Ebrahimi. Moving object detection between multiple and color images. In Proceedings of IEEE CONFERENCE ON ADVANCED VIDEO AND SIGNAL BASED SURVEILLANCE, pages 243- 251, 2003.

P. van Beek, J. Smith, T. Ebrahimi, T. Suzuki, and J. Askelof. Metadata-driven multimedia access. IEEE Signal Processing Magazine, 20(2):40- 52, 2003.

T. Ebrahimi and R. Grosbois. Secure JPEG 2000 - JPSEC. In PROCEEDINGS OF IEEE INTERNATIONAL CONFERENCE ON ACOUSTICS, SPEECH, AND SIGNAL PROCESSING, volume 4, pages 716-719, 2003.

A. Cavallaro and T. Ebrahimi. Classification of change detection algorithms for object-based applications. In DIGITAL MEDIA: PROCESSING MULTIMEDIA INTERACTIVE SERVICES, pages 129-136, London, 2003.

F. Dufaux and T. Ebrahimi. Motion JPEG 2000 for Wireless Applications. In Proc. of First International JPEG 2000 Workshop, Motion analysis and image sequence processing. IEEE, 2003.

G. Garcia, T. Ebrahimi, J. Vesin, and A. Villca Roque. Direct Brain-Computer Communication with User Rewarding Mechanism. In IEEE International Conference on Information Theory, ISIT 2003, Commercial and Forensic Applications, page 221. IEEE, 2003.

G. Garcia, T. Ebrahimi, and J. Vesin. Support Vector EEG Classification in the Fourier and Time-Frequency Correlation. In Proceedings of the IEEE-EMBS First International Conference on Neural Engineering 2003, Commercial and Forensic Applications, pages 591-594. IEEE, 2003.

G. Garcia, T. Ebrahimi, and J. Vesin. Correlative Exploration of EEG Signals for Direct Brain-Computer Communication. In IEEE International Conference on Acoustics, Speech and Signal Processing ICASSP 2003, volume 5 of Commercial and Forensic Applications, pages 816-819. IEEE, 2003.

T. Ebrahimi, J. Vesin, and G. Garcia. Brain-Computer Interface in Multimedia Communication. IEEE Signal Processing Magazine, 20(1):14-24, 2003.

G. Garcia, T. Ebrahimi, and J. Vesin. Joint Time-Frequency-Space Classification of EEG in a Brain Computer Interface Application. Eurasip Journal on Applied Signal Processing - Special issue on Neuromorphical Signal Processing 2003, (7):713-729, 2003.

S. Winkler, E. Drelie Gelasca, and T. Ebrahimi. Toward perceptual metrics for video watermark evaluation. In Applications of Digital Image Processing, volume 5203 of Proc. of SPIE, pages 371-378. SPIE, 2003.

E. Drelie Gelasca, E. Salvador, and T. Ebrahimi. Intuitive Strategy for Parameter Setting in Video Segmentation. In Visual Communications and Image Processing 2003, volume 5150 of Proc. of SPIE, pages 998-1008. SPIE, 2003.

O. Steiger, D. Marimon, and T. Ebrahimi. MPEG-Based Personalized Content Delivery. In Proceedings of IEEE International Conference on Image Processing, ICIP'03, volume 3 of Lecture Notes in Computer Science, pages 45-48, 2003.

A. Cavallaro, O. Steiger, and T. Ebrahimi. Semantic Segmentation and Description for Video Transcoding. In Proceedings of IEEE International Conference on Multimedia and Expo, ICME'03, volume 3 of Lecture Notes in Computer Science, pages 597-600. IEEE, 2003.

E. Salvador, A. Cavallaro, and T. Ebrahimi. Spatio-Temporal Shadow Segmentation and Tracking. In Proceedings of SPIE's Image and Video Communications and Processing 2003, volume 5022 of Proc. of SPIE, pages 389-400. SPIE, 2003.

N. Aspert, T. Ebrahimi, and P. Vandergheynst. Non-linear subdivision using local spherical coordinates. Computer Aided Geometric Design, 20(3):165-187, 2003.

T. Ebrahimi, C. Christopoulos, and D. Lee. Editorial: Special Issue on JPEG-2000. Signal Processing: Image Communication, 17(1):1-2, 2002.

T. Ebrahimi and F. Pereira. The MPEG-4 Book. Prentice Hall PTR, 2002.

P. Marziliano, F. Dufaux, S. Winkler, and T. Ebrahimi. A No-Reference Perceptual Blur Metric. In Proceedings of the International Conference on Image Processing, volume 3, pages 57-60, 2002.

O. Steiger, A. Cavallaro, and T. Ebrahimi. MPEG-7 Description of Generic Video Objects for Scene Reconstruction. In Proceedings of SPIE Conference on Visual Communications and Image Processing, VCIP'02, volume 4671 of Proc. of IEEE, pages 947-958. SPIE, 2002.

D. Santa-Cruz, R. Grosbois, and T. Ebrahimi. JPEG 2000 performance evaluation and assessment. Signal Processing: Image Communication, 1(17):p. 113-130, 2002.

G. Garcia, T. Ebrahimi, and J. Vesin. Classification of EEG Signals in the Ambiguity Domain for Brain-Computer Interface Applications. In IEEE international Conference on Digital Signal Processing 2002, Lecture Notes in Computer Science, pages 301-306. EUSIPCO, 2002.

T. Ebrahimi, S. Winkler, and E. Drelie Gelasca. Perceptual Quality Assessment for Video Watermarking. In Watermarking Quality Evaluation Special Session at ITCC, International Conference on Information Technology: Coding and Computing, Lecture Notes in Computer Science, pages 90-94. EUSIPCO, 2002.

A. Cavallaro, E. Drelie Gelasca, and T. Ebrahimi. Objective evaluation of segmentation quality using spatio-temporal context. In Proc. of IEEE International Conference on Image Processing, Lecture Notes in Computer Science, pages 301-304. EUSIPCO, 2002.

A. Cavallaro and T. Ebrahimi. Accurate video object segmentation through change detection. In Proc. of IEEE International Conference on on Multimedia and Expo, Lecture Notes in Computer Science, pages 445-448. EUSIPCO, 2002.

A. Cavallaro, O. Steiger, and T. Ebrahimi. Multiple video object tracking in complex scenes. In Proceedings of Tenth ACM International Conference on Multimedia, Lecture Notes in Computer Science, pages 523-532. EUSIPCO, 2002.

D. Santa-Cruz and T. Ebrahimi. Compression of parametric surfaces for efficient 3D model coding. In Visual Communications and Image Processing-VCIP 2002, volume 4671 of Proc. of EUSIPCO, pages 280-291, Berlin, 2002. EUSIPCO.

D. Santa-Cruz and T. Ebrahimi. Coding of 3D virtual objects with NURBS. Signal Processing, 82(11):1581, 2002.

E. Salvador and T. Ebrahimi. Cast Shadow Recognition in Color Images. In Proceedings of 11th European Conference on Signal Processing, EUSIPCO 2002, volume 3 of Proc. of EUSIPCO, pages 555-558, Berlin, 2002. EUSIPCO.

N. Aspert, E. Drelie Gelasca, Y. Maret, and T. Ebrahimi. Steganography for Three-Dimensional Polygonal Meshes. In Proceedings of the SPIE 47th Annual Meeting, Applications of Digital Image Processing XXV, Proceedings of EUSIPCO 2002. EUSIPCO, 2002.

G. Garcia and T. Ebrahimi. Time-Frequency-Space Kernel for Single EEG-Trial Classification. In NORSIG 2002 Proceedings, Proceedings of EUSIPCO 2002. EUSIPCO, 2002.

D. Marimon Sanjuan, O. Steiger, and T. Ebrahimi. Design and Implementation of a Universal Multimedia Access Environment. 2002.

N. Aspert, D. Santa-Cruz, and T. Ebrahimi. MESH: Measuring Errors between Surfaces using the Hausdorff distance. In IEEE International Conference on Multimedia and Expo, volume I-II of Proceedings of the IEEE International Conference on Multimedia and Expo 2002 (ICME), pages 705-708, 2002.

R. Castagno, A. Cavallaro, F. Ziliani, and T. Ebrahimi. Automatic and Interactive Segmentation of Video Sequences. In Non Linear Model-based Image/Video Processing and Analysis,. John Wiley & Sons, New York, 2001.

E. Durucan and T. Ebrahimi. Change Detection by Nonlinear Grammian. In Proceedings of NSIP, 2001.

D. Santa Cruz, T. Ebrahimi, and C. Christopoulos. The JPEG 2000 Image Coding Standard. Dr. Dobb's Journal, 26(4):46-54, 2001.

A. Skodras, C. Christopoulos, and T. Ebrahimi. JPEG2000: The upcoming still image compression standard. Pattern Recognition Letters, 22(12):1337-1345, 2001.

A. Skodras, C. Christopoulos, and T. Ebrahimi. The JPEG 2000 still image compression standard. IEEE Signal Processing Magazine, 18(5):36-58, 2001.

E. Durucan and T. Ebrahimi. Improved linear dependence and vector model for illumination-invariant change detection. In Proceedings of SPIE, Real-Time Imaging V, volume 4303, pages 107-114, 2001.

E. Durucan and T. Ebrahimi. Change detection and background extraction by linear algebra. Proceedings of the IEEE, 89(10):1368-1381, 2001.

A. Perkis, Y. Abdeljaoued, C. Christopoulos, T. Ebrahimi, and J. F. Chicharo. Universal multimedia access from wired and wireless systems. Circuits, Systems, and Signal Processing, 20(3-4):387-402, 2001.

O. Divorra Escoda, R. Figueras i Ventura, E. Debes, and T. Ebrahimi. Influence of a Large Image Watermarking Scheme Parallelization on Possible Attacks. In proceedings of the SPIE's, 46th Annual Meeting on Optical Science and Technology, volume 4472 of Proc. of SPIE, pages 175-186. SPIE, 2001.

T. Ebrahimi, Y. Abdeljaoued, R. Figueras i Ventura, and O. Divorra Escoda. MPEG-7 CAMERA. In Proceedings of IEEE ICIP, volume 3 of Computer Science, pages 600-603. IEEE, 2001.

R. Grosbois, D. Santa-Cruz, and T. Ebrahimi. New approach to JPEG 2000 compliant region of interest coding. In Proc. of the SPIE's 46th annual meeting - Applications of Digital Image Processing XXIV, volume 4472 of Proc. of IEEE, pages 267-275. SPIE, 2001.

R. Grosbois, P. Gerbelot, and T. Ebrahimi. Authentication and access control in the JPEG 2000 compressed domain. In Proc. SPIE 46th Annual Meeting - Applications of Digital Image Processing, volume 4472 of Proc. of IEEE, pages 95-104. SPIE, 2001.

R. Grosbois and T. Ebrahimi. Watermarking in the JPEG 2000 domain. In Proceedings of MMSP'01 - Image/Video watermarking, Proc. of IEEE, pages 339-344. SPIE, 2001.

E. Debes, G. Dardier, T. Ebrahimi, and A. Herrigel. Watermarking Scheme for Large Images Using Parallel Processing. In Proc. SPIE and IS&T conference on Security and Watermarking of Multimedia Contents III, volume 4314 of Proc. of IEEE, pages 26-34. SPIE, 2001.

P. Green, D. Douxchamps, T. Ebrahimi, and B. Macq. Segmenting moving objects: the MODEST video object kernel. In Proc. of Workshop on Image Analysis For Multimedia Interactive Services (WIAMIS-2001), Proc. of IEEE. SPIE, 2001.

P. Green and T. Ebrahimi. Change detection based on color edges. In Proc. of IEEE International Symposium on Circuits and Systems (ISCAS-2001), Proc. of IEEE. SPIE, 2001.

A. Cavallaro and T. Ebrahimi. Video Object Extraction based on Adaptive Background and Statistical Change Detection. In Proc. SPIE Electronic Imaging 2001 - Visual Communications and Image Processing, volume 4310 of Proc. of SPIE, pages 465-475. SPIE, 2001.

E. Salvador, P. Green, and T. Ebrahimi. Shadow identification and classification using invariant color models. In Proceedings IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP '01), volume 3 of Proc. of IEEE, pages 1545-1548. SPIE, 2001.

T. Ebrahimi and M. Kunt. Object-Based Video Coding. In Handbook of Image & Video Processing, pages 585-596. Academic Press, 2000.

K. McKoen, R. Navarro-Prieto, B. Duc, E. Durucan, F. Ziliani, and T. Ebrahimi. Evaluation of video segmentation methods for surveillance applications. In Proc. European Signal Processing Conference, 2000.

T. Ebrahimi and C. Horne. MPEG-4 natural video coding - An overview. Signal Processing: Image Communication, 15(4-5):365-385, 2000.

C. Christopoulos, A. Skodras, and T. Ebrahimi. The JPEG2000 still image coding system: An overview. IEEE Transactions on Consumer Electronics, 16(4):1103-1127, 2000.

T. Ebrahimi, F. Dufaux, and Y. Nakaya. Multimedia Systems, Standards, and Networks. In Lecture Notes in Computer Science. Marcel Dekker Publishing, 2000.

D. Santa-Cruz, T. Ebrahimi, J. Askelof, M. Larsson, and C. Christopoulos. JPEG 2000 still image coding versus other standards. In Proc. of the SPIE's 45th annual meeting, Applications of Digital Image Processing XXIII, volume 4115 of Cerebrovascular Diseases. SPIE, 2000.

D. Santa-Cruz and T. Ebrahimi. A study of JPEG 2000 still image coding versus other standards. In Proc. X European Signal Processing Conf. EUSIPCO, volume 2 of Cerebrovascular Diseases, pages 673-676. SPIE, 2000.

D. Santa-Cruz and T. Ebrahimi. An analytical study of JPEG 2000 functionalities. In Proc. IEEE International Conference on Image Processing (ICIP), volume 2 of Cerebrovascular Diseases, pages 49-52. SPIE, 2000.

K. McKoen, R. Navarro-Prieto, E. Durucan, B. Duc, F. Ziliani, and T. Ebrahimi. Evaluation of Segmentation Methods for Surveillance Applications. In EUSIPCO, Cerebrovascular Diseases, pages 1045-1048. SPIE, 2000.

F. Leprevost, R. Erard, M. Kutter, D. Santa-Cruz, and T. Ebrahimi. How to Bypass the Wassenaar Arrangement: A New Application for Watermarking. In Proc. ACM Multimedia 2000 Workshops, Cerebrovascular Diseases, pages 161-164. SPIE, 2000.

E. Durucan and T. Ebrahimi. Robust and Illumination Invariant Change Detection Based on Linaer Dependance. In EUSIPCO, Cerebrovascular Diseases, pages 1041-1044. SPIE, 2000.

A. Cavallaro, F. Ziliani, R. Castagno, and T. Ebrahimi. Vehicle extraction based on focus of attention, multi feature segmentation and tracking. In Proc. X European Signal Processing Conference, Med. Physics, pages 2161-2164. SPIE, 2000.

N. Aspert and T. Ebrahimi. Photo-Realistic 3D Model Coding in MPEG-4. In Proc. of IEEE Int. Conf. on Multimedia and Expo, Lecture Notes in Computer Science, pages 1111-1114. SPIE, 2000.

B. Abreu, L. Botelho, A. Cavallaro, D. Douxchamps, T. Ebrahimi, P. Figueiredo, B. Macq, B. Mory, L. Nunes, J. Orri, M. Trigueiros, and A. Violante. Video-Based Multi-Agent Traffic Surveillance System. In Proc. IEEE Intelligent Vehicles Symposium, Lecture Notes in Computer Science, pages 457-462. SPIE, 2000.

Y. Abdeljaoued, T. Ebrahimi, and C. Christopoulos. A new algorithm for shot boundary detection. In Proceedings of the 10th European Signal Processing Conference, Lecture Notes in Computer Science, pages 151-154, Ecublens, 2000. SPIE.

O. Egger, P. Fleury, T. Ebrahimi, and M. Kunt. High-performance compression of visual information - A tutorial review - Part I : Still Pictures. Proceedings of the IEEE, 87(6):976-1011, 1999.

S. Bhattacharjee and T. Ebrahimi. Image Retrieval Based On Structural Content. In Workshop on Image Analysis for Multimedia Interactive, 1999.

M. Kutter, S. Bhattacharjee, and T. Ebrahimi. Towards second generation watermarking schemes. In Proceedings of the 6th International Conference on Image Processing (ICIP'99), volume 1 of Controlling Chaos and Bifurcations in Engineering Systems, pages 320-323. IEEE, 1999.

D. Santa-Cruz, T. Ebrahimi, M. Larsson, J. Askelof, and C. Christopoulos. Region of interest coding in JPEG2000 for interactive client/server applications. In Proceedings of the IEEE

Worshop on Multimedia Signal Processing (MMSP'99), Controlling Chaos and Bifurcations in Engineering Systems, pages 389-394. IEEE, 1999.

T. Ebrahimi, M. Kunt, O. Egger, and E. Reusens. New trends in very low bit rate video coding - An overview. In Insights Into Mobile Multimedia Communications, pages 287-299. Academic Press, Orlando, 1998.

T. Ebrahimi and M. Kunt. Visual Data Compression for Multimedia Applications. Proceedings of the IEEE, 86(6):1109-1125, 1998.

F. Jordan, T. Ebrahimi, and M. Kunt. View-dependent texture coding using the MPEG-4 video coding scheme. In IEEE International Symposium on Circuits and Systems, volume 5, pages 498-501, 1998.

A. Skodras, C. Christopoulos, and T. Ebrahimi. The JPEG 2000 Still Image Compression Standards and Beyond. IEEE transactions on circuits and systems for video technology, 8(7):814-837, 1998.

C. Le Buhan Jordan, T. Ebrahimi, and M. Kunt. Progressive mesh-based coding of arbitrary-shaped video objects. In Proceedings of SPIE, volume 3653, pages 1190-1201, 1998.

C. Gu, T. Ebrahimi, and M. Kunt. Morphological moving object segmentation and tracking for content-based video coding. Multimedia Communication and Video Coding, pages 233-242, 1998.

C. Le Buhan Jordan, S. Bhattacharjee, F. Bossen, F. Jordan, and T. Ebrahimi. Shape representation and coding of visual objects in multimedia applications : an overview. Annales des Telecommunications, 53(-1):164-178, 1998.

R. Castagno and T. Ebrahimi. A framework for interactive video sequence segmentation based on multiple features. In Proceedings of the 9th European Signal Processing Conference (EUSIPCO'98), volume 3 of Proc. of the SPIE Conf. on Visual Communications and Image Processing, pages 1697-1700. IEEE, 1998.

R. Castagno, T. Ebrahimi, and M. Kunt. Video segmentation based on multiple features for interactive multimedia applications. IEEE Transactions on Circuits and Systems for Video Technology, 8(5):562-571, 1998.

P. Fleury, S. Bhattacharjee, L. Piron, T. Ebrahimi, and M. Kunt. MPEG-4 video verification model : a solution for interactive multimedia applications. SPIE Journal of Electronic Imaging, 7(3):502-515, 1998.

C. Le Buhan Jordan, T. Ebrahimi, and M. Kunt. Progressive content-based shape compression for retrieval of binary images. Computer Vision and Image Understanding, 71(2):198-212, 1998.

F. Jordan, S. Horbelt, and T. Ebrahimi. Streaming of photo-realistic texture mapped on 3D surface. In Proc. of the International Conference on Image processing (ICIP'97), volume 2 of Computer Science, page 390. IEEE, 1997.

F. Jordan, S. Horbelt, and T. Ebrahimi. View-dependent texture coding for transmission of virtual environments. In Proc. of the 6th International Conference on Image Processing and its applications (IPA'97), volume 2 of Computer Science, pages 433-437. IEEE, 1997.

S. Horbelt, F. Jordan, and T. Ebrahimi. Streaming of photo-realistic texture. In The International Workshop on Synthetic-Natural Hybrid Coding and Three-Dimensional (3D) Imaging, Computer Science, pages 124-127. IEEE, 1997.

F. Bossen and T. Ebrahimi. A simple and efficient binary shape coding technique based on bitmap representation. In Proc. of the International Conference on Acoustics, Speech, and Signal Processing (ICASSP'97), volume 4 of Computer Science, pages 3129-3132. IEEE, 1997.

C. Le Buhan Jordan, F. Bossen, and T. Ebrahimi. Scalable shape representation for content based visual data compression. In Proc. of the IEEE International Conference on Image Processing (ICIP'97), volume 2 of Commercial and Forensic Applications. IEEE, 1997.

# APPENDIX B

**Appendix B**

**Deposition Transcripts**

Richard Clark: October 31, 2007

Joan M. Mitchell: September 20, 2007

Michael C. Nier: October 30, 2007

Norman Richards: September 27, 2007

Steve Sasson: November 6, 2007

Istvyan Sebestyen: September 21, 2007

Peter Vogel: October 23, 2007

**Documents**

Kodak_011346-Kodak_011349

Kodak_0011560-Kodak_011569

Kodak_011681

Kodak_011698-Kodak_011761

Kodak_011929-Kodak_011952

Kodak_012314-Kodak_012318

Kodak_012457-Kodak_012458

Kodak_012465-Kodak_012470

Kodak_012533-Kodak_012534

Kodak_013089-Kodak_013096

Kodak_013283-Kodak_013290

Kodak_013513-Kodak_013518

Kodak_013519-Kodak_013524

Kodak_015604-Kodak_015613

Kodak_021922-Kodak_021924

Kodak_023500-Kodak_023502

Kodak_023524

Kodak_023525

Kodak_057090-Kodak_057103

Kodak_059936-Kodak_059948

Kodak_061286-Kodak_061310

Kodak_063650-Kodak_063695

Kodak_065973-Kodak_065998

Kodak_066220-Kodak_066226

Kodak_067940

Kodak_068816-Kodak_068817

Kodak_070722-Kodak_070728

Kodak_072817-Kodak_072846

Kodak_074784-Kodak_074793

Kodak_075839-Kodak_075840

Kodak_076775-Kodak_076792

Kodak_077447-Kodak_077496

Kodak_181524-Kodak_181532

Kodak_181533-Kodak_181539

Kodak_181540-Kodak_181545

Kodak_181546-Kodak_181551

SD\1776910.1

Kodak_181552-Kodak_181554

Kodak_181555-Kodak_181590

Kodak_181591-Kodak_181776

Kodak_181777-Kodak_181778

Kodak_181779-Kodak_181911

Kodak_181912-Kodak_181940

Kodak_181941-Kodak_181946

Kodak_181947-Kodak_181961

Kodak_181962-Kodak_182000

Kodak_182001-Kodak_182072

Kodak_182073-Kodak_182146

Kodak_182147-Kodak_182230

Kodak_182231-Kodak_182444

Kodak_182445-Kodak_182491

Kodak_182492-Kodak_182504

Kodak_182505-Kodak_182513

Kodak_182514-Kodak_182519

Kodak_182520-Kodak_182525

Kodak_182526-Kodak_182533

Kodak_182534-Kodak_182566

Kodak_182567-Kodak_182583

Kodak_182584-Kodak_182587

Kodak_182588-Kodak_182597

SD\1776910.1

Kodak_182598-Kodak_182611

Kodak_182612-Kodak_182619

Kodak_182620-Kodak_182623

Kodak_182624-Kodak_182631

Kodak_182632-Kodak_182653

Kodak_182654

Kodak_182655-Kodak_182659

Kodak_182660-Kodak_182667

Kodak_182668-Kodak_182680

Kodak_182681-Kodak_182686

Kodak_182687-Kodak_182704

Kodak_182712-Kodak_182744

Kodak_182761-Kodak_182970

Kodak_182971-Kodak_182975

Kodak_182976-Kodak_183000

Kodak_183005-Kodak_183023

Kodak_183024-Kodak_183035

Kodak_183036-Kodak_183043

Kodak_183044-Kodak_183101

Kodak_183102-Kodak_183191

Kodak_183192

Kodak_183193-Kodak_183194

Kodak_183195-Kodak_183197

SD\1776910.1

Kodak_183198-Kodak_183206

Kodak_183207-Kodak_183210

Kodak_183211-Kodak_183215

Kodak_183216-Kodak_183217

Kodak_183219-Kodak_183401

Kodak_183402-Kodak_183407

Kodak_183408-Kodak_183413

Kodak_183548-Kodak_183549

Kodak_183550-Kodak_183557

Kodak_183558-Kodak_183562

Kodak_183563-Kodak_183565

Kodak_183574-Kodak_183579

Kodak_183580-Kodak_183584

Kodak_183586

Kodak_183587

Kodak_183588

Kodak_183589

Kodak_183590-Kodak_183591

Kodak_183592-Kodak_183593

Kodak_183598

Kodak_183599

Kodak_183600-Kodak_183609

Kodak_183610-Kodak_183623

Kodak_183624-Kodak_183639

Kodak_183640-Kodak_183653

Kodak_183654-Kodak_183692

Kodak_183711-Kodak_183724

Kodak_183725-Kodak_183734

Kodak_183735-Kodak_183738

Kodak_183739-Kodak_183752

Kodak_183799-Kodak_183844

Kodak_183845-Kodak_183848

Kodak_183849-Kodak_183882

Kodak_183899-Kodak_183904

Kodak_183905-Kodak_183908

Kodak_183909-Kodak_183910

Kodak_183911-Kodak_183912

Kodak_183913-Kodak_183915

Kodak_183918-Kodak_183921

Kodak_183922-Kodak_183925

Kodak_183926-Kodak_183967

Kodak_183968-Kodak_184028

Kodak_184029-Kodak_184065

Kodak_184047-Kodak_184080

Kodak_184066

Kodak_184067-Kodak_184080

SD\1776910.1

Kodak_184081-Kodak_184090

Kodak_184091

Kodak_184092

Kodak_184093-Kodak_184096

Kodak_184097-Kodak_184104

Kodak_184105-Kodak_184107

Kodak_184108-Kodak_184114

Kodak_184115-Kodak_184119

Kodak_184120-Kodak_184125

Kodak_184126-Kodak_184129

Kodak_184130-Kodak_184133

Kodak_184134-Kodak_184137

Kodak_184177

Kodak_184178-Kodak_184179

Kodak_184180-Kodak_184182

Kodak_184183-Kodak_184194

Kodak_184201-Kodak_184203

Kodak_184204-Kodak_184218

Kodak_184219

Kodak_184220

Kodak_184223-Kodak_184247

Kodak_184248-Kodak_184266

Kodak_184267–Kodak_184285

7

Kodak_184286-Kodak_184298

Kodak_184299-Kodak_184305

Kodak_184306-Kodak_184309

Kodak_184310-Kodak_184314

Kodak_184315-Kodak_184316

Kodak_184317-Kodak_184321

Kodak_184322-Kodak_184327

Kodak_184328-Kodak_184334

Kodak_184335-Kodak_184341

Kodak_184349

Kodak_184350

Kodak_184351

Kodak_184352-Kodak_184369

Kodak_184370-Kodak_184415

Kodak_184416-Kodak_184423

Kodak_184424_Kodak_184425

Kodak_184426-Kodak_184429

Kodak_184430-Kodak_184432

Kodak_184433-Kodak_184447

Kodak_184448-Kodak_184453

Kodak_184486-Kodak_184549

Kodak_184550-Kodak_184553

Kodak_184554-Kodak_184566

SD\1776910.1

Kodak_184567-Kodak_184580

Kodak_184581-Kodak_184587

Kodak_184588-Kodak_184594

Kodak_184595-Kodak_184624

Kodak_184625-Kodak_184631

Kodak_184632-Kodak_184642

Kodak_184643-Kodak_184644

Kodak_184645-Kodak_184660

Kodak_184661-Kodak_184699

Kodak_184700-Kodak_184709

PHLPSKD_00070739

PHLPSKD_00070211-PHLPSKD_00070413

PH_PAN_0259847

PH_PAN_0260243-PH_PAN_0260250

SD\1776910.1

# APPENDIX C

**APPENDIX C**
**Philips Standardization Participation: JPEG and MPEG**
U.S. Philips Corp. v. Eastman Kodak Company
United States District Court, District of Delaware
Case No. 06-00251-GMS

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| P. De Wit | Philips (The Netherlands) | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| Hendrick Eisema | Philips Consumer Electronics (The Netherlands) | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184442) | |
| | | ISO WG8 Meeting: Stockholm: July 1989 (Kodak_184486-184549; Kodak_065973-Kodak_065998 at Kodak_065977) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| Burkhard Krupa | Philips Kommunikations Industrie AG (Germany) | ISO WG8 Meeting: London: September 1988 (Kodak_063650-Kodak_063695 at Kodak_063655) | |
| | | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184434) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065976) | |
| John Morris | Philips Research Laboratories (United Kingdom) | ISO WG8 Meeting: Livingston: February 1989 (Kodak_011929-Kodak_011952 at Kodak_011932) | |
| | | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184440) | |
| | | ISO WG8 Meeting: Stockholm: July 1989 (Kodak_184486-184549; Kodak_065973-Kodak_065998 at Kodak_065977) | |

1

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| | | ISO WG8 Meeting: Japan: October 1989 (Kodak_066220-Kodak_066226 at Kodak_066223) | |
| | | BSI IST/2 Membership List: January 1990 (Kodak_184550-Kodak_184553 at Kodak_184552) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| | | ISO WG8 Meeting: Porto: July 1990 (Kodak_072817-Kodak_072846 at Kodak_072818) | Attended as head of United Kingdom delegation |
| | | Joint JPEG-MPEG Meeting: August 1991: Santa Clara (Kodak_011560-Kodak_011569 at Kodak_011562) | Attended as head of United Kingdom delegation |
| | | ISO SC29 Meeting: Tokyo: November 1991 (Kodak_183654-Kodak_183692 at Kodak_183665; Kodak_183681) | Unanimous passage of the draft JPEG 10918-2 standard for final resolution. |
| | | ISO SC29 Mailing List: November 1991 (Kodak_183610-Kodak_183623 at Kodak_183622) | Listed as head of United Kingdom Delegation |
| | | ISO SC29 Mailing List: January 1992 (Kodak_183640-Kodak_183653 at Kodak_183653) | Listed as head of United Kingdom Delegation |
| Norman Richards | Philips Research Laboratories (United Kingdom) | ISO WG8 Mailing List: March 1988 (Kodak_012314-012318 at Kodak_012316) | |
| | | ISO WG8 Meeting: Copenhagen: January 1988 (Kodak_184286-Kodak_184298 at Kodak_184293 and Kodak_184267-Kodak_184285 at Kodak_184280.) | ADCT technique was chosen as JPEG standard; Richards participated in "unanimous" vote to select technique; Richards in photo of "Historic Moment" with accompanying signature |

2

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| Eric Schylander | Philips International BV (The Netherlands) | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184435) | |
| | | BSI IST/2 Membership List: January 1990 (Kodak_184550-Kodak_184553 at Kodak_184552) | |
| | | ISO WG8 Meeting: Stockholm: July 1989 (Kodak_184486-184549; Kodak_065973-Kodak_065998 at Kodak_065977) | |
| | | ISO WG8 Meeting: Japan: October 1989 (Kodak_066220-Kodak_066226 at Kodak_066223) | |
| | | ISO WG8 Meeting: Tampa: March 1990 (Kodak_066220-Kodak_066226 at Kodak_066223) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| | | ISO WG8 Meeting: Porto: July 1990 (Kodak_072817-Kodak_072846 at Kodak_072818) | Attended as head of Netherlands delegation |
| | | Joint JPEG-MPEG Meeting: August 1991: Santa Clara (Kodak_011560-Kodak_011569 at Kodak_011562) | Attended as head of Netherlands delegation |
| | | ISO SC29 Meeting: Tokyo: November 1991 (Kodak_183654-Kodak_183692 at Kodak_183665; Kodak_183681) | Unanimous passage of the draft JPEG 10918-2 standard for final resolution. |

3

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| | | ISO SC29 Mailing List: November 1991 (Kodak_183610-Kodak_183623 at Kodak_183622) | Listed as head of The Netherlands delegation |
| | | ISO SC29 Mailing List: January 1992 (Kodak_183640-Kodak_183653 at Kodak_183652) | Listed as head of The Netherlands delegation |
| Simon Turner | Philips Research Laboratories (United Kingdom) | ISO WG8 Meeting: Darmstadt: March 1987 (Kodak_059936-Kodak_059948 at Kodak_059939 and Kodak_059943) | Potential techniques for the JPEG standard were presented and registered |
| | | ISO WG8 Mailing List: March 1988 (Kodak_012314-012318 at Kodak_012316) | |
| | | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184435) | |
| | | BSI IST/2 Membership List: January 1990 (Kodak_184550-Kodak_184553 at Kodak_184550) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | Listed as "Convenor" of IST/2 committee. |
| Jan Van Der Meer | Philips Consumer Electronics (The Netherlands) | ISO WG8 Meeting: Japan: October 1989 (Kodak_011929-Kodak_011952 at Kodak_011932) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| | | ISO SC29 Meeting: Tokyo: November 1991 (Kodak_183654-Kodak_183692 at Kodak_183665; Kodak_183681) | Unanimous passage of the draft JPEG 10918-2 standard for final resolution. |

4

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| Louis Van Loon | Philips Telecommunicatie Industrie (The Netherlands) | ISO WG8 Meeting: London: March 1983 (Kodak_070722-Kodak_070728 at Kodak_070728) | |
| | | ISO WG8 Meeting: Tokyo: April 1984 (Kodak_012465-Kodak_012470 at Kodak_012470) | |
| | | ISO WG8 Meeting: Munich: December 1984 (Kodak_057090-Kodak_057103 at Kodak_057096) | |
| Ulf Rothgordt | Philips Kommunikations Industrie AG (Germany) | CCITT SG VIII: Geneva: February 1988 (Kodak_181947-Kodak_181961 at Kodak_181958 and Kodak_181961) | CCITT patent policy summarized |
| | | CCITT SG VIII Q.16 Meeting: Geneva: April 1989 (Kodak_182534-Kodak_182566 at Kodak_182556) | |
| | | CCITT SG VIII Q. 16 Meeting: Budapest: March-April 1990 (Kodak_182445-Kodak_182491 at Kodak_182487) | |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065982) | |
| Joachim Speidel | Philips Kommunikations Industrie AG (Germany) | CCITT SG XV Meeting: Tokyo: January 1988 (Kodak_184029-Kodak_184065 at Kodak_184038) | |
| Karl Heinz Wenzel | Philips Kommunikations Industrie AG (Germany) | CCITT SG VIII Meeting: June 1985: Kyoto (Kodak_181941-Kodak_181946 at Kodak_181945) | |
| | | CCITT SG VIII Meeting: Geneva: February 1988 (Kodak_181947-Kodak_181961 at Kodak_181958 and Kodak_181961) | CCITT patent policy summarized |
| | | CCITT SG VIII Q.16 Meeting: Geneva: April 1989 (Kodak_182534-Kodak_182566 at Kodak_182555) | |

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| | | CCITT SG VIII Q. 16 Meeting: Budapest March-April 1990 (Kodak_182445-Kodak_182491 at Kodak_182486) | Document distributed describing JPEG algorithm described in full detail |
| | | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065982) | |
| | | CCITT SG VIII Meeting: Geneva: September 1990 (Kodak_181962-Kodak_182000 at Kodak_181986) | |
| | | CCITT SG VIII Q. 16 Meeting: Geneva: March 1991 (Kodak_183005-Kodak_183023 at Kodak_183011 and Kodak_182073-Kodak_182146 at Kodak_182143) | Patent statement issued indicating importance of identifying all applicable patents. |
| | | CCITT SG VIII Q. 16 Meeting: Geneva: October 1991 (Kodak_182147-Kodak_182230 at Kodak_182153, Kodak_182189-90 and Kodak_182191) | Recommendation T.81 passed ballot stage and submitted for final approval; IBM proposed licensing arrangement; patent statement issued as to JPEG algorithm |
| | | CCITT SG VIII Meeting: Geneva: April 1992 (PH_PAN 0259847) | |
| | | CCITT SG XV Meeting: Geneva: November 1992 (PH_PAN 0259847 and PH_PAN 0260243-PH_PAN 0260250 | |
| Gerald Weth | Philips Kommunikations Industrie AG (Germany) | ISO WG8 Meeting: Ottawa: May 1988 (Kodak_184335-Kodak_184341 at Kodak_184337 and Kodak_184339) | Patent issues discussed; "Patent Policy on the JPEG standard" distributed |
| | | ISO WG8 Mailing List: June 1988 (Philips JPEG timeline PH_PAN 0259847) | |

6

| Name | Philips Entity | Meeting Attendance/Mailing Lists | Notable Events |
|---|---|---|---|
| | | ISO WG8 Meeting: London: September 1988 (Kodak_063650-Kodak_063695 at Kodak_063655) | |
| L. van de Kerkhof | Philips Consumer Electronics (The Netherlands) | ISO WG8 Mailing List: April 1990 (Kodak_065973-Kodak_065998 at Kodak_065977) | |
| J.D. Thackwray | Philips (The Netherlands) | ISO JTC1/SC2 Meeting: October 1988: London (Kodak_011698-Kodak_011761 at Kodak_017745 and Kodak_011753) | Patent situation and concerns discussed |
| Kurt H. Herrmann | Nederlandse Philips B.B.V. (The Netherlands) | ISO WG8 Mailing List: June 1989 (Kodak_184433-184447 at Kodak_184446) | |
| | | ISO SC29 Mailing List: January 1992 (Kodak_183640-Kodak_183653 at Kodak_183650) | |
| W. Vrijenhoek | Philips Telecommunicatie (The Netherlands) | CCITT SG XV: Geneva: July 1985 (Kodak_013089-Kodak_013096 at Kodak_013095) | |
| R. Wenzel | Philips Kommunikations Industrie AG (Germany) | CCITT SG XV: Geneva: July 1985 (Kodak_013089-Kodak_013096 at Kodak_013094) | |
| S. Bruggendiech | Philips Kommunikations Industrie AG (Germany) | CCITT SG XV: Geneva: July 1985 (Kodak_013089-Kodak_013096 at Kodak_013094) | |

7

# EXHIBIT B

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3

4      ----------------------------

5      U.S. PHILIPS CORPORATION,    )

6            Plaintiff,    ) Civil Action

7      vs.              ) No. 06-00251-GMS

8      EASTMAN KODAK COMPANY,      )

9            Defendant.    )

10     ----------------------------

11

12

13     Videotaped deposition of PETER VOGEL, Ph.D.,

14     taken at 500 Eighth Street, Northwest,

15     Washington, D.C., commencing at 9:02 a.m.,

16     Wednesday, October 24, 2007, before

17     Dawn A. Jaques, CSR and Notary Public.

18

19

20

21

22

23

24

25     PAGES 1 - 151

1      THE VIDEOGRAPHER:  Will the court

2   reporter please swear in the interpreter, followed

3   by the witness.

4           (Interpreter sworn in.)

5   Whereupon,

6           PETER VOGEL,

7   was called as a witness, after having been first

8   duly sworn by the Notary Public, was examined and

9   testified as follows:

10   EXAMINATION BY COUNSEL FOR THE DEFENDANT

11      BY MR. LOHSE:

12   Q   Good morning, Dr. Vogel.

13   A   Good morning.

14   Q   Have you been deposed before?

15   A   No.

16      MR. ANZALONE:  I would just -- I'd

17   ask -- I would ask the witness to wait for the

18   translation even if he understands.

19      THE INTERPRETER:  The witness just said

20   he was going to look at me, and I said he should

21   rather look in the camera and he'll be able to

22   hear me.

23      BY MR. LOHSE:

24   Q   Okay, thank you.

25      Mr. Vogel, do you understand that you're

1    document here.  For hardware implementation, you

2    would need additional information.

3        MR. LOHSE:  Let's take a quick break.

4        THE VIDEOGRAPHER:  Time is 6:08 p.m.

5    We're going off the record.

6        (A break was taken.)

7        THE VIDEOGRAPHER:  The time is 6:38 p.m.

8    We're back on the record.

9        MR. LOHSE:  I would like to mark as

10   Exhibit 20 a document entitled "Unofficial Copy of

11   DIS 10918-1."  The Bates number is

12   PHLPSKD_00070739.

13       (Dr. Vogel Deposition Exhibit 20 was

14        marked for identification.)

15   BY MR. LOHSE:

16   Q    Do you recognize this document?

17   A    Just like with the other documents, I

18   recognize my own handwriting.  With respect to the

19   document itself, I do not have a specific

20   recollection.

21   Q    Does this document relate to JPEG?

22       MR. ANZALONE:  Objection, foundation.

23       THE WITNESS:  Yes.

24   BY MR. LOHSE:

25   Q    And the handwritten notations that

1    appear on this document are your handwriting?

2       A    Yes.

3       Q    At the very top of the document, can you

4    read the line -- the portion that is underlined?

5       A    It means our patents, question mark.

6       Q    Dr. Vogel, are you talking about the

7    portion that is in parentheses and underlined?

8       A    Yes.

9       Q    Do you know when you put these

10    handwritings on this document?

11       A    No.

12       Q    Can you read the notation at the very

13    top of the document?

14          MR. ANZALONE:  Can you identify that a

15    little further, Counsel?  Which handwriting are

16    you talking about?

17          MR. LOHSE:  It's the handwriting that's

18    underlined at the very top.

19          THE WITNESS:  What's all the way on the

20    top is something I cannot read because it's been

21    cut off.

22          BY MR. LOHSE:

23       Q    How about the line just under that?

24       A    It says here, U.S. 49 C 4 CC -- no.

25          THE INTERPRETER:  '075 -- oh, okay.

1        It says, "U.S. 4,901,075, February 1990,

2    Claims 3, 4, 7 and 8."

3        BY MR. LOHSE:

4        Q   Do you remember why you wrote that on

5    this document?

6        A   No, I don't.

7        Q   Did you write this on the document

8    because you believed that the '075 patent applies

9    to JPEG?

10       A   That's my assumption.

11       Q   Farther down the document it says,

12    "Patent Annex L."  Do you see that?

13       A   Yes.

14       Q   Do you know what that means?

15       A   No.

16       Q   Does Annex L of the JPEG standard deal

17    with patents?

18       MR. ANZALONE:  Objection, foundation.

19       THE WITNESS:  I can't answer that.

20       BY MR. LOHSE:

21       Q   To the right of the page, there is a

22    term underlined.  Do you see that?

23       A   Yes.

24       Q   What does that term mean?

25       A   That's a postal address.

1    Q  And can you read the postal address that

2  appears in your handwriting?

3    A  Yes.

4    Q  Please do so.

5    A  Philips International BV, Corporate

6  Patents and Trademarks, 5600 MD Eindhoven,

7  Netherlands.

8    Q  Does this handwriting indicate that you

9  sent this document to Phillips International BV?

10    MR. ANZALONE:  Objection, foundation.

11    THE WITNESS:  I would guess so.

12    BY MR. LOHSE:

13    Q  Below that there appears to be two

14  names.  Can you read those names?

15    A  It says, "Mr. Kooiman, for his file."

16    Q  Do you remember anything else about this

17  document or the handwriting on the document?

18    A  No, unfortunately not.

19    MR. LOHSE:  I would like to mark as

20  Exhibit 21 a document entitled "Improved Hybrid

21  Coders with 2D-Signal Processing for Moving

22  Pictures."  The Bates numbers are PHLPSKD_00070947

23  to 00070963.

24    (Dr. Vogel Deposition Exhibit 21 was

25    marked for identification.)

# THIS DOCUMENT

# WAS FILED

# UNDER SEAL

# THIS DOCUMENT

# WAS FILED

# UNDER SEAL

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-251 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## EXHIBIT I 3b:

## FINAL JURY INSTRUCTIONS [PATENT]

Plaintiff and Counterclaim Defendant U.S. Philips Corporation ("Philips") and Defendant

and Counterclaim Plaintiff Eastman Kodak Company ("Kodak") submit the following proposed

final jury instructions and objections as of February 7, 2008.  The parties reserve the right to

submit modifications to these instructions and/or additional instructions on any pertinent issue.

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Of counsel:*

Thomas W. Winland
Steven M. Anzalone
Frank A. De Costa, III
Kenneth M. Frankel

CONNOLLY BOVE LODGE & HUTZ LLP

Francis DiGiovanni (I.D. #3189)
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
fdigiovanni@chlh.com

*Of counsel:*

John Allcock
Sean C. Cunningham
Tim Lohse
John D. Kinton
Jesse Hindman
DLA PIPER US LLP

### 5.4    DAMAGES – FRAUD OR NEGLIGENT MISREPRESENTATION

If you find that Philips has committed fraud or negligent misrepresentation, then Kodak is entitled to damages that will put it in the same financial position that would have existed had Philips' representation been true.  In this case, Kodak would be entitled to be placed in the same financial position that would have existed if Philips had no patents applicable to the JPEG Standard.  Such damages may include costs Kodak has incurred associated with Philips' lawsuit and any damages associated with Kodak's alleged infringement of the '075 patent.

**Source:**    Adapted from Delaware Superior Court Instructions § 22.17.

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on February 25, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**BY E-MAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND U.S. MAIL**
Thomas W. Winland
Steven M. Anzalone
Frank A. DeCosta, III
Joyce Craig
Finnegan Henderson Farabow Garrett and Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)