IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-251-GMS |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, pursuant to Paragraph 12 of the Scheduling Order (D.I. 18), the parties' motions *in limine* were due to be filed on February 11, 2008.

WHEREAS, on February 11, 2008, defendant filed three motions *in limine*, along with supporting declarations. However, due to a clerical error, defendant's counsel erroneously filed the wrong version of its Motion in Limine No. 1 (D.I. 162). The filed version of Motion in Limine No. 1 was truncated and did not include defendants' full argument. This incorrect version was also electronically served on plaintiffs. A hard copy of the correct version was served by hand (on plaintiff's local counsel) and by U.S. Mail (on plaintiff's out-of-town counsel). Counsel for plaintiffs, understandably, relied on the ECF and electronically served version (i.e., the incorrect version), not realizing that there was a correct lengthier version, and responded to it on February 25, 2008 (D.I. 183). It was at this time that defendant's counsel realized that the incorrect version of its Motion in Limine No. 1 had been filed.

NOW THEREFORE, pursuant to the request of defendant's counsel, the parties have stipulated and agreed, subject to the approval and Order of the Court, that: defendant will withdraw D.I. 162 and promptly file the correct version of its Motion in Limine No. 1; plaintiff will withdraw D.I. 183 and file its 5-page response on March 12, 2008; and defendant will file its 3-page reply no later than March 19, 2008. This briefing will thus be completed two (2) weeks prior to the pretrial conference, which is scheduled for April 2, 2008.

| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ John G. Day* | */s/ Francis DiGiovanni* |
| Steven J. Balick (#2114) | Francis DiGiovanni (#3189) |
| John G. Day (#2403) | Kristen Healey Cramer (#4512) |
| Tiffany Geyer Lydon (#3950) | The Nemours Building |
| 222 Delaware Avenue, 17th Floor | 1007 Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 654-1888 | (302) 658-9141 |
| sbalick@ashby-geddes.com | fdigiovanni@cblh.com |
| jday@ashby-geddes.com | kcramer@cblh.com |
| tlydon@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2008

_____
Chief Judge