# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 5, 2008

The Honorable Gregory M. Sleet  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:   *U.S. Philips Corporation v. Eastman Kodak Company*,  
      C.A. No. 06-251-GMS

Dear Chief Judge Sleet:

Pursuant to Local Rule 7.1.4, plaintiff U.S. Philips Corporation respectfully requests that the Court hear oral argument on defendant's motion to stay litigation pending completion of patent reexamination (D.I. 168).

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

188804.1

cc: Francis DiGiovanni, Esquire (by hand)  
    Thomas W. Winland, Esquire (via electronic mail)  
    John Allcock, Esquire (via electronic mail)  
    Timothy W. Lohse, Esquire (via electronic mail)