# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 28, 2008

The Honorable Gregory M. Sleet  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *U.S. Philips Corporation v. Eastman Kodak Company*,
C.A. No. 06-251-GMS

Dear Chief Judge Sleet:

On behalf of both plaintiff and defendant in the above action, I am writing to alert the Court to the fact that the parties have reached a settlement agreement. The written settlement agreement has not yet been finalized, but the parties have exchanged drafts. Although the agreement is subject to mutually acceptable language being crafted, and therefore cannot yet be characterized as an absolute certainty, agreement has been reached as to all material terms and the parties believe they have achieved a resolution of their disputes that will obviate the need to try this case.

The pretrial conference is scheduled to take place at 10:00 a.m. this Wednesday, April 2, 2008. We write both as a courtesy, so that Your Honor will not needlessly expend further effort on the pending motions *in limine*, and also in order to inquire as to the Court's wishes concerning the pretrial conference. The parties' preference would be to postpone the pretrial conference for approximately 10 days, in order to relieve them of the need to prepare for the conference and allow them instead to devote their time and resources to working with each other and their clients to finalize a mutually acceptable written agreement. If the Court prefers to go forward with the pretrial conference as currently scheduled, however, we of course will proceed in accordance with Your Honor's wishes.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf

cc: Francis DiGiovanni, Esquire (by hand and via electronic mail)  
John Allcock, Esquire (via electronic mail)  
Timothy W. Lohse, Esquire (via electronic mail)  
Steven M. Anzalone, Esquire (via electronic mail)

{00204827;v1}