Exhibit III – 1
Form of Dismissals

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. PHILIPS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | Civil Action No. 06-251 (GMS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Counterclaim Defendant U.S. Philips Corporation ("Philips") and Defendant and Counterclaim Plaintiff Eastman Kodak Company ("Kodak"), through their respective counsel have entered into a Settlement Agreement, and it is, therefore, hereby stipulated that all claims and counterclaims asserted by Philips and Kodak in the above-captioned litigation are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorney's fees.

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Francis DiGiovanni (#3189)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 Orange Street
Wilmington, DE 19899
302-658-9141
fdigiovanni@cblh.com
kcramer@cblh.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge